# United States District Court
## Northern District of California

# CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:**

USA v.  PACIFIC GAS AND ELECTRIC COMPANY

**Case Number:** **TEH**

**CR 14 175**

**Total Number of Defendants:**

1 ✓     2-7 ☐     8 or more ☐

**Is This Case Under Seal?**

Yes ☐     No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**

Yes ☐     No ✓

**Venue (Per Crim. L.R. 18-1):**

SF ✓   OAK ☐   SJ ☐   EUR ☐   MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**

Yes ☐     No ✓

**Assigned AUSA (Lead Attorney):**

AUSA Stacey P. Geis

**Is this a RICO Act gang case?**

Yes ☐     No ✓

**Date Submitted:**

April 1, 2014

**Comments:**



July 2013