# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

### for the Honorable Thelton E. Henderson

**Date:** April 21, 2014

**Case No.** CR- 14-00175 TEH

**Title:** UNITED STATES  v. PACIFIC GAS AND ELECTRIC COMPANY
Present () In Custody () Not Present (X)

**Appearances**:

For the Government:   Stacey Geis

For the Defendant(s):  Steven Bauer; Margaret Tough; Eric Hairston

**Interpreter:** n/a                              **Probation Officer:** n/a

**Deputy Clerk:** Tana Ingle                **Court Reporter:** James Pence
**Time in Court**: 5 minutes

### PROCEEDINGS

1). Status Conference - held

Case continued to Monday, 06/02/2014, at 2:30 p.m. for Status

Time Excluded:    **Begins: 04/21/2014**          **Ends: 06/02/2014**

### SUMMARY

Time is excluded for effective preparation and continuity of counsel; Government shall prepare order.