MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

STACEY GEIS (CABN 181444)
KIM A. BERGER (NYBN 2481679)
Assistant United States Attorneys
BRETT J. MORRIS (CABN 158408)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    FAX: (415) 436-7234
    Stacey.Geis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 14-00175 (TEH) |
|     PLAINTIFF, ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
|     v. ) | |
| PACIFIC GAS AND ELECTRIC COMPANY, ) | |
|     DEFENDANT. ) | |

    With the agreement of the parties in open court on April 21, 2014, and with the consent of the defendant Pacific Gas And Electric Company ("defendant"), the Court enters this order 1) ordering the next appearance in front of this Court on June 2, 2014 at 2:30 p.m. for a status conference, and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 21, 2014 to June 2, 2014 at 2:30 p.m. The parties agree, and the Court finds and holds, as follows:

    1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, excluding time until June 2, 2014 is necessary because the case is complex, see 18

STIPULATION TO EXCLUDE TIME
CASE NO. CR 14-00175

1  U.S.C. § 3161(h)(7)(A) & (B)(ii), and for effective preparation of counsel and for continuity of counsel.
2  See 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).  The government recently indicted this case, which involves
3  allegations of violations of the Pipeline Safety Act stemming from defendant's gas operations.
4  Discovery in this case involves millions of pages of documents, coming from various entities.  The
5  government will be providing discovery to the defense within the week.  The defense needs adequate
6  time to review the discovery.  Accordingly, the Court finds that the ends of justice served by excluding
7  the period from April 21, 2014 to June 2, 2014, outweigh the best interest of the public and the
8  defendant in a speedy trial.  Id. § 3161(h)(7)(A) & (B)(iv).

    2.  Accordingly, and with the consent of the defendant, the Court orders that 1) defendant shall make its next appearance in front of this court on June 2, 2014, at 2:30 p.m. for further status; and 2) the period from April 21, 2014 to June 2, 2014, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161 (h)(7)(A) & (B)(ii) & (iv).

IT IS SO STIPULATED.

DATED:  May 27, 2014              /s/_____
                                  Steven M. Bauer, Esq.
                                  Attorney for Pacific Gas And Electric Company

DATED: May 27, 2014               /s/_____
                                  Walter F. Brown, Esq.
                                  Attorney for Pacific Gas And Electric Company

DATED: May 27, 2014               /s/_____
                                  Stacey P. Geis
                                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED:     May 27, 2014           _____
                                  Judge Thelton E. Henderson

STIPULATION TO EXCLUDE TIME
CASE NO. CR 14-00175