UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

for the Honorable Thelton E. Henderson

**Date:** June 2, 2014

**Case No.** CR- 14-00175 TEH

**Title:** UNITED STATES v. PACIFIC GAS AND ELECTRIC COMPANY
Present () In Custody () Not Present (X)

**Appearances**:

    For the Government:   Stacey Geis; Brett Morris; Kim Berger

    For the Defendant(s):  Steven Bauer; Margaret Tough

| | |
|---|---|
| **Interpreter:** n/a | **Probation Officer:** n/a |
| **Deputy Clerk:** Tana Ingle | **Court Reporter:** Debra Pas |

**Time in Court**: 2 minutes

### *PROCEEDINGS*

1). Status Conference - held

Case continued to Monday, 08/18/2014, at 2:30 PM for Status

Time Excluded:   **Begins: 06/02/2014**         **Ends: 08/18/2014**

### *SUMMARY*

Time is excluded for complexity of case, effective preparation, and continuity of counsel; Government shall prepare order.