MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

STACEY GEIS (CABN 181444)
KIM A. BERGER (NYBN 2481679)
Assistant United States Attorneys
BRETT J. MORRIS (CABN 158408)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7126
   FAX: (415) 436-7234
   Stacey.Geis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR 14-00175 (THE) |
| PLAINTIFF, | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| DEFENDANT. | |

With the agreement of the parties in open court on June 2, 2014, and with the consent of the defendant Pacific Gas And Electric Company ("defendant"), the Court enters this order 1) ordering the next appearance in front of this Court on August 18, 2014 at 2:30 p.m. for a status conference, and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 2, 2014 to August 18, 2014 at 2:30 p.m.  The parties agree, and the Court finds and holds, as follows:

   1.  The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, excluding time until August 18, 2014 is necessary because the case is complex, see 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), and for effective preparation of counsel and for continuity of counsel.

STIPULATION TO EXCLUDE TIME
CASE NO. CR 14-00175

See 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).  The government indicted this case on April 1, 2014.  The case involves allegations of violations of the Pipeline Safety Act stemming from defendant's gas operations.  Discovery in this case involves millions of pages of documents, coming from various entities.  The government has provided two document productions to date and will likely follow up with a third production that will need to be reviewed by the defense.  In addition, the parties have discovery issues to resolve based on both the current government productions and privilege issues.  Accordingly, the Court finds that the ends of justice served by excluding the period from June 2, 2014, to August 18, 2014, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A) & (B)(iv).

2.  Accordingly, and with the consent of the defendant, the Court orders that 1) defendant shall make its next appearance in front of this court on August 18, 2014, at 2:30 p.m. for further status; and 2) the period from June 2, 2014, to August 18, 2014, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161 (h)(7)(A) & (B)(ii) & (iv).

IT IS SO STIPULATED.

DATED: June 13, 2014_____     /s/_____
                                   Steven M. Bauer, Esq.
                                   Attorney for Pacific Gas And Electric Company

DATED: June 13, 2014_____     /s/_____
                                   Walter F. Brown, Esq.
                                   Attorney for Pacific Gas And Electric Company

DATED: June 13, 2014_____     /s/_____
                                   Stacey P. Geis
                                   Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED:      June  16, 2014         _____
                                   Judge Thelton E. Henderson
                                   United States District Judge

STIPULATION TO EXCLUDE TIME
CASE NO. CR 14-00175