1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KIM A. BERGER (NYBN 2481679)
   HALLIE M. HOFFMAN (CABN 2100020)
5  Assistant United States Attorneys

6  MARK ROMLEY (CABN 240655)
   Trial Attorney
7
      450 Golden Gate Avenue, Box 36055
8     San Francisco, California 94102-3495
      Telephone: (415) 436-7232
9     Fax: (415) 436-7234
      Kim.Berger@usdoj.gov
10    Hallie.Hoffman@usdoj.gov
      Mark.Romley@usdoj.gov
11
   Attorneys for Plaintiff
12
                         UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14
                            SAN FRANCISCO DIVISION
15
   UNITED STATES OF AMERICA,            )   Case No. CR 14-00175 TEH
16                                       )
              Plaintiff,                 )   **DECLARATION OF KIM A. BERGER**
17                                       )   **IN SUPPORT OF USA'S OPPOSITION**
        v.                               )   **TO DEFENDANT'S MOTION TO**
18                                       )   **COMPEL RULE 16 AND** *BRADY*
   PACIFIC GAS AND ELECTRIC COMPANY, )      **MATERIAL**
19                                       )
                                         )   Hearing Date: June 1, 2015
20    Defendant.                         )   Hearing Time: 10:00 a.m.
                                         )   Court: Hon. Thelton E. Henderson
21                                       )
                                         )
22    _____)

23        I, Kim A. Berger, declare as follows:

24        1.    I am an Assistant United States Attorney in the Northern District of California and I am

25              assigned to the prosecution of this case.

26

27

28
   Declaration of Kim A. Berger in Support of USA's Opposition to Defendant's Motion to Compel Rule 16 and
   *Brady* Material, Case No. CR 14-00175 TEH

1    2.    Attached as Exhibit A is a redacted copy of the government's discovery letter, dated
2        April 25, 2014.

3    3.    Attached as Exhibit B is a true and correct copy of the government's discovery letter,
4        dated May 12, 2014.

5    4.    Attached as Exhibit C is a redacted copy of the government's discovery letter, dated June
6        27, 2014.

7    5.    Attached as Exhibit D is a true and correct copy of the government's discovery letter,
8        dated July 24, 2014.

9    6.    Attached as Exhibit E is a true and correct copy of the government's discovery letter,
10      dated August 18, 2014.

11    7.    Attached as Exhibit F is a redacted copy of the government's discovery letter, dated
12      September 12, 2014.

13    8.    Attached as Exhibit G is a true and correct copy of the government's discovery letter,
14      dated September 22, 2014.

15    9.    Attached as Exhibit H is a true and correct copy of the government's discovery letter,
16      dated October 3, 2014.

17    10.   Attached as Exhibit I is a true and correct copy of the government's discovery letter,
18      dated November 7, 2014.

19    11.   Attached as Exhibit J is a true and correct copy of the government's discovery letter,
20      dated November 10, 2014.

21    12.   Attached as Exhibit K is a redacted copy of the government's discovery letter, dated
22      December 24, 2014.

23    13.   Attached as Exhibit L is a true and correct copy of the government's discovery letter,
24      dated January 2, 2015.

25    14.   Attached as Exhibit M is a redacted copy of the government's discovery letter, dated
26      March 3, 2015.

27

28

15. Attached as Exhibit N is a true and correct copy of the interview report of Bruce Beighle, dated February 26, 2012.

16. Attached as Exhibit O is a true and correct copy of the interview report of John W. Pepper, dated November 28, 2011.

I declare under penalty of perjury that the foregoing is true and corrected. Executed this 6th day of May 2015, in San Francisco, California.

KIM A. BERGER
Assistant United States Attorney