| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | Walter F. Brown, Jr. (Bar No. 130248) |
| 2 | wbrown@orrick.com |
| | Eric M. Hairston (Bar No. 229892) |
| 3 | ehairston@orrick.com |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, California 94105-2669 |
| 5 | Telephone:  +1.415.773.5700 |
| | Facsimile:  +1.415.773.5759 |
| 6 | |
| | Attorneys for Defendant |
| 7 | PACIFIC GAS AND ELECTRIC COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-14-00175-TEH |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL OF COUNSEL** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

OHSUSA:762240853.1

PLEASE TAKE NOTICE that the following attorneys are no longer counsel of record in this action for Defendant Pacific Gas and Electric Company:

Walter F. Brown, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: +1.415.773.5700
Facsimile: +1.415.773.5759
wbrown@orrick.com

Eric M. Hairston
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: +1.415.773.5700
Facsimile: +1.415.773.5759
ehairston@orrick.com

Pacific Gas and Electric Company remains represented by the following counsel of record:

Steven M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
steven.bauer@lw.com

Margaret A. Tough
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
margaret.tough@lw.com

Kate Dyer
CLARENCE, DYER & COHEN LLP
899 Ellis Street
San Francisco, California 94109-7807
Telephone: +1.415.749.1800
Facsimile: +1.415.749.1694
kdyer@clarencedyer.com

Dated: May 26, 2015

WALTER F. BROWN, JR.
ERIC M. HAIRSTON
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Walter F. Brown, Jr._____
WALTER F. BROWN, JR.
Attorneys for Defendant Pacific Gas and Electric Company