UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

PACIFIC GAS AND ELECTRIC COMPANY,

          Defendant.

Case No. 14-cr-00175-TEH

**ORDER RE: DISCLOSURE OF LEGAL INSTRUCTIONS IN GRAND JURY DOCUMENTS**

On June 29, 2015, this Court ordered the Government to submit for *in camera* review "all records of the legal instructions it gave to the grand jury" in this case, so that the Court could determine whether their production to PG&E would be appropriate. Order at 23-24 (Docket No. 103). The Government timely provided these documents to the Court, which has now completed its review of the materials. The Court has determined that the legal instructions provided to the grand juries in this case can be disclosed to PG&E without intruding upon the secrecy of the grand juries' proceedings, provided they are disclosed in the manner prescribed by the Court.

Accordingly, IT IS HEREBY ORDERED that the Government shall disclose to PG&E the portions of the grand jury record that have not been redacted by the Court in the attached document no later than one week after entry of this order. IT IS FURTHER ORDERED that these materials may only be used by PG&E and its counsel in connection with the defense of the above-captioned criminal case.

**IT IS SO ORDERED.**

Dated: 07/22/15

                                      THELTON E. HENDERSON
                                      United States District Judge