1   LATHAM & WATKINS LLP
       Steven M. Bauer (Bar No. 135067)
2          steven.bauer@lw.com
       Margaret A. Tough (Bar No. 218056)
3          margaret.tough@lw.com
    505 Montgomery Street, Suite 2000
4   San Francisco, California  94111-6538
    Telephone:  +1.415.391.0600
5   Facsimile:  +1.415.395.8095

6   LATHAM & WATKINS LLP
       Melissa Arbus Sherry (*pro hac vice*)
7          melissa.sherry@lw.com
    555 11th Street, NW, Suite 1000
8   Washington, DC  20004-1304
    Telephone:  +1.202.637.2200
9   Facsimile:  +1.202.637.2201

10  CLARENCE, DYER & COHEN LLP
       Kate Dyer (Bar No. 171891)
11         kdyer@clarencedyer.com
    899 Ellis Street
12  San Francisco, California  94109-7807
    Telephone:  +1.415.749.1800
13  Facsimile:  +1.415.749.1694

14  Attorneys for Defendant
    PACIFIC GAS AND ELECTRIC COMPANY

15

16              UNITED STATES DISTRICT COURT
17             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION
18

19  UNITED STATES OF AMERICA          CASE NO. CR-14-00175-TEH

20                                    **DECLARATION OF NICOLE C. VALCO IN
                                      SUPPORT OF DEFENDANT'S PRETRIAL
21           v.                       MOTIONS**

22  PACIFIC GAS AND ELECTRIC
    COMPANY,
23                                    **Judge:    Hon. Thelton Henderson**
              Defendant.             **Date:     October 19, 2015**
24                                    **Time:     10:00 A.M.**
                                      **Place:    Courtroom 2, 17th Floor**
25

26

27

28

I, Nicole C. Valco, declare as follows:

1.      I am an attorney duly licensed to practice before all the courts of the State of California.  I am an attorney with the law firm of Latham & Watkins LLP, counsel of record for Defendant Pacific Gas and Electric Company.  I make this Declaration in Support of Defendant's Motions to Dismiss.  I have personal knowledge of the information set forth below, and, if called as a witness, I could and would competently testify thereto.

**Defendant's Motion to Dismiss for Erroneous Legal Instructions to the Grand Jury: Counts 2-28 and the Alternative Fines Act Sentencing Allegations**

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Kim Berger of the United States Attorney's Office to Steven Bauer of Latham & Watkins LLP and Kate Dyer of Clarence, Dyer & Cohen LLP, dated July 9, 2015, attaching a Supplemental Order to Extend Term of Grand Jury 12-2 filed on April 1, 2014.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the reporter's transcript of William Hayes' grand jury testimony dated July 29, 2014, as produced by the government bearing Bates numbers USA-109755-56, USA-109777-79, USA-109801.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the memorandum of the interview of Ravi Chhatre conducted on July 10, 2014, as produced by the government bearing Bates numbers USA_INT-00740-42.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Special Agent Lisa Glazzy's (U.S. Department of Transportation) notes from the interview of Ravindra Chhatre conducted on July 10, 2014, as produced by the government bearing Bates numbers USA-AGENTNOTES-00113-15.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the memorandum of the interview of Matthew Nicholson conducted on July 10, 2014, as produced by the government bearing Bates numbers USA_INT-00732-34.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the memorandum of the interview of Robert Hall conducted on July 10, 2014, as produced by the government bearing Bates numbers USA_INT-00735-37.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

VALCO DECL. IN SUPPORT OF
DEF.'S PRETRIAL MOTIONS
Case No. CR-14-00175-TEH

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a letter from Margaret Tough of Latham & Watkins LLP to Kim Berger, et al. of the United States Attorney's Office dated August 21, 2015.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of a letter from Kim Berger of the United States Attorney's Office to Steven Bauer of Latham & Watkins LLP and Kate Dyer of Clarence, Dyer & Cohen LLP dated September 2, 2015.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the Declaration of Hallie M. Hoffman in Response to Court Order Dated June 29, 2015 ("Hoffman Declaration").  I received this declaration by email from Ms. Hoffman on July 31, 2015.  The declaration indicates it was filed under seal with the Court on July 14, 2015.  The exhibits originally attached to this declaration have been omitted from Exhibit 9, and selected exhibits are attached below as Exhibits 10-14.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the March 19, 2013 Reporter's Transcript of Colloquy Between AUSA Stacey P. Geis and the Grand Jury, which was originally attached as Exhibit 9 to the Hoffman Declaration (Exhibit 9 above).

