UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | Case No. 14-cr-00175-TEH<br><br>**ORDER REFERRING DISCOVERY TO A MAGISTRATE JUDGE** |

At 6:59 PM on Friday, December 4, Defendant Pacific Gas and Electric Company ("PG&E") filed a motion (Docket No. 198) requesting leave to file four discovery motions on Monday, December 7.[1] PG&E seeks to have these motions heard on the 14-day schedule provided by Criminal Local Rule 47-2 rather than the 21-day schedule required by this Court's standing order. In part, PG&E seeks a compressed schedule based on the January 4, 2016 deadline for filing motions in limine. While PG&E contends that good cause exists for allowing leave to file these four motions at this time, it does not explain why some or all of the motions could not have been brought earlier.

IT IS HEREBY ORDERED that all discovery disputes, including whether PG&E should be allowed leave to file these four additional motions, are now referred to a magistrate judge. If the assigned magistrate judge determines that additional motion practice should be allowed but that a decision cannot reasonably be issued in time for the parties to file motions in limine by January 4, 2016, then this Court will entertain a stipulation and proposed order to continue the trial date and pretrial deadlines, including the deadline to file motions in limine. If an extension is warranted but the parties cannot reach complete agreement, then the parties shall file a joint statement setting forth all areas

---

[1] Leave of court is now required to file any motions other than motions in limine. Order for Pretrial Preparation at 3 (Docket No. 64).

of agreement and their respective positions on all areas of disagreement; this statement must include a discussion of any implications under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: 12/07/15

_____
THELTON E. HENDERSON
United States District Judge