UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

   v.

PACIFIC GAS AND ELECTRIC COMPANY,

          Defendant.

Case No. 14-cr-00175-TEH

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR A BILL OF PARTICULARS**

The Court now GRANTS IN PART and DENIES IN PART Defendant Pacific Gas & Electric ("PG&E")'s Motion for a Bill of Particulars (Docket No. 128). As soon as practicable, and no later than **December 31, 2015**, the Government must identify all segments, by pipeline and by count, for each charged pipeline in Counts 2 and 3 of the Superseding Indictment. Filing a chart similar in form to Exhibit 1 to the Government's opposition to PG&E's motion (Docket No. 142-1) will suffice to satisfy this order. In all other respects, PG&E's motion is DENIED. The Court issues this brief order now to provide the parties with sufficient time before the January 11, 2016 deadline to file motions in limine. A more detailed order will follow.

**IT IS SO ORDERED.**

Dated:   12/23/15

                                            THELTON E. HENDERSON
                                            United States District Judge