UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 6, 2016          **Time:** 4:50-5:35 P.M.          **Judge:** MARIA-ELENA JAMES

**Case No.:** 14-cr-00175-TEH-1          **Case Name:** United States v. Pacific Gas and Electric Company

**Attorney for Plaintiff: Hallie Hoffman, Owen Martikan, and Hartley West**
**Attorney for Defendant: Kate Dyer**

**Deputy Clerk:** Chris Nathan                    **Court Reporter:** N/A
**Interpreter:** N/A                                        **Probation Officer:** N/A

## PROCEEDINGS

Telephonic discovery conference re: grand jury subpoena dispute.

The Court ordered the government to file its letter brief under seal by January 8, 2016.  PG&E shall file any response (up to 15 double-spaced pages) under seal by January 13, 2016, and the government shall file any reply (up to 5 double-spaced pages) under seal by January 15, 2016.  The Court requested PG&E submit the emails at issue for in camera review by January 8, 2016.

The Court informed the parties it may be necessary to address this issue under Criminal Local Rule 6-2(b).  The Court will make this determination after review of the parties' briefing.