1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  HALLIE MITCHELL HOFFMAN (CABN 210020)
   OWEN P. MARTIKAN (CABN 177104)
5  HARTLEY M. K. WEST (CABN 191609)
   JEFFREY B. SCHENK (CABN 234355)
6  Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-7129
        Fax: (415) 436-7234
9       hallie.hoffman@usdoj.gov
        owen.martikan@usdoj.gov
10      hartley.west@usdoj.gov

11  Attorneys for United States of America

                  UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,            )  CR 14-00175 TEH
                                     )
        Plaintiff,                   )
                                     )  AMENDED STIPULATION TO EXTEND TIME
                                     )  FOR MOTIONS *IN LIMINE* BRIEFING AND TO
    v.                               )  CONTINUE PRETRIAL CONFERENCE AND
PACIFIC GAS AND ELECTRIC COMPANY,    )  TRIAL DATE; [~~PROPOSED~~] ORDER
                                     )
        Defendant.                   )
                                     )
_____)

   In its January 7, 2016 Order Re Motions *In Limine* Briefing, the Court "recognize[d] that this order provides more than twice the number of pages the government was anticipating for motions *in limine*, and that the parties may require additional time to file opposition briefs." Order at 3. Observing that "this case is already on a tight schedule," the Court advised that it "is amenable to a short extension in the briefing schedule if agreed to by the parties, as long as the extension is accompanied by a continuance in the pretrial conference and trial dates." *Id.* at 4.

///

AMENDED STIP. TO EXTEND TIME FOR MOTIONS *IN LIMINE* BRIEFING & TO CONTINUE
PRETRIAL CONFERENCE AND TRIAL DATE; [PROPOSED] ORDER
CR 14-00175 TEH

The parties have agreed to an additional two weeks, or twice the originally allotted time, to respond to motions *in limine* (docket numbers 236 and 237), bringing the response filing date to February 8, 2016, and the reply filing date to February 22, 2016.  Per the Court's Order, the parties have agreed to continue the pretrial conference and the trial a corresponding two weeks, to March 7 and March 22, 2016, respectively.

In the event that PG&E files additional motions, the government may request additional time to respond.

SO STIPULATED.

Dated:  January 19, 2016				BRIAN J. STRETCH
						Acting United States Attorney

						_____/s/_____
						HARTLEY M. K. WEST
						Assistant United States Attorney


Dated:  January 19, 2016				_____/s/_____
						STEVEN M. BAUER
						MARGARET TOUGH
						Latham & Watkins, LLP
						KATE DYER
						Clarence Dyer & Cohen, LLP
						Counsel for PG&E

### [~~PROPOSED~~] ORDER

Based on the parties' stipulation in the above-captioned case, all responses to motions *in limine* shall be filed by February 8, 2016; all replies to motions *in limine* shall be filed by February 22, 2016; the pretrial conference shall be held on March 7, 2016; and the trial shall commence on March 22, 2016. Should the Court grant defendant leave to file additional motions, the government may seek leave for additional time to respond.


Dated:  January 19, 2016				HON. THELTON E. HENDERSON
						United States District Judge

<u>AMENDED</u> STIP. TO EXTEND TIME FOR MOTIONS *IN LIMINE* BRIEFING & TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE; [PROPOSED] ORDER
CR 14-00175 TEH