LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Margaret A. Tough (Bar No. 218056)
    margaret.tough@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
  J. Scott Ballenger (*pro hac vice*)
    scott.ballenger@lw.com
555 11th Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

CLARENCE DYER & COHEN LLP
  Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
899 Ellis Street
San Francisco, California  94109-7807
Telephone: +1.415.749.1800
Facsimile: +1.415.749.1694

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | CASE NO. CR-14-00175-TEH<br><br>**JOINT SUBMISSION REGARDING TRIAL LENGTH ESTIMATES**<br><br>**Judge:    Hon. Thelton Henderson** |

1   In its January 12, 2016 Order re Trial Estimate, the Court ordered the parties to "meet and
2   confer on how many weeks they estimate the trial will last, and submit a joint statement
3   providing this estimate to the Court on or before **January 19, 2016**." Dkt. 242.  The parties have
4   met and conferred and provide the following updated estimates:

5   The government believes that the United States' case in chief will take approximately
6   four weeks, assuming a four day Court week with trial concluding at approximately 1:00 p.m.  It
7   is difficult for the defense to estimate the length of its case at this time because it does not know
8   how the government will try its case or if the defense will need to put on a case.  Based on the
9   government's estimate of a four week case in chief, the defense's best estimate at this time is it
10  would need an additional two weeks.

11  Dated:  January 19, 2016                    Respectfully submitted,

12                                              By          /s/
                                                   Steven M. Bauer
13                                                 Margaret A. Tough
                                                   Nicole C. Valco
14                                                 LATHAM & WATKINS LLP

15                                                 Kate Dyer
                                                   CLARENCE, DYER & COHEN LLP
16
                                                   *Attorneys for Defendant*
17                                                 *Pacific Gas and Electric Company*

18
    Dated:  January 19, 2016                    Respectfully submitted,
19
                                                   BRIAN STRETCH
20                                                 Acting United States Attorney

21                                              By          /s/
                                                   Hartley M. K. West
22                                                 Assistant United States Attorney

23

24                              **<u>ATTESTATION CLAUSE</u>**

25  Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this
26  document the concurrence from all parties whose electronic signatures appear above.

27  Dated:  January 19, 2016                    By          /s/
                                                   Nicole C. Valco
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT SUBMISSION RE TRIAL LENGTH
ESTIMATES
Case No. CR-14-00175-TEH