UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

Portion of hearing held *UNDER SEAL*

**Date:** March 7, 2016     **Time in Court:** 50 minutes     **Judge:** THELTON E. HENDERSON

**Case No.:** 14-cr-00175-TEH-1     **Case Name:** UNITED STATES v. PACIFIC GAS & ELECTRIC CO.

**Attorney for United States of America:** Hallie Hoffman; Jeff Schenk; Hartley West; Owen Martikan
**Attorney for Defendant:** Steve Bauer; Margaret Tough; Kate Dyer; Robert Sims

**Defendant:** [] PRESENT   [X] NOT PRESENT
**Defendant's Custodial Status:** [] In Custody   [] Not In Custody

**Deputy Clerk:** Tana Ingle                **Court Reporter:** Belle Ball
**Interpreter:** n/a                        **Probation Officer:** n/a

### PROCEEDINGS

1. Pretrial Conference - held

### RESULT OF HEARING

Due to the pending motions before this Court the trial date of March 22, 2016 is vacated.  The Court will issue an order with a new trial date and pretrial conference.  Defendant's request for a jury questionnaire is granted in part.  The Court will prepare a jury questionnaire and notify parties.  Defendant's request for 2 additional peremptory challenges is granted.  Government will also be granted 2 additional peremptory challenges.  Prior notices to witness for trial will be as follows:  1) witnesses within 100 miles of the court will have 1 day notice;  2) witnesses outside 100 miles of this court but within the district will have 2 days notice;  3) witnesses outside the district will have 3 days notice.

Final 10 minutes of hearing was held in camera and under seal.