BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HALLIE MITCHELL HOFFMAN (CSBN 210020)
OWEN P. MARTIKAN (CABN 177104)
HARTLEY M. K. WEST (CABN 191609)
JEFF SCHENK (CABN 234355)
Assistant United States Attorneys

>    450 Golden Gate Avenue, Box 36055
>    San Francisco, California 94102-3495
>    Telephone:  (415) 436-7129
>    Fax:  (415) 436-7234
>    hallie.hoffman@usdoj.gov
>    owen.martikan@usdoj.gov
>    hartley.west@usdoj.gov
>    jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-00175 TEH |
| Plaintiff, | |
| v. | JOINT APPLICATION FOR PROTECTIVE ORDER REGARDING CERTAIN PHMSA MATERIALS; [PROPOSED] ORDER |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

## APPLICATION

The parties in the above-captioned case jointly submit this application for a Protective Order regarding the production of certain Pipeline and Hazardous Materials Safety Administration (PHMSA) materials as to which PHMSA asserts as confidential business information of other pipeline operators.

///

The parties agree and request that the Court order that PG&E and its counsel may use these materials only in connection with the defense of this criminal case. In the event that the defense finds it necessary to file copies of these materials, the parties agree and request that this Court order such filing to be made under seal.

SO STIPULATED.

Dated: March 14, 2016

BRIAN J. STRETCH
Acting United States Attorney

/s/
_____
HALLIE M. HOFFMAN
Assistant United States Attorney

Dated: March 10, 2016

/s/
_____
MARGARET A. TOUGH
KATE DYER
Counsel for Defendant PG&E

### [PROPOSED] ORDER

Based upon the above application, and for good cause appearing, IT IS HEREBY ORDERED that the production of certain Pipeline and Hazardous Materials Safety Administration (PHMSA) materials as to which PHMSA asserts as confidential business information of other pipeline operators shall be governed by this Protective Order. IT IS FURTHER ORDERED that PG&E and its counsel may use these materials only in connection with the defense of this criminal case. IT IS FURTHER ORDERED that, in the event the defense finds it necessary to file copies of these materials, such filing to be made under seal.

IT IS SO ORDERED.

Dated: March 15, 2016, 2016

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge