BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HALLIE MITCHELL HOFFMAN (CSBN 210020)
HARTLEY M. K. WEST (CABN 191609)
JEFF SCHENK (CABN 234355)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7129
    Fax: (415) 436-7234
    hallie.hoffman@usdoj.gov
    hartley.west@usdoj.gov
    jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-00175 TEH |
| Plaintiff, | JOINT APPLICATION FOR PROTECTIVE ORDER REGARDING CERTAIN PHMSA AND NTSB MATERIALS; [~~PROPOSED~~] ORDER |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

## APPLICATION

The parties in the above-captioned case jointly submit this application for a Protective Order regarding the documents produced on April 8, 2016, which the Pipeline and Hazardous Materials Safety Administration (PHMSA) and the National Transportation Safety Board (NTSB) have previously withheld as privileged material. In entering this order, PHMSA and the NTSB do not waive any of the privileges asserted over these documents as delineated in privilege logs.

The parties agree and request that the Court order that:

(1) These materials may be viewed only by outside PG&E counsel, specifically Latham & Watkins LLP and Clarence Dyer & Cohen LLP;

(2) These materials may be used only in connection with the defense of this criminal case; and

(3) In the event that the defense finds it necessary to file copies of these materials, the parties agree and request that this Court order such action to be made under seal;

(4) In the event that the defense deems it necessary to disclose the contents of these materials at trial, then it will disclose any such materials to the Court under seal, and the holder of the privilege will have an opportunity to respond prior to disclosure at trial.

SO STIPULATED.

DATED: April 8, 2016                             BRIAN J. STRETCH
                                                 United States Attorney

                                                         /s
                                                 _____
                                                 HALLIE M. HOFFMAN
                                                 Assistant United States Attorney

DATED: April 8, 2016                                     /s
                                                 _____
                                                 NICOLE VALCO
                                                 Counsel for Defendant PG&E

JOINT APPLICATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER
14-00175 TEH                                     2

# [PROPOSED] ORDER

Based upon the above application, and for good cause appearing, IT IS HEREBY ORDERED that the production of documents on April 8, 2016, which PHMSA and the NTSB have previously withheld as privileged material, shall be governed by this Protective Order. IT IS FURTHER ORDERED that these materials may be viewed only by outside PG&E counsel, specifically Latham & Watkins LLP and Clarence Dyer & Cohen LLP, and that outside PG&E counsel may use these materials only in connection with the defense of this criminal case. IT IS FURTHER ORDERED that, in the event outside PG&E counsel finds it necessary to file copies of these materials such action shall be made under seal. IT IS FURTHER ORDERED that, in the event that the defense deems it necessary to disclose the contents of these materials, then it will disclose any such materials to the Court under seal, and the holder of the privilege will have an opportunity to respond prior to disclosure at trial.

IT IS SO ORDERED.

DATED: __April 11__, 2016

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge