LATHAM & WATKINS LLP
   Steven M. Bauer (Bar No. 135067)
      steven.bauer@lw.com
   Margaret A. Tough (Bar No. 218056)
      margaret.tough@lw.com
   Robert E. Sims (Bar No. 116680)
      bob.sims@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
   Melissa Arbus Sherry (*pro hac vice*)
      melissa.sherry@lw.com
555 11th Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
      kdyer@clarencedyer.com
899 Ellis Street
San Francisco, California  94109-7807
Telephone: +1.415.749.1800
Facsimile: +1.415.749.1694

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Defendant. | CASE NO. CR-14-00175-TEH<br><br>**DEFENDANT'S REVISED WITNESS LIST**<br><br>**Judge:    Hon. Thelton Henderson** |

Pursuant to the Court's order on Motions *In Limine* (Dkt. 460), Defendant Pacific Gas & Electric Company hereby files its revised witness list. Consistent with the defendant's right to an effective defense, and in light of the government's late productions (*see* Dkt. 452), and the defendant's on-going review of these late-produced materials (*see* Dkt. 485), the defendant may supplement its witness list. Without acknowledging that any of the witnesses or subjects of testimony on the government's list are appropriate, the defendant may also call any witnesses identified on the government's witness list, depending on the government's presentation of its case. If a second trial phase on the government's Alternative Fines Act allegations becomes necessary, PG&E may add witnesses in response to the government's presentation.

| WITNESS NAME | SUMMARY OF TESTIMONY |
|---|---|
| Zach Barrett | Director, State Programs, PHMSA. This witness is likely to testify about his work at PHMSA, but his testimony will depend upon the government's presentation of its case. |
| David Berger | Principal, Cycla Corporation. This witness is likely to testify regarding his work with the CPUC and DOJ, but his testimony will depend upon the government's presentation of its case. |
| Terry Boss | Senior Vice President of Environment, Safety and Operations, INGAA. This witness is likely to testify regarding his work with INGAA, but his testimony will depend upon the government's presentation of its case. |
| Richard Clark | Former Director, Consumer Products and Safety Division, CPUC. This witness is likely to testify regarding his work with the CPSD, but his testimony will depend upon the government's presentation of its case. |
| Linda Daugherty | Deputy Associate Administrator, Field Operations, PHMSA. This witness is likely to testify regarding her work at PHMSA, but her testimony will depend upon the government's presentation of its case. |
| Larry Deniston | Manager, Gas Regulatory Compliance, PG&E. This witness is likely to testify regarding his |

| WITNESS NAME | SUMMARY OF TESTIMONY |
|---|---|
| | communications with PG&E's regulators, but his testimony will depend upon the government's presentation of its case. |
| Maura Dunn | President, Trailblazer Consulting. This witness is likely to testify regarding her work regarding records and information management at PG&E, but her testimony will depend upon the government's presentation of its case. |
| Lisa Glazzy | Special Agent in Charge for Investigations, San Francisco Regional Office, Office of Inspector General, U.S. Department of Transportation. This witness is likely to testify regarding her investigation of this case, but her estimony will depend upon the government's presentation of its case. |
| Robert Hall | Director, Railroad, Pipeline and Hazardous Materials Investigations, NTSB. This witness likely will testify regarding his work as an NTSB pipeline investigator, but his testimony will depend upon the government's presentation of its case. |
| James Haggarty | Detective, San Bruno Police Department. This witness is likely to testify regarding his investigation of this case, but his testimony will depend upon the government's presentation of its case. |
| Gary Harpster | Director of Energy Projects, Overland Consulting. This witness is likely to testify regarding his work with the CPUC and DOJ, but his testimony will depend upon the government's presentation of its case. |
| Chris Hoidal | Director, Western Region Office, PHMSA. This witness likely will testify regarding his work at PHMSA, but his testimony will depend upon the government's presentation of its case. |
| Roger Huston | Senior Consultant, Cycla Corporation. This witness likely will testify regarding his work at Cycla, but his testimony will depend upon the government's presentation of its case. |

