UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-cr-00175-TEH<br><br>**ORDER REGARDING APRIL 12, 2016 MOTIONS FOR RELIEF** |

On April 12, 2016, Defendant Pacific Gas and Electric Company ("PG&E") filed two Motions for Relief from Nondispositive Pretrial Orders of Magistrate Judge Maria-Elena James. Dkt. Nos. 445, 446. PG&E objects to portions of Judge James' March 28, 2016 and April 7, 2016 Orders Regarding the Government's Applications for Rule 17(c) Subpoenas. *Id.*

Pursuant to Federal Rule of Criminal Procedure 59 and Civil Local Rule 72-2, IT IS HEREBY ORDERED that the Government must either respond to these two motions or notify the Court that it does not intend to respond by **April 29, 2016**. Any responses may not exceed 5 pages per motion (not counting declarations and exhibits).

**IT IS SO ORDERED.**

Dated:  04/26/16

_____
THELTON E. HENDERSON
United States District Judge