UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Defendant. | Case No. 14-cr-00175-TEH<br><br>**ORDER REGARDING MAY 5, 2016 STATUS CONFERENCE** |

This matter is set for a status conference on May 5, 2016. Dkt. No. 496. In light of Defendant Pacific Gas and Electric Company's Eighth Status Report Regarding Progress of Reviewing Recently Produced Documents,[1] the Court finds that no status conference is presently necessary. If, however, either party wishes to proceed as scheduled with the May 5, 2016 status conference, then it must so indicate to the Court, in a writing not to exceed one page, by **8:00 PM on May 4, 2016**.

If neither party reports a need for the May 5, 2016 status conference by the designated time, then IT IS HEREBY ORDERED that this matter is continued to **May 12, 2016 at 10:00 AM** for a further status conference. If either party reports such need, then the Court will hold the May 5, 2016 status conference as scheduled.

**IT IS SO ORDERED.**

Dated: 05/04/16

THELTON E. HENDERSON
United States District Judge

---

[1] The Status Report was filed *ex parte* pursuant to Court order. Dkt. No. 496.