UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>　　　　Defendant. | Case No. 14-cr-00175-TEH<br><br>**ORDER REGARDING DEFENDANT'S APRIL 21, 2016 MOTION FOR RELIEF** |

On April 21, 2016, Defendant Pacific Gas and Electric Company ("PG&E") filed a Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge Maria-Elena James. Dkt. No. 477. Pursuant to Federal Rule of Criminal Procedure 59 and Civil Local Rule 72-2, argument from the Government is not necessary to address PG&E's motion. An order on the motion is forthcoming.

**IT IS SO ORDERED.**

Dated: 05/05/16

　　　　　　　　　　　　　　　　　　　　　　
THELTON E. HENDERSON
United States District Judge