1  LATHAM & WATKINS LLP
      Steven M. Bauer (Bar No. 135067)
2         steven.bauer@lw.com
      Margaret A. Tough (Bar No. 218056)
3         margaret.tough@lw.com
      Robert E. Sims (Bar No. 116680)
4         bob.sims@lw.com
   505 Montgomery Street, Suite 2000
5  San Francisco, California  94111-6538
   Telephone:  +1.415.391.0600
6  Facsimile:  +1.415.395.8095

7  LATHAM & WATKINS LLP
      Melissa Arbus Sherry (*pro hac vice*)
8         melissa.sherry@lw.com
   555 11th Street, NW, Suite 1000
9  Washington, DC  20004-1304
   Telephone:  +1.202.637.2200
10 Facsimile:  +1.202.637.2201

11 CLARENCE DYER & COHEN LLP
      Kate Dyer (Bar No. 171891)
12        kdyer@clarencedyer.com
   899 Ellis Street
13 San Francisco, California  94109-7807
   Telephone:  +1.415.749.1800
14 Facsimile:  +1.415.749.1694

15 Attorneys for Defendant
   PACIFIC GAS AND ELECTRIC COMPANY
16

17                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
18                          SAN FRANCISCO DIVISION

19

20 | UNITED STATES OF AMERICA | CASE NO. CR-14-00175-TEH |
21 | v. | **EXHIBITS 21 - 34 TO DECLARATION OF MARGARET A. TOUGH IN SUPPORT OF DEFENDANT'S MOTION FOR EVIDENTIARY SANCTIONS AND OTHER RELIEF BASED ON PROSECUTORIAL MISCONDUCT** |
22 | PACIFIC GAS AND ELECTRIC COMPANY, | |
23 | Defendant. | |
24 | | |
25 | | **Judge:** Hon. Thelton Henderson |
26 | | **Date:** TBD |
   | | **Time:** TBD |
27 | | **Place:** Courtroom 2, 17th Floor |
28

EXHIBITS 21 – 34 TO TOUGH DECL. ISO DEF.'S MOT.
FOR EVIDENTIARY SANCTIONS & OTHER RELIEF
Case No. CR-14-00175-TEH