UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-cr-00175-TEH<br><br>**SECOND ORDER MODIFYING BRIEFING SCHEDULE ON MOTION FOR SANCTIONS** |

The Court has reviewed both the Government's administrative motion to modify the briefing schedule on Defendant Pacific Gas and Electric Company ("PG&E")'s motion for sanctions, Dkt. No. 620, and PG&E's administrative motion for additional pages for its reply brief, Dkt. No. 621. Given the compressed schedule, the Court cannot wait for the usual deadline to pass to receive an opposition to these motions.

The Court now GRANTS the Government's motion. Its supplemental opposition to PG&E's motion for sanctions is due **today by 8:00 PM**, and PG&E's reply is due **tomorrow by 8:00 PM**. In addition, the Court previously ordered that the Government's brief be "short," Dkt. No. 617; to avoid any confusion, the Court now imposes a five-page limit on the supplemental brief.

The Court DENIES PG&E's motion. The opposition to the motion for sanctions was only thirteen pages. *See* Dkt. No. 603. With a five-page limit on the supplemental brief, the total number of pages in opposition will be well less than the twenty-five pages allowed by the Local Rules. PG&E therefore does not need additional pages for its reply.

**IT IS SO ORDERED.**

Dated: 06/08/16

_____
THELTON E. HENDERSON
United States District Judge