UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | Case No. 14-cr-00175-TEH-1<br><br>**ORDER VACATING *EX PARTE* HEARING REGARDING GOVERNMENT'S JUNE 13, 2016 *IN CAMERA* PRODUCTION** |

On June 13, 2016, the Government produced privileged materials for *in camera* review, pursuant to this Court's June 8, 2016 Order. Dkt. No. 629. On June 23, 2016, this Court ordered the Government to appear for an *ex parte* and under seal hearing regarding these materials, to be held on June 27, 2016. Dkt. No. 690.

Upon further review of these materials, the Court now finds that no such hearing is necessary. Accordingly, the *ex parte* hearing set for June 27, 2016 at 2:30 PM is hereby VACATED. And having carefully reviewed these privileged materials, the Court now finds that nothing contained therein must be disclosed to Defendant Pacific Gas and Electric Company under *Brady v. Maryland*, 373 U.S. 83 (1963).

**IT IS SO ORDERED.**

Dated: 06/27/16

_____
THELTON E. HENDERSON
United States District Judge