1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   PHILIP A. GUENTERT (CABN 147374)
3  Acting Chief, Criminal Division

4  HALLIE MITCHELL HOFFMAN (CABN 210020)
   HARTLEY M. K. WEST (CABN 191609)
5  JEFFREY B. SCHENK (CABN 234355)
   Assistant United States Attorneys
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-7129
8      Fax: (415) 436-7234
       hallie.hoffman@usdoj.gov
9      Jeffrey.b.schenk@usdoj.gov
       hartley.west@usdoj.gov
10
   Attorneys for United States of America
11

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15 | UNITED STATES OF AMERICA,        ) CR 14-00175 TEH
                                      )
16 |     Plaintiff,                   ) EX PARTE APPLICATION FOR IMMUNITY
                                      ) ORDER
17 | v.                               )
                                      )
18 | PACIFIC GAS AND ELECTRIC COMPANY,)
                                      )
19 |     Defendant.                   )
                                      )

        BRIAN J. STRETCH, United States Attorney for the Northern District of California, hereby makes an application for an order compelling William Manegold to testify and provide other information during the trial of the above-captioned matter, pursuant to Title 18, United States Code, Sections 6002 and 6003, and respectfully states as follows:

        1. The United States has subpoenaed William Manegold to appear and testify and provide other information in connection with its prosecution of the Pacific Gas and Electric Company ("PG&E") following the deadly explosion of PG&E's pipeline at San Bruno.

UNITED STATES' EX PARTE IMMUNITY APPLICATION
CR 14-00175 TEH

2. Counsel for this witness has stated that counsel will instruct William Manegold to invoke his privilege against self-incrimination under the Fifth Amendment when he appears to testify.

3. It is the judgment of the United States Attorney for the Northern District of California that the testimony and other information to be provided by this witness concerning this prosecution is necessary to the public interest of the United States.

4. This application is made in good faith with the approval of Leslie R. Caldwell, Assistant Attorney General in charge of the Criminal Division of the Department of Justice. (See the Attachment to this Application.)

Dated: May 26, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

PHILIP A. GUENTERT
Acting Chief, Criminal Division



**U.S. Department of Justice**

Criminal Division

*Assistant Attorney General* — *Washington, D.C. 20530*

MAR 29 2016

The Honorable Brian Stretch
Acting United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Attention: Jeff Schenk
Assistant United States Attorney

Re: William Manegold
*United States v. Pacific Gas and Electric Company*

Dear Mr. Stretch:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Northern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring William Manegold to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Leslie R. Caldwell
Assistant Attorney General

**PAUL M O'BRIEN**
**DEPUTY ASSISTANT ATTORNEY GENERAL**
**CRIMINAL DIVISION**