FILED

JUL 05 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-00175 TEH |
| Plaintiff, | IMMUNITY ORDER |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

On the motion of BRIAN J. STRETCH, United States Attorney for the Northern District of California, the Court hereby finds and orders as follows:

1. William Manegold will likely be called to testify during the trial of the above-captioned matter;

2. Based on representations from William Manegold's attorney, the United States Attorney expects Mr. Manegold to refuse to testify on the basis of his Fifth Amendment privilege against self-incrimination;

3. In the judgment of the United States Attorney the testimony and other information to be obtained from William Manegold is necessary to the public interest; and

4. The motion filed here has been made with approval of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in her by

UNITED STATES' EX PARTE IMMUNITY ORDER
CR 14-00175 TEH

18 U.S.C. § 6003 and 28 C.F.R. 0.175;

    IT IS THEREFORE ORDERED that William Manegold shall testify under oath and provide other information, including documents, in this case and in any further ancillary proceedings;

    IT IS FURTHER ORDERED that the testimony and other information compelled from William Manegold pursuant to this Order, including personal or business records, the fact of his production of any records, and any information directly or indirectly derived from such testimony may not be used against him in any criminal case, except a prosecution for perjury, false declaration, or otherwise failing to comply with this Order.

DATED: 7/5/2016

THELTON E. HENDERSON
United States District Judge