UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　Defendant. | Case No. 14-cr-00175-TEH<br><br>**ORDER REGARDING GOVERNMENT'S OBJECTIONS TO DEFENSE EXHIBITS** |

Yesterday evening, the Government lodged objections to three exhibits Defendant Pacific Gas and Electric Company ("PG&E") intends to introduce during trial today. Dkt. No. 781. PG&E timely responded to these objections. Dkt. No. 782. Having carefully considered the parties' arguments, the Court now OVERRULES the Government's objections, as follows:

1. The Government's Federal Rule of Evidence ("Rule") 401 and 403 objections to Defense Exhibit 147 are OVERRULED. If the Government can identify other portions of this exhibit "that in fairness ought to be considered at the same time," Fed. R. Evid. 106, then the Court will consider admitting those portions under Rule 106, within the confines of its prior evidentiary rulings.

2. The Government's Rule 401 and 403 objections to Defense Exhibit 363 are OVERRULED.

3. The Government's Rule 401 and 403 objections to Defense Exhibit 364 are OVERRULED.

**IT IS SO ORDERED.**

Dated: 07/21/16

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　United States District Judge