UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | Case No. 14-cr-00175-TEH<br><br>**ORDER REGARDING JURY NOTES 6 AND 7** |

On August 2, 2016, the jury asked for Strength Test Pressure Records ("STPRs") (Jury Note 6) and leak repair records (Jury Note 7) on specific lines and mile points. The Court has not yet responded to either Jury Note.

Given the considerable size of the defense exhibits containing STPRs, the Court originally read Jury Note 6 as a request for assistance in simply "pulling" the specified STPRs from the record. But Jury Note 7 suggests the jury may be seeking, in both Notes, broader guidance from the Court about where to locate relevant information in the record.

Accordingly, the Court intends to ask the jury whether they have identified a specific exhibit from which they seek the information identified in Jury Note 6. Their response will inform how the Court responds to both Notes 6 and 7.

**IT IS SO ORDERED.**

Dated: 08/03/16

                                      THELTON E. HENDERSON
                                      United States District Judge