UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-cr-00175-TEH<br><br>**VERDICT FORM** |

## COUNT ONE: 18 U.S.C. § 1505

Has the government proved beyond a reasonable doubt that the defendant is guilty of obstructing a National Transportation Safety Board proceeding, in violation of 18 United States Code Section 1505?

__X__ YES, GUILTY        ____ NO, NOT GUILTY

Signed: _____        Dated: __8/9/16__
Foreperson

## COUNT TWO: 49 C.F.R. § 192.917(b)

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.917(b) for Line 132 or Line 109, in violation of 49 United States Code Section 60123(a)?

__X__ YES, GUILTY            ____ NO, NOT GUILTY

Signed: _____      Dated: __8/9/16__
Foreperson

3

## COUNT THREE: 49 C.F.R. § 192.709(a)—Line 132

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.709(a) for Line 132, in violation of 49 United States Code Section 60123(a)?

___ YES, GUILTY          _X_ NO, NOT GUILTY

Signed: /s/ Foreperson          Dated: 8/9/16

## COUNT FOUR: 49 C.F.R. § 192.709(a)—Line 109

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.709(a) for Line 109, in violation of 49 United States Code Section 60123(a)?

\_\_\_\_ YES, GUILTY          _X_ NO, NOT GUILTY

Signed: _[signature]_          Dated: 8/9/16
Foreperson

## COUNT FIVE: 49 C.F.R. § 192.917(a)

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.917(a) for Line 132, Line 153, or DFM 1816-01, in violation of 49 United States Code Section 60123(a)?

    __X__ YES, GUILTY          ____ NO, NOT GUILTY

Signed: _[signature]_       Dated: 8/9/16
Foreperson

## COUNT SIX: 49 C.F.R. § 192.919

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.919 for Line 132, Line 153, or Line 109, in violation of 49 United States Code Section 60123(a)?

__X__ YES, GUILTY              ____ NO, NOT GUILTY


Signed: _/s/ Jam Hoffman_           Dated: __8/9/16__
Foreperson

7

## COUNT SEVEN: 49 C.F.R. § 192.917(e)(3)

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.917(e)(3) for Line 132, Line 153, DFM 1816-01, or Line 109, in violation of 49 United States Code Section 60123(a)?

__X__ YES, GUILTY                    ____ NO, NOT GUILTY

Signed: _[signature]_                    Dated: __8/9/16__
Foreperson

## COUNT EIGHT: 49 C.F.R. § 192.917(e)(4)

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.917(e)(4) for DFM 1816-01, Line 191-1, Line 109, Line 107, or Line 132, in violation of 49 United States Code Section 60123(a)?

    X  YES, GUILTY                ___ NO, NOT GUILTY

Signed: /s/ Foreperson            Dated: 8/9/16

Foreperson

9

### COUNT NINE: 49 C.F.R. § 192.517(a)—Line 132

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.517(a) for Line 132, in violation of 49 United States Code Section 60123(a)?

____ YES, GUILTY                    X   NO, NOT GUILTY

Signed: /s/ Tom Hoffman                    Dated: 8/9/16
Foreperson

## COUNT TEN: 49 C.F.R. § 192.517(a)—Line 109

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.517(a) for Line 109, in violation of 49 United States Code Section 60123(a)?

____ YES, GUILTY              _X_ NO, NOT GUILTY

Signed: _____          Dated: _8/9/16_
Foreperson

### COUNT ELEVEN: 49 C.F.R. § 192.517(a)—Line 153

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.517(a) for Line 153, in violation of 49 United States Code Section 60123(a)?

\_\_\_\_ YES, GUILTY                           X   NO, NOT GUILTY

Signed: _[signature]_                          Dated: 8/9/16
Foreperson

## COUNT TWELVE: 49 C.F.R. § 192.517(a)—Line 191-1

Has the government proved beyond a reasonable doubt that the defendant is guilty of knowingly and willfully violating 49 Code of Federal Regulations Section 192.517(a) for Line 191-1, in violation of 49 United States Code Section 60123(a)?

____ YES, GUILTY          ✗ NO, NOT GUILTY

Signed: /s/ Foreperson          Dated: 8/9/16