UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>     Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

<u>NOTE FROM THE JURY</u>

Note No. _____

Date ___6/29/16___

Time ___8:45 AM___

1.  The Jury has reached a unanimous verdict ( )

    or

(2.)  The Jury has the following question:

Is it possible for the jury to have a copy of all the charges? It would be best to receive individual copies for each juror.

_____
Foreperson of the Jury

Thanks for your consideration!

The entire jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>            Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

<u>NOTE FROM THE JURY</u>

Note No. _____1_____

Date _____6/22/16_____

Time _____10:40 AM_____

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   The document referenced during the end of questioning yesterday as well as used in the beginning of testimony today — is that document the code of regulations or some other document (like "notes + comments" or FAQs.

   Thank you.

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>                Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

## NOTE FROM THE JURY

Note No. __1__

Date __7/28/16__

Time __12:55__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   G 504, p 29. Please give us the column headings. Thank you.

   _____
   Tom Hoffman
   Foreperson of the Jury

<u>Answer</u>

The column headings are provided, in order, in the "Key" at G504, pages 85 and 86. The Key omits Column Z, "Construction Threats."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>     Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

<u>NOTE FROM THE JURY</u>

Note No. __2__

Date __7-28-16__

Time __2:54__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

<u>Count 6</u>

There are lines in the code 49 CFR 192.919 that are not in the elements ~~that must be~~ in the count, for example, jury instruction 32 includes ~~to~~ part of 192.919 b in line 2., but not the remainder of (b). § 192.919 c, d, e are not in the instruction at all. Should we consider all of 192.919 in determining a verdict for JI No. 32?

Count 6

Foreperson of the Jury

Foreperson: Tom Hoffman

IN DETERMINING A VERDICT FOR COUNT SIX, THE GOVERNMENT MUST PROVE THE ELEMENTS AS THEY ARE LISTED IN THE COUNT SIX INSTRUCTION, AND NO OTHER ELEMENTS.

THIS IS TRUE FOR ALL THE COUNTS.

YOU MUST APPLY THE LAW AS I READ IT TO YOU, IN THE JURY INSTRUCTIONS.

*[Page is blank; faint mirror-image bleed-through from reverse side reads:]*

IN DETERMINING A VERDICT AS TO COUNT SIX THE GOVERNMENT MUST PROVE THE ELEMENTS AS THEY ARE LISTED IN THE COUNT SIX INSTRUCTION, AND NO OTHER ELEMENTS.

THIS IS TRUE FOR ALL THE COUNTS.

YOU MUST APPLY THE LAW AS I READ IT TO YOU IN THE JURY INSTRUCTIONS.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>       Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

NOTE FROM THE JURY

Note No. __3__

Date __7.29.2016__

Time __12:40 PM__

1. The Jury has reached a unanimous verdict ( )

   or

(2.) The Jury has the following question:

The jury would like to view Ex: 910 and 409. Do these need to be copied to a thumb drive?

_Jaime Turnbull Dreher_
~~Foreperson of the~~ Jury member

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>         Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

## NOTE FROM THE JURY

Note No. _4_

Date _7/29/16_

Time _2:15 pm_

1. The Jury has reached a unanimous verdict ( )

    or

2. The Jury has the following question:

    Could we have the exhibit #5 presented in closing arguments on each count, or the copies of the power point presentations?

    _Tom Hoffman_
    Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>          Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

<u>NOTE FROM THE JURY</u>

Note No. ___5___

Date ___7/29/16___

Time ___2:35 pm___

1.   The Jury has reached a unanimous verdict ( )

     or

2.   The Jury has the following question:

     Could we see the attachment to G653-001?

     _____
     Tom Hoffman
     Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>          Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

NOTE FROM THE JURY

Note No. _6_

Date _8/2/2016_

Time _9:15 am_

1.   The Jury has reached a unanimous verdict ( )

     or

2.   The Jury has the following question:

Please provide all the STPRs for:
L132  MP 46.61-46.77 (Seg. 192.5)
L109  MP 18.53-19.0 (Seg. 145)
L153  MP 23.77-25.11
L191-1 MP 5.91-6.48

_Tom Hoffman_
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>          Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

## NOTE FROM THE JURY

Note No. __6__

Date __8/2/2016__

Time __9:15 am__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Please provide all the STPRs for:
   L132 MP 46.61 - 46.77 (Seg. 192.5)
   L109 MP 18.53 - 19.0 (Seg. 145)
   L153 MP 23.77 - 25.11
   L191-1 MP 5.91 - 6.48

   __Tom Hoffman__
   Foreperson of the Jury

<u>Question from the Court</u>:

Without revealing the substance of your deliberations, can you answer the following question: Have you identified an exhibit or exhibits from which you seek this information? If yes, please write down the exhibit number(s) and return this to the clerk.

Sorry. Please disregard.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>          Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

NOTE FROM THE JURY

Note No. __7__

Date __8/2/2016__

Time _____

1. The Jury has reached a unanimous verdict ( )

    or

2. The Jury has the following question:

Please provide the leak repair records for:
L109 MP 27.12 - 29.82
L109 MP 11.50 - 19.29
L132 MP 23.39 (906 Wilmington Way, RWC)
L132 MP 23.406

_Tom Hoffman_
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>THELTON E. HENDERSON</u>        Case No. 14-cr-00175-TEH-1

CASE NAME: <u>USA v. Pacific Gas and Electric Company</u>

## NOTE FROM THE JURY

Note No. __8__

Date __8/9/2016__

Time __2:45 pm__

1. The Jury has reached a unanimous verdict [X]

   or

2. The Jury has the following question:

_____

_____

_____

_Tim Hoffman_
Foreperson of the Jury