UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. CR-14-00175-TEH<br><br>**ORDER DENYING DEFENDANT'S MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR A JUDGMENT OF ACQUITTAL** |

This Court, having considered Defendant's Motion to Extend Time to File Reply in Support of Motion for a Judgment of Acquittal and the documents in support of that motion, hereby DENIES the motion. The due date for Defendant's reply brief remains September 27, 2016, as originally scheduled.

**IT IS SO ORDERED.**

Dated: September 27, 2016

THELTON E. HENDERSON
United States District Judge