UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

Defendant.

Case No. 14-cr-00175-TEH

**ORDER REQUESTING INFORMATION AND SETTING STATUS CONFERENCE**

As announced on the court's public website, this action will be reassigned to the Honorable William Alsup when the undersigned judge assumes inactive status on August 11, 2017. In connection with this reassignment, the parties and the monitor shall appear before Judge Alsup for a status conference on **August 15, 2017, at 2:00 PM,** in Courtroom 8 on the 19th floor of 450 Golden Gate Avenue, San Francisco.

This order further observes that, pursuant to special condition of supervision 3, Defendant Pacific Gas and Electric Company's compliance and ethics program report is due no later than **July 31, 2017**. Also by **July 31,** PG&E shall submit a notice regarding its compliance with other special conditions of supervision in this action including: (1) the number of hours of community service completed to date, specifying the names and positions of all personnel who have completed hours, and what particular community service they have performed; (2) whether PG&E has completed the advertising requirements set forth in special conditions 4 and 5, and if so the dates upon which these requirements were completed; and (3) the number of unannounced examinations of PG&E's books and records that have been performed pursuant to special condition 6, and the dates of those examinations.

Finally, by **July 31**, PG&E shall submit a list of all current high-level personnel and a statement as to their particular talents, which are amenable to community service. At the August 15 hearing, the judge will consider the question of whether each individual on the

1  list should be assigned specific work duties to be carried out at particular times.  It would
2  be of assistance if counsel could agree in advance to particular assignments and particular
3  time slots for each individual.

**IT IS SO ORDERED.**

Dated:   07/19/17

_____
THELTON E. HENDERSON
United States District Judge

2