UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-cr-00175-TEH<br><br>**ORDER RE: HIGH-LEVEL PERSONNEL** |

On July 19, 2017, the Court ordered Defendant Pacific Gas and Electric Company ("PG&E") to "submit a list of all current high-level personnel and a statement as to their particular talents, which are amenable to community service," by July 31. Dkt. No. 935 at 2. PG&E's July 31 submission, however, contained no such list. In its submission, it stated, "Should the Court wish to receive additional information on the skills and talents of PG&E's 400 high-level employees, we would be pleased to address that topic during the status hearing or through any additional process the Court may require." Dkt. No. 936 at 6 n.3.

PG&E shall submit a list containing the names and positions of all high-level employees, and their particular talents that may be utilized in performing the ordered community service, no later than **August 14, 2017, at 12:00 noon**.

**IT IS SO ORDERED.**

Dated: 08/02/17

_____
THELTON E. HENDERSON
United States District Judge