JENNER & BLOCK LLP
  Randy Mehrberg (*pro hac vice*)
  RMehrberg@jenner.com
  Reid J. Schar (*pro hac vice*)
  RSchar@jenner.com
  353 N. Clark Street
  Chicago, IL  60654-3456
Telephone:  +1 312 222 9350
Facsimile:  +1 312 527 0484

CLARENCE DYER & COHEN LLP
  Kate Dyer (Bar No. 171891)
  kdyer@clarencedyer.com
  899 Ellis Street
  San Francisco, CA  94109-7807
Telephone:  +1 415 749 1800
Facsimile:  +1 415 749 1694

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No. 14-CR-00175-TEH<br><br>**RESPONSE TO ORDER REQUESTING INFORMATION RE: HIGH-LEVEL PERSONNEL**<br><br>Judge:  Hon. William Alsup<br>Date:   August 15, 2017<br>Time:   2:00 PM<br><br>Place:  Courtroom 8, 19th Floor |

Through this filing, Pacific Gas and Electric Company ("PG&E) responds to the Court's Order dated August 2, 2017, regarding the "particular talents" of PG&E's high-level personnel that may be utilized in performing community service.  To compile this information, PG&E, among other efforts, required the relevant employees to provide information focused on the community service areas of interest identified by the community of San Bruno.  To date, PG&E has gathered this information from all high-level employees, except for less than twenty who have been out of the office while the

information was being collected.

                                      Respectfully Submitted,

Dated: August 14, 2017                JENNER & BLOCK LLP

                                  By:   /s/ Reid J. Schar
                                      Randy Mehrberg (*pro hac vice*)
                                      Reid J. Schar (*pro hac vice*)

                                    CLARENCE DYER & COHEN LLP
                                      Kate Dyer (Bar No. 171891)

                                    Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY