UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | William Alsup | Time in Court: | 1:42 - 2:09 = 27 minutes |
| Date: | September 12, 2017 | | |
| Case No. | 14-cr-00175-WHA-1 | | |

**United States of America**    v.    **Pacific Gas and Electric Company**

☐ Defendant
☒ Present
☐ Not Present
☐ In Custody

U.S. Attorney
Hallie Hoffman

Defense Counsel
Reid Schar

Monitor
Chris Keegan

Deputy Clerk: Tracy Geiger            Reporter: Belle Ball

Probation Officer: Aaron Tam for Jennifer Hutchings

*PROCEEDINGS*

REASON FOR HEARING:    Status Conference re: Community Service Opportunity

RESULT OF HEARING:    Court and counsel addressed possibility of defendant allocating a portion of the community service hours to provide aid in Florida.

City Administrator for San Bruno, Connie Jackson addressed the Court.

1