IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 14-00175 WHA

**NOTICE RE COMMUNITY SERVICE OPPORTUNITY RE HURRICANE MARIA AND PUERTO RICO**

    The Court will look favorably upon giving PG&E hour-for-hour credit for otherwise uncompensated and voluntary time devoted to Hurricane Maria recovery in Puerto Rico, up to 2,000 hours, the offense of conviction having been against the United States, and Puerto Rico being within the United States.

Dated: September 22, 2017.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE