IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant.<br>_____/ | No. C 14-00175 WHA<br><br>**NOTICE RE CALIFORNIA WILDFIRES** |

With respect to the California wildfires since the judgment herein, the parties and the monitor shall provide written answers to the Court and Probation on the following questions by **DECEMBER 31, 2018**:

    1.    What requirements of the judgment herein, including the requirement against further federal, state, or local crimes, might be implicated were any wildfire started by reckless operation or maintenance of PG&E power lines?

    2.    What requirements of the judgment herein might be implicated by any inaccurate, slow, or failed reporting of information about any wildfire by PG&E?

3. What specific steps has the monitor herein taken to monitor and improve PG&E safety and reporting with respect to power lines and wildfires?

4. Provide an accurate and complete statement of the role, if any, of PG&E in causing and reporting the recent Camp Fire in Butte County and all other wildfires in California since the judgment herein.

Dated: November 27, 2018.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2