1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

        Defendant.

_____/

No. CR 14-00175 WHA

**INVITATION FOR CALIFORNIA ATTORNEY GENERAL TO FILE AMICUS BRIEF**

     A notice dated November 27, 2018, directed the parties to submit written answers explaining, among other things, what requirements of the judgment herein might be implicated were any recent California wildfire started by reckless operation or maintenance of PG&E power lines (Dkt. No. 951). The Court requests that the Office of the California Attorney General advise the Court of its view on one aspect of this question, namely, the extent to which, if at all, the reckless operation or maintenance of PG&E power lines would constitute a crime under California law. The Court would appreciate receiving an amicus brief on this issue by **DECEMBER 31**.

     The Deputy Clerk shall serve this order on the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102.

Dated:  December 5, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE