# EXHIBIT B

## Glossary[1]

1. **Conductor** – The power line or other equipment that carries electricity through an electric power system.

2. **Electrical Fault** – An abnormal electric current on an electric power system. Faults may occur, for example, when energized lines make contact with other conductors or the ground.

3. **Transmission Line** – A power line that transfers electricity in bulk at high voltages.

4. **Distribution Circuit/Line** – A power line that carries electricity at lower voltages than transmission lines and serves customers.

5. **Substation** – A facility that includes equipment to transform voltage from high to low or vice versa. In many cases, electricity is transferred from transmission lines onto distribution lines at a substation.

    a. When discussing the flow of electricity on a distribution circuit, the "source side" or "upstream" direction is the direction towards the substation. In most cases, the electricity originates from the direction of the substation.

    b. The "load side" or "downstream" direction is the direction away from the substation, and, in most cases, is the direction towards which electricity flows.

6. **Distribution Line Device** – An electrical device on a distribution circuit. The nearest device upstream of a certain point on a distribution circuit may be referred to as the "source side device." Similarly, the nearest device downstream of a certain point on a distribution circuit may be referred to as the "load side device." A number of types of distribution devices are described below.

    a. **Line Recloser** – An electrical device that measures data associated with the distribution circuit at its position on the line. Line reclosers may be programmed to "open" upon detection of certain data (*e.g*, fault conditions), thereby de-energizing the downstream portions of the line, and protecting or isolating the upstream portions of the line. Line Reclosers may also be programmed to automatically re-energize the line ("close") after a certain period of time to restore power in the case of a temporary fault. If fault conditions persist, a recloser will "lock out" in an open position until the line has been deemed safe to restore.

    b. **Circuit Breaker** – Similar to a line recloser, a circuit breaker is a device located in a substation that protects substation equipment by measuring data associated with the distribution circuit and opening upon detection of fault conditions.

---

[1] This glossary contains simplified explanations of components that make up PG&E's complex electrical system and which are referenced or discussed in the factual reports submitted with this filing.

    c. **Sectionalizer** – An electrical device that has the functionality to automatically open, or disconnect, a section of circuit when it senses that it has lost power from its source.  In some circumstances, this enables electricity to flow around the portion of the circuit that has been disconnected and continue to reach customers downstream.

    d. **Fuse** – A device that will automatically "open," if the current flowing through it exceeds a certain threshold for a certain amount of time, thereby de-energizing the downstream portions of the line and protecting the upstream portions of the line. Fuses are installed in mechanisms known as "cutouts" placed on the line.

    e. **Switch** – A device that allows personnel to de-energize or re-energize a section of a circuit manually.  These devices typically do not operate automatically, but may be able to be operated remotely.

7. **Primary Line and Secondary Line** – PG&E's electric distribution system is divided between primary line and secondary line.  Primary line carries electricity at voltages greater than 480V.  Transformers attached to primary line transform those higher voltages to lower voltages for delivery to customers on secondary line.

8. **Single Line Diagram** – A diagram that outlines the high-level configuration of a circuit or line.  The single line diagrams PG&E has submitted with this filing display how power flows from substations through protective devices, such as fuses and reclosers, to certain locations of interest.

9. **Smart Meter** – An electric meter that tracks and stores a customer's energy usage and certain electrical events, and transmits it wirelessly to the utility.

10. **Troubleman** – An employee who, amongst other responsibilities, is tasked with responding to events on electrical circuits.

11. **Vegetation Management Reliability Program** – The Vegetation Management Reliability Program (formerly called Enhanced Electric Vegetation Management and Public Safety & Reliability) is dedicated to performing tree work that exceeds regulatory requirements. The program targets circuit protection zones based on past vegetation outage data and/or other sources of risk rating, including, but not limited to, history of past vegetation maintenance work, feedback from local Outage Reduction Team, number of customers in protection zones, vegetation management ignition data and High Fire Threat District zone designations. In these select zones, inspectors apply a PG&E created prescription guide and exercise professional judgement to select individual trees to be worked to prevent branches or entire trees from falling into conductors. This tree work only proceeds if written authorization is granted by the tree owners.

12. **Fire Risk Reduction (FRR) Program** – Starting in 2014, PG&E expanded its fire risk reduction efforts.  The new effort included a more rigorous assessment for the highest fire risk locations in PG&E's service territory.  To identify the highest risk locations, PG&E worked with fire risk experts to develop a comprehensive catastrophic wildfire risk model.  PG&E completed this work in 2015.