# EXHIBIT E

**From:** webmaster@cpuc.ca.gov <webmaster@cpuc.ca.gov>
**Sent:** Thursday, November 8, 2018 4:09:50 PM
**To:** usrb@cpuc.ca.gov
**Cc:** Allen, Meredith
**Subject:** Electric Safety Incident Reported- Pacific Gas & Electric Incident No: 181108-9002


**The Following information regarding this incident has been reported:**

**Reporting Date:** 11/8/2018 6:06:53 PM
**Incident Date:** 11/8/2018 @ 6:15 a.m.
**Reported By:** Meredith Allen, Sr. Director - Regulatory Relations
**Utility Name:** Pacific Gas & Electric
**Phone Number:** (415)828-5765
**Email Address:** MEAE@pge.com

**Incident Location:** Pulga Rd. Pulga,, Butte County

**Reasons For Reporting:**
- Fatalities? No (Utility: , Others: )
- Names of Fatalities:
- Injuries? (Utility: , Others: )
- Names of Injured:
- Damage? No (Utility: , Others: )
- Interruption? (Total Customers: , Total Hours: )
- Operator Judgement? Yes
- Media Coverage? No

**Cause of Incident:** Unknown (Other Cause: )

**Agencies on Scene:** Fire,

**Facilities Affected:**
- Utilities Facilities: Caribou-Palermo
- Voltage (KV): 115kV
- Customer's Facilities:

**DigIn Information:**
- Excavator Name:
- Contact:
- Phone: (___)___-____

**Incident Recovery:**
- On Scene Date & Time: @ 00:00 a.m.
- Service Restored: @ 00:00 a.m.

**Summary:** On November 8, 2018, at approximately 0615 hours, PG&E experienced an outage on the Caribou-Palermo 115 kV Transmission line in Butte County. In the afternoon of November 8, PG&E observed by aerial patrol damage to a transmission tower on the Caribou-Palermo 115 kV Transmission line, approximately one mile north-east of the town of Pulga, in the area of the Camp Fire. This information is preliminary.