# EXHIBIT F

**From:** webmaster@cpuc.ca.gov <webmaster@cpuc.ca.gov>
**Sent:** Friday, November 16, 2018 4:03 PM
**To:** usrb@cpuc.ca.gov
**Cc:** Allen, Meredith <MEAe@pge.com>
**Subject:** Electric Safety Incident Reported- Pacific Gas & Electric Incident No: 181116-9015

**The Following information regarding this incident has been reported:**

**Reporting Date:**  11/16/2018 4:00:05 PM
**Incident Date:**  11/8/2018 @ 6:45 a.m.
**Reported By:**  Meredith Allen, Sr. Director - Regulatory Relations
**Utility Name:** Pacific Gas & Electric
**Phone Number:** (415)828-5765
**Email Address:** MEAE@pge.com

**Incident Location:** Concow Concow, Butte

**Reasons For Reporting:**
- Fatalities? No (Utility: , Others: )
- Names of Fatalities:
- Injuries? (Utility: , Others: )
- Names of Injured:
- Damage? No (Utility: , Others: )
- Interruption? (Total Customers: , Total Hours: )
- Operator Judgement? Yes
- Media Coverage? No

**Cause of Incident:** Unknown (Other Cause: )

**Agencies on Scene:** Fire,

**Facilities Affected:**
- Utilities Facilities: Big Bend 1101
- Voltage (KV): 12kV
- Customer's Facilities:

**DigIn Information:**
- Excavator Name:
- Contact:
- Phone: (___)___-____

**Incident Recovery:**
- On Scene Date & Time: @ 00:00 a.m.
- Service Restored: @ 00:00 a.m.

**Summary:** On November 8, 2018, at approximately 0645 hours, PG&E experienced an outage on the Big Bend 1101 12kV Circuit in Butte County. CAL FIRE has collected PG&E equipment on that circuit. CAL FIRE has secured a location near PG&E facilities on that circuit. This information is preliminary. PG&E is cooperating with CAL FIRE.