# EXHIBIT G



To:
Cc:
Bcc:
Subject: Fw: 2 more EIRs

**From:** webmaster@cpuc.ca.gov [mailto:webmaster@cpuc.ca.gov]
**Sent:** Friday, August 10, 2018 9:15 AM
**To:** usrb@cpuc.ca.gov
**Cc:** Cruz, Sheryll <SFQ2@pge.com>
**Subject:** Electric Safety Incident Reported- PG&E Incident No: 180810-8909

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***
**The Following information regarding this incident has been reported:**
**Reporting Date:**  8/10/2018 9:09:44 AM
**Incident Date:**  3/3/2018 @ 8:20 a.m.
**Reported By:**  Sheryll Cruz, Sr Compliance Specialist
**Utility Name:** PG&E
**Phone Number:** (415)740-8929
**Email Address:** sfq2@pge.com
**Incident Location:** 6915 Tustin Road Salinas, Monterey
**Reasons For Reporting:**
- Fatalities? No (Utility: , Others: )
- Names of Fatalities:
- Injuries? (Utility: , Others: )
- Names of Injured:
- Damage? Yes (Utility: , Others: )
- Interruption? (Total Customers: 4, Total Hours: 2.5)
- Operator Judgement? No
- Media Coverage? No
**Cause of Incident:** Other (Other Cause: Blown/Failed Transformer)
**Agencies on Scene:**
**Facilities Affected:**
- Utilities Facilities: Prundale 1110
- Voltage (KV):
- Customer's Facilities:
**DigIn Information:**
- Excavator Name:
- Contact:
- Phone: (___)___-____
**Incident Recovery:**
- On Scene Date & Time: 3/3/2018 @ 8:20 a.m.
- Service Restored: 3/3/2018@ 10:50 a.m.
**Summary:** CPUC Reportable: Property Damage: On March 3, 2018, at approximately 8:17 AM, there was an outage affecting 4 customers on PG&E's Prundale 1110 circuit due to a blown/failed transformer at 6915 Tustin Rd, Salinas. On August 10, 2018, PG&E received a property damage claim from a customer alleging $107,500 of damage to residence due to the incident. This information is preliminary.