# EXHIBIT H



**PACIFIC GAS AND ELECTRIC COMPANY**

# ELECTRIC INCIDENT REPORT FORM

## TO: CALIFORNIA PUBLIC UTILITIES COMMISSION

**PG&E Reference Number: EI100124A**

| | |
|---|---|
| Voice Mail | 1/24/2010 8:40:00 PM |
| **CPUC recipient** | **Date & Time called in to CPUC** |
| 1-800-235-1076 | Curtis Todd Ryan |
| **Telephone Number** | **Reported by** |
| | 415-973-2782 |
| | **Telephone Number** |

**Report Type:** Final

☐ **INJURY/FATALITY:** An incident which results in a fatality or personal injury to an employee or 3rd party rising to the level of in-patient hospitalization and is attributable or allegedly attributable to utility owned electric facilities. Incidents involving motor vehicles are not reportable unless they result in death or injury attributable or allegedly attributable to electrical contact with the utility owned electric facilities.

☒ **MEDIA:** An incident that is non-storm related, is attributable or allegedly attributable to Pacific Gas and Electric owned electric facilities, and is subject to significant public attention and/or media coverage by three or more qualifying media companies in the Immediate Bay Area.

☐ **PROPERTY DAMAGE:** A single electric incident that is non-storm related where property damage of the utility or a single 3rd party is estimated to exceed $50,000 and is attributable or allegedly attributable to utility owned electric facilities. (Report required within 60 Days)

| **Initial Report Sent to CPUC – Date:** 1/25/2010 | **Final Report Sent to CPUC – Date:** 2/18/2010 |
|---|---|

**This report is solely for the confidential use of the commission and its staff, and is not open to public inspection (See Commission General Order 66-C and Public Utilities Code Section 583).**



**PACIFIC GAS AND ELECTRIC COMPANY**

# ELECTRIC INCIDENT REPORT FORM

**PG&E Reference Number: EI100124A**  **Final**

| | |
|---|---|
| **Date and Time of Incident:** | 1/24/2010 6:06:00 PM |
| **Date and Time Incident Determined Reportable:** | 1/24/2010 8:25:00 PM |
| **Location of Incident:** | Highway Substation |

| | | | | | |
|---|---|---|---|---|---|
| **City:** | American Canyon | **Area:** | 7 | **County:** | Napa |
| **Circuit/Facility:** | | **Voltage:** | | | |
| **Service interrupted (time and date):** | 1/24/2010 6:08:00 PM | **Total Customers affected:** | | 15617 | |
| **Service restored (time and date):** | 1/24/2010 9:33:00 PM | **Major Customers affected:** | | TBD | |

**Description of Incident:**

On Sunday January 24, 2010 at 18:07 hours, an outage affecting 15,617 customers occurred at Highway Substation in American Canyon.

The root cause was a switching error that took place at PG&E's Ignacio Substation where 115kV Switch #163 had been left open but had been reported as closed. This set conditions so that when Highway Substation Switch #135 was later opened (normal operating condition), load was dropped, causing a flashover that ultimately de-energized Highway Substation.

PG&E implemented switching procedures and restored electric service to all 15,617 customers at 21:33 hours.

This incident is being reported under the Media criteria: KTVU, KGO, KCBS.

**Facility Type:**   Substation

**Injured Party Information:**      No injuries reported.

**Property Damage Description:**    No property damage reported.

**This report is solely for the confidential use of the commission and its staff, and is not open to public inspection** (See Commission General Order 66-C and Public Utilities Code Section 583).