# EXHIBIT K

| U.S. Department of Energy Electricity Delivery and Energy Reliability Form OE-417 | *ELECTRIC EMERGENCY INCIDENT AND DISTURBANCE REPORT* | OMB No. 1901-0288 Approval Expires: 05/31/2021 Burden Per Response: 1.8 hours |
|---|---|---|

**NOTICE:** This report is **mandatory** under Public Law 93-275. Failure to comply may result in criminal fines, civil penalties and other sanctions as provided by law. For the sanctions and the provisions concerning the confidentiality of information submitted on this form, see General Information portion of the instructions. **Title 18 USC 1001** makes it a criminal offense for any person knowingly and willingly to make to any Agency or Department of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

**RESPONSE DUE:**
Within 1 hour of the incident, submit Schedule 1 and lines M - Q in Schedule 2 as an Emergency Alert report if criteria 1-8 are met.
Within 6 hours of the incident, submit Schedule 1 and lines M - Q in Schedule 2 as a Normal Report if only criteria 9-12 are met.
By the later of 24 hours after the recognition of the incident OR by the end of the next business day submit Schedule 1 & lines M - Q in Schedule 2 as a System Report if criteria 13-24 are met. *Note: 4:00pm local time will be considered the end of the business day*

Submit updates as needed and/or a final report (all of Schedules 1 and 2) within 72 hours of the incident.
For NERC reporting entities registered in the United States; NERC has approved that the form OE-417 meets the submittal requirements for NERC. There may be other applicable regional, state and local reporting requirements.

**METHODS OF FILING RESPONSE**
(Retain a completed copy of this form for your files.)

**Online:**     Submit form via online submission at: https://www.oe.netl.doe.gov/OE417/
**FAX:**        FAX Form OE-417 to the following facsimile number: (202) 586-8485.
**Alternate:**  If you are unable to submit online or by fax, forms may be e-mailed to doehqeoc@hq.doe.gov, or call and report the information to the following telephone number: (202) 586-8100.

# SCHEDULE 1 -- ALERT CRITERIA
(Page 1 of 4)

**Criteria for Filing (Check all that apply)**
**See Instructions For More Information**

| | |
|---|---|
| **EMERGENCY ALERT**<br>**File within 1-Hour**<br><br>If any box 1-8 on the right is checked, this form must be filed within 1 hour of the incident; check Emergency Alert (for the Alert Status) on **Line A** below. | 1. [  ]  Physical attack that causes major interruptions or impacts to critical infrastructure facilities or to operations<br><br>2. [  ]  Cyber event that causes interruptions of electrical system operations<br><br>3. [  ]  Complete operational failure or shut-down of the transmission and/or distribution electrical system<br><br>4. [ X ]  Electrical System Separation (Islanding) where part or parts of a power grid remain(s) operational in an otherwise blacked out area or within the partial failure of an integrated electrical system<br><br>5. [  ]  Uncontrolled loss of 300 Megawatts or more of firm system loads for 15 minutes or more from a single incident<br><br>6. [  ]  Firm load shedding of 100 Megawatts or more implemented under emergency operational policy<br><br>7. [  ]  System-wide voltage reductions of 3 percent or more<br><br>8. [  ]  Public appeal to reduce the use of electricity for purposes of maintaining the continuity of the Bulk Electric System |
| **NORMAL REPORT**<br>**File within 6-Hours**<br><br>If any box 9-12 on the right is checked AND none of the boxes 1-8 are checked, this form must be filed within 6 hours of the incident; check Normal Report (for the Alert Status) on **Line A** below. | 9. [  ]  Physical attack that could potentially impact electric power system adequacy or reliability; or vandalism which targets components of any security systems<br><br>10. [  ]  Cyber event that could potentially impact electric power system adequacy or reliability<br><br>11. [  ]  Loss of electric service to more than 50,000 customers for 1 hour or more<br><br>12. [  ]  Fuel supply emergencies that could impact electric power system adequacy or reliability |

