# EXHIBIT L

---
### ADOBE INCIDENT DESCRIPTION & FACTUAL SUMMARY
---

For completeness, this incident description and factual summary should be read in conjunction with the Factual Report Guidance and the contemporaneously submitted response to Question 62.

**Background:**

On October 10, 2017, PG&E filed an Electric Safety Incident Report (Incident No. 171010-8558) concerning an incident that occurred near 8555 Sonoma Highway (Highway 12), Kenwood, Sonoma County (the "incident location" as defined by the CPUC's December 7, 2017, letter).  When PG&E was granted access to the incident location, PG&E observed a green Eucalyptus tree that had fallen and was laying on three of three conductors of a Dunbar 1101 (12 kV) primary tap line on the ground.  The Eucalyptus tree was rooted approximately 60 feet from the distribution conductors.

According to CAL FIRE's website, the Adobe fire is part of the "Nuns fire", which consists of six different fires:  Nuns, Adobe, Norrbom, Pressley, Partrick and Oakmont, and the Adobe fire started at 1:00 AM on October 9, 2017.

**Incident Overview:**



The incident location is served by the Dunbar 1101 Circuit.  On the Dunbar 1101 Circuit, Line Recloser 234 is the first recloser upstream of the incident location.  Based on PG&E records, there are four meters downstream of the incident location.  At 10:36 PM, the smart meter at service point 3680315905 recorded a NIC Power Down event.  The smart meter at service point 9637363405, another meter downstream of the incident location, failed to report interval data between 8:22 PM and midnight.  The other two meters were not reporting on October 8.

Based on PG&E records, 6 smart meters between the incident location and Fuse 1261—the fuse immediately upstream of the incident location—recorded a series of power off/on events between 11:08 PM and 11:35 PM.  At 11:14 PM, Line Recloser 234 operated and reclosed.

Based on PG&E records, a PG&E troubleman was the first responder to the Adobe incident.  Per the troubleman, at around 11:30 PM on October 8, he was driving north on Highway 12 to address an outage.  Along the way, he saw fire in the Kenwood area.  Per the troubleman, he stopped near a pole on Highway 12 that was close to the Chateau St. Jean winery.  He saw firefighters and asked if they needed assistance.  The firefighters requested de-energization of the lines.  The troubleman called the Distribution Operator, who told him that Line Recloser 234 was nearby and could be opened remotely.  Based on PG&E records, Line Recloser 234 was

CONFIDENTIAL

opened remotely via SCADA at 11:35 PM, and there was fire on the load side of Line Recloser 234. Opening Line Recloser 234 cut off the source of power to the incident location.

Per the troubleman, because of the fire he observed, he worked with the Distribution Operator to de-energize more of the line on the source side of Line Recloser 234. Based on PG&E records, the Dunbar 1101 Circuit Breaker was opened remotely via SCADA at 12:01 AM on October 9, de-energizing the Dunbar 1101 Circuit at that time.

Per the troubleman, after working with the Distribution Operator to de-energize the circuit, he returned to the pole by which he had originally stopped. The pole had caught fire, and he extinguished it. From that pole, the troubleman saw a large building on fire approximately 100 yards to the northeast. The troubleman drove into the winery property along the pole line because from where he was, he could see that two of three fuses were blown. Based on PG&E records, the troubleman reported at 1:10 AM that he found two of three fuses at Fuse 1261 blown. He also reported that he opened the remaining fuse and tagged it "Man on Line" and in need of further patrol. Per the troubleman, he was unable to patrol more than one span downstream of Fuse 1261 due to fire. The incident location is ten spans downstream of Fuse 1261. Per the troubleman, from his location, he did not see trees or wires down.

Based on PG&E records, on October 10, 2017 at 8:48 AM, another PG&E troubleman reported that firefighters asked PG&E to cut the line in the clear and open Fuse 7443 downstream of the incident location. At 8:49 AM, PG&E cut the line in the clear upstream of the incident location. At 8:53 AM, PG&E opened Fuse 7443 and tagged it "Caution".

