# EXHIBIT P

# HONEY LOCATION FACT REPORT

On October 10, 2017, CAL FIRE requested information related to the power lines located adjacent to 2484 Honey Run Road, Chico, Butte County (the "area of interest") in connection with the Honey Fire.

Per a CAL FIRE press release dated May 25, 2018, the Honey Fire started in the early morning hours of October 9, 2017. CAL FIRE previously reported on its website that the Honey Fire started at 3:05 PM on October 9, 2017.

<u>Incident Overview</u>



The electrical circuit that served the area of interest at the time of the incident was the Centerville 1101 12 kV Circuit. Fuse 6385 is the protective device upstream from the area of interest on the Centerville 1101 Circuit.

Per PG&E records, at 8:09 PM on October 8, 2017, smart meters on the Centerville 1101 Circuit recorded NIC Power Down events, including 30 of 30 smart meters downstream of Fuse 6385. The smart meters downstream of Fuse 6385 included the smart meters downstream of the area of interest. Per PG&E records, at 8:15 PM on October 8, 2017, a distribution line technician reported finding Line Recloser 2592 open, indicating that the area of interest was de-energized. Per PG&E records, at 9:58 PM, a PG&E troubleman reported a wire down at service point 5000069056, which is downstream of Line Recloser 2592 but upstream of the area of interest and Fuse 6385. Per PG&E records, at 10:51 PM, the same distribution line technician manually opened Line Recloser 2448 on a dead line. Per PG&E records, at 12:26 AM on October 9, 2017, the same PG&E troubleman manually opened Fuse 26499 on a dead line.

Per PG&E records, at 12:31 AM, the same distribution line technician manually closed Line Recloser 2592, restoring 63 customers; however, the area of interest remained de-energized because Line Recloser 2448 was open. Per PG&E records, at 1:32 AM, the same distribution line technician manually closed Line Recloser 2448, restoring 188 customers. The area of interest remained de-energized because Fuse 26499 was open. Per PG&E records, at 1:40 AM, a PG&E crew foreman reported on-site to perform repairs. Per PG&E records, at 2:27 AM, the same PG&E crew foreman reported manually closing Fuse 26499. Throughout the early morning of October 9, many of the smart meters on the Centerville 1101 Circuit reported NIC Power Restore events, although the 30 smart meters downstream of Fuse 6385 were not among them.

Per PG&E records, at 7:56 AM on October 9, 2017, a second PG&E troubleman reported finding two of two fuses blown at Fuse 6385. Per PG&E records,

the second troubleman reported initiating a patrol load side of Fuse 6385 at the same time.  Per PG&E records, at 9:39 AM, the second troubleman reported that he had patrolled the entire protective zone load side of Fuse 6385 and found no cause for the outage.  Per PG&E records, the second troubleman reported at 9:51 AM that he had manually closed Fuse 6385 and confirmed that power had been restored downstream of Fuse 6385.  Per PG&E records, 30 of 30 smart meters downstream of Fuse 6385 recorded NIC Power Restore events at 9:51 AM.

Per PG&E records, the second troubleman was dispatched to the area of interest at 12:37 AM on October 10, 2017, to assist with a vegetation fire, and the second troubleman arrived at 1:33 AM.  Per PG&E records, at 2:01 AM, 30 of 30 smart meters downstream of Fuse 6385 recorded a NIC Power Down event, and at 2:02 AM, Fuse 6385 was reported open.  Per PG&E records, at 3:01 AM, Fuse 6385 was reported closed, and 30 of 30 smart meters downstream of Fuse 6385 recorded NIC Power Restore events.

On October 16, 2017, PG&E collected two branch sections from a Live Oak rooted near 2484 Honey Run Road.

