# EXHIBIT R

---

# LOBO INCIDENT DESCRIPTION & FACTUAL SUMMARY

For completeness, this incident description and factual summary should be read in conjunction with the Factual Report Guidance and the contemporaneously submitted response to Question 62.

**Background:**

On October 12, 2017, PG&E filed an Electric Safety Incident Report (Incident No. 171012-8565) concerning an incident that occurred near 11218 Lone Lobo Trail near Nevada City, Nevada County (the "incident location" as defined by the CPUC's December 7, 2017, letter). CAL FIRE removed both a Ponderosa Pine tree and distribution conductors on the Narrows 2102 (21 kV) Circuit at the incident location before releasing the incident location. Prior to CAL FIRE removing the tree, PG&E employees who assisted with CAL FIRE's evidence collection reported briefly observing the pine tree resting on the conductors. PG&E does not know how the tree came to rest on the conductors because CAL FIRE removed the tree prior to PG&E having a chance to inspect the tree.[1]

According to CAL FIRE's website, the Lobo fire is part of the Wind Complex, which consists of four different fires: Cascade, La Porte, Lobo, and McCourtney, and the location of the Lobo fire is near Lone Lobo Trail.

According to CAL FIRE's website, the Lobo fire started at 12:01 AM on October 9, 2017.

**Incident Overview:**



The incident location is served by the Narrows 2102 Circuit and is located to the load-side of Fuse 6475.

On October 8, 2017, at 11:25 PM, per PG&E records, the smart meter at service point 6526846632, one of three smart meters downstream of the incident location, recorded a NIC Power Down event. PG&E has not received messages nor been able to retrieve data from the other two smart meters downstream of the incident location. PG&E believes these two additional smart meters were destroyed in the fire. At 11:27 PM, per PG&E records, Line

---

[1] In its initial EIR, PG&E reported that a ponderosa pine tree "fell on the Narrows 2102 (21 kV) Circuit near 11218 Lone Lobo Trail." PG&E never had any information that the tree, in fact, fell on the conductors; PG&E only briefly observed the tree resting on the conductors during CAL FIRE's evidence collection.

CONFIDENTIAL

Recloser 48484—the first recloser upstream from the incident location on the Narrows 2102 Circuit—operated and reclosed.  Then at 11:28 PM, per PG&E records, Line Recloser 2220—the second recloser upstream from the incident location—operated and locked out. [2]

On October 10, according to PG&E records, a crew foreman, along with a lineman, were the first PG&E responders to the incident location.  Per the foreman and lineman, when they arrived near the incident location, an unidentified man denied the crew access to the incident location because of an "investigation."  The foreman and lineman stated that they then left and returned to the incident location later the same day.  Per PG&E records, at 5:17 PM, the foreman reported opening Fuse 6475, which was mounted on the pole on the source-side of the incident location.  The foreman and lineman stated that they left the scene with the single fuse for Fuse 6475 hanging near the bottom of the pole and put up a "man on line" tag onto the pole with Fuse 6475.   The foreman stated that he saw evidence of limited vegetation burn near Fuse 6475.  The lineman stated that the area around Fuse 6475 was burnt and ashy.

At 6:56 PM on October 10, per PG&E records, a troubleman manually closed Line Recloser 2220, restoring 861 customers.  The incident location remained de-energized because Fuse 6475 remained open.

On either October 10 or 11, 2017, per a PG&E senior field engineering technician and a lineman, CAL FIRE brought a PG&E crew to the incident location to assist in collecting evidence but the crew declined because it was near dusk.  On October 12, 2017, at 09:41 AM, per PG&E records, an electric crew foreman opened Fuse 7445, the next fuse upstream from Fuse 6475, at CAL FIRE's request.  CAL FIRE removed a Ponderosa Pine tree before PG&E had a chance to observe where it was rooted or why it was leaning on the conductors.  Based on pink paint on one tree stump, which is reflected in a photo of the incident location, PG&E believes that the Ponderosa Pine tree removed by CAL FIRE was rooted approximately 50 feet downhill from the distribution conductors.  CAL FIRE has not allowed PG&E to inspect the tree taken into evidence so PG&E cannot verify which tree was observed leaning on the conductors.  Per an electric construction supervisor and an electric crew foreman, a PG&E crew removed the distribution conductors at CAL FIRE's request.  Shortly afterward, CAL FIRE released the incident location. Per PG&E records, the electric crew foreman then reported that he completed the repair work.  At 12:10 PM, per PG&E records, the electric crew foreman closed Fuse 6475. At 12:50 PM, per PG&E records, the electric crew foreman closed Fuse 7445, restoring 19 customers and power to the incident location.

