# EXHIBIT S

---

## MAACAMA INCIDENT DESCRIPTION & FACTUAL SUMMARY

For completeness, this incident description and factual summary should be read in conjunction with the Factual Report Guidance and the contemporaneously submitted response to Question 29.

**Background:**

On October 20, 2017, PG&E filed an Electric Safety Incident Report (Incident No. 171020-8587) concerning an incident that occurred near 955 Maacama Lane, Healdsburg, Sonoma County (the "incident location" as defined by the CPUC's December 7, 2017, letter).  When PG&E visited the incident location to conduct an inspection, PG&E observed that a California White Oak/Valley Oak  tree had broken near its mid-section and was laying on the ground near fallen conductors for the Fulton 1102 (12 kV) Circuit.

According to the CPUC's Data Request, dated November 16, 2017, the Maacama incident started at 9:50 PM on October 8, 2017.

**Incident Overview:**



The incident location is served by the Fulton 1102 (12 kV) Circuit.  On October 8, 2017, at 9:39 PM, a smart meter (service point 7095533205) located approximately a quarter mile upstream from the incident location (but downstream of Fuse 751), recorded a NIC power down event.  At that same time, four meters downstream of the incident location also recorded NIC power down events.  From 9:39 PM to 9:45 PM, smart meter (service point 7095533205) and 7 other smart meters upstream of the incident location but downstream of Fuse 751 recorded a series of power off/on events.  At 9:45 PM, 26 smart meters downstream of Fuse 751 (including the 7 that had recorded off/on events from 9:39 PM to 9:45 PM) recorded NIC Power Down events, making for a total of 31 smart meters recording NIC Power Down events.  PG&E has not received messages from the other 4 smart meters downstream of Fuse 751.

Based on PG&E records, on October 8, 2017, at 10:17 PM, Fulton 1102 Circuit Breaker opened and remained open, de-energizing the circuit.

According to PG&E records, a troubleman was the first PG&E employee to access the incident location.  Per the troubleman, on the night of October 8, 2017, he arrived on scene to patrol the incident location in response to a wire down.  At 10:58 PM, the troubleman reported that three of three fuses at Fuse 751 were blown.  Per the troubleman, he replaced the blown fuses but left them open and tagged them "Man on Line" and continued to patrol beyond Fuse 751.  Per the troubleman, he continued to patrol and found three phases of conductor down approximately 12

spans downstream from Fuse 751, at the incident location.  Per the troubleman, he cleared the wires and left them on site.  Per the troubleman, he observed that fire was active in the area and that four or five fire engines were on site working to contain the fire.

Based on PG&E records, at 11:20 PM, Fulton 1102 Circuit Breaker was closed via SCADA by operators after the source of the outage (a wire down on Highway 101) was cleared.  The incident location remained de-energized because based on PG&E records, Fuse 751 was open.

On October 10, 2017, a PG&E lineman arrived at the incident location to replace the downed conductor.  Based on PG&E records, at 1:11 PM, Fuse 751 was closed, restoring power to the incident location.

On October 18, 2017, PG&E visited the incident location to conduct an inspection.  PG&E observed that a California White Oak/Valley Oak  tree had broken near its mid-section and was laying on the ground near fallen conductors for the Fulton 1102 (12 kV) Circuit.  The conductors were #6 Copper Wire installed in 1941.  The California White Oak/Valley Oak tree had a diameter at breast height of approximately 30 inches and was rooted uphill approximately 20 feet from the distribution conductors.  The California White Oak/Valley Oak tree is estimated to be approximately 50 feet tall.  PG&E believes the California White Oak/Valley Oak tree broke at a height of approximately 19 feet above ground.  PG&E also observed damage to a dwelling, structures and vehicles.

**Evidence Collection:**

On December 19, 2017, PG&E collected six pieces of the California White Oak/Valley Oak tree.  PG&E does not know whether any fire agency has collected evidence associated with the Maacama incident location.

**Timeline:**

|  | Maacama | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| October 8, 2017, 9:39 PM:  A smart meter (service point 7095533205) located upstream of the incident location and four smart meters located downstream of the incident location recorded a NIC power down event. |  | PGE-CF_00000056 |
| October 8, 2017, 9:39 PM – 9:45 PM:  A smart meter (service point 7095533205) and seven others upstream of the incident location recorded a series of power off/on events. |  | PGE-CF_00000056 |
| October 8, 2017, 9:45 PM:  26 smart meters downstream of Fuse 751 |  |  |

