# EXHIBIT T

**ORION WAY & MCCOURTNEY ROAD**
**INCIDENT DESCRIPTION & FACTUAL SUMMARY**

For completeness, this incident description and factual summary should be read in conjunction with the Factual Report Guidance and the contemporaneously submitted response to Question 62.

**Background:**

On October 11, 2017, PG&E filed an Electric Safety Incident Report (Incident No. 171011-8563) concerning an incident that occurred near 11253 Orion Way, Grass Valley, Nevada County (the "Orion Way incident"). When PG&E arrived at the Orion Way incident location,[1] PG&E observed a Ponderosa Pine tree that was lying next to some downed conductors and a charred pole.

CAL FIRE's website has no information related to any fire that occurred at the Orion Way incident location in October 2017.

On January 12, 2018, PG&E filed a separate Electric Safety Incident Report (Incident No. 180112-8698) concerning an incident that occurred near 11228 McCourtney Road at approximately the same time as the Orion Way incident. In that report, PG&E stated that an overhead primary conductor separated at the source side of Line Recloser 1700, resulting in a wire down. PG&E also reported that a nearby fairground's parking lot allegedly caught fire, including structures located beyond the lot. The incident at 11228 McCourtney Road will be referred to as the "McCourtney Road incident."

According to CAL FIRE's website, the McCourtney fire started at McCourtney Road and Highway 20, Grass Valley at 12:00 AM on October 9, 2017. This is approximately 0.5 miles from the McCourtney Road incident and 0.85 miles from the Orion Way incident. According to CAL FIRE's website, the McCourtney fire is part of the Wind Complex, which consists of four different fires: Cascade, La Porte, Lobo, and McCourtney. According to CAL FIRE's website, the Orion Way incident location is outside the final boundary of the McCourtney fire.

**Incident Overview:**

*Orion Way Single Line Diagram*



---

[1] The "Orion Way incident location" refers to the "McCourtney incident location" as defined by the CPUC's December 7, 2017 letter.

CONFIDENTIAL

The Orion Way incident location is served by the Grass Valley 1103 Circuit and is located downstream of Line Recloser 1700.

*McCourtney Road Single Line Diagram*



The McCourtney Road incident location[2] is also served by the Grass Valley 1103 Circuit but is upstream of Line Recloser 1700. The McCourtney Road incident location is upstream from the Orion Way incident location.

On October 8, 2017, at 11:44 PM, per PG&E records, smart meters downstream of Line Recloser 1700 and the McCourtney Road incident location recorded NIC Power Down events.

On October 9, 2017, at 1:23 to 1:24 AM, per PG&E records, the Grass Valley 1103 Circuit Breaker operated and locked out, which de-energized the McCourtney Road incident location. Shortly before 3:00 AM, according to PG&E records and a troubleman, the troubleman arrived at the site of the McCourtney Road incident. The troubleman stated that when he arrived, he saw a conductor had broken at the clamp connector at the source-side of Line Recloser 1700. The troubleman recalled that the conductor's broken end was lying on the ground. The troubleman also recalled that wood chips in a parking lot adjacent to the downed conductor were on fire. After confirming that the conductors at the McCourtney Road incident location had been de-energized, the troubleman cut the downed conductor in two places and left the conductor sections on the ground. At this time or during a later visit to the site on October 9, 2017, the troubleman also observed that Line Recloser 1700 was open.

On October 9, 2017, at 8:01 AM, per PG&E records, Line Recloser 58498, which is upstream of Line Recloser 1700, was remotely opened via SCADA on a dead line. At 9:42 AM, per PG&E records, the Grass Valley 1103 Circuit Breaker was remotely closed via SCADA, restoring 9 customers but neither the Orion Way incident location nor the McCourtney Road incident location was re-energized because Line Recloser 58498 remained open. At 12:35 PM, per PG&E records, PG&E manually opened Switch 1862, which is downstream of Line Recloser 58498 and upstream of Line Recloser 1700.

