# EXHIBIT W

------------------------------------------------------------------------------------------------------------------------------------------

## OAKMONT INCIDENT DESCRIPTION & FACTUAL SUMMARY

For completeness, this incident description and factual summary should be read in conjunction with the Factual Report Guidance and the contemporaneously submitted response to Question 62.

**Background:**

On October 20, 2017, PG&E filed an Electric Safety Incident Report (Incident No. 171020-8585) concerning an incident that occurred near 8000 Pythian Road, City of Santa Rosa, Sonoma County (the "incident location" as defined by the CPUC's December 7, 2017, letter).  When PG&E was granted access to the incident location on October 18, PG&E observed that a green, healthy Douglas Fir tree had uprooted and fallen onto other trees.  Two of two phases of the Rincon 1101 (12 kV) Circuit were down.  The Douglas Fir was approximately 100 feet tall and rooted approximately 30 feet from the distribution conductors.

According to CAL FIRE's website, the Oakmont fire is part of the "Nuns fire", which consists of six different fires:  Nuns, Adobe, Norrbom, Pressley, Partrick and Oakmont.

According to CAL FIRE's website, the Oakmont fire started at 8:35 PM on October 14, 2017.  However, according to PG&E records, a PG&E troubleman was at the Oakmont incident location to assist CAL FIRE on the evening of October 13, 2017, and he reported that there was already a quarter-acre grass fire with CAL FIRE on site working to contain the fire.

**Incident Overview:**



The incident location is ordinarily served by the Dunbar 1101 Circuit.[1]  Line Recloser 234 is two line reclosers upstream of the incident location when the incident location is served by the Dunbar 1101 Circuit.  Based on PG&E records, Line Recloser 234 was opened remotely via SCADA on October 8 at 11:35 PM, de-energizing the incident location until October 13.

---

[1] The Dunbar 1101 Circuit single line diagram included in this incident description and factual summary was not produced previously to the CPUC.

CONFIDENTIAL



Based on PG&E records, on October 13, 2017 by 12:12 PM, PG&E switched the source of power to the incident location from the Dunbar 1101 Circuit to the Rincon 1101 Circuit by opening Switch 1263 and closing Switch 6173.  As a result, PG&E energized the circuit from the Rincon 1101 substation up to Line Recloser 160, which is two line reclosers upstream of the incident location when the area is served by the Rincon 1101 Circuit.  Based on PG&E records, Line Recloser 160 had operated and locked out at 10:34 PM on October 8, 2017, when it was fed by the Dunbar 1101 Circuit, and it remained open at the time of switching.  Therefore, the incident location, which is beyond Line Recloser 160, continued to be de-energized after the switching events.

Based on PG&E records, on October 13, 2017, PG&E patrolled the load side of Fuse 1251, the fuse immediately upstream of the incident location, to restore power.  On the load side of Fuse 1251, the line forks to the east on one side and to the northwest on the other side.  Based on PG&E records, at 1:22 PM, a troubleman reported wire down at the first tap to the east and that the jumpers were opened.  The incident location is on the tap line to the northwest.  Based on PG&E records, at 2:13 PM, after a patrol of the area, PG&E re-energized the incident location by closing Switch 14261, and subsequently closing Line Recloser 160 remotely via SCADA.  Both devices are upstream of the incident location when the incident location is served by the Rincon 1101 Circuit.

==Based on PG&E records, between 2:56 PM and 3:00 PM on October 13, 2017, 14 of 17 smart meters downstream of Fuse 1251 recorded a NIC Power Down and Restore event and/or a zero volt reading.  Based on PG&E records, at 3:54 PM, all 14 of those meters recorded a NIC Power Down event.==

Based on PG&E records, the troubleman who had previously patrolled the load side of Fuse 1251 later returned to the area on the same day.  Based on PG&E records, at 5:08 PM, he reported one of two fuses at Fuse 1251 blown.  At that time, he also reported that he opened the second fuse and tagged Fuse 1251 for a follow-up patrol, de-energizing the incident location, downstream of Fuse 1251.

