# EXHIBIT X

**PARTRICK INCIDENT DESCRIPTION & FACTUAL SUMMARY**

For completeness, this incident description and factual summary should be read in conjunction with the Factual Report Guidance and the contemporaneously submitted response to Question 62.

**Background:**

On October 20, 2017, PG&E filed an Electric Safety Incident Report (Incident No. 171020-8586) concerning an incident that occurred near 1721 Partrick Road, Napa, Napa County (the "incident location" as defined by the CPUC's December 7, 2017, letter).  When PG&E was granted access to the incident location on October 18, PG&E observed that a 20-inch diameter Coast Live Oak tree, approximately 50 feet tall and rooted approximately 40 feet uphill from the distribution conductors had broken above its base.  One of the two phases on a 12kV tap line on the Pueblo 2103 Circuit was on the ground.

According to CAL FIRE's website, the Partrick fire is part of the "Nuns fire", which consists of six different fires: Nuns, Adobe, Norrbom, Pressley, Partrick and Oakmont.

According to CAL FIRE's website, the Partrick fire started at 11:48 PM on October 8, 2017.

**Incident Overview:**



The incident location is served by the Pueblo 2103 Circuit.  According to PG&E records, at 11:20 PM on October 8, 2017, the smart meter at service point 3725037405, downstream from the incident location, reported a NIC Power Down event.  Four minutes later, 27 smart meters on the load side of Fuse 9295 recorded a series of power off/on events.

Based on PG&E records, at 1:54 AM on October 9, 2017 the Pueblo Substation, which feeds power to the incident location, was de-energized as a result of an outage on the 115kV transmission line feeding the substation.  At 12:10 PM on October 10, 2017 the Pueblo Substation was re-energized but the incident location remained de-energized because the Pueblo 2103 Circuit Breaker remained open.  Based on PG&E records, at 5:19 PM on October 10, the Pueblo 2103 Circuit Breaker was closed remotely via SCADA and the circuit was re-energized.

At 1:42 PM on October 11, 2017, a Troubleman reported that the nearest source side protection device from the incident location, Fuse 9295, had 2 of 2 fuses open.

On October 14, 2017 at 9:05 AM, PG&E records indicate that a Troubleman and an Estimator (together the "First Responders") were the first PG&E employees near the incident location after

CONFIDENTIAL

the fire started. Per the First Responders, they were both patrolling the area to check on the status of PG&E facilities. While patrolling the line at the incident location they were stopped by CAL FIRE approximately 50 yards from the incident span and prevented from patrolling any further down the line. Per the First Responders, from their vantage point, they could see 1 of 2 phases of the incident span down. At the request of CAL FIRE, they immediately left the area and returned to Partrick Road. On October 16, 2017 at 6:42 PM, Fuse 9295 was closed and tested.

On October 18, 2017, PG&E was granted access to the incident location and observed that a 20-inch diameter Coast Live Oak tree, approximately 50 feet tall and rooted approximately 40 feet uphill from the distribution conductors had broken near the base. One of the two phases of conductors was on the ground. The conductors were #4AR (aluminum conductor, steel reinforced), installed in 1981. On October 21, 2017, both of the conductors on the incident span were replaced. ==Based on PG&E records, a new smart meter was installed on February 1, 2018, and service was restored to the customer served by the incident location.==

**Evidence Collection:**

CAL FIRE collected the primary conductors at the incident location. In addition, CAL FIRE collected a section of the Coast Live Oak tree. PG&E does not know whether CAL FIRE collected additional evidence at the incident location.

On November 8, 2017, PG&E collected multiple sections of the Coast Live Oak tree. On the same day, PG&E also collected pieces of melted aluminum scraps.

**Timeline:**

| Partrick | | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| ==October 8, 2017, 11:20 PM: Smart meter at service point 3725037405, on the load side of the incident location, reported a NIC Power Down event.== | | PGE-CF_00000038 |
| ==October 8, 2017, 11:24 PM: 27 smart meters on the load side of Fuse 9295 recorded a series of power off/on events.== | | PGE-CF_00000038 |
| October 8, 2017, 11:48 PM: According to CAL FIRE's website, the Partrick fire started. | | |
| October 9, 2017, 1:54 AM: Pueblo Substation de-energized. | PGE-CPUC_00007900 | PGE-CF_00000012 |

CONFIDENTIAL

| Partrick | | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| October 10, 2017, 12:10 PM: Pueblo Substation re-energized. | PGE-CPUC_00014739, at 740 | PGE-CF_00136251 |
| October 10, 2017, 5:19 PM: Pueblo 2103 Circuit Breaker closed remotely via SCADA and the circuit re-energized. | PGE-CPUC_00014739, at 740 | PGE-CF_00136251 |
| October 11, 2017, 1:42 PM: Troubleman reported 2 of 2 fuses open at Fuse 9295. | PGE-CPUC_00014718 | |
| October 14, 2017, 9:05 AM: First Responders near the incident span to patrol the line. | PGE-CPUC_00015774 | |
| October 16, 2017, 6:42 PM: Fuse 9295 closed and tested. | PGE-CPUC_00014718 | |
| October 18, 2017: CAL FIRE released the incident location and PG&E was granted access to the incident location. | | |
| October 21, 2017: Both conductors on incident span were replaced. | PGE-CPUC_00015774, at 775 | |
| ==February 1, 2018: New smart meter was installed and service was restored to customer served by the incident location.== | | |

