# EXHIBIT Y

---

### POCKET INCIDENT DESCRIPTION & FACTUAL SUMMARY

For completeness, this incident description and factual summary should be read in conjunction with the Factual Report Guidance and the contemporaneously submitted response to Question 62.

**Background:**

On October 21, 2017, PG&E filed an Electric Safety Incident Report (Incident No. 171021-8592) concerning an incident that occurred near Ridge Ranch Road and Ridge Oaks Road, Geyserville, Sonoma County (the "incident location" as defined by the CPUC's December 7, 2017, letter). When PG&E accessed the incident location on October 17, 2017, PG&E observed that a top section of a California White Oak/Valley Oak tree had broken. At least one conductor of Cloverdale 1102 (12 kV) Circuit was on the ground. The California White Oak/Valley Oak was rooted approximately 15 feet from the distribution conductors.

According to CAL FIRE's website, the Pocket incident started at 3:30 AM on October 9, 2017.

**Incident Overview:**



The incident location is served by the Cloverdale 1102 Circuit. Line Recloser 570 and Line Recloser 262 are located upstream of the incident location. According to PG&E records, on October 8, 2017 at 11:24 PM, both Line Recloser 570 and Line Recloser 262 automatically opened due to a line-to-ground fault on the circuit. Line Recloser 262 automatically closed after a momentary outage, but Line Recloser 570 did not close. At this point, the Cloverdale 1102 Circuit downstream of Line Recloser 570 was de-energized, including the incident location. ==The fuses downstream of Line Recloser 570 did not open.==

On October 9, 2017, at 2:29 AM, after PG&E linemen patrolled the Cloverdale 1102 Circuit, Line Recloser 570 was closed remotely via SCADA. However, based on PG&E records, because Line Recloser 570 indicated (via SCADA) that ground fault current was present when it was closed, Line Recloser 570 was re-opened by the line operator via SCADA at 2:30 AM, leaving the incident location de-energized.

Based on PG&E records, at 11:30 AM, PG&E linemen manually opened Fuse 1403, located three fuses upstream of the incident location. According to one of the linemen, the linemen patrolled the circuit and, after that patrol, Line Recloser 570 was closed remotely via SCADA at 11:47 AM. When Line Recloser 570 was closed, the line was re-energized up to Fuse 1403, restoring service to 221 customers. Fuse 1403 is located upstream of the incident location, so the incident location was not re-energized at this time.

CONFIDENTIAL

On October 9, 2017, according to PG&E records, a PG&E lineman was the first PG&E employee who attempted to access the incident location after the fire started.  Per that lineman, he and another PG&E lineman attempted to patrol beyond Fuse 1403, but reported being turned away by CAL FIRE at 12:50 PM.  According to the lineman, he and the other lineman patrolled the area up to a section of the circuit that CAL FIRE had blocked off.  The lineman observed that fire was burning on the load side of Fuse 1403.

Based on PG&E records, on October 12, 2017, a PG&E lineman patrolled the circuit up to Fuse 12905 (located two fuses upstream from the incident location) and reported manually opening that fuse at 2:30 PM.  According to PG&E records, the lineman returned to Fuse 1403 and manually closed it at 2:55 PM, re-energizing the line up to Fuse 12905.

On October 17, 2017, after CAL FIRE released the site, PG&E was permitted to access the incident location.  At that time, PG&E observed that a top section of a California White Oak/Valley Oak tree had broken and was laying on at least one conductor serving the Cloverdale 1102 (12 kV) Circuit, near the intersection of Ridge Ranch Road and Ridge Oaks Road.  The California White Oak/Valley Oak was rooted approximately 15 feet from the distribution conductors.  At least one conductor was on the ground.  The conductors were #6 Copper Wire installed in 1946.

According to PG&E records, on October 22, 2017, repair work was completed downstream of Fuse 12905 and, at 6:10 PM, a PG&E troubleman manually closed Fuse 12905 after patrolling the circuit, restoring service to the incident location.

**Evidence Collection:**

CAL FIRE collected a section of the California White Oak/Valley Oak tree and sections of both phases of conductor.  PG&E is unaware of whether CAL FIRE collected additional evidence at the incident location.  On November 2, 2017, PG&E collected the remaining sections of the California White Oak/Valley Oak.

