# EXHIBIT BB

# REDWOOD LOCATION FACT REPORT

The Redwood incident location is the location on the PG&E system closest to the latitude and longitude coordinates (39°19.392, -123°07.867) which were provided in the April 20, 2018 communication from CAL FIRE to PG&E (the "Redwood incident location"). The electrical circuit that serves the Redwood incident location is the Potter Valley 1105 circuit.

Incident Overview



Per CAL FIRE, the Redwood incident location was first observed in the early morning hours of October 9, 2017. At the time of the incident, the Redwood Incident Location was on the 12kV Potter Valley 1105 Circuit.

The Redwood incident location is the location on the PG&E system closest to the latitude and longitude coordinates (39°19.392, -123°07.867) which were provided in the April 20, 2018 communication from CAL FIRE to PG&E (the "Redwood Incident Location"). The electrical circuit that serves the Redwood Incident Location is the Potter Valley 1105 circuit.

Line Recloser 64118 is a protective device upstream from the Redwood Incident Location on the Potter Valley 1105 circuit. According to PG&E records, on October 8, 2017 at approximately 11:33 PM, Line Recloser 64118 operated and reclosed, momentarily de-energizing the Redwood incident location. According to the CAL FIRE Investigation Report for the Redwood Incident, CAL FIRE started receiving reports of a vegetation fire in Potter Valley at 11:34 PM. Per PG&E records, on October 9, 2017 at approximately 12:00 AM, Line Recloser 64118 operated and reclosed, momentarily de-energizing the Redwood incident location. Per PG&E records, on October 9, 2017 at approximately 12:11 AM, Line Recloser 64118 operated and reclosed, momentarily de-energizing the Redwood incident location. Per PG&E records, on October 9, 2017 from 12:17 AM to 12:33 AM, a majority of smart meters on the Potter Valley 1105 circuit recorded a series of power off/on events. According to the CAL FIRE Investigation Report for the Redwood Incident, a CAL FIRE employee reported a small vegetation fire on the east side of Hawn Creek Road at 12:27 AM.

According to PG&E records, on October 9, 2017, at approximately 12:33 AM, the GCC remotely opened via SCADA Circuit Breaker 22 at the Potter Valley Powerhouse Substation. Then, at approximately 12:34 AM, Circuit Breaker 52G at

1

Potter Valley Powerhouse Substation automatically opened and remained open, de-energizing the Potter Valley Powerhouse.  Per PG&E records, when both Circuit Breakers 22 and 52G were opened, the Redwood incident location was de-energized.

According to PG&E records, a PG&E troubleman was the first PG&E responder at the Redwood incident location when he drove down Hawn Creek Road around 1:12-1:32 AM on October 9, 2017.  The PG&E troubleman drove south along Hawn Creek Road to look for downed wires or anything in the road that might be hazardous.  The PG&E troubleman did not recall seeing any damage to PG&E equipment on Hawn Creek Road at that time.  He did recall seeing fire activity on the west side of Hawn Creek Road, but saw no evidence that the fire burned any area on the east side of Hawn Creek Road.

Sometime later on October 9, 2017, during day light hours, the same PG&E troubleman recalled that he drove back down Hawn Creek Road.  The PG&E troubleman recalled seeing one of three phases down between Pole 102176248 and the pole to the east.  On October 10, 2017, PG&E crews completed repair work at the Redwood incident location.

Redwood Incident Location

The Redwood incident location is the location on the PG&E system closest to the latitude and longitude coordinates (39°19.392, -123°07.867), which were provided in the April 20, 2018 communication from CALFIRE to PG&E (the "Redwood incident location").

The timeline below includes a three hour window on either side of the start time designated by CAL FIRE in the April 20, 2018 communication, which was October 8, 2017, 11:30 PM.

Timeline

| Redwood | |
|---|---|
| **Event** | **CAL FIRE Bates Number Reference** |
| October 8, 2017, approximately 11:33 PM: Per PG&E records, Line Recloser 64118 operated and reclosed, momentarily de-energizing the Redwood incident location. | PGE-CF_00135210 |
| October 9, 2017, approximately 12:00 AM: Per PG&E records, Line Recloser 64118 operated and reclosed, momentarily de-energizing the Redwood incident location. | PGE-CF_00135210 |

2

| Redwood | |
|---|---|
| **Event** | **CAL FIRE Bates Number Reference** |
| October 9, 2017, approximately 12:11 AM: Per PG&E records, Line Recloser 64118 operated and reclosed, momentarily de-energizing the Redwood incident location. | PGE-CF_00135210 |
| October 9, 2017, 12:17 AM-12:33 AM: Per PG&E records, a majority of smart meters on the entire Potter Valley 1105 circuit recorded a series of power off/on events. | PGE-CF_00000055 |
| October 9, 2017, approximately 12:33-12:34 AM: Per PG&E records, the PG&E GCC remotely opened via SCADA Circuit Breaker 22 at the Potter Valley Powerhouse Substation. Per PG&E records, Circuit Breaker 52G at Potter Valley Powerhouse Substation automatically opened and remained open. Per PG&E records, when both Circuit Breakers 22 and 52G were opened, the Redwood incident location was de-energized. | PGE-CF_00136317 |

Source List

| **Source** | **Brief Description** |
|---|---|
| PGE-CF_00135210 | Equipment Event Info – LR 64118 |
| PGE-CF_00000055 | AMI SmartMeter Data – PV 1105 |
| PGE-CF_00136317 | ILIS Outage Report 17-0085311 |
| PGE-CF_00136317 | ILIS Outage Report 17-0085311 |
| Power Generation SCADA Alarms | Power Generation SCADA Alarms |
| GCC Office Items Report | GCC Office Items Report |
| AMI SmartMeter Data | AMI SmartMeter Data |

3