# EXHIBIT EE

**SUPPLEMENT TO ADOBE INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

On June 8, 2018, CAL FIRE issued a press release stating that CAL FIRE investigators determined that the Adobe Fire was caused by a eucalyptus tree falling into a PG&E powerline.  CAL FIRE has not publicly released its investigation report.

**Supplemental Timeline Information:**

The Adobe Factual Summary contained a timeline of PG&E's actions at or impacting the incident locations in the period immediately preceding CAL FIRE's designated start time until service to the incident locations was restored.  The following additional information is relevant to the Adobe Fire timeline.

- <u>October 8, 2017, 11:02 PM</u>:  REDCOM received its first 911 call regarding a fire at the Adobe incident location from an individual located at the Adobe incident location, the Chateau St. Jean Winery, 8555 Sonoma Highway (Highway 12) Kenwood, Sonoma County.

- <u>October 9, 2017, 12:08 AM</u>:  At the direction of the Dispatch Operator, a PG&E troubleman manually opened Switch 1259, located upstream of Line Recloser 234, electrically isolating the section of the line between Switch 1259 and Line Recloser 234.

**Supplemental Information Regarding Prior Inspections:**

Between 2012 and October 2017, there were seven inspections of the vegetation at the incident location.  PG&E's understanding based upon its records is that the subject tree was not identified for work during any of those inspections.  Between 2009 and October 2017 there were four electric maintenance overhead inspection and patrols at the incident location.  In addition, an inspection of poles on the incident span was conducted in 2017.  Pole with SAP Equipment ID 101957980, one of the poles on the incident span, was marked "Replace".  That pole was due to be replaced by November 30, 2018, but had not been replaced prior to the Adobe fire.  Below is a summary of the vegetation management and electrical equipment patrols and inspections.

| Date | Event | Findings |
| --- | --- | --- |
| 06/02/2009 | PG&E performed an electric maintenance overhead inspection at the incident location. | PG&E's understanding based on its records is that no issues with PG&E equipment at the incident location were identified. |
| 07/24/2012 | PG&E performed an electric maintenance overhead patrol at the incident location. | PG&E's understanding based on its records is that no issues with PG&E equipment at the incident location were identified. |

| Date | Event | Findings |
|---|---|---|
| 12/14/2012 | Western Environmental Consultants, Inc. ("WECI") performed a vegetation management routine patrol at the incident location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 02/05/2014 | WECI performed a vegetation management routine patrol at the incident location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 07/03/2014 | PG&E performed an electric maintenance overhead inspection at the incident location. | PG&E's understanding based on its records is that three EC tags were created to trim overgrown vegetation above Guy Bob with a completion due date of July 3, 2019. PG&E's understanding based on its records is that work was not completed prior to the Adobe Fire. |
| 03/27/2015 | WECI performed a vegetation management routine patrol at the incident location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 04/29/2016 | WECI performed a vegetation management routine patrol at the incident location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 06/28/2016 | PG&E performed an electric maintenance overhead patrol at the incident location. | PG&E's understanding based on its records is that no issues with PG&E equipment at the incident location were identified. |
| 10/19/2016 – 11/04/2016 | WECI performed a CEMA patrol at the incident location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 04/11/2017 | PG&E conducted an inspection of poles at the incident location. | PG&E's understanding based on its records is that Pole with SAP Equipment ID 101957980, one of the poles on the incident span, was marked "Replace" and was due to be replaced by November 30, 2018, but was in fact replaced as part of restoration efforts on October 22, 2017. |
| 07/11/2017 | WECI performed a vegetation management routine patrol at the incident location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 07/13/2017 | WECI performed a CEMA patrol at the incident location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |

2

**Source List:**

| Source | Brief Description |
|---|---|
| CAL FIRE Press Release | CAL FIRE Press Release, "CAL FIRE Investigators Determine Cause of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake and Napa Counties", June 8, 2018, https://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause.pdf |
| Digital Switch Log | ILIS Outage Report 17-85286 |
| Patrick Deignan Deposition | Patrick Deignan Deposition Transcript, 63:10-15; Deposition Exhibit 5 |
| PGE-CF_00011217 | Vegetation Management Inspection Records |
| PGE-CPUC_00020177; PGE-CPUC_00020182; PGE-CPUC_00020185 | Electric Corrective Tags |
| PGE-CPUC_00007970; PGE-CPUC_00007977; PGE-CPUC_00007982; PGE-CPUC_00007990 | Electric Maintenance Patrol/Inspection Daily Logs |
| PGE-CPUC_00006168 | Pole Inspection Records |
| PGE-CPUC_00012586; PGE-CPUC_00012588; PGE-CPUC_00012589; PGE-CPUC_00012591 | Vegetation Management CEMA Records |
| PGE-CPUC_00011388; PGE-CPUC_00011986 | Vegetation Management CEMA Projects Lists for 2016 and 2017 |
| PGE-CPUC_00010225 | Vegetation Management Work Request |
| PGE-NBF-TP-0000001070 | REDCOM Call |
| Physical Switch Log | Switching Log 17-85286 |