# EXHIBIT GG

# BLUE INCIDENT DESCRIPTION & FACTUAL SUMMARY

**Background:**

According to the California Department of Forestry and Fire Prevention ("CAL FIRE"), the Blue Fire started at 4:40 PM on October 8, 2017. CAL FIRE lists the location of the Blue Fire as "off of Blue Lake Blvd and Hwy 299, east of Eureka" on its website, and provided latitude and longitude coordinates relating to the Blue Fire (40º53.272, -123º59.512) in a December 14, 2017 communication from CAL FIRE to PG&E (the "Blue Location"). According to CAL FIRE, the Blue Fire did not destroy any structures or cause any injuries and burned a total of 20 acres.

**Incident Overview:**



Blue Lake 1102                                                                          Blue Location

According to a CAL FIRE press release dated June 8, 2018, the Blue Fire was ignited when a PG&E power line conductor separated from a connector and fell to the ground. A PG&E troubleman observed a downed conductor separated at an automatic splice at the Blue Location.

**Evidence Collection:**

PG&E is aware that CAL FIRE collected an automatic splice from the Blue Location.

**Timeline:**

On August 3, 2018, PG&E provided this timeline of events involving PG&E equipment at the Blue Location to the CPUC. The timeline includes events that took place during the three hour window on either side of the start time designated by CAL FIRE.

| Event | Source(s) |
|---|---|
| October 8, 2017, 4:37 PM: Per PG&E records, Blue Lake Substation Circuit Breaker 1102 operated and reclosed. | AMI Data for Blue Lake 1102<br>SCADA Data for Blue Lake 1102<br>ILIS Outage Report 17-0085141<br>Switch Log 17-85141 (listing time as 4:36 PM) |
| October 8, 2017, 4:40 PM: Start time for Blue incident per CAL FIRE's website. | CAL FIRE website: (http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1864) |
| October 8, 2017, 4:41 PM: Per PG&E records, Blue Lake Substation Circuit Breaker 1102 operated and locked out, de-energizing the Blue Location. | ILIS Outage Report 17-0085141<br>AMI Data for Blue Lake 1102<br>SCADA Data for Blue Lake 1102 |

2

| Event | Source(s) |
|---|---|
| | Switch Log 17-85141 |
| <u>October 8, 2017, 5:36 PM</u>:  Per PG&E records, Switch 4761 was manually opened by a troubleman.  This switch is upstream of the Blue Location and downstream of Blue Lake Substation Circuit Breaker 1102. | ILIS Outage Report 17-0085141 |
| <u>October 8, 2017, 5:40 PM</u>:  Per PG&E records, Blue Lake Substation Circuit Breaker 1102 was closed via SCADA; however, the Blue Location remained de-energized because Switch 4761 was open. | ILIS Outage Report 17-0085141<br>AMI Data for Blue Lake 1102<br>SCADA Data for Blue Lake 1102<br>Switch Log 17-85141 |

2

**Source List:**

| Source | Brief Description |
|---|---|
| AMI Data | AMI Data for Blue Lake 1102 Circuit |
| Blue Fire Incident Information | Blue Fire Incident Information, CAL FIRE, http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1864 (last updated Jan. 9, 2018) |
| CAL FIRE Press Release | CAL FIRE Press Release, "CAL FIRE Investigators Determine Causes of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake, and Napa Counties," June 8, 2018, https://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause.pdf |
| ILIS Outage Report | ILIS Outage Report 17-0085141 |
| SCADA Data | SCADA Data for Blue Lake 1102 Circuit |
| Switch Log 17-85141 | Switch Log 17-85141 |