# EXHIBIT HH

**SUPPLEMENT TO CASCADE INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

On September 24, 2018, CAL FIRE released its Investigation Report for the Cascade Incident, which is publicly available on CAL FIRE's website at the following link: http://calfire.ca.gov/fire_protection/downloads/FireReports/CascadeFire_InvestigationReport_Redacted.pdf.

According to that report, CAL FIRE investigators concluded that the Cascade Fire was "due to line sag during the October 8, 2017 wind event".

**Supplemental Evidence Collection Information:**

PG&E indicated in the Cascade Factual Summary that CAL FIRE collected an intact span of primary distribution conductors on a tap line serving 13916 Cascade Way as well as customer-owned electric equipment, including the customer service panel, and PG&E collected parallel groove connectors, unblown liquid transformer fuses, a dead-end transformer pole with a cross arm and a transformer.

In addition to those items, on April 20, 2018, PG&E collected customer owned electrical equipment (four sections of a customer owned pole, a dryer, a bag containing customer wiring and parts for the dryer) at 14034 Cascade Way, Browns Valley. PG&E also collected smart meter #106 399 627/1007531164 from 14034 Cascade Way.

**Supplemental Timeline Information:**

The Cascade Factual Summary contained a timeline of PG&E's actions at or impacting the incident locations in the period immediately preceding CAL FIRE's designated start time until service to the incident locations was restored. The following additional information is relevant to the Cascade Fire timeline.

- October 8, 2017, 10:00 PM: PG&E records indicate that a smart meter at service point 1062306405, located downstream of Fuse 5211, but not downstream of Fuse 17841, recorded a Swell, Sag and Zero Volt Reading.

- October 8, 2017, 10:57 PM: PG&E records indicate that at 10:57 PM the following events occurred:
    - PG&E records indicate that 9 of the 13 smart meters downstream of Fuse 17841 recorded a NIC Power Down or Last Gasp event.
    - PG&E records indicate that 21 of 25 smart meters downstream of Fuse 5211, but not downstream of Fuse 17841, recorded a NIC Power Down event.
    - PG&E records indicate that Line Recloser 1806 and Line Recloser 31502, both upstream from the Incident Location, reported above minimum-to-trip ("MTT") alerts.

- October 8, 11:00:38 PM:  Yuba Sheriff Dispatch received a call about the Cascade Fire from an individual at 13852 Cascade Way, Browns Valley, who reported that "her field is on fire" and that the fire is approximately "the size of a house" and is "coming towards her house".

- October 8, 2017, 11:29 PM:  Fire Trucks 527 and 565 arrived on scene at 14034 Cascade Way, Browns Valley.

- October 9, 2017, 12:15 AM:  Fire Truck 539 arrived on scene at 14034 Cascade Way and Fire Truck 1524 arrived on scene at 13852 Cascade Way, Browns Valley.

- October 9, 2017, 12:23 AM:  Fire Truck 1506 arrived on scene at 13852 Cascade Way, Browns Valley.

- October 9, 2017, Early Morning:  According to CAL FIRE's Cascade Investigation Report, a dozer operator cut a line between 13916 and 14034 Cascade Way and observed a fire moving downhill (North) from 13916 Cascade Way.  Per the CAL FIRE report, later that morning, a fire crew arrived and "used fire to improve the line".

**Supplemental Information Regarding Prior Inspections:**

The last pole inspection at the incident location occurred on October 22, 2007 and PG&E's records indicate that all poles passed intrusive pole inspections at that time. Between 2012 and October 2017, there were six vegetation inspections at the incident location.  Between 2009 and October 2017 there were five electric maintenance overhead inspections and patrols at the incident location.  Below is a summary of the vegetation management and electrical equipment patrols and inspections.

| Date | Event | Findings |
| --- | --- | --- |
| 10/22/2007 | PG&E performed intrusive pole inspections at the incident location. | PG&E's understanding based upon its records is that all poles at the incident location passed testing. |
| 07/02/2009 | PG&E performed an electric maintenance overhead inspection at the incident location. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 04/03/2013 | ACRT performed a vegetation management routine patrol at the incident location. | PG&E's understanding based on its records is that trees were identified for work, but there is no alleged subject tree associated with this incident location. |
| 06/04/2013 | PG&E performed an electric maintenance overhead inspection at the incident location. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |

| Date | Event | Findings |
| --- | --- | --- |
| 05/29/2014 | ACRT performed a vegetation management routine patrol at the incident location | PG&E's understanding based on its records is that no trees were identified for work. |
| 08/5-6/2014 | PG&E performed an electric maintenance overhead inspection at the incident location. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 06/04/2015 | ACRT performed a vegetation management routine patrol at the incident location. | PG&E's understanding based on its records is that no trees were identified for work. |
| 06/29/2016 | ACRT performed a vegetation management routine patrol at the incident location. | PG&E's understanding based on its records is that no trees were identified for work. |
| 09/30/2015 | PG&E performed an electric maintenance overhead patrol at the incident location. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 9/30/2016 - 10/05/2016 | ACRT performed a Catastrophic Event Memorandum Account ("CEMA") patrol that included the incident location. | PG&E's understanding based upon its records is that no trees near the incident location were identified for work. |
| 09/22/2017 | PG&E performed an electric maintenance overhead patrol at the incident location. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 09/30/2017 | ACRT performed a vegetation management routine patrol at the incident location. | PG&E's understanding based upon its records is that no trees near the incident location were identified for work. |

**Source List:**

| Source | Brief Description |
|---|---|
| AMI Smart Meter Data | AMI Smart Meter Data |
| Electric Maintenance Patrol/Inspection Log and Notification Sheet | 6/4/2013 Electric Maintenance Patrol/Inspection Log and Notification Sheet |
| Evidence Log | Spreadsheet showing evidence collected in connection with the North Bay Fires, provided to CPUC on August 15, 2018 |
| CAL FIRE Cascade Investigation Report | 9/24/2018 CAL FIRE Investigation Report from the Cascade Fire http://calfire.ca.gov/fire_protection/downloads/FireReports/Cascade Fire_InvestigationReport_Redacted.pdf |
| PGE-CF_00137638; PGE-CF_00137639 | SCADA Data |
| PGE-CPUC_00008144; PGE-CPUC_00008152; PGE-CPUC_00008157; PGE-CPUC_00008158 | Electric Maintenance Patrol/Inspection Logs and Notification Sheets |
| PGE-CPUC_00006207; PGE-CPUC_00006208; PGE-CPUC_00006209; PGE-CPUC_00006210; PGE-CPUC_00006211; PGE-CPUC_00006212; PGE-CPUC_00006213 | Pole Inspection Records |
| PGE-CPUC_00012605 | Vegetation Management CEMA Record |
| PGE-CPUC_00009966 | Vegetation Management Inspection Records |
| Yuba Sheriff Dispatch Call Logs | 10/8/2017 – 10/13/2017 Logs of dispatch calls from the Yuba County Sheriff's Department |