# EXHIBIT II

**SUPPLEMENT TO CHEROKEE INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

CAL FIRE released its Investigation Report, 17CABTU015933, on June 8, 2018.  The report is publicly available via the following link on the CAL FIRE website: http://calfire.ca.gov/fire_protection/downloads/FireReports/17CABTU015933%20-%20Cherokee%20Fire_Redacted.pdf.

**Supplemental Timeline Information:**

The Cherokee Factual Summary contained a timeline of PG&E's actions at or impacting the incident location in the period immediately preceding CAL FIRE's designated start time until service to the incident location was restored.  The following additional information is relevant to the Cherokee Factual Summary timeline.

- July 21, 2014:  The subject tree was trimmed by Utility Tree Service, LLC.  PG&E records indicate that trimmers achieved at least fifteen feet of clearance between the subject tree and the conductors.

- June 7, 2016:  The subject tree was trimmed by Utility Tree Service, LLC.  PG&E records indicate that trimmers achieved at least fifteen feet of clearance between the subject tree and the conductors.

- October 8, 2017, 9:09 PM:  Butte County dispatch received its first 911 call in connection with the Cherokee incident from an individual located at 3401 Cherokee Road.

- October 8, 2017, 9:24 PM:  Butte County dispatch received a second 911 call from an individual located at 3401 Cherokee Road who called to report a fire.

**Supplemental Information Regarding Prior Inspections:**

Between September 2012 and October 2017, there were seven vegetation management inspections at the incident location.  PG&E's understanding based upon its records is that the subject tree was identified for work on June 17, 2014 and May 2, 2016, with pruning completed shortly thereafter each respective inspection.  Between August 2012 and October 2017, there were three electric maintenance overhead patrols and inspections at the incident location.  Additionally, intrusive pole test and treat inspections at the incident location took place on December 31, 2008.  PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified during those patrols and inspections.  Below is a summary of vegetation management patrols and inspections, electric maintenance overhead patrols and inspections, and intrusive pole Test and Treat inspections.

| Date | Event | Findings |
|---|---|---|
| 12/31/2008 | PG&E contractor performed intrusive pole inspections on Poles 100404387 and 100435569. | PG&E's understanding based upon its records is that the subject poles were not identified for work. |

| Date | Event | Findings |
|---|---|---|
| 08/29/2012 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no work was identified at the incident location. |
| 06/18/2013 | Western Environmental Consultants, Inc. ("WECI") performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 06/17/2014 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was identified for work and that Utility Tree Service, LLC completed the trimming on July 21, 2014. |
| 07/07/2014 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no work was identified at the incident location. |
| 08/05/2015 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 05/02/2016 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was identified for work and that Utility Tree Service, LLC completed the trimming on June 7, 2016. |
| 09/19/2016 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that no work was identified at the incident location. |
| 11/03/2016 – 11/11/2016 | A PG&E contractor performed a vegetation management aerial Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 07/19/2017 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 09/28/2017 – 10/11/2017 | A PG&E contractor performed a vegetation management aerial CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

**Source List:**

| Source | Brief Description |
|---|---|
| Butte County 911 Log | Butte County 911 Log |
| PGE-CPUC_00008169; PGE-CPUC_00008172 | Electric Maintenance Overhead Inspection Records |
| PGE-CPUC_00008164; PGE-CPUC_00008166; PGE-CPUC_00008178; PGE-CPUC_00008176 | Electric Maintenance Overhead Patrol Records |
| PGE-CPUC_00006215; PGE-CPUC_00006217 | Pole Inspection Records |
| PGE-CPUC_00012609; PGE-CPUC_00012607 | Vegetation Management CEMA Records |
| PGE-CPUC_00009972–PGE-CPUC_000100019 | Vegetation Management Routine Patrol Records |
| PGE-CPUC_00010257; PGE-CPUC_00010276 | Vegetation Management Work Records |