# EXHIBIT JJ

## SUPPLEMENT TO HONEY LOCATION FACT REPORT

**Supplemental Background Information**:

As part of discovery in civil litigation regarding the October 2017 wildfires, the California Department of Forestry and Fire Prevention ("CAL FIRE") recently produced its Investigation Report, 17CABTU015990-102 (the "CAL FIRE Report").  On May 25, 2018, CAL FIRE issued a press release stating that the Honey Fire was caused by an oak tree branch contacting PG&E powerlines.

PG&E submits the following background information:

The CPUC's designated area of interest is 2484 Honey Run Road in Chico and includes a span of two conductors between two utility poles.  A PG&E troubleman observed a broken tree branch in contact with a PG&E conductor at the Honey Fire area of interest during the night of October 9-10, 2017, while assisting CAL FIRE in responding to the Honey Fire.

**Supplemental Evidence Collection Information**:

PG&E indicated in the Honey Fact Report that PG&E collected two branch sections from a Live Oak from the Honey area of interest, but stated that PG&E did not know whether CAL FIRE collected additional evidence from the area of interest.

In addition, since preparing the Honey Fact Report, PG&E has collected two additional branch sections from the same Live Oak and two overhead conductors.

**Supplemental Timeline Information**:

The Honey Factual Report contained a timeline of PG&E's actions at or impacting the area of interest in the period immediately preceding CAL FIRE's designated start time until service to the area of interest was restored.  The following additional information is relevant to the Honey Factual Report timeline.

- <u>August 15, 2017</u>:  The subject tree was trimmed by Utility Tree Service, LLC.  PG&E records indicate that trimmers achieved at least twelve feet of clearance between the subject tree and the conductors.

- <u>October 9, 2017, 3:03 PM</u>:  CAL FIRE received a 911 call reporting a vegetation fire near 2485 Honey Run Road.

**Supplemental Information Regarding Prior Inspections**:

Between October 2014 and October 2017, there were six vegetation management inspections at and near the area of interest.  PG&E's understanding based upon its records is that the Live Oak tree near 2484 Honey Run Road ("the subject tree") was identified for work once, on July 25, 2017, with the trimming completed on August 15, 2017.  There was an electric maintenance overhead inspection at and near the area of

interest on April 24, 2017. PG&E's understanding based upon its records is that no issues were identified with PG&E equipment at the area of interest during that inspection. Below is a summary of vegetation management patrols and inspections and the electric maintenance overhead inspection.

| Date | Event | Findings |
|---|---|---|
| 5/11/2015 | Western Environmental Consultants, Inc. ("WECI") performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 5/6/2016 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 8/1/2016–8/2/2016 | A PG&E contractor performed a vegetation management aerial Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 11/3/2016 | A PG&E contractor performed a vegetation management aerial Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 4/24/2017 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that no issues were identified with PG&E equipment at the area of interest. |
| 7/25/2017 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was identified for work, and was trimmed by Utility Tree Service, LLC on August 15, 2017. |
| 9/29/2017 | WECI performed a vegetation management aerial CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

**Source List:**

| Source | Brief Description |
|---|---|
| CAL FIRE Report | CAL FIRE Investigation Report 17CABTU015990, Honey Fire |
| CAL FIRE Press Release | CAL FIRE Press Release, "CAL FIRE Investigators Determine Cause of Four Wildfires in Butte and Nevada Counties," May 25, 2018, https://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause%20v2%20AB%20(002).pdf |
| Evidence Log | Spreadsheet showing evidence collected in connection with the North Bay Fires, provided to CPUC on August 15, 2018 |
| PGE-CF_00004926; PGE-CF_00004939 | Electric Maintenance Overhead Inspection Records |
| PGE-NBF-0000020974; PGE-NBF-0000020976 | Vegetation Management CEMA Records |
| PGE-CPUC_00011998 | PG&E Annual Vegetation Management Plans |
| PGE-CPUC_00011399 | PG&E Annual Vegetation Management Plans |
| PGE-NBF-0000021032 | Vegetation Management Routine Patrol Record |
| PGE-NBF-0000020978 | Vegetation Management Tree Trimming Record |