# EXHIBIT KK

**SUPPLEMENT TO LAPORTE INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

On May 20, 2018, CAL FIRE publicly released its Investigation Report, 17CABTU015954, regarding the LaPorte fire. The report is publicly available via the following link on the CAL FIRE website: http://calfire.ca.gov/fire_protection/downloads/FireReports/La%20Porte%2017CABTU015954_Redacted.pdf.

**Supplemental Timeline Information:**

The LaPorte Factual Summary contained a timeline of PG&E's actions at or impacting the incident location in the period immediately preceding CAL FIRE's designated start time until service to the incident location was restored. The following additional information is relevant to the LaPorte Factual Summary timeline.

- October 8, 2017, 11:24 PM: Butte County Sheriff dispatch received a 911 report of a fire from 16 Paul Place and Darby Road, Bangor.

**Supplemental Information Regarding Prior Inspections:**

Between September 2012 and October 2017, there were eight vegetation management inspections at or near the incident location. A number of trees were identified for work during these inspections. PG&E's understanding based upon its records is that the subject tree was not identified as needing work during any of those inspections. Between June 2012 and October 2017, there were four electric maintenance overhead patrols inspections at or near the incident location. PG&E's understanding based upon its records is that there was one electric corrective tag issued at the incident location as a result of these patrols and inspections, and it was addressed the same day. Below is a summary of vegetation management patrols and inspections and electric maintenance overhead patrols and inspections at or near the incident location.

| Date | Event | Findings |
|---|---|---|
| 8/23/2013 | Western Environmental Consultants, Inc. ("WECI") performed a vegetation management routine patrol. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 11/24/2013 – 11/27/2013 and 12/2/2013 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that one electric corrective tag was issued for the incident location. EC #107511521 noted one of the subject poles was a missing high voltage sign. PG&E installed a replacement sign on the same day. |

| Date | Event | Findings |
| --- | --- | --- |
| 7/16/2014 – 8/5/2014 | WECI performed an aerial vegetation management Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 10/10/2014 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 6/30/2015 | WECI performed an aerial vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 9/10/2015 | ACRT, Inc. ("ACRT") performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 11/19/2015 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 11/20/2015 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 4/13/2016 – 4/29/2016 | WECI performed an aerial vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 10/27/2016 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 3/7/2017 – 3/11/2017 | WECI performed an aerial vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 10/18/2017 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |

**Source List:**

| Source | Brief Description |
|---|---|
| CAL FIRE Report | CAL FIRE Investigation Report 17CABTU015954, LaPorte Fire http://calfire.ca.gov/fire_protection/downloads/FireReports/La%20Porte%2017CABTU015954_Redacted.pdf. |
| Event 17-AF8208 | Butte County Sheriff Public Log |
| PGE-CPUC_00008180– PGE-CPUC_00008193; PGE-CPUC_00008201–PGE-CPUC_00008211; PGE-CPUC_00008213–PGE-CPUC_00008217 | Electric Overhead Inspection and Patrol Records |
| PGE-CPUC_00012611; PGE-CPUC_000126 | Vegetation Management CEMA Records |
| PGE-CPUC_00011472 | PG&E Annual VM Plans |
| PGE-CPUC_00010020–PGE-CPUC_00010027; PGE-CPUC_00010032–PGE-CPUC_00010036 | Vegetation Management Inspection and Patrol Records |
| PGE-CPUC_00010277– PGE-CPUC_00010286; | Vegetation Management Work Request Records |
| Yubabet.com Website | https://yubanet.com/Fires/lobo/. |