# EXHIBIT LL

**SUPPLEMENT TO LOBO INCIDENT DESCRIPTION & FACTUAL SUMMARY**

<u>**Supplemental Background Information**</u>:

On May 25, 2018, CAL FIRE issued a press release stating that the Lobo fire was "caused by a tree contacting PG&E power lines." CAL FIRE has not publicly released its investigation report.

<u>**Supplemental Timeline Information**</u>:

The Lobo Factual Summary contained a timeline of PG&E's actions at or impacting the incident location in the period immediately preceding CAL FIRE's designated start time until service to the incident location was restored. The following additional information is relevant to the Lobo Factual Summary timeline.

- <u>September 13-15, 2016</u>: 46 trees at or near the incident location were felled as a result of PG&E's drought and tree mortality response program.
- <u>October 8, 2017 11:32 PM</u>: Nevada City 911 caller reported the first instance of a house fire on Lone Lobo Trail.
- <u>October 8, 2017, 11:33 PM</u>: Nevada City 911 caller reported a lawn fire.
- <u>October 8, 2017, 11:37 PM</u>: Yubanet.com website reported: "Vegetation fire, Lone Lobo Trail in Nevada City off Bitney Springs Road, Penn Valley, Grass Valley, Rough&Ready Fire responding."

<u>**Supplemental Information Regarding Prior Inspections**</u>:

Between October 2012 and October 2017, there were eight vegetation management inspections at or near the incident location. Between August 2014 and October 2017, there were three electric maintenance overhead inspection and patrols at or near the incident location. Additionally, intrusive pole inspections at the incident location took place between December 2016 and January 2017. PG&E's understanding based upon its records is that the subject tree and the subject poles were not identified for work during any of those inspections. Below is a summary of vegetation management patrols and inspections, intrusive pole inspections, and electric overhead patrols and inspections at or near the incident location.

| Date | Event | Findings |
|---|---|---|
| 11/13/2012 | ACRT, Inc. ("ACRT") performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 2/13/2014 | ArborMetrics performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

| Date | Event | Findings |
|------|-------|----------|
| 8/28/2014 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 3/23/2015 | ArborMetrics performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 6/4/2015 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 7/9/2015 – 8/20/2015 | ArborMetrics performed an aerial vegetation management Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 2/13/2016 | Arbormetrics performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 8/2/2016 – 9/15/2016 | ArborMetrics performed a ground vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 12/22/2016 | The Davey Tree Expert Company ("Davey Tree") performed intrusive pole inspections at or near the subject poles. | PG&E's understanding based upon its records is that the subject poles were not identified for work. |
| 1/19/2017 | Davey Tree performed intrusive pole inspections at or near the subject poles. | PG&E's understanding based upon its records is that the subject poles were not identified for work. |
| 2/14/2017 | ArborMetrics performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 7/10/2017 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 7/25/2017 | A PG&E contractor performed an aerial vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

**Source List:**

| Source | Brief Description |
| --- | --- |
| CAL FIRE Press Release | CAL FIRE Press Release "CAL FIRE Investigators Determine Cause of Four Wildfires in Butte and Nevada Counties", May 25, 2018. http://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause%20v2%20AB%20(002).pdf |
| NCSO CAD Event No: 1710080205. | Nevada County Sheriff's Office Dispatch Records |
| PGE-CPUC_00008222–PGE-CF_00008251; PGE-CPUC_00008257–PGE-CF_00008261 | Electric Overhead Inspection and Patrol Records |
| PGE-CPUC_00020774 | Notices of Tree Work |
| PGE-CPUC_00011202; PGE-CPUC_00012040 | PG&E Annual Vegetation Management Plans |
| PGE-CPUC_00006227-00006244; | Pole Inspection Records |
| PGE-CPUC_00012615–PGE-CPUC_00012620 | Vegetation Management CEMA Records |
| PGE-CPUC_00010287–PGE-CPUC_00010293 | Vegetation Management Work Request Records |
| PGE-CPUC_00010037– PGE-CPUC_00010040; PGE-CPUC_00010042–PGE-CPUC_00010044; PGE-CF_00137089–PGE-CF_00137091; PGE-CF_00137098–PGE-CF_00137100; PGE-CF_00137104–PGE-CF_00137106; PGE-CF_00137110–PGE-CF_00137112 | Vegetation Management Inspection and Patrol Records |
| Yubabet.com Website | https://yubanet.com/Fires/lobo/. |