# EXHIBIT MM

**SUPPLEMENT TO MAACAMA INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

CAL FIRE has not yet issued any determination as to the cause of the Maacama fire.

PG&E submits the following background information:

In response to data requests asking for additional details concerning the electrical devices which serve 995 Maacama Lane, Healdsburg, Sonoma County (the "incident location" as defined by the CPUC's December 7, 2017, letter) or work done at or near the incident location, PG&E has provided the following information to CAL FIRE and the CPUC:

- Fuse 751, the closest fuse upstream of the incident location, is a 10T fuse. The manufacturer time curve, which PG&E provided at PGE-CPUC_00020180 – PGE-CPUC_00020181, delineates both the length of time and the current required for fusible elements to melt, as well as the length of time and current required for the fuse to clear the line. Because Fuse 751 is a traditional fuse and does not record data, PG&E does not know what fault magnitude and duration caused Fuse 751 to operate, and does not know whether Fuse 751 operated according to the manufacturer time curve.

- PG&E provided event data for Line Recloser 4994 and Line Recloser 4522 (both of which lie upstream of Fuse 751 on the Fulton 1102 Circuit) for October 8, 2017, at PGE-CPUC_00020608 and PGE-CPUC_00020609, respectively. Both show the reclosers recording control alarms between 10:16 and 10:17 PM, which is the time at which the Fulton 1102 Circuit Breaker opened and remained open, de-energizing the circuit.

- In response to a data request asking for the settings for the Fulton 1102 Circuit Breaker prior to and after the Maacama incident, PG&E produced documents showing current settings for the Fulton 1102 Circuit Breaker, which were set on May 23, 2017 and have remained unchanged to date, at PGE-CPUC_00020610 to PGE-CPUC_00020734.

- In response to a data request asking whether any vegetation was cleared at the incident location between October 8, 2017 and October 20, 2017, PG&E produced a vegetation contract work record performed by Davey Tree indicating that a standing tree was identified for removal due to fire damage at 905 Maacama Lane, an address near the incident location.

In addition, in one data request, the CPUC asked for additional details concerning the wire down[1] on Highway 101 on October 8, 2017, which was reported in the Maacama

---

[1] The wire down near Highway 101 was determined by PG&E to have not met any of the five criteria for reportable electrical incidents, as set forth on the Electric Incident Report ("EIR") Forms that PG&E submits to the CPUC for reportable incidents because: 1) there were no known injuries or fatalities; 2) there was no significant public or media attention for this incident; 3) there was no known property damage; 4)

Factual Summary as the source of the outage affecting the Fulton 1102 Circuit, which serves the incident location.[2] The wire down occurred between Highway 101 and Hembree Lane, at the span between the second and third pole north of intersection of Hembree Lane and Victory Lane in Windsor, CA. The approximate coordinates of this location are 38°31'47.67"N, 122°47'36.78"W. PG&E responded that it has not been able to determine the cause of the wire down. The foreman of the repair crew who replaced the conductor on October 10, 2017 did not recall seeing nor did he document any clear indicators of causes in the course of his repair work. PG&E also does not know the exact time that the wire down occurred. PG&E's Outage Information System ("OIS") reported the wire down at approximately 2231 hours on October 8, 2017, and the troubleman that responded to the wire down arrived at the location of the wire down at approximately 2253 hours that night.

In another data request, the CPUC asked whether the incident location was identified as a higher potential fire risk for Vegetation Management. In response, PG&E stated that the incident location was inspected in connection with at least one of PG&E's projects addressing areas of higher potential risk. At the incident location, PG&E completed drought and tree mortality program inspections by air in 2016 and 2017. No tree work was prescribed as a result of these inspections. Based on the program parameters, no Fire Risk Reduction (FRR) or Public Safety & Reliability (PS&R) projects were identified for the incident location in the last five years.

Finally, PG&E also responded to another CPUC data request asking about when PG&E determined that the incident was reportable to the CPUC. PG&E explained that PG&E determined that the incident was reportable on October 18, 2017 because on this day, PG&E's mapping department identified the incident location as a unique fire outside the perimeter of published CAL FIRE maps.

**Supplemental Timeline Information:**

The Maacama Factual Summary contained a timeline of PG&E's actions at or impacting the incident location in the period immediately preceding the CPUC's designated start

---

the operator did not deem this incident reportable; and 5) there was no known aircraft involvement in this incident. *See* PGE-CPUC_DR-072718_Maacama_Q02.

