# EXHIBIT NN

**SUPPLEMENT TO MCCOURTNEY INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

On May 25, 2018, CAL FIRE issued a press release stating that the McCourtney Fire was "caused by a tree falling onto PG&E power lines." CAL FIRE has not publicly released its investigation report.

**Supplemental Timeline Information:**

The McCourtney Factual Summary contained a timeline of PG&E's actions at or impacting the incident locations in the period immediately preceding CAL FIRE's designated start time until service to the incident locations was restored. The following additional information is relevant to the McCourtney Factual Summary timeline.

- October 8, 2017, 11:48 PM: Nevada City Sheriff's Office dispatch received a 911 call from McCourtney Road near Fairgrounds Gate 4 reporting a blown transformer, then classified the call as a "FIRE" call and transferred to CAL FIRE.
- October 8, 2017, 11:57 PM: Nevada City Sheriff's Office dispatch received a 911 call from Orion Way reporting a fire.
- October 9, 2017, 12:10 AM: Nevada County Consolidated Fire Department sounded its alarm.

**Supplemental Information Regarding Prior Inspections:**

Between September 2012 and October 2017, there were seven vegetation management inspections at or near the Orion Way incident location. Between November 2012 and October 2017, there were four electric maintenance overhead patrols and inspections at or near the Orion Way incident location. Since May 2013, three intrusive pole inspections occurred at or near the Orion Way incident location. PG&E's understanding based upon its records is that the subject tree and the subject poles were not identified for work during any of those inspections. Below is a summary of vegetation management patrols and inspections, electric maintenance overhead patrols and inspections, and intrusive pole inspections at or near the Orion Way incident location.

The CPUC did not request information on vegetation management patrols and inspections, electric maintenance overhead patrols and inspections, or intrusive pole inspections for the McCourtney Road incident location.

| Date | Event | Findings |
|---|---|---|
| 11/16/2012 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the Orion Way incident location were identified. |

| Date | Event | Findings |
|---|---|---|
| 2/7/2013 | ACRT, Inc. ("ACRT") performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 5/13/2013 | Osmose Utilities Services, Inc. performed intrusive pole inspections at or near the subject poles on the circuit. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the Orion Way incident location were identified. |
| 1/14/2014 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the Orion Way incident location were identified. |
| 5/5/2014 | ArborMetrics performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 5/26/2015 | ArborMetrics performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 1/7/2016 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the Orion Way incident location were identified. |
| 6/8/2016 | ArborMetrics performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 10/7/2016–10/31/2016 | A PG&E contractor performed an aerial vegetation management Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 11/17/2016 | The Davey Tree Expert Company ("Davey Tree") performed intrusive pole inspections at or near the subject poles on the circuit. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the Orion Way incident location were identified. |
| 12/01/2016 | Davey Tree performed intrusive pole inspections. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the Orion Way incident location were identified. |
| 3/9/2017–3/10/2017 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the Orion Way incident location were identified. |
| 4/25/2017 | ArborMetrics performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

| Date | Event | Findings |
|---|---|---|
| 10/4/2017 – 10/26/2017 | A PG&E contractor performed a vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

**Source List:**

| Source | Brief Description |
|---|---|
| CAL FIRE Press Release | CAL FIRE Press Release "CAL FIRE Investigators Determine Cause of Four Wildfires in Butte and Nevada Counties", May 25, 2018, http://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause%20v2%20AB%20(002).pdf |
| Nevada County Consolidated Fire Department Incident Report 17-0026279 | Nevada County Consolidated Fire Department Records |
| NCSO CAD Event No: 1710080214 and No.: 1710080215 | Nevada County Sheriff's Office Dispatch Records |
| PGE-CPUC_00008262–PGE-CPUC_00008327; PGE-CPUC_00008330–PGE-CPUC_00008346 | Electric Overhead Inspection and Patrol Records |
| PGE-CPUC_00012017 | PG&E Annual Vegetation Management Plans |
| PGE-CPUC_00006247–PGE-CPUC_00006248; PGE-CPUC_00006257 –PGE-CPUC_00006258; PGE-CPUC_00006265 | Pole Inspection Records |
| PGE-CPUC_00012621–PGE-CPUC_00012624 | Vegetation Management CEMA Records |
| PGE-CPUC_00010045; PGE-CPUC_00010051; PGE-CF_00137546–PGE-CF_00137547; PGE-CF_00140303–PGE-CF_00140305; PGE-CF_00140306–PGE-CF_00140315; | Vegetation Inspection and Patrol Records |
| PGE-CPUC_00010294 –PGE-CPUC_00010295; | Vegetation Management Work Request Records |