# EXHIBIT OO

**SUPPLEMENT TO NORRBOM INCIDENT DESCRIPTION & FACTUAL SUMMARY**

<u>**Supplemental Background Information**</u>:

On June 8, 2018, CAL FIRE issued a press release stating that the Norrbom fire "was caused by a tree falling and coming in contact with PG&E power lines." CAL FIRE has not publicly released its investigation report.

PG&E is not aware of which specific location is referred to in CAL FIRE's press release. It is possible CAL FIRE may be referring to a location at 16700 Gehricke Road, Sonoma, at which a black oak tree was found laying on downed conductors (the "wire down location"). The wire down location is located three spans to the source side of the location referenced in PG&E's 20-Day Electric Incident Report and discussed in the Norrbom Factual Summary, located at 16250 Norrbom Road, Sonoma (the "EIR location"). As noted in the Norrbom Factual Summary, PG&E collected the black oak from the wire down location on March 29, 2018.

<u>**Supplemental Timeline Information**</u>:

The Norrbom Factual Summary contained a timeline of PG&E's actions at or impacting the EIR location in the period immediately preceding CAL FIRE's designated start time until service to the EIR location was restored. The following additional information is relevant to the Norrbom Fire timeline.

- <u>October 8, 2017, 10:36 PM</u>: A REDCOM Dispatch operator reports a structure fire at 16250 Norrbom Road.

- <u>October 8, 2017, 10:37 PM</u>: Sonoma Valley Fire Unit 3381 is dispatched to 2310 Norrbom Road to respond to a natural vegetation fire affecting a field / open land.

- <u>October 8, 2017, 11:02 PM</u>: Fire service personnel arrive at 2310 Norrbom Road to extinguish the fire.

- <u>October 8, 2017, 11:10 PM</u>: Fire service personnel leave 2310 Norrbom Road.

- <u>October 9, 2017, 8:15 AM</u>: Responder calls REDCOM Dispatch and relays that another engine had reported a possible column of smoke in the Norrbom Road area. Responder reports that they are in the Norrbom Road area and are unable to locate the smoke.

- <u>October 9, 2017, 8:17 AM</u>: Responder calls REDCOM Dispatch and relays that they have been stopped by people evacuating out of Norrbom Road who told them that there was a fire on Norrbom Road. Responder reports that they are continuing up the road.

- <u>October 9, 2017, 8:18 AM</u>: REDCOM Dispatch operator tells Responder that he is looking at her screen "outside the very end of Norrbom, and it looks like there's

a private road that leads to something. And there's a flag there stating a fire". The operator notes that he's "going to check it a little further on [her] screen".

- October 9, 2017, 8:19 AM: REDCOM Dispatch operator reports to Responder that REDCOM received a call at 7:30 in the morning from a caller at 16200 Norrbom Road, stating that there is vegetation in the area on fire. The REDCOM Dispatch operator reports that they advised the caller to evacuate and have not been able to put the call as an assigned call.

- October 9, 2017, 8:20 AM: REDCOM Dispatch operator reports "we had three events at Gehricke and Bain Ranch". In another recording from the same time, a REDCOM Dispatch operator tells Responder that there are three events near Gehricke and Bain Ranch.

- October 9, 2017, 8:21 AM: Responder reports that they are at the top of Norrbom Road and that there is "drift smoke" but that they "can't really actually see a fire".

- October 9, 2017, 8:43 AM: Responder reports that they are heading up Gehricke Road and states that "possibly that's where this new fire is". Responder reports that they see some smoke and that there is a "new incident on Bain and Gehricke". REDCOM Dispatch operator notes that they have "Gehricke and Bain Ranch Road". Responder says, "that's about where it looks like it's at".

- October 10, 2017: A PG&E troubleman who "reported a wire down due to a tree six spans on the load side of Fuse 99309", responds to an outage at 16700 Gehricke Road. The PG&E troubleman meets with the homeowner who points in the direction of where he saw a fire originate down in a ravine. The PG&E troubleman and the homeowner then drive to 16600 Gehricke Road to Fuse 99309, where the PG&E troubleman discovers two of three fuses blown. The PG&E troubleman then patrols the line in the direction of where the homeowner had told him the fire started and finds a tree laying on a phone line with two severed conductors on the ground.

**Supplemental Information Regarding Prior Inspections:**

Between 2012 and October 2017, there were seven inspections of the vegetation at the wire down location. PG&E's understanding based upon its records is that the tree that fell at the wire down location (the "subject tree") was marked for trimming in March 2017 and was trimmed in May 2017. Additionally, PG&E's understanding based upon its records is that there is no evidence of vegetation involvement at the EIR location. Therefore, we have confined the chart below to the vegetation management activity at the wire down location and have not included a summary of vegetation management patrols and inspections at the EIR location.

