# EXHIBIT PP

**SUPPLEMENT TO NUNS INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

On June 8, 2018, CAL FIRE publicly released its Investigation Report for the Nuns Incident, which is available on CAL FIRE's website at the following link: http://calfire.ca.gov/fire_protection/downloads/FireReports/Nuns%20LE%2080_Redacted.pdf.

In addition, PG&E has become aware of the following additional background information:

Nuns 2.  With respect to the Nuns 2 incident location, PG&E became aware after filing its 20-Day Electric Incident Report with the CPUC on November 30, 2017, that there were two, not one, Douglas Fir trees that came down at the Nuns 2 incident location.

**Supplemental Evidence Collection Information:**

PG&E indicated in the Nuns Factual Summary that CAL FIRE collected from the Nuns 1 incident location an insulator, an Alder tree limb, aluminum secondary conductors and wood pints.  However, CAL FIRE does not list an insulator in its evidence log for the Nuns 1 incident location.

**Supplemental Timeline Information:**

The Nuns Factual Summary contained a timeline of PG&E's actions at or impacting the incident locations in the period immediately preceding CAL FIRE's designated start time until service to the incident locations was restored.  The following additional information is relevant to the Nuns Fire timeline.

- October 8, 2017, 10:34 PM:  REDCOM Dispatch received its first 911 call regarding the Nuns fire from an individual located at Beltane Ranch (11775 Sonoma Hwy).

- October 8, 2017, 10:45 PM:  REDCOM Dispatch received a 911 call regarding the Nuns fire from an individual located at 1210 Nuns Canyon Road (*i.e.,* the Nuns 1 incident location).

- October 8, 2017, 11:11 PM:  the CAL FIRE Saint Helena Emergency Command Center ("ECC") dispatched a wildland fire at 2 Nuns Canyon Road.

- October 9, 5:25 PM:  CAL FIRE secured the Nuns 1 incident location by providing and maintaining security through the duration of CAL FIRE's investigation.

- October 13, 2017, 2:25 PM:  Sonoma County Public Works arrived at the Nuns location to perform road clean-up work on Nuns Canyon Road north of the Nuns 1 incident location.

- October 15, 2017, 4:43 – 5:19 PM:  CAL FIRE removed portions of the downed Red Alder tree top from the Nuns 1 incident location and transported this evidence to the CAL FIRE Middletown evidence storage.

- October 16, 2017, 2:57 – 7:40 PM:  PG&E arrived at the Nuns 1 incident location and assisted CAL FIRE with removing conductors and power pole hardware.  CAL FIRE transported this evidence to the CAL FIRE Santa Rosa evidence storage.

- October 18, 2017, 6:00 PM:  A PG&E troubleman found two of two fuses opened at Fuse 15877 at the Nuns 2 incident location.

**Supplemental Information Regarding Prior Inspections:**

Between October 2012 and October 2017, there were 13 vegetation inspections at the incident locations.  PG&E's understanding based upon its records is that the subject trees were not identified for work during any of the vegetation inspections.  Between October 2012 and October 2017, there were two overhead inspections and six overhead patrols at the incident locations.  PG&E's understanding based upon its records is that none of the subject poles were identified for work during any of those inspections.  Between October 2012 and October 2017, there were two intrusive pole inspections at the incident locations.  PG&E's understanding based upon its records is all poles at the incident location passed testing.  Below is a summary of the patrols and inspections.

| Date | Event | Findings |
|---|---|---|
| 10/5/2012 | PG&E performed an overhead inspection at Nuns 1. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 10/8/2012 | PG&E performed an overhead inspection at Nuns 2 | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 12/17/2012 | Western ECI ("WECI") performed a routine patrol at Nuns 1. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 12/18/2012 | WECI performed a routine patrol at Nuns 2. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 9/5/2013 – 9/24/2013 | WECI performed a Public Safety & Reliability ("PS&R") patrol at the Nuns 1 location. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 2/5/2014 | WECI performed routine patrols at Nuns 1. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |

2

| Date | Event | Findings |
|---|---|---|
| 2/5/2014 | WECI performed routine patrols at Nuns 2. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 8/6/2014 | PG&E performed an overhead patrol at Nuns 1 and Nuns 2. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 3/19/2015 | WECI performed a routine patrol at Nuns 1. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 3/25/2015 | WECI performed a routine patrol at Nuns 2. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 5/5/2016 | WECI performed a routine patrol at Nuns 1. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 5/6/2016 | WECI performed a routine patrol at Nuns 2. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 8/31/2016 | PG&E performed an overhead patrol at Nuns 1 and Nuns 2. | PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified. |
| 11/30/2016 | Catastrophic Event Memorandum Account ("CEMA") patrol at Nuns 1 and Nuns 2. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 4/3/2017 | PG&E performed intrusive pole inspections for the subject poles at Nuns 1 and Nuns 2. | PG&E's understanding based upon its records is that all poles at the incident location passed testing. |
| 6/30/2017 | WECI performed a routine patrol at Nuns 1. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 7/1/2017 | WECI performed a routine patrol at Nuns 2. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 7/13/2017 | CEMA patrol at Nuns 1 and Nuns 2. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |

4

| Date | Event | Findings |
|---|---|---|
| 9/22/2017 | PG&E performed an overhead inspection at Nuns 1 and Nuns 2. | One of the subject poles at Nuns 1 was identified for work to address a broken tree branch putting strain on the secondary wire; the work was not overdue at the time of the fires.<br><br>PG&E's understanding based upon its records is that no issues with PG&E equipment at the Nuns 2 incident location were identified. |

**Source List:**

| Source | Brief Description |
|---|---|
| CAL FIRE Report | CAL FIRE Investigation Report, Nuns Fire, http://calfire.ca.gov/fire_protection/downloads/FireReports/Nuns%20LE%2080_Redacted.pdf |
| PGE-CPUC_00010967 | 2013 List of Public Safety & Reliability Projects |
| PGE-CPUC_00011986 | 2016 All CEMA Projects |
| PGE-CPUC_00011388 | 2017 All CEMA Projects |
| PGE-CPUC_00008687 | Electric Corrective Tag No.113271607 |
| PGE-CPUC_00008648; PGE-CPUC_00008670; PGE-CPUC_00008677; PGE-CPUC_00008702; PGE-CPUC_00008713; PGE-CPUC_00008719; PGE-CPUC_00008725; PGE-CPUC_00008736 | Electric Maintenance Patrol/Inspection Daily Logs |
| PGE-CPUC_00006285 - PGE-CPUC_00006294; PGE-CPUC_00006295 - PGE-CPUC_00006309 | Pole Inspection Records |
| PGE-NBF-TP-0000003946; PGE-NBF-TP-0000003649 | REDCOM Dispatch Call/Records |
| PGE-CPUC_00012628; PGE-CPUC_00012629 | Vegetation Management CEMA Maps |
| PGE-CPUC_00010070; PGE-CPUC_00010073; PGE-CPUC_00010077 | Vegetation Management Inspection Records |
| PGE-CPUC_00010300; PGE-CPUC_00010305; PGE-CPUC_00010306 | Vegetation Management Work Request Records |
| Response to Nuns Question 2 | Response to CPUC's October 2017 Wildfire Data Request from 10/19/2018, submitted on 11/30/2018 |
| Response to Nuns Question 2 | Response to CPUC's October 2017 Wildfire Data Request from 7/9/2018, submitted on 8/24/2018 |