# EXHIBIT QQ

**SUPPLEMENT TO OAKMONT INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

On June 8, 2018, CAL FIRE issued a press release stating that the Oakmont fire was "caused by a downed power line after PG&E attempted to re-energize the line". CAL FIRE has not publicly released its investigation report.

**Supplemental Incident Overview Information:**

In the Oakmont Factual Summary, PG&E explained that its understanding based upon its records is that on October 13, 2017, a PG&E troubleman patrolled the load side of Fuse 1251 before PG&E re-energized the incident location.

According to the PG&E troubleman, he patrolled up to a fence and performed a visual inspection of the portion of the line beyond the fence that was visible from that vantage point.

In the Oakmont Factual Summary, PG&E also explained that its understanding based upon its records is that on October 13, 2017 between 2:56 PM and 3:00 PM, and again at 3:54 PM, 14 of 17 Smart Meters downstream of Fuse 1251 recorded a NIC Power Down and Restore event and/or a zero volt reading.

PG&E's understanding based upon its records is that when PG&E re-energized the conductors surrounding the incident location, 14 of 17 Smart Meters along the tap line past Fuse 1251 came back online and three Smart Meters did not. Two of those three were downstream of the incident location.

In the Oakmont Factual Summary, PG&E explained that on October 13, 2017, a PG&E troubleman met CAL FIRE at the incident location so that he could make the lines at the incident location safe. This troubleman arrived at the area around 5:30 PM. Engine 25 of the Santa Rosa Fire Department had arrived at the Oakmont incident location at 4:59 PM. According to the Captain of Engine 25, his crews were standing by waiting for confirmation from PG&E that the lines were de-energized. Also according to the Captain, he moved his crews back down to Pythian Road after a long wait (more than 2.5 hours) due to "hazardous" conditions in the area and because the PG&E troubleman who was at the site could not confirm that the lines were de-energized. However, PG&E's understanding based upon its records is that the PG&E troubleman had ensured that the lines were de-energized before leaving the area around 8:30 PM.

**Supplemental Timeline Information:**

The Oakmont Factual Summary contained a timeline of PG&E's actions at or impacting the incident location in the period immediately preceding CAL FIRE's designated start time until service to the incident location was restored. The following additional information is relevant to the Oakmont Fire timeline.

- <u>October 13, 2017, 3:40 PM</u>:  Emergency dispatch received call reporting "a new fire on Sugarloaf and we're responding . . . just to help".

- <u>October 13, 2017, 3:42 PM</u>:  The Santa Rosa Fire Department (SRFD) received an alarm for fire near Highway 12 at Pythian Road.

- <u>October 13, 2017, 3:56 PM</u>:  The Santa Rosa Fire Department arrived at the scene of the Oakmont Fire.

- <u>October 14, 2017, 2:56 AM</u>:  Emergency dispatch received call from emergency responder reporting, "some sort of fire north of Highway 12.  Not sure where access is right now.  Past Los Alamos, Pythian".

- <u>October 14, 2017, 3:59 AM</u>:  An emergency responder asks another responder to standby in Wildwood (which is northwest of Pythian Road) because "this thing in Oakmont is about to really blow up".

- <u>October 14, 2017, 6:00 AM</u>:  In a CAL FIRE Incident Status Summary for the period from 6:00 AM to 5:00 PM on October 14, 2017, the following was stated in relation to the Oakmont Fire: (a) acreage: 550; 10% contained; (b) extreme fire behavior was observed in the early morning due to winds; (c) afternoon winds subsided and moderate fire behavior has been observed; (d) fire is burning in a southern direction and backing to the north; flanking on the east.

**<u>Supplemental Information Regarding Prior Inspections</u>:**

Between October 2012 and October 2017, there were six inspections of the vegetation at the Oakmont incident location.  PG&E's understanding based upon its records is that the subject tree was not identified for work during any of those inspections.  There were also inspections of the poles at the incident location during this time period.  Finally, there were two electric maintenance and overhead inspections and patrols.  Below is a summary of these inspections and patrols.

| Date | Event | Findings |
|---|---|---|
| 12/27/2012 | Western ECI ("WECI") conducted a routine distribution vegetation management patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 2/20/2014 | WECI conducted a routine distribution vegetation management patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 2/25/2014 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that subject poles were not identified for work. |
| 3/16/2015 | WECI conducted a routine distribution vegetation management patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

2

| Date | Event | Findings |
|------|-------|----------|
| 2/3/2016 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that subject poles were not identified for work. |
| 5/3/2016 | WECI conducted a routine distribution vegetation management patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 11/1/2016 | A Catastrophic Event Memorandum Account (CEMA) vegetation management patrol was performed. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 4/4/2017 | PG&E contractor performed intrusive pole inspections. | PG&E's understanding based upon its records is that subject poles were not identified for work. |
| 7/7/2017 | WECI conducted a routine distribution vegetation management patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 10/31/2017 | PG&E contractor performed intrusive pole inspections. | PG&E's understanding based upon its records is that subject poles were not identified for work. |

**Source List**:

| Source | Brief Description |
|---|---|
| CAL FIRE Press Release | CAL FIRE Press Release "CAL FIRE Investigators Determine Cause of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake and Napa Counties", June 8, 2018, https://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause.pdf |
| Incident Status Summary for Central LNU Complex | Incident Status Summary (ICS-209), Central LNU Complex (Report Time Period: 10/14/2017, 0600 – 10/14/2017, 1700) |
| PGE-CF_00000052; PGE-CF_00000053 | AMI Smart Meter Data |
| PGE-CPUC_00008801; PGE-CPUC_00008827 | Electric Maintenance Patrol/Inspection Log and Notification Sheets |
| PGE-CPUC_00008821; PGE-CPUC_00008825 | Electric Maintenance Patrol/Inspection Maps |
| PGE-NBF-TP-0000007455; PGE-NBF-TP-0000009194; PGE-NBF-TP-0000009825 | Emergency dispatch calls |
| PGE-CPUC_00015807 | Pending Electric Corrective Notifications Responsive to Question 4 of CPUC's October 2017 Wildfire Data Request |
| PGE-CPUC 00006310; PGE-CPUC_00006313; PGE-CPUC_00006316; PGE-CPUC_00006320; PGE-CPUC_00006324 | Pole Inspection Records |
| PGE-CPUC_00012630 | Vegetation Management CEMA Map |
| PGE-CPUC_00010095; PGE-CPUC_00010110 | Vegetation Management Inspection Records |
| PGE-CPUC_00010308; PGE-CPUC_00010312 | Vegetation Management Work Requests |
| Santa Rosa Fire Department Incident Report | 10/19/2017 Santa Rose Fire Department Incident Report (2017-0025472) |

4