# EXHIBIT RR

**SUPPLEMENT TO PARTRICK INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

On June 8, 2018, CAL FIRE issued a press release stating that it had concluded that the Partrick Fire was caused by an oak tree falling into PG&E powerlines. CAL FIRE has not publicly released its investigation report.

**Supplemental Evidence Collection Information:**

PG&E indicated in the Partrick Factual Summary that CAL FIRE collected from 1721 Partrick Road, Napa (the "incident location" as defined by CPUC's December 7, 2017, letter), primary conductors and a section of a Coast Live Oak tree and that PG&E collected multiple sections of the Coast Live Oak tree and pieces of melted aluminum scraps. PG&E has learned that, additionally, Subrogation Plaintiffs collected assorted aluminum fragments and segments, melted aluminum wire, three pieces of fulgurite and one fourteen-inch branch on October 19, 2017.

**Supplemental Timeline Information:**

The Partrick Factual Summary contained a timeline of PG&E's actions at or impacting the incident location in the period immediately preceding CAL FIRE's designated start time (October 8, 2017 at 11:48 PM) until service to the incident location was restored. The following additional information is relevant to the Partrick Fire timeline.

- October 8, 11:25 PM: Napa Dispatch received a 911 call regarding a fire from an individual located at 1427 Partrick Rd. The caller reported that there was a fire "right out [their] back door". The dispatcher indicated that "that is a new fire that they have going on".

- October 8, 11:29 PM: Napa City Fire Department sounded alarm. Engines were dispatched to a vegetation fire in the area of Partrick Rd. and Browns Valley.

- October 8, 11:45 PM: Napa Dispatch received a 911 call from 1051 Borrette Ln. The caller reported a fire on Partrick Rd. and the dispatcher indicated that fire crews were already on scene.

- October 8, 11:45 PM: Napa Dispatch received a 911 call from 1477 Partrick Rd. The caller informed the dispatcher of "a fire that's spreading up the backside of the property on [unintel.] vineyard" and that it was "creeping up towards the house".

- October 9, 12:11 AM: Napa City Fire Department sounded alarm. Engines were dispatched to a brush fire at 1585 Henry Rd.

- October 9, 12:59 AM: Responders coordinated fire response efforts, and decided to send an engine from Sonoma to the fire at Nicholson Ranch Winery.

- <u>October 9, 4:30 AM</u>:  Napa Fire Department crew found access to road past 1555 Henry St. to be "blocked by downed/suspended powerlines and downed trees".

**<u>Supplemental Information Regarding Prior Inspections</u>:**

Between 2013 and October 2017, there were eight patrols and inspections of the vegetation at the incident location.  Between 2012 and October 2017, there were five instances of inspections and maintenance of the poles of the incident span and four instances of electric maintenance overhead inspections and patrols.  Below is a summary of the inspections and maintenance performed.

| Date | Event | Findings |
|---|---|---|
| 5/23/2012 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based on its records is that four EC tags were created and that the equipment of the incident span was not identified for work. |
| 10/8/2012 | PG&E performed an intrusive pole inspection. | PG&E's understanding based on its records is that pole 102269338 passed inspection. |
| 10/8/2012 | PG&E performed an intrusive pole inspection. | PG&E's understanding based on its records is that pole 102269339 passed inspection. |
| 3/20/2013 | Davey Resource Group (PG&E contractor) performed a vegetation management routine patrol. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 6/4/2014 | Davey Resource Group performed a vegetation management routine patrol. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 9/5/2014 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based on its records is that no issues were identified. |
| 4/24/2015 | Davey Resource Group performed a vegetation management routine patrol. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 5/4/2016 | Davey Resource Group performed a vegetation management routine patrol. | PG&E's understanding based on its records is that the subject tree was not identified for work. |

| Date | Event | Findings |
|---|---|---|
| 8/26/2016 | PG&E vegetation management contractor performed a CEMA patrol at the incident location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 10/6/2016 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based on its records is that the equipment of the incident span was not identified for work. |
| 5/16/2017 | Davey Resource Group performed a vegetation management routine patrol. | PG&E's understanding based on its records is that the subject tree was not identified for work. |
| 6/12/2017 | PG&E performed pole maintenance at the incident location. | PG&E replaced pole 102269338 after a tree fell into a line and broke the pole. |
| 6/20/2017 | PG&E vegetation management contractor performed a vegetation outage inspection. | Vegetation management contractor inspected a fallen tree near pole 102269338. A living 35 foot Coast Live Oak, located 15 feet from the lines had failed at its base and fallen into pole 102269338 on June 11, 2017, causing the pole to break. |
| 9/18/2017 | PG&E performed an electric maintenance overhead inspection. | PG&E's records indicate that four EC tags were created in total. PG&E's understanding based on its records is that one of the EC tags was created for the equipment of the incident span (pole 102269338) to remove pole butt and old pole and hardware at base of pole following the replacement of the pole. This work was not completed before the Partrick fire. |
| 10/27/2017 | PG&E performed a visual pole inspection. | PG&E's understanding based on its records is that pole 102269339 passed inspection. |
| 10/27/2017 | PG&E performed a visual pole inspection. | PG&E's understanding based on its records is that pole 102269338 was marked for "fire damage" and passed inspection. |
| 10/31/2017 | PG&E vegetation management contractor performed a CEMA patrol at the incident location. | PG&E's understanding based on its records is that the subject tree was not identified for work. |

3

**Source List:**

| Source | Brief Description |
|---|---|
| CAL FIRE Press Release | CAL FIRE Press Release, "CAL FIRE Investigators Determine Cause of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake and Napa Counties", June 8, 2018, https://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause.pdf |
| CAL FIRE Website | "Partrick Fire (Central LNU Complex) Incident Description", http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1869 (last updated January 9, 2018). |
| Incident Report #2017-0007501 | Napa Fire Department Incident Report |
| Incident Report #2017-0007507 | Napa Fire Department Incident Report |
| PGE-CPUC_00008904; PGE-CPUC_00008883; PGE-CPUC_00009027; PGE-CPUC_00009040 | Electric Corrective Tags |
| PGE-CPUC_00008832; PGE-CPUC_00008845; PGE-CPUC_00008859; PGE-CPUC_00009084 | Electric Maintenance Patrol/Inspection Daily Logs |
| PGE-CPUC_00008840; PGE-CPUC_00008849; PGE-CPUC_00008871; PGE-CPUC_00009068 | Electric Maintenance Patrol/Inspection Maps |
| PGE-CPUC_00014541 | Outages Report, Pueblo-2103 |
| PGE-NBF-TP-0000000059; PGE-NBF-TP-0000000071; PGE-NBF-TP-0000000227 | Napa 911 Dispatch Records |
| PGE-CPUC_00006329; PGE-CPUC_00006335 | Pole Inspection Records |
| PGE-CF_00136936; PGE-CF_00136937 | Vegetation Management CEMA Records |
| PGE-CF_00135486 | Vegetation Management Distribution Outage Report |
| PGE-CPUC_00010113 | Vegetation Management Inspection Records |
| PGE-CPUC_00010317; PGE-CPUC_00010321; PGE-CPUC_00010322; PGE-CPUC_00010324; PGE-CPUC_00010327; PGE-CF_00025280; PGE-CF_00025300 | Vegetation Management Work Requests |
| PGE-NBF-TP-0000005026 | Napa REDCOM Record |

5

| Source | Brief Description |
|---|---|
| Subrogation Plaintiffs' Discovery Responses | Subrogation Plaintiffs' Discovery Responses to PG&E's Ninth Set of Requests for Inspection Related to the Nuns Fire, July 17, 2018. |