# EXHIBIT SS

**SUPPLEMENT TO POCKET INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

On June 8, 2018, CAL FIRE issued a press release stating that CAL FIRE investigators determined that the Pocket Fire was caused by the top of an oak tree breaking and coming into contact with PG&E powerlines. CAL FIRE has not publicly released its investigation report.

**Supplemental Timeline Information:**

The Pocket Factual Summary contained a timeline of PG&E's actions at or impacting the incident location identified by the CPUC in the period immediately preceding CAL FIRE's designated start time until service to the incident location was restored. The following additional information is relevant to the Pocket Fire timeline.

- October 9, 2:08 AM: Per PG&E records, a PG&E lineman called PG&E's Distribution Control Center for assistance with Line Recloser 570 after patrolling the area and finding the recloser locked open.

- October 9, 2017, 5:47 AM: Geyserville Fire was dispatched to River Road and Ridge Oaks Road, but the response was canceled by the Pocket Incident Commander while the dispatched units were still in route.

- October 9, 2017, 8:16 AM: REDCOM dispatcher reported that someone was rescued from 22 Pocket Ranch Road.

- October 9, 2017, 12:30 PM: Geyserville Fire reported that CAL FIRE's Incident Management Team assumed command of a fire that is described as having begun at 21200 Pocket Ranch Road.

- October 9, 2017 6:42 PM: Geyserville Fire was dispatched to Pocket Ranch Road, but the response was canceled while the dispatched units were still in route.

- October 9, 2017, 7:49 PM: Geyserville Fire was dispatched to Coyote Ridge Road, but the response was canceled immediately.

**Supplemental Information Regarding Prior Inspections:**

The CPUC's designated incident location is near the intersection of Ridge Ranch Road and Ridge Oaks Road in Geyserville and includes a span of two 12kV conductors between two utility poles (the "incident span"). Between December 2011 and October 2017, there were two inspections of the poles on the incident span, three electric maintenance patrols at and near the incident location and eight inspections of the vegetation at and near the incident location. PG&E's understanding based upon its records is that the California White Oak/Valley Oak tree near the intersection of Ridge Ranch Road and Ridge Oaks Road (the "subject tree") was identified for pruning during two inspections and in each instance the pruning was completed less than two months after the identification. At the time of the fire, there were no outstanding work orders for

the subject tree. Below is a summary of vegetation management patrols and pole inspections.

| Date | Event | Findings |
|---|---|---|
| 12/21/2011 | UPT performed an intrusive pole inspection. | UPT intrusively inspected Pole 102037763, which is the northern pole on the incident span, and Pole 101962684, which is the southern pole on the incident span. PG&E's understanding based upon its records is that no issues were identified and the inspector noted that the poles were in "fair" condition and passed inspection. |
| 7/24/2012 | PG&E performed an electric maintenance overhead patrol. | PG&E performed a routine patrol of all equipment at and near the incident span. PG&E's understanding based upon its records is that no equipment was identified for work and no abnormal conditions were identified. |
| 10/10/2012 | Western ECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was identified for accelerated priority pruning. |
| 10/23/2012 | PG&E issued a work request. | PG&E requested that Davey Tree perform tree pruning on the subject tree, which was identified for pruning during the October 10, 2012 patrol. |
| 12/4/2012 | Davey Tree completed tree pruning. | Davey Tree completed the tree pruning on the subject tree, which was identified for work during the October 10, 2012 patrol. |
| 12/20/2013 | Western ECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that no trees were identified for work. |
| 8/11-14/2014 8/22/2014 | PG&E performed an electric maintenance overhead inspection. | PG&E performed a routine inspection of all equipment at and near the incident span. Thirty-eight pieces of equipment were identified for work. PG&E's understanding based upon its records is that no equipment on the incident span was identified for work. |

| Date | Event | Findings |
|---|---|---|
| 8/21/2014 | PG&E performed a Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 1/20/2015 | Western ECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was identified for routine priority pruning. |
| 2/3/2015 | PG&E issued a work request. | PG&E requested that Davey Tree perform tree pruning on the subject tree, which was identified for pruning during the January 20, 2015 patrol. |
| 3/5/2015 | Davey Tree completed tree pruning. | Davey Tree completed the tree pruning on the subject tree, which was identified for pruning during the January 20, 2015 patrol. |
| 6/26/2015 | PG&E performed a CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 12/22/2015 | Western ECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 6/22/2016 | PG&E performed a CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 9/17/2016 9/19/2016 | PG&E perform an electric maintenance overhead patrol. | PG&E performed a routine patrol of all equipment at and near the incident span.  PG&E's understanding based upon its records is that no equipment was identified for work and no abnormal conditions were identified. |
| 3/13/2017 | Western ECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 5/18/2017 | Osmose performed an intrusive pole inspection. | Osmose intrusively inspected Pole 102037763, which is the northern pole on the incident span, and Pole 101962684, which is the southern pole on the incident span.  PG&E's understanding based upon its records is that no issues were identified and the inspector noted that the poles were in "fair" condition and passed inspection. |

4

| Date | Event | Findings |
|---|---|---|
| 7/6/2017 | PG&E performed a CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

**Source List:**

| Source | Brief Description |
|---|---|
| CAL FIRE Press Release | CAL FIRE Press Release, "CAL FIRE Investigators Determine Causes of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake and Napa Counties", June 8, 2018, https://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause.pdf |
| Geyserville Fire Report Incident 17-484 | 10/9/2017 Geyserville Fire Report of response to a potential fire at 21200 Pocket Ranch Road. |
| Geyserville Fire Report Incident 17-486 | 10/9/2017 Geyserville Fire Report of response to a potential fire at River Road and Ridge Oaks Road. |
| Geyserville Fire Report Incident 17-488 | 10/9/2017 Geyserville Fire Report of response to a potential fire at Pocket Ranch Road |
| Geyserville Fire Report Incident 17-489 | 10/9/2017 Geyserville Fire Report of response to a potential fire at Coyote Ridge Road |
| PGE-NBF-TP-0000001431 | 10/9/2017 Call recording from REDCOM disptach |
| PGE-CPUC_00009158; PGE-CPUC_00009336; PGE-CPUC_00009339 | Electric Maintenance Patrol and Inspection Records |
| PGE-CPUC_00009155; PGE-CPUC_00009230; PGE-CPUC_00009196; PGE-CPUC_00009241; PGE-CPUC_00009163; PGE-CPUC_00009272; PGE-CPUC_00009237; PGE-CPUC_00009341 | Electric Maintenance Patrol/Inspection Daily Logs and Notification Sheets |
| PGE-CPUC_00006352; PGE-CPUC_00006343 | Pole Inspection Records |
| PGE-CPUC_00012634; PGE-CPUC_00012635; PGE-CPUC_00012636; PGE-CPUC_00012637 | Vegetation Management CEMA Records |
| PGE-CF_00009971 | Vegetation Management Inspection Records |
| PGE-CF_00024972; PGE-CPUC_00010329 | Vegetation Management Work Requests |