# EXHIBIT TT

**SUPPLEMENT TO POINT INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

As part of discovery in civil litigation regarding the October 2017 wildfires, CAL FIRE recently produced its Investigation Report, 17 CATCU012170. According to that report, CAL FIRE investigators concluded that the Point Fire was caused when an oak tree limb came in contact with a PG&E powerline.

**Supplemental Timeline Information:**

The Point Factual Summary contained a timeline of PG&E's actions at or impacting the incident location in the period immediately preceding CAL FIRE's designated start time until service to the incident location was restored. The following additional information is relevant to the Point Factual Summary timeline.

- October 9, 2017, 1:03 AM: Calaveras County dispatch received the first 911 call reporting a fire from 22744 West Point Pioneer Rd, West Point, CA.

**Supplemental Information Regarding Prior Inspections:**

Between September 2012 and October 2017, there were twelve vegetation management inspections at the incident location. PG&E's understanding based upon its records is that the subject tree was not identified for work during any of those inspections. Between June 2012 and October 2017, there were four electric maintenance overhead patrols and inspections at the incident location. Additionally, pole test and treat inspections at the incident location took place on October 2, 2014. PG&E's understanding based upon its records is that no issues with PG&E equipment at the incident location were identified during those patrols and inspections. Below is a summary of vegetation management patrols and inspections, electric maintenance overhead patrols and inspections, and pole Test and Treat inspections.

| Date | Event | Findings |
| --- | --- | --- |
| 6/28/2012 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that no issues with PG&E equipment were identified at the incident location. |
| 10/13/2012 | ACRT, Inc. ("ACRT") performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 6/10/2013 | PG&E performed an aerial electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no issues with PG&E equipment were identified at the incident location. |
| 1/8/2014 | ACRT performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

| Date | Event | Findings |
| --- | --- | --- |
| 10/2/2014 | A PG&E contractor performed test and treat intrusive pole inspections. | PG&E's understanding based upon its records is that all incident poles passed testing and no issues were identified. |
| 12/10/2014 | ACRT performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 4/17/2015 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no issues with PG&E equipment were identified at the incident location. |
| 5/19/2015 – 8/4/2015 | PG&E vegetation management contractor performed a Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 9/8/2015 | ACRT performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 10/28/2015 | PG&E vegetation management contractor performed a CEMA LiDAR patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 1/21/2016 | ACRT performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 6/10/2016– 7/10/2016 | ACRT performed a vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 9/7/2016 | ACRT performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 3/16/2017 | ACRT performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 6/21/2017 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that no issues with PG&E equipment were identified at the incident location. |
| 7/12/2017– 8/12/2017 | ACRT performed a vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 8/25/2017 | ACRT performed a vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

**Source List:**

| Source | Brief Description |
|---|---|
| Calaveras County Computer Aided Dispatch log | Calaveras County Computer Aided Dispatch log listing incidents between October 8, 2017 at 7:00 PM to October 9, 2017 at 7:00 AM |
| PGE-CPUC_00009453; PGE-CPUC_00009454; PGE-CPUC_00009462; PGE-CPUC_00009388; PGE-CPUC_00009398 | Electric Maintenance Overhead Inspection Records |
| PGE-CPUC_00009378; PGE-CPUC_00009380; PGE-CPUC_00009382; PGE-CPUC_00009383; PGE-CPUC_00009384; PGE-CPUC_00009386 | Electric Maintenance Overhead Patrol Records |
| PGE-CPUC_00011215; PGE-CPUC_00011467; PGE-CPUC_00012079; | PG&E Annual Vegetation Management Plans |
| PGE-CPUC_00006356; PGE-CPUC_00006358; PGE-CPUC_00006362 | Pole Inspection Records |
| PGE-CPUC_00012639; PGE-CPUC_00012641 | Vegetation Management CEMA Records |
| PGE-CPUC_00010154; PGE-CPUC_00010155– PGE-CPUC_00010156; PGE-CPUC_00010158; PGE-CPUC_00010161; PGE-CPUC_00010170 | Vegetation Management Routine Patrol Records |