# EXHIBIT UU

# SUPPLEMENT TO POTTER VALLEY BUSCH ROAD INCIDENT DESCRIPTION & FACTUAL SUMMARY

**Supplemental Background Information:**

After PG&E submitted the Potter Factual Summary, CAL FIRE released its Final Report, 17CAMEU012169 ("CAL FIRE Report"). This report is publicly available at http://calfire.ca.gov/fire_protection/downloads/FireReports/LE-80%20Redwood%20 Incident%20Report_Redacted.pdf.

According to the CAL FIRE Report, CAL FIRE started receiving reports of a vegetation fire in Potter Valley at 11:34 PM.

**Supplemental Evidence Collection Information:**

PG&E indicated in the Potter Valley Busch Road Factual Summary that CAL FIRE collected both ends of the downed transmission conductor and parts of a tree branch or branches from the Potter incident location. The CAL FIRE Report does not indicate that CAL FIRE collected parts of a tree branch or branches from the Potter incident location.

**Supplemental Timeline Information:**

The Potter Factual Summary contained a timeline of PG&E's actions at or impacting the incident location in the period immediately preceding CAL FIRE's designated start time until service to the incident location was restored. The following additional information is relevant to the Potter Factual Summary timeline.

- March 27, 2014: The subject tree was trimmed by Family Tree Service. PG&E's understanding based upon its records is that trimmers achieved at least 18 feet of clearance between the subject tree and the conductors.

- October 8, 11:34 PM: CAL FIRE Howard Forest Emergency Command Center received a report of a vegetation fire in a patch of blackberry bushes east of 13801 N. Busch Road, Potter Valley, CA.

**Supplemental Information Regarding Prior Inspections:**

Between October 2012 and October 2017, there were 14 vegetation management inspections of the incident location. PG&E's understanding based upon its records is that the subject tree was identified for routine work during one of those inspections in February 2014. The identified work was completed in March 2014. Between October 2012 and October 2017, there was one overhead inspection and one overhead patrol of the transmission line at or near the incident location. PG&E's understanding based upon its records is that the subject structure was not identified for work. Between October 2012 and October 2017, there was one intrusive inspection at or near the incident location. PG&E's understanding based upon its records is that the subject structure was not identified for work.

Below is a summary of vegetation management patrols and inspections, electric maintenance overhead patrols and inspections, and intrusive inspections performed at or near the incident location.

| Date | Event | Findings |
|---|---|---|
| 12/4/2012 | Western Environmental Consultants, Inc. ("WECI") performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 4/15/2013 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 6/6/2013 | A PG&E contractor performed an intrusive inspection. | PG&E's understanding based upon its records is that the subject structure was not identified for work. |
| 2/10/2014 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that two trees near the incident location were identified for routine trimming and that one of those trees was the subject tree. PG&E's understanding based upon its records is that Family Tree Service completed the work on March 27, 2014. |
| 4/10/2014 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 11/5/2014 – 11/10/2014 | PG&E performed a transmission overhead inspection. | PG&E's understanding based upon its records is that the subject structure was not identified for work. |
| 2/18/2015 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 2/20/2015 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 2/19/2016 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 4/1/2016 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 8/5/2016 | A PG&E contractor performed a Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

| Date | Event | Findings |
|---|---|---|
| 9/22/2016 | PG&E performed a transmission overhead patrol. | PG&E's understanding based upon its records is that the subject structure was not identified for work. |
| 10/17/2016 | A PG&E contractor performed a CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 1/27/2017 – 1/28/2017 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 2/28/2017 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 7/20/2017 | WECI performed a CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 8/8/2017 | WECI performed a CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

**Source List:**

| Source | Brief Description |
| --- | --- |
| CAL FIRE Report | CAL FIRE Investigation Report 17CAMEU012169, Redwood, http://calfire.ca.gov/fire_protection/downloads/FireReports/LE-80%20Redwood%20Incident%20Report_Redacted.pdf |
| PGE-CPUC_00017162 | Log of Evidence CAL FIRE collected |
| PGE-CPUC_00010351; PGE-CPUC_00010352 | Vegetation Management Work Requests |
| PGE-CPUC_00010171; PGE-CPUC_00010172; PGE-CPUC_00010173; PGE-CPUC_00010174; PGE-CPUC_00010175; PGE-CPUC_00010176; PGE-CPUC_00010177; PGE-CPUC_00010178; PGE-CPUC_00010179; PGE-CPUC_00010180; PGE-CPUC_00010182 | Vegetation Management Inspection Records |
| PGE-CPUC_00006364 | Pole Inspection Record |
| PGE-CPUC_00009754-00009759 | Transmission Overhead Detailed Inspection Records |
| PGE-CPUC_00012644; PGE-CPUC_00012645; PGE-CPUC_00012647; PGE-CPUC_00012648 | Vegetation Management CEMA Maps |
| PGE-CPUC_00011183; PGE-CPUC_00011388; PGE-CPUC_00011471; PGE-CPUC_00011986 | Yearly CEMA Projects |
| PGE-CPUC_00009748-00009753 | Transmission Overhead Air Patrol Records |