# EXHIBIT VV

## PRESSLEY INCIDENT DESCRIPTION & FACTUAL SUMMARY

**Background:**

According to CAL FIRE's website, the Pressley fire started at 1:30 AM on October 9, 2017. The CAL FIRE website lists the location of the Pressley Fire as "east of Rohnert Park" in Sonoma County, CA. The website further identifies latitude and longitude coordinates—38.36685, -122.64001 (the "incident location")—which fall within the Fairwind Farm property on 2276 Crane Canyon Road.

**Incident Overview:**



CAL FIRE's website lists Pressley as part of the "Nuns fire", which consists of six different fires: Adobe, Norrbom, Nuns, Oakmont, Partrick and Pressley. However, the Pressley fire did not merge with the other five fires.

**Timeline:**

The following is a timeline of events that took place in the period immediately preceding and immediately following the start time, according to CAL FIRE, of the Pressley fire.

| Event | Source(s) |
| --- | --- |
| October 9, 2017, 1:18 AM: PG&E's understanding based upon its records is that Line Recloser 478, which is upstream of the incident location, noted a single line to ground fault but did not open. | SCADA data |
| October 9, 2017, 1:30 AM: The Pressley fire start time according to CAL FIRE. | CAL FIRE website (http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1888) |
| October 9, 2017, 3:01 AM: Active fire was reported on Crane Canyon Road, Crane Creek Park and on Oak Springs Lane. | Emergency dispatch calls |

**Source List:**

| Source | Brief Description |
|---|---|
| Pressley Incident Information | Pressley Incident Information, CAL FIRE, http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1888 |
| REDCOM records | Emergency dispatch calls |
| SCADA | SCADA data |

2