# EXHIBIT WW

## SUPPLEMENT TO REDWOOD LOCATION FACT REPORT

**Supplemental Background Information:**

On June 8, 2018 CAL FIRE released its Final Report, 17CAMEU012169 ("CAL FIRE Report"). This report is publicly available via the following link on the CAL FIRE website: http://calfire.ca.gov/fire_protection/downloads/FireReports/LE-80%20Redwood%20Incident%20Report_Redacted.pdf.

According to the CAL FIRE Report, CAL FIRE started receiving reports of a vegetation fire in Potter Valley at 11:34 PM.

**Supplemental Evidence Collection Information:**

In the CAL FIRE Report, CAL FIRE reported that it collected a portion of a 12kV conductor, a fulgurite, and a fulgurite with a portion of a conductor from the Redwood Incident Location.

**Supplemental Timeline Information:**

The Redwood Location Fact Report contained a timeline of PG&E's actions at or impacting the incident location within a three-hour window on either side of the start time designated by CAL FIRE in the April 20, 2018 communication, which was October 8, 2017, 11:30 PM. The following additional information is relevant to the Redwood Location Fact Report timeline.

- October 8, 11:34 PM: CAL FIRE started receiving reports of a vegetation fire in Potter Valley.
- October 9, 12:27 AM: A CAL FIRE Heavy Fire Equipment Operator reported a new vegetation fire at Hawn Creek Road and Main Street.

**Supplemental Information Regarding Prior Inspections:**

Between October 2012 and October 2017, there were thirteen vegetation management inspections at or near the incident location. PG&E's understanding based upon its records is that the subject tree was never identified for work. Between May 2014 and October 2017, there were two electric maintenance overhead patrols and one electric maintenance overhead inspection. PG&E's understanding based upon its records is that the subject poles were not identified for work. Between May 2013 and October 2017, there was one intrusive inspection. PG&E's understanding based upon its records is that the subject poles were not identified for work.

Below is a summary of vegetation management patrols and inspections, electric maintenance overhead patrols and inspections, and intrusive inspections performed at or near the incident location.

| Date | Event | Findings |
|---|---|---|
| 12/3/2012 | Western Environmental Consultants, Inc. ("WECI") performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 1/4/13 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 5/7/2013 - 5/29/2013 | A PG&E contractor performed an intrusive pole inspection. | PG&E's understanding based upon its records is that the subject poles were not identified for work. |
| 2/7/14-2/12/14 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 5/5/2014 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that the subject poles were not identified for work. |
| 9/17/2014 | A PG&E contractor performed a Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 2/3/2015-2/20/2015 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 3/23/2015 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that eight electric corrective forms were created, but the subject poles were not identified for work. |
| 7/27/2015 | A PG&E contractor performed a CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 2/17/2016 – 2/18/16 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 3/17/16 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 3/30/2016 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that the subject poles were not identified for work. |
| 8/5/2016 | A PG&E contractor performed a CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 10/17/2016 | A PG&E contractor performed a CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

3

| Date | Event | Findings |
|---|---|---|
| 2/27/2017-2/28/2017 | WECI performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 7/20/2017 | WECI performed a CEMA patrol. | PG&E's understanding based upon its records is that the subject tree was not identified for work. |
| 8/8/2017 | WECI performed a CEMA patrol | PG&E's understanding based upon its records is that the subject tree was not identified for work. |

**Source List:**

| Source | Brief Description |
| --- | --- |
| August 2014 Patrol | August 2014 CEMA Patrol of the Potter Valley 1105 Circuit |
| CAL FIRE Report | CAL FIRE Investigation Report 17CAMEU012169, Redwood, http://calfire.ca.gov/fire_protection/downloads/FireReports/LE-80%20Redwood%20Incident%20Report_Redacted.pdf |
| December 2012 Inspection | December 2012 routine vegetation inspection of the Potter Valley 1105 Circuit |
| February 2014 Inspection | February 2014 routine vegetation inspection of the Potter Valley 1105 Circuit |
| February 2015 Inspection | February 2015 routine vegetation inspection of the Potter Valley 1105 Circuit |
| February 2016 Inspection | February 2016 routine vegetation inspection of the Potter Valley 1105 Circuit |
| February 2017 Inspection | February 2017 routine vegetation inspection of the Potter Valley 1105 Circuit |
| PGE-CPUC_00009688-00009736 | Electric Maintenance Overhead Inspection Records |
| PGE-CPUC_00009683; PGE-CPUC_00009737; PGE-CPUC_00009686; PGE-CPUC_00009739 | Electric Maintenance Overhead Patrol Records |
| PGE-CF_00004843; PGE-CF_00004849 | Pole Inspection Records |
| PGE-CF_00142703; PGE-CF_00142705; PGE-CPUC_00012645; PGE-CPUC_00012647; PGE-CPUC_00020768; PGE-CPUC_00020769 | Vegetation Management CEMA Maps |
| PGE-CPUC_00020762; PGE-CPUC_00020760; PGE-CPUC_00020758-00020759 | Vegetation Management Inspection Records |
| PGE-CPUC_00020756; PGE-CPUC_00020762- | Vegetation Management Work Requests |

4

| | |
|---|---|
| 00020763; PGE-CPUC_00020757; PGE-CPUC_00020761 | |
| PGE-CPUC_00011183; PGE-CPUC_00011388; PGE-CPUC_00011471; PGE-CPUC_00011986 | Yearly CEMA Projects |