# EXHIBIT XX

# SULLIVAN INCIDENT DESCRIPTION & FACTUAL SUMMARY

**Background:**

On October 15, 2017, PG&E filed an Electric Safety Incident Report (No. 171015-8573) concerning an incident that occurred near 4818 Sullivan Way, Santa Rosa, CA.  On November 13, 2017, PG&E filed a 20-Day Electric Incident Report (Reference No. E171008H), indicating that the location of the incident was near 4814 Sullivan Way, Santa Rosa, CA (the "incident location").  According to the Santa Rosa Fire Department, the fire started in the early morning of October 9, 2017 near the incident location.

As of the present date, neither CAL FIRE nor the CPUC has initiated an investigation or issued any statements related to the cause of the Sullivan Fire.

The Santa Rosa Fire Department prepared an incident report on the Sullivan fire, dated January 17, 2018, including a narrative of the investigation.  The narrative states, "[T]he fire appears to have been the result of a natural cause and consequence of the Red Flag weather event that occurred the night of October 8, 2017 and extended into the early morning hours of October 9, 2017.  Ignition of vegetation resulted from the arcing overhead power lines that were damaged by the extreme winds, spreading fire upslope and into the two structures." The narrative concludes, "Investigation closed."

**Incident Overview:**



Based on PG&E records, on October 8, the smart meter at service point 1008110728, which was at 4822 Sullivan Way, Santa Rosa, CA and downstream of Transformer 218106728921, failed to report interval data between 8:12 PM and midnight.  Based on PG&E records, the smart meter at service point 1008110727, which was at the incident location and downstream of Transformer 218106728921, failed to report interval data between 8:28 PM and midnight.

Based on PG&E records, on October 9, at 12:13 AM, nine other smart meters downstream of Transformer 218106728921 recorded NIC Power Down events.

According to the Santa Rosa Fire Department, on October 9, at 12:17 AM, an alarm went off at 4822 Sullivan Way, Santa Rosa, CA.  This location is adjacent to the incident location.  At 12:31 AM, the Santa Rosa Fire Department arrived at 4822 Sullivan Way, Santa Rosa, CA, and the "Last Unit Cleared" was recorded at 12:44 PM.  According to the Santa Rosa Fire Department, at 2:49 PM, an alarm went off at the incident location.  At 3:20 PM, the Santa Rosa Fire Department arrived at the incident location, and the

"Last Unit Cleared" was recorded at 10:34 PM.  Two structures, 4814 and 4822 Sullivan Way were damaged in the fire.

Based on PG&E records, on October 15, at 1:20 PM, a PG&E troubleman, Jon Kotula, was dispatched to Sullivan Way.  At 1:39 PM, the troubleman arrived near the incident location and requested a repair crew.  Based on PG&E records, this troubleman was the first responder to the Sullivan incident.  Kotula testified to this at his deposition.  Per the troubleman, when he arrived near the incident location, he saw that the self-protecting transformer upstream of the incident location had been tripped.  The troubleman then tested the voltage at the secondary to confirm that the line was deenergized, and the test confirmed that it was de-energized.

Per the troubleman, the secondary conductors at the area of interest were in a vertical rack construction.  The middle phase was a neutral line that was sagging beneath the lower phase.  There appeared to be evidence of arcing on the middle phase and the preform on the middle phase appeared to be broken.  The troubleman, Jon Kotula, prepared a form incident report for the Sullivan incident.  The incident report states that the copper wire on the opposite side of the pole with the broken preform was "pitted", the "4/0 neutral was sagging into hot leg on rack secondary" and "4/0 neutral had sagged below the 4/0 hot leg".

At 2:37 PM, a repair crew consisting of PG&E employees was dispatched to Sullivan Way.  At 4:16 PM, the arrival of a PG&E repair crew at the Sullivan incident location was recorded.  The repair crew repaired a secondary conductor that had been damaged with flash burns.  They also replaced connectors and a broken preform, before re-sagging one conductor.  At 6:26 PM, nine smart meters downstream of Transformer 218106728921 recorded "NIC Power Restore Trap" events.  The smart meters at service points 1008110727 and 1008110728 remained offline.

**Evidence Collection:**

PG&E collected a conductor and preform on October 16, 2017.

