# EXHIBIT YY

**SUPPLEMENT TO SULPHUR INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

On June 8, 2018, CAL FIRE issued a press release stating that CAL FIRE investigators determined that the Sulphur Fire was caused by the failure of a PG&E power pole. CAL FIRE has not publicly released its investigation report.

**Supplemental Evidence Collection Information:**

PG&E indicated in the Sulphur Factual Summary that PG&E collected portions of Fuse Cutout Pole 1447, portions of the crossarm, and both ends of the conductors. PG&E also collected a communications wire from the incident location.

**Supplemental Timeline Information:**

The Sulphur Factual Summary contained a timeline of PG&E's actions at or impacting the incident location in the period immediately preceding CAL FIRE's designated start time until service to the incident location was restored. The following additional information is relevant to the Sulphur Factual Summary timeline.

- October 9, 2017, 12:53 AM: Lake County Fire Department received its first call regarding a fire on Sulphur Bank Road from an unknown individual.
- October 9, 2017, 1:09 AM: Lake County Fire Department arrived on scene for a fire on Sulphur Bank Road.

**Supplemental Information Regarding Prior Inspections:**

Between October 2012 and October 2017, there were three electric maintenance overhead patrols and one electric maintenance overhead inspection. PG&E's understanding based upon its records is that neither of the subject poles was identified for work during any of those inspections. Between 2013 and October 2017 there was one intrusive pole inspection. PG&E's understanding based upon its records is that the subject poles were not identified for work.

Below is a summary of the electric maintenance overhead patrols and inspections and intrusive pole inspections performed at or near the incident location.

| Date | Event | Findings |
|---|---|---|
| 04/08/2013 | PG&E performed an intrusive pole inspection. | PG&E's understanding based upon its records is that the subject poles were not identified for work. A comment on a report regarding a subject pole stated "Shell Rot/Decay, Insect or Animal Damage, Excessive Checking or Cracked". |

| Date | Event | Findings |
|---|---|---|
| 10/03/2013 – 10/04/2013 | PG&E performed an electric maintenance overhead inspection. | PG&E's understanding based upon its records is that the subject poles were not identified for work. |
| 10/12/2015 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that the subject poles were not identified for work. |
| 11/07/2016 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that the subject poles were not identified for work. |
| 02/28/2017 | PG&E performed an electric maintenance overhead patrol. | PG&E's understanding based upon its records is that the subject poles were not identified for work. |

After PG&E submitted the Sulphur Factual Summary to the CPUC, the CPUC requested information related to PG&E's Vegetation Control activities at the Sulphur incident location. The poles at the incident location are not within the State Responsibility Area, and therefore are not subject to the requirements of Public Resource Code § 4292.

**Source List:**

| Source | Brief Description |
|---|---|
| CAL FIRE Press Release | CAL FIRE Press Release, "CAL FIRE Investigators Determine Causes of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake and Napa Counties", June 8, 2018, https://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause.pdf |
| Lake County Fire Protection District Records | Lake County Fire Protection District Records |
| PGE-CPUC_00009774–PGE-CPUC_00009814 | Electric Maintenance Overhead Inspection Records |
| PGE-CF_00004352-PGE-CF_00004356; PGE-CPUC_00009815-PGE-CPUC_00009819; PGE-CPUC_00009820-PGE-CPUC_00009824 | Electric Maintenance Overhead Patrol Records |
| PGE-NBF-0000101474 | PG&E Response to CPUC August 16, 2018 Data Request, Sulphur Question 2 |
| PGE-CPUC_00006366–PGE-CPUC_00006379 | Pole Inspection Records |

3