# EXHIBIT ZZ

**SUPPLEMENT TO TUBBS INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

CAL FIRE has not yet announced any determination by CAL FIRE investigators as to the cause of the Tubbs Fire.

In the pending civil litigations concerning the North Bay Fires, PG&E has obtained information concerning customer-owned equipment located at 1128 Bennett Lane, Calistoga, CA, a property in Napa County owned by Ann Zink (the CPUC "incident location", as defined by the CPUC's December 7, 2017, letter). The evidence supports the conclusion that this equipment, located beyond PG&E's service delivery point, was planned, designed, installed, maintained and operated by third parties, not PG&E.

Ms. Zink's property at 1128 Bennett Lane consisted of a series of different structures prior to the Tubbs Fire, including a main house, a carport, a garage and a guest house adjacent to a swimming pool. PG&E provided electricity to the property via a tapline that ran northwest up a hill from Bennett Lane. That tapline, which connected to a distribution line running adjacent to Bennett Lane, serviced two properties: 1128 Bennett Lane and the neighboring home of 1200 Bennett Lane.

PG&E's lines connected to Ms. Zink's house through a service riser located on the roof. After the service delivery point, and therefore after the point at which PG&E had legal responsibility for operation, inspection and maintenance, Ms. Zink owned and maintained private electrical equipment on the property that provided electricity to the other structures on her property as well as certain pieces of equipment such as water pumps. Specifically, customer-owned lines extended from the house to a customer-owned pole located adjacent to the house. Two customer-owned lines branched off from this pole to feed power to different areas on the property. One of those lines ran to two other customer-owned power poles on the property, powering a water pump and a water storage tank. That line was strung along trees down the hill, and connected to and powered a pump located in Ms. Zink's well on Bennett Lane.

Since 1988, Michael Andrews has been the caretaker of Ms. Zink's property. Mr. Andrews has no electrical training and was not licensed to perform electrical work. In February 2017, Mr. Andrews was driving up Ms. Zink's driveway when he noticed that one of Ms. Zink's poles "had broken and was suspended about three and a half feet off the ground in the middle of the driveway". Mr. Andrews then looped a rope around the lines, "pulled them to where they would come off of the road" and could "stay suspended off the road by a stake", and tied the rope so he could proceed up the driveway. The broken pole, at least ten feet long, remained suspended in the air supported by Ms. Zink's electrical lines for approximately a week.

After purchasing a replacement for the "snapped" pole from a hardware store in Sonoma County, Mr. Andrews had DirtWorx, a company owned by third-party Drew Bohan, help him replace the pole. According to Mr. Andrews, Drew Bohan "arrived with his excavator, came up, dug out the pole—what was left of the old pole out of the ground,

dug a six-and-a-half-feet hole, and [they] installed the pole". Mr. Andrews then reattached the power lines to the pole with Derek Bohan, who, like Mr. Andrews, was not a licensed electrician at the time. The process of installing a new pole and reattaching the lines took about a week. Even though the lines had been suspended in the air for about a week—supporting a portion of broken pole at least ten feet in length—Mr. Andrews did not replace the lines or connection, but reattached the same lines to the new pole using the old connection. Mr. Andrews tied the lines to the pole. Derek Bohan did not recall checking the condition of the electrical equipment before or after it was reattached to the new pole. Mr. Bohan and Mr. Andrews testified that they did not obtain permits for this work. Other third-party witness testimony suggests that other repair work on the private electrical equipment was previously required and performed without permits.

When PG&E examined evidence at the incident location following the Tubbs Fire, PG&E observed that one of the customer-owned poles was severely burned at the top. Although PG&E has not yet had the opportunity to analyze the customer-owned equipment collected by CAL FIRE, the PG&E equipment that CAL FIRE collected was intact and appeared to be in working order, apart from a detached PG&E secondary service line which had detached from the fire-damaged home.

