# EXHIBIT AAA

# 37 INCIDENT DESCRIPTION & FACTUAL SUMMARY

**Background:**

The 37 Fire occurred in Sonoma County on or around the night of October 8, 2017. According to the California Department of Forestry and Fire Prevention ("CAL FIRE"), it burned a total number of 1,660 acres. No structures were damaged as a result of the fire.

On June 8, 2018, CAL FIRE issued a press release concerning its investigation of the 37 Fire, as well as a redacted copy of its full investigation report (the "CAL FIRE Report"), which can be found at http://calfire.ca.gov/fire_protection/downloads/FireReports/ 17CAMRN002957(ThirtySeven)%20LE80%20Report_Redacted.pdf. CAL FIRE investigators determined that they "could not rule out the possibility of the high voltage electrical powerlines, which were located above the general origin area of starting the fire", but there were no violations of state law.

The CAL FIRE Report stated that on the night of October 8, 2017, a vegetation fire occurred near 7701 Lakeville Highway in the county of Sonoma (the "general origin area" or "GOA" as defined by the CAL FIRE Report). Per the CAL FIRE Report, the fire was first reported to Redwood Emergency Dispatch Communications Center ("REDCOM") on October 9, 2017 at 1:53 AM. Per CAL FIRE's website, the start time was October 9, 2017 at 2:00 PM.

The CAL FIRE Report stated that CAL FIRE was unable to adequately inspect the transmission line near the incident location, or identify any other evidence indicating PG&E's assets contributed to the fire. The CAL FIRE Report states that it was unable to rule out electrical as a cause of the fire.

**Incident Overview:**

PG&E records do not indicate any occurrences outside of normal operations at the GOA on the evening of October 8, 2017 or early in the morning on October 9, 2017. The CAL FIRE Report states that the GOA is located under two transmission lines. It further notes that Supervisory Control and Data Acquisition ("SCADA") data "showed no faults or electrical power outage within the area during the time of the fire". Per the CAL FIRE Report, CAL FIRE's investigator was unable to adequately inspect PG&E's transmission powerlines near the GOA due to numerous factors, including the height of the transmission powerlines, a partial (bottom-side) view of the line, and the placement of the sun at the time of the inspection. CAL FIRE "was unable to locate any direct physical evidence which links the cause for the fire to an electrical cause". After ruling out 9 other common causes of fire, the CAL FIRE Report concludes that CAL FIRE could not "rule out electrical as a cause due to the inability to adequately inspect the powerlines".

PG&E has become aware that Distribution Line Technician Joseph Greene, who PG&E identified as the First Responder to the 37 Fire, never inspected or accessed the GOA, which was situated under a transmission line.

**Evidence Collection:**

PG&E did not collect any evidence in connection with the 37 Fire. CAL FIRE collected a sample of primary distribution conductor approximately 0.2 miles from the GOA; however, the CAL FIRE Report does not mention this evidence. Rather, the Report states that CAL FIRE "was unable to locate any direct physical evidence which links the cause for the fire to an electrical cause."

**Timeline:**

The following timeline indicates CAL FIRE's designated start time and the first 911 call according to the CAL FIRE Report.

| **Event** |
| --- |
| October 8, 2017: CAL FIRE Report start time. |
| October 9, 2017, 1:53 AM: Per CAL FIRE, a fire in the area of Highway 37 and Lakeview Highway is first reported to REDCOM. |

2

**Source List:**

| Source | Brief Description |
|---|---|
| CAL FIRE Press Release | CAL FIRE Press Release, "CAL FIRE Investigators Determine Causes of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake, and Napa Counties", June 8, 2018, https://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause.pdf. |
| CAL FIRE Report | CAL FIRE Investigation Report 17CAMRN002957, 37 Fire, http://calfire.ca.gov/fire_protection/downloads/FireReports/17CAMRN002957(ThirtySeven)%20LE80%20Report_Redacted.pdf. |
| CAL FIRE Website | "37 Fire Incident Information", http://cdfdata.fire.ca.gov/incidents/incidents_details_info?incident_id=1882 (last updated Jan. 9, 2018). |
| Deposition Transcript of Joseph Greene | Deposition of PG&E Distribution Line Technician and First Responder Joseph Greene. |