United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC
COMPANY,

        Defendant.

_____/

No. CR 14-00175 WHA

**REQUEST FOR FURTHER
INFORMATION RE ATLAS FIRE**

By **JANUARY 10 AT NOON**, defendant Pacific Gas & Electric Company shall file all data, documents, and testimony underlying the reports PG&E submitted concerning the Atlas Fire (Exhs. M, FF) and shall further explain what privileged and non-privileged information has not been provided, supplying a privilege log as to any claim of privilege.  This order postpones the question of the adequacy of PG&E's response to the fourth question contained in the November 27 notice regarding California wildfires.

      **IT IS SO ORDERED.**

Dated: January 3, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE