IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. CR 14-00175 WHA

**REQUEST FOR FURTHER INFORMATION RE WIND CONDITIONS AND EQUIPMENT**

Also by **JANUARY 10 AT NOON**, defendant Pacific Gas & Electric Company shall submit, with respect to each of the eighteen October 2017 Northern California wildfires that the California Department of Forestry and Fire Protection has attributed to PG&E's facilities, a description of (a) the wind conditions in the vicinity of the fire's origin at the time the fire began, and (b) the equipment and type of power poles involved and the minimum spacing between the lines.

**IT IS SO ORDERED.**

Dated: January 4, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE