# EXHIBIT B

BEFORE THE PUBLIC UTILITIES COMMISSION
OF THE STATE OF CALIFORNIA

DECLARATION SUPPORTING CONFIDENTIAL DESIGNATION
ON BEHALF OF
PACIFIC GAS AND ELECTRIC COMPANY (U 39 E)

1. I, Meredith Allen, am the Senior Director, Regulatory Relations of Pacific Gas and Electric Company ("PG&E"), a California corporation. Robert Kenney, the Vice President, Regulatory Affairs of PG&E, delegated authority to me to sign this declaration. My business office is located at:

> Pacific Gas and Electric Company
> 77 Beale Street, Mail Code B10C
> San Francisco, CA 94105

2. PG&E will produce the information identified in paragraph 3 of this Declaration to the California Public Utilities Commission ("CPUC") or departments within or contractors retained by the CPUC in response to a CPUC audit, data request, proceeding, or other CPUC request.

3. Title and description of document(s): <u>20 Day Report for Electric Incident Report EI171008P.</u>

4. These documents contain confidential information that, based on my information and belief, has not been publicly disclosed. These documents have been marked as confidential, and the basis for confidential treatment and where the confidential information is located on the documents are identified on the following chart:

| Check | Basis for Confidential Treatment | Where Confidential Information is located on the documents |
|---|---|---|

PG&E Confidentiality Declaration 12/9/16

| | | |
|---|---|---|
| ☐ | Customer-specific data, which may include demand, loads, names, addresses, and billing data<br><br>(Protected under PUC § 8380; Civ. Code §§ 1798 *et seq.*; Govt. Code § 6254; Public Util. Code § 8380; Decisions (D.) 14-05-016, 04-08-055, 06-12-029; and General Order (G.O.) 77-M) | |
| ☐ | Personal information that identifies or describes an individual (including employees), which may include home address or phone number; SSN, driver's license, or passport numbers; education; financial matters; medical or employment history (not including PG&E job titles); and statements attributed to the individual<br><br>(Protected under Civ. Code §§ 1798 *et seq.* and G.O. 66-C) | |
| ☐ | Physical facility, cyber-security sensitive, or critical energy infrastructure data, including without limitation critical energy infrastructure information (CEII) as defined by the regulations of the Federal Energy Regulatory Commission at 18 C.F.R. § 388.113<br><br>(Protected under Govt Code § 6254(k), (ab); 6 U.S.C. § 131; 6 CFR §29.2) | |
| ☑ | Accident reports<br><br>(Protected under G.O. 66-C, 2.1) | Addresses of each incident (not including towns and counties), the circuit and pole identifying information only consistent with October 27, 2017 CPUC Legal Division Letter regarding Electric Incident Reports |
| ☐ | Commercial records that, if revealed, would place PG&E at an unfair business disadvantage, including market-sensitive data; business plans and strategies; long-term fuel buying and hedging plans; price, load, or demand forecasts; power purchase agreements within three years of execution; and internal financial information<br><br>(Protected under Govt Code §§ 6254, 6276.44; Evid Code § 1060; Civ. Code § 3426 *et seq.;* and G.O. 66-C, 2.2 (b)) | |
| ☐ | Proprietary and trade secret information or other intellectual property | |

|   |   |   |
|---|---|---|
|   | (Protected under Civ. Code § 3426 *et seq.*; Govt Code § 6254.15) |   |
| ☐ | Corporate financial records (Protected under Govt Code § 6254.15) |   |
| ☐ | Third-Party information subject to non-disclosure or confidentiality agreements or obligations (*See, eg.,* D.11-01-036) |   |
| ☐ | Other basis: _____ |   |

5. The importance of maintaining the confidentiality of this information outweighs any public interest in disclosure of this information. This information should be exempt from the public disclosure requirements under the Public Records Act and should be withheld from disclosure.

