# EXHIBIT C



CA.gov   |   FAQs   |   Contact Us   |   Site Map   |   Translate

Search     ○ This Site   ● California

**HOME**   **ABOUT US**   **PROGRAMS**   **NEWSROOM**   **CAREERS**   **RESOURCES**

Last modified on Feb 09, 2018

## ATLAS FIRE (SOUTHERN LNU COMPLEX)

### Atlas Fire (Southern LNU Complex) Incident Information:

| | | |
|---|---|---|
| **Last Updated:** | February 9, 2018 9:37 am | FINAL |
| **Date/Time Started:** | October 8, 2017 9:52 pm | |
| **Administrative Unit:** | CAL FIRE Sonoma-Lake-Napa Unit | |
| **County:** | Napa County,Solano County | |
| **Location:** | Off of Altas Peak Rd, south of Lake Berryessa | |
| **Acres Burned - Containment:** | 51,624 acres - 100% contained | |
| **Structures Destroyed:** | 783 damaged / 120 destroyed | |
| **Cause:** | Under Investigation | |
| **Cooperating Agencies:** | CHP, Napa County OES, Sonoma County OES, Solano County OES, California State Parks, PG&E and CDCR. | |
| **Long/Lat:** | -122.24367/38.39206 | |
| **Conditions:** | State's Post Fire Watershed Emergency Response Report<br><br>Crews continue to mop-up and do tactical patrol throughout the fire area with unit resources assigned. | |
| **Phone Numbers** | (707) 266-6152 (Media Line) | |
| **Phone Numbers** | (707) 967-4207 (Information Line) | |

### California Statewide Fire Map



2018 Stat… ☆

Map data ©2019 Google, INEGI   Terms   100 mi

View California Fire Map in a larger map

**ATLAS FIRE (SOUTHERN LNU COMPLEX) MORE INFO**

- Atlas Fire (Southern LNU Complex) Information
- Incident Maps
- Photos
- News Releases
- Weather Information
- Telephone Numbers
- Special Notices
- Related Links

Back to Top   |   Conditions of Use   |   Privacy Policy   |   Contact Us   |   Site Map
Copyright © 2012 State of California