# EXHIBIT D

| Incident_Name | pge_badge_nbr | model_cd | prem_addr_line1_txt | prem_cty_nm | prem_st_abb | prem_zip_5_dgt | sp_id | ITVL_TS_PDT | COLLECTED_TS_PDT | CHNL1 | CHNL2 | CHNL3 | CHNL4 | CHNL5 | INSERT_PDT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atlas | Redacted | I210+DSH | 3029 ATLAS PEAK RD | NAPA | CA | 94558 | 2491369905 | | | | | | | | |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/9/2017 1:45 | 10/10/2017 16:33 | 0.134 | 0 | 238 | NULL | NULL | 10/10/2017 16:34 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/9/2017 1:30 | 10/10/2017 16:33 | 0.133 | 0 | 239 | NULL | NULL | 10/10/2017 16:34 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/9/2017 1:15 | 10/10/2017 16:33 | 0.093 | 0 | 239 | NULL | NULL | 10/10/2017 16:34 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/9/2017 1:00 | 10/10/2017 16:33 | 0.103 | 0 | 239 | NULL | NULL | 10/10/2017 16:34 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/9/2017 0:45 | 10/10/2017 16:33 | 0.154 | 0 | 238 | NULL | NULL | 10/10/2017 16:34 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/9/2017 0:30 | 10/9/2017 0:31 | 0.112 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/9/2017 0:15 | 10/9/2017 0:31 | 0.087 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/9/2017 0:00 | 10/9/2017 0:31 | 0.114 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 23:45 | 10/9/2017 0:31 | 0.155 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 23:30 | 10/9/2017 0:31 | 0.128 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 23:15 | 10/9/2017 0:31 | 0.128 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 23:00 | 10/9/2017 0:31 | 0.162 | 0 | 237 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 22:45 | 10/9/2017 0:31 | 0.156 | 0 | 237 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 22:30 | 10/9/2017 0:31 | 0.12 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 22:15 | 10/9/2017 0:31 | 0.116 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 22:00 | 10/9/2017 0:31 | 0.444 | 0 | 239 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 21:45 | 10/9/2017 0:31 | 0.52 | 0 | 237 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 21:30 | 10/9/2017 0:31 | 0.671 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 21:15 | 10/9/2017 0:31 | 0.679 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 21:00 | 10/9/2017 0:31 | 1.006 | 0 | 237 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 20:45 | 10/9/2017 0:31 | 0.134 | 0 | 238 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 20:30 | 10/9/2017 0:31 | 0.176 | 0 | 240 | NULL | NULL | 10/9/2017 0:31 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 20:15 | 10/8/2017 20:24 | 0.615 | 0 | 240 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 20:00 | 10/8/2017 20:24 | 1.003 | 0 | 239 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 19:45 | 10/8/2017 20:24 | 0.794 | 0 | 238 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 19:30 | 10/8/2017 20:24 | 0.841 | 0 | 238 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 19:15 | 10/8/2017 20:24 | 1.237 | 0 | 237 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 19:00 | 10/8/2017 20:24 | 0.978 | 0 | 237 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 18:45 | 10/8/2017 20:24 | 0.782 | 0 | 238 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 18:30 | 10/8/2017 20:24 | 0.759 | 0 | 238 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 18:15 | 10/8/2017 20:24 | 1.27 | 0 | 238 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 18:00 | 10/8/2017 20:24 | 1.274 | 0 | 238 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 17:45 | 10/8/2017 20:24 | 0.986 | 0 | 237 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 17:30 | 10/8/2017 20:24 | 0.07 | 0 | 238 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 17:15 | 10/8/2017 20:24 | 0.03 | 0 | 237 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 17:00 | 10/8/2017 20:24 | 0.001 | 0.035 | 238 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 16:45 | 10/8/2017 20:24 | 0.007 | 0.039 | 238 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 16:30 | 10/8/2017 20:24 | 0.005 | 0.018 | 237 | NULL | NULL | 10/8/2017 20:24 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 16:15 | 10/8/2017 16:28 | 0.001 | 0.094 | 238 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 16:00 | 10/8/2017 16:28 | 0 | 0.146 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 15:45 | 10/8/2017 16:28 | 0 | 0.174 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 15:30 | 10/8/2017 16:28 | 0 | 0.173 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 15:15 | 10/8/2017 16:28 | 0 | 0.166 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 15:00 | 10/8/2017 16:28 | 0 | 0.246 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 14:45 | 10/8/2017 16:28 | 0 | 0.236 | 240 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 14:30 | 10/8/2017 16:28 | 0 | 0.202 | 238 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 14:15 | 10/8/2017 16:28 | 0 | 0.271 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 14:00 | 10/8/2017 16:28 | 0 | 0.29 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 13:45 | 10/8/2017 16:28 | 0 | 0.297 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 13:30 | 10/8/2017 16:28 | 0 | 0.276 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 13:15 | 10/8/2017 16:28 | 0 | 0.288 | 238 | NULL | NULL | 10/8/2017 16:28 |

**Produced Natively: PGE-CF_00000048**

| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 13:00 | 10/8/2017 16:28 | 0 | 0.296 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 12:45 | 10/8/2017 16:28 | 0 | 0.31 | 239 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 12:30 | 10/8/2017 16:28 | 0 | 0.263 | 238 | NULL | NULL | 10/8/2017 16:28 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 12:15 | 10/8/2017 12:25 | 0 | 0.262 | 239 | NULL | NULL | 10/8/2017 12:25 |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 10/8/2017 12:00 | 10/8/2017 12:25 | 0 | 0.291 | 239 | NULL | NULL | 10/8/2017 12:25 |