# EXHIBIT E

| Incident_Name | pge_badge_nbr | model_cd | prem_addr_line1_txt | prem_cty_nm | prem_st_abb | prem_zip_5_dgt | sp_id | EVENT_ID | EVENT_TS_PDT | EVENT_LOG_ID | INSERT_TS_PDT | EVENT_TEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atlas | Redacted | I210+DSH | 3029 ATLAS PEAK RD | NAPA | CA | 94558 | 2491369905 | | | | | |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 12024 | 10/9/2017 1:54 | 4747712598 | 10/10/2017 16:34 | {{ZERO_CROSS}{86}{890}{}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 12022 | 10/9/2017 1:53 | 4747712597 | 10/10/2017 16:34 | {{844}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 15096 | 10/9/2017 1:45 | 4747712603 | 10/10/2017 16:34 | {{1}{17}{18}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 100007 | 10/9/2017 1:44 | 4742405267 | 10/9/2017 1:44 | {{001350030033cb43}{86}{2017-10-09 08:44:53}{2017-10-09 08:44:54}{8}{2017-10-09 08:39:12}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 100013 | 10/9/2017 1:39 | 4747712596 | 10/10/2017 16:34 | {{001350030033cb43}{Power Restore Event Log Entry Received. FW Version: 3.6.005c}{1970-01-01 00:00:14}{Boot counter: 86}{Flags: 0}{Die Core: }} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 12024 | 10/9/2017 1:38 | 4747712595 | 10/10/2017 16:34 | {{ZERO_CROSS}{85}{11517}{}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 15096 | 10/9/2017 0:15 | 4742193204 | 10/9/2017 0:31 | {{2}{15}{17}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 12022 | 10/8/2017 22:33 | 4742193178 | 10/9/2017 0:31 | {{424}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 100007 | 10/8/2017 22:33 | 4741790422 | 10/8/2017 22:33 | {{001350030033cb43}{85}{2017-10-09 05:33:25}{2017-10-09 05:33:27}{8}{2017-10-09 05:26:23}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 100013 | 10/8/2017 22:26 | 4742193177 | 10/9/2017 0:31 | {{001350030033cb43}{Power Restore Event Log Entry Received. FW Version: 3.6.005c}{1970-01-01 00:00:14}{Boot counter: 85}{Flags: 0}{Die Core: }} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 12024 | 10/8/2017 22:26 | 4742193176 | 10/9/2017 0:31 | {{ZERO_CROSS}{84}{2972}{}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 12022 | 10/8/2017 21:43 | 4742193175 | 10/9/2017 0:31 | {{375}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 100007 | 10/8/2017 21:42 | 4741726769 | 10/8/2017 21:42 | {{001350030033cb43}{84}{2017-10-09 04:42:29}{2017-10-09 04:42:31}{8}{2017-10-09 04:36:45}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 100013 | 10/8/2017 21:36 | 4742193174 | 10/9/2017 0:31 | {{001350030033cb43}{Power Restore Event Log Entry Received. FW Version: 3.6.005c}{1970-01-01 00:00:14}{Boot counter: 84}{Flags: 0}{Die Core: }} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 12024 | 10/8/2017 21:36 | 4742193173 | 10/9/2017 0:31 | {{ZERO_CROSS}{83}{946332}{}} |
| Atlas | Redacted | FOCUSDSH | 3683 ATLAS PEAK RD | NAPA | CA | 94558 | 3374688405 | 300081 | 10/8/2017 17:15 | 4741604999 | 10/8/2017 20:24 | {{001350030033cb43}} |

**Produced Natively: PGE-CF_00000049**