# EXHIBIT F

2/15/2018    dodappwlsprd02.comp.pge.com:8003/ilis_rpt/dailyeventlogdetail.jsp?odbeventlogid=17-0085211&numberofmonths=24&showchangehistorylog=1

Case 3:14-cr-00175-WHA Document 962-6 Filed 01/10/19 Page 2 of 6

## Silverado

### 17-0085211

**Outages**

| | | | |
|---|---|---|---|
| Circuit | 043291104, PUEBLO-1104 | District | Silverado |
| Type | Unplanned | Customer Minutes | **Sus** 413659   2694   413659   **CAIDI** 1055    Mom   **Adj Sus** |
| Customers | **CESO** 330   **CEMO** 1966   **ADJ CESO** 392   **Initial** 2296 | Weather | Clear;32-90 F |
| Active | NO | Fault Type | Line to Ground |
| Interval | Sustained | Action Required | No |
| EquipID | 1104/2 | Construction Type | OH |
| Equipment Type | Circuit Breaker | OIS Outage# | 1893954, 1899743 |
| Equipment Condition | Conductor, Overhead, Broken, wire on ground | Targets | BC GRD TGT |
| Crew Notified Time | | Supervisor Notified | |
| Equipment Address | PUEBLO SUB | | |
| Fault Location | RUPP, DONOVAN: 1633 ESTEE AVE | | |
| Previous Switching | 7217 CLOSE|1797 OPEN|T0947 COIS TWD T3618 CLOSE|T0124 COIS TWD T3101 OPEN|T3101 TWD T0124 OPEN|2717 OPEN|1880 CLOSE|T0945 TWD T0946 OPEN|T0946 TWD T0945 OPEN|2765 OPEN|2765BP CLOSE|1304 OPEN|7469 OPEN|807 OPEN|6879 OPEN|3623 OPEN|2631 OPEN|2583 OPEN|3469 OPEN|3467 OPEN | | |
| Details | BC & GRD TGT @ 47912 | | |
| Action Description | | | |
| Cause | Environmental/External, Fire, Forest/Grass | No Access Reason | Available |
| Distribution Wire Down | Yes | Wire Down Energized | No |
| Multi Damage Location | No | # of Operations | 2 |
| Counter Read | 250 | Created By | BGA6 |
| Outage Level | Distribution Circuit | Last Updated By | SMBATCH_FO |
| Responsible Organization | Distribution | Fault Location Info | |
| GPS MA Data | | Latitude & Longitude | |
| FNL | 10/08/17 21:32 | Reviewed By | KSA3 |
| End Date | 10/13/17 15:34 | Reviewed By Date | 10/17/17 23:14 |

**Actions**

| Date | Description | Customers Restored | Customers Out | Minutes Out | Customer Minutes |
|---|---|---|---|---|---|
| 10/08/17 21:32 | CB 1104/2 OPEN | 0 | 2296 | . | . |
| 10/08/17 21:32 | SECTIONALIZER 47912 OPEN | 0 | . | . | . |
| 10/08/17 21:32 | CB 1104/2 CLOSE | 1068 | 1228 | 0 | 0 |
| 10/08/17 21:33 | LINE RECLOSER 59106 OPEN | 0 | . | . | . |
| 10/08/17 21:34 | LINE RECLOSER 75462 OPEN | 0 | . | . | . |
| 10/08/17 21:35 | SECTIONALIZER 66864 CLOSE | 620 | 608 | 3 | 3684 |
| 10/08/17 21:35 | LINE RECLOSER 664 CLOSE | 278 | 330 | 3 | 3684 |
| 10/08/17 21:41 | DISABLED NAPA 1112, PUEBLO 1104 AND 1105 FA TAGGED CAUT | 0 | . | . | . |
| 10/08/17 22:42 | TMAN RUPP RPTS WIRE DOWN 1597 ESTEE AVE CUT IN THE CLEAR. FIRE ON ATLAS PEAK RD N/O REG 909 NEED TO DE-ENERGIZE | 0 | . | . | . |
| 10/08/17 22:42 | WIRE DOWN 1597 ESTEE AVE OPEN | 0 | . | . | . |
| 10/08/17 22:59 | TMAN RUPP OPENED LINE RECLOSER 640 DROPPING LD | -62 | 392 | 87 | 31404 |
| 10/08/17 23:10 | TMAN RUPP PULLED YELLOW HANDLE ON LR 640 | 0 | . | . | . |
| 10/09/17 00:05 | SWITCH 7217 OPEN | 0 | . | . | . |
| 10/09/17 00:13 | SECTIONALIZER 47912 CLOSE | 142 | 250 | 161 | 60412 |
| 10/09/17 00:35 | SWITCH 1797 CLOSE | 186 | 64 | 183 | 65912 |
| 10/09/17 00:47 | WSO2: UPDATED NO ACCESS - Fire Activity | 0 | . | . | . |

