# EXHIBIT G

**PACIFIC GAS AND ELECTRIC COMPANY**
**October 2017 Wildfires**
**CPUC Data Request – Common**

**Requesters: Leslie L. Palmer and Nicholas Sher**
**Request Date: November 21, 2017**

**Question 35:**
What type of conductor(s) was installed for each subject circuit prior to the incident?

**Response to Question 35:**
Below please find a list of the incident span conductor types as defined by the CPUC's letter dated December 20, 2017, prior to the incident.

| Incident Number | Incident Name | Incident Span Conductor Type |
|---|---|---|
| 171010-8558 | Adobe | 4AR (Aluminum Conductor, Steel Reinforced) |
| 171020-8589 | Atlas (Location 1) | 6CU (Copper) |
| 171023-8596 | Atlas (Location 2) | 6CU (Copper) |
| 171020-8591 | Cascade | 4AR (Aluminum Conductor, Steel Reinforced) |
| 171010-8557 | Cherokee | 4AR (Aluminum Conductor, Steel Reinforced) |
| 171013-8569 | La Porte | 4AR (Aluminum Conductor, Steel Reinforced) |
| 171012-8565 | Lobo | 4AR (Aluminum Conductor, Steel Reinforced) |
| 171011-8563 | McCourtney | 6CU (Copper) |
| 171020-8590 | Norrbom | 4CU (Copper) |
| 171016-8576 | Nuns (Location 1) | 1/0AL (Aluminum, Bare) |
| 171031-8606 | Nuns (Location 2) | 6CU (Copper) |
| 171020-8585 | Oakmont | 4AR (Aluminum Conductor, Steel Reinforced) |

| Incident Number | Incident Name | Incident Span Conductor Type |
|---|---|---|
| 171020-8586 | Partrick | 4AR (Aluminum Conductor, Steel Reinforced) |
| 171021-8592 | Pocket | 6CU (Copper) |
| 171009-8554 | Point | 2CU (Copper) |
| 171009-8553 | Potter / Redwood | 2CU (Copper) |
| 171011-8562 | Sulphur | 4AR (Aluminum Conductor, Steel Reinforced) |
| 171026-8601 | Tubbs | 6CU (Copper) |

*Response provided by:*

Karen O'Connor, Manager Distribution Asset Strategy & Development, Pacific Gas and Electric Company, 77 Beale Street, San Francisco, California 94105