# EXHIBIT H

# PACIFIC GAS AND ELECTRIC COMPANY
## October 2017 Wildfires
## CPUC Data Request – Common

**Requesters: Leslie L. Palmer and Nicholas Sher**
**Request Date: November 21, 2017**

**Question 36:**
When was the subject conductor(s) installed?

**Response to Question 36:**
Below please find a list of the install dates for the incident span conductors as defined by the CPUC's letter dated December 20, 2017.

| Incident Number | Incident Name | Incident Span Install Year |
|---|---|---|
| 171010-8558 | Adobe | 1966* |
| 171020-8589 | Atlas (Location 1) | 1930 |
| 171023-8596 | Atlas (Location 2) | 1930 |
| 171020-8591 | Cascade | 1980 |
| 171010-8557 | Cherokee | 1960 |
| 171013-8569 | La Porte | 1947 |
| 171012-8565 | Lobo | 1973 |
| 171011-8563 | McCourtney | 1985* |
| 171020-8590 | Norrbom | 1947 |
| 171016-8576 | Nuns (Location 1) | 1953 |
| 171031-8606 | Nuns (Location 2) | 1961 |

2

| Incident Number | Incident Name | Incident Span Install Year |
|---|---|---|
| 171020-8585 | Oakmont | 1965 |
| 171020-8586 | Partrick | 1981 |
| 171021-8592 | Pocket | 1946 |
| 171009-8554 | Point | 1948 |
| 171009-8553 | Potter / Redwood | 1947 |
| 171011-8562 | Sulphur | 1966 |
| 171026-8601 | Tubbs | 1944 |

\* PG&E has provided a best estimate of the installation year for Adobe and McCourtney conductors based on installation year of other assets near the conductor.

*Response provided by:*

Karen O'Connor, Manager Distribution Asset Strategy & Development, Pacific Gas and Electric Company, 77 Beale Street, San Francisco, California 94105

2