# EXHIBIT I

2/15/2018 dodappwlsprd02.comp.pge.com:8003/ilis_rpt/dailyeventlogdetail.jsp?odbeventlogid=17-0089255&numberofmonths=24&showchangehistorylog=1

Case 3:14-cr-00175-WHA   Document 962-9   Filed 01/10/19   Page 2 of 4

## Silverado

### 17-0089255

**Outages**

| | | | |
|---|---|---|---|
| Circuit | 043291104, PUEBLO-1104 | District | Silverado |
| Type | Unplanned | Customer Minutes | **Sus** 197680  **Mom** 0  **Adj Sus** 197680  **CAIDI** 19768 |
| Customers | **CESO** 10  **CEMO** 0  **ADJ CESO** 10  **Initial** 10 | Weather | Clear;32-90 F |
| Active | NO | Fault Type | Line to Ground |
| Interval | Sustained | Action Required | No |
| EquipID | SW 861209 | Construction Type | OH |
| Equipment Type | Jumpers | OIS Outage# | 1906414 |
| Equipment Condition | Pole-Wood, Broken | Targets | |
| Crew Notified Time | | Supervisor Notified | |
| Equipment Address | 6 SPAN LD SIDE OF FUCO 709 | | |
| Fault Location | MULTIPLE POLES | | |
| Previous Switching Details | 9595 OPEN | | |
| Action Description | | | |
| Cause | Equipment Failure/Involved, Overhead | No Access Reason | |
| Distribution Wire Down | No | Wire Down Energized | No |
| Multi Damage Location | No | # of Operations | |
| Counter Read | | Created By | D1LV |
| Outage Level | Distribution Circuit | Last Updated By | SMBATCH_FO |
| Responsible Organization | Distribution | Fault Location Info | |
| GPS MA Data | | Latitude & Longitude | |
| FNL | 10/08/17 22:59 | Reviewed By | D1LV |
| End Date | 10/22/17 16:27 | Reviewed By Date | 10/22/17 17:16 |

### Actions

| Date | Description | Customers Restored | Customers Out | Minutes Out | Customer Minutes |
|---|---|---|---|---|---|
| 10/08/17 22:59 | SBCO 861209 OPEN | 0 | 10 | . | . |
| 10/20/17 16:48 | T-MAN/BOCK OPEN SBCO 861209 ON A DEADLINE | 0 | . | . | . |
| 10/20/17 17:24 | T-MAN/BOCK RPTS CANNOT GO PAST THIS NEWLY INSTALLED SBCO 861209 DUE TO INVESTIGATION AREA | 0 | . | . | . |
| 10/22/17 09:12 | CREW/TITUS WLL HOLD HIS OWN TO EOL | 0 | . | . | . |
| 10/22/17 16:27 | CREW/TITUS CLO SW 861209 PICKING UP LD | 10 | 0 | 19768 | 197680 |
| 10/26/17 15:17 | OQT REPLAY OUTAGE. UPDATE FNL AND PREVIOUS SWITCHING. | 0 | . | . | . |

### Device History

| FNL | Outnum | Circuit ID | Customers Affected | Interval | Cause |
|---|---|---|---|---|---|
| 10/08/17 22:59 | 17-0089255 | 043291104 | 10 | Sustained | Equipment Failure/Involved, Overhead |

### Outage Data Change History  (Items with bold/blue Change Date have changed since last post)   - Show Changes Since Last Post

| Change Date | Field Changed | Old Value | New Value | Changed By |
|---|---|---|---|---|
| 10/26/17 15:17 | FNL | 10/08/2017 21:32 | 10/08/2017 22:59 | JBG8 |

CONFIDENTIAL                                                                                                                           PGE-CPUC_00013272

2/15/2018 dodappwlsprd02.comp.pge.com:8003/ilis_rpt/dailyeventlogdetail.jsp?odbeventlogid=17-0089255&numberofmonths=24&showchangehistorylog=1

Case 3:14-cr-00175-WHA   Document 962-9   Filed 01/10/19   Page 3 of 4

| 10/26/17 15:17 | Previous Switching | No Value | 9595 OPEN | JBG8 |
| 10/22/17 17:16 | Reviewed By | No Value | D1LV | D1LV |

