# EXHIBIT J

**Last Updated: 03/12/2018**

| Incident Number | Incident Name | Collection Location | Item | Item Description |
|---|---|---|---|---|
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Bracket | Rack secondary bracket |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Conductor (Copper Wire) | 3 sections of #6 copper wire |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Cross Arm | 8 foot cross arm |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Insulator | 2 insulators |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Steel Gasket | Steel gasket |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Tree Wire | Four sections of primary tree wire |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Tree Wire | Two sections of primary tree wire - middle |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Tree Wire | Primary tree wire - center phase of western pole |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Tree Wire | Primary tree wire - south phase of western pole |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Tree Wire | Primary tree wire - with red tape |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Tree Wire | Tree wire far west |
| 171020-8589 | Atlas (Location 1) | 4011 Atlas Peak Rd Napa, CA 94558 | Conductor (Copper Wire) | 6 solid copper wire |
| 171020-8589 | Atlas (Location 1) | 4011 Atlas Peak Rd Napa, CA 94558 | Insulator | Insulator |
| 171020-8589 | Atlas (Location 1) | 4011 Atlas Peak Rd Napa, CA 94558 | Valley Oak Tree Branch | Branch from valley oak tree |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Conductor (Copper Wire) | #6 solid copper wire - north side |
| 171023-8597 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Conductor (Copper Wire) | #6 solid copper wire - south side |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Oak Tree trunk | Portion of the bottom of oak tree trunk |
| 171020-8591 | Cascade | 13916 Cascade Way Browns Valley, CA 95918 | Conductor | One (1) span (2 phases) of #4 ACSR conductor (approx. length 102'-7" ea.) with attached automatic dead end connections on each end, and a jumper wire (from the south pole, westerly most span connector), and a service drop wire we disconnected from the transformer, and burnt open on the other end) |

| | | | | |
|---|---|---|---|---|
| 171020-8591 | Cascade | 13916 Cascade Way<br>Browns Valley, CA 95918 | Customer Equipment | Believe they took customer meter panel and extension type cord (they may have recovered other evidence) |
| 171010-8557 | Cherokee | 3401 Cherokee Rd<br>Oroville, CA 95965 | Conductor | One end of burnt open conductor that was on the ground (the t-man cut it in the clear per Cal Fire's request at the site) |
| 171013-8569 | La Porte | 167 Darby Rd<br>Bangor, CA 95914 | Conductor | #4 ACSR line (a burnt open end of the line down was cut and removed) |
| 171013-8569 | La Porte | 167 Darby Rd<br>Bangor, CA 95914 | Tree Branch | Some sections of a tree branch(s), based on various branch cuttings at the scene. |
| 171012-8565 | Lobo | 11218 Lone Lobo Trail, Nevada City | Conductor | 2 sections of PG&E's conductor which they had our crew remove |
| 171012-8565 | Lobo | 11218 Lone Lobo Trail, Nevada City | Tree Trunk | Portion(s) of the ponderosa pine which broke and fell on lines |
| 171011-8563 | McCourtney | McCourtney Rd., lot across from Fairgrounds gate, Grass Valley | Cable | Cable running from Line Reclosure and Controller |
| 171011-8563 | McCourtney | McCourtney Rd., lot across from Fairgrounds gate, Grass Valley | Conductor | Conductor section on the ground by the Line Reclosure. |
| 171011-8563 | McCourtney | McCourtney Rd., lot across from Fairgrounds gate, Grass Valley | Line Recloser | McGraw Eddison Auto Reclosure type RXE, ser# 1486 |
| 171011-8563 | McCourtney | McCourtney Rd., lot across from Fairgrounds gate, Grass Valley | Line Recloser Controller | Controller associated with the Line Reclosure |
| 171011-8563 | McCourtney | McCourtney Rd., lot across from Fairgrounds gate, Grass Valley | Wire Lead and Connector | Wire lead and connnector on upstream/source side jumper for the line reclosure and the chance clamp (#2 ACSR and 2 strand copper). |
| 171011-8563 | McCourtney | 11253 Orion Way<br>Grass Valley, CA 95949 | Tree Trunk | Section of the base of the tree near the break point on the upper tree section |
| 171011-8563 | McCourtney | 11253 Orion Way<br>Grass Valley, CA 95949 | Tree Trunk | Section of the same tree that may be near a cancer |
| 171020-8590 | Norrbom | 16250 Norrebom, Sonoma | Conductor (Copper Wire) | 4 strand copper wire - road side |
| 171020-8590 | Norrbom | 16250 Norrebom, Sonoma | Conductor (Copper Wire) | 4 strand copper wire - canyon side |
| 171016-8576 | Nuns (Location 1) | 1210 Nuns Canyon Road<br>Glen Ellen, CA 95442 | Insulator | 2 road side dead end insulators |
| 171016-8576 | Nuns (Location 1) | 1210 Nuns Canyon Road<br>Glen Ellen, CA 95442 | Red Alder Tree Limb | Red Alder Tree Limb |
| 171016-8576 | Nuns (Location 1) | 1210 Nuns Canyon Road<br>Glen Ellen, CA 95442 | Secondary | Aluminum secondary - road side |
| 171016-8576 | Nuns (Location 1) | 1210 Nuns Canyon Road<br>Glen Ellen, CA 95442 | Secondary | Aluminum secondary - center phase |
| 171016-8576 | Nuns (Location 1) | 1210 Nuns Canyon Road<br>Glen Ellen, CA 95442 | Wood Pin | Wood Pin - road side |

