# EXHIBIT K

Last Updated: 5/10/2018

| Incident Number | Incident Name | Collection Address | Item | Item Description | Collection Date | Collection Time | Storage Address |
|---|---|---|---|---|---|---|---|
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Smart Meter | Smart meter # 1003746174 | 10/17/2017 | 2:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171010-8558 | Adobe | 8555 Sonoma Hwy Kenwood, CA 95452 | Red Gum Eucalyptus Tree | Base & first 1/3 of burned Red Gum Eucalyptus tree | 10/21/2017 | 9:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171020-8589 | Atlas (Location 1) | 4011 Atlas Peak Rd Napa, CA 94558 | Valley Oak Tree Stem Piece | Valley oak tree stem piece | 11/15/2017 | 10:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Conductor and Insulator | # 6 solid copper conductor & insulator - road phase | 10/21/2017 | 10:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Conductor (Copper Wire) | Remainder of #6 copper conductor - center phase that Cal Fire obtained, pole # 110290307 | 10/21/2017 | 10:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Insulator Bracket | Insulator bracket - field phase, pole # 110290307 | 10/21/2017 | 10:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Insulator Bracket | Insulator bracket - road phase, pole # 110290307 | 10/21/2017 | 10:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Conductor | # 6 solid copper conductor - field phase, pole # 110290307 | 10/21/2017 | 10:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Manzanita tree | Manzanita tree and limb | 11/15/2017 | 11:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Black Oak tree | Black oak tree parts - trunk pieces, limbs, branches | 11/15/2017 | 11:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Black Oak tree stump | Black oak tree stump | 12/7/2017 | 9:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171023-8596 | Atlas (Location 2) | 3683 Atlas Peak Rd Napa, CA 94558 | Smart Meter | Melted smart meter | 12/7/2017 | 9:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171020-8591 | Cascade | 13916 Cascade Way Browns Valley, CA 95918 | Groove Connectors | Four (4) parallel groove connectors (PG's): 2-Type 3 PGs and 2-Type 1 PGs | 10/17/2017 | About 1:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171020-8591 | Cascade | 13916 Cascade Way Browns Valley, CA 95918 | Liquid Transformer Fuses | 2 unblown liquid transformer fuses | 10/17/2017 | About 1:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171020-8591 | Cascade | 13916 Cascade Way Browns Valley, CA 95918 | Pole and Cross Arm | Dead end transformer pole with cross arm | 11/10/2017 | 9:00 AM - 12:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171020-8591 | Cascade | 13916 Cascade Way Browns Valley, CA 95918 | Transformer | Transformer | 11/10/2017 | 9:00 AM - 12:00 PM | 4525 Hollis St Emeryville, CA 94608 |
| 171020-8591 | Cascade | 14034 Cascade Way Browns Valley, CA 95918 | Smart Meter | PG&E electric SmartMeter # 106 399 627/1007531164 (attached to panel cover with locking ring) | 4/20/2018 | 12:00 PM - 2:00 PM | 1350 W Grand Ave Oakland, CA 94607 |
| 171020-8591 | Cascade | 14034 Cascade Way Browns Valley, CA 95918 | Pole | Customer-owned Pole Section with Street Light attached (about 6'-2" long) | 4/20/2018 | 12:00 PM - 2:00 PM | 1350 W Grand Ave Oakland, CA 94607 |
| 171020-8591 | Cascade | 14034 Cascade Way Browns Valley, CA 95918 | Pole | Customer-owned Pole Section top 3/3, with PG&E Service Drop wire attached (approx.. length 5'-11") | 4/20/2018 | 12:00 PM - 2:00 PM | 1350 W Grand Ave Oakland, CA 94607 |
| 171020-8591 | Cascade | 14034 Cascade Way Browns Valley, CA 95918 | Pole | Customer-owned Pole Section 1/2 with customer panel and ground attached (about 6' long) | 4/20/2018 | 12:00 PM - 2:00 PM | 1350 W Grand Ave Oakland, CA 94607 |
| 171020-8591 | Cascade | 14034 Cascade Way Browns Valley, CA 95918 | Pole | Customer-owned Pole butt section (about 7'-1/2" long) | 4/20/2018 | 12:00 PM - 2:00 PM | 1350 W Grand Ave Oakland, CA 94607 |
