# EXHIBIT O

1

1
2
3
4
5
6
7
8
9
10
11
12
13   NAPA 911
14   Recorded on 08-Oct-2017 at 21.47.55
15   (2352D0NG00212340)
16
17
18
19
20
21
22
23
24
25

1        DISPATCHER 1: 911. What is the address
2  of your emergency?
3        MAN 1: What's the address here?
4  [UNINTEL PHRASE]
5        MAN 2: 3455.
6        MAN 1: 3455--
7        MAN 2: State Highway 128. There's a
8  major forest fire, and it's--
9        DISPATCHER 1: Is it in Calistoga or St.
10 Helena?
11       MAN 1: Calistoga, Calistoga.
12       DISPATCHER 1: Okay. Stay on the line
13 for me. Let me put you through to Cal Fire, okay?
14       MAN 1: All right. Thank you.
15       DISPATCHER 1: You're welcome.
16       [NEW CALL]
17       DISPATCHER 2: 911 fire emergency.
18 What's the address of your emergency?
19       DISPATCHER 1: This is Napa with a
20 transfer.
21       MAN 1: 3455 Calistoga. It's State
22 Highway 128.
23       DISPATCHER 2: Okay. Bennett Lane?
24       MAN 1: It's very close to that, I
25 think.

```
1            DISPATCHER 2: Right. Okay. Is it just
2  one fire or are you seeing a separate--a
3  different fire?
4            MAN 1: There is a huge fire--
5            DISPATCHER 2: Okay. We're on our way.
6            [NEW CALL]
7            DISPATCHER 1: 911. What is the address
8  of your emergency?
9            MAN 3: Hello?
10           DISPATCHER 1: Hello? Hello?
11           MAN 3: 911?
12           DISPATCHER 1: This is 911, sir. What's
13 the address of your emergency?
14           MAN 3: Wait a minute. I'm going to get
15 out of this wind. Is this 911?
16           DISPATCHER 1: Yes, it is, sir.
17           MAN 2: I want to report a fire.
18           DISPATCHER 1: Where is it located?
19           MAN 3: I'm at--my location is 3183
20 Atlas Peak Road.
21           DISPATCHER 1: 3183--
22           MAN 3: The fire is due north of me. I
23 see it.
24           DISPATCHER 1: Stan the line for me,
25 sir. Let me--
```

1     MAN 3: It looks like it could be on the
2  [UNINTEL]--
3     DISPATCHER 1: Let me put you through
4  to--
5     MAN 3: --property.
6     DISPATCHER 1: Sir, hold on one moment.
7  Let me put you through to Cal Fire.
8     [NEW CALL]
9     DISPATCHER 3: 911. What is the
10 location?
11    DISPATCHER 1: This is Napa--
12    DISPATCHER 3: Oh.
13    DISPATCHER 1: --with a transfer. He's
14 giving 3183 Atlas Peak Road, just north of him.
15 He's reporting a fire.
16    DISPATCHER 3: Where are you?
17    MAN 3: I am at 3183 Atlas Peak Road and
18 the fire is due north of me.
19    [NEW CALL]
20    DISPATCHER 1: 911. What is the address
21 of your emergency? Hello? Hello?
22    [NEW CALL]
23    DISPATCHER 1: 911. What is the address
24 of your emergency?
25    WOMAN 1: Hi. Me and my friend, we were

1  on our way to our friend's house on Green Valley
2  Road.
3          DISPATCHER 1: Okay. What's going on?
4          WOMAN 1: We're at my friend's gate, but
5  we're looking over to our right--I'm sorry, left
6  side, and there is a huge fire, and--
7          DISPATCHER 1: Okay. What's the--
8          WOMAN 1: --across the mountain.
9          DISPATCHER 1: What's the address,
10 ma'am?
11         WOMAN 1: Do you know [UNINTEL PHRASE]
12 the gate. Hold on. It is spreading so fast. It's
13 on the opposite side.
14         DISPATCHER 1: What road are you on?
15         WOMAN 1: It's like--we're on Green
16 Valley Road.
17         DISPATCHER 1: On Grand Valley Road?
18         WOMAN 1: All the way at the top. Yeah.
19 And my friend's looking at the address. It's on
20 the mailbox. Just hold on.
21         WOMAN 2: [UNINTEL PHRASE] Arena Road.
22         WOMAN 1: Arena Road, by Green Valley
23 Road.
24         DISPATCHER 1: How do you spell that?
25         WOMAN 1: A-R-E-N-A. And all the way to

1  our right--I'm sorry, left-hand side, if you're

2  at the gate, the whole--like the mountain--and

3  I'm not even joking--like it was like a little

4  spark, and the top of the mountain is on fire.

5              DISPATCHER 1: Okay, ma'am.

6              WOMAN 1: [UNINTEL PHRASE]

7              DISPATCHER 1: And you said Green Valley

8  Road, correct?

9              WOMAN 1: Yeah. We took a right onto

10 Green Valley Road, and then now we're all the way

11 up on the hill, but--

12             DISPATCHER 1: Okay. I'm just not seeing

13 Arena Road as one of the roads in Napa. So, do

14 you know if you're in Napa or are you like

15 outside of Napa?

16             WOMAN 1: No. No, we're in Napa, but

17 we're on top of the hill.

18             DISPATCHER 1: Okay. Hold on.

19             WOMAN 1: But I don't know [UNINTEL

20 PHRASE]--

21             DISPATCHER 1: Hold on one moment. Let

22 me put you through to Cal Fire. Green Valley Road

23 is actually going to be Cal Fire, so stay on the

24 line for me, okay?

25             WOMAN 1: Okay.

1          [PHONE DIALING]

2          DISPATCHER 1: Ma'am, are you still

3  there?

4          WOMAN 1: Yeah. It looks like a house

5  just caught on fire.

6          DISPATCHER 1: Ma'am?

7          WOMAN 1: Yeah.

8          DISPATCHER 1: Okay. Hold on one moment.

9  I believe we still have units out in the area of

10 Green Island Road. Hold on one moment.

11         [PHONE DIALING]

12         DISPATCHER 1: Okay. Ma'am?

13         WOMAN 1: Hello?

14         DISPATCHER 1: Ma'am, are you still

15 there?

16         WOMAN 1: Yeah.

17         DISPATCHER 1: Okay.

18         [PHONE DIALING]

19         DISPATCHER 1: I'm actually transferring

20 you over to Cal Fire, okay?

21         WOMAN 1: We [UNINTEL PHRASE].

22         DISPATCHER 1: Ma'am?

23         WOMAN 1: Yeah.

24         DISPATCHER 1: Okay, I'm transferring

25 you to Cal Fire, okay? Stay on the line.

8

1       WOMAN 1: Okay.
2       [PHONE DIALING]
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1              C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7    *[signature: Sonya L. Ledanski Hyde]*

8

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: March 9, 2018

17

18

19

20

21

22

23

24

25