# EXHIBIT P

Napa City Fire Department
FIRE ADMINISTRATION
1539 First Street
Napa, CA 94559
707-257-9593
jriesenberg@cityofnapa.org

Incident Report
2017-0007498  -000

Printed: 12/13/2017 09:06:29
Number of Pages: 4

| Basic | |
|---|---|
| Alarm Date and Time | 22:10:34  Sunday, October 8, 2017 |
| Arrival Time | 22:10:55 |
| Controlled Date and Time | |
| Last Unit Cleared Date and Time | 16:04:31  Thursday, October 19, 2017 |
| Response Time | 0:00:21 |
| Priority Response | Yes |
| Completed | Yes |
| Release to Public | Yes |
| Fire Department Station | 3 |
| Shift | A |
| Incident Type | 142 - Brush, or brush and grass mixture fire |
| Aid Given or Received | 3 - Mutual aid given |
| Mutual Aid Department | NCF-Napa County Fire |
| Alarms | 1 |
| Action Taken 1 | 11 - Extinguish |
| Casualties | No |
| Apparatus - Suppression | 4 |
| Personnel - Suppression Personnel | 6 |
| Property Use | 962 - Residential street, road or residential driveway |
| Location Type | Address |
| Address | ATLAS PEAK RD |
| City, State Zip | napa, CA 94558 |
| District | -1 |

| Situation | |
|---|---|
| Initial Dispatch Code | MUTAID |
| Final Dispatch Code | MUTAID |

| Apparatus - E1 | |
|---|---|
| Apparatus ID | E1 |
| Apparatus Dispatch Date and Time | 23:18:06  Sunday, October 8, 2017 |
| En route to scene date and time | 23:18:12  Sunday, October 8, 2017 |
| Apparatus Clear Date and Time | 23:46:20  Sunday, October 8, 2017 |
| Apparatus priority response | Yes |
| Apparatus Use | 1 |
| Apparatus Type | 11 - Engine |

| Apparatus - E5 | |
|---|---|
| Apparatus ID | E5 |
| Response Time | 0:00:21 |
| Apparatus Dispatch Date and Time | 22:10:34  Sunday, October 8, 2017 |
| En route to scene date and time | 22:10:34  Sunday, October 8, 2017 |
| Apparatus Arrival Date and Time | 22:10:55  Sunday, October 8, 2017 |
| Apparatus priority response | Yes |
| Number of People | 3 |

Napa City Fire Department
FIRE ADMINISTRATION
1539 First Street
Napa, CA 94559
707-257-9593
jriesenberg@cityofnapa.org

Incident Report
2017-0007498  -000

Printed: 12/13/2017 09:06:29
Number of Pages: 4

| Apparatus - E5 | |
|---|---|
| Apparatus Use | 1 |
| Apparatus Action Taken 1 | 11 - Extinguish |
| Apparatus Type | 11 - Engine |
| Personnel 1 | E008806 - Gilbert, Chris |
| | Position: CAPT |
| Personnel 2 | E009484 - Mc Roberts, Paul S |
| | Position: FF |
| Personnel 3 | E010493 - Caldwell, Mitchell |
| | Position: FF |

| Apparatus - E6 | | |
|---|---|---|
| Apparatus ID | E6 | |
| Response Time | 0:13:01 | |
| Apparatus Dispatch Date and Time | 22:10:37 | Sunday, October 8, 2017 |
| En route to scene date and time | 22:11:08 | Sunday, October 8, 2017 |
| Apparatus Arrival Date and Time | 22:23:38 | Sunday, October 8, 2017 |
| Apparatus Clear Date and Time | 16:04:30 | Thursday, October 19, 2017 |
| Apparatus priority response | Yes | |
| Number of People | 3 | |
| Apparatus Use | 1 | |
| Apparatus Type | 11 - Engine | |
| Personnel 1 | E009381 - Fields, Ray | |
| | Position: FF/PM | |
| Personnel 2 | E010494 - Streif, Steve | |
| | Position: FF/PM | |
| Personnel 3 | E006889 - Dombrowski, Mike | |
| | Position: CAPT | |

| Apparatus - E365 | | |
|---|---|---|
| Apparatus ID | E365 | |
| Response Time | 4:12:44 | |
| Apparatus Dispatch Date and Time | 23:15:26 | Sunday, October 8, 2017 |
| En route to scene date and time | 03:28:09 | Monday, October 9, 2017 |
| Apparatus Arrival Date and Time | 03:28:10 | Monday, October 9, 2017 |
| Apparatus Clear Date and Time | 14:39:56 | Wednesday, October 18, 2017 |
| Apparatus priority response | Yes | |
| Apparatus Use | 1 | |
| Apparatus Type | 11 - Engine | |

| Authority | | |
|---|---|---|
| Reported By | E008806 - Gilbert, Chris | |
| | 22:36:30 | Friday, November 17, 2017 |
| Officer In Charge | E008806 - Gilbert, Chris | |
| | 22:36:54 | Friday, November 17, 2017 |
| Reviewer | - , | |

