# EXHIBIT Q



# Pole Detail Report

## Location Information

| | | | | | |
|---|---|---|---|---|---|
| Equip ID: | 102292420 | Pole Num: | | Map Lat: | 38.409435 |
| Map Name: | JJ39 | Structure: | | Map Lng: | -122.245904 |
| Owner: | PG&E owned pole | | | | Show in Map Guide |
| Address: | 3683 ATLAS PEAK RD 11S W/TRANS | | | | Show in Google Map |
| Cust Info: | VISUAL | | | | |
| Access: | Readily Accessible | | | Environmental: | No environmental conditions |
| Reason: | No Access Issues | | | Alerts: | No Alerts |
| Immediate Response Conditions: | | Immediate Response Comments: | | | |
| No Immediate Response Conditions | | | | | |
| GIS Guid: | 118A1C09B5134B0DAF53D8DEEACA446F | | | | |

## Pole Asset Information

| | | | | | |
|---|---|---|---|---|---|
| Pole Type: | Through Bore | Location: | Private property | Attachments: | Communications,Distribution |
| Surface: | Dirt | Walkway: | 0 | JP Num: | PG090231 |
| Supplier: | McFarland Cascade Co | Mfr Year: | 2007 | Ins Year: | 2007 |
| Species: | Douglas Fir | Class: | 3 | Height: | 45 |
| Orig Treat: | Penta in Petroleum | Orig Circ: | 40 | Estimated Data: | |
| Existing Rnfcmnt: | No Reinforcement | | | Solid Surface: | |

## Inspection History

### SIL_C9_041 — 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Project Status: | ACTIVE | Contractor: | OSM | | |
| Foreman: | m4a0 | Current Circ: | 40.00 | Snow Load: | |
| Pole Work Status: | Complete | Effective Circ: | 40.00 | Front Span Length: | |
| Crew ID: | OSM241 | Encl Pkt Count: | | Back Span Length: | |
| Visit Date: | 10/26/2017 | Exp Pkt Count: | | Full Span Count: | |
| Work Report: | | Mch Dmg Count: | | Single Span Count: | |
| Insptn Type: | Test and Treat | Steel Installed: | | Equip Count: | |
| Excavation: | No Excavation | No Steel Rsn: | | Drop Count: | |
| External Treat: | No Treat | Banding Issue: | | Pole Load: | 0% |
| Internal Test: | Visual Sound and Bore | GL Shell Avg: | 99.00 | Wood Strength: | 100% |
| Internal Trt: | No Treat | BG Shell Avg: | 0.00 | Rmng Strength: | 0% |
| Test Issues: | No Issues | Shell @66: | 0.00 | Result Status: | Pass |
| Trtmnt Issues: | No Issues | Shell @54: | 0.00 | Comments: | |
| Pole Top Cndtn: | Fair | Shell @42: | 0.00 | | |
| Pole Bttm Cndtn: | Penta 10-50 Years | Shell @26: | 0.00 | | |
| None | | Shell @15: | 0.00 | | |

### SIL_T2_028 — 2 of 3

| | | | | | |
|---|---|---|---|---|---|
| Project Status: | CLOSED | Contractor: | UPT | | |
| Foreman: | cglenn001 | Current Circ: | 0.00 | Snow Load: | |
| Pole Work Status: | Complete | Effective Circ: | 0.00 | Front Span Length: | |
| Crew ID: | UPT160 | Encl Pkt Count: | | Back Span Length: | |
| Visit Date: | 10/10/2012 | Exp Pkt Count: | | Full Span Count: | |
| Work Report: | 943504 | Mch Dmg Count: | | Single Span Count: | |
| Insptn Type: | Test and Treat | Steel Installed: | | Equip Count: | |

| Excavation: | No Excavation | No Steel Rsn: | | Drop Count: | |
|---|---|---|---|---|---|
| External Treat: | No Treat | Banding Issue: | | Pole Load: | 0% |
| Internal Test: | Visual Inspection Only | GL Shell Avg: | 0.00 | Wood Strength: | 100% |
| Internal Trt: | No Treat | BG Shell Avg: | 0.00 | Rmng Strength: | 0% |
| Test Issues: | No Issues | Shell @66: | 0.00 | Result Status | Pass |
| Trtmnt Issues: | No Issues | Shell @54: | 0.00 | Comments: | |
| Pole Top Cndtn: | Fair | Shell @42: | 0.00 | | |
| Pole Bttm Cndtn: | Fair | Shell @26: | 0.00 | | |
| None | | Shell @15: | 0.00 | | |

### SIL_T1_062 — 3 of 3

| Project Status: | CLOSED | Contractor: | DAV | | |
|---|---|---|---|---|---|
| Foreman: | | Current Circ: | 40.00 | Snow Load: | |
| Pole Work Status: | Complete | Effective Circ: | 40.00 | Front Span Length: | |
| Crew ID: | | Encl Pkt Count: | | Back Span Length: | |
| Visit Date: | 06/05/2003 | Exp Pkt Count: | | Full Span Count: | |
| Work Report: | PO44122 | Mch Dmg Count: | | Single Span Count: | |
| Insptn Type: | Test and Treat | Steel Installed: | | Equip Count: | |
| Excavation: | Partial Excavation | No Steel Rsn: | | Drop Count: | |
| External Treat: | BG Treat | Banding Issue: | | Pole Load: | 0% |
| Internal Test: | | GL Shell Avg: | 99.00 | Wood Strength: | 100% |
| Internal Trt: | Fume | BG Shell Avg: | 0.00 | Rmng Strength: | 0% |
| Test Issues: | | Shell @66: | 0.00 | Result Status | Pass |
| Trtmnt Issues: | | Shell @54: | 0.00 | Comments: | |
| Pole Top Cndtn: | Fair | Shell @42: | 0.00 | | |
| Pole Bttm Cndtn: | Fair | Shell @26: | 0.00 | | |
| | | Shell @15: | 0.00 | | |