# EXHIBIT R



## Pole Detail Report

### Location Information

| | | | | | |
|---|---|---|---|---|---|
| Equip ID: | 102292429 | Pole Num: | 120172249 | Map Lat: | 38.413636 |
| Map Name: | JJ39 | Structure: | | Map Lng: | -122.248458 |
| Owner: | PG&E owned pole | | | | Show in Map Guide |
| Address: | 3683 ATLAS PEAK RD 4S | | | | Show in Google Map |
| Cust Info: | REPLACED POLE | | | | |
| Access: | Readily Accessible | | | Environmental: | No environmental conditions |
| Reason: | No Access Issues | | | Alerts: | No Alerts |
| Immediate Response Conditions: | | Immediate Response Comments: | | | |
| No Immediate Response Conditions | | | | | |
| GIS Guid: | 081AC3F506D04D3B858DAFDF01F48CEC | | | | |

### Pole Asset Information

| | | | | | |
|---|---|---|---|---|---|
| Pole Type: | Through Bore | Location: | Adjacent to road or street | Attachments: | Communications,Distribution |
| Surface: | Dirt | Walkway: | 0 | JP Num: | PT4730 |
| Supplier: | McFarland Cascade Co | Mfr Year: | 2017 | Ins Year: | 2017 |
| Species: | Douglas Fir | Class: | 4 | Height: | 45 |
| Orig Treat: | Penta in Petroleum | Orig Circ: | 37 | Estimated Data: | ☐ |
| Existing Rnfcmnt: | No Reinforcement | | | Solid Surface: | ☐ |

### Inspection History

**SIL_C9_041    1 of 3**

| | | | | | |
|---|---|---|---|---|---|
| Project Status: | ACTIVE | Contractor: | OSM | | |
| Foreman: | m4a0 | Current Circ: | 0.00 | Snow Load: | |
| Pole Work Status: | Complete | Effective Circ: | 0.00 | Front Span Length: | |
| Crew ID: | OSM241 | Encl Pkt Count: | | Back Span Length: | |
| Visit Date: | 10/26/2017 | Exp Pkt Count: | | Full Span Count: | |
| Work Report: | | Mch Dmg Count: | | Single Span Count: | |
| Insptn Type: | Test and Treat | Steel Installed: | | Equip Count: | |
| Excavation: | No Excavation | No Steel Rsn: | | Drop Count: | |
| External Treat: | No Treat | Banding Issue: | | Pole Load: | 0% |
| Internal Test: | Visual Inspection Only | GL Shell Avg: | 0.00 | Wood Strength: | 100% |
| Internal Trt: | No Treat | BG Shell Avg: | 0.00 | Rmng Strength: | 0% |
| Test Issues: | No Issues | Shell @66: | 0.00 | Result Status: | Pass |
| Trtmnt Issues: | No Issues | Shell @54: | 0.00 | Comments: | |
| Pole Top Cndtn: | Good | Shell @42: | 0.00 | | |
| Pole Bttm Cndtn: | Good | Shell @26: | 0.00 | | |
| None | | Shell @15: | 0.00 | | |

**SIL_T2_028    2 of 3**

| | | | | | |
|---|---|---|---|---|---|
| Project Status: | CLOSED | Contractor: | UPT | | |
| Foreman: | cglenn001 | Current Circ: | 33.00 | Snow Load: | |
| Pole Work Status: | Complete | Effective Circ: | 33.00 | Front Span Length: | |
| Crew ID: | UPT160 | Encl Pkt Count: | | Back Span Length: | |

http://wwwt2/ptt/ReportPoleDetailPop.aspx?PoleRefnum=102292429[12/7/2017 11:42:48 AM]

**CONFIDENTIAL**  PGE-CPUC_00006183

| Visit Date: | 10/09/2012 | Exp Pkt Count: | | Full Span Count: | |
|---|---|---|---|---|---|
| Work Report: | 943504 | Mch Dmg Count: | | Single Span Count: | |
| Insptn Type: | Test and Treat | Steel Installed: | | Equip Count: | |
| Excavation: | Complete Excavation | No Steel Rsn: | | Drop Count: | |
| External Treat: | BG Treat | Banding Issue: | | Pole Load: | 0% |
| Internal Test: | Visual Sound and Pull | GL Shell Avg: | 99.00 | Wood Strength: | 100% |
| Internal Trt: | Fume | BG Shell Avg: | 99.00 | Rmng Strength: | 0% |
| Test Issues: | No Issues | Shell @66: | 0.00 | Result Status: | Pass |
| Trtmnt Issues: | No Issues | Shell @54: | 0.00 | Comments: | |
| Pole Top Cndtn: | Fair | Shell @42: | 0.00 | | |
| Pole Bttm Cndtn: | Fair | Shell @26: | 0.00 | | |
| None | | Shell @15: | 0.00 | | |

| SIL_T1_062 | 3 of 3 | | | | |
|---|---|---|---|---|---|
| Project Status: | CLOSED | Contractor: | DAV | | |
| Foreman: | | Current Circ: | 33.00 | Snow Load: | |
| Pole Work Status: | Complete | Effective Circ: | 33.00 | Front Span Length: | |
| Crew ID: | | Encl Pkt Count: | | Back Span Length: | |
| Visit Date: | 06/09/2003 | Exp Pkt Count: | | Full Span Count: | |
| Work Report: | PO44122 | Mch Dmg Count: | | Single Span Count: | |
| Insptn Type: | Test and Treat | Steel Installed: | | Equip Count: | |
| Excavation: | Complete Excavation | No Steel Rsn: | | Drop Count: | |
| External Treat: | BG Treat | Banding Issue: | | Pole Load: | 0% |
| Internal Test: | | GL Shell Avg: | 99.00 | Wood Strength: | 100% |
| Internal Trt: | Fume | BG Shell Avg: | 0.00 | Rmng Strength: | 0% |
| Test Issues: | | Shell @66: | 0.00 | Result Status: | Pass |
| Trtmnt Issues: | | Shell @54: | 0.00 | Comments: | |
| Pole Top Cndtn: | Fair | Shell @42: | 0.00 | 04/05/2010 19:51:24 BCH_WM_PTT (BCH_WM_PTT) PREJECTTXTXTRA HOLE CHECKS | |
| Pole Bttm Cndtn: | Fair | Shell @26: | 0.00 | | |
| Excessive Checking or Cracked | | Shell @15: | 0.00 | | |