# EXHIBIT T



# Pole Detail Report

## Location Information

| | | | | | |
|---|---|---|---|---|---|
| Equip ID: | 102292424 | Pole Num: | 110290307 | Map Lat: | 38.41032 |
| Map Name: | JJ39 | Structure: | | Map Lng: | -122.24679 |
| Owner: | PG&E owned pole | | | | Show in Map Guide |
| Address: | 3683 ATLAS PEAK RD 9S | | | | Show in Google Map |
| Cust Info: | VISUAL | | | | |
| Access: | Readily Accessible | | | Environmental: | No environmental conditions |
| Reason: | No Access Issues | | | Alerts: | No Alerts |
| Immediate Response Conditions: | | Immediate Response Comments: | | | |
| No Immediate Response Conditions | | | | | |
| GIS Guid: | 1F864A02FE084A9894252714677389E8 | | | | |

## Pole Asset Information

| | | | | | |
|---|---|---|---|---|---|
| Pole Type: | Through Bore | Location: | Private property | Attachments: | Communications,Distribution |
| Surface: | Dirt | Walkway: | 0 | JP Num: | PG110123 |
| Supplier: | McFarland Cascade Co | Mfr Year: | 2011 | Ins Year: | 2011 |
| Species: | Douglas Fir | Class: | 4 | Height: | 45 |
| Orig Treat: | Penta in Petroleum | Orig Circ: | 37 | Estimated Data: | ☐ |
| Existing Rnfcmnt: | No Reinforcement | | | Solid Surface: | ☐ |

## Inspection History

### SIL_C9_041  1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Project Status: | ACTIVE | Contractor: | OSM | | |
| Foreman: | m4a0 | Current Circ: | 37.00 | Snow Load: | |
| Pole Work Status: | Complete | Effective Circ: | 37.00 | Front Span Length: | |
| Crew ID: | OSM241 | Encl Pkt Count: | | Back Span Length: | |
| Visit Date: | 10/26/2017 | Exp Pkt Count: | | Full Span Count: | |
| Work Report: | | Mch Dmg Count: | | Single Span Count: | |
| Insptn Type: | Test and Treat | Steel Installed: | | Equip Count: | |
| Excavation: | No Excavation | No Steel Rsn: | | Drop Count: | |
| External Treat: | No Treat | Banding Issue: | | Pole Load: | 0% |
| Internal Test: | Visual Sound and Bore | GL Shell Avg: | 99.00 | Wood Strength: | 100% |
| Internal Trt: | No Treat | BG Shell Avg: | 0.00 | Rmng Strength: | 0% |
| Test Issues: | No Issues | Shell @66: | 0.00 | Result Status: | Pass |
| Trtmnt Issues: | No Issues | Shell @54: | 0.00 | Comments: | |
| Pole Top Cndtn: | Fair | Shell @42: | 0.00 | | |
| Pole Bttm Cndtn: | Penta 10-50 Years | Shell @26: | 0.00 | | |
| None | | Shell @15: | 0.00 | | |

### SIL_T2_028  2 of 3

| | | | | | |
|---|---|---|---|---|---|
| Project Status: | CLOSED | Contractor: | UPT | | |
| Foreman: | cglenn001 | Current Circ: | 0.00 | Snow Load: | |
| Pole Work Status: | Complete | Effective Circ: | 0.00 | Front Span Length: | |
| Crew ID: | UPT160 | Encl Pkt Count: | | Back Span Length: | |
| Visit Date: | 10/09/2012 | Exp Pkt Count: | | Full Span Count: | |

http://wwwt2/ptt/ReportPoleDetailPop.aspx?PoleRefnum=102292424 [11/15/2017 1:42:02 PM]

| Work Report: | 943504 | Mch Dmg Count: | | Single Span Count: | |
|---|---|---|---|---|---|
| Insptn Type: | Test and Treat | Steel Installed: | | Equip Count: | |
| Excavation: | No Excavation | No Steel Rsn: | | Drop Count: | |
| External Treat: | No Treat | Banding Issue: | | Pole Load: | 0% |
| Internal Test: | Visual Inspection Only | GL Shell Avg: | 0.00 | Wood Strength: | 100% |
| Internal Trt: | No Treat | BG Shell Avg: | 0.00 | Rmng Strength: | 0% |
| Test Issues: | No Issues | Shell @66: | 0.00 | Result Status: | Pass |
| Trtmnt Issues: | No Issues | Shell @54: | 0.00 | Comments: | |
| Pole Top Cndtn: | Fair | Shell @42: | 0.00 | | |
| Pole Bttm Cndtn: | Fair | Shell @26: | 0.00 | | |
| None | | Shell @15: | 0.00 | | |
| SIL_T1_062 | 3 of 3 | | | | |
| Project Status: | CLOSED | Contractor: | DAV | | |
| Foreman: | | Current Circ: | 44.00 | Snow Load: | |
| Pole Work Status: | Complete | Effective Circ: | 44.00 | Front Span Length: | |
| Crew ID: | | Encl Pkt Count: | | Back Span Length: | |
| Visit Date: | 06/09/2003 | Exp Pkt Count: | | Full Span Count: | |
| Work Report: | PO44122 | Mch Dmg Count: | | Single Span Count: | |
| Insptn Type: | Test and Treat | Steel Installed: | | Equip Count: | |
| Excavation: | Partial Excavation | No Steel Rsn: | | Drop Count: | |
| External Treat: | BG Treat | Banding Issue: | | Pole Load: | 0% |
| Internal Test: | | GL Shell Avg: | 99.00 | Wood Strength: | 100% |
| Internal Trt: | Fume | BG Shell Avg: | 0.00 | Rmng Strength: | 0% |
| Test Issues: | | Shell @66: | 0.00 | Result Status: | Pass |
| Trtmnt Issues: | | Shell @54: | 0.00 | Comments: | |
| Pole Top Cndtn: | | Shell @42: | 0.00 | 04/05/2010 19:51:20 BCH_WM_PTT (BCH_WM_PTT) PCONDBOTXTRA HOLE CHECKS | |
| Pole Bttm Cndtn: | Fair | Shell @26: | 0.00 | | |
| Excessive Checking or Cracked | | Shell @15: | 0.00 | | |