# EXHIBIT V



**CONFIDENTIAL**                                                                                                          PGE-CPUC_00008067