# EXHIBIT W

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: T. Payne TTP3

Rural/Urban: *Rural* 2 Yr Map Schedule: *2012-Patr* Date Pat/Insp: 9/30/11

Order: *41383685* Map: *ED.42-JJ39000000* Date Reviewed: 12/5/11 By: [illegible]

MAT: *BFB OH Insp* Main Work Ctr: *NAPA* (Specify highlight color) Peach

[✓] Check if "NO" Abnormal Conditions Identified Today # of Structures on File: ~~117~~ 116 # of Structures Pat/Insp: 17

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| **Minor Work Locations(Tally):** | **Total Minor Work Locations Completed:** |
|---|---|
| IIII | 4 |

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: T. Payne TTP3

| | | | | | |
|---|---|---|---|---|---|
| Rural/Urban: | *Rural* | 2 Yr Map Schedule: | *2012-Patr* | Date Pat/Insp: | 10/3/11 |
| Order: | *41383685* | Map: | *ED.42-JJ39000000* | Date Reviewed: | 12/5/11 By: [illegible] |
| MAT: | *BFB OH Insp* | Main Work Ctr: | *NAPA* | *(Specify highlight color)* | Blue |

[ ] Check if "NO" Abnormal Conditions Identified Today

\# of Structures on File: ~~117~~ 116

\# of Structures Pat/Insp: 11

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| 1 | 105611291 | (OH) | | Idle transformer |
| 2 | 102479433 | (OH) existing tag | [illegible] High Sign only | ~~[illegible] on [illegible] jumpers~~ |
| 3 | 102506022[illegible] | (OH) existing tag | | Pole marked "N" Very rotten |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| IIII | 4 |

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: Dodd Payne

Rural/Urban: *Urban* | 2 Yr Map Schedule: *2012-Patr* *2013-Insp* | Date Pat/Insp: 10/4/11

Order: 41383685 | Map: JJ-39 *ED.* | Date Reviewed: 12/5/11 By: [illegible]

MAT: *BFA* | Main Work Ctr: ~~*SNRAFAEL*~~ Napa | *(Specify highlight color)* Green

[ ] Check if "NO" Abnormal Conditions Identified Today | # of Structures on File: 116 | # of Structures Pat/Insp: 28

| Loc# | EC# | Type | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| Loc# 4 | EC# 105609614 | (OH) UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: Insulator winged, Armor rod not in shoe |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| IIII | 4 |

CONFIDENTIAL

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: T. Payne J. Dodd

Rural/Urban: Urban
Map Schedule:
Date Pat/Insp: 10/5/11

Order: 41383685
Map: JJ-39 ED.
Date Reviewed: 12/5/11 By: [illegible]

MAT: BFA
Main Work Ctr: ~~SNRAFAEL~~ Napa
(Specify highlight color) Red

[ ] Check if "NO" Abnormal Conditions Identified Today
# of Structures on File: 116
# of Structures Pat/Insp: 15

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| 5 | 105796522 | (OH) | | A1 PG's on Cu to Cu High Signs |
| 6 | 105795681 | (OH) | tag to construction | 8' DOUBLE X-ARM ANGLE CONST. END OF X-ARM ROTTEN |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| III | 3 |

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: JBDP / TTP3

Rural/Urban: Urban | Map Schedule: | Date Pat/Insp: 10-6-11

Order: 41383685 | Map: JJ-39 ED. | Date Reviewed: 12/8/11 By: [illegible]

MAT: BFA | Main Work Ctr: ~~SNRAFAEL~~ NAPA | (Specify highlight color) YELLOW

[ ] Check if "NO" Abnormal Conditions Identified Today | # of Structures on File: 116 | # of Structures Pat/Insp: ~~[illegible]~~ 17

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| 7 | 105611315 | (OH) UG MC TP I V | | 12KV SQUATTER, MISSING H.V. SIGN 3683 ATLAS PK RD, OLD CIRCLE S RANCH, COMBO: 2240 |
| 8 | 105611316 | (OH) UG MC TP I V | | MISSING ANCHOR ON SERVICE POLE. OLD DOWN GUY HANGING ON POLE 3683 ATLAS PK RD, GATE COMBO: 2240 |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| 1 | 1 |

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: JBDP/TTP3

Rural/Urban: *Urban* Map Schedule: Date Pat/Insp: 10-7-11

Order: Map: *ED.* Date Reviewed: 12/5/11 By: [illegible]

MAT: *BFA* Main Work Ctr: *SNRAFAEL* (Specify highlight color) PINK

[ ] Check if "NO" Abnormal Conditions Identified Today # of Structures on File: 116 # of Structures Pat/Insp: 24

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| 9 | 105611362 | (OH) UG MC TP I V | | Install High Signs |
| 10 | 105611311 | (OH) UG MC TP I V | | 12 KV QUARTER BRACE BOLT MISSING ON X-ARM |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |
| | | OH UG MC TP I V | | |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| III | 3 |

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: Dodd Payne

Rural/Urban: *Urban*

Map Schedule:

Date Pat/Insp: 10/10/11

Order: 41383685

Map: *ED.*

Date Reviewed: 12/5/11 By: [illegible]

MAT: *BFA*

Main Work Ctr: ~~SNRAFAEL~~ Napa

*(Specify highlight color)* purple

[✓] Check if "NO" Abnormal Conditions Identified Today

\# of Structures on File: 116

\# of Structures Pat/Insp: 4

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| Minor Work Locations(Tally): — | Total Minor Work Locations Completed: |
|---|---|

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: JBDP/TTP3

Rural/Urban: Urban

Map Schedule:

Date Pat/Insp: 10-14-11

Order: 41383685

Map: JJ-39

ED.

Date Reviewed: 12/5/11 By: [illegible]

MAT: BFA

Main Work Ctr: SNRAFAEL

(Specify highlight color) MINOR WORK

[ ] Check if "NO" Abnormal Conditions Identified Today

# of Structures on File:

# of Structures Pat/Insp:

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| 卌 I | 6 |