# EXHIBIT Y

# Electric Maintenance Patrol/Inspection Daily Log

| | |
|---|---|
| Rural/Urban: *Rural* | 2 Yr Map Schedule: *2014-Patr* |
| Order: *41553141* | Map: *ED.42-JJ39000000* |
| MAT: *BFA OH Patr* | Main Work Ctr: *NAPA* |

Inspector Name or LAN ID: SVW2/ACSA
Date Pat/Insp: 4/26/12
Date Reviewed: 6/7/12  By: *(signature)* Blue
*(Specify highlight color)*
# of Structures Pat/Insp: 117

[✓] Check if "NO" Abnormal Conditions Identified Today     # of Structures on File: 117

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: 0 |
|---|---|

CONFIDENTIAL