# EXHIBIT Z

