# EXHIBIT BB

# Pacific Gas & Electric
## Vegetation Management
## Work Request  NPNB1012335

Oct 30, 2012

0009-9671
PUEBLO 1104-1

Division: North Bay
Circuit: PUEBLO 1104  #0043291104

SSD Routing #: 910
Contractor: Davey
Contract: ZS4335009F
Work Type: Distribution
Acct Type: Maintenance
Total Loc #  38

General Comments:
Work Request= NPNB1012335 and TL.sAcctType= 'M'

**Location Num: 18**

| Address | | City | Quad Map | Thomas Guide | Area | Inspection Date / Time |
|---|---|---|---|---|---|---|
| 3683 ATLAS PEAK RD | | NAPA | JJ-40 | T-410-C6 | I7-4 | 10/3/12 3:06 PM |
| XStreet | Group | County | Loc Rt: | U-Bld | Insp | Inspection Company |
| | | NAPA | 240 | No | mqmv | Davey RG |
| Location Directions | | | Loc Lat/Lon | | Customer Name #1 | Customer Phone #1 |
| 5TH SP NW/O/POLE#193 NXT RD @ MM-7.13;POLE#197 TO POLE#198 ALONG RD | | | 38.413562 / -122.248458 | | SAVINO PANTOVA | 707-483-3024 |
| Alerts | | | Struct1 | Struct2 | Customer Name #2 | Customer Phone #2 |
| Notify First Traffic Issue | | | | | CIRCLE S RANCH | 707-224-6565 |
| SRA | Tag Number | Tag Type | Packet Project # | SSD #: | | NTW Number |
| Yes | | | 0009-9671 | 709 | | |

Loc Comments: TT 48HR CALL FOR APPOINTMENT. PI CALL FIRST FOR GATE ACCESS. MIKE SABOLSKI OWNER.

Location Summary:  Units: 7   Notification:

<----------------------------------- Completed ----------------------------------->

| Crew | Tree - Species | Trim Type | Priority | Est Ht | dbh | HV Clr | Est Qty | Date | Qty | T&M | OT | Hrs | By | Tree # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA | Coast Live Oak | TopDirecti | Routine | 30 | 10 | 12 | 1 | 11/9/12 | 1 | TR | 0 | | JM | 124 |

Com:
Tline:           Owner: County              Clearance: 12
                 Tree Lat/Lon:
Wire Type: None  VELB Area: No  38.413587/-122.248405    Worked Reason:

Tree Com: 0.1 SPN; IN GROUP. PNT            Worked Comments:
Psc Com:
Alerts:

| LA | Coast Live Oak | TopDirecti | Routine | 28 | 13 | 12 | 1 | 11/9/12 | 1 | TR | 0 | | JM | 126 |

Com:
Tline:           Owner: Private             Clearance: 12
                 Tree Lat/Lon:
Wire Type: None  VELB Area: No  38.413558/-122.248545    Worked Reason:

Tree Com: 0.25 SPN. IFO FNC. PNT            Worked Comments:
Psc Com:
Alerts:

| LA | Black Oak | TopDirecti | Routine | 28 | 9 | 12 | 1 | 11/9/12 | 1 | TR | 0 | | JM | 130 |

Com:
Tline:           Owner: Private             Clearance: 12
                 Tree Lat/Lon:
Wire Type: None  VELB Area: No  38.413630/-122.248535    Worked Reason:

Tree Com: 0.4 SP UNDRLNS NXT FNC;PAST 5X OAKC.    Worked Comments:
Psc Com:
Alerts:

CONFIDENTIAL                                          PGE-CPUC_00010230

# Pacific Gas & Electric
## Vegetation Management
## Work Request  NPNB1012335

Oct 30, 2012

0009-9671
PUEBLO 1104-1

Division: North Bay
Circuit: PUEBLO 1104   #0043291104

SSD Routing #: 910
Contractor: Davey
Contract: ZS4335009F
Work Type: Distribution
Acct Type: Maintenance
Total Loc # 38

General Comments:
Work Request= NPNB1012335 and TL.sAcctType= 'M'

**Location Num: 18**

| Address | | City | Quad Map | Thomas Guide | Area | Inspection Date / Time |
|---|---|---|---|---|---|---|
| 3683 ATLAS PEAK RD | | NAPA | JJ-40 | T-410-C6 | I7-4 | 10/3/12 3:06 PM |
| XStreet | Group | County | Loc Rt: | U-Bld | Insp | Inspection Company |
| | | NAPA | 240 | No | mqmv | Davey RG |
| Location Directions | | | Loc Lat/Lon | | Customer Name #1 | Customer Phone #1 |
| 5TH SP NW/O/POLE#193 NXT RD @ MM-7.13;POLE#197 TO POLE#198 ALONG RD | | | 38.413562 / -122.248458 | | SAVINO PANTOVA | 707-483-3024 |
| Alerts | | | Struct1 | Struct2 | Customer Name #2 | Customer Phone #2 |
| Notify First Traffic Issue | | | | | CIRCLE S RANCH | 707-224-6565 |
| SRA | Tag Number | Tag Type | Packet Project # | SSD #: | | NTW Number |
| Yes | | | 0009-9671 | 709 | | |

Loc Comments: TT 48HR CALL FOR APPOINTMENT. PI CALL FIRST FOR GATE ACCESS. MIKE SABOLSKI OWNER.

Location Summary:   Units: 7   Notification:

&lt;-------------------- Completed --------------------&gt;

| Crew | Tree - Species | Trim Type | Priority | Est Ht | dbh | HV Clr | Est Qty | Date | Qty | T&M | OT | Hrs | By | Tree # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA | Black Oak | TopDirecti | Routine | 27 | 12 | 15 | 1 | 11/9/12 | 1 | TR | 0 | | JM | 133 |

Com:
Tline:   Owner: Private   Clearance: 15
Wire Type: None   VELB Area: No   Tree Lat/Lon: 38.413957/-122.248572   Worked Reason:

Tree Com: SML 3XSTM/ 0.7 SP UNDRLNS;SPRTS;FLG.   Worked Comments:
Psc Com:
Alerts:

| LA | Coast Live Oak | TopDirecti | Routine | 27 | 10 | 12 | 2 | 11/9/12 | 2 | TR | 0 | | JM | 134 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Com:
Tline:   Owner: Private   Clearance: 12
Wire Type: None   VELB Area: No   Tree Lat/Lon: 38.413975/-122.248598   Worked Reason:

Tree Com: 0.8 SP UNDRLNS IFO FNC;PNT. 1 SMLL XTM   Worked Comments:
Psc Com:
Alerts:

| LA | Black Oak | TopDirecti | Routine | 48 | 30 | 12 | 1 | 11/9/12 | 1 | TR | 0 | | JM | 135 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Com:
Tline:   Owner: County   Clearance: 12
Wire Type: None   VELB Area: No   Tree Lat/Lon: 38.413975/-122.248598   Worked Reason:

Tree Com: 2XTM- 0.85 SPN. UNDERPRUNE. PNT   Worked Comments:
Psc Com:
Alerts:
Notes:

**Location Num: 19**

CONFIDENTIAL    PGE-CPUC_00010231