# EXHIBIT CC



**Pacific Gas & Electric**
**Vegetation Management**

**VMD Location - Trees**

Division NORTH BAY
Circuit PUEBLO 1104 (0043291104)

Division:NB: Inspection:All: Circuit Name Equal 0043291104: SSD Route Num Equal 10: Loc Route Num Equal 160: Insp Date (Loc) Between 07/30/2013.08/02/2013

| Address | | | City | County | Circuit | Division | X - Street | Directions | Insp Dt | Cust 1 Name / Phone |
|---|---|---|---|---|---|---|---|---|---|---|
| 3683 ATLAS PEAK RD | | | NAPA | NAPA | PUEBLO 1104 | NORTH BAY | | 5TH SP NW/O/POLE#193 NXT RD @ | 8/1/13 | SAVINO PANTOVA / 707-483-3024 |

| SSD | SSD RT # | Loc RT # | Map Type | Quad Map | Area | Group | Loc Lat/Lon | APN | Removal Num | | Acct Type | Inspector | Inspection Co. | Cust 2 Name / Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 709 | 10 | 160 | Thomas Guid | JJ-40 | I7-4 | | / | | | | Maintenance | D9S9 | Davey Resource | CIRCLE S RANCH / 707-224-6565 |

| Alerts | | | Restrictions | | Tag Type | | Tag # | How Notified | U-Bld | | Project # | | Project Name | Cust 3 Name / Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | X | | FIRE PATRL | N/A | No | | | | | |

| Environ mntl: | VELB | HCP Area | MBZ-ID # | e10c | e10c Acreage | SRA | | | Trans: | Struct1 | Struct2 | Length | Esmt | App. Method | Maint. Cycle | Work Type | Cust 4 Name / Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No | Bay Area | | No | | | Yes | | | | 0 | 0 | | | | |

| Loc Comments | | | | | | | | TROW: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TT 48HR CALL FOR APPOINTMENT. PI CALL FIRST FOR GATE ACCESS. MIKE SABOLSKI OWNER. | | | | | | | | | | | | | | | | |

**Tree Number 0**

| Tree Type, Species | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | | Work Request | T-Line | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monterey Pine | 1 | Routine | FP-Ov B | 70 | 24 | 34 | Ok | Routine | Private | | NPNB1012925 | | | |

| Tree Alerts | Tree Restrictions | | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | TROW-Length | Cover % | TROW-Brush | Defect % | Span Prox. | Inside ROW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Yes | | | | | | | | | | |

| Tree Comments | | | | Prescription Comments | | | | Lat/Lon | Proximity | Pole Owner | Wire Type | TGR Date | Inspector / Date, Time | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .6SPN LT OF LNS | | | | | | | | / | Connect | PG&E | None | | 8/1/13 3:21 PM | D9S9 |

| Crew | | | | Dt Cmplt | Act. Qty | Act. Trim | Act. Clr | Worked By | Worked Reason | | Worked Comments | | Last Modified By / Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | | | | 11/23/13 | 1 | FP-Ov B | 34 | MR | | | | | D9S9 / 8/1/13 | |

**Tree Number 1**

| Tree Type, Species | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | | Work Request | T-Line | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coast Live Oak | 1 | Routine | FP-Ov B | 66 | 22 | 20 | Ok | Routine | Private | | NPNB1012925 | | | |

| Tree Alerts | Tree Restrictions | | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | TROW-Length | Cover % | TROW-Brush | Defect % | Span Prox. | Inside ROW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Yes | N | | | | | | | | | |

| Tree Comments | | | | Prescription Comments | | | | Lat/Lon | Proximity | Pole Owner | Wire Type | TGR Date | Inspector / Date, Time | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .7SPN RT LNS NXT TO RD | | | | | | | | / | Connect | PG&E | None | | 8/1/13 3:25 PM | D9S9 |

| Crew | | | | Dt Cmplt | Act. Qty | Act. Trim | Act. Clr | Worked By | Worked Reason | | Worked Comments | | Last Modified By / Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA | | | | 11/23/13 | 1 | FP-Ov B | 20 | DF | | | | | D9S9 / 8/1/13 | |

Ⓡ = TGR

Ⓦ = Warranty

Printed 12/7/17

VMD Location - Trees

Total Records: 1

Confidential - Pacific Gas and Electric Company

Do not copy or distribute without persmission of Pacific Gas and Electric Company

✂ = Brush Cut

✖ = Removal

⊠ = Fac Prot

CONFIDENTIAL   PGE-CPUC_00009933