# EXHIBIT DD

**Pacific Gas & Electric**
**Vegetation Management**
**Work Request  NPNB1012925**

Division: North Bay
Circuit: PUEBLO 1104  #0043291104

| | |
|---|---|
| Aug 15, 2013 | SSD Routing #: 10 |
| | Contractor: Davey |
| 0000-2013 | Contract: ZS4335009F |
| | Work Type: Distribution |
| | Acct Type: Maintenance |
| | Total Loc # 22 |

General Comments: PUEBLO 1104 FIRE PATROL

Work Request= NPNB1012925 and TL.sAcctType= 'M'

## Location Num: 15

| Address | | City | Quad Map | Thomas Guide | Area | Inspection Date / Time |
|---|---|---|---|---|---|---|
| 3683 ATLAS PEAK RD | | NAPA | JJ-40 | T-410-C6 | I7-4 | 8/1/13 3:21 PM |
| XStreet | Group | County | Loc Rt: | U-Bld | Insp | Inspection Company |
| | | NAPA | 160 | No | D9S9 | Davey RG |
| Location Directions | | | Loc Lat/Lon | | Customer Name #1 | Customer Phone #1 |
| 5TH SP NW/O/POLE#193 NXT RD @ MM-7.13;POLE#197 TO POLE#198 ALONG RD | | | / | | SAVINO PANTOVA | 707-483-3024 |
| Alerts | | | Struct1 | Struct2 | Customer Name #2 | Customer Phone #2 |
| Notify First Traffic Issue | | | | | CIRCLE S RANCH | 707-224-6565 |
| SRA | Tag Number | Tag Type | Packet Project # | SSD #: | | NTW Number |
| Yes | FIRE PATRL | X | | 709 | | |

*Loc Comments:*  TT 48HR CALL FOR APPOINTMENT. PI CALL FIRST FOR GATE ACCESS. MIKE SABOLSKI OWNER.

| Location Summary: | *Units:* 2 | *Notification:* |
|---|---|---|

<------------------------------------ Completed ------------------------------------>

| | Crew | Tree - Species | Trim Type | Priority | Est Ht | dbh | HV Clr | Est Qty | Date | Qty | T&M | OT | Hrs | By | Tree # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | CA | Monterey Pine | FP-Ov B | Routine | 70 | 24 | 34 | 1 | 11/23/13 | 1 | BO | 0 | 0 | MR | 27 |

Com:
Tline:                                          Owner: Private                                     Clearance: 34
Wire Type: None         VELB Area: No      Tree Lat/Lon:                      Worked Reason:

Tree Com: .6SPN LT OF LNS                              Worked Comments:
Psc Com:
Alerts:

| | Crew | Tree - Species | Trim Type | Priority | Est Ht | dbh | HV Clr | Est Qty | Date | Qty | T&M | OT | Hrs | By | Tree # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | LA | Coast Live Oak | FP-Ov B | Routine | 66 | 22 | 20 | 1 | 11/23/13 | 1 | BO | 0 | | DF | 28 |

Com:
Tline:                                          Owner: Private                                     Clearance: 20
Wire Type: None         VELB Area: No      Tree Lat/Lon:                      Worked Reason:

Tree Com: .7SPN RT LNS NXT TO RD                      Worked Comments:
Psc Com:
Alerts:
Notes:

## Location Num: 16

| Address | | City | Quad Map | Thomas Guide | Area | Inspection Date / Time |
|---|---|---|---|---|---|---|
| 3683 ATLAS PEAK RD | | NAPA | JJ-40 | T-410-C6 | I7-4 | 8/1/13 3:27 PM |
| XStreet | Group | County | Loc Rt: | U-Bld | Insp | Inspection Company |
| | | NAPA | 165 | No | D9S9 | Davey RG |
| Location Directions | | | Loc Lat/Lon | | Customer Name #1 | Customer Phone #1 |
| 4TH SP NW/POLE#185 IRO BIG TURNOUT N/O MM-6.50;POLE#188 TO POLE#189 | | | / | | SAVINO PANTOVA | 707-483-3024 |
| Alerts | | | Struct1 | Struct2 | Customer Name #2 | Customer Phone #2 |
| Notify First Poison-Oak Access | | | | | CIRCLE S RANCH | 707-224-6565 |
| SRA | Tag Number | Tag Type | Packet Project # | SSD #: | | NTW Number |
| Yes | FIRE PATRL | X | | 709 | | |

CONFIDENTIAL

PGE-CPUC_00010232