# EXHIBIT EE



CONFIDENTIAL

Pueblo 1104 - CEMA
Master Routed 2014

Patrolled by: KALU
Reviewed by Logan Bodel 9/11/2014

CONFIDENTIAL
PGE-CPUC_00012596