# EXHIBIT GG

## Patrol/Inspection Map Correction Form

Inspector Name: ████████

Date Pat/Insp: __September 6, 2014__

Check One: ☑ OH  ☐ UG    Check One: ☑ Patrol  ☐ Inspection

Electric Map Number: __JJ-39__    Sub[1]: _____    Circuit[1]: _____

Dept.: __Compliance Dept.__    Dept. Ref. Number: __109827600__    Number of Location(s): __1__ (See Attached Copies of the Map)

| Loc # | Location | Wrong Size/Type of Equipment (transformer, line equipment, valve, etc.) | Wrong Size/Type of Conductor, Cable, Main, Service (i.e. pipes and wires) | Facilities Shown in Wrong Location (e.g. wrong distance or dimension from P/L) | Wrong Size/Type of Support Structure or Enclosure (pole, guy, box, conduit etc.) | Wrong Text Information on Map (not associated with any symbol) | Land Base Discrepancy (e.g. streets or property lines don't match) | Facilities with Incorrect Number (e.g. wrong equipment number, circuit number, etc.) | Facilities Added or Removed | Other (Describe) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1900 Soda Spring Rd. | | | | | | | | | Service pole & S&S TPX Service have been Removed. See Map attached for Exact Location |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*Check All that Apply:*

102292355
329-1105
Pueblo

[1] Not required, but provide information if available.

Received by Mapping: _____

Mapping use only: PM # _____    Action taken: _____    Completed By/Date: _____ / _____

PGE-CF_00002866

-MC

GO 165 ✓

ORDER# _____ 42012044
# OF UNITS _____ 4?  126  R?  A.O.
# OF MINOR UNITS _____ 0
REVIEWED BY ████████  9-30-14
REVIEW SHEET ██████████
S/S BY ████  10/13/14
FILED BY

FLEXIBLE D.D.

Sent Copy 10/31/17
of Patrol ████
to ██████

9/8

PGE-CF_00002867



PGE-CF_00002868

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: ████████████

| | | | | |
|---|---|---|---|---|
| Rural/Urban: | *Rural* | 2 Yr Map Schedule: | *2016-Insp* | Date Pat/Insp: September 7, 2014 |
| Order: | *42012044* | Map: | *ED.42-JJ39000000* | Date Reviewed: 9-30-14   By: ████ |
| MAT: | *BFA OH Patr* | Main Work Ctr: | *NAPA* | (Specify highlight color) Purple |
| [✓] Check if "NO" Abnormal Conditions Identified Today | | # of Structures on File: 117 | | # of Structures Pat/Insp: 95 |

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| | |

PGE-CF_00002869

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: ████████████

| | | | | | |
|---|---|---|---|---|---|
| Rural/Urban: | *Rural* | 2 Yr Map Schedule: | *2016-Insp* | Date Pat/Insp: | September 8, 2014 |
| Order: | *42012044* | Map: | *ED.42-JJ39000000* | Date Reviewed: | 9-30-14    By: ████ |
| MAT: | *BFA OH Patr* | Main Work Ctr: | *NAPA* | (Specify highlight color) | RED |

[ ✓ ] Check if "NO" Abnormal Conditions Identified Today     # of Structures on File: ~~117~~ 123     # of Structures Pat/Insp: 123

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| | |

# Electric Maintenance Patrol/Inspection Daily Log

U - G.

Rural/Urban: Rural

2 Yr Map Schedule:

Inspector Name or LAN ID: [redacted]

Order: 42012044

Map:   ED.40  42-JJ39000000

Date Pat/Insp: September 7, 2014

MAT: BFA OH/UG

Main Work Ctr: NAPA

Date Reviewed: 9-30-14    By: [redacted]

[ ✓ ] Check if "NO" Abnormal Conditions Identified Today

# of Structures on File: 126

(Specify highlight color) Yellow

# of Structures Pat/Insp: 3

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|------|-----|-----------------|---------------------------------------------|--------|
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|------------------------------|---------------------------------------|



I-MC

NOV

ORDER# 42012044
# OF UNITS 4 (26 PK) 2.0.
# OF MINOR UNITS
REVIEWED BY ▮▮▮▮▮▮ 9-30-14
REVIEW SHEET ▮▮▮▮▮▮▮▮
S/S BY ▮▮▮ 10/15/14
FILED BY

