# EXHIBIT HH



JJ40   OH PATROL   JUN   2014

ORDER#_____ 42012045
# OF UNITS_____ 106 —
# OF MINOR UNITS___ 0
REVIEWED BY ████  7-14-16
REVIEW SHEET
S/S BY_____ ████
FILED BY

6016Sv

6/19

PGE-CF_00002926



PGE-CF_00002927

# Electric Maintenance Patrol/Inspection Daily Log

Inspector Name or LAN ID: ███████

| | | | | |
|---|---|---|---|---|
| Rural/Urban: | *Rural* | 2 Yr Map Schedule: | *2016-Insp* | Date Pat/Insp: _06/19/2014_ |
| Order: | *42012045* | Map: | *ED.42-JJ40000000* | Date Reviewed: _7-14-14_ By: ███████ |
| MAT: | *BFA OH Patr* | Main Work Ctr: | *NAPA* | *(Specify highlight color)* _____ |
| [X] Check if "NO" Abnormal Conditions Identified Today | | # of Structures on File: *106* | | # of Structures Pat/Insp: _106_ |

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| | |

PGE-CF_00002928

| ☑OH ☐UG | ☑Patrol  ☐Inspection | Follow up needed? ☐Yes ☐No |
|---|---|---|
| Map#: JJ40 | Reviewer LAN ID: | If Yes, All Corrections Completed? ☐Yes  ☐No |
| District: NB | Review Date: | * PS&R Supervisor/Specialist LAN ID: |
| | | * PS&R Supervisor/Specialist Review Date: |

| Documentation Check Number | Documentation for Review | Response | Notes | Follow-Up Items Completed? |
|---|---|---|---|---|
| 1 | Are the logs completed in non-erasable ink? | ☑Yes ☐No | If non-erasable ink was NOT used, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 2 | Was white out used? | ☐Yes ☑No | If white-out was used, return package to your PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 3 | When non-prepopulated log sheets were used, were they filled out to include: Map Number, Order Number, Main Work Center, Rural/Urban, and MAT? | ☑Yes ☐No | If not filled out at all, or completely, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 4 | Is the inspector's Lan ID on the log? (Note: Must be Lan ID if inspector has one) | ☑Yes ☐No | If no - return to PS&R Supervisor for correction by Inspector Note: If Contractor with no LAN ID, ensure written name is clearly legible | ☐Yes ☐No |
| 5 | Does the Lan ID on the log match the Lan ID on the map? | ☑Yes ☐No | If No, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 6 | Is the date recorded on the log(s)? | ☑Yes ☐No | If multiple logs, confirm dates are populated on all; If No, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 7 | Do the date on the log(s) match the date(s) on the map? | ☑Yes ☐No | If multiple logs, confirm dates are populated on all; If No, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 8 | Is the reviewer's Lan ID on the log? (Note: Specialist or Supervisor) | ☑Yes ☐No | If No, return to PS&R Supervisor for correction Note: LAN ID/Signature stamps are not valid | ☐Yes ☐No |
| 9 | Is the review date entered on the log? (Note: Specialist or Supervisor) | ☑Yes ☐No | If No, return to PS&R Supervisor for correction Note: Date stamps are not valid | ☐Yes ☐No |
| 10 | For multiple days, was a different highlighter color used for each day? | ☐Yes ☐No N/A | If No, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 11 | Is the highlighter color recorded on the log? | ☑Yes ☐No | If No, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 12 | Does the highlighter color used on the log match the color on the map? | ☑Yes ☐No | If No, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 13 | For an *Inspection log*, does the structure count on the log(s) equal the facilities highlighted on the map for the highlighter color used? | ☐Yes ☐No N/A | If No, return to PS&R Supervisor for correction by Inspector Note: Check all log/map counts | ☐Yes ☐No |
| 14 | If body of log (lines starting with "Loc #") is blank, is the "No abnormal conditions identified" checkbox | ☑Yes ☐No | If No, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 15 | If there is a numbered location written on the log, is UG, OH, V, or I circled and if so, is the EC Number recorded on the log or is cancelled written on the log. | ☐Yes ☐No N/A | If No, clerical needs to make correction (create corresponding EC, etc., and/or enter EC number on log) | ☐Yes ☐No |
| 16 | If location number is recorded AND the EC # column is blank, is "MC" (Map Change), "TP" (Third Party), circled? | ☐Yes ☐No N/A | If No, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |
| 17 | Does the total number of structures on the log agree with the total on the map? | ☑Yes ☐No | Note: For Patrols, manual counts are not required unless the Planned and Actual Unit counts are obviously incorrect (example…planned units is 10, clerk can see by visibly looking at the map that there are obviously more than 10 facilities) Corrective Action Required: Count facilities on map, correct "actual facilities", update actual units in in ZORDER in SAP | ☐Yes ☐No |
| 18 | If the entire map is bracketed (no facilities highlighted, map encircled in color) was it marked as an air patrol. | ☐Yes ☐No N/A | Note: Only air patrols can be "circled/bracketed"; if not marked as air patrol, return to PS&R Supervisor for correction by Inspector | ☐Yes ☐No |

Last Updated 6/7/2012

Form #: XXXX (to be assigned)

PGE-CF_00002929