# EXHIBIT II

**Pacific Gas & Electric**
**Vegetation Management**
**Work Request  NPNB1014534**

Mar 2, 2015

0012-3163
PUEBLO 1104-1 NAPA Q2

Division: North Bay
Circuit: PUEBLO 1104   #0043291104

SSD Routing #: 910
Contractor: Davey
Contract: ZS4335009F
Work Type: Distribution
Acct Type: Maintenance
Total Loc #  23

General Comments:
Work Request= NPNB1014534 and TL.sAcctType= 'M'

**Location Num: 9**

| Address | | City | Quad Map | Thomas Guide | Area | Inspection Date / Time |
|---|---|---|---|---|---|---|
| 3683 ATLAS PEAK RD | | NAPA | JJ-40 | T-410-C6 | I7-4 | 2/5/15 10:27 AM |
| XStreet | Group | County | Loc Rt: | U-Bld | Insp | Inspection Company |
| WESTGATE DR | | NAPA | 240 | No | e1hp | Davey RG |
| Location Directions | | | Loc Lat/Lon | | Customer Name #1 | Customer Phone #1 |
| 5TH SP NW/O/POLE#193 NXT RD @ MM-7.13; POLE#197 TO POLE#198 ALONG RD | | | 38.413562 / -122.248458 | | SABINO | 707-483-3034 |
| Alerts | | | Struct1 | Struct2 | Customer Name #2 | Customer Phone #2 |
| Notify First Traffic Issue | | | | | SABINO | 707-483-3034 |
| SRA | Tag Number | Tag Type | Packet Project # | SSD #: | | NTW Number |
| Yes | | | 0012-3163 | 709 | | |

Loc Comments: START SP @PL #197, END 1/S/NW @ PL #198. SPN NXT/ABV RD. TT 48HR CALL FOR APPOINTMENT. PI CALL FIRST FOR GATE ACCESS. MIKE SABOLSKI OWNER.

Location Summary:   Units: 3   Notification:

<-------------------------------------- Completed -------------------------------------->

| Crew | Tree - Species | Trim Type | Priority | Est Ht | dbh | HV Clr | Est Qty | Date | Qty | T&M | OT | Hrs | By | Tree # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA | Coast Live Oak | TopDirecti | Routine | 30 | 17 | 12 | 1 | 3/19/15 | 1 | TR | 0 | | AC | 65 |

Com:
Tline:                    Owner: Private              Clearance: 12
Wire Type: None    VELB Area: No   Tree Lat/Lon:   Worked Reason:

Tree Com: .4 SP RT/O LNS IFO FNC; PNT+FLG        Worked Comments:
Psc Com:
Alerts:

| LA | Coast Live Oak | TopDirecti | Routine | 45 | 40 | 12 | 1 | 3/19/15 | 1 | TR | 0 | | AC | 67 |

Com:
Tline:                    Owner: Private              Clearance: 12
Wire Type: None    VELB Area: No   Tree Lat/Lon:   Worked Reason:

Tree Com: LRG 2XSTM .6 SP E/O/LNS NXT RD;SPRTS;FLG.    Worked Comments:
Psc Com: CLR SD&BLW
Alerts:

| LA | Coast Live Oak | TopDirecti | Routine | 30 | 14 | 12 | 1 | 3/19/15 | 1 | TR | 0 | | AC | 72 |

Com:
Tline:                    Owner: Private              Clearance: 12
Wire Type: None    VELB Area: No   Tree Lat/Lon:   Worked Reason:

Tree Com: 0.6 SP, UNDRLNS IFO FNC, 2X; PNT+FLG       Worked Comments:
Psc Com: CLR SD&BLW
Alerts:
Notes:

**Location Num: 10**

CONFIDENTIAL                                                                                                         PGE-CPUC_00010235