# EXHIBIT LL

# PG&E
## Pacific Gas & Electric
## Vegetation Management
## Work Request  NPNB1015790

Mar 25, 2016

0013-5976
PUEBLO 1104 NAPA Q2

Division: North Bay
Circuit: PUEBLO 1104   #0043291104

SSD Routing #: 910
Contractor: Davey
Contract: ZS4335009F
Work Type: Distribution
Acct Type: Maintenance
Total Loc # 29

General Comments:
Work Request= NPNB1015790 and TL.sAcctType= 'M'

**Location Num: 10**

| Address | | City | Quad Map | Thomas Guide | Area | Inspection Date / Time |
|---|---|---|---|---|---|---|
| 3683 ATLAS PEAK RD | | NAPA | JJ-40 | T-410-C6 | I7-4 | 2/23/16 2:50 PM |
| XStreet | Group | County | Loc Rt | U-Bld | Insp | Inspection Company |
| WESTGATE DR | | NAPA | 240 | No | c7cp | Davey RG |
| Location Directions | | | Loc Lat/Lon | | Customer Name #1 | Customer Phone #1 |
| 5TH SP NW/O/POLE#193 NXT RD @ MM-7.13;POLE#197 TO POLE#198 ALONG RD | | | 38.413562 / -122.248458 | | SABINO | 707-483-3034 |
| Alerts | | | Struct1 | Struct2 | Customer Name #2 | Customer Phone #2 |
| Notify First Traffic Issue | | | | | SABINO | 707-483-3034 |
| SRA | Tag Number | Tag Type | Packet Project # | SSD #: | | NTW Number |
| Yes | | | 0013-5976 | 709 | | |
| 3683 ATLAS PEAK RD | | NAPA | JJ-40 | T-410-C6 | I7-4 | 2/23/16 2:50 PM |
| XStreet | Group | County | Loc Rt | U-Bld | Insp | Inspection Company |
| WESTGATE DR | | NAPA | 240 | No | c7cp | Davey RG |
| Location Directions | | | Loc Lat/Lon | | Customer Name #1 | Customer Phone #1 |
| 5TH SP NW/O/POLE#193 NXT RD @ MM-7.13;POLE#197 TO POLE#198 ALONG RD | | | 38.413562 / -122.248458 | | SABINO | 707-483-3034 |
| Alerts | | | Struct1 | Struct2 | Customer Name #2 | Customer Phone #2 |
| Notify First Traffic Issue | | | | | SABINO | 707-483-3034 |
| SRA | Tag Number | Tag Type | Packet Project # | SSD #: | | NTW Number |
| Yes | | | 0013-9063 | 709 | | |

Loc Comments: PL#197 TO PL#198; END 1/S/NW @PL #198; SPN NXT/ABV RD; TT 48HR CALL FOR APPOINTMENT; PI CALL FIRST FOR GATE ACCESS; MIKE SABOLSKI OWNER.

Location Summary:  Units: 3    Notification:

<---------------------------------- Completed ---------------------------------->

| Crew | Tree - Species | Trim Type | Priority | Est Ht | dbh | HV Clr | Est Qty | Date | Qty | T&M | OT | Hrs | By | Tree # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA | Coast Live Oak | TopDirecti | Routine | 30 | 40 | 15 | 1 | 4/5/16 | 1 | TR | 0 | | NAVARRO | 51 |

Com:
Tline:   Owner: Private   Clearance: 15
Wire Type: None   VELB Area: No   Tree Lat/Lon: 38.413657/-122.248503   Worked Reason:

Tree Com: 0.4 SPN, 5XSTM, UNDR LNS, ABV RD; FLG     Worked Comments:
Psc Com:
Alerts:

| LA | Coast Live Oak | Top | Routine | 26 | 5 | 10 | 1 | 4/5/16 | 3 | TR | 0 | | NAVARRO | 56 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Com:
Tline:   Owner: Private   Clearance: 10
Wire Type: None   VELB Area: No   Tree Lat/Lon: 38.414008/-122.248635   Worked Reason:

