# EXHIBIT MM

Pueblo 1104 Index 2016



CONFIDENTIAL

PGE-CPUC 00012597