# EXHIBIT OO

