# EXHIBIT PP

## Electric Maintenance Patrol/Inspection Daily Log

| | | | |
|---|---|---|---|
| Rural/Urban: | *Rural* | 2 Yr Map Schedule: | *2018-Patr* |
| Order: | *42543329* | Map: | *ED.42-JJ39000000* |
| MAT: | *BFB OH Insp* | Main Work Ctr: | *NAPA* |

[ ] Check if "NO" Abnormal Conditions Identified Today     # of Structures on File: ~~128~~

Inspector Name or LAN ID: WWdroxon
Date Pat/Insp: 9-13-16
Date Reviewed: 9-27-16   By: JGW
*(Specify highlight color)*
# of Structures Pat/Insp: 60

| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
|---|---|---|---|---|
| 1 | 112044184 (IF) | OH UG MC TP ⊗ V  9/13-1L | | deenergized transformer |
| 2 | 112044188 | (OH) UG MC TP I V | | rotten cross arm |
| 3 | 112044250 (IF) | OH UG MC TP I V | | idle facilities |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |
| Loc# | EC# | OH UG MC TP I V | PMH Switch Serial # / or Map Change Ref #: | Notes: |

| Minor Work Locations(Tally): | Total Minor Work Locations Completed: |
|---|---|
| | |

CONFIDENTIAL    **PGE-CPUC_00008042**