# EXHIBIT QQ

## Electric Overhead Tag

**PG&E**

| | |
|---|---|
| Priority: E | Sub Priority: FS |
| Date Identified: 09/13/2016 | |

Notification #: 112044188
PM Order #: 31278564
Date Required: 09/13/2017

| | | | |
|---|---|---|---|
| Identified in Field By: | WDWC | Plat: | JJ39 |
| Street Address: | 3683 ATLAS PEAK RD. | Circuit: | 04329-1104, PUEBLO |
| | | SSD: | 1001 |
| City: | NAPA | Equipment #: | |
| Cross Street: | MILLIKEN | Pin #: | |
| Division: | North Bay | Pole #: | |
| Latitude: | 38.416944416400 | OIS #: | |
| Longitude: | 122.255243909400- | SAP Func. Location: | ED.42-JJ39000000.STRU.POLE |
| Description: | CRSS_DECA_REPL - 3683 ATLAS PEAK RD. NAP | SAP Equipment: | 102292438 |
| | | Accessibility Tier: | |

### Item Details

| | Facility Type | Damage | Cause | Action |
|---|---|---|---|---|
| Item 1 | CRSS Crossarm | DECA Decayed/Rotten | | REPL Replace |
| | ☐ Completed  ☐ Canceled | | ☐ Pole Test Sheet | |

### User Status

| Conductor/Operating Information | | Field Identification | | Field Condition (Exposure) | | Field Condition (Accessibility) | | Other | |
|---|---|---|---|---|---|---|---|---|---|
| Status | Description | Status | Description | Status | Description | Status | Description | Status | Description |
| PRI | Primary | INSP | Inspection | XMPT | Exempt from Past Due | | | | |
| OH | Overhead | | | REMT | Remote Area | | | | |

### Job Estimates — Issued To

| | | | |
|---|---|---|---|
| Est. Total Hrs. to Complete: 17 | | Est. Electric Crew Size: 03 | WTC: 605, 2AA_Genl_Repl_No_Est_OH |
| Main Work Center: NAPA, Napa | | Gas Crew Size: 00 | MAT: 2AA, OH Genl Repl |
| Funded Repair Date: 11/12/2017 | | | |

Reviewed By: _____     Date of Field Review: _____

Completed or Canceled in Field By (LAN ID): ☐☐☐☐     If No LAN ID Last Name, First Name: _____

Complete or Cancel Date: _____     Actual Hours: _____     *Check One:  PG&E Crew ☐   T-Man ☐   Contractor ☐

*Check One:           Completed ☐           Canceled ☐           Found Completed Upon Arrival ☐

Signature: _____
*I verify that all maintenance on this notification is addressed (completed, canceled, or found completed upon arrival)*

**Public Safety & Regulatory Reviewer:** If notification was canceled, check one (required):

☐ **CONV:** Converted to another Notif-Type     ☐ **DUMM:** "Dummy" for order only     ☐ **DUPL:** Duplicate EC for Same Location
☐ **EROR:** Created in Error (Desk Cancelation)  ☐ **NCOA:** All Found Completed/Resolved on Arrival   ☐ **NOCR:** No Compelling/Regulator Condition Exist
☐ **PROG:** Completed under another Program

**List of Tasks on Notification**