# EXHIBIT RR

| Order Number: 42596597 | | | | | SAP IF Notification Number: 112044184 | |
|---|---|---|---|---|---|---|

**TO BE COMPLETED BY FIELD PERSONNEL**

| | **Idle Facility (IF) Investigation Work Form** | **OH / UG** | | **Facility** | | **Damage / Action** | **Transformer Information** |
|---|---|---|---|---|---|---|---|
| PG&E | | OH | ☒ | Conductor | ☐ | Damage: **Idle Facility** | For Transformers Only: Blue Sticker? |
| | | UG | ☐ | Pole | ☒ | Action: **Monitor** | ☐ Yes  ☒ No |
| | | | | OH Facility | ☒ | | Transformer-Type: |
| | | | | Transformer | ☒ | | ☒ OH  ☐ PM  ☐ SS |
| | | | | UG Facility | ☐ | | |

***Reporting Information:***

| *Identified in Field By: (PG&E = LAN ID) | W D W C | *Identified in Field On: 09/13/2016 | *Idle Facility Priority |
|---|---|---|---|
| *LAN ID | | MM DD YY | ☒ Low |
| | | *Service Planning Investigation Due Date: 03/11/2017 | ☐ Medium |
| If Contractor:  Enter Last Name, First Name | | MM DD YY | ☐ High |

**Reference Information** (Circuit & SSD Required at Entry into SAP - to be verified by Clerical if unknown in field)

| *Plat Map: | *Circuit: | *SSD: | Pole # (Req'd if Numbered Pole) | Equipment #: | Meter #: |
|---|---|---|---|---|---|
| JJ39 | 04329-1104, PUEBLO | 1019 | | | |

**Location Information**   (*Location Number Required for Compliance Inspection or Patrol)

| *Location #: | *Street Address: | Cross Street: | *City: |
|---|---|---|---|
| 1 | 3683 ATLAS PEAK RD. | OLD FOSS VALLEY | NAPA |

| *Main Work Center: | Latitude / Longitude: |
|---|---|
| NAPA, Napa | |

***Identified in Field During (Required - Check One):***     **Secondary Field Identification** (Check all that apply):
☒ Compliance Inspection     ☐ Compliance Patrol          ☐ Joint Pole
☐ Equipment Inspection      ☐ Other                      ☐ UWF (Urban Wildfire Area)

***Conductor Type (Required - Check One):***     ☐ Primary   ☐ Secondary   ☐ Service

If a facility is found energized and any of the bolded Field Conditions below are checked, write 2 tags follows:

1) OH EC Notification to de-energize, Priority E, with a 3-month duration
2) Idle Facility Work Form for investigation

**Check All Field Conditions That Apply:**

☐ Safety conditions where de-energizing is needed to mitigate hazard
☐ Idle Facilities in raptor concentration zones with suitable habitat to support threatened or endangered raptors
☐ All Primary tap lines are identified as idle and are un-fused
☐ Potential use for agricultural pumps or vacant building
☐ Future work required to maintain existing idle facility      Existing maintenance EC Notification #: _____
☐ Modesto Irrigation District Service Area

*Temporarily Out of Service (TOS) and Temporary Idle Facility (TIF)*

☐ Potential agricultural use:                  ☐ (TOS-AG) if de-energized or     ☐ (TIF-AG) if energized
☐ Potential service to an existing (vacant) building:  ☐ (TOS-V) if de-energized or     ☐ (TIF-V) if energized

**If Facility is oil Filled, Check all Field Conditions That Apply:**

☐ Surface or ground waters                   ☐ Grazing lands, agriculture areas or vegetable gardens
☐ Sewers or sewage treatment systems         ☐ Private or public water sources or distribution systems
☐ Day-care centers or schools

☒ None of the above conditions apply

**Compliance Department Review**

| *Reviewed By: G J M E | *Reviewed On: 10/13/2016 |
|---|---|
| | MM DD YY |