# EXHIBIT SS

# Electric Staged Tag

| | |
|---|---|
| Notification #: | 112044255 |
| PM Order #: | |
| Priority: E | Sub Priority: FS |
| Date Identified: 09/18/2016 | Date Required: 09/18/2017 |

| | | | |
|---|---|---|---|
| Identified in Field By: | WDWC | Plat: | JJ40 |
| Street Address: | 2933 ATLAS PEAK RD. | Circuit: | 04329-1104, PUEBLO |
| | | SSD: | 1001 |
| City: | NAPA | Equipment #: | |
| Cross Street: | | Pin #: | |
| Division: | North Bay | Pole #: | |
| Latitude: | 38.385549388500 | OIS #: | |
| Longitude: | 122.242931626600- | SAP Func. Location: | ED.42-JJ40000000.STRU.POLE |
| Description: | POLE_DECA_REPL - 2933 ATLAS PEAK RD. NAP | SAP Equipment: | 102292289 |
| | | Accessibility Tier: | |

## Item Details

| | Facility Type | Damage | Cause | Action |
|---|---|---|---|---|
| Item 1 | POLE Pole | DECA Decayed/Rotten | | REPL Replace |
| | ☐ Completed    ☐ Canceled | | ☐ Pole Test Sheet | |

## User Status

| Conductor/Operating Information | | Field Identification | | Field Condition (Exposure) | | Field Condition (Accessibility) | | Other | |
|---|---|---|---|---|---|---|---|---|---|
| Status | Description | Status | Description | Status | Description | Status | Description | Status | Description |
| PRI | Primary | INSP | Inspection | REMT | Remote Area | BTKA | Bucket/Lift Truck Accessible | RTRN | Return |
| JPOL | Joint Pole | | | | | | | ESTR | Estimate Required |
| OH | Overhead | | | | | | | CNCL | Canceled |

## Job Estimates — Issued To

| | | | |
|---|---|---|---|
| Est. Total Hrs. to Complete: | 15 | Est. Electric Crew Size: 03 | WTC: 311, 07D_Pole Replacement |
| Main Work Center: | NAPA, Napa | Gas Crew Size: 00 | MAT: |
| Funded Repair Date: | | | |

Reviewed By: _____   Date of Field Review: _____

Completed or Canceled in Field By (LAN ID): G J M E   If No LAN ID Last Name, First Name: _____

Complete or Cancel Date: 12/14/2016   Actual Hours: _____   *Check One: PG&E Crew ☐  T-Man ☐  Contractor ☐

*Check One:   Completed ☐   Canceled ☒   Found Completed Upon Arrival ☐

Signature: _____
*I verify that all maintenance on this notification is addressed (completed, canceled, or found completed upon arrival)*

**\*Public Safety & Regulatory Reviewer: If notification was canceled, check one (required):**

☐ CONV: Converted to another Notif-Type   ☐ DUMM: "Dummy" for order only   ☐ DUPL: Duplicate EC for Same Location
☐ EROR: Created in Error (Desk Cancelation)   ☐ NCOA: All Found Completed/Resolved on Arrival   ☐ NOCR: No Compelling/Regulator Condition Exist
☐ PROG: Completed under another Program

## List of Tasks on Notification

Cancelled                    Completed By: GJME                    Completion Date: 12/14/2016

Printed By: KAS6, 10/31/2017          Page 1 of 3          Notification #: 112044255

**CONFIDENTIAL**                                                    PGE-CPUC_00008060