# EXHIBIT TT



CONFIDENTIAL    PGE-CPUC_00012593

  

CONFIDENTIAL PGE-CPUC_00012594