# EXHIBIT WW

**SUPPLEMENT TO ATLAS INCIDENT DESCRIPTION & FACTUAL SUMMARY**

**Supplemental Background Information:**

On June 8, 2018, CAL FIRE issued a press release stating that its investigators determined that the Atlas Fire started in two different locations, both of which, according to CAL FIRE, involved contact between vegetation and PG&E's powerlines.[1]

PG&E submits the following additional background:

Atlas 1.  With respect to the Atlas 1 incident location, when the California White Oak/Valley Oak tree limb fell, it came to rest on a communications cable.[2]

Atlas 2.  With respect to the Atlas 2 incident location, PG&E has become aware that individuals performing fire restoration work on or around October 14, approximately six days after the Atlas fire ignited, marked the subject tree at Atlas 2 with blue/teal paint to indicate that the tree was fire-damaged and needed to be removed.  The individuals then painted over the removal marking with the sign for trimming, indicating that the tree should be trimmed off the wire.  Blue/teal paint is typically used for marking trees for removal *before* fires during one of PG&E's vegetation management patrols, whereas fluorescent green paint is typically used for marking trees for removal *after* fires.  The individuals who marked the tree for removal and trimming following the fire informed PG&E that they had used the blue/teal paint to mark trees because they had run out of the fluorescent green paint, which was in limited supply in the immediate aftermath of the October 2017 wildfires.[3]

**Supplemental Evidence Collection Information:**

PG&E indicated in the Atlas Factual Summary that CAL FIRE collected from the Atlas 1 incident location a primary conductor, a primary insulator and a California White Oak/Valley Oak tree branch.  PG&E has learned that, in addition to those items, CAL FIRE also collected communications cable.[4]

---

[1] CAL FIRE Press Release, CAL FIRE Investigators Determine Causes of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake, and Napa Counties, June 8, 2018.

[2] PGE-NBF-0000002820 (Atlas, 20-Day Electric Incident Report to the CPUC (EI171008P)).  PG&E was aware at the time it submitted the Atlas Factual Summary to the CPUC that the tree limb came to rest on a communications cable and inadvertently did not include it.

[3] Email from J. Williams (CNUC) to M. De Luca & K. Shaw, November 16, 2017 (attaching statements from M. Kane & N. Haack).

[4] PGE-CPUC_00017162 (log of evidence that CAL FIRE collected, produced to the CPUC in response to request for "a list of what CAL FIRE took in possession for evidence for each fire location").  PG&E is not aware of any additional evidence collected by CAL FIRE.

**Supplemental Timeline Information:**

The Atlas Factual Summary contained a timeline of PG&E's actions at or impacting the incident locations in the period immediately preceding CAL FIRE's designated start time until service to the incident locations was restored. The following additional information is relevant to the Atlas Fire timeline.

- October 8, 2017, 9:47 PM: Napa Dispatch received its first 911 call regarding the Atlas fire from an individual located at 3183 Atlas Peak Road.[5]

- October 8, 2017, 10:00 PM: Several smart meters downstream of both incident locations powered down. These electrical events show that the line was still energized after the fire commenced. No smart meters downstream of the incident locations recorded data after 10:00 PM until service was restored on October 22, 2017.[6]

- October 8, 2017, 10:10 PM: Napa City Fire Department sounded its alarm.[7]

- October 14, 2017: Two contractors performing fire restoration work marked for removal the subject tree at the Atlas 2 incident location, then modified the marking to indicate that the tree should be trimmed off the wire. The contractors used blue/teal paint because they had run out of the fluorescent green paint typically used after fires.[8]

---

[5] Napa 911 Dispatch Records. PG&E received audio files of 911 calls, including this 911 call, before the initial Factual Summaries were submitted to the CPUC but had not reviewed the calls at that time.

[6] PGE-CF_00000048 (AMI Smart Meter Data); PGE-CF_00000049 (AMI Smart Meter Data).

[7] Napa Fire Department Incident Report #2017-0007498.

[8] Email from J. Williams (CNUC) to M. De Luca & K. Shaw, November 16, 2017 (attaching statements from M. Kane & N. Haack).

2

**Supplemental Information Regarding Prior Inspections:**

Between 2012 and October 2017, there were eleven inspections of the vegetation at each incident location. PG&E's understanding based upon its records is that trees other than the subject trees were identified for work. The records do not indicate that work was prescribed for the subject trees. All incident poles passed their most recent inspections, in 2003 and 2012. Although damage was identified on three incident poles, the damage did not compromise any pole's strength and integrity. Between 2011 and October 2017, there were four overhead patrols and inspections. PG&E's understanding based upon its records is that no issues were found at either incident location identified by CAL FIRE.

Below are summaries of vegetation management patrols and inspections, pole inspections and electrical equipment patrols and inspections.

| Date | Event | Findings |
|---|---|---|
| 6/2003 | PG&E performed intrusive pole inspections. | PG&E's understanding based upon its records is that all poles passed inspections.[9] At the Atlas 1 incident location, one pole showed cracking, and one pole showed insect or animal damage.[10] Neither pole's damage was substantial enough to require the pole's replacement or reinforcement. At the Atlas 2 incident location, one pole showed cracking.[11] The pole's damage was not substantial enough to require the pole's replacement or reinforcement.[12] |
| 10/4/2011 | PG&E performed an overhead inspection. | PG&E's understanding based upon its records is that no issues were identified at either incident location identified by CAL FIRE.[13] |

---

[9] PGE-CPUC_00006205 (Pole Inspection Record); PGE-CPUC_00006183 (Pole Inspection Record); PGE-CPUC_00006187 (Pole Inspection Record); PGE-CPUC_00006203 (Pole Inspection Record); PGE-CPUC_00006197 (Pole Inspection Record).

