# EXHIBIT XX

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 1 | Summary of counsel's interview with PG&E employees concerning their activities with respect to responding to the October 2017 North Bay Wildfires (Cravath) | Work Product | Cravath, Swaine & Moore LLP | 8/30/2018 | Paterno, Bea | | | |
| 2 | Summary of counsel's interview with PG&E employees concerning their activities with respect to responding to the October 2017 North Bay Wildfires (Cravath) | Work Product | Cravath, Swaine & Moore LLP | 7/18/2018 | Barreiro, Christina | | | |
| 3 | Summary of counsel's interview with PG&E employees concerning their activities with respect to responding to the October 2017 North Bay Wildfires (Cravath) | Work Product | Cravath, Swaine & Moore LLP | 12/12/2017 | Barreiro, Christina | | | |

**January 10, 2019**