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the November 5, 2013 Reporter's Transcript of Colloquy Between AUSA Stacey P. Geis and SAUSA Brett J. Morris and the Grand Jury, which was originally attached as Exhibit 6a to the Hoffman Declaration (Exhibit 9 above).

13.     Attached hereto as **Exhibit 12** is a true and correct copy of the February 4, 2014 Reporter's Transcript of Colloquy Between AUSA Stacey P. Geis and the Grand Jury, which was originally attached as Exhibit 5 to the Hoffman Declaration (Exhibit 9 above).

14.     Attached hereto as **Exhibit 13** is a true and correct copy of the April 1, 2014 Reporter's Transcript of Proceedings Colloquy, which was originally attached as Exhibit 3 to the Hoffman Declaration (Exhibit 9 above).

15.     Attached hereto as **Exhibit 14** is a true and correct copy of the July 29, 2014 Reporter's Transcript of Proceedings Colloquy, which was originally attached as Exhibit 1 to the Hoffman Declaration (Exhibit 9 above).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

VALCO DECL. IN SUPPORT OF
DEF.'S PRETRIAL MOTIONS
Case No. CR-14-00175-TEH

16.     Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the Transcript of Proceedings from *United States v. Arthur Andersen LLP*, United States District Court, Southern District of Texas, Case No. H-02-121, dated May 25, 2002.  On information and belief, this transcript from the Southern District of Texas was included in the Fifth Circuit appellate record and cited by Arthur Andersen in its appeal.

**Defendant's Motion to Dismiss for Failure to State an Offense:  Count One**

17.     Attached hereto as **Exhibit 16** is a true and correct copy of a letter from Kim Berger of the United States Attorney's Office to Steven Bauer of Latham & Watkins LLP and Kate Dyer of Clarence, Dyer & Cohen LLP dated July 15, 2015.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of the Declaration of Ann G. Gawalt, Deputy General Counsel at the National Transportation Safety Board dated August 12, 2015, as produced by the government bearing Bates numbers USA_NTSB-066494-496.  This Exhibit omits the exhibits originally attached to the declaration.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the Reporter's Transcript dated June 1, 2015 from *United States v. Rainey*, Eastern District of Louisiana, Criminal Case No. 12-291.  We requested and received this transcript from the court reporter in the Eastern District of Louisiana.

**Defendant's Motion to Dismiss the Alternative Fines Act Sentencing Allegations**

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a letter from Steven Bauer of Latham & Watkins LLP to Kim Berger, et al. of the United States Attorney's Office dated March 31, 2015.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of a letter from Kim Berger of the United States Attorney's Office to Steven Bauer of Latham & Watkins LLP, Kate Dyer of Clarence, Dyer & Cohen LLP, and Walter Brown of Orrick Herrington & Sutcliffe LLP dated April 3, 2015.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the September 22, 2011 case management hearing transcript before The Honorable Steven L. Dylina in the *PG&E "San Bruno Fire" Cases*, San Mateo Superior Court, JCCP No. 4648.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

VALCO DECL. IN SUPPORT OF
DEF.'S PRETRIAL MOTIONS
Case No. CR-14-00175-TEH

23.     Attached hereto as **Exhibit 22** is a true and correct copy of The Honorable Steven L. Dylina's Case Management Order No. 6 filed January 19, 2012 in *PG&E "San Bruno Fire" Cases*, San Mateo Superior Court, JCCP No. 4648.

24.     I reviewed a compilation of the deposition transcripts from *PG&E "San Bruno Fire" Cases*, San Mateo Superior Court, JCCP No. 4648.  Collectively, the parties took over 200 depositions in those coordinated proceedings.

25.     I reviewed a compilation of the motions *in limine* filed in *PG&E "San Bruno Fire" Cases*, San Mateo Superior Court, JCCP No. 4648.  Collectively, the parties filed over 110 motions *in limine*.

**Defendant's Motion for a Bill of Particulars**

26.     Based on my review of records, on information and belief, during the course of the National Transportation Safety Board's ("NTSB's") investigation of the root cause of the rupture of one of PG&E's pipelines in San Bruno, the NTSB sent PG&E approximately 550 requests over the course of 11 months.  These requests include questions, amendments to questions, and supplements to questions.

27.     Based on my review of records, on information and belief, the government has produced approximately 1.98 million pages of documents in this case thus far.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on September 7, 2015, in San Francisco, California.

Nicole C. Valco

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

4

VALCO DECL. IN SUPPORT OF
DEF.'S PRETRIAL MOTIONS
Case No. CR-14-00175-TEH