| WITNESS NAME | SUMMARY OF TESTIMONY |
|---|---|
| Mike Israni | Senior Technical Advisor, Standards & Rulemaking, PHMSA.  This witness likely will testify regarding his work at PHMSA, but his testimony will depend upon the government's presentation of its case. |
| Blaine Keener | Director, Safety Data Systems & Analysis, PHMSA. This witness likely will testify regarding his work at PHMSA, but his testimony will depend upon the government's presentation of its case. |
| Donald Kramer | Metallurgist, NTSB.  This witness likely will testify regarding his work at the NTSB, but his testimony will depend upon the government's presentation of its case. |
| Dennis Lee | Safety and Enforcement Division, CPUC.  This witness likely will testify regarding his work for the SED and CPUC, but his testimony will depend upon the government's presentation of its case. |
| Wayne Lemoi | National Safety Coordinator, PHMSA.  This witness likely will testify regarding his work at PHMSA, but his testimony will depend upon the government's presentation of its case. |
| Alan Mayberry | Director, Central Region Office, PHMSA.  This witness likely will testify regarding his work at PHMSA, but his testimony will depend upon the government's presentation of its case. |
| Andrew McClymont | Staff, Cycla Corporation.  This witness is likely to testify regarding his work with Cycla, but his testimony will depend upon the government's presentation of its case. |
| Chris McLaren | Transmission Specialist, State Programs, PHMSA.  This witness likely will testify regarding his work at PHMSA, but his testimony will depend upon the government's presentation of its case. |
| Cynthia Quarterman | Former Director of Minerals Management Service and Administrator, PHMSA. This witness likely will testify regarding her work at PHMSA, but her testimony will depend upon the government's |

| WITNESS NAME | SUMMARY OF TESTIMONY |
|---|---|
| | presentation of its case. |
| Sunil Shori | Safety and Enforcement Division, CPUC. This witness likely will testify regarding his work for the SED and CPUC and his role in the NTSB investigation, but his testimony will depend upon the government's presentation of its case. |
| Raffy Stepanian | Safety and Enforcement Division, CPUC. This witness likely will testify regarding his work for the SED and CPUC, but his testimony will depend upon the government's presentation of its case. |
| Steve Stout | President, Cycla Corporation. This witness is likely to testify regarding his work with Cycla, but his testimony will depend upon the government's presentation of its case. |
| Julia Valentine | Former Agency Spokesperson, PHMSA. This witness likely will testify regarding her work at PHMSA, but her testimony will depend upon the government's presentation of its case. |
| Lawrence White | Attorney, PHMSA. This witness likely will testify regarding his work at PHMSA, but his testimony will depend upon the government's presentation of its case. |
| Jeff Wiese | Associate Administrator, PHMSA. This witness likely will testify regarding his work at PHMSA, but his testimony will depend upon the government's presentation of its case. |
| Expert witnesses | To be disclosed after the government complies with its Rule 16 disclosure obligations and once the scope of testimony, if any, of government expert witnesses is determined. |
| NTSB Custodian of Records | This witness's testimony will depend upon the government's presentation of its case. |
| PHMSA Custodian of Records | This witness's testimony will depend upon the government's presentation of its case. |

| WITNESS NAME | SUMMARY OF TESTIMONY |
| --- | --- |
| CPUC Custodian of Records | This witness's testimony will depend upon the government's presentation of its case. |
| Summary witness regarding pressure test records | PG&E. This witness's testimony will depend upon the government's presentation of its case. |
| Any other person the government subpoenaed, interviewed, or put before the grand jury | The identities of these witnesses and their testimony will depend upon the government's presentation of its case. |

Dated: April 25, 2016

Respectfully submitted,

By       /s/
Steven M. Bauer
Margaret A. Tough
Robert E. Sims
LATHAM & WATKINS LLP

Kate Dyer
CLARENCE DYER & COHEN LLP

*Attorneys for Defendant*
*Pacific Gas and Electric Company*