# SCHEDULE 1 -- ALERT CRITERIA -- CONTINUED
(Page 2 of 4)

| | |
|---|---|
| **SYSTEM REPORT**<br>**File within 1-Business Day**<br><br>If any box 13-24 on the right is checked AND none of the boxes 1-12 are checked, this form must be filed by the later of 24 hours after the recognition of the incident OR by the end of the next business day. *Note:* 4:00pm local time will be considered the end of the business day. Check System Report (for the Alert Status) on **Line A** below. | 13. [ ] Damage or destruction of a Facility within its Reliability Coordinator Area, Balancing Authority Area or Transmission Operator Area that results in action(s) to avoid a Bulk Electric System Emergency.<br><br>14. [ ] Damage or destruction of its Facility that results from actual or suspected intentional human action.<br><br>15. [ ] Physical threat to its Facility excluding weather or natural disaster related threats, which has the potential to degrade the normal operation of the Facility. Or suspicious device or activity at its Facility.<br><br>16. [ ] Physical threat to its Bulk Electric System control center, excluding weather or natural disaster related threats, which has the potential to degrade the normal operation of the control center. Or suspicious device or activity at its Bulk Electric System control center.<br><br>17. [ ] Bulk Electric System Emergency resulting in voltage deviation on a Facility; A voltage deviation equal to or greater than 10% of nominal voltage sustained for greater than or equal to 15 continuous minutes.<br><br>18. [ ] Uncontrolled loss of 200 Megawatts or more of firm system loads for 15 minutes or more from a single incident for entities with previous year's peak demand less than or equal to 3,000 Megawatts<br><br>19. [ ] Total generation loss, within one minute of: greater than or equal to 2,000 Megawatts in the Eastern or Western Interconnection or greater than or equal to 1,400 Megawatts in the ERCOT Interconnection.<br><br>20. [ ] Complete loss of off-site power (LOOP) affecting a nuclear generating station per the Nuclear Plant Interface Requirements.<br><br>21. [ ] Unexpected Transmission loss within its area, contrary to design, of three or more Bulk Electric System Facilities caused by a common disturbance (excluding successful automatic reclosing).<br><br>22. [ ] Unplanned evacuation from its Bulk Electric System control center facility for 30 continuous minutes or more.<br><br>23. [ ] Complete loss of Interpersonal Communication and Alternative Interpersonal Communication capability affecting its staffed Bulk Electric System control center for 30 continuous minutes or more.<br><br>24. [ ] Complete loss of monitoring or control capability at its staffed Bulk Electric System control center for 30 continuous minutes or more. |

If significant changes have occurred after filing the initial report, re-file the form with the changes and check Update (for the Alert Status) on **Line A** below.

The form must be re-filed within 72 hours of the incident with the latest information and Final (Alert Status) checked on **Line A** below, unless updated

| LINE NO. | | | | | | |
|---|---|---|---|---|---|---|
| **A.** | Alert Status (check one) | Emergency Alert<br>[ ]<br>1 Hour | Normal Report<br>[ ]<br>6 Hours | System Report<br>[ ]<br>1 Business Day | Update<br>[ ]<br>As required | Final<br>[ X ]<br>72 Hours |
| **B.** | Organization Name | Pacific Gas and Electric | | | | |
| **C.** | Address of Principal Business Office | 77 Beale St. San Francisco, CA. 94105 | | | | |

**Confidential**

| U.S. Department of Energy<br>Electricity Delivery and<br>Energy Reliability<br>Form OE-417 | *ELECTRIC EMERGENCY INCIDENT AND DISTURBANCE REPORT* | OMB No. 1901-0288<br>Approval Expires: 05/31/2021<br>Burden Per Response: 1.8 hours |
|---|---|---|