On October 10, PG&E was permitted access to the incident location and observed a Eucalyptus tree that had fallen and three of three primary conductors of the Dunbar 1101 (12 kV) on the ground. The Eucalyptus tree was green, approximately 120 feet tall and rooted approximately 60 feet from the distribution conductors. The Eucalyptus tree was found laying on top of the distribution conductors. The primary tap line conductors were #4AR (aluminum, steel reinforced) tree wire, installed in 1966.

CAL FIRE released the incident location on October 16.

Based on PG&E records, on October 17 at 1:42 PM, the Dunbar 1101 Circuit Breaker was closed, and at 9:23 PM, Line Recloser 234 was closed remotely via SCADA. The incident location remained de-energized because Fuse 1261 was open. On October 21, PG&E completed repair work at the incident location. On October 22 at 5:20 PM, Fuse 1261 was closed, restoring power to the incident location.

CONFIDENTIAL

**Evidence Collection:**

CAL FIRE collected a rack secondary bracket, 3 sections of #6 copper wire, an 8 foot cross-arm, 2 insulators, a steel gasket and many sections of primary tree wire.  PG&E does not know whether CAL FIRE collected additional evidence at the incident location.

On October 17, 2017, PG&E collected a smart meter at service point 3680316905, located downstream of the incident location.   On October 21, 2017, PG&E collected the base and first one-third from the base of the subject Eucalyptus tree.

**Timeline:**

| Event | Adobe CPUC Bates Number Reference | CAL FIRE Bates Number Reference |
|---|---|---|
| October 8, 2017, 8:22 PM:  Based on PG&E records, the smart meter at service point 9637363405 failed to report interval data between 8:22 PM and midnight. | | PGE-CF_00000046 |
| October 8, 2017, 10:36 PM:  Based on PG&E records, the smart meter at service point 3680315905 recorded a NIC Power Down event. | | PGE-CF_00000047 |
| October 8, 2017, 11:08 PM:  Based on PG&E records, 6 smart meters located between the incident location and Fuse 1261 recorded a series of power off/on events between 11:08 PM and 11:35 PM. | | PGE-CF_00000047 |
| October 8, 2017, 11:14 PM:  Based on PG&E records, Line Recloser 234 operated and reclosed. | PGE-CPUC_00007876 | PGE-CF_00000015 |
| October 8, 2017, 11:35 PM:  Based on PG&E records, Line Recloser 234 was opened remotely via SCADA, and there was fire on the load side of Line Recloser 234. | PGE-CPUC_00013124, at 124 PGE-CPUC_0007876 | PGE-CF_00136070, at 070 PGE-CF_00000015 |
| October 9, 2017, 12:01 AM:  Based on PG&E records, the Dunbar 1101 Circuit Breaker was opened remotely via SCADA. | PGE-CPUC_00013124, at 124 PGE-CPUC_0007876 | PGE-CF_00136070, at 070 PGE-CF_00000015 |
| October 9, 2017, 1:00 AM:  According to CAL FIRE's website, the Adobe fire started. | | |
| October 9, 2017, 1:10 AM:  Based on PG&E records, a troubleman reported that at Fuse 1261, he found two of three fuses had blown.   He also reported that he opened the third fuse, and that he tagged Fuse 1261 | PGE-CPUC_00013091 | PGE-CF_00136055 |