Timeline

| Honey |
|---|
| Event |
| October 8, 2017, 8:09 PM:  Per PG&E records, smart meters on the Centerville 1101 Circuit recorded NIC Power Down events, including 30 of 30 smart meters downstream of Fuse 6385.  The smart meters downstream of Fuse 6385 included the smart meters downstream of the area of interest. |
| October 8, 2017, 8:15 PM:  Per PG&E records, a distribution line technician reported finding Line Recloser 2592 open, indicating that the area of interest was de-energized. |
| October 8, 2017, 9:58 PM:  Per PG&E records, a PG&E troubleman reported a wire down at service point 5000069056, which is downstream of Line Recloser 2592 but upstream of the area of interest and Fuse 6385. |
| October 8, 2017, 10:51 PM:  Per PG&E records, the same distribution line technician manually opened Line Recloser 2448 on a dead line. |
| October 9, 2017, 12:26 AM:  Per PG&E records, the same PG&E troubleman manually opened Fuse 26499 on a dead line. |
| October 9, 2017, 12:31 AM:  Per PG&E records, the same distribution line technician manually closed Line Recloser 2592, restoring 63 customers. |
| October 9, 2017, 1:32 AM:  Per PG&E records, the same distribution line technician manually closed Line Recloser 2448, restoring 188 customers. |
| October 9, 2017, 1:40 AM:  Per PG&E records, a PG&E crew foreman reported on-site to perform repairs. |
| October 9, 2017, 2:27 AM:  Per PG&E records, the same PG&E crew foreman reported manually closing Fuse 26499. |
| October 9, 2017, early morning hours:  Per PG&E records, many of the smart meters on the Centerville 1101 Circuit reported NIC Power Restore events, although the 30 smart meters downstream of Fuse 6385 were not among them. |

| **Honey** |
|---|
| **Event** |
| October 9, 2017, early morning hours:  Per a CAL FIRE press release dated May 25, 2018, the Honey Fire started in the early morning hours of October 9. |
| October 9, 2017, 7:56 AM:  Per PG&E records, a second PG&E troubleman reported finding two of two fuses blown at Fuse 6385, and reported initiating a patrol load side of Fuse 6385 at the same time. |
| October 9, 2017, 9:39 AM:  Per PG&E records, the second troubleman reported that he had patrolled the entire protective zone load side of Fuse 6385 and found no cause for the outage. |
| October 9, 2017, 9:51 AM:  Per PG&E records, the second troubleman reported that he had manually closed Fuse 6385 and confirmed that power had been restored downstream of Fuse 6385.  Per PG&E records, 30 of 30 smart meters downstream of Fuse 6385 recorded NIC Power Restore events at 9:51 AM. |
| October 9, 2017, 3:05 PM:  CAL FIRE previously reported on its website that the Honey fire started at 3:05 PM on October 9, 2017. |
| October 10, 2017, 12:37 AM:  Per PG&E records, the second troubleman was dispatched to the area of interest. |
| October 10, 2017, 1:33 AM:  Per PG&E records, the second troubleman arrived at the area of interest. |
| October 10, 2017, 2:01 AM:  Per PG&E records, 30 of 30 smart meters downstream of Fuse 6385 recorded NIC Power Down events. |
| October 10, 2017, 2:02 AM:  Per PG&E records, Fuse 6385 was reported open. |
| October 10, 2017, 3:01 AM:  Per PG&E records, Fuse 6385 was reported closed, and 30 of 30 smart meters downstream of Fuse 6385 recorded NIC Power Restore events. |

Source List

| **Source** | **Brief Description** |
|---|---|
| AMI Smart Meter data | AMI Smart Meter Data |
| ILIS Outage Report | ILIS Outage Report 17-0085303 |
| ILIS Outage Report | ILIS Outage Report 17-0085445 |
| CAL FIRE News Release | May 25, 2018 CAL FIRE press release titled "CAL FIRE Investigators Determine Cause of Four Wildfires in Butte and Nevada Counties" |
| CAL FIRE Website | "Honey Fire Incident Information", http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1880 (last updated Jan. 9, 2018) |
| OIS Online Query TR9495907 | Query showing OIS data relating to troubleman dispatch |
| ILIS Outage Report | ILIS Outage Report 17-0085836 |
| CAL FIRE Letter | October 10, 2017 letter from CAL FIRE to Jon Dailey |
| PGE-NBF-0000000403 | Log of evidence collected by PG&E |