---

[2] The operation of Line Recloser 2220 is reflected in a Sequence Of Events (SOE) download The ILIS Outage Report 17-0085383 reports Line Recloser 2220 was reported "open" at October 10 at 11:14 AM.  *See* PGE-CPUC_00014019.

CONFIDENTIAL

**Evidence Collection:**

CAL FIRE collected conductors and a Ponderosa Pine tree at the incident location. The conductors collected by CAL FIRE were 4AR (Aluminum Conductor, Steel Reinforced) installed in 1973. PG&E also believes that CAL FIRE collected the "man on line" tag and the single fuse from Fuse 6475. PG&E does not know whether CAL FIRE collected additional evidence at the incident location. CAL FIRE released the incident location on October 12, 2017.

**Timeline:**

| | Lobo | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| October 8, 2017, 11:25 PM: Per PG&E records, the smart meter at service point 6526846632, one of three smart meters downstream of the incident location, recorded a NIC Power Down event. | | |
| October 8, 2017, 11:27 PM: Per PG&E records, Line Recloser 48484 operated and reclosed. | PGE_CPUC_00007887 | |
| October 8, 2017, 11:28 PM: Per PG&E records, Line Recloser 2220 operated and locked out. | | |
| October 9, 2017 12:01 AM: Per CAL FIRE's website, the start time of the Lobo fire. | | |
| October 10, 2017: Per a crew foreman and lineman, an unidentified man denied a PG&E crew access to the incident location. | | |
| October 10, 2017, 5:17 PM: Per PG&E records, a foreman reported opening Fuse 6475. | PGE-CPUC_00013943 | PGE-CF_00136690 |
| October 10, 2017, 6:56 PM: Per PG&E records, a troubleman manually closed Line Recloser 2220. | PGE-CPUC_00014019, at 020 | PGE-CF_00136698, at 699 |
| October 10 or 11, 2017: Per a PG&E senior field engineering technician and a lineman, CAL FIRE brought a PG&E crew to the incident location to assist in collecting evidence but the crew declined because it was near dusk. | | |
| October 12, 2017, 09:41 AM: Per PG&E records, an electric crew foreman opened Fuse 7445 at CAL FIRE's request. | PGE-CPUC_00013914 | |

CONFIDENTIAL

| Lobo | | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| October 12, 2017: Per an electric construction supervisor and an electric crew foreman, a PG&E crew removed the distribution conductors at CAL FIRE's request.  CAL FIRE released the Lobo incident location. Per PG&E records, PG&E completed repair work. | PGE-CPUC_00015756 | |
| October 12, 2017, 12:10 PM: Per PG&E records, an electric crew foreman closed Fuse 6475. | PGE-CPUC_00013943 | PGE-CF_00136690 |
| October 12, 2017, 12:50 PM: Per PG&E records, an electric crew foreman closed Fuse 7445, restoring power to the incident location. | PGE-CPUC_00013914 | |

CONFIDENTIAL

**Source List:**

| Source | Brief Description |
|---|---|
| PGE-CPUC_00012216 | Log of Evidence Collected by CAL FIRE (amended response) |
| PGE_CPUC_00007887-7888 | SCADA data produced to CPUC. |
| PGE-CPUC_00013914 | ILIS Outage Report 17-0086677 |
| PGE-CPUC_00013943 | ILIS Outage Report 17-0086138 |
| PGE-CPUC_00014019 | ILIS Outage Report 17-0085383 |
| PGE-CPUC_00014063 | Narrows 2102 Circuit Map produced to CPUC. |
| PGE-CPUC_00015756 | Electric Overhead Tag No. 113766009 |
| Lobo Electrical Safety Incident Report | 10/12/2017 Initial Electric Incident Report to the CPUC |
| Lobo Electrical Safety Incident Report | 11/8/2017 20-Day Electric Incident Report to the CPUC |
| Response to Question 35 | 12/29/2017 Response to CPUC's October 2017 Wildfire Data Request |
| Response to Question 36 | 12/29/2017 Response to CPUC's October 2017 Wildfire Data Request |
| CAL FIRE Website | "Lobo Fire (Wind Complex) Incident Description", http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1877 (last updated Feb. 9, 2018). |
| PGE-CPUC_00016576 | Photo of tree stump with pink paint |
| AMI Smart Meter Data | AMI Smart Meter Data |