| Maacama | | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| (including the 7 that had recorded intermittent power from 9:39 PM to 9:45 PM) recorded NIC Power Down events. PG&E has not received messages from the other 4 smart meters downstream of Fuse 751. | | |
| October 8, 2017, 9:50 PM:  According to the CPUC's data request, the Maacama incident started. | | |
| October 8, 2017, 10:17 PM:  Based on PG&E records, Fulton 1102 Circuit Breaker opened and remained open, de-energizing the circuit. | PGE-CPUC_00015697 | PGE-CF_00136182; PGE-CF_00004995 |
| October 8, 2017, 10:58 PM:  A troubleman was on site and reported that three of three fuses at Fuse 751 were blown.  Per the troubleman, he found three phases of conductor down at the incident location. | PGE-CPUC_00015643 | PGE-CF_00136179 |
| October 8, 2017, 11:20 PM:  Fulton 1102 Circuit Breaker was closed remotely via SCADA. | PGE-CPUC_00015697 | PGE-CF_00136182 |
| October 10, 2017:  Based on PG&E records, a lineman replaced downed conductors at the incident location. | PGE-CPUC_00012217 | |
| October 10, 2017, 1:11 PM:  Based on PG&E records, Fuse 751 was closed, restoring power to the incident location. | PGE-CPUC_00015643 | PGE-CF_00136179; PGE-CF_00004995 |
| October 18, 2017:  PG&E visited the incident location to conduct an inspection. | | |

**Source List:**

| Source | Brief Description |
|---|---|
| PGE-CPUC_00007964 | SCADA Data produced to CPUC |
| PGE-CPUC_00007965 | SCADA Data produced to CPUC |
| PGE-CPUC_00012215 | PG&E Evidence Log Produced to CPUC |
| PGE-CPUC_00015643 | ILIS Outage Report 17-0085970 |
| PGE-CPUC_00015697 | ILIS Outage Report 17-0085251 |
| Maacama Initial Electric Incident Report to the CPUC | 10/20/2017 Electric Incident Report submitted to the CPUC |
| Response to Maacama Question 5 | Response to CPUC E20171020-01 Data Request #1 (11/16/2017) |
| Response to Maacama Question 7 | Response to CPUC E20171020-01 Data Request #1 (11/16/2017) |
| Response to Maacama Question 8 | Response to CPUC E20171020-01 Data Request #1 (11/16/2017) |
| Response to Maacama Question 9 | Response to CPUC E20171020-01 Data Request #1 (11/16/2017) |
| Response to Maacama Question 27 | Response to CPUC E20171020-01 Data Request #1 (11/16/2017) |
| Response to Maacama Question 28 | Response to CPUC E20171020-01 Data Request #1 (11/16/2017) |
| PGE-CPUC_00012217 | Electric Overhead Tag, Notification No. 113702897 |
| AMI Smart Meter Data | AMI Smart Meter Data produced to CAL FIRE on 12/8/17 (PGE-CF_00000056) |
| CPUC Letter | December 7, 2017 Letter from CPUC to PG&E Regarding Clarification for Commission's November 21, 2017 Data Request |
| CPUC Data Request for Maacama Incident | November 16, 2017 Data Request Regarding E20171020-01 |
| Single Line Diagram | Single Line Diagram for Maacama Incident Location (PGE-CF_00004995) |
| Maacama ED PI Device Alarms Log | Maacama ED PI Device Alarms Log |

**Factual Report Guidance:**

PG&E is providing the Incident Description and Factual Summary (the "Report") for the incident location, as defined by the CPUC's December 7, 2017, letter.  In addition to Question 29, the Report provides a complete response to Questions 3 and 4.

PG&E's review and collection of records are ongoing, and the Report is based on information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known.  In preparing the Report, PG&E has not included data or information that may not be relevant to the incident location, as defined by the CPUC's December 7, 2017, based on information currently known, for example:
- Transmission-level outages, which because of their wide-spread impact, may have caused an outage at the incident location, unless the source of the outage appears to have been related to the incident location or the transmission-level outage de-energized the incident location; or
- Certain minor alarms sent by protection devices that did not result in a sustained outage at the incident location.

Raw data has, however, been provided in response to other questions.

PG&E has not reviewed potentially relevant information that may be in the possession of any other entity.  The cause of the incident is still under investigation and it is premature to draw conclusions about whether the "fire location" or "incident location" addressed by the Report is a point of origin.

Moreover, PG&E has relied on some information provided by third parties, such as the CPUC.  For example, PG&E has relied on the start time provided by the CPUC in generating this Report.  PG&E is not presently able to validate this information.

For these reasons, among others, the facts described in the Report may or may not be relevant to questions of causation or origin with respect to any incidents, and there may also be other facts not in the Report that are relevant to questions of causation or origin of any incidents.

In addition, please find a list of additional explanations related to particular points.

Single Line Diagrams

For ease of reference, PG&E has included a single line diagram in the Report.  The reference to "area of interest" in the single line diagram refers to the incident location, as defined by the CPUC's December 7, 2017, letter.  The single line diagram shows the incident location and the location of all protection devices upstream of the incident location back to the distribution circuit breaker at the substation.  Smart Meters are not shown on the single line diagram, although they may be referenced in the Report.

Below please find a legend that explains the symbols used in the diagram.



First Responder

As indicated above, in response to Question 4, PG&E has included in its Report an account of the first PG&E employee who responded to the incident location.

Repair and/or Restoration Work

PG&E has included information related to when repair and/or restoration work was completed. PG&E has not attempted to include all dates on which repair crews were present at or near the incident location, as defined by the CPUC's December 7, 2017, letter, either in the incident overview or the timeline.