On October 9, 2017, at 12:45 PM, per PG&E records, a PG&E troubleman was the first PG&E employee at the Orion Way incident location. The troubleman observed a downed tree, downed conductor wires, and a charred pole that was still standing. The troubleman also observed a burnt structure. At 1:08 PM, per PG&E records, Line Recloser 58498 was remotely closed via

---

[2] The "McCourtney Road incident location" refers to the "the location and/or area of where the 'Electric Safety Incident Reported - Pacific Gas & Electric Incident No.'" 180112-8698, in accordance with the CPUC's December 7, 2017 letter, which defined "Incident Location."

CONFIDENTIAL

SCADA, restoring 214 customers.  Both incident locations remained de-energized because Switch 1862 remained open, per PG&E records.

On October 11, 2017, CAL FIRE released both the Orion Way incident location and PG&E believes that CAL FIRE released the McCourtney Road incident location as well.

At the Orion Way incident location, PG&E observed a Ponderosa Pine tree, rooted approximately 10 feet from the distribution conductors, lying on the ground.  PG&E was unable to verify the height of the tree because CAL FIRE took sections of the tree before PG&E could measure the tree.  PG&E also found all three phases of the primary distribution conductors on the ground.  The distribution conductors were 6CU (Copper).  PG&E's best estimate of the installation year for the distribution conductors is 1985, based on the installation year of other assets near the conductors.

At the McCourtney Road incident location, PG&E observed that one of three phases of the primary distribution conductor separated at the source side of Line Recloser 1700.  Along with other PG&E equipment, CAL FIRE took possession of Line Recloser 1700 prior to PG&E having access to the recloser.

Per PG&E records, a PG&E crew performed repair work at the Orion Way incident location on October 11, 2017.  As previously reported, during repair work, the PG&E crew recycled damaged sections of the conductor and the top portion of a damaged pole.[3]

Per an electric crew foreman, PG&E performed repair work at the McCourtney Road incident location in the afternoon of October 11, 2017.

At 8:35 PM on October 11, 2017, per PG&E records, Switch 1862 was manually closed, restoring 295 customers, including both the Orion Way and McCourtney Road incident locations.

On October 12, 2017, per PG&E records, PG&E installed a new line recloser and associated equipment to replace Line Recloser 1700, which had been taken by CAL FIRE.

**Evidence Collection:**

CAL FIRE collected sections of a Ponderosa Pine tree at the Orion Way incident location.  PG&E does not know whether CAL FIRE collected any other evidence at the Orion Way incident location.

At the McCourtney Road incident location, CAL FIRE collected sections of conductor, Line Recloser 1700, a controller associated with the line recloser, a cable connecting the line recloser and controller, and a wire lead and connector.  Per the electric crew foreman who oversaw repairs at the McCourtney Road incident location on October 11, CAL FIRE also collected

---

[3] 2018.02.16 Letter to E. Malashenko.

CONFIDENTIAL

fulgurites found at the McCourtney Road incident location.  PG&E does not know whether CAL FIRE collected any other evidence at the McCourtney Road incident location.

On October 13, 2017, PG&E collected a section of the Ponderosa Pine tree from the Orion Way incident location.