On the evening of October 13, 2017, according to PG&E records, a different troubleman was the first PG&E employee at the incident location after the fire started.  Per the troubleman, he met CAL FIRE at the intersection of Highway 12 and Pythian Road.  Per the troubleman, CAL FIRE led him to the incident location so that he could make the lines at the incident location safe.  The troubleman followed a CAL FIRE pickup truck and two bulldozers up a hill, and he arrived at the incident location approximately 30 to 45 minutes later.  At the incident location, the troubleman saw two of two phases of the incident span down, which he reported at 8:23 PM on October 13, 2017, according to PG&E records.

CONFIDENTIAL

Per the troubleman, the conductors on the load side of the incident span were not on the ground, but rather were laying across a tree. The tree was still standing and was not on fire. The troubleman confirmed the lines were de-energized, and he cut the line at the downstream corner pole to make the area safe. Per the troubleman, he then went to the source side of the incident span. In this area, he saw the source side of the conductors laying on a metal fence. The troubleman used an insulated stick to move the conductors off the fence. Based on PG&E records and per the troubleman, he observed a small grass fire in the forest near the metal fence, which he reported at 8:23 PM.

According to the troubleman, he did not see any trees down, and he could not observe the middle of the incident span due to fire in the area. He left the incident location around 8:30 or 9:00 PM, after he had ensured that all power was off in the area. The fire was not contained when the troubleman left the area of the incident location, but CAL FIRE was on site at the time.

Based on PG&E records, on October 14 at 11:48 AM, Line Recloser 416, which is upstream of the incident location, was opened remotely via SCADA on a dead line due to fire encroaching on the line at Fuse 1251. PG&E is not aware of other electrical activity at the incident location on October 14, the date on which the incident began according to CAL FIRE's website.

On October 18, 2017, CAL FIRE released the incident location, and PG&E first accessed it on that day. PG&E observed that a green, healthy Douglas Fir tree had uprooted and fallen onto other trees. The Douglas Fir was approximately 100 feet tall and rooted approximately 30 feet from the distribution conductors. Both phases of the Rincon 1101 (12 kV) Circuit were down. The conductors were #4AR (aluminum conductor, steel reinforced), installed in 1965.

Based on PG&E records, on October 21, 2017, the incident span was repaired. On October 22, 2017 at 10:39 AM, Fuse 1251 was closed, restoring power to the incident location.

**Evidence Collection:**

CAL FIRE collected downed conductors. PG&E is unaware of whether CAL FIRE collected additional evidence at the incident location. PG&E was granted access to the incident location on October 18, 2017. On November 29, 2017, PG&E collected a Douglas Fir bole, trunk parts, root ball and roots, and a Valley Oak root.

**Timeline:**

| Oakmont | | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| October 8, 2017, 10:34 PM: Based on PG&E records, Line Recloser 160 off the Dunbar 1101 Circuit operated and locked out. | PGE-CPUC_00013043 | PGE-CF_00136025; PGE-CF_00000021 |
| October 8, 2017, 11:35 PM: Based on PG&E records, Line Recloser 234 off the | PGE-CPUC_00013124, at 124 | PGE-CF_00136070, at 070 |

CONFIDENTIAL

| Oakmont | | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| Dunbar 1101 Circuit was opened remotely via SCADA, de-energizing the incident location until October 13. | PGE-CPUC_0007876 | PGE-CF_00000015 |
| October 13, 2017, 12:12 PM:  Based on PG&E records, PG&E switched the source of power to the incident location from the Dunbar 1101 Circuit to the Rincon 1101 Circuit by opening Switch 1263 and closing Switch 6173. | PGE-CPUC_00013043 PGE-CPUC_00013124, at 124 PGE-CPUC_00014333, at 333 | PGE-CF_00136025 PGE-CF_00136070, at 070 |
| October 13, 2017, 1:22 PM:  Based on PG&E records, a troubleman reported wire down on the load side of Fuse 1251 at the first tap to the east and that jumpers were opened on that tap line. | PGE-CPUC_00012928, at 928 | PGE-CF_00135985, at 985 |
| October 13, 2017, 2:13 PM:  Based on PG&E records, PG&E re-energized the incident location by closing Switch 14261, and subsequently closing Line Recloser 160 remotely via SCADA. | PGE-CPUC_00013124, at 124 | PGE-CF_00136070, at 070 PGE-CF_00000021 |
| ==October 13, 2017, 2:56 PM:  Based on PG&E records, between 2:56 PM and 3:00 PM on October 13, 2017, 14 of 17 smart meters downstream of Fuse 1251 recorded a NIC Power Down and Restore event and/or a zero volt reading.== | | PGE-CF_00000052 PGE-CF_00000053 |
| ==October 13, 2017, 3:54 PM:  Based on PG&E records, all 14 of those meters recorded a NIC Power Down event.== | | |
| October 13, 2017, 5:08 PM:  Based on PG&E records, a troubleman reported 1 of 2 fuses at Fuse 1251 blown.  Based on PG&E records, he also reported that he opened the second fuse and tagged Fuse 1251 for a follow-up patrol, de-energizing the incident location downstream of Fuse 1251. | PGE-CPUC_00014316, at 316 PGE-CPUC_00001213 | PGE-CF_00136206, at 206 PGE-CF_00005005 |
| October 13, 2017, 8:23 PM:  Based on PG&E records, another troubleman reported that he saw two conductors down and observed a small fire near the incident location. | PGE-CPUC_00014316, at 316 | PGE-CF_00136206, at 206 |
| October 14, 2017, 11:48 AM:  Based on PG&E records, Line Recloser 416 was opened remotely via SCADA on a dead line | PGE-CPUC_00014333, at 333 PGE-CPUC_00007897 | |