**Source List:**

| Source | Brief Description |
|---|---|
| PGE-CPUC_00001203 | Single Line Diagram |
| PGE-CPUC_00017161 | Log of Evidence PG&E Collected (amended response) |
| PGE-CPUC_00012216 | Log of Evidence Collected by CAL FIRE (amended response) |
| PGE-CPUC_00014718 | ILIS Outage Report 17-0086365 |
| PGE-CPUC_00014739 | ILIS Outage Report 17-0085372 |
| PGE-CPUC_00015774 | Electric Overhead Tag #113734397 |
| Partrick Electrical Safety Incident Report | 10/20/2017 Initial Electrical Safety Incident Report (171020-8586) |
| Partrick Electrical Safety Incident Report | 11/17/2017 20-Day Electrical Safety Incident Report (171020-8586) |
| PGE-CPUC_DR-112117_Common_Q35 | 12/29/17 Response to CPUC's October 2017 Wildfire Data Request, Response to Question 35 |
| PGE-CPUC_DR-112117_Common_Q36 | 12/29/17 Response to CPUC's October 2017 Wildfire Data Request, Response to Question 36 |
| CAL FIRE Website | "Nuns / Adobe / Norrbom/ Pressley / Partrick Fires / Oakmont (Central LNU Complex) Incident Description" http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1868 (last updated Feb. 9, 2018) |
| CAL FIRE Website | "Partrick Fire (Central LNU Complex) Incident Description" http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1869 (last updated Jan. 9, 2018) |
| PGE-CF_00000038_Confidential | AMI Smart Meter Data for Smart Meters downstream from Fuse Cutouts 9295 |
| FAS Field Order | FAS Field Order ID 3720445565 for replacement of Smart Meter downstream of incident location |

CONFIDENTIAL

**Factual Report Guidance:**

PG&E is providing Incident Description and Factual Summaries (the "Reports") for each incident location, as defined by the CPUC's December 7, 2017, letter.  In addition to Question 62, these Reports provide a complete response to Question 1. These Reports also provide a partial response to Question 54.  Documents and attachments responsive to Question 54 are being produced with that response.

PG&E's review and collection of records are ongoing, and these Reports are based on information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known.  In preparing these Reports, PG&E has not included data or information that may not be relevant to the incident location, as defined by the CPUC's December 7, 2017, based on information currently known, for example:
- Transmission-level outages, which because of their wide-spread impact, may have caused an outage at the incident location, unless the source of the outage appears to have been related to the incident location or the transmission-level outage de-energized the incident location; or
- Certain minor alarms sent by protection devices that did not result in a sustained outage at the incident location.

Raw data has, however, been provided in response to other questions.

PG&E has not reviewed potentially relevant information that is in the possession of CAL FIRE or any other entity.  The causes of the incidents are still under investigation and it is premature to draw conclusions about whether the "fire locations" or "incident locations" addressed by these Reports are points of origin.

Moreover, PG&E has relied on some publicly available information provided by third parties, such as CAL FIRE.  For example, PG&E has relied on the start times designated by CAL FIRE as indicated in PG&E's response to Question 25, submitted to the CPUC on January 31, 2018, in generating these Reports.  PG&E is not presently able to validate this information.

For these reasons, among others, the facts described in the Reports may or may not be relevant to questions of causation or origin with respect to any incidents, and there may also be other facts not in the Reports that are relevant to questions of causation or origin of any incidents.

In addition, please find a list of additional explanations related to particular points.

Single Line Diagrams

For ease of reference, PG&E has included reproductions of the single line diagrams produced in response to Question 28, submitted to the CPUC on December 29, 2017..  Any reference to "area of interest" in the single line diagrams refers to the incident location, as defined by the CPUC's December 7, 2017, letter.  The single line diagrams show the incident location and the location of all protection devices upstream of the incident location back to the distribution circuit breaker at the substation.  Smart Meters, switches, and any devices downstream of incident locations are not shown on the single line diagrams, although they may be referenced in the Reports.

CONFIDENTIAL

Below please find a legend that explains the symbols used in the diagrams.



First Responders

As indicated above, in response to Question 54, PG&E has included in its Reports an account of the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location, as defined by the CPUC's December 7, 2017, letter.

Repair and/or Restoration Work

PG&E has included information related to when repair and/or restoration work was completed. PG&E has not attempted to include all dates on which repair crews were present at or near incident locations, as defined by the CPUC's December 7, 2017, letter, either in the incident overview or the timeline.