**Timeline:**

| Event | Pocket CPUC Bates Number Reference | CAL FIRE Bates Number Reference |
|---|---|---|
| October 8, 2017, 11:24 PM: Based on PG&E records, Line Recloser 570 on the Cloverdale 1102 Circuit automatically opened due to a line to ground fault and remained open. Fuses downstream of Line Recloser 570 did not open.  According to PG&E records, Line Recloser 262 automatically opened due to a line to ground fault, then closed, restoring power and creating a momentary outage for | PGE-CPUC_00007902; PGE-CPUC_00014816, at 816; PGE-CPUC_00014813. | PGE-CF_00000003; PGE-CF_00000029; PGE-CF_00136288, at 288; PGE-CF_00136285. |

CONFIDENTIAL

| | Pocket | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| customers between Line Recloser 262 and Line Recloser 570. | | |
| October 9, 2017, 2:29 AM:  Line Recloser 570 was closed remotely via SCADA, after PG&E linemen patrolled the circuit. | PGE-CPUC_00007902; PGE-CPUC_00014816, at 816. | PGE-CF_00000003; PGE-CF_00136288, at 288. |
| October 9, 2017, 2:30 AM:  Line Recloser 570 was opened remotely via SCADA. | PGE-CPUC_00007902; PGE-CPUC_00014816, at 816. | PGE-CF_00000003; PGE-CF_00136288, at 288. |
| October 9, 2017, 3:30 AM:  According to CAL FIRE's website, the Pocket fire started at 3:30 AM on October 9, 2017. | | |
| October 9, 2017, 11:30 AM:  Based on PG&E records, Fuse 1403 was opened manually in the field. | PGE-CPUC_00014816, at 816. | PGE-CF_00136288, at 288. |
| October 9, 2017, 11:47 AM:  Line Recloser 570 was closed remotely via SCADA, re-energizing the line up to Fuse 1403 and restoring electricity to 221 customers. | PGE-CPUC_00007902; PGE-CPUC_00014816, at 816. | PGE-CF_00000003; PGE-CF_00136288, at 288. |
| October 9, 2017, 12:50 PM:  Per a PG&E lineman, he and another PG&E lineman attempted to patrol to the suspected incident location but were denied access by CAL FIRE.  The lineman reported fire activity on the load side of Fuse 1403, beyond the point at which CAL FIRE had turned the linemen away. | PGE-CPUC_00014816, at 816. | PGE-CF_00136288, at 288. |
| October 12, 2017, 2:30 PM:  Based on PG&E records, a PG&E lineman patrolled up to Fuse 12905 and manually opened Fuse 12905 on a de-energized line. | PGE-CPUC_00014816, at 816. | PGE-CF_00136288, at 288. |
| October 12, 2017, 2:55 PM:  According to PG&E records, a PG&E lineman manually closed Fuse 1403, restoring electricity to nine customers. | PGE-CPUC_00014816, at 816. | PGE-CF_00136288, at 288. |
| October 17, 2017:  After CAL FIRE released the site and PG&E was granted access to the | | |

CONFIDENTIAL

| Pocket | | |
|---|---|---|
| **Event** | **CPUC Bates Number Reference** | **CAL FIRE Bates Number Reference** |
| incident location, PG&E observed that the top section of a California White Oak/Valley Oak had broken and at least one phase of the Cloverdale 1102 Circuit was on the ground. | | |
| <u>October 22, 2017</u>:  Repair work was completed downstream of Fuse 12905. | PGE-CPUC_00015809; PGE-CPUC_00015777. | |
| <u>October 22, 2017, 6:10 PM</u>:  According to PG&E records, a PG&E troubleman manually closed Fuse 12905 after patrolling the circuit, restoring electricity to 12 customers and energizing the incident location. | PGE-CPUC_00014816, at 817. | PGE-CF_00136288, at 289. |