[2] *See* PGE-CPUC_DR-072718_Maacama_Q02. The question asked: "In PG&E's Maacama Incident Description and Factual Summary it states that on October 8, 2017 there was a wire down on Highway 101. Please provide responses to the following: a. What caused the wire down? Explain in detail. b. The location of the wire down. c. At what time did the wire down occur? d. Did the wire down cause any incidents/fires? e. The EC tag for the wire down. f. Did the wire down meet reporting requirements? Explain in detail why or why not. g. A single line diagram showing the location of the wire down in reference to the incident location. Please include all protection devices".

2

time until service to the incident location was restored.  The following additional information is relevant to the Maacama fire timeline.

- October 8, 2017, 9:51 PM:  Firefighters from Geyserville Fire Department (Engines 6171 and 6192) were dispatched to respond to a vegetation fire at 995 Maacama Lane, the incident location.

- October 8, 2017, 10:14 PM:  Firefighters from Geyserville Fire Department (Engines 6171 and 6192) arrived at 995 Maacama Lane, the incident location.  They assisted CAL FIRE (Battalion 1411) with containing the fire.

- October 8, 2017, 10:31 PM:  PG&E's Outage Information System ("OIS") reported a wire down between Highway 101 and Hembree Lane, at the span between the second and third pole north of intersection of Hembree Lane and Victory Lane in Windsor, CA.  The approximate coordinates of this location are 38°31'47.67"N, 122°47'36.78"W.

- October 8, 2017, 10:53 PM:  A troubleman arrived at the location of the wire down between Highway 101 and Hembree Lane and cleared the wire down.

- October 9, 2017, 12:05 AM:  Firefighters from Geyserville Fire Department left 995 Maacama Lane, the incident location.

- October 10, 2017, 7:48 AM:  Firefighters from Geyserville Fire Department were dispatched to 905 Young Road, Healdsburg.[3]

- October 10, 2017, 7:53 AM:  Firefighters from Geyserville Fire Department inform REDCOM that there would be no response from Geyserville to the incident at 905 Young Road, Healdsburg, and that Cal Fire had command over it.

- October 18, 2017:  PG&E determined that the Maacama incident was reportable.

**Supplemental Information Regarding Prior Inspections:**

Between October 2012 and October 2017, there were thirteen vegetation management inspections at the incident location.  PG&E's understanding based upon its records is that the subject tree was not identified for work during any of the vegetation management inspections during this time period.  During this time period, there were eight electric maintenance overhead patrols and inspections at the incident location.  Additionally, intrusive pole inspections at the incident location took place on April 19, 2017 and October 31, 2017.  PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified during those patrols and inspections.  Below is a summary of vegetation management patrols and inspections, electric maintenance overhead patrols and inspections and intrusive pole inspections.

---

[3] The address in the Geyserville Fire Department report is 905 Youngs Road, Windsor.  However, no such road exists.  PG&E believes the report refers to 905 Young Road, Healdsburg.

3

| Date | Event | Findings |
|---|---|---|
| 10/1/2012 – 10/2/2012 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that there were no findings at or near the incident location. |
| 10/26/2012 – 10/31/2012 | PG&E performed an electric maintenance overhead inspection. | The following work was identified:<br>• At 14820 Young Road, Geyserville, CA: tree grown into service - replace service.<br>• At 14820 Young Road, Geyserville, CA: remove side guy from pole.<br>• At 14820 Young Road, Geyserville, CA: replace broken tree wire. |
| 1/2/2013 | Western ECI ("WECI") performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that no trees were marked for work. |
| 7/2/2013 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that there were no findings at or near the incident location. |
| 3/11/2014 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 7/21/2014 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that there were no findings at or near the incident location. |
| 8/21/2014 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that there were no findings at or near the incident location. |
| 8/25/2014 – 9/15/2014 | WECI performed a Catastrophic Event Memorandum Account ("CEMA") vegetation management patrol. | PG&E's understanding based upon its records is that no trees at or near the incident location were identified for work. |

4

| Date | Event | Findings |
|---|---|---|
| 4/3/2015 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 6/2/2015 | WECI performed a CEMA vegetation management patrol. | PG&E's understanding based upon its records is that no trees at or near the incident location were identified for work. |
| 8/25/2015 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that there were no findings at or near the incident location. |
| 3/30/2016 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 4/7/2016 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 5/15/2016 | WECI performed a CEMA vegetation management patrol. | PG&E's understanding based upon its records is that no trees at or near the incident location were identified for work. |
| 7/15/2016 | Osmose Utilities Services ("Osmose") performed overhead infrared ("IR") inspections on the subject circuit. | PG&E's understanding based upon its records is that one hot spot was identified on the Fulton 1102 Circuit, which resulted in the replacement of an overhead connector. |
| 7/27/2016 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that there were no findings at or near the incident location. |
| 8/26/2016 – 8/29/2016 | WECI performed a CEMA vegetation management patrol. | PG&E's understanding based upon its records is that no trees at or near the incident location were identified for work. |