Between 2000 and October 2017, there were two instances of intrusive inspections of the poles at the EIR location and wire down location. Between 2010 and October 2017, there

2

were four instances of overhead inspections and patrols at the EIR location and wire down location.

Below is a summary of the inspections and maintenance performed.

| Date | Event | Findings |
|---|---|---|
| 1/31/2000 | PG&E performed an intrusive inspection for Pole 102032630 and Pole 101995538 at the EIR location. | PG&E's understanding based upon its records is that both poles passed inspection. |
| 3/7/2000 | PG&E performed an intrusive inspection for Pole 101995543 and Pole 102034189 at the wire down location. | PG&E's understanding based upon its records is that both poles passed inspection. |
| 11/9/2010 | PG&E performed an electric maintenance overhead inspection at the EIR location and wire down location. | PG&E's understanding based upon its records is that one EC tag was created requesting work at the EIR location and that the work was completed October 7, 2011. |
| 11/10/2010 | PG&E performed an electric maintenance overhead inspection at the EIR location. | PG&E's understanding based upon its records is that no additional issues were identified. |
| 5/2/2011 | PG&E performed an intrusive inspection for Pole 102032630 and Pole 101995538 at the EIR location, and Pole 101995543 and Pole 102034189 at the wire down location. | PG&E's understanding based upon its records is that the four poles passed inspection. |
| 11/6/2012 | Western Environmental Consultants, Inc. ("WECI") performed a vegetation management routine patrol at the wire down location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 1/16/2014 | WECI performed a vegetation management routine patrol at the wire down location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 8/5/2014 | PG&E performed an electric maintenance overhead patrol at the EIR location and wire down location. | PG&E's understanding based upon its records is that no issues were identified. |
| 2/17/2015 | WECI performed a vegetation management routine patrol at the wire down location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 7/21/2015 | PG&E performed a Catastrophic Event Memorandum Account ("CEMA") patrol at the wire down location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 10/14/2015 | PG&E performed an electric maintenance overhead inspection at the EIR location and wire down location. | PG&E's understanding based upon its records is that one EC was created requesting work to replace a high voltage sign, and that the work is due October 14, 2020. |

3

| Date | Event | Findings |
|---|---|---|
| 2/11/2016 | WECI performed a vegetation management routine patrol at the wire down location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 8/2/2016 | PG&E performed a CEMA patrol at the wire down location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 9/26/2016 | PG&E performed an electric maintenance overhead patrol at the EIR location and wire down location. | PG&E's understanding based upon its records is that no issues were identified. |
| 3/29/2017 | WECI performed a vegetation management routine patrol at the wire down location. | PG&E's understanding based upon its records is that two trees were identified for trimming, one of which was the subject tree, and that the work was completed on May 25, 2017. |

**Source List:**

| Source | Brief Description |
|---|---|
| CAL FIRE Press Release | Cal Fire Press Release, "CAL FIRE Investigators Determine Causes of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake and Napa Counties", June 8, 2018, https://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause.pdf |
| Incident Report 17-0004073 | Sonoma Valley Fire Department Incident Report |
| EC Tag Spreadsheet | Spreadsheet of Completed EC Tags |
| Deposition Transcript of Tim Broderius | Transcript of August 16, 2018 Tim Broderius Deposition |
| PGE-CF_00132827 | EC Notifications Spreadsheet |
| PGE-CPUC_00008394; PGE-CPUC_00008467; PGE-CPUC00008602; PGE-CPUC_00008644; | Electric Maintenance Overhead Inspection Records |
| PGE-CPUC_00008356; PGE-CPUC_00008601 | Electric Maintenance Overhead Patrol Records |
| PGE-NBF-0000000208 | Norrbom Factual Summary |
| PGE-NBF-0000077954 | October 16, 2017 E-mail from Tim Broderius to Jeffrey Coltharp |
| PGE-NBF-0000002728 | PG&E 20-Day Electric Incident Report EI171008N |
| PGE-CF_00004722; PGE-CF_00004736; PGE-CPUC_00006279; PGE-CPUC_00006283 | Pole Inspection Records |
| PGE-NBF-TP-0000000679; PGE-NBF-TP-0000001823; PGE-NBF-TP-0000003131; PGE-NBF-TP-0000005102; PGE-NBF-TP-0000005353; PGE-NBF-TP-0000005355; PGE-NBF-TP-0000005560; PGE-NBF-TP-0000006014; PGE-NBF-TP-0000006236; PGE-NBF-TP-0000006276; PGE-NBF-TP-0000006324 | REDCOM 911 Recordings |
| PGE-CPUC_00012625; PGE-CPUC_00012626 | Vegetation Management CEMA Records |
| PGE-CF_00011308 | Vegetation Management Inspection Records |

5