**Timeline:**

| Event |
|---|
| October 8, 2017, 8:12 PM:  The smart meter at service point 1008110728, which was at 4822 Sullivan Way, Santa Rosa, CA and downstream of Transformer 218106728921, failed to report interval data after 8:12 PM. |
| October 8, 2017, 8:28 PM:  Based on PG&E records, the smart meter at service point 1008110727, which was at 4814 Sullivan Way, Santa Rosa, CA and downstream of Transformer 218106728921, failed to report interval data after 8:28 PM. |
| October 9, 2017, 12:13 AM:  Nine other smart meters downstream of Transformer 218106728921 recorded NIC Power Down events. |

2

| **Event** |
|---|
| October 9, 2017, 12:17 AM:  According to the Santa Rosa Fire Department, an alarm went off at 4822 Sullivan Way, Santa Rosa, CA.  This location is adjacent to the incident location. |
| October 9, 2017, 12:31 AM:  According to the Santa Rosa Fire Department, the Santa Rosa Fire Department arrived at 4822 Sullivan Way, Santa Rosa, CA. |
| October 9, 2017, 12:44 PM:  According to the Santa Rosa Fire Department, the "Last Unit Cleared" was recorded. |
| October 9, 2017, 2:49 PM:  According to the Santa Rosa Fire Department, an alarm went off at 4814 Sullivan Way, Santa Rosa, CA. |
| October 9, 2017, 3:20 PM:  According to the Santa Rosa Fire Department, the Santa Rosa Fire Department arrived at 4814 Sullivan Way, Santa Rosa, CA. |
| October 9, 2017, 10:34 PM:  According to the Santa Rosa Fire Department, the "Last United Cleared" was recorded. |
| October 15, 2017, 1:20 PM:  PG&E's understanding based upon its records is that a PG&E troubleman was dispatched to Sullivan Way. |
| October 15, 2017, 1:39 PM:  PG&E's understanding based upon its records is that the PG&E troubleman arrived near the area of interest and requested a repair crew. |
| October 15, 2017, 2:37 PM:  PG&E's understanding based upon its records is that a repair crew was dispatched to Sullivan Way. |
| October 15, 2017, 4:16 PM: The arrival of a PG&E repair crew at the Sullivan incident location was recorded.  The crew repaired a secondary wire with "flash burn" marks, replaced a preform and all connectors and resagged one neutral line on or around Pole 102020529. |
| October 15, 2017, 6:26 PM:  Nine smart meters downstream of Transformer 218106728921 recorded "NIC Power Restore".  The smart meters at service points 1008110727 and 1008110728 remained offline. |
| October 18, 2017: Troubleman Jon Kotula submitted an incident report stating that a preform was broken at the insulator, a neutral line at the incident location was sagging into the hot conductor and the copper wire on the opposite side of the pole was "pitted". |

**Information Regarding Prior Inspections**

Between 2013 and October 2017, there were 18 inspections of the vegetation and electric equipment at the Sullivan incident location.  Below is a summary of overhead line patrols and inspections, vegetation management inspections, as well as the intrusive inspections of the poles at issue.

| Date | Event | Findings |
|---|---|---|
| 1/24/2013 & 2/8/2013 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that no issues were found in the location of interest. |
| 4/17/2013 | Western Environmental Consultants Inc. ("WECI") performed a vegetation management routine patrol of the area. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 1/10/2014 & 1/30/2014 | PG&E performed an electric maintenance overhead patrol of the area. | PG&E's understanding based upon its records is that no issues were found in the location of interest. |
| 5/15/2014 | WECI performed a vegetation management routine patrol of the area. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 1/9/2015 | PG&E performed an electric maintenance overhead patrol of the area. | PG&E's understanding based upon its records is that no issues were found in the location of interest. |
| 6/3/2015 | WECI performed a vegetation management routine patrol of the area. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 1/19/2016 | WECI performed a vegetation management routine patrol of the area. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 3/17/2016 – 3/18/2016 | PG&E performed an electric maintenance overhead detailed inspection of the area. | PG&E's understanding based upon its records is that the subject trees were not identified for work. PG&E's understanding based upon its records is that no issues were found in the location of interest. A high voltage sign was installed on the pole near 4811 Sullivan Way. |
| 8/29/2016 | PG&E performed a Catastrophic Event Memorandum Account ("CEMA") patrol of the area. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |

4

| Date | Event | Findings |
|---|---|---|
| 9/29/2016 | PG&E performed a CEMA patrol of the area. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 5/25/2016 – 8/27/2016 | PG&E performed a CEMA aerial patrol of the area. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 1/18/2017 | WECI performed a vegetation management routine patrol of the area. | PG&E's understanding based on its records is that the subject trees were not identified for work. |
| 3/20/2017 | PG&E performed an intrusive inspection on a pole near 4811 Sullivan Way. | PG&E's understanding based upon its records is that no issues were found. |
| 3/20/2017 | PG&E performed an intrusive inspection on a pole near 4819 Sullivan Way. | PG&E's understanding based upon its records is that no issues were found. |
| 3/23/2017 | PG&E performed an intrusive inspection on a pole near 4814 Sullivan Way. | PG&E's understanding based upon its records is that no issues were found. |
| 3/23/2017 | PG&E performed an intrusive inspection on a pole near 4819 Sullivan Way. | PG&E's understanding based upon its records is that no issues were found. |
| 3/28/2017 | PG&E responded to a customer call at 4814 Sullivan Way. | One tree at 4814 Sullivan Way was trimmed on 6/14/2017. PG&E's understanding based upon its records is that the subject trees were not identified for work. |
| 5/19/2017 & 5/31/2017 | PG&E performed an electric maintenance overhead patrol of the area. | PG&E's understanding based upon its records is that no issues were found in the location of interest. |
| 6/24/2017 - 6/28/2017 | PG&E performed a CEMA patrol of the area. | PG&E's understanding based upon its records is that the subject trees were not identified for work. |

**Source List:**

| Source | Brief Description |
|---|---|
| AMI Data | AMI Data for Smart Meters downstream of Transformer 218106728921. |
| PGE-NBF_0000097491 | EC tag #112714583, March 28, 2017 |
| PGE-NBF-0000112585 | EC Tag created by Jon Kotula and completed by Tala Atoe.  Dated 10/15/17 |
| PGE-NBF-0000099850 | EC tags #111474244 and 111474246, March 17, 2016 |
| PGE-NBF-0000099786; PGE-NBF-0000099778; PGE-NBF-0000099819; PGE-NBF-0000099822; PGE-NBF-0000099823; PGE-NBF-0000099825; PGE-NBF-0000099826; PGE-NBF-0000099830 PGE-NBF-0000099838; PGE-NBF-0000099842; PGE-NBF-0000099911; PGE-NBF-0000099912; PGE-NBF-0000099917; PGE-NBF-0000099920 | Electric Maintenance Overhead Patrol/Inspection Maps and Daily Logs |
| PGE-NBF-0000111744 | Kotula Incident Report, October 21, 2017 |
| PGE-NBF-0000092131 | OIS Report #1901300.  Indicates dispatch times and on-site times for the PG&E employees that responded to the Sullivan incident.  Dated 10/15/2017. |
| PGE-NBF-0000000403 | PG&E Evidence Log |
| PGE-NBF-0000117399; PGE-NBF-0000117403; PGE-NBF-0000117401; PGE-NBF-0000117405 | Pole Inspection Records |

| Santa Rosa Fire Department Incident Report (public record) | Santa Rosa Fire Department Incident Reports 2017-0025033 and 2017-0025091, January 23, 2018 |
|---|---|
| PGE-NBF-0000002758 | Sullivan 20-Day Electric Incident Report, Reference No. E171008H.  Dated 11/13/2017 |
| PGE-NBF-0000002877 | Sullivan Initial Electric Incident Report, No. 171015-8573, http://www.cpuc.ca.gov/uploadedFiles/CPUC_Public_Website/Content/Safety/USRB_FW_%20Electric%20Safety%20Incident%20Reported-%20PGE%20Incident%20No_%20%20171015-8573.pdf Dated 10/15/2017. |
| PGE-NBF-0000113642; PGE-NBF-0000113644; PGE-NBF-0000113646; 2016 CEMA Summary Data; 2017 CEMA Summary Data | Vegetation Management CEMA Records |
| April 2014 VM Patrol Records; May 2014 VM Patrol Records; June 2015 VM Patrol Records; January 2016 VM Patrol Records; January 2017 VM Patrol Records | Vegetation Management Patrol Records |