**Supplemental Incident Overview Information:**

In the Tubbs Factual Summary, PG&E explained that fuse 773 is the closest fuse upstream of the incident location, located on pole #102220385 ("pole with fuse 773"). That pole is adjacent to Bennett Lane, at the base of the hill on which Ms. Zink's property sits, located south of the main series of structures on Ms. Zink's property. PG&E has become aware that due to a mapping error, vegetation on the ground beneath the pole with fuse 773 should have been cleared pursuant to Public Resources Code ("PRC") 4292 prior to October 8, 2017, but was not.[1] The pole with fuse 773 is south / southeast from the Zink home and the location of her customer-owned equipment that exhibited signs of damage.

On the night of October 8, 2017, the government-owned weather stations at Santa Rosa and Hawkeye reported that the wind was blowing from the north / northeast to the south / southwest.[2] At 9:00 PM, these stations recorded wind speeds around 25 mph with sustained wind gusts around 60 mph.[3]

---

[1] California Public Resources Code § 4292 requires PG&E to maintain a firebreak of at least ten feet in radius around a utility pole if it is within a State Responsibility Area and has non-exempt equipment installed; a firebreak requires removal of all flammable materials including "ground litter, duff and dead or desiccated vegetation that will allow fire to spread" at ground level. A 2013 map drawn by a contractor mistakenly indicated that the pole with fuse 773 was within a Local Responsibility Area, which does not require a ten-foot firebreak. This mistake was not corrected prior to October 8, 2017, although it was identified in 2016.

[2] PG&E reserves the right to present evidence that wind speeds on October 8, 2017, were higher than those reported by the publicly available weather stations.

[3] PG&E reserves the right to present evidence that wind speeds on October 8, 2017, were higher than those reported by the publicly available weather stations.

Officer Dale Hoskins, the first responder on scene, testified that the winds on October 8 were moving southwest, and were "very intense", "strong" and "basically fast enough that you could hear it . . . [making] almost like a roaring sound". Another first responder, Fire Captain Jason Tamagni of the Calistoga Fire Department, testified that the conditions that night were "hot, dry [and] windy", and estimated that the wind was moving "over 50 miles per hour."

A number of witnesses have provided sworn testimony concerning the direction the Tubbs Fire spread in the early hours after it began. For example, Willard Hamilton, who lives at 3300 State Highway 128, observed fire on the Bennett Lane hill. Ronald Risi, who lives at 1177 Bennett Lane, also observed fire on the Bennett Lane hill and saw flames 20 feet off the ground between 10:04 and 10:09 PM. Mr. Risi testified that the fire was moving towards 1110 and 1108 Bennett Lane, but had not moved down to Bennett Lane itself when he observed the fire. Doug Towne, who lives at 3200 State Highway 128, observed fire on the Bennett Lane hillside between 9:45 and 10:00 PM. He testified that the fire was midway between the tops of the vineyards and the ridgeline of the hill on which 1128 Bennett Lane sits. Officer Hoskins testified that from his vantage point on the night of October 8 at 9:51 PM, near the intersection of State Highway 128 and North Fork Bennett Lane, the fire was "moving in the direction of the wind" as it crossed State Highway 128.

Photographs and videos from the night of October 8, 2017, also depict the early stages of the Tubbs Fire on the hillside where 1128 Bennett Lane is located.

Officer Hoskins, one of the first responders to the Tubbs Fire, testified that the intersection of State Highway 128 and Bennett Lane was the first area of fire he encountered and he took a photo immediately upon arriving at the scene at 9:48 PM. He testified that the area depicted in the bottom right of the photo, toward the direction of the pole with fuse 773, was not on fire. At approximately 9:52 PM, Officer Hoskins drove north on Bennett Lane to evacuate 1133 Bennett Lane, a residence on the right side of Bennett Lane facing east, with a driveway across the street from the pole with fuse 773. Officer Hoskins testified that, at that point in the night, across the street from 1133 Bennett Lane, the fire was 15 to 20 yards off the road and up on the Bennett Lane hillside.