6. I declare under penalty of perjury that the foregoing is true, correct, and complete to the best of my knowledge.

7. Executed on this 20th day of November, 2017 at San Francisco, California.

              *Meredith Allen*
              Meredith Allen
              Senior Director, Regulatory Relations
              Pacific Gas and Electric Company

**PACIFIC GAS AND ELECTRIC COMPANY (U 39 E)**

**ATTACHMENT TO DECLARATION**

| ATTACHMENT NAME | DOCUMENT NAME | CATEGORY OF CONFIDENTIALITY | LOCATION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

PG&E Confidentiality Declaration 12/9/16

1

PGE-NBF-0000002823



**PACIFIC GAS AND ELECTRIC COMPANY**

# ELECTRIC INCIDENT REPORT FORM

### TO:  CALIFORNIA PUBLIC UTILITIES COMMISSION

| PG&E Reference Number: EI171008P | |
|---|---|
| CPUC Website | 10/23/2017 12:34:00 PM |
| **CPUC recipient** | **Date & Time CPUC notified** |
| 1-800-235-1076 | PG&E |
| **Telephone Number** | **Reported by** |
|  | 415-973-2782 |
|  | **Telephone Number** |

Report Type:   20 Day Report

☐ **INJURY/FATALITY:** An incident which results in a fatality or personal injury to an employee or 3rd party rising to the level of in-patient hospitalization and is attributable or allegedly attributable to utility owned electric facilities. Incidents involving motor vehicles are not reportable unless they result in death or injury attributable or allegedly attributable to electrical contact with the utility owned electric facilities.

☐ *MEDIA:*     An incident that is attributable or allegedly attributable to Pacific Gas and Electric owned electric facilities, and is subject to significant public attention and/or media coverage.

☒ **PROPERTY DAMAGE:**    A single electric incident where property damage of the utility or a single 3rd party is estimated to exceed $50,000 and is attributable or allegedly attributable to utility owned electric facilities.

☐ **OPERATOR JUDGEMENT:**     Any incident that is significant in the judgement of the operator, even though it may not meet the incident reporting criteria.

☐ **AIRCRAFT STRIKE:**    Any incident involving aircraft striking PGE facilities, even though it may not meet the incident reporting criteria.

| Initial Report Sent to CPUC – Date:   10/23/2017 | 20 Day Report Sent to CPUC – Date: 11/20/2017 |
|---|---|



PACIFIC GAS AND ELECTRIC COMPANY

# ELECTRIC INCIDENT REPORT FORM

**PG&E Reference Number: EI171008P**                                      20 Day Report

| | |
|---|---|
| **Date and Time of Incident:** | 10/8/2017, Time unknown |
| **Date and Time Incident Determined Reportable:** | 10/23/2017 12:32:00 PM |
| **Location of Incident:** | 3863 Atlas Peak Road |

| | | | | | |
|---|---|---|---|---|---|
| **City:** | Napa | **Region:** Northern | | **County:** | Napa |
| **Circuit/Facility:** | Pueblo 1104 | **Voltage:** 12 kV | | | |
| **Service interrupted (time and date):** | TBD | | **Total Customers affected:** | | TBD |
| **Service restored (time and date):** | TBD | | **Major Customers affected:** | | TBD |

**Description of Incident:**

On October 21, 2017, PG&E was granted access to the site located near 3683 Atlas Peak Road, City of Napa in Napa County to inspect the site, identify the subject tree and conduct measurements. PG&E found that a California Black Oak tree broke at its base and fell on the Pueblo 1104 (12 kV) Circuit, resulting in wires down. The butt of the tree was found to be completely burnt. PG&E reported in the initial EIR that the butt of the Oak tree was located 10 to 15 feet from the distribution conductors. Based on the subsequent measurements, the California Black Oak tree was rooted approximately 20 feet from the distribution conductors. The diameter at breast height of the tree could not be measured as Cal Fire had taken possession of a portion of the base. As reported in the initial EIR, Cal Fire has taken possession of the span of broken conductors and the base of the California Black Oak tree.

This information is preliminary and PG&E is continuing its review of the facts including weather conditions in the area. PG&E is fully cooperating with Cal Fire and the CPUC on their investigations.

**Facility Type:**   OH Primary

**Injured Party Information:**

**Property Damage Description:**   >$50,000