CONFIDENTIAL      PGE-CPUC_00013215

2/15/2018 dodappwlsprd02.comp.pge.com:8003/ilis_rpt/dailyeventlogdetail.jsp?odbeventlogid=17-0085211&numberofmonths=24&showchangehistorylog=1

Case 3:14-cr-00175-WHA  Document 962-6  Filed 01/10/19  Page 3 of 6

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/11/17 12:30 | Q4TTLT7: UPDATED NO ACCESS - Available | 0 | . | . | . |
| 10/12/17 09:55 | SW 1001 OPEN | 0 | . | . | . |
| 10/12/17 19:11 | LINE RECLOSER 640 CLOSE | 55 | 9 | 5619 | 413816 |
| 10/12/17 19:24 | SWITCH 1001 CLOSE (SWITCHING STEP FOUND ON 17-86186) | 7 | 2 | 5632 | 413933 |
| 10/13/17 10:20 | MESSER HOLDING OWN TAP LINE CLEARANCE FROM OJ AT 1597 TO EOL | 0 | . | . | . |
| 10/13/17 15:34 | WIRE DOWN 1597 ESTEE AVE CLOSE | 2 | 0 | 6842 | 416353 |
| 10/25/17 10:45 | OQT REPLAY OUTAGE FOR NO FO. UPDATE SWITCHING PER ABNORMAL STATES. UPDATED PREVIOUS SWITCHING CONSOLIDATING AND REMOVING DUPLICATES. REMOVED SWITCHING THAT BELONGS TO OTHER OUTAGES. UPDATED CUSTOMER COUNTS PER DMS. | 0 | . | . | . |

## Device History

| FNL | Outnum | Circuit ID | Customers Affected | Interval | Cause |
|---|---|---|---|---|---|
| 10/12/17 18:41 | 17-0087620 | 043291104 | 876 | Momentary | Unknown Cause, Patrol - not conducted |
| 10/08/17 21:32 | 17-0085211 | 043291104 | 2296 | Sustained | Environmental/External, Fire, Forest/Grass |
| 02/17/17 12:29 | 17-0024481 | 043291104 | 1875 | Momentary | Unknown Cause, Patrol - not conducted |
| 02/17/17 12:17 | 17-0024469 | 043291104 | 1882 | Momentary | Unknown Cause, Patrol - not conducted |
| 02/17/17 10:15 | 17-0022017 | 043291104 | 2266 | Momentary | Unknown Cause, Patrol - not conducted |
| 02/07/17 04:23 | 17-0018109 | 043291104 | 2291 | Sustained | Vegetation, Tree - branch fell on line |
| 01/13/16 08:54 | 16-0005839 | 043291104 | 39 | Momentary | Unknown Cause, Patrol - not conducted |

## Outage Data Change History  (Items with bold/blue Change Date have changed since last post) - Show Changes Since Last Post