## Outage Action Change History (Items with bold/blue Action Date have changed since last post) - Show Changes Since Last Post

| Action Date | Description | Customers Restored | Changed By | Change Date | Edit Type |
|---|---|---|---|---|---|
| 10/26/2017 15:17 | OQT REPLAY OUTAGE. UPDATE FNL AND PREVIOUS SWITCHING. | 0 | jbg8 | 10/26/2017 15:17 | UPDATED |
| 10/26/2017 15:17 | OQT REPLAY OUTAGE. UPDATE FNL AND PREVIOUS SWITCHING. | 0 | jbg8 | 10/26/2017 15:17 | . |
| 10/22/2017 16:27 | CREW/TITUS CLO SW 861209 PICKING UP LD | 10 | jbg8 | 10/26/2017 15:17 | UPDATED |
| 10/22/2017 16:27 | CREW/TITUS CLO SW 861209 PICKING UP LD | 10 | jbg8 | 10/26/2017 15:17 | . |
| 10/22/2017 09:12 | CREW/TITUS WLL HOLD HIS OWN TO EOL | 0 | jbg8 | 10/26/2017 15:17 | UPDATED |
| 10/22/2017 09:12 | CREW/TITUS WLL HOLD HIS OWN TO EOL | 0 | jbg8 | 10/26/2017 15:17 | . |
| 10/20/2017 17:24 | T-MAN/BOCK RPTS CANNOT GO PAST THIS NEWLY INSTALLED SBCO 861209 DUE TO INVESTIGATION AREA | 0 | jbg8 | 10/26/2017 15:17 | UPDATED |
| 10/20/2017 17:24 | T-MAN/BOCK RPTS CANNOT GO PAST THIS NEWLY INSTALLED SBCO 861209 DUE TO INVESTIGATION AREA | 0 | jbg8 | 10/26/2017 15:17 | . |
| 10/20/2017 16:48 | T-MAN/BOCK OPEN SBCO 861209 ON A DEADLINE | 0 | jbg8 | 10/26/2017 15:17 | UPDATED |
| 10/20/2017 16:48 | T-MAN/BOCK OPEN SBCO 861209 ON A DEADLINE | 0 | jbg8 | 10/26/2017 15:17 | . |
| 10/08/2017 22:59 | SBCO 861209 OPEN | 0 | jbg8 | 10/26/2017 15:17 | UPDATED |
| 10/08/2017 22:59 | SBCO 861209 OPEN | 0 | jbg8 | 10/26/2017 15:17 | . |
| 10/22/2017 16:27 | CREW/TITUS CLO SW 861209 PICKING UP LD | 10 | jbg8 | 10/26/2017 15:06 | DELETED |
| 10/20/2017 16:48 | T-MAN/BOCK OPEN SBCO 861209 ON A DEADLINE | 0 | jbg8 | 10/26/2017 15:06 | DELETED |
| 10/22/2017 09:12 | CREW/TITUS WLL HOLD HIS OWN TO EOL | 0 | jbg8 | 10/26/2017 15:06 | DELETED |
| 10/08/2017 22:59 | SBCO 861209 OPEN | 0 | jbg8 | 10/26/2017 15:06 | DELETED |
| 10/20/2017 17:24 | T-MAN/BOCK RPTS CANNOT GO PAST THIS NEWLY INSTALLED SBCO 861209 DUE TO INVESTIGATION AREA | 0 | jbg8 | 10/26/2017 15:06 | DELETED |
| 10/22/2017 16:27 | CREW/TITUS CLO SW 861209 PICKING UP LD | 10 | d1lv | 10/22/2017 17:16 | DELETED |
| 10/22/2017 09:12 | CREW/TITUS WLL HOLD HIS OWN TO EOL | 0 | d1lv | 10/22/2017 09:13 | DELETED |
| 10/20/2017 17:24 | T-MAN/BOCK RPTS CANNOT GO PAST THIS NEWLY INSTALLED SBCO 861209 DUE TO INVESTIGATION AREA | 0 | d1lv | 10/20/2017 17:24 | DELETED |
| 10/20/2017 16:48 | T-MAN/BOCK OPEN SBCO 861209 ON A DEADLINE | 0 | d1lv | 10/20/2017 16:49 | DELETED |

Outage Last Posted on

CONFIDENTIAL                                                                                                          PGE-CPUC_00013273

CONFIDENTIAL

PGE-CPUC_00013274