| | | | | |
|---|---|---|---|---|
| 171016-8576 | Nuns (Location 1) | 1210 Nuns Canyon Road Glen Ellen, CA 95442 | Wood Pin | Wood Pin - center side |
| 171020-8585 | Oakmont | 8000 Pythian Road, cutout 1251 off Dunbar 1101, 38.27.377N 122.34.998W | Conductor | 2 sections of #4 ACSR Aluminum Wire - field side |
| 171020-8585 | Oakmont | 8000 Pythian Road, cutout 1251 off Dunbar 1101, 38.27.377N 122.34.998W | Conductor | 2 sections of #4 ACSR Aluminum Wire - road side |
| 171020-8586 | Partrick | 1713 Partrick Rd Napa, CA 94558 | Aluminum wire | #4 ACSR Aluminum wire - field phase, uphill side |
| 171020-8586 | Partrick | 1713 Partrick Rd Napa, CA 94558 | Aluminum wire | #4 ACSR Aluminum wire - field phase, transformer side |
| 171020-8586 | Partrick | 1713 Partrick Rd Napa, CA 94558 | Conductor | #4 ACSR Wire |
| 171020-8586 | Partrick | 1713 Partrick Rd Napa, CA 94558 | Tree Trunk | Section of oak tree |
| 171021-8592 | Pocket | Off of Pocket Ranch Road and Ridge Ranch Road, Geyserville | Conductor | 1 span |
| 171021-8592 | Pocket | Off of Pocket Ranch Road and Ridge Ranch Road, Geyserville | Conductor (Copper Wire) | 2 phases of #6 solid copper |
| 171021-8592 | Pocket | 26026 Pocket Ranch Road Geyserville, CA 95441 | Tree piece | Tree piece # 7 |
| 171009-8554 | Point | Hwy 26 & Higdon Rd West Point, CA 95255 | Bump Sleeve | Bump sleeve |
| 171009-8553 | Potter / Redwood | North of Hwy 20, west of Mendocino National Forest, south of Black Bart | Conductor | Both sides of the wire that was down on the transmission line |
| 171009-8553 | Potter / Redwood | North of Hwy 20, west of Mendocino National Forest, south of Black Bart | Tree Branch | Portion of tree branches |
| 171011-8562 | Sulphur | Off Hwy 20 and Sulphur Bank Road Clearlake, CA 95422 | Cross Arm | Wood cross arm |
| 171011-8562 | Sulphur | Off Hwy 20 and Sulphur Bank Road Clearlake, CA 95422 | Fuse Cutouts | Fuse cutouts |
| 171011-8562 | Sulphur | Off Hwy 20 and Sulphur Bank Road Clearlake, CA 95422 | Pole | Center section of the pole |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Callistoga, CA | Customer Owned Connectors | Customer owned connectors from customer owned service line |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Callistoga, CA | Customer Owned Service Line | Customer owned service line - from customer owned pole to pump |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Callistoga, CA | Fuse | Fuse #1 from power pole east of pole 773 identified with blue flag |

| | | | | |
|---|---|---|---|---|
| 171026-8601 | Tubbs | 1128 Bennett Lane, Callistoga, CA | Fuse | Fuse #2 from power pole east of pole 773 identified with white flag |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Callistoga, CA | Fuse | Fuse #3 from power pole 773 identified with red flag |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Callistoga, CA | Fuse | Fuse #4 from power pole 773 identified with blue flag |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Callistoga, CA | Fuse | Fuse #5 from power pole 773 identified with white flag |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Callistoga, CA | Fuse | Fuse #6 from 1128 Bennett Lane pole identified with white flag |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Callistoga, CA | Fuse | Fuse #7 from 1128 Bennett Lane pole identified with blue flag |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Callistoga, CA | Service Drop | 2 strand aluminum triplex |
| 171026-8601 | Tubbs | 1200 Bennett Lane, Callistoga, CA | Smart Meter | Smart meter from 1200 Bennett Lane, Callistoga, CA |
| 171026-8601 | Tubbs | 1177 Bennett Lane, Callistoga, CA | Smart Meter | Smart meter from 1177 Bennett Lane, Callistoga, CA |
| 171026-8601 | Tubbs | 1100 Bennett Lane, Callistoga, CA | Smart Meter | Smart meter from 1100 Bennett Lane, Callistoga, CA |