| 171020-8591 | Cascade | 14034 Cascade Way Browns Valley, CA 95918 | Dryer | Dryer (plastic wrapped) | 4/20/2018 | 12:00 PM - 2:00 PM | 1350 W Grand Ave Oakland, CA 94607 |
| 171020-8591 | Cascade | 14034 Cascade Way Browns Valley, CA 95918 | Customer wiring/Dryer parts | Bag of customer wiring and parts from dryer/appliance | 4/20/2018 | 12:00 PM - 2:00 PM | 1350 W Grand Ave Oakland, CA 94607 |
| 171010-8557 | Cherokee | 3401 Cherokee Rd Oroville, CA 95965 | Coil of #4 ASCR | Coil of #4 ASCR | 10/10/2017 | About 9:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |

**Produced Natively: PGE-CPUC_00017161**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 171010-8557 | Cherokee | 3401 Cherokee Rd Oroville, CA 95965 | Tree Branch | Approx 25 ft branch from healthy California White Oak/Valley Oak tree | 11/9/2017 | 9:00 AM - 11:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171010-8557 | Cherokee | 3401 Cherokee Rd Oroville, CA 95965 | Tree Branch | Tree Branch Base Section where limb broke from, about 5'10" long by about 2'2" circumference. | 11/9/2017 | 9:00 AM - 11:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171013-8569 | La Porte | 167 Darby Rd Bangor, CA 95914 | Cross Arm | Sections of burnt and broken cross arm | 10/14/2017 | About 12:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171013-8569 | La Porte | 167 Darby Rd Bangor, CA 95914 | Insulator | Sections of broken insulator and whole insulator (one was broken in pieces and one was intact) | 10/14/2017 | About 12:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171013-8569 | La Porte | 167 Darby Rd Bangor, CA 95914 | Conductor | Coil of power line (burnt on one end, cut on other end) | 10/14/2017 | About 12:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171013-8569 | La Porte | 167 Darby Rd Bangor, CA 95914 | Pole | Top few feet of burnt pole | 10/17/17 & 10/24/2017 | About 12:00 PM on both dates | 1350 W Grand Ave., Oakland, CA 94607 |
| 171013-8569 | La Porte | 167 Darby Rd Bangor, CA 95914 | Cross Arm | Wood cross-arm (about 4'-2 1/2" in length), partially burned on one side; found on ground about 10'-4" north by northwest of the subject pole at the site ("High Voltage" sign facing downward) | 2/7/2018 | 5:15 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171020-8587 | Maacama | 955 Maacama Lane, Healdsburg, CA 95448 | Valley Oak tree pieces | 6 pieces of Valley Oak tree with the following lengths: (#1) 54"; (#2) 62"; (#3) 51"; (#4) 90"; (#5) 87"; (#6) 30" | 12/19/2017 | 12:30 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171011-8563 | McCourtney | 11253 Orion Way Grass Valley, CA 95949 | Tree Trunk | 1 piece of cut trunk section of Ponderosa pine (measuring approx 10-22" in diameter by 8.5-10" in height) | 10/13/2017 | About 2:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171016-8576 | Nuns (Location 1) | 1210 Nuns Canyon Road, Glen Ellen, CA 95442 | Willow tree | Willow tree and 3 branches | 11/14/2017 | 10:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171016-8576 | Nuns (Location 1) | 1210 Nuns Canyon Road, Glen Ellen, CA 95442 | Red Alder Tree | Red Alder Tree parts: (#1) base, (#2) trunk 1, (#3) trunk 2, (#4) pole break, (#5) top above break, (#6-12) top pieces, (A) lower branch, (B - F) branches | 11/14/2017 | 10:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8576 | Nuns (Location 1) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 | Conductor | Center phase, South Section, Green, found between pole with switch number 6459 and a pole just north of that pole | 10/18/2017 | 3:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8576 | Nuns (Location 1) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 | Conductor | Center phase, Center Section, Green, found between pole with switch number 6459 and a pole just north of that pole | 10/18/2017 | 3:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8576 | Nuns (Location 1) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 | Conductor | Center phase, North Section, Green, found between pole with switch number 6459 and a pole just north of that pole | 10/18/2017 | 3:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8576 | Nuns (Location 1) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 | Conductor | West phase, South Section, Blue, found between pole with switch number 6459 and a pole just north of that pole | 10/18/2017 | 3:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8576 | Nuns (Location 1) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 | Conductor | West phase, North Section, Blue, found between pole with switch number 6459 and a pole just north of that pole | 10/18/2017 | 3:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8576 | Nuns (Location 1) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 | Conductor | Center or West phase, Center Section, marked blue and green, found between pole with switch number 6459 and a pole just north of that pole | 10/18/2017 | 3:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8606 | Nuns (Location 2) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 (-122.512014, 38.398483) | Conductor | Conductor - NE of pole with fuse # 15877 | 10/20/2017 | 2:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 171031-8606 | Nuns (Location 2) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 (-122.512014, 38.398483) | Insulator | Insulator from pole with fuse # 15877 | 10/20/2017 | 2:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8606 | Nuns (Location 2) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 (-122.512014, 38.398483) | Conductor | Conductor - NE of pole with fuse # 15877 | 10/20/2017 | 2:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8606 | Nuns (Location 2) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 (-122.512014, 38.398583) | Conductor | Conductor (West phase) - north of pole 102036548 | 11/1/2017 | 4:30 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8606 | Nuns (Location 2) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 (-122.512014, 38.398583) | Conductor | Conductor (East phase) - north of pole 102036548 | 11/7/2017 | 4:30 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8606 | Nuns (Location 2) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 (-122.512014, 38.398583) | Insulator | Insulator from pole 102036548 | 11/7/2017 | 4:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8606 | Nuns (Location 2) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 (-122.512014, 38.398583) | AT&T Cable | AT&T cable tags # 02388 and #0253 | 11/17/2017 | 6:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8606 | Nuns (Location 2) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 (-122.512014, 38.398583) | Conductor (Copper Wire) | 6 copper wire, red, road side, west | 11/21/2017 | 11:15 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171031-8606 | Nuns (Location 2) | 1210 Nuns Canyon Rd Glen Ellen, CA 95442 (-122.512014, 38.398583) | Conductor (Copper Wire) | 6 copper wire, blue, east field | 11/21/2017 | 11:15 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171020-8585 | Oakmont | 8000 Pythian Road, cutout 1251 off Dunbar 1101, 38.27.377N 122.34.998W Santa Rosa, CA 95409 | Valley Oak Tree | Valley Oak root | 11/29/2017 | 2:54 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171020-8585 | Oakmont | 8000 Pythian Road, cutout 1251 off Dunbar 1101, 38.27.377N 122.34.998W Santa Rosa, CA 95409 | Douglas Fir Tree | Douglas Fir bole, trunk parts, root ball, roots | 11/29/2017 | 2:54 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171020-8586 | Partrick | 1713 Partrick Rd Napa, CA 94558 | Live Oak Tree | Multiple parts of live oak tree - base, multiple trunk sections, multiple branches, branch crown, and top portions | 11/8/2017 | 11:02 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171020-8586 | Partrick | 1713 Partrick Rd Napa, CA 94558 | Aluminum Scraps | Pieces