Napa City Fire Department
FIRE ADMINISTRATION
1539 First Street
Napa, CA 94559
707-257-9593
jriesenberg@cityofnapa.org

Incident Report
2017-0007498 -000

Printed: 12/13/2017 09:06:29
Number of Pages: 4

| Authority |
|---|
| |

| Narratives |
|---|

| | |
|---|---|
| Narrative Name | Engine 6 |
| Narrative Type | Incident |
| Narrative Date | 14:46:16    Saturday, October 21, 2017 |
| Author | E006889 - Dombrowski, Mike |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | E6 self-dispatched to the Atlas incident after checking with B1. On arrival reported to IC set up at country club and checked in with Chief Bierman. He advised that he needed us to work on evacuating Atlas Peak Rd. from Westgate down to Hardman. E6 headed up Atlas Peak Rd. until we were met by the firefront and had to turn around. We did not make it up to Westgate. While turning around we were alerted by elderly female subject attempting to evacuate by foot on the golf course. The subject was assisted over the fence and placed in engine 6 and evacuated down to the country club. After dropping the subject off, E6 returned up Atlas Peak Rd. and continued with evacuations of homes in country club and near Hardman Rd. E6 then began structural triage of homes in the area. E6 personnel were involved in prepping and or defending the following properties:<br><br>1623 Atlas Peak Rd.<br>1673 Atlas Peak Rd.<br>1677 Atlas Peak Rd.<br>1669 Atlas Peak Rd.<br>1663 Atlas Peak Rd.<br><br>1821 Hardman Rd.<br>1840 Hardman Rd.<br>1841 Hardman Rd.<br><br>#2 Silverstone Ct.<br>#5 Silverstone Ct.<br><br>3268 Hagen Rd.<br>3280 Hagen Rd.<br><br>*NOTE* All homes were saved with total approximate value of $16,854,000 dollars.<br><br>E6 was then assigned to structure protection along Wildhorse Valley Rd.<br>*NOTE* Captain Dombrowski was relieved by Captain Mortimore and FF/PM Streif was relieved by FF Angel at approximately 1300hrs. on 10-9-2017. FF/PM Fields remained assigned to E6 as the D/O. |
| Narrative Name | Engine 5 |
| Narrative Type | Incident |
| Narrative Date | 20:24:44    Monday, November 6, 2017 |

Napa City Fire Department
FIRE ADMINISTRATION
1539 First Street
Napa, CA 94559
707-257-9593
jriesenberg@cityofnapa.org
Printed: 12/13/2017 09:06:29
Number of Pages: 4

Incident Report
2017-0007498   -000

| Narratives | |
|---|---|
| Author | E008806 - Gilbert, Chris |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | E5 was originally dispatched on a prior inc to the area above for a Structure Fire at 1600 Atlas Peak. After clearing we were staged out on Atlas Peak road briefly as we realized a small fire on the hill above was gaining a head of steam and limited resources were in the area. A short time later Chief Bierman drove by and assigned us to evacuate all residence in the fire front from Old Soda Springs Road and Atlas Peak rd. We were able to make contact at 2477 Old Soda Springs road and evacuate residence and no resident contact made at 2455 and 2450 Old Soda Springs rd but both impacted by fire at the time. We were then pushed back by the fire front and retreated to William Hill Winery which look uninhabited. After the fire blew through we re-engaged and met up with U1455 who reassigned us to his Div and were directed into Westgate to follow the fire front in and evacuate and all life priority needs and engage in only residences that can be salvaged.<br><br>We first went into the Canyon Neighborhood and cleared residences and cooled the fire as it bumped the rear of some of these residences.<br><br>We then moved into the Castle Oaks Dr neighborhood where we evacuated numerous residences and were directly involved in saving numerous houses on Chaparral Circle including the Water tx plant at the top. We lost numerous homes in the Bear Creek Circle area and saved 331 Alta Mesa Circle before again losing many more in that area. We found success again saving numerous homes #180-194 on Stone Mountain Circle.<br><br>Later that morning we were requested by Div to respond for assistance in the Inverness neighborhood where most of 10/09 we suppressed many fires directly threatening homes at 14, 20, & 26 Inverness. 410, 383, 389, 376, &366 St.Andrews and lower Burning Tree Ct.<br><br>Approx 0200 on 10/10 we were requested to responded to assist adjacent Div with Structure fire on 1046 Olive Hill Lane where we remained for a few hrs before returning to the Inverness area. For the rest of the day we patrolled all the previous neighborhoods above and chased hot spots.<br>Later in the afternoon we spotted a large column of black smoke from lower neighborhoods and all units in Div responded to find the large tented area and storage for the Safeway Golf Tourney Heavily involved with limited water in the area. We assisted in cutting off the involved from the exposure of the kitchen and large tented area. A few hrs later we were released to return to the areas above to engage again in patrolling and putting out hot spots. We remained in this mode until being released back to our department on 1013 at 0800. |

End of Report