FLEX

PGE-CF_00002872



JJ39

OH PATROL

NOV

2014

PGE-CF_00002873



PGE-CF  00002874

| ☑ OH ☐ UG | ☐ Patrol   ☐ Inspection | | Follow up needed? ☐ Yes ☐ No | | |
|---|---|---|---|---|---|
| Map#: JJ29 | Reviewer LAN ID: ▮▮▮ | | If Yes, All Corrections Completed? ☐ Yes   ☐ No | | |
| District: NB | Review Date: 9/30/14 | | * PS&R Supervisor/Specialist LAN ID: | | |
| | | | * PS&R Supervisor/Specialist Review Date: | | |

| Documentation Check Number | Documentation for Review | Response | Notes | Follow-Up Items Completed? |
|---|---|---|---|---|
| 1 | Are the logs completed in non-erasable ink? | ☑ Yes<br>☐ No | If non-erasable ink was NOT used, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 2 | Was white out used? | ☐ Yes<br>☑ No | If white-out was used, return package to your PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 3 | When non-prepopulated log sheets were used, were they filled out to include: Map Number, Order Number, Main Work Center, Rural/Urban, and MAT? | ☑ Yes<br>☐ No N/A | If not filled out at all, or completely, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 4 | Is the inspector's Lan ID on the log?<br>(Note: Must be Lan ID if inspector has one) | ☑ Yes<br>☐ No | If no - return to PS&R Supervisor for correction by Inspector<br>Note: If Contractor with no LAN ID, ensure written name is clearly legible | ☐ Yes<br>☐ No |
| 5 | Does the Lan ID on the log match the Lan ID on the map? | ☑ Yes<br>☐ No | If No, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 6 | Is the date recorded on the log(s)? | ☑ Yes<br>☐ No | If multiple logs, confirm dates are populated on all; If No, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 7 | Do the date on the log(s) match the date(s) on the map? | ☑ Yes<br>☐ No | If multiple logs, confirm dates are populated on all; If No, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 8 | Is the reviewer's Lan ID on the log?<br>(Note: Specialist or Supervisor) | ☑ Yes<br>☐ No | If No, return to PS&R Supervisor for correction Note:  LAN ID/Signature stamps are not valid | ☐ Yes<br>☐ No |
| 9 | Is the review date entered on the log?<br>(Note: Specialist or Supervisor) | ☑ Yes<br>☐ No | If No, return to PS&R Supervisor for correction Note:  Date stamps are not valid | ☐ Yes<br>☐ No |
| 10 | For multiple days, was a different highlighter color used for each day? | ☑ Yes<br>☐ No | If No, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 11 | Is the highlighter color recorded on the log? | ☑ Yes<br>☐ No | If No, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 12 | Does the highlighter color used on the log match the color on the map? | ☑ Yes<br>☐ No | If No, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 13 | For an inspection log , does the structure count on the log(s) equal the facilities highlighted on the map for the highlighter color used? | ☐ Yes<br>☐ No N/A | If No, return to PS&R Supervisor for correction by Inspector<br>Note:  Check all log/map counts | ☐ Yes<br>☐ No |
| 14 | If body of log (lines starting with "Loc #") is blank, is the "No abnormal conditions identified" checkbox | ☑ Yes<br>☐ No | If No, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 15 | If there is a numbered location written on the log, is UG, OH, V, or I circled and if so, is the EC Number recorded on the log or is cancelled written on the log. | ☐ Yes<br>☐ No N/A | If No, clerical needs to make correction (create corresponding EC, etc., and/or enter EC number on log) | ☐ Yes<br>☐ No |
| 16 | If location number is recorded AND the EC # column is blank, is "MC" (Map Change), "TP" (Third Party), circled? | ☑ Yes<br>☐ No | If No, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |
| 17 | Does the total number of structures on the log agree with the total on the map? | ☑ Yes<br>☐ No | Note:  For Patrols, manual counts are not required unless the Planned and Actual Unit counts are obviously incorrect (example...planned units is 10, clerk can see by visibly looking at the map that there are obviously more than 10 facilities) Corrective Action Required:  Count facilities on map, correct "actual facilities", update actual units in in ZORDER in SAP | ☐ Yes<br>☐ No |
| 18 | If the entire map is bracketed (no facilities highlighted, map encircled in color) was it marked as an air patrol. | ☐ Yes<br>☐ No N/A | Note:  Only air patrols can be "circled/bracketed"; if not marked as air patrol, return to PS&R Supervisor for correction by Inspector | ☐ Yes<br>☐ No |

Last Updated 6/7/2012

Form #:  XXXX (to be assigned)

Last Updated 6/7/2012 by ▮▮▮▮

Page 1 of 1

PGE-CF_00002875

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: [redacted]

| | | | |
|---|---|---|---|
| Rural/Urban: | *Rural* | 2 Yr Map Schedule: | *2016-Insp* |
| Order: | *42012044* | Map: | *ED.42-JJ39000000* |
| MAT: | *BFA OH Patr* | Main Work Ctr: | *NAPA* |

Date Pat/Insp: _September 6 2014_
Date Reviewed: _9-30-14_ By: [redacted]
*(Specify highlight color)* _Salmon_

[  ] Check if "NO" Abnormal Conditions Identified Today   # of Structures on File: _117_   # of Structures Pat/Insp: _15_

| Loc# | EC# | Type | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| 1 | 109827600 | OH  UG  (MC)  TP  I  V | 109827600 | See Map Change request Form attached |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH  UG  MC  TP  I  V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| | |