Tree Com: 0.7 SPN, 2XSTM, UNDR LNS, IFO FNC; FLG     Worked Comments:
Psc Com: NO LEAVES
Alerts:

CONFIDENTIAL                                   PGE-CPUC_00010233

# Pacific Gas & Electric
## Vegetation Management
## Work Request  NPNB1015790

Mar 25, 2016

0013-5976
PUEBLO 1104 NAPA Q2

Division: North Bay
Circuit: PUEBLO 1104  #0043291104

SSD Routing #: 910
Contractor: Davey
Contract: ZS4335009F
Work Type: Distribution
Acct Type: Maintenance
Total Loc # 29

General Comments:
Work Request= NPNB1015790 and TL.sAcctType= 'M'

**Location Num: 10**

| Address | | City | Quad Map | Thomas Guide | Area | Inspection Date / Time |
|---|---|---|---|---|---|---|
| 3683 ATLAS PEAK RD | | NAPA | JJ-40 | T-410-C6 | I7-4 | 2/23/16 2:50 PM |
| XStreet | Group | County | Loc Rt: | U-Bld | Insp | Inspection Company |
| WESTGATE DR | | NAPA | 240 | No | c7cp | Davey RG |
| Location Directions | | | Loc Lat/Lon | Customer Name #1 | | Customer Phone #1 |
| 5TH SP NW/O/POLE#193 NXT RD @ MM-7.13;POLE#197 TO POLE#198 ALONG RD | | | 38.413562 / -122.248458 | SABINO | | 707-483-3034 |
| Alerts | | | Struct1 | Struct2 | Customer Name #2 | Customer Phone #2 |
| Notify First Traffic Issue | | | | | SABINO | 707-483-3034 |
| SRA | Tag Number | Tag Type | Packet Project # | SSD #: | | NTW Number |
| Yes | | | 0013-5976 | 709 | | |
| 3683 ATLAS PEAK RD | | NAPA | JJ-40 | T-410-C6 | I7-4 | 2/23/16 2:50 PM |
| XStreet | Group | County | Loc Rt: | U-Bld | Insp | Inspection Company |
| WESTGATE DR | | NAPA | 240 | No | c7cp | Davey RG |
| Location Directions | | | Loc Lat/Lon | Customer Name #1 | | Customer Phone #1 |
| 5TH SP NW/O/POLE#193 NXT RD @ MM-7.13;POLE#197 TO POLE#198 ALONG RD | | | 38.413562 / -122.248458 | SABINO | | 707-483-3034 |
| Alerts | | | Struct1 | Struct2 | Customer Name #2 | Customer Phone #2 |
| Notify First Traffic Issue | | | | | SABINO | 707-483-3034 |
| SRA | Tag Number | Tag Type | Packet Project # | SSD #: | | NTW Number |
| Yes | | | 0013-9063 | 709 | | |

Loc Comments:   PL#197 TO PL#198; END 1/S/NW @PL #198; SPN NXT/ABV RD; TT 48HR CALL FOR APPOINTMENT; PI CALL FIRST FOR GATE ACCESS; MIKE SABOLSKI OWNER.

Location Summary:   Units: 3   Notification:

<----------------------------------------------- Completed ----------------------------------------------->

| Crew | Tree - Species | Trim Type | Priority | Est Ht | dbh | HV Clr | Est Qty | Date | Qty | T&M | OT | Hrs | By | Tree # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA | Coast Live Oak | TopDirecti | Routine | 28 | 5 | 12 | 1 | 4/5/16 | 1 | TR | 0 | | NAVARRO | 61 |

Com:
Tline:                        Owner: Private              Clearance: 12
                              Tree Lat/Lon:
Wire Type: None   VELB Area: No   38.413630/-122.248522   Worked Reason:

Tree Com: 0.2 SP, UNDRLNS, ABV RD, IFO FNC; FLG IFO TRE   Worked Comments:
Psc Com:
Alerts:
Notes:

---

**Location Num: 11**

CONFIDENTIAL                                          PGE-CPUC_00010234