[10] PGE-CPUC_00006183 (Pole Inspection Record); PGE-CPUC_00006187 (Pole Inspection Record).

[11] PGE-CPUC_00006203 (Pole Inspection Record).

[12] PGE-CPUC_00006203 (Pole Inspection Record); PGE-CPUC_00006205 (Pole Inspection Record).

[13] PGE-CPUC_00008067 (Electric Maintenance Overhead Inspection Record); PGE-CPUC_00008068 (Electric Maintenance Overhead Inspection Record). The patrol and inspection records cited in this summary include maps, daily logs and work requests or work orders (e.g., Electric Corrective Notifications) generated as part of the corresponding patrols or inspections. Some of the maintenance or

3

| Date | Event | Findings |
|---|---|---|
| 4/2012 – 5/2012 | PG&E performed a vegetation management Public Safety & Reliability ("PS&R") patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[14] |
| 4/26/2012 | PG&E performed an overhead patrol. | PG&E's understanding based upon its records is that no issues were identified at either incident location identified by CAL FIRE.[15] |
| 10/2012 | PG&E performed intrusive and visual pole inspections. | PG&E's understanding based upon its records is that all poles passed inspections.[16] One pole at Atlas 1 showed rotting, insect or animal damage and termites.[17] However, the damage was not substantial enough to require the pole's replacement or reinforcement. |
| 10/3/2012 | Davey Resource Group ("DRG") performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[18] |
| 8/1/2013 | DRG performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[19] |
| 2/20/2014 | DRG performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[20] |

vegetation work described in these records relate to sites other than the incident locations, but, when taken together, reflect that no work was identified at the incident locations.

[14] PGE-CPUC_00011375 (2012 Public Safety & Reliability Projects).

[15] PGE-CPUC_00008003 (Electric Maintenance Patrol Daily Log); PGE-CPUC_00008004 (Electric Maintenance Overhead Inspection Record).

[16] PGE-CPUC_00006205 (Pole Inspection Record); PGE-CPUC_00006183 (Pole Inspection Record); PGE-CPUC_00006187 (Pole Inspection Record); PGE-CPUC_00006203 (Pole Inspection Record); PGE-CPUC_00006197 (Pole Inspection Record).

[17] PGE-CPUC_00006187 (Pole Inspection Record).

[18] PGE-CPUC_00009913 (VMD Location: Trees); PGE-CPUC_00010230 (VM Work Request).

[19] PGE-CPUC_0009933 (VMD Location: Trees); PGE-CPUC_00010232 (VM Work Request).

[20] PGE-CPUC_00009913 (VMD Location: Trees).

| Date | Event | Findings |
|---|---|---|
| 7/2014 – 9/2014 | PG&E performed a vegetation management Catastrophic Event Memorandum Account ("CEMA") patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[21] |
| 9/7/2014 | PG&E performed an overhead patrol. | PG&E's understanding based upon its records is that no issues were identified at either incident location identified by CAL FIRE.[22] |
| 2/5/2015 | DRG performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[23] |
| 6/2015 – 7/2015 | DRG performed a vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[24] |
| 2/23/2016 | DRG performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[25] |
| 8/2016 | DRG performed a vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[26] |
| 9/13/2016 | PG&E performed an overhead inspection. | PG&E's understanding based upon its records is that one pole near the Atlas 2 incident location was found to have a rotten crossarm, but that no issues were identified at either incident location identified by CAL FIRE.[27] |

---

[21] PGE-CPUC_00012595 (CEMA Paper Map); PGE-CPUC_00011471 (2014 All CEMA Projects).

[22] PGE-CF_00002866 (Electric Maintenance Patrol Daily Logs and Maps); PGE-CF_00002926 (Electric Maintenance Patrol Daily Logs and Maps).

[23] PGE-CPUC_00009913 (VMD Location: Trees); PGE-CPUC_00010235 (VM Work Request).

[24] PGE-CPUC_00012598 (CEMA Paper Map); PGE-CPUC_00011183 (2015 All CEMA Projects).

[25] PGE-CPUC_0009913 (VMD Location: Trees); PGE-CPUC_00010233 (VM Work Request).

[26] PGE-CPUC_00012597 (CEMA Paper Map); PGE-CPUC_00011986 (2016 All CEMA Projects).

[27] PGE-CPUC_00008030 (Electric Maintenance Overhead Inspection Record); PGE-CPUC_00008042 (Electric Maintenance Inspection Daily Log); PGE-CPUC_00008041 (Electric Overhead tag); PGE-CPUC_00008032 (Idle Facility Investigation Work Form); PGE-CPUC_00008060 (Electric Staged Tag).

| Date | Event | Findings |
|---|---|---|
| 1/13/2017 | DRG performed a vegetation management routine patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[28] |
| 8/4/2017 | DRG performed a vegetation management CEMA patrol. | PG&E's understanding based upon its records is that the subject trees were not identified for work.[29] |

---

[28] PGE-CPUC_00009913 (VMD Location: Trees).

[29] PGE-CPUC_00012593 (CEMA Paper Map); PGE-CPUC_00011388 (2017 All CEMA Projects).

6