## SCHEDULE 1 -- ALERT NOTICE
(Page 3 of 4)

### INCIDENT AND DISTURBANCE DATA

| | | | |
|---|---|---|---|
| D. | Geographic Area(s) Affected (County, State) | Butte County, California | |
| E. | Date/Time Incident Began (mm-dd-yy/hh:mm) using 24-hour clock | 11 - 08 - 18 / 07 : 16<br>mo   dd   yy   hh   mm | [ ] Eastern  [ ] Central  [ ] Mountain<br>[X] Pacific  [ ] Alaska  [ ] Hawaii |
| F. | Date/Time Incident Ended (mm-dd-yy/ hh:mm) using 24-hour clock | 11 - 28 - 18 / 16 : 32<br>mo   dd   yy   hh   mm | [ ] Eastern  [ ] Central  [ ] Mountain<br>[X] Pacific  [ ] Alaska  [ ] Hawaii |
| G. | Did the incident/disturbance originate in your system/area? (check one) | Yes [ X ]   No [  ]   Unknown [  ] | |
| H. | Estimate of Amount of Demand Involved (Peak Megawatts) | 32MW   Zero [  ]   Unknown [  ] | |
| I. | Estimate of Number of Customers Affected | 11,844   Zero [  ]   Unknown [  ] | |

## SCHEDULE 1 – TYPE OF EMERGENCY
**Check all that apply**

| J. Cause | K. Impact | L. Action Taken |
|---|---|---|
| ☐ Unknown<br>☐ Physical attack<br>☐ Threat of physical attack<br>☐ Vandalism<br>☐ Theft<br>☐ Suspicious activity<br>☐ Cyber event (information technology)<br>☐ Cyber event (operational technology)<br>☐ Fuel supply emergencies, interruption, or deficiency<br>☐ Generator loss or failure not due to fuel supply interruption or deficiency or transmission failure<br>☐ Transmission equipment failure (not including substation or switchyard)<br>☐ Failure at high voltage substation or switchyard<br>☐ Weather or natural disaster<br>☐ Operator action(s)<br>X Other<br>☐ Additional Information/Comments: Camp Fire in area | ☐ None<br>☐ Control center loss, failure, or evacuation<br>☐ Loss or degradation of control center monitoring or communication systems<br>☐ Damage or destruction of a facility<br>X Electrical system separation (islanding)<br>☐ Complete operational failure or shutdown of the transmission and/or distribution system<br>☐ Major transmission system interruption (three or more BES elements)<br>☐ Major distribution system interruption<br>☐ Uncontrolled loss of 200 MW or more of firm system loads for 15 minutes or more<br>☐ Loss of electric service to more than 50,000 customers for 1 hour or more<br>☐ System-wide voltage reductions or 3 percent or more<br>☐ Voltage deviation on an individual facility of ≥10% for 15 minutes or more<br>☐ Inadequate electric resources to serve load<br>☐ Generating capacity loss of 1,400 MW or more<br>☐ Generating capacity loss of 2,000 MW or more<br>☐ Complete loss of off-site power to a nuclear generating station<br>☐ Other<br>☐ Additional Information/Comments: | ☐ None<br>☐ Shed Firm Load: Load shedding of 100 MW or more implemented under emergency operational policy (manually or automatically via UFLS or remedial action scheme)<br>☐ Public appeal to reduce the use of electricity for the purpose of maintaining the continuity of the electric power system<br>☐ Implemented a warning, alert, or contingency plan<br>☐ Voltage reduction<br>☐ Shed Interruptible Load<br>☐ Repaired or restored<br>☐ Mitigation implemented<br>☐ Other<br>X Additional Information/Comments See Section R - Narrative |

| U.S. Department of Energy<br>Electricity Delivery and<br>Energy Reliability<br>Form OE-417 | *ELECTRIC EMERGENCY INCIDENT AND DISTURBANCE REPORT* | OMB No. 1901-0288<br>Approval Expires: 05/31/2021<br>Burden Per Response: 1.8 hours |
|---|---|---|