CONFIDENTIAL

| Adobe | | |
|---|---|---|
| Event | CPUC Bates Number Reference | CAL FIRE Bates Number Reference |
| "Man on Line" and in need of patrol. | | |
| October 10, 2017, 8:48 AM: Based on PG&E records, a different troubleman reported that firefighters requested that PG&E cut the line in the clear and open Fuse 7443. | PGE-CPUC_00013039, at 039 | PGE-CF_00136021, at 021 |
| October 10, 2017, 8:49 AM: Based on PG&E records, PG&E cut the line in the clear upstream of the incident location. | PGE-CPUC_00013039, at 039 | PGE-CF_00136021, at 021 |
| October 10, 2017, 8:53 AM: Based on PG&E records, PG&E opened Fuse 7443 and tagged it "Caution". | PGE-CPUC_00013039, at 039 | PGE-CF_00136021, at 021 |
| October 10, 2017: PG&E first accessed the site and observed the fallen tree and wire down at the incident location. | | |
| October 16, 2017: CAL FIRE released the incident location. | | |
| October 17, 2017, 1:42 PM: Based on PG&E records, the Dunbar 1101 Circuit Breaker was closed. | PGE-CPUC_00013124 | PGE-CF_00136070 |
| October 17, 2017, 9:23 PM: Based on PG&E records, Line Recloser 234 was closed remotely via SCADA, but power did not flow to the incident location because Fuse 1261 was open. | PGE-CPUC_00013124 PGE-CPUC_00001206 | PGE-CF_00136070 PGE-CF_00004982 |
| October 21, 2017: PG&E completed repair work at the incident location. | PGE-CPUC_00015733 | |
| October 22, 2017, 5:20 PM: Based on PG&E records, Fuse 1261 was closed, restoring power to the incident location. | PGE-CPUC_00013091 PGE-CPUC_00001206 | PGE-CF_00136055 PGE-CF_00004982 |

CONFIDENTIAL

**Source List:**

| Source | Brief Description |
|---|---|
| PGE-CPUC_00001203<br>PGE-CF_00004982 | Adobe Single Line Diagram |
| PGE-CPUC_00017161 | Log of Evidence PG&E Collected (amended response) |
| PGE-CPUC_00012216 | Log of Evidence Collected by CAL FIRE (amended response) |
| PGE-CPUC_00007876<br>PGE-CF_00000015 | SCADA Data |
| PGE-CPUC_00013039<br>PGE-CF_00136021 | ILIS Report 17-0085901 |
| PGE-CPUC_00013091<br>PGE-CF_00136055 | ILIS Report 17-0085330 |
| PGE-CPUC_00013124<br>PGE-CF_00136070 | ILIS Report 17-0085286 |
| PGE-CPUC_00015733 | Electric Overhead Tag Notification 113743733 (completed 10/21/17) |
| PGE-CPUC_00016059 | Photo of Incident Location |
| PGE-CF_00000046<br>PGE-CF_00000047 | AMI Data from October 8, 2017 for Smart Meters at Service Points Between Fuse 1261 and Incident Location, and for Meters Downstream of Incident Location |
| Adobe Electric Incident Report (Initial) | October 10, 2017 Initial Electric Incident Report for Adobe |
| Adobe Electric Incident Report (20 Day) | November 6, 2017 20 Day Electric Incident Report for Adobe |
| CPUC Letter | December 7, 2017 CPUC Letter to PG&E Regarding Clarification for Commission's November 21, 2017 Data Request |
| Response to Question 35 | December 29, 2017 Response to the CPUC's October 2017 Wildfire Data Request |
| Response to Question 36 | December 29, 2017 Response to the CPUC's October 2017 Wildfire Data Request |
| Supplemental AMI Data | AMI Data from October 8, 2017 for Smart Meters at Service Points Between Fuse 1261 and Incident Location |
| Supplemental SCADA Data | SCADA Data from October 17, 2017 for Line Recloser 234 |
| Adobe Fire (Central LNU Complex) Incident Information, CAL FIRE Website | http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1890 |
| Nuns / Adobe / Norrbom/ Pressley / Partrick Fires / Oakmont (Central LNU Complex) Incident Information, CAL FIRE Website | http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1868 |

CONFIDENTIAL

**Factual Report Guidance:**

PG&E is providing Incident Description and Factual Summaries (the "Reports") for each incident location, as defined by the CPUC's December 7, 2017, letter.  In addition to Question 62, these Reports provide a complete response to Question 1. These Reports also provide a partial response to Question 54.  Documents and attachments responsive to Question 54 are being produced with that response.