CONFIDENTIAL

**Factual Report Guidance:**

PG&E is providing Incident Description and Factual Summaries (the "Reports") for each incident location, as defined by the CPUC's December 7, 2017, letter.  In addition to Question 62, these Reports provide a complete response to Question 1. These Reports also provide a partial response to Question 54.  Documents and attachments responsive to Question 54 are being produced with that response.

PG&E's review and collection of records are ongoing, and these Reports are based on information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known.  In preparing these Reports, PG&E has not included data or information that may not be relevant to the incident location, as defined by the CPUC's December 7, 2017, based on information currently known, for example:
- Transmission-level outages, which because of their wide-spread impact, may have caused an outage at the incident location, unless the source of the outage appears to have been related to the incident location or the transmission-level outage de-energized the incident location; or
- Certain minor alarms sent by protection devices that did not result in a sustained outage at the incident location.

Raw data has, however, been provided in response to other questions.

PG&E has not reviewed potentially relevant information that is in the possession of CAL FIRE or any other entity.  The causes of the incidents are still under investigation and it is premature to draw conclusions about whether the "fire locations" or "incident locations" addressed by these Reports are points of origin.

Moreover, PG&E has relied on some publicly available information provided by third parties, such as CAL FIRE.  For example, PG&E has relied on the start times designated by CAL FIRE as indicated in PG&E's response to Question 25, submitted to the CPUC on January 31, 2018, in generating these Reports.  PG&E is not presently able to validate this information.

For these reasons, among others, the facts described in the Reports may or may not be relevant to questions of causation or origin with respect to any incidents, and there may also be other facts not in the Reports that are relevant to questions of causation or origin of any incidents.

In addition, please find a list of additional explanations related to particular points.

Single Line Diagrams

For ease of reference, PG&E has included reproductions of the single line diagrams produced in response to Question 28, submitted to the CPUC on December 29, 2017.. Any reference to "area of interest" in the single line diagrams refers to the incident location, as defined by the CPUC's December 7, 2017, letter.  The single line diagrams show the incident location and the location of all protection devices upstream of the incident location back to the distribution circuit breaker at the substation.  Smart Meters, switches, and any devices downstream of incident locations are not shown on the single line diagrams, although they may be referenced in the Reports.

CONFIDENTIAL

Below please find a legend that explains the symbols used in the diagrams.



### First Responders

As indicated above, in response to Question 54, PG&E has included in its Reports an account of the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location, as defined by the CPUC's December 7, 2017, letter.

### Repair and/or Restoration Work

PG&E has included information related to when repair and/or restoration work was completed. PG&E has not attempted to include all dates on which repair crews were present at or near incident locations, as defined by the CPUC's December 7, 2017, letter, either in the incident overview or the timeline.

### Timeline

As indicated above, in response to Question 1, PG&E has included a timeline of certain equipment operations and actions of PG&E employees at or near the incident locations, including during the period 12 hours prior to CAL FIRE's designated start time, as indicated in PG&E's response to Question 25, until the date (if known) when CAL FIRE obtained PG&E facilities for evidence, CAL FIRE released the incident scene, or repair and/or restoration work was completed, whichever event came last.  PG&E has not included every possible data point during the timeline time period.  Rather, as indicated above, the timelines include information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known.  Where records have been produced, PG&E provided the Bates number.  Within a single row, some information may be based on records that have been produced, while other information may be based on records or other information that have not been produced.

### Operational Data

PG&E has relied on certain operational data sets (*e.g.*, SCADA, AMI) in preparing these Reports.  There may be data discrepancies between different operational data sources.  For example, timestamps of a common event across different operational data sources may differ. In these Reports, PG&E has documented to the best of its ability the most accurate occurrence time based on its current understanding.