Timeline

As indicated above, in response to Question 3, PG&E has included a timeline of certain equipment operations and actions of PG&E employees at or near the incident location, including during the period 12 hours prior to the CPUC's designated start time, until the date when PG&E was granted access to the incident location.  PG&E has not included every possible data point during the timeline time period.  Rather, as indicated above, the timelines include information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known.  Where records have been produced, PG&E provided the Bates number.  Within a single row, some information may be based on records that have been produced, while other information may be based on records or other information that have not been produced.

Operational Data

PG&E has relied on certain operational data sets (*e.g.*, SCADA, AMI) in preparing the Report. There may be data discrepancies between different operational data sources.  For example, timestamps of a common event across different operational data sources may differ. In the Report, PG&E has documented to the best of its ability the most accurate occurrence time based on its current understanding.

    *SCADA Data*

SCADA (Supervisory Control And Data Acquisition) data includes alarm and event data remotely collected in real time from data-collection capable devices on PG&E's electric distribution and transmission circuits.  Reclosers and circuit breakers are examples of devices

that may report SCADA data. Fuses do not have SCADA connectivity and, therefore, do not report SCADA data. SCADA alarms and events memorialize electrical events on a circuit. However, they are associated with the device that collected them and do not include information on the specific cause or precise origin location of the electrical event that they memorialize.

As noted above, PG&E has not included all SCADA events in the Incident Overview or the Timeline. For example, Minimum To Trip ("MTT") alarms have not been included. MTT alarms are generated when a SCADA-enabled device identifies a circuit load that exceeds a maximum threshold load but for less than a certain amount of time. MTT alarms can be frequent and do not include information on the specific cause or origin location of the event that triggered them. A record of all SCADA events and alarms that occurred during the requested time periods has been previously produced in response to Question 18, submitted to the CPUC on February 28, 2018, in the Bates range PGE-CPUC_00007964 to PGE-CPUC_00007965.

*AMI Data*

Smart Meters are electric meters designed to record customer electricity usage, primarily for billing purposes. They can record and transmit electrical data including usage, voltage and event data ("Smart Meter" or "AMI" data). In certain situations, data collected by these meters may be helpful to determine information about outages. For example, a Smart Meter's "last gasp" is an event that may show the time at which a specific Smart Meter lost power. In conjunction with data from other Smart Meters, "last gasp" data might indicate when a certain location on the electric grid lost power or some other secondary problem. A "NIC power down" is a recorded log event when a Smart Meter initiates a shut down. A "zero volt reading" occurs when a meter is partially energized (between 25% and 75%) at the time of a reading. Each of these readings will only occur if the communication from the Smart Meter is successfully received (or subsequently retrieved and downloaded if the Smart Meter is still accessible).

As noted above, PG&E has not included all AMI events in the Incident Overview or the Timeline. For example, sag or swell events have not been included. Smart Meters record these events when they detect a decrease (sag) or increase (swell) in voltage above or below a certain threshold for more than a certain period of time. Sag and swell events do not have specific timestamps; the data indicates only that they occurred during a certain time interval. Sag and swell events may indicate unusual activity; however, they do not indicate the location of that unusual activity. Smart Meter data was not requested in the November 16, 2017, Data Request and has not been produced in response to that Data Request.

Reclosing Device Operations

PG&E is providing certain times at which reclosing devices "operated" (opened or closed), which could include multiple operations depending on the device's settings before the device ultimately stayed closed or stayed open.

Outage Records

PG&E has relied on certain information from its Integrated Logging Information System Operations Database ("ILIS") in preparing the Report. As explained in response to Question 20,

submitted to the CPUC on March 30, 2018, ILIS is PG&E's system of record for distribution transformer-level and above outages. ILIS is the application used by the distribution system operators to document information pertinent to the operation of the electric system. Due to the nature of how information is documented in the application, there may be discrepancies in outage start times and other information between ILIS and other data sources. For example, ILIS does not record single-customer or service-level outages, in accordance with CPUC Decision 96-09-045 and Advice Letter 3812-E on outage reporting requirements. Data from these ILIS records should be reviewed and considered together and in conjunction with those other data sources.

Outage cause information in ILIS is preliminary and is based on the best available information at the time, from initial field intelligence and through spot check quality reviews.

Smart Meter Service Point ID Numbers

Some PG&E records identify Smart Meters by their associated Service Point ID number ("SP_ID"), while other records identify Smart Meters by their associated "Badge" numbers. For consistency, the Report uses SP_ID to identify Smart Meters. PG&E will provide a translation between SP_ID and Badge numbers upon request.

Source List

At the end of the Report, PG&E has included a list of records on which it relied in drafting the Report. When PG&E indicates in a Report that information is per PG&E records, PG&E is referring to the records identified at the end of the Report. Where records have been produced, PG&E provided the Bates number. In addition to the items on the source list, PG&E relied on a variety of internal databases to make an assessment of location information regarding devices and individuals (*e.g.*, GIS, GPS) and observations made by the first PG&E employee who responded to the incident location.