**Timeline:**

| ORION WAY & MCCOURTNEY ROAD | | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| October 8, 2017, at 11:44 PM: Per PG&E records, smart meters downstream of Line Recloser 1700 and the McCourtney Road incident location recorded NIC Power Down events. | | |
| October 9, 2017, 12:00 AM: Per CAL FIRE's website, start time of the McCourtney fire. | | |
| October 9, 2017, 1:23 – 1:24 AM:  Per PG&E records, the Grass Valley 1103 Circuit Breaker operated and locked out. | PGE-CPUC_00014132 | PGE-CF_00137637 |
| October 9, 2017, shortly before 3:00 AM:  Per PG&E records and a troubleman, the troubleman arrived at the site of the McCourtney Road incident. | | |
| October 9, 2017, 8:01 AM: Per PG&E records, Line Recloser 58498 remotely opened via SCADA. | PGE-CPUC_00014132 | PGE-CF_00136706 |
| October 9, 2017, 9:42 AM: Per PG&E records, Grass Valley 1103 Circuit Breaker remotely closed via SCADA. | PGE-CPUC_00014132 | PGE-CF_00136706 |
| October 9, 2017, 12:35 PM: Per PG&E records, Switch 1862 was manually opened. | PGE-CPUC_00014132 | PGE-CF_00136706 |
| October 9, 2017, 12:45 PM: Per a troubleman and PG&E records, a troubleman arrived at the Orion Way incident location. | | |
| October 9, 2017, 1:08 PM: Per PG&E records, Line Recloser 58498 remotely closed via SCADA. | PGE-CPUC_00014132 | PGE-CF_00136706 |
| October 11, 2017:  CAL FIRE released the both the Orion Way and McCourtney Road incident locations. PG&E crews completed repair work at both incident locations. | PGE-CPUC_00015804 | |

CONFIDENTIAL

| ORION WAY & MCCOURTNEY ROAD | | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| October 11, 2017, 8:35 PM: Per PG&E records, Switch 1862 manually closed, restoring power to the Orion Way and McCourtney Road incident locations. | PGE-CPUC_00014132 | PGE-CF_00136706 |
| October 12, 2017:  Per PG&E records, PG&E installed a new line recloser and associated equipment to replace Line Recloser 1700, which had been taken by CAL FIRE. | | |

CONFIDENTIAL

**Source List:**

| Source | Brief Description |
|---|---|
| PGE-CPUC_00017161 | Log of Evidence PG&E Collected (amended response) |
| PGE-CPUC_00012216 | Log of Evidence Collected by CAL FIRE (amended response) |
| PGE-CPUC_00014132 | ILIS Outage Report 17-0085336 |
| PGE-CPUC_00001208 | Single Line Diagram for Orion Way Incident |
| PGE-CF_00137642 | Single Line Diagram for McCourtney Road Incident (a/k/a "McCourtney 2") |
| PGE-CPUC_00015804 | Electric Overhead Tag, Notification No. 113768705 |
| McCourtney (Orion Way) Initial Electrical Incident Report | 10/11/2017 Initial Electric Incident Report submitted to the CPUC |
| McCourtney (Orion Way) 20-Day Electrical Incident Report | 11/8/2017 20-Day Electric Incident Report submitted to the CPUC |
| McCourtney (McCourtney Road) Initial Electrical Incident Report | 1/12/2018 Initial Electric Incident Report submitted to the CPUC |
| Response to CPUC Question 35 | Response to CPUC's October 2017 Wildfire Data Request (12/29/17) |
| Response to CPUC Question 36 | Response to CPUC's October 2017 Wildfire Data Request (12/29/17) |
| McCourtney Fire (Wind Complex) Incident Information | http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1872 (last updated 2/9/2018; listed as "Final") |
| CAL FIRE 2017 Statewide Fire Map | https://www.google.com/maps/d/viewer?ll=39.192773500000015%2C-121.08715309999991&hl=en&z=15&source=embed&ie=UTF8&mid=1TOEFA857tOVxtewW1DH6neG1Sm0 |
| Letter sent by PG&E to CPUC Director | 2/16/2018 Letter to E. Malashenko re Evidence Collection |
| PGE-CF_00137637 | SCADA data produced to CAL FIRE on 3/30/2018 |
| PG&E NDCC Switching Logs | PG&E NDCC Switching Log (Grass Valley 1103 TRBL, prepared 10/9/2017 – 10/11/2017) |
| AMI Smart Meter Data | AMI Smart Meter Data |
| Electric Overhead Tag | Electric Overhead Tag, Notification No. 113769397 |

CONFIDENTIAL

**Factual Report Guidance:**

PG&E is providing Incident Description and Factual Summaries (the "Reports") for each incident location, as defined by the CPUC's December 7, 2017, letter.  In addition to Question 62, these Reports provide a complete response to Question 1. These Reports also provide a partial response to Question 54.  Documents and attachments responsive to Question 54 are being produced with that response.