CONFIDENTIAL

Page 4 of 11

| | Oakmont | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| due to fire encroaching on the line at Fuse 1251.  PG&E is not aware of other electrical activity at the incident location on October 14. | | |
| October 14, 2017, 8:35 PM:  According to CAL FIRE's website, the Oakmont fire started. | | |
| October 18, 2017:  CAL FIRE released the incident location, and PG&E first accessed the incident location. | | |
| October 21, 2017: Based on PG&E records, the incident span was repaired. | PGE-CPUC_00015771 | |
| October 22, 2017, 10:39 AM:  Based on PG&E records, Fuse 1251 was closed, restoring power to the incident location. | PGE-CPUC_00014316, at 317<br>PGE-CPUC_00001213 | PGE-CF_00136206, at 207<br>PGE-CF_00005005 |

CONFIDENTIAL

**Source List:**

| Source | Brief Description |
|---|---|
| PGE-CPUC_00001213<br>PGE-CF_00005005 | Oakmont Single Line Diagram |
| PGE-CPUC_00017161 | Log of Evidence PG&E Collected (amended response) |
| PGE-CPUC_00012216 | Log of Evidence Collected by CAL FIRE (amended response) |
| PGE-CPUC_00012928<br>PGE-CF_00135985 | ILIS Outage Report 17-0087147 |
| PGE-CPUC_00013043<br>PGE-CF_00136025 | ILIS Outage Report 17-0085262 |
| PGE-CPUC_00013124<br>PGE-CF_00136070 | ILIS Outage Report 17-0085286 |
| PGE-CPUC_00014316<br>PGE-CF_00136206 | ILIS Outage Report 17-0087215 |
| PGE-CPUC_00014333 | ILIS Outage Report 17-0087360 |
| PGE-CPUC_00007876<br>PGE-CPUC_00007897<br>PGE-CF_00000015<br>PGE-CF_00000021 | SCADA Data |
| PGE-CPUC_00013171 | Dunbar 1101 Circuit Map |
| PGE-CPUC_00014403 | Rincon 1101 Circuit Map |
| PGE-CPUC_00015771 | EC Notification 113748114 Dated 10/19/17 |
| PGE-CF_00000052<br>PGE-CF_00000053 | AMI Smart Meter Data |
| CPUC Letter | 12/7/17 Letter Regarding Clarification for Commission's November 21, 2017 Data Request |
| Response to Question 27 | 3/30/18 Response to CPUC's October 2017 Wildfire Data Request |
| Response to Question 35 | 12/29/17 Response to CPUC's October 2017 Wildfire Data Request |
| Response to Question 36 | 12/29/17 Response to CPUC's October 2017 Wildfire Data Request |
| Oakmont Initial Electric Incident Report | 10/20/17 Initial Electric Incident Report |
| Oakmont 20-Day Electric Incident Report | 11/17/17 20-Day Electric Incident Report |
| CAL FIRE Website | "Nuns / Adobe / Norrbom/ Pressley / Partrick Fires / Oakmont (Central LNU Complex) Incident Information"<br><br>http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1868 |
| CAL FIRE Website | "Oakmont Fire (Central LNU Complex) Incident Information"<br><br>http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1898 |
| AMI Smart Meter Data | ==Supplemental AMI Smart Meter Data for Service Points 1118309834, 3888610605, 3888662805, 3888620006, 3888611605,== |