Timeline

As indicated above, in response to Question 1, PG&E has included a timeline of certain equipment operations and actions of PG&E employees at or near the incident locations, including during the period 12 hours prior to CAL FIRE's designated start time, as indicated in PG&E's response to Question 25, until the date (if known) when CAL FIRE obtained PG&E facilities for evidence, CAL FIRE released the incident scene, or repair and/or restoration work was completed, whichever event came last. PG&E has not included every possible data point during the timeline time period. Rather, as indicated above, the timelines include information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known. Where records have been produced, PG&E provided the Bates number. Within a single row, some information may be based on records that have been produced, while other information may be based on records or other information that have not been produced.

Operational Data

PG&E has relied on certain operational data sets (*e.g.*, SCADA, AMI) in preparing these Reports. There may be data discrepancies between different operational data sources. For example, timestamps of a common event across different operational data sources may differ. In these Reports, PG&E has documented to the best of its ability the most accurate occurrence time based on its current understanding.

CONFIDENTIAL

Page 6 of 8

*SCADA Data*

SCADA (Supervisory Control And Data Acquisition) data includes alarm and event data remotely collected in real time from data-collection capable devices on PG&E's electric distribution and transmission circuits. Reclosers and circuit breakers are examples of devices that may report SCADA data. Fuses do not have SCADA connectivity and, therefore, do not report SCADA data. SCADA alarms and events memorialize electrical events on a circuit. However, they are associated with the device that collected them and do not include information on the specific cause or precise origin location of the electrical event that they memorialize.

As noted above, PG&E has not included all SCADA events in the Incident Overview or the Timeline. For example, Minimum To Trip ("MTT") alarms have not been included. MTT alarms are generated when a SCADA-enabled device identifies a circuit load that exceeds a maximum threshold load but for less than a certain amount of time. MTT alarms can be frequent and do not include information on the specific cause or origin location of the event that triggered them. A record of all SCADA events and alarms that occurred during the requested time periods has been previously produced in response to Question 25, submitted to the CPUC on January 31, 2018, in the Bates range PGE-CPUC_00007875-7911.

*AMI Data*

Smart Meters are electric meters designed to record customer electricity usage, primarily for billing purposes. They can record and transmit electrical data including usage, voltage and event data ("Smart Meter" or "AMI" data). In certain situations, data collected by these meters may be helpful to determine information about outages. For example, a Smart Meter's "last gasp" is an event that may show the time at which a specific Smart Meter lost power. In conjunction with data from other Smart Meters, "last gasp" data might indicate when a certain location on the electric grid lost power or some other secondary problem. A "NIC power down" is a recorded log event when a Smart Meter initiates a shut down. A "zero volt reading" occurs when a meter is partially energized (between 25% and 75%) at the time of a reading. Each of these readings will only occur if the communication from the Smart Meter is successfully received (or subsequently retrieved and downloaded if the Smart Meter is still accessible).

As noted above, PG&E has not included all AMI events in the Incident Overview or the Timeline. For example, sag or swell events have not been included. Smart Meters record these events when they detect a decrease (sag) or increase (swell) in voltage above or below a certain threshold for more than a certain period of time. Sag and swell events do not have specific timestamps; the data indicates only that they occurred during a certain time interval. Sag and swell events may indicate unusual activity; however, they do not indicate the location of that unusual activity. Smart Meter data was not requested in the November 21, 2017, Data Requests and has not been produced in response to those Data Requests.

<u>Reclosing Device Operations</u>

PG&E is providing certain times at which reclosing devices "operated" (opened or closed), which could include multiple operations depending on the device's settings before the device ultimately stayed closed or stayed open.

CONFIDENTIAL

Outage Records

PG&E has relied on certain information from its Integrated Logging Information System Operations Database ("ILIS") in preparing these Reports. As explained in response to Question 27, submitted to the CPUC on March 30, 2018, ILIS is PG&E's system of record for distribution transformer-level and above outages. ILIS is the application used by the distribution system operators to document information pertinent to the operation of the electric system. Due to the nature of how information is documented in the application, there may be discrepancies in outage start times and other information between ILIS and other data sources. For example, ILIS does not record single-customer or service-level outages, in accordance with CPUC Decision 96-09-045 and Advice Letter 3812-E on outage reporting requirements. Data from these ILIS records should be reviewed and considered together and in conjunction with those other data sources.

Outage cause information in ILIS is preliminary and is based on the best available information at the time, from initial field intelligence and through spot check quality reviews.

Smart Meter Service Point ID Numbers

Some PG&E records identify Smart Meters by their associated Service Point ID number ("SP_ID"), while other records identify Smart Meters by their associated "Badge" numbers. For consistency, all Reports use SP_ID to identify Smart Meters. PG&E will provide a translation between SP_ID and Badge numbers upon request.

Source List

At the end of each Report, PG&E has included a list of records on which it relied in drafting each Report. When PG&E indicates in a Report that information is per PG&E records, PG&E is referring to the records identified at the end of the Report. Where records have been produced, PG&E provided the Bates number. In addition to the items on the source list, PG&E relied on a variety of internal databases to make an assessment of location information regarding devices and individuals (*e.g.*, GIS, GPS) and observations made by PG&E employees including the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location.