CONFIDENTIAL

**Source List:**

| Source | Brief Description |
|---|---|
| PGE-CF_00000029; PGE-CF_00000030 | AMI Smart Meter Data for Pocket Ranch Road |
| PGE-CPUC_00017161 | Log of Evidence PG&E Collected (amended response) |
| PGE-CPUC_00012216 | Log of Evidence Collected by CAL FIRE (amended response) |
| PGE-CPUC_00007901; PGE-CPUC_00007902; PGE-CF_00000003; PGE-CF_00000004 | SCADA Data |
| PGE-CPUC_00014813; PGE-CF_00136285 | ILIS Outage Report 17-0086608 |
| PGE-CPUC_00014816; PGE-CF_00136288 | ILIS Outage Report 17-0085349 |
| PGE-CPUC_00014896 | Cloverdale 1102 Circuit Map, to be produced in response to CPUC Q27 |
| PGE-CPUC_00015777 | Electric Overhead Tag No. 113734174 |
| PGE-CPUC_00015809 | Electric Corrective Notifications responsive to Question 5 of CPUC's October 2017 Wildfire Data Request |
| Pocket Initial Electrical Safety Incident Report | 10/21/2017 Pocket Initial Electric Incident Report (171021-8592) http://www.cpuc.ca.gov/uploadedFiles/CPUC_Public_Website/Content/Safety/USRB_FW_%20Electric%20Safety%20Incident%20Reported-%20PGE%20Incident%20No_%20%20171021-8592.pdf |
| Pocket Electrical Safety Incident Report | 11/13/2017 20-Day Electric Incident Report (171021-8592) |
| Response to Question 35 | 12/29/17 Response to CPUC's October 2017 Wildfire Data Request |
| CAL FIRE Website | "Pocket Fire (Central LNU Complex) Incident Information" (last updated Feb. 9, 2018) http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1883 |

**Factual Report Guidance:**

PG&E is providing Incident Description and Factual Summaries (the "Reports") for each incident location, as defined by the CPUC's December 7, 2017, letter. In addition to Question 62, these Reports provide a complete response to Question 1. These Reports also provide a partial response to Question 54. Documents and attachments responsive to Question 54 are being produced with that response.

PG&E's review and collection of records are ongoing, and these Reports are based on information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known. In preparing these Reports, PG&E has not included data or information that may not be relevant to the incident location, as defined by the CPUC's December 7, 2017, based on information currently known, for example:
- Transmission-level outages, which because of their wide-spread impact, may have caused an outage at the incident location, unless the source of the outage appears to have been related to the incident location or the transmission-level outage de-energized the incident location; or
- Certain minor alarms sent by protection devices that did not result in a sustained outage at the incident location.

Raw data has, however, been provided in response to other questions.

PG&E has not reviewed potentially relevant information that is in the possession of CAL FIRE or any other entity. The causes of the incidents are still under investigation and it is premature to draw conclusions about whether the "fire locations" or "incident locations" addressed by these Reports are points of origin.

Moreover, PG&E has relied on some publicly available information provided by third parties, such as CAL FIRE. For example, PG&E has relied on the start times designated by CAL FIRE as indicated in PG&E's response to Question 25, submitted to the CPUC on January 31, 2018, in generating these Reports. PG&E is not presently able to validate this information.

For these reasons, among others, the facts described in the Reports may or may not be relevant to questions of causation or origin with respect to any incidents, and there may also be other facts not in the Reports that are relevant to questions of causation or origin of any incidents.

In addition, please find a list of additional explanations related to particular points.

Single Line Diagrams

For ease of reference, PG&E has included reproductions of the single line diagrams produced in response to Question 28, submitted to the CPUC on December 29, 2017.. Any reference to "area of interest" in the single line diagrams refers to the incident location, as defined by the CPUC's December 7, 2017, letter. The single line diagrams show the incident location and the location of all protection devices upstream of the incident location back to the distribution circuit breaker at the substation. Smart Meters, switches, and any devices downstream of incident locations are not shown on the single line diagrams, although they may be referenced in the Reports.

CONFIDENTIAL

Below please find a legend that explains the symbols used in the diagrams.



### First Responders

As indicated above, in response to Question 54, PG&E has included in its Reports an account of the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location, as defined by the CPUC's December 7, 2017, letter.

### Repair and/or Restoration Work

PG&E has included information related to when repair and/or restoration work was completed. PG&E has not attempted to include all dates on which repair crews were present at or near incident locations, as defined by the CPUC's December 7, 2017, letter, either in the incident overview or the timeline.

### Timeline

As indicated above, in response to Question 1, PG&E has included a timeline of certain equipment operations and actions of PG&E employees at or near the incident locations, including during the period 12 hours prior to CAL FIRE's designated start time, as indicated in PG&E's response to Question 25, until the date (if known) when CAL FIRE obtained PG&E facilities for evidence, CAL FIRE released the incident scene, or repair and/or restoration work was completed, whichever event came last. PG&E has not included every possible data point during the timeline time period. Rather, as indicated above, the timelines include information that PG&E believes may be relevant to the incident location, as defined by the CPUC's December 7, 2017, letter, based on information currently known. Where records have been produced, PG&E provided the Bates number. Within a single row, some information may be based on records that have been produced, while other information may be based on records or other information that have not been produced.