| Date | Event | Findings |
|---|---|---|
| 9/13/2016 – 10/07/2016 | WECI performed an aerial CEMA vegetation management patrol. | PG&E's understanding based upon its records is that no trees at or near the incident location were identified for work. |
| 10/25/2016 – 11/1/2016 | WECI performed a CEMA vegetation management patrol. | PG&E's understanding based upon its records is that no trees at or near the incident location were identified for work. |
| 4/19/2017 | Osmose performed intrusive pole inspections for poles #101967384 and #101967385. | PG&E's understanding based upon its records is that both poles passed their inspections and no issues were identified. |
| 4/25/2017 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 9/14/2017 – 9/20/2017 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that the following work was identified:<br>• At 960 Maacama Lane, Healdsburg, CA: fill woodpecker holds; install high voltage signs; trim tree around pole and above guy bob.<br>• At 960 Maacama Lane, Healdsburg, CA: install high voltage signs.<br>• At 905 Maacama Lane, Healdsburg, CA: install high voltage signs, pole in vineyard. |
| 10/24/2017 | WECI performed an aerial CEMA vegetation management patrol. | PG&E's understanding based upon its records is that no trees at or near the incident location were identified for work. |

6

| Date | Event | Findings |
|---|---|---|
| 10/31/2017 | Osmose performed intrusive pole inspections for poles #101967384 and #101967385. | PG&E's understanding based upon its records is that both poles passed their inspections and no issues were identified. |

**Source List:**

| Source | Brief Description |
|---|---|
| CPUC Letter | 12/7/17 Letter Regarding Clarification for Commission's November 21, 2017 Data Request |
| PGE-CF_00142643 | 6/1/18 Response to CAL FIRE's October 2017 Wildfire Data Request |
| PGE-CPUC_051818-DR_Maacama_Fire_Q10 | 6/13/18 Response to CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC_DR-071918_Maacama_Q04 | 8/10/18 Response to CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC_DR-071918_Maacama_Q05 | 8/10/18 Response to CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC_DR-071918_Maacama_Q01 | 8/24/18 Response to CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC_DR-072718_Maacama_Q02 | 8/24/18 Response to CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC_DR-071918_Maacama_Q03 | 8/24/18 Response to CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC_DR-071918_Maacama_Q06 | 8/3/18 Response to CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC_00011183; PGE-CPUC_00011388; PGE-CPUC_00011986; PGE-CPUC_00011471; PGE-CPUC_00019549; PGE-CPUC_00019550 | CEMA Vegetation Management Patrol Records |
| PGE-CPUC 00020776 | EC Tag #113702890 (completed 10/10/17) |
| ; PGE-CPUC_00019589; PGE-CPUC_00019679; PGE-CPUC_00019715; PGE-CPUC_00019740;PGE-CPUC_00019778; PGE-CPUC_00019790; PGE-CPUC_00019834 PGE-CPUC_00019913; | Electric Maintenance Overhead Inspection Records |
| PGE-CPUC_00019801; PGE-CPUC_00019804; PGE-CPUC_00019921; PGE-CPUC_00019923; PGE-CPUC_00019935 | Electric Maintenance Overhead Patrol Records |
| PGE-CPUC_00020608; PGE-CPUC_00020609 | Event data for Line Recloser 4994 and Line Recloser 4522 |
| PGE-CPUC_00020610–PGE-CPUC_00020734 | Fulton 1102 Circuit Breaker settings |

| Source | Brief Description |
|---|---|
| Geyserville Fire Report 2017.10.08 - Incident 17-477. | Geyserville Fire Department Record |
| Geyserville Fire Report 2017.10.08 - Incident 17-490 | Geyserville Fire Department Record |
| PGE-CPUC_00015697 | ILIS Outage Report 17-0085251 |
| PGE-CPUC_00019587 | Infrared Inspection Record |
| PGE-CPUC_00019579; PGE-CPUC_00019583 | Intrusive Pole Inspection Records |
| PGE-NBF-0000000092 | Maacama Factual Summary |
| PGE-CPUC_DR-10192018_Maacama-Youngs_Q02 | Response to CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC_DR-10192018_Maacama-Youngs_Q03 | Response to CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC_DR-10192018_Maacama-Youngs_Q04 | Response to CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC_00019563; PGE-CPUC_00019552; PGE-CPUC_00019566 | Vegetation Management Routine Inspection Records |
| PGE-CPUC_00019567; PGE-CPUC_00019568; PGE-CPUC_00019569; PGE-CPUC_00019570; PGE-CPUC_00019572 | Vegetation Management Work Requests |