One Calistoga firefighter, Rob Ebling, testified that he observed something that he believes was a wire down on Bennett Lane on October 8, 2017, at approximately 10:03 PM in the vicinity of the pole with fuse 773. Engineer Ebling drove one of two fire engines (Engine 19) that arrived at the intersection of Bennett Lane and State Highway 128 at approximately 9:57 PM on the night of October 8, 2017. He testified that when he backed up his fire engine and began to turn the corner onto Bennett Lane, he "saw what appeared to be a power line down." He estimated the power line was approximately fifteen feet off the ground, and would have contacted the top of his fire engine's windshield if he continued east on Bennett Lane. Firefighter Adam Ramirez, who rode in the fire engine with Engineer Ebling, testified that he only saw heavy smoke—not any power lines—and did not recall any specific reason given by Engineer Ebling for his decision to back up, except that it was not safe. Other first responders testified to not

3

seeing any wires down or failed electrical equipment on Bennett Lane itself, including Officer Hoskins, who drove on Bennett Lane multiple times on the night of October 8, 2017. Robert Villagomez, the PG&E troubleman who was the first PG&E responder on scene previously identified in the Tubbs Factual Summary, testified that he did not go further than the "buck pole" one span northeast of the pole with fuse 773, but that he did not recall seeing any lines down, sagging, evidence of arcing, pitting or deformation, any trees or branches down in that area, or any PG&E personnel cutting or removing trees. The only other failed PG&E equipment found at or near the incident location was a broken pole found by PG&E troublemen Jonathan Johnson and Phil Montoya, pole 102220410, located near 1270 Bennett Lane, but this was approximately 0.4 miles from the incident location and according to eyewitness testimony, the fire was not at that area prior to at least 12:30 AM to 1:00 AM on the morning of October 9, 2017.

**Supplemental Electrical Information:**

Since PG&E submitted its Factual Summary to the CPUC, PG&E has obtained additional information about the outages at or near the incident location on the night of October 8, 2017. Based on the data, there appear to be three fuses that operated in the vicinity of Bennett Lane between 8:46 PM (the first reported outage time) and 11:24 PM (when LR 734 opened) on October 8, 2017. Those fuses are 765, 773, and 3677. The operation of fuse 773, as it is the closest fuse upstream of the incident location, was described in the Tubbs Factual Summary.

The first outage in the area on October 8, 2017, was recorded by four smart meters downstream of fuse 3677. Fuse 3677 protects a different tap line than fuse 773 and is not downstream of fuse 773. The tap line downstream of fuse 3677 does not service 1128 Bennett Lane. There are seven total smart meters downstream of fuse 3677,[4] and three meters downstream of fuse 3677 recorded Last Gasp events at 8:46 PM on October 8, 2017, and one reported a NIC Power Down at 8:46 PM.[5]

Another outage in the area on October 8, 2017, is linked to fuse 765. Fuse 765 serves a tap line that is on the northwest side of State Highway 128, is located about half a mile

---

[4] Those smart meters have the following badge ID numbers: 1006667505, 5000001018, 1010081154, 1009535710, 1009554902, 1010057540 and 1009573554. Three of those smart meters did not record events at 8:46 PM on October 8, 2017, because two had stopped communicating with PG&E's smart meter network ("UIQ") on October 4, 2017, and October 7, 2017, respectively. The third did not transmit data to UIQ after 8:10 PM on October 8, 2017, and PG&E has been unable to download additional data since this time. PG&E believes that six of the seven smart meters downstream of fuse 3677 were destroyed by the fire.

[5] Civil plaintiffs have served various interrogatories asking about an outage at 8:51 PM on October 8, 2017, due to a posting on PG&E's outage website indicating an outage at that time. However, the operation of fuse 3677 is the source of the initial outage time of 8:51 PM that was posted on PG&E's customer-facing outage website. PG&E has confirmed that this is a function of how this outage website operates. When an outage is initially reported in a general area, subsequent outages merge with that first reported outage and become associated with that outage start time. However, smart meter outage information is not reported to PG&E's Outage Information System ("OIS") and the customer outage website until approximately five to eight minutes after a smart meter records an outage (to quality check that only sustained, rather than momentary, outages are captured) which is why the website listed 8:51 PM, rather than 8:46 PM, as the outage start time.