| Change Date | Field Changed | Old Value | New Value | Changed By |
|---|---|---|---|---|
| 10/26/17 07:34 | Customers | 1705 | 2296 | JBG8 |
| 10/26/17 07:34 | End Date | 10/17/2017 16:20 | 10/13/2017 15:34 | JBG8 |
| 10/26/17 07:34 | Previous Switching | FUS 2389 OPEN MO (DMS# 1899218)\|FUS 3467 OPEN (DMS# 1898973)\|FUS 807 OPEN (DMS# 1898972)\|FUS 6879 OPEN (DMS# 1898975)\|SW 9595 OPEN (DMS# 1901273)\|SW 2606SW OPEN MO (DMS# 1901289)\|SW 1312 OPEN MO (DMS# 1901426)\|SW 2606SW OPEN (DMS# 1901289)\|FUS 2583 OPEN (DMS# 1898971)\|FUS 2717 OPEN\|FUS 2631 OPEN MO (DMS# 1898968)\|FUS 3467 OPEN MO (DMS# 1898973)\|FUS 2631 OPEN (DMS# 1898968)\|SW 1880 CLOSE\|FUS 3469 OPEN (DMS# 1898974)\|FUS 6879 OPEN MO (DMS# 1898975)\|FUS 3469 OPEN (DMS# 1898974)\|SW 1797 OPEN\|SW CLOSE\|COIS @ T-0946 TWD T-0945 OPEN\|FUS 7469 OPEN MO (DMS# 1898969)\|SBCO 3623 OPEN MO (DMS# 1901294)\|SW 7217 CLOSE\|FUS 7469 OPEN (DMS# 1898969)\|CIS T0945 TWD T0946 OPEN\|SW 2765BP CLOSE\|FUS 2765 OPEN\|T3101 COIS TWD T-124 OPEN\|FUS 2583 OPEN MO (DMS# 1898971)\|FUS 807 OPEN MO (DMS# 1898972) | 7217 CLOSE\|1797 OPEN\|T0947 COIS TWD T3618 CLOSE\|T0124 COIS TWD T3101 OPEN\|T3101 TWD T0124 OPEN\|2717 OPEN\|1880 CLOSE\|T0945 TWD T0946 OPEN\|T0946 TWD T0945 OPEN\|2765 OPEN\|2765BP CLOSE\|1304 OPEN\|7469 OPEN\|807 OPEN\|6879 OPEN\|3623 OPEN\|2631 OPEN\|2583 OPEN\|3469 OPEN\|3467 OPEN | JBG8 |
| 10/17/17 20:49 | Reviewed By | No Value | KSA3 | KSA3 |

## Outage Action Change History  (Items with bold/blue Action Date have changed since last post) - Show Changes Since Last Post

| Action Date | Description | Customers Restored | Changed By | Change Date | Edit Type |
|---|---|---|---|---|---|
| 10/25/2017 10:45 | OQT REPLAY OUTAGE FOR NO FO. UPDATE SWITCHING PER ABNORMAL STATES. UPDATED PREVIOUS SWITCHING CONSOLIDATING AND REMOVING DUPLICATES. REMOVED SWITCHING THAT BELONGS TO OTHER OUTAGES. UPDATED CUSTOMER COUNTS PER DMS. | 0 | jbg8 | 10/26/2017 07:34 | UPDATED |
| 10/25/2017 10:45 | OQT REPLAY OUTAGE FOR NO FO. UPDATE SWITCHING PER ABNORMAL STATES. UPDATED PREVIOUS SWITCHING CONSOLIDATING AND REMOVING DUPLICATES. REMOVED SWITCHING THAT BELONGS TO OTHER OUTAGES. UPDATED CUSTOMER COUNTS PER DMS. | 0 | jbg8 | 10/26/2017 07:34 | . |
| 10/25/2017 10:45 | OQT REPLAY OUTAGE FOR NO FO. UPDATE SWITCHING PER ABNORMAL STATES. UPDATED PREVIOUS SWITCHING CONSOLIDATING AND REMOVING DUPLICATES. REMOVED SWITCHING THAT BELONGS TO OTHER OUTAGES. UPDATED CUSTOMER COUNTS PER DMS. | 0 | jbg8 | 10/26/2017 07:34 | . |
| 10/25/2017 10:45 | OQT REPLAY OUTAGE FOR NO FO. UPDATE SWITCHING PER ABNORMAL STATES. UPDATED PREVIOUS SWITCHING CONSOLIDATING AND REMOVING DUPLICATES. REMOVED SWITCHING THAT BELONGS TO OTHER OUTAGES. UPDATED CUSTOMER COUNTS PER DMS. | 0 | jbg8 | 10/26/2017 07:34 | . |
| 10/16/2017 13:55 | SWITCH 5032 OPEN ON DEAD LINE | 0 | jbg8 | 10/26/2017 07:34 | DELETED |
| 10/13/2017 15:34 | WIRE DOWN 1597 ESTEE AVE CLOSE | 2 | jbg8 | 10/26/2017 07:34 | UPDATED |
| 10/13/2017 15:34 | WIRE DOWN 1597 ESTEE AVE CLOSE | 2 | jbg8 | 10/26/2017 07:34 | . |
| 10/13/2017 15:34 | WIRE DOWN 1597 ESTEE AVE CLOSE | 2 | jbg8 | 10/26/2017 07:34 | . |
| 10/13/2017 15:34 | WIRE DOWN 1597 ESTEE AVE CLOSE | 2 | jbg8 | 10/26/2017 07:34 | . |
| 10/13/2017 10:20 | MESSER HOLDING OWN TAP LINE CLEARANCE FROM OJ AT 1597 TO EOL | 0 | jbg8 | 10/26/2017 07:34 | UPDATED |
| 10/13/2017 10:20 | MESSER HOLDING OWN TAP LINE CLEARANCE FROM OJ AT 1597 TO EOL | 0 | jbg8 | 10/26/2017 07:34 | . |
| 10/13/2017 10:20 | MESSER HOLDING OWN TAP LINE CLEARANCE FROM OJ AT 1597 TO EOL | 0 | jbg8 | 10/26/2017 07:34 | . |