of melted alumnium molten scraps | 11/8/2017 | 11:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171021-8592 | Pocket | 26026 Pocket Ranch Road Geyserville, CA 95441 | Tree | Tree pieces 1-6 & 8-11 (Cal Fire retained piece 7) | 11/2/2017 | 9:00 AM - 6:00 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171009-8554 | Point | 22894 Hwy 26, West Point (Calaveras) | Tree branches | 4 pieces of subject tree branch; 11 branches potentially from subject tree branch | 2/23/2018 | 10:30 AM - 12:30 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171009-8553 | Potter | 13700 Powerhouse Road, Potter Valley, 95469 | Tree Pieces | Tree pieces removed from tree, labeled 1, 5, 6, 7, 8, 9, 10, 21, 22 | 2/27/2018 | 3:00 PM | 1350 W Grand Ave Oakland, CA 94607 |
| 171009-8553 | Potter | 13801 N. Busch Road, Potter Valley 95469 | Tree Pieces | Tree pieces removed from ground, labeled: 2, 3, 4a, 4b, 4c, 11, 12, 13, 14, 15, 16, 17, 18, 19 and 20 | 2/27/2018 | 3:00 PM | 1350 W Grand Ave Oakland, CA 94607 |
| 171011-8562 | Sulphur | Off Hwy 20 and Sulphur Bank Road Clearlake, CA 95422 | Pole | Bottom of pole | 10/12/2017 | 11:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171011-8562 | Sulphur | Off Hwy 20 and Sulphur Bank Road Clearlake, CA 95422 | Conductor | Both ends of conductors | 10/12/2017 | 11:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |

| ID | Fire | Location | Item Type | Description | Date | Time | Storage |
|---|---|---|---|---|---|---|---|
| 171011-8562 | Sulphur | Off Hwy 20 and Sulphur Bank Road Clearlake, CA 95422 | Pole and Cross arm | Pole top with cross arm | 10/12/2017 | 11:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171011-8562 | Sulphur | Off Hwy 20 and Sulphur Bank Road Clearlake, CA 95422 | Pole and Cross arm | Middle of pole with cross arm | 10/12/2017 | 11:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171011-8562 | Sulphur | Off Hwy 20 and Sulphur Bank Road Clearlake, CA 95422 | Pole | Mid top of pole | 10/12/2017 | 11:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Calistoga CA 94515 | Conductor (copper wire) | Stranded copper wire - fitting on one end | 2/7/2018 | 5:15 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Calistoga CA 94515 | Conductor (Copper Wire) | Shorter section of same copper wire, no fitting | 2/7/2018 | 5:15 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Calistoga CA 94515 | Paper casing | Paper casing, 2 inches | 2/7/2018 | 5:15 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Calistoga CA 94515 | Paper casing | Paper casing with threaded fitting on one end, approx. 3 inches | 2/7/2018 | 5:15 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Calistoga CA 94515 | paper casing | Paper casing with threaded fitting on one end, approx. 6 inches | 2/7/2018 | 5:15 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Calistoga CA 94515 | paper casing | Paper casing, 5 inches | 2/7/2018 | 5:15 PM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Calistoga CA 94515 | Pole | burnt customer-owned power/service pole top approx. 7.5' long, partially charred (dark color all over) | 2/9/2018 | 10:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Calistoga CA 94515 | Pole | burnt customer-owned power/service pole bottom approx. 17.5' long, partially charred (dark color all over) | 2/9/2018 | 10:30 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1151 Bennett Lane, Calistoga, CA 94515 | Pole | 45' wood pole, cut into three pieces | 3/8/2018 | 1:00 AM | 1350 W Grand Ave., Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1200 Bennett Lane, Calistoga, CA | Smart Meter | Smart meter #1010346366 | 4/23/2018 | 11:00 AM | 1350 W Grand Ave Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Calistoga, CA 94515 | Conductor | Conductor | 4/23/2018 | 2:20 PM | 1350 W Grand Ave Oakland, CA 94607 |
| 171026-8601 | Tubbs | 1128 Bennett Lane, Calistoga, CA 94515 | Tree Piece | Piece of a tree | 4/23/2018 | 2:20 PM | 1350 W Grand Ave Oakland, CA 94607 |