# SCHEDULE 2 -- NARRATIVE DESCRIPTION
(**P**age 4 of 4)

*Information on Schedule 2 will not be disclosed to the public to the extent that it satisfies the criteria for exemption under the Freedom of Information Act, e.g., exemptions for confidential commercial information and trade secrets, certain information that could endanger the physical safety of an individual, or information designated as Critical Energy Infrastructure Information.*

### NAME OF OFFICIAL THAT SHOULD BE CONTACTED FOR FOLLOW-UP OR ANY ADDITIONAL INFORMATION

| | | |
|---|---|---|
| M. | Name | Sandra R. Ellis |
| N. | Title | Senior Manager, Transmission Operations Engineering |
| O. | Telephone Number | (415)-(973)-(1665) |
| P. | FAX Number | (415)-(973)-(8804) |
| Q. | E-mail Address | SRE2@pge.com |

**Provide a description of the incident and actions taken to resolve it. Include as appropriate, the cause of the incident/disturbance, change in frequency, mitigation actions taken, equipment damaged, critical infrastructures interrupted, effects on other systems, and preliminary results from any investigations. Be sure to identify: the estimate restoration date, the name of any lost high voltage substations or switchyards, whether there was any electrical system separation (and if there were, what the islanding boundaries were), and the name of the generators and voltage lines that were lost (shown by capacity type and voltage size grouping). If necessary, copy and attach additional sheets.** Equivalent documents, containing this information can be supplied to meet the requirement; this includes the NERC EOP-004 Disturbance Report. **Along with the filing of Schedule 2, a final (updated) Schedule 1 needs to be filed. Check the Final box on line A for Alert Status on Schedule 1 and submit this and the completed Schedule 2 no later than 72 hours after detection that a criterion was met.**

R.  Narrative:

On November 8, 2018, at approximately 0615 hours, PG&E experienced an outage on the Caribou-Palermo 115 kV Transmission line in Butte County. In the afternoon of November 8, PG&E observed by aerial patrol damage to a transmission tower on the Caribou-Palermo 115 kV Transmission line, approximately one mile north-east of the town of Pulga, in the area of the Camp Fire.   This information is preliminary.  PG&E filed an Electric Safety Incident Report (No. 181108-9002) for this line outage with the California Public Utilities Commission.

At approximately 06:15, the Caribou – Palermo 115 kV line relayed and did not test due to auto-reclosing being disabled following company practices for transmission lines in areas of extreme fire danger. Loss of this transmission line caused sustained interruption to Grizzly PH (offline at the time).

At 07:20, the Caribou – Table Mountain 230 kV line relayed and remained open-ended at Caribou by design with no customer interruption.  This resulted in an island with the Butt Valley – Caribou 115 kV line and the Caribou 60kV area referred to as the Caribou Island.  Belden PH separated on the trouble.  Moments later the Caribou – Table Mountain 230 kV line relayed again and tested no good.

The Caribou Island consisted of the following substations Big Meadows, Chester, Crescent Mills, East Quincy, Gansner, Grays Flat, Hamilton Branch, Spanish Creek and LMUD.  Additionally, the following generators were part of the Caribou Island:  Caribou #1 PH Units #1, #2, #3, Caribou #2 PH Units #4 and 5, Honey Lake (LMUD), Amedle (LMUD), Wineagle (LMUD), Hamilton Branch, Collins Pine, Butt Valley PH and Sierra Pacific (Quincy).

At 08:00 the Grid Control Center requested that the Caribou Island be terminated due to inability to manage frequency, Caribou #2 PH Units #4 and #5 were separated at 08:03.  The Butt Valley – Caribou 115 kV, Caribou #2 60 kV, Caribou – Plumas Jct 60 kV lines were de-energized. Caribou PH #11-230/115 kV transformer and 115 kV main bus de-energized. This caused a sustained interruption to Gansner, Grays Flat, East Quincy, Sierra Pacific (Quincy) and Spanish Creek.  Additionally, the Caribou – Westwood 60 kV line was open-ended at Caribou leaving a smaller island with Honey Lake Power (LMUD) serving Hamilton Branch, Collins Pine and Chester, referred to as the LMUD Island.