PG&E's review and collection of records are ongoing, and these Reports are based on information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known.  In preparing these Reports, PG&E has not included data or information that may not be relevant to the incident location, as defined by the CPUC's December 7, 2017, based on information currently known, for example:
- Transmission-level outages, which because of their wide-spread impact, may have caused an outage at the incident location, unless the source of the outage appears to have been related to the incident location or the transmission-level outage de-energized the incident location; or
- Certain minor alarms sent by protection devices that did not result in a sustained outage at the incident location.

Raw data has, however, been provided in response to other questions.

PG&E has not reviewed potentially relevant information that is in the possession of CAL FIRE or any other entity.  The causes of the incidents are still under investigation and it is premature to draw conclusions about whether the "fire locations" or "incident locations" addressed by these Reports are points of origin.

Moreover, PG&E has relied on some publicly available information provided by third parties, such as CAL FIRE.  For example, PG&E has relied on the start times designated by CAL FIRE as indicated in PG&E's response to Question 25, submitted to the CPUC on January 31, 2018, in generating these Reports.  PG&E is not presently able to validate this information.

For these reasons, among others, the facts described in the Reports may or may not be relevant to questions of causation or origin with respect to any incidents, and there may also be other facts not in the Reports that are relevant to questions of causation or origin of any incidents.

In addition, please find a list of additional explanations related to particular points.

<u>Single Line Diagrams</u>

For ease of reference, PG&E has included reproductions of the single line diagrams produced in response to Question 28, submitted to the CPUC on December 29, 2017.  Any reference to "area of interest" in the single line diagrams refers to the incident location, as defined by the CPUC's December 7, 2017, letter.  The single line diagrams show the incident location and the location of all protection devices upstream of the incident location back to the distribution circuit breaker at the substation.  Smart Meters, switches, and any devices downstream of incident locations are not shown on the single line diagrams, although they may be referenced in the Reports.

CONFIDENTIAL

Below please find a legend that explains the symbols used in the diagrams.



First Responders

As indicated above, in response to Question 54, PG&E has included in its Reports an account of the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location, as defined by the CPUC's December 7, 2017, letter.

Repair and/or Restoration Work

PG&E has included information related to when repair and/or restoration work was completed. PG&E has not attempted to include all dates on which repair crews were present at or near incident locations, as defined by the CPUC's December 7, 2017, letter, either in the incident overview or the timeline.

Timeline

As indicated above, in response to Question 1, PG&E has included a timeline of certain equipment operations and actions of PG&E employees at or near the incident locations, including during the period 12 hours prior to CAL FIRE's designated start time, as indicated in PG&E's response to Question 25, until the date (if known) when CAL FIRE obtained PG&E facilities for evidence, CAL FIRE released the incident scene, or repair and/or restoration work was completed, whichever event came last. PG&E has not included every possible data point during the timeline time period. Rather, as indicated above, the timelines include information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known. Where records have been produced, PG&E provided the Bates number. Within a single row, some information may be based on records that have been produced, while other information may be based on records or other information that have not been produced.

Operational Data

PG&E has relied on certain operational data sets (*e.g.*, SCADA, AMI) in preparing these Reports. There may be data discrepancies between different operational data sources. For example, timestamps of a common event across different operational data sources may differ. In these Reports, PG&E has documented to the best of its ability the most accurate occurrence time based on its current understanding.

CONFIDENTIAL

*SCADA Data*

SCADA (Supervisory Control And Data Acquisition) data includes alarm and event data remotely collected in real time from data-collection capable devices on PG&E's electric distribution and transmission circuits. Reclosers and circuit breakers are examples of devices that may report SCADA data. Fuses do not have SCADA connectivity and, therefore, do not report SCADA data. SCADA alarms and events memorialize electrical events on a circuit. However, they are associated with the device that collected them and do not include information on the specific cause or precise origin location of the electrical event that they memorialize.