CONFIDENTIAL

*SCADA Data*

SCADA (Supervisory Control And Data Acquisition) data includes alarm and event data remotely collected in real time from data-collection capable devices on PG&E's electric distribution and transmission circuits. Reclosers and circuit breakers are examples of devices that may report SCADA data. Fuses do not have SCADA connectivity and, therefore, do not report SCADA data. SCADA alarms and events memorialize electrical events on a circuit. However, they are associated with the device that collected them and do not include information on the specific cause or precise origin location of the electrical event that they memorialize.

As noted above, PG&E has not included all SCADA events in the Incident Overview or the Timeline. For example, Minimum To Trip ("MTT") alarms have not been included. MTT alarms are generated when a SCADA-enabled device identifies a circuit load that exceeds a maximum threshold load but for less than a certain amount of time. MTT alarms can be frequent and do not include information on the specific cause or origin location of the event that triggered them. A record of all SCADA events and alarms that occurred during the requested time periods has been previously produced in response to Question 25, submitted to the CPUC on January 31, 2018, in the Bates range PGE-CPUC_00007875-7911.

*AMI Data*

Smart Meters are electric meters designed to record customer electricity usage, primarily for billing purposes. They can record and transmit electrical data including usage, voltage and event data ("Smart Meter" or "AMI" data). In certain situations, data collected by these meters may be helpful to determine information about outages. For example, a Smart Meter's "last gasp" is an event that may show the time at which a specific Smart Meter lost power. In conjunction with data from other Smart Meters, "last gasp" data might indicate when a certain location on the electric grid lost power or some other secondary problem. A "NIC power down" is a recorded log event when a Smart Meter initiates a shut down. A "zero volt reading" occurs when a meter is partially energized (between 25% and 75%) at the time of a reading. Each of these readings will only occur if the communication from the Smart Meter is successfully received (or subsequently retrieved and downloaded if the Smart Meter is still accessible).

As noted above, PG&E has not included all AMI events in the Incident Overview or the Timeline. For example, sag or swell events have not been included. Smart Meters record these events when they detect a decrease (sag) or increase (swell) in voltage above or below a certain threshold for more than a certain period of time. Sag and swell events do not have specific timestamps; the data indicates only that they occurred during a certain time interval. Sag and swell events may indicate unusual activity; however, they do not indicate the location of that unusual activity. Smart Meter data was not requested in the November 21, 2017, Data Requests and has not been produced in response to those Data Requests.

<u>Reclosing Device Operations</u>

PG&E is providing certain times at which reclosing devices "operated" (opened or closed), which could include multiple operations depending on the device's settings before the device ultimately stayed closed or stayed open.

CONFIDENTIAL

Outage Records

PG&E has relied on certain information from its Integrated Logging Information System Operations Database ("ILIS") in preparing these Reports. As explained in response to Question 27, submitted to the CPUC on March 30, 2018, ILIS is PG&E's system of record for distribution transformer-level and above outages. ILIS is the application used by the distribution system operators to document information pertinent to the operation of the electric system. Due to the nature of how information is documented in the application, there may be discrepancies in outage start times and other information between ILIS and other data sources. For example, ILIS does not record single-customer or service-level outages, in accordance with CPUC Decision 96-09-045 and Advice Letter 3812-E on outage reporting requirements. Data from these ILIS records should be reviewed and considered together and in conjunction with those other data sources.

Outage cause information in ILIS is preliminary and is based on the best available information at the time, from initial field intelligence and through spot check quality reviews.

Smart Meter Service Point ID Numbers

Some PG&E records identify Smart Meters by their associated Service Point ID number ("SP_ID"), while other records identify Smart Meters by their associated "Badge" numbers. For consistency, all Reports use SP_ID to identify Smart Meters. PG&E will provide a translation between SP_ID and Badge numbers upon request.

Source List

At the end of each Report, PG&E has included a list of records on which it relied in drafting each Report. When PG&E indicates in a Report that information is per PG&E records, PG&E is referring to the records identified at the end of the Report. Where records have been produced, PG&E provided the Bates number. In addition to the items on the source list, PG&E relied on a variety of internal databases to make an assessment of location information regarding devices and individuals (*e.g.*, GIS, GPS) and observations made by PG&E employees including the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location.