PG&E's review and collection of records are ongoing, and these Reports are based on information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known.  In preparing these Reports, PG&E has not included data or information that may not be relevant to the incident location, as defined by the CPUC's December 7, 2017, based on information currently known, for example:
- Transmission-level outages, which because of their wide-spread impact, may have caused an outage at the incident location, unless the source of the outage appears to have been related to the incident location or the transmission-level outage de-energized the incident location; or
- Certain minor alarms sent by protection devices that did not result in a sustained outage at the incident location.

Raw data has, however, been provided in response to other questions.

PG&E has not reviewed potentially relevant information that is in the possession of CAL FIRE or any other entity.  The causes of the incidents are still under investigation and it is premature to draw conclusions about whether the "fire locations" or "incident locations" addressed by these Reports are points of origin.

Moreover, PG&E has relied on some publicly available information provided by third parties, such as CAL FIRE.  For example, PG&E has relied on the start times designated by CAL FIRE as indicated in PG&E's response to Question 25, submitted to the CPUC on January 31, 2018, in generating these Reports.  PG&E is not presently able to validate this information.

For these reasons, among others, the facts described in the Reports may or may not be relevant to questions of causation or origin with respect to any incidents, and there may also be other facts not in the Reports that are relevant to questions of causation or origin of any incidents.

In addition, please find a list of additional explanations related to particular points.

Single Line Diagrams

For ease of reference, PG&E has included reproductions of the single line diagrams produced in response to Question 28, submitted to the CPUC on December 29, 2017.. Any reference to "area of interest" in the single line diagrams refers to the incident location, as defined by the CPUC's December 7, 2017, letter.  The single line diagrams show the incident location and the location of all protection devices upstream of the incident location back to the distribution circuit breaker at the substation.  Smart Meters, switches, and any devices downstream of incident locations are not shown on the single line diagrams, although they may be referenced in the Reports.

CONFIDENTIAL

Below please find a legend that explains the symbols used in the diagrams.



First Responders

As indicated above, in response to Question 54, PG&E has included in its Reports an account of the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location, as defined by the CPUC's December 7, 2017, letter.

Repair and/or Restoration Work

PG&E has included information related to when repair and/or restoration work was completed. PG&E has not attempted to include all dates on which repair crews were present at or near incident locations, as defined by the CPUC's December 7, 2017, letter, either in the incident overview or the timeline.

Timeline

As indicated above, in response to Question 1, PG&E has included a timeline of certain equipment operations and actions of PG&E employees at or near the incident locations, including during the period 12 hours prior to CAL FIRE's designated start time, as indicated in PG&E's response to Question 25, until the date (if known) when CAL FIRE obtained PG&E facilities for evidence, CAL FIRE released the incident scene, or repair and/or restoration work was completed, whichever event came last. PG&E has not included every possible data point during the timeline time period. Rather, as indicated above, the timelines include information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known. Where records have been produced, PG&E provided the Bates number. Within a single row, some information may be based on records that have been produced, while other information may be based on records or other information that have not been produced.

Operational Data

PG&E has relied on certain operational data sets (*e.g.*, SCADA, AMI) in preparing these Reports. There may be data discrepancies between different operational data sources. For example, timestamps of a common event across different operational data sources may differ. In these Reports, PG&E has documented to the best of its ability the most accurate occurrence time based on its current understanding.

CONFIDENTIAL

*SCADA Data*

SCADA (Supervisory Control And Data Acquisition) data includes alarm and event data remotely collected in real time from data-collection capable devices on PG&E's electric distribution and transmission circuits. Reclosers and circuit breakers are examples of devices that may report SCADA data. Fuses do not have SCADA connectivity and, therefore, do not report SCADA data. SCADA alarms and events memorialize electrical events on a circuit. However, they are associated with the device that collected them and do not include information on the specific cause or precise origin location of the electrical event that they memorialize.