CONFIDENTIAL

|  | 3888618905, 3888661705, 2727546648, 3888655505, 3888663805, 3888660705, 3888612705, 3888616905, 3888609605 and 3888613705 |
|---|---|

CONFIDENTIAL

**Factual Report Guidance:**

PG&E is providing Incident Description and Factual Summaries (the "Reports") for each incident location, as defined by the CPUC's December 7, 2017, letter. In addition to Question 62, these Reports provide a complete response to Question 1. These Reports also provide a partial response to Question 54. Documents and attachments responsive to Question 54 are being produced with that response.

PG&E's review and collection of records are ongoing, and these Reports are based on information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known. In preparing these Reports, PG&E has not included data or information that may not be relevant to the incident location, as defined by the CPUC's December 7, 2017, based on information currently known, for example:
- Transmission-level outages, which because of their wide-spread impact, may have caused an outage at the incident location, unless the source of the outage appears to have been related to the incident location or the transmission-level outage de-energized the incident location; or
- Certain minor alarms sent by protection devices that did not result in a sustained outage at the incident location.

Raw data has, however, been provided in response to other questions.

PG&E has not reviewed potentially relevant information that is in the possession of CAL FIRE or any other entity. The causes of the incidents are still under investigation and it is premature to draw conclusions about whether the "fire locations" or "incident locations" addressed by these Reports are points of origin.

Moreover, PG&E has relied on some publicly available information provided by third parties, such as CAL FIRE. For example, PG&E has relied on the start times designated by CAL FIRE as indicated in PG&E's response to Question 25, submitted to the CPUC on January 31, 2018, in generating these Reports. PG&E is not presently able to validate this information.

For these reasons, among others, the facts described in the Reports may or may not be relevant to questions of causation or origin with respect to any incidents, and there may also be other facts not in the Reports that are relevant to questions of causation or origin of any incidents.

In addition, please find a list of additional explanations related to particular points.

Single Line Diagrams

For ease of reference, PG&E has included reproductions of the single line diagrams produced in response to Question 28, submitted to the CPUC on December 29, 2017.. Any reference to "area of interest" in the single line diagrams refers to the incident location, as defined by the CPUC's December 7, 2017, letter. The single line diagrams show the incident location and the location of all protection devices upstream of the incident location back to the distribution circuit breaker at the substation. Smart Meters, switches, and any devices downstream of incident locations are not shown on the single line diagrams, although they may be referenced in the Reports.

CONFIDENTIAL

Below please find a legend that explains the symbols used in the diagrams.



First Responders

As indicated above, in response to Question 54, PG&E has included in its Reports an account of the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location, as defined by the CPUC's December 7, 2017, letter.

Repair and/or Restoration Work

PG&E has included information related to when repair and/or restoration work was completed. PG&E has not attempted to include all dates on which repair crews were present at or near incident locations, as defined by the CPUC's December 7, 2017, letter, either in the incident overview or the timeline.

Timeline

As indicated above, in response to Question 1, PG&E has included a timeline of certain equipment operations and actions of PG&E employees at or near the incident locations, including during the period 12 hours prior to CAL FIRE's designated start time, as indicated in PG&E's response to Question 25, until the date (if known) when CAL FIRE obtained PG&E facilities for evidence, CAL FIRE released the incident scene, or repair and/or restoration work was completed, whichever event came last. PG&E has not included every possible data point during the timeline time period. Rather, as indicated above, the timelines include information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known. Where records have been produced, PG&E provided the Bates number. Within a single row, some information may be based on records that have been produced, while other information may be based on records or other information that have not been produced.

Operational Data

PG&E has relied on certain operational data sets (*e.g.*, SCADA, AMI) in preparing these Reports. There may be data discrepancies between different operational data sources. For example, timestamps of a common event across different operational data sources may differ. In these Reports, PG&E has documented to the best of its ability the most accurate occurrence time based on its current understanding.