### Operational Data

PG&E has relied on certain operational data sets (*e.g.*, SCADA, AMI) in preparing these Reports. There may be data discrepancies between different operational data sources. For example, timestamps of a common event across different operational data sources may differ. In these Reports, PG&E has documented to the best of its ability the most accurate occurrence time based on its current understanding.

CONFIDENTIAL

*SCADA Data*

SCADA (Supervisory Control And Data Acquisition) data includes alarm and event data remotely collected in real time from data-collection capable devices on PG&E's electric distribution and transmission circuits. Reclosers and circuit breakers are examples of devices that may report SCADA data. Fuses do not have SCADA connectivity and, therefore, do not report SCADA data. SCADA alarms and events memorialize electrical events on a circuit. However, they are associated with the device that collected them and do not include information on the specific cause or precise origin location of the electrical event that they memorialize.

As noted above, PG&E has not included all SCADA events in the Incident Overview or the Timeline. For example, Minimum To Trip ("MTT") alarms have not been included. MTT alarms are generated when a SCADA-enabled device identifies a circuit load that exceeds a maximum threshold load but for less than a certain amount of time. MTT alarms can be frequent and do not include information on the specific cause or origin location of the event that triggered them. A record of all SCADA events and alarms that occurred during the requested time periods has been previously produced in response to Question 25, submitted to the CPUC on January 31, 2018, in the Bates range PGE-CPUC_00007875-7911.

*AMI Data*

Smart Meters are electric meters designed to record customer electricity usage, primarily for billing purposes. They can record and transmit electrical data including usage, voltage and event data ("Smart Meter" or "AMI" data). In certain situations, data collected by these meters may be helpful to determine information about outages. For example, a Smart Meter's "last gasp" is an event that may show the time at which a specific Smart Meter lost power. In conjunction with data from other Smart Meters, "last gasp" data might indicate when a certain location on the electric grid lost power or some other secondary problem. A "NIC power down" is a recorded log event when a Smart Meter initiates a shut down. A "zero volt reading" occurs when a meter is partially energized (between 25% and 75%) at the time of a reading. Each of these readings will only occur if the communication from the Smart Meter is successfully received (or subsequently retrieved and downloaded if the Smart Meter is still accessible).

As noted above, PG&E has not included all AMI events in the Incident Overview or the Timeline. For example, sag or swell events have not been included. Smart Meters record these events when they detect a decrease (sag) or increase (swell) in voltage above or below a certain threshold for more than a certain period of time. Sag and swell events do not have specific timestamps; the data indicates only that they occurred during a certain time interval. Sag and swell events may indicate unusual activity; however, they do not indicate the location of that unusual activity. Smart Meter data was not requested in the November 21, 2017, Data Requests and has not been produced in response to those Data Requests.

<u>Reclosing Device Operations</u>

PG&E is providing certain times at which reclosing devices "operated" (opened or closed), which could include multiple operations depending on the device's settings before the device ultimately stayed closed or stayed open.

CONFIDENTIAL

Outage Records

PG&E has relied on certain information from its Integrated Logging Information System Operations Database ("ILIS") in preparing these Reports.  As explained in response to Question 27, submitted to the CPUC on March 30, 2018,  ILIS is PG&E's system of record for distribution transformer-level and above outages. ILIS is the application used by the distribution system operators to document information pertinent to the operation of the electric system. Due to the nature of how information is documented in the application, there may be discrepancies in outage start times and other information between ILIS and other data sources. For example, ILIS does not record single-customer or service-level outages, in accordance with CPUC Decision 96-09-045 and Advice Letter 3812-E on outage reporting requirements. Data from these ILIS records should be reviewed and considered together and in conjunction with those other data sources.

Outage cause information in ILIS is preliminary and is based on the best available information at the time, from initial field intelligence and through spot check quality reviews.

Smart Meter Service Point ID Numbers

Some PG&E records identify Smart Meters by their associated Service Point ID number ("SP_ID"), while other records identify Smart Meters by their associated "Badge" numbers.  For consistency, all Reports use SP_ID to identify Smart Meters.  PG&E will provide a translation between SP_ID and Badge numbers upon request.

Source List

At the end of each Report, PG&E has included a list of records on which it relied in drafting each Report.  When PG&E indicates in a Report that information is per PG&E records, PG&E is referring to the records identified at the end of the Report.  Where records have been produced, PG&E provided the Bates number.  In addition to the items on the source list, PG&E relied on a variety of internal databases to make an assessment of location information regarding devices and individuals (*e.g.*, GIS, GPS) and observations made by PG&E employees including the first PG&E employee who attempted to access the incident location before the CPUC's site visit with PG&E to the incident location.