from fuse 773 and protects a different portion of the Calistoga 1101 Circuit than fuse 773. The line that is downstream of Fuse 765 does not service 1128 Bennett Lane. PG&E's records indicate that there was an outage downstream of fuse 765 at 8:51 PM. Based on PG&E's investigation, PG&E has been unable to confirm whether the four smart meters downstream of fuse 765 powered down at this time because none of the meters transmitted any usage data to PG&E's smart meter network ("UIQ") after 8:25 PM on October 8, 2017.[6] PG&E is unable to collect further data from these meters because PG&E believes that these meters were destroyed in the fire.[7] In the absence of any other data, PG&E's Outage Information System ("OIS") defaulted to assigning the fuse 765 outage the same start time as the earliest nearby outage. However, this outage could have occurred any time between 8:25 PM and 11:24 PM on October 8, 2017, which is the period from the time of the last meter communication to UIQ and the approximate time that an upstream protective device operated and thereby de-energized the line that fuse 765 protected.

In assessing whether events that could have caused Fuses 765 and 3677 to operate are relevant to the cause of the Tubbs Fire, the testimony of Officer Ryan Jung, another first responder to the Tubbs Fire, is relevant. The City of Calistoga produced Officer Jung's body camera footage from October 8, 2017, showing himself driving east on State Highway 128 for several minutes, including through the intersection with Bennett Lane at approximately 10:22 PM. This video also depicts Officer Jung driving past the pole with fuse 765 and the pole with fuse 3677. The poles containing these fuses are located on the northbound side of State Highway 128 and are roughly half a mile west of the 1128 Bennett Lane incident location. Officer Jung's video does not show fire at or near either pole as he drove past these poles, well after the start of the Tubbs Fire.

**Supplemental Evidence Collection Information:**

PG&E indicated in the Tubbs Factual Summary that CAL FIRE collected a set of three distribution line fuses at the pole with fuse 773, additional de-energized fuses and a de-energized, downed detached PG&E secondary service line composed of 2-strand aluminum triplex from a pole one span east and two spans north of the pole with fuse 773, and customer-owned connectors and a customer-owned electrical conductor from the Tubbs incident location. To the best of PG&E's knowledge, CAL FIRE has not collected additional evidence. However, as noted above, PG&E has not yet had the opportunity to examine evidence collected by CAL FIRE.

PG&E indicated in the Tubbs Factual Summary that PG&E collected sections of copper wire and several paper casings from the ground below the pole with fuse 773, sections of the burnt customer-owned service pole from the Tubbs incident location, the PG&E service pole one span east of the pole with fuse 773, a smart meter from 1200 Bennett Lane, and a conductor and portion of a tree from 1128 Bennett Lane. PG&E has not

---

[6] One of the four meters (badge ID number 1006763622) sent its last usage read to UIQ at 8:13 PM on October 8, 2017, and powered back on at 9:35 PM, but went back offline and did not send additional data to UIQ after 9:35 PM on October 8, 2017.

[7] The badge ID numbers for these meters are: 1006667502, 1005574246, 1006763622 and 1006667503.

5

collected additional evidence from the Tubbs incident location since it submitted the Tubbs Factual Summary to the CPUC.

**Supplemental Timeline Information:**

The Tubbs Factual Summary contained a timeline of PG&E's actions at or impacting the incident location in the period immediately preceding CAL FIRE's designated start time until service to the incident locations was restored. The following additional information is relevant to the Tubbs Fire timeline, and includes actions of first responders and third-party eyewitnesses at or impacting the incident location.

- October 8, 2017, 8:46 PM: three smart meters downstream of fuse 3677 recorded Last Gasp events at 8:46 PM on October 8, 2017, and one reported a NIC Power Down at 8:46 PM.[8]

- October 8, 2017, 9:20 PM: 21 smart meters downstream of fuse 773 reported outage events. 20 of those meters recorded NIC Power Down events (four of these meters also reported Last Gasps), and one meter recorded a Last Gasp.[9]

- October 8, 2017, 9:41 PM: Call to Napa 911 to report a fire. Call came from 3381 State Highway 128, south of 1128 Bennett Lane. Michelle Hickman is a resident at this address.