CONFIDENTIAL                                                                                                PGE-CPUC_00013216

2/15/2018  dodappwlsprd02.comp.pge.com:8003/ilis_rpt/dailyeventlogdetail.jsp?odbeventlogid=17-0085211&numberofmonths=24&showchangehistorylog=1

Case 3:14-cr-00175-WHA  Document 962-6  Filed 01/10/19  Page 4 of 6

| Date/Time | Event | Value | User | Updated |
|---|---|---|---|---|
| 10/13/2017 10:20 | MESSER HOLDING OWN TAP LINE CLEARANCE FROM OJ AT 1597 TO EOL | 0 | jbg8 | 10/26/2017 07:34 |
| 10/12/2017 19:24 | SWITCH 1001 CLOSE (SWITCHING STEP FOUND ON 17-86186) | 7 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/12/2017 19:24 | SWITCH 1001 CLOSE (SWITCHING STEP FOUND ON 17-86186) | 7 | jbg8 | 10/26/2017 07:34 |
| 10/12/2017 19:24 | SWITCH 1001 CLOSE (SWITCHING STEP FOUND ON 17-86186) | 7 | jbg8 | 10/26/2017 07:34 |
| 10/12/2017 19:24 | SWITCH 1001 CLOSE (SWITCHING STEP FOUND ON 17-86186) | 7 | jbg8 | 10/26/2017 07:34 |
| 10/12/2017 19:11 | LINE RECLOSER 640 CLOSE | 55 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/12/2017 19:11 | LINE RECLOSER 640 CLOSE | 55 | jbg8 | 10/26/2017 07:34 |
| 10/12/2017 19:11 | LINE RECLOSER 640 CLOSE | 55 | jbg8 | 10/26/2017 07:34 |
| 10/12/2017 19:11 | LINE RECLOSER 640 CLOSE | 55 | jbg8 | 10/26/2017 07:34 |
| 10/12/2017 09:55 | SW 1001 OPEN | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/12/2017 09:55 | SW 1001 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/12/2017 09:55 | SW 1001 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/12/2017 09:55 | SW 1001 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/11/2017 12:30 | Q4TTLT7: UPDATED NO ACCESS - Available | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/11/2017 12:30 | Q4TTLT7: UPDATED NO ACCESS - Available | 0 | jbg8 | 10/26/2017 07:34 |
| 10/11/2017 12:30 | Q4TTLT7: UPDATED NO ACCESS - Available | 0 | jbg8 | 10/26/2017 07:34 |
| 10/11/2017 12:30 | Q4TTLT7: UPDATED NO ACCESS - Available | 0 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:47 | WSO2: UPDATED NO ACCESS - Fire Activity | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/09/2017 00:47 | WSO2: UPDATED NO ACCESS - Fire Activity | 0 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:47 | WSO2: UPDATED NO ACCESS - Fire Activity | 0 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:47 | WSO2: UPDATED NO ACCESS - Fire Activity | 0 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:35 | SWITCH 1797 CLOSE | 186 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/09/2017 00:35 | SWITCH 1797 CLOSE | 186 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:35 | SWITCH 1797 CLOSE | 186 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:35 | SWITCH 1797 CLOSE | 186 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:13 | SECTIONALIZER 47912 CLOSE | 142 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/09/2017 00:13 | SECTIONALIZER 47912 CLOSE | 142 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:13 | SECTIONALIZER 47912 CLOSE | 142 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:13 | SECTIONALIZER 47912 CLOSE | 142 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:05 | SWITCH 7217 OPEN | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/09/2017 00:05 | SWITCH 7217 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:05 | SWITCH 7217 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/09/2017 00:05 | SWITCH 7217 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 23:10 | TMAN RUPP PULLED YELLOW HANDLE ON LR 640 | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 23:10 | TMAN RUPP PULLED YELLOW HANDLE ON LR 640 | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 23:10 | TMAN RUPP PULLED YELLOW HANDLE ON LR 640 | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 23:10 | TMAN RUPP PULLED YELLOW HANDLE ON LR 640 | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 22:59 | TMAN RUPP OPENED LINE RECLOSER 640 