At 09:08, the Caribou-Westwood 60 kV line was de-energized due to lack of protection for the end of line, causing sustained interruption to Big Meadows and momentary interruption to Hamilton Branch and Chester. After further review of protection, Big Meadows was restored from LMUD at 14:44.

To support restoring customers in the affected area, Caribou #2 PH was black-started and energized the Caribou 230, 115 and 60 kV busses at 15:41.  Over the next hours steps were taken to restore customers within the associated 60 kV substations.  At 17:45 the PG&E served portion of the LMUD island was interrupted causing sustained interruption to Big Meadows, Hamilton Branch, Collins Pine and Chester to prepare for planned drop and pickup restoration from the newly re-created Caribou Island.

At 19:51, the Caribou – Westwood 60 kV line was energized.   The Hamilton Branch – Chester 60 kV line was energized, restoring all customers at Chester, Big Meadows, and Hamilton Branch by 20:20.
At 20:53, the Caribou #2-60 kV line was energized allowing restoration of Grays Flat at 21:10 and Spanish Creek 21:18.
At 21:11, the Caribou Plumas Junction 60 kV line was energized allowing restoration of East Quincy at 22:37 and Gansner at 22:53.

On November 28, at 16:21 Caribou-Table Mountain 230 kV line manually tested OK after crews replaced no-good insulators at tower 33/239.  At 16:32, the Caribou Island was synchronized with the primary electrical grid ending the islanding condition and returning the Caribou-Table Mountain 230 kV line to normal.

| S. Estimated Restoration Date for all Affected Customers<br>   Who Can Receive Power | 11 - 08 - 18<br>mo     dd     yy |
|---|---|

**Confidential**

| | |
|---|---|
| **T. Name of Assets Impacted** | **Lines**<br><br>*230 kV*<br>Caribou – Table Mountain<br><br>*115 kV*<br>Caribou – Palermo<br>Butt Valley – Caribou<br><br>*60 kV*<br>Caribou #2<br>Caribou – Plumas Jct<br>Caribou – Westwood<br>Hamilton Branch – Chester<br><br>**Generators**<br><br>Caribou #1 PH Unit #1 (offline)<br>Caribou #1 PH Unit #2 (offline)<br>Caribou #1 PH Unit #3 (offline)<br>Caribou #2 PH Unit #4<br>Caribou #2 PH Unit #5<br>Honey Lake Power (LMUD)<br>Amedle (LMUD)<br>Wineagle (LMUD)<br>Hamilton Branch<br>Collins Pine<br>Butt Valley PH<br>Sierra Pacific (Quincy)<br>Grizzly PH (offline)<br>Belden PH<br><br>**Substations**<br><br>Caribou 230 kV<br>Caribou 115 kV<br>Caribou 60 kV<br>East Quincy 60 kV<br>Spanish Creek 60 kV<br>Big Meadows 60 kV<br>Chester 60kV<br>Hamilton Branch 60kV<br>Gansner 60kV<br>Grays Flat 60kV |
| **U. Notify NERC/E-ISAC** | Select if you approve of all of the information provided on the Form being submitted to the North America Electric Reliability Corporation (NERC) and/or the Electricity Information Sharing and Analysis Center (E-ISAC)<br><br>NERC is an entity that is certified by the Federal Energy Regulatory Commission to establish and enforce reliability standards for the bulk power system but that is not part of the Federal Government. This information would be submitted to help fulfill the respondent's requirements under NERC's reliability standards.<br><br>If approval is given to alert NERC and/or E-ISAC the Form will be emailed to systemawareness@nerc.net and/or operations@eisac.com when it is submitted to DOE. DOE is not responsible for ensuring the receipt of these emails by NERC and/or E-ISAC.<br><br>X  Notify NERC  \|  X  Notify E-ISAC |

**Confidential**