As noted above, PG&E has not included all SCADA events in the Incident Overview or the Timeline. For example, Minimum To Trip ("MTT") alarms have not been included. MTT alarms are generated when a SCADA-enabled device identifies a circuit load that exceeds a maximum threshold load but for less than a certain amount of time. MTT alarms can be frequent and do not include information on the specific cause or origin location of the event that triggered them. A record of all SCADA events and alarms that occurred during the requested time periods has been previously produced in response to Question 25, submitted to the CPUC on January 31, 2018, in the Bates range PGE-CPUC_00007875-7911.

*AMI Data*

Smart Meters are electric meters designed to record customer electricity usage, primarily for billing purposes. They can record and transmit electrical data including usage, voltage and event data ("Smart Meter" or "AMI" data). In certain situations, data collected by these meters may be helpful to determine information about outages. For example, a Smart Meter's "last gasp" is an event that may show the time at which a specific Smart Meter lost power. In conjunction with data from other Smart Meters, "last gasp" data might indicate when a certain location on the electric grid lost power or some other secondary problem. A "NIC power down" is a recorded log event when a Smart Meter initiates a shut down. A "zero volt reading" occurs when a meter is partially energized (between 25% and 75%) at the time of a reading. Each of these readings will only occur if the communication from the Smart Meter is successfully received (or subsequently retrieved and downloaded if the Smart Meter is still accessible).

As noted above, PG&E has not included all AMI events in the Incident Overview or the Timeline. For example, sag or swell events have not been included. Smart Meters record these events when they detect a decrease (sag) or increase (swell) in voltage above or below a certain threshold for more than a certain period of time. Sag and swell events do not have specific timestamps; the data indicates only that they occurred during a certain time interval. Sag and swell events may indicate unusual activity; however, they do not indicate the location of that unusual activity. Smart Meter data was not requested in the November 21, 2017, Data Requests and has not been produced in response to those Data Requests.

<u>Reclosing Device Operations</u>

PG&E is providing certain times at which reclosing devices "operated" (opened or closed), which could include multiple operations depending on the device's settings before the device ultimately stayed closed or stayed open.

CONFIDENTIAL

Outage Records

PG&E has relied on certain information from its Integrated Logging Information System Operations Database ("ILIS") in preparing these Reports. As explained in response to Question 27, submitted to the CPUC on March 30, 2018, ILIS is PG&E's system of record for distribution transformer-level and above outages. ILIS is the application used by the distribution system operators to document information pertinent to the operation of the electric system. Due to the nature of how information is documented in the application, there may be discrepancies in outage start times and other information between ILIS and other data sources. For example, ILIS does not record single-customer or service-level outages, in accordance with CPUC Decision 96-09-045 and Advice Letter 3812-E on outage reporting requirements. Data from these ILIS records should be reviewed and considered together and in conjunction with those other data sources.

Outage cause information in ILIS is preliminary and is based on the best available information at the time, from initial field intelligence and through spot check quality reviews.

Smart Meter Service Point ID Numbers

Some PG&E records identify Smart Meters by their associated Service Point ID number ("SP_ID"), while other records identify Smart Meters by their associated "Badge" numbers. For consistency, all Reports use SP_ID to identify Smart Meters. PG&E will provide a translation between SP_ID and Badge numbers upon request.

Source List

At the end of each Report, PG&E has included a list of records on which it relied in drafting each Report. When PG&E indicates in a Report that information is per PG&E records, PG&E is referring to the records identified at the end of the Report. Where records have been produced, PG&E provided the Bates number. In addition to the items on the source list, PG&E relied on a variety of internal databases to make an assessment of location information regarding devices and individuals (*e.g.*, GIS, GPS) and observations made by PG&E employees including the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location.

CONFIDENTIAL