As noted above, PG&E has not included all SCADA events in the Incident Overview or the Timeline. For example, Minimum To Trip ("MTT") alarms have not been included. MTT alarms are generated when a SCADA-enabled device identifies a circuit load that exceeds a maximum threshold load but for less than a certain amount of time. MTT alarms can be frequent and do not include information on the specific cause or origin location of the event that triggered them. A record of all SCADA events and alarms that occurred during the requested time periods has been previously produced in response to Question 25, submitted to the CPUC on January 31, 2018, in the Bates range PGE-CPUC_00007875-7911.

*AMI Data*

Smart Meters are electric meters designed to record customer electricity usage, primarily for billing purposes. They can record and transmit electrical data including usage, voltage and event data ("Smart Meter" or "AMI" data). In certain situations, data collected by these meters may be helpful to determine information about outages. For example, a Smart Meter's "last gasp" is an event that may show the time at which a specific Smart Meter lost power. In conjunction with data from other Smart Meters, "last gasp" data might indicate when a certain location on the electric grid lost power or some other secondary problem. A "NIC power down" is a recorded log event when a Smart Meter initiates a shut down. A "zero volt reading" occurs when a meter is partially energized (between 25% and 75%) at the time of a reading. Each of these readings will only occur if the communication from the Smart Meter is successfully received (or subsequently retrieved and downloaded if the Smart Meter is still accessible).

As noted above, PG&E has not included all AMI events in the Incident Overview or the Timeline. For example, sag or swell events have not been included. Smart Meters record these events when they detect a decrease (sag) or increase (swell) in voltage above or below a certain threshold for more than a certain period of time. Sag and swell events do not have specific timestamps; the data indicates only that they occurred during a certain time interval. Sag and swell events may indicate unusual activity; however, they do not indicate the location of that unusual activity. Smart Meter data was not requested in the November 21, 2017, Data Requests and has not been produced in response to those Data Requests.

<u>Reclosing Device Operations</u>

PG&E is providing certain times at which reclosing devices "operated" (opened or closed), which could include multiple operations depending on the device's settings before the device ultimately stayed closed or stayed open.

CONFIDENTIAL

Outage Records

PG&E has relied on certain information from its Integrated Logging Information System Operations Database ("ILIS") in preparing these Reports.  As explained in response to Question 27, submitted to the CPUC on March 30, 2018,  ILIS is PG&E's system of record for distribution transformer-level and above outages. ILIS is the application used by the distribution system operators to document information pertinent to the operation of the electric system. Due to the nature of how information is documented in the application, there may be discrepancies in outage start times and other information between ILIS and other data sources. For example, ILIS does not record single-customer or service-level outages, in accordance with CPUC Decision 96-09-045 and Advice Letter 3812-E on outage reporting requirements. Data from these ILIS records should be reviewed and considered together and in conjunction with those other data sources.

Outage cause information in ILIS is preliminary and is based on the best available information at the time, from initial field intelligence and through spot check quality reviews.

Smart Meter Service Point ID Numbers

Some PG&E records identify Smart Meters by their associated Service Point ID number ("SP_ID"), while other records identify Smart Meters by their associated "Badge" numbers.  For consistency, all Reports use SP_ID to identify Smart Meters.  PG&E will provide a translation between SP_ID and Badge numbers upon request.

Source List

At the end of each Report, PG&E has included a list of records on which it relied in drafting each Report.  When PG&E indicates in a Report that information is per PG&E records, PG&E is referring to the records identified at the end of the Report.  Where records have been produced, PG&E provided the Bates number.  In addition to the items on the source list, PG&E relied on a variety of internal databases to make an assessment of location information regarding devices and individuals (*e.g.*, GIS, GPS) and observations made by PG&E employees including the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location.

CONFIDENTIAL