CONFIDENTIAL

*SCADA Data*

SCADA (Supervisory Control And Data Acquisition) data includes alarm and event data remotely collected in real time from data-collection capable devices on PG&E's electric distribution and transmission circuits. Reclosers and circuit breakers are examples of devices that may report SCADA data. Fuses do not have SCADA connectivity and, therefore, do not report SCADA data. SCADA alarms and events memorialize electrical events on a circuit. However, they are associated with the device that collected them and do not include information on the specific cause or precise origin location of the electrical event that they memorialize.

As noted above, PG&E has not included all SCADA events in the Incident Overview or the Timeline. For example, Minimum To Trip ("MTT") alarms have not been included. MTT alarms are generated when a SCADA-enabled device identifies a circuit load that exceeds a maximum threshold load but for less than a certain amount of time. MTT alarms can be frequent and do not include information on the specific cause or origin location of the event that triggered them. A record of all SCADA events and alarms that occurred during the requested time periods has been previously produced in response to Question 25, submitted to the CPUC on January 31, 2018, in the Bates range PGE-CPUC_00007875-7911.

*AMI Data*

Smart Meters are electric meters designed to record customer electricity usage, primarily for billing purposes. They can record and transmit electrical data including usage, voltage and event data ("Smart Meter" or "AMI" data). In certain situations, data collected by these meters may be helpful to determine information about outages. For example, a Smart Meter's "last gasp" is an event that may show the time at which a specific Smart Meter lost power. In conjunction with data from other Smart Meters, "last gasp" data might indicate when a certain location on the electric grid lost power or some other secondary problem. A "NIC power down" is a recorded log event when a Smart Meter initiates a shut down. A "zero volt reading" occurs when a meter is partially energized (between 25% and 75%) at the time of a reading. Each of these readings will only occur if the communication from the Smart Meter is successfully received (or subsequently retrieved and downloaded if the Smart Meter is still accessible).

As noted above, PG&E has not included all AMI events in the Incident Overview or the Timeline. For example, sag or swell events have not been included. Smart Meters record these events when they detect a decrease (sag) or increase (swell) in voltage above or below a certain threshold for more than a certain period of time. Sag and swell events do not have specific timestamps; the data indicates only that they occurred during a certain time interval. Sag and swell events may indicate unusual activity; however, they do not indicate the location of that unusual activity. Smart Meter data was not requested in the November 21, 2017, Data Requests and has not been produced in response to those Data Requests.

<u>Reclosing Device Operations</u>

PG&E is providing certain times at which reclosing devices "operated" (opened or closed), which could include multiple operations depending on the device's settings before the device ultimately stayed closed or stayed open.

CONFIDENTIAL

Outage Records

PG&E has relied on certain information from its Integrated Logging Information System Operations Database ("ILIS") in preparing these Reports. As explained in response to Question 27, submitted to the CPUC on March 30, 2018, ILIS is PG&E's system of record for distribution transformer-level and above outages. ILIS is the application used by the distribution system operators to document information pertinent to the operation of the electric system. Due to the nature of how information is documented in the application, there may be discrepancies in outage start times and other information between ILIS and other data sources. For example, ILIS does not record single-customer or service-level outages, in accordance with CPUC Decision 96-09-045 and Advice Letter 3812-E on outage reporting requirements. Data from these ILIS records should be reviewed and considered together and in conjunction with those other data sources.

Outage cause information in ILIS is preliminary and is based on the best available information at the time, from initial field intelligence and through spot check quality reviews.

Smart Meter Service Point ID Numbers

Some PG&E records identify Smart Meters by their associated Service Point ID number ("SP_ID"), while other records identify Smart Meters by their associated "Badge" numbers. For consistency, all Reports use SP_ID to identify Smart Meters. PG&E will provide a translation between SP_ID and Badge numbers upon request.

Source List

At the end of each Report, PG&E has included a list of records on which it relied in drafting each Report. When PG&E indicates in a Report that information is per PG&E records, PG&E is referring to the records identified at the end of the Report. Where records have been produced, PG&E provided the Bates number. In addition to the items on the source list, PG&E relied on a variety of internal databases to make an assessment of location information regarding devices and individuals (*e.g.*, GIS, GPS) and observations made by PG&E employees including the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location.