- October 8, 2017, 9:42 PM: 911 Caller reports a big fire at Old Faithful Geyser. Old Faithful Geyser is located at 1299 Tubbs Lane, Calistoga, CA 94515, east of Bennett Lane.

- October 8, 2017, 9:44 PM: Officer Hoskins hears Napa County Fire dispatching Calistoga Fire Department to a report of a fire on State Highway 128 across from Tubbs Lane and responded from Lerner Drive.

- October 8, 2017, 9:48 PM: Officer Hoskins arrives at Bennett Lane and State Highway 128 and begins evacuations. He takes a photo of the fire, which is time-stamped 9:48 PM.

- October 8, 2017, 9:52 PM (approximate): Officer Hoskins testified that at this time Engine 419 of Calistoga Fire Department arrives at Bennett Lane and State Highway 128. Officer Hoskins notifies residents to evacuate immediately over his patrol vehicle's PA system.

---

[8] These smart meters have the following badge ID numbers: 10006667505, 1010081154, 1009535710 and 5000001018.

[9] Since PG&E submitted the Tubbs Factual Summary to the CPUC, PG&E has been able to extract additional data from the Smart Meters collected by CAL FIRE. In addition, some meters have come back online and have recorded additional outage events.

- <u>October 8, 2017, 9:53 PM</u>: According to Calistoga Fire Department records, Calistoga Fire Department sounds the alarm.

- <u>October 8, 2017, 9:57 PM</u>: According to Calistoga Fire Department records, Calistoga Fire Captain Jason Tamagni and Firefighter Jaime Orozco (Engine 419) arrive at State Highway 128.

- <u>October 8, 2017, 9:58 PM (approximate)</u>: Calistoga Fire Engineer Rob Ebling and Firefighter Adam Ramirez (Engine 19) arrive at the intersection of Bennett Lane and State Highway 128.

**<u>Supplemental Information Regarding Prior Inspections:</u>**

Between May 2012 and October 2017, PG&E's understanding, based upon its records, is that there were four electric maintenance overhead patrols / inspections, thirteen vegetation management inspections and two intrusive wood pole inspections of each pole at or near the Tubbs incident location. Below is a summary of electric maintenance overhead patrols and inspections, vegetation management inspections and intrusive wood pole inspections of PG&E equipment that took place at or near the Tubbs incident location between May 2012 and October 2017.

| Date | Event | Findings |
| --- | --- | --- |
| 5/3/2012 | PG&E performed an electric maintenance overhead inspection of the Tubbs incident location. | PG&E's understanding based upon its records is that there were no findings. |

| Date | Event | Findings |
|---|---|---|
| 10/31/2012 – 01/30/2013 | UPT performed intrusive wood pole inspections. | PG&E's understanding based upon its records is that eight poles two spans in both directions from the Tubbs incident location passed their inspections. The poles and their dates of inspection are:<br><br>• Pole #102220382 on 10/31/2012;<br><br>• Pole #102220385 on 10/31/2012;<br><br>• Pole #102220388 on 10/31/2012;<br><br>• Pole #102220398 on 10/31/2012;<br><br>• Pole #102220397 on 10/31/2012; and<br><br>• Pole #102220387 on 10/31/2012;<br><br>• Pole #102220511 on 11/05/2012; and<br><br>• Pole #102220390 on 01/30/2013. |
| 6/18/2013 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |

8

| Date | Event | Findings |
|---|---|---|
| 6/19/2013 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |
| 7/1/2014 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |
| 7/24/2014 – 7/25/2014 | PG&E performed an electric maintenance overhead inspection of the Tubbs incident location. | PG&E's understanding based upon its records is that the following work was identified:<br><br>• Across from 1133 Bennett Lane: install a high voltage sign on the pole and trim above a guy insulator.<br><br>• Across from 1151 Bennett Lane: replace a decayed cross-arm and install high voltage signs.<br><br>• At 1128 Bennett Lane: free the guy wire from strain caused by a tree, trim vegetation above a guy insulator and install visibility strips on the pole. |