DROPPING LD | -62 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 22:59 | TMAN RUPP OPENED LINE RECLOSER 640 DROPPING LD | -62 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 22:59 | TMAN RUPP OPENED LINE RECLOSER 640 DROPPING LD | -62 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 22:59 | TMAN RUPP OPENED LINE RECLOSER 640 DROPPING LD | -62 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 22:42 | WIRE DOWN 1597 ESTEE AVE OPEN | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 22:42 | WIRE DOWN 1597 ESTEE AVE OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 22:42 | WIRE DOWN 1597 ESTEE AVE OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 22:42 | WIRE DOWN 1597 ESTEE AVE OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 22:42 | TMAN RUPP RPTS WIRE DOWN 1597 ESTEE AVE CUT IN THE CLEAR. FIRE ON ATLAS PEAK RD N/O REG 909 NEED TO DE-ENERGIZE | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 22:42 | TMAN RUPP RPTS WIRE DOWN 1597 ESTEE AVE CUT IN THE CLEAR. FIRE ON ATLAS PEAK RD N/O REG 909 NEED TO DE-ENERGIZE | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 22:42 | TMAN RUPP RPTS WIRE DOWN 1597 ESTEE AVE CUT IN THE CLEAR. FIRE ON ATLAS PEAK RD N/O REG 909 NEED TO DE-ENERGIZE | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 22:42 | TMAN RUPP RPTS WIRE DOWN 1597 ESTEE AVE CUT IN THE CLEAR. FIRE ON ATLAS PEAK RD N/O REG 909 NEED TO DE-ENERGIZE | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:41 | DISABLED NAPA 1112, PUEBLO 1104 AND 1105 FA TAGGED CAUT | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 21:41 | DISABLED NAPA 1112, PUEBLO 1104 AND 1105 FA TAGGED CAUT | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:41 | DISABLED NAPA 1112, PUEBLO 1104 AND 1105 FA TAGGED CAUT | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:35 | LINE RECLOSER 664 CLOSE | 278 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 21:35 | LINE RECLOSER 664 CLOSE | 278 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:35 | LINE RECLOSER 664 CLOSE | 278 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:35 | LINE RECLOSER 664 CLOSE | 278 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:35 | SECTIONALIZER 66864 CLOSE | 620 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 21:35 | SECTIONALIZER 66864 CLOSE | 620 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:35 | SECTIONALIZER 66864 CLOSE | 620 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:35 | SECTIONALIZER 66864 CLOSE | 620 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:34 | LINE RECLOSER 75462 OPEN | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 21:34 | LINE RECLOSER 75462 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:34 | LINE RECLOSER 75462 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:34 | LINE RECLOSER 75462 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:33 | LINE RECLOSER 59106 OPEN | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 21:33 | LINE RECLOSER 59106 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:33 | LINE RECLOSER 59106 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:33 | LINE RECLOSER 59106 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:32 | CB 1104/2 CLOSE | 1068 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 21:32 | CB 1104/2 CLOSE | 1068 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:32 | CB 1104/2 CLOSE | 1068 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:32 | CB 1104/2 CLOSE | 1068 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:32 | SECTIONALIZER 47912 OPEN | 0 | jbg8 | 10/26/2017 07:34 UPDATED |
| 10/08/2017 21:32 | SECTIONALIZER 47912 OPEN | 0 | jbg8 | 10/26/2017 07:34 |
| 10/08/2017 21:32 | SECTIONALIZER 47912 OPEN | 0 | jbg8 | 10/26/2017 07:34 |

CONFIDENTIAL

PGE-CPUC_00013217

2/15/2018 — dodappwlsprd02.comp.pge.com:8003/ilis_rpt/dailyeventlogdetail.jsp?odbeventlogid=17-0085211&numberofmonths=24&showchangehistorylog=1