9

| Date | Event | Findings |
| --- | --- | --- |
| 8/13/2014 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |
| 8/15/2014 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |
| 6/4/2015 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |
| 6/8/2015 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |
| 8/12/2015 | PG&E performed an electric maintenance overhead patrol of the Tubbs incident location. | PG&E's understanding based upon its records is that there were no findings. |
| 3/1/2016 | Davey Resource Group performed a Catastrophic Event Memorandum Account ("CEMA") vegetation management inspection of the Tubbs incident location. | PG&E's understanding based upon its records is that there were no findings. |

| Date | Event | Findings |
|---|---|---|
| 7/14/2016 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |
| 7/20/2016 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |
| 7/25/2016 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |
| 11/3/2016 – 12/5/2016 | Davey Resource Group performed a CEMA vegetation management inspection of the Tubbs incident location. | PG&E's understanding based upon its records is that there were no findings. |
| 5/27/2017 | Davey Resource Group performed a vegetation management routine inspection. | PG&E's understanding based upon its records is that trees were identified for work, but there is no alleged subject tree associated with the incident location. |
| 8/24/2017 | PG&E performed an electric maintenance overhead patrol of the Tubbs incident location. | PG&E's understanding based upon its records is that there were no findings. |

| Date | Event | Findings |
|---|---|---|
| 10/28/2017 | Osmose performed intrusive wood pole inspections. | PG&E's understanding based upon its records is that ten poles two spans in both directions from the Tubbs incident location passed their inspections. The poles are:<br><br>• Pole #102220511;<br>• Pole #102220382;<br>• Pole #102220398;<br>• Pole #102220390;<br>• Pole #103781586;<br>• Pole #102220387;<br>• Pole #103224459;<br>• Pole #102220397;<br>• Pole #102220388; and<br>• Pole #102220385. |

**Source List:**

| Source | Brief Description |
|---|---|
| 14 Cal Code of Regs. § 1254 | 14 CCR § 1254. Minimum Clearance Provisions – PRC 4292 |
| PGE-NBF-0000100906 | 2013 Photo depicting service riser |
| PGE-CPUC_DR-081618 | 9/7/2018 response to the CPUC's October Wildfires 2017 Data Request |
| 0020-001-044 | Calistoga Fire Department Record |
| CPD00002 | Calistoga Police Department Record |
| PGE-CF_00001188; PGE-CF_00001208; PGE-CF_00001229 | Electric Corrective Work Forms |
| PGE-CPUC_00009827; PGE-CPUC_00009828; PGE-CPUC_00009877; PGE-CPUC_00009882 | Electric Distribution Maps |
| PGE-CPUC_00009825; PGE-CF_00001237; PGE-CF_00001287 | Electric Maintenance Patrol/Inspection Daily Logs |
| Rob Ebling Deposition Exhibit 0030-007 | Exhibit 0030-007 from Rob Ebling's deposition |
| Michael Andrews Deposition Exhibit 0038-009 | Exhibit 0038-009 from Michael Andrews' deposition |
| Paul Block Deposition Exhibit 0043-005 | Exhibit 0043-005 from Paul Block's deposition |
| Ryan Jung Deposition Exhibit 0045-003 | Exhibit 0045-003 from Ryan Jung's deposition |
| Willard Hamilton Deposition Exhibit 0048-002 | Exhibit 0048-002 from Willard Hamilton's deposition |
| Rebekah Turknett Deposition Exhibit 0055-001. | Exhibit 0055-001 from Rebekah Turknett's deposition |
| Marshall Hayman Deposition Exhibit 0056-009 | Exhibit 0056-009 from Marshall Hayman's deposition |
| Dale Hoskins Deposition Exhibits 0039-007; 0039-010 | Exhibits 0039-007 and 0039-010 from Dale Hoskins' deposition |
| James Pence Deposition Exhibits 0050-003–0050-008 | Exhibits 0050-003–0050-008 from James Pence's deposition |