Case 3:14-cr-00175-WHA Document 962-6 Filed 01/10/19 Page 5 of 6

| Date/Time | Event | Value | User | Timestamp | Status |
|---|---|---|---|---|---|
| 10/08/2017 21:32 | SECTIONALIZER 47912 OPEN | 0 | jbg8 | 10/26/2017 07:34 | |
| 10/08/2017 21:32 | CB 1104/2 OPEN | 0 | jbg8 | 10/26/2017 07:34 | UPDATED |
| 10/08/2017 21:32 | CB 1104/2 OPEN | 0 | jbg8 | 10/26/2017 07:34 | |
| 10/08/2017 21:32 | CB 1104/2 OPEN | 0 | jbg8 | 10/26/2017 07:34 | |
| 10/08/2017 21:32 | CB 1104/2 OPEN | 0 | jbg8 | 10/26/2017 07:34 | |
| 10/17/2017 16:20 | SWITCH 8894SW CLOSE | 93 | ksa3 | 10/17/2017 20:44 | DELETED |
| 10/17/2017 16:15 | SWITCH 8945SW CLOSE | 49 | ksa3 | 10/17/2017 20:43 | DELETED |
| 10/17/2017 16:14 | SWITCH 8896SW CLOSE | 75 | ksa3 | 10/17/2017 20:43 | DELETED |
| 10/17/2017 16:12 | SWITCH 5032 CLOSE | 0 | ksa3 | 10/17/2017 20:43 | DELETED |
| 10/17/2017 15:55 | SWITCH 8896SW OPEN | 0 | ksa3 | 10/17/2017 20:43 | DELETED |
| 10/17/2017 15:53 | SWITCH 8945SW OPEN | 0 | ksa3 | 10/17/2017 20:43 | DELETED |
| 10/17/2017 15:53 | SWITCH 8894SW OPEN | 0 | ksa3 | 10/17/2017 20:43 | DELETED |
| 10/16/2017 13:55 | SWITCH 5032 OPEN ON DEAD LINE | 0 | ksa3 | 10/17/2017 05:22 | DELETED |
| 10/16/2017 14:55 | SWITCH 1880 CLOSE | 30 | ksa3 | 10/17/2017 05:14 | DELETED |
| 10/16/2017 14:04 | SWITCH 8378 CLOSE | 81 | ksa3 | 10/17/2017 05:03 | DELETED |
| 10/16/2017 13:20 | FUSE 1817 CLOSE | 18 | ksa3 | 10/17/2017 04:55 | DELETED |
| 10/13/2017 15:34 | WIRE DOWN CLOSE | 2 | ksa3 | 10/13/2017 15:40 | DELETED |
| 10/13/2017 10:20 | MESSER HOLDING OWN TAP LINE CLEARANCE FROM OJ AT 1597 TO EOL | 0 | j4ws | 10/13/2017 10:28 | DELETED |
| 10/12/2017 22:10 | 2583 CLOSE | 9 | bga6 | 10/12/2017 22:39 | DELETED |
| 10/12/2017 22:04 | 807 CLOSE | 90 | bga6 | 10/12/2017 22:39 | DELETED |
| 10/12/2017 22:18 | SWITCH 5076 CLOSE (DMS# 1899743) | 39 | bga6 | 10/12/2017 22:36 | DELETED |
| 10/12/2017 22:15 | SWITCH 8900 OPEN (DMS# 1899743) | -39 | bga6 | 10/12/2017 22:35 | DELETED |
| 10/12/2017 22:02 | SWITCH 8900 CLOSE | 0 | bga6 | 10/12/2017 22:34 | DELETED |
| 10/12/2017 22:00 | SWITCH 5076 OPEN | 0 | bga6 | 10/12/2017 22:34 | DELETED |
| 10/12/2017 19:24 | SWITCH 1001 CLOSE | 7 | mst1 | 10/12/2017 19:25 | DELETED |
| 10/12/2017 19:11 | LINE RECLOSER 640 CLOSE | 55 | mst1 | 10/12/2017 19:11 | DELETED |
| 10/11/2017 12:30 | Q4TTLT7: UPDATED NO ACCESS - Available | 0 | Q4TTLT7 | 10/11/2017 12:30 | DELETED |
| 10/09/2017 00:47 | WSO2: UPDATED NO ACCESS - Fire Activity | 0 | WSO2 | 10/09/2017 00:47 | DELETED |
| 10/09/2017 00:35 | SWITCH 1797 CLOSE | 87 | ksa3 | 10/17/2017 20:49 | DELETED |
| 10/09/2017 00:13 | SECTIONALIZER 47912 CLOSE | 142 | ksa3 | 10/09/2017 00:23 | DELETED |
| 10/09/2017 00:05 | SWITCH 7217 OPEN | 0 | wso2 | 10/09/2017 00:13 | DELETED |
| 10/09/2017 00:04 | WIRE DOWN OPEN | 0 | wso2 | 10/09/2017 00:05 | DELETED |
| 10/08/2017 23:10 | TMAN RUPP PULLED YELLOW HANDLE ON LR 640 | 0 | wso2 | 10/08/2017 23:25 | DELETED |
| 10/08/2017 22:42 | TMAN RUPP RPTS WIRE DOWN 1597 ESTEE AVE CUT IN THE CLEAR. FIRE ON ATLAS PEAK RD N/O REG 909 NEED TO DE-ENERGIZE | 0 | wso2 | 10/09/2017 01:01 | DELETED |
| 10/08/2017 23:00 | TMAN RUPP OPENED LINE RECLOSER 640 DROPPING LD | -1001 | wso2 | 10/08/2017 23:24 | DELETED |
| 10/08/2017 21:32 | CB 1104/2 CLOSE | 1070 | bga6 | 10/08/2017 21:45 | DELETED |
| 10/08/2017 21:35 | LINE RECLOSER 664 CLOSE | 279 | bga6 | 10/08/2017 21:44 | DELETED |
| 10/08/2017 21:35 | SECTIONALIZER 66864 CLOSE | 619 | bga6 | 10/08/2017 21:43 | DELETED |
| 10/08/2017 21:33 | LINE RECLOSER 59106 OPEN | 0 | bga6 | 10/08/2017 21:42 | DELETED |
| 10/08/2017 21:34 | LINE RECLOSER 75462 OPEN | 0 | bga6 | 10/08/2017 21:42 | DELETED |
| 10/08/2017 21:41 | DISABLED NAPA 1112, PUEBLO 1104 AND 1105 FA TAGGED CAUT | 0 | bga6 | 10/08/2017 21:47 | DELETED |
| 10/08/2017 21:32 | SECTIONALIZER 47912 OPEN | 0 | bga6 | 10/08/2017 21:38 | DELETED |
| 10/08/2017 21:32 | CB 1104/2 OPEN | 0 | bga6 | 10/08/2017 21:37 | DELETED |