| Source | Brief Description |
|---|---|
| Don Meyer Deposition Exhibits 0058-003–0058-10 | Exhibits 0058-003–0058-10 from Don Meyer's deposition |
| PGE-CPUC_00015375–00015377 | ILIS Outage Report 17-0086475 |
| 11/1/2017 Email from Shawn Zimmermaker to Maria De Luca | Letter from CAL FIRE requesting additional data from PG&E for CAL FIRE's investigations |
| PGE-CPUC_00007963 | Log of evidence that CAL FIRE collected |
| PGE-NBF-TP-0000000398; PGE-NBF-TP-0000000061 | Napa 911 Call Records |
| PGE-NBF-0000100905 | Photo depicting customer pole on the side of the house located on the Zink Property |
| PGE-CPUC_00006380; PGE-CPUC_00006382; PGE-CPUC_00006384; PGE-CPUC_00006386; PGE-CPUC_00006388; PGE-CPUC_00006389; PGE-CPUC_00006391; PGE-CPUC_00006392; PGE-CPUC_00006394; PGE-CPUC_00006396 | Pole Inspection Records |
| Cal. Pub. Res. Code § 4292 | PRC § 4292 |
| PGE-NBF-0000104097; PGE-NBF-0000104098 | Smart Meter Event and Interval Data Reports |
| PGE-CF-00136369 | Smart Meter Outage Report |
| Adam Ramirez Deposition Transcript | Transcript of Adam Ramirez's deposition taken 9/11/2018 |
| Dale Hoskins Deposition Transcript | Transcript of Dale Hoskins' deposition taken 10/5/2018 |
| Derek Bohan Deposition Transcript | Transcript of Derek Bohan's deposition taken 10/26/2018 |
| Douglas Towne Deposition Transcript | Transcript of Douglas Towne's deposition taken 12/4/2018 |
| James Herndon Deposition Transcript | Transcript of James Herndon's deposition taken 11/7/2018 |
| Jason Tamagni Deposition Transcript | Transcript of Jason Tamagni's deposition taken 8/3/2018 |
| Michael Andrews Deposition Transcript | Transcript of Michael Andrews' deposition taken 10/3/2018, and continued until a later date to be determined |

| **Source** | **Brief Description** |
|---|---|
| Michael McCoy Deposition Transcript | Transcript of Michael McCoy's deposition taken 11/8/2018 |
| Rob Ebling Deposition Transcript | Transcript of Rob Ebling's deposition taken 9/11/2018 |
| Robert Villagomez Deposition Transcript | Transcript of Robert Villagomez's deposition taken 9/26/2018 |
| Ronald Risi Deposition Transcript | Transcript of Ronald Risi's deposition taken 12/3/2018 |
| Willard Hamilton Deposition Transcript | Transcript of Willard Hamilton's deposition taken 11/7/2018 |
| PGE-NBF-0000002776 | Tubbs 20-Day Follow-On Electric Incident Report; sent to the CPUC on 11/27/2017 |
| PGE-CPUC-00012650; PGE-CPUC-00012651 | Vegetation Management CEMA Maps |
| PGE-CPUC_00010185; PGE-CPUC_00010186 | Vegetation Management Inspection Records |
| PGE-CF_00024980; PGE-CF_00024985; PGE-CF_00024986; PGE-CF_00024987; PGE-CF_00024988; PGE-CF_00024991; PGE-CF_00025021; PGE-CF_00025054; PGE-CF_00025128; PGE-CF_00025137; PGE-CF_00025144; PGE-CF_00025196; PGE-CF_00025207; PGE-CF_00025217; PGE-CF_00025228; PGE-CPUC_00010355; PGE-CPUC_00010359; PGE-CPUC_00010360 | Vegetation Management Work Request Records |
| PGE-NBF-0000085630 | Video recorded at Bennett Lane Winery in direction of Bennett Lane hill on the night of 10/8/2017 |