Outage Last Posted on

## Switching

| | | | |
|---|---|---|---|
| Type: | Unscheduled Clearance | Date R'cvd: | 10/08/17 Date Approved: 10/08/17 |
| Primary Circuit: | PUEBLO-1104 | Reason: | TROUBLE |
| Request By: | | Status: | Inactive |
| Switch Log #: | | Work Location: | ATLAS PEAK |

Switching Notes: 17-85211B LOG WRITTEN BY ACOSTA

| | Scheduled | Actual | |
|---|---|---|---|
| Switchlog Start | N/A | 10/08/17 19:26 | |
| Outage FNL | N/A | 10/08/17 21:32 | |
| Line Cleared | N/A | 10/12/17 19:27 | TMen: __ |
| Reports On | N/A | 10/12/17 19:27 | Man On: DAN BANDY |
| Reports Off | N/A | 10/12/17 21:02 | Reports On using ground(s) per tailboard form |
| SWT Start Restore | N/A | 10/12/17 22:33 | Reports Off ALL ground(s) removed per tailboard form |
| Outage End Time | N/A | 10/13/17 15:34 | |
| Switchlog End | N/A | 10/12/17 22:33 | |

## Clearance Points

| District Circuit | Action | Equip ID | Type | Equip Address |
|---|---|---|---|---|
| PUEBLO-1104 | _____ | 2583 | Jumpers | HIGH SIDE |
| PUEBLO-1104 | _____ | 807 | Jumpers | HIGH SIDE |

2/15/2018 dodappwlsprd02.comp.pge.com:8003/ilis_rpt/dailyeventlogdetail.jsp?odbeventlogid=17-0085211&numberofmonths=24&showchangehistorylog=1

Case 3:14-cr-00175-WHA   Document 962-6   Filed 01/10/19   Page 6 of 6

5/5

CONFIDENTIAL                                                                                       PGE-CPUC_00013219