# EXHIBIT YY

# PACIFIC GAS AND ELECTRIC COMPANY
## October 2017 Wildfires
## CPUC Data Request – Common

**Requesters: Leslie L. Palmer and Nicholas Sher**
**Request Date: November 21, 2017**

**Question 3:**
Please provide copies of the most recent two patrols and inspection records with complete plat maps for each fire location. Mark the locations of subject facilities where evidence was retained by PG&E and/or CAL FIRE.

**Response to Question 3:**
PG&E is producing copies of the physical files for the two most recent overhead patrols and inspections for each incident location, as defined by the CPUC's letter dated December 7, 2017. These files reflect the results of patrols and inspections required by GO 165. For distribution lines, each file generally consists of the paper field work product created by field inspectors as they completed the patrol or inspection, including 1) a plat map, highlighted to indicate the completion of the patrol or inspection and 2) a log of Electric Corrective Notifications (EC Notifications) created by inspectors in the field.

Many of the files contain copies of some or all of the handwritten paper EC Notifications created by inspectors in the field. These handwritten paper EC Notifications are preliminary versions of work orders, which were later entered into PG&E's database and distributed to PG&E's crews. Once the crew performed the work identified in the EC Notification, the notification is marked as completed. Open, closed and cancelled EC notifications associated with the incident spans for last five years will be produced in response to Questions 4, 5 and 6 at a later date.

In the last year, PG&E has been transitioning to a mobile-only patrol and inspection data entry system in which field inspectors use a mobile device to enter the information on EC Notifications directly into a PG&E database. For such patrols and inspections, PG&E no longer creates a corresponding paper EC Notification in the field. For mobile-only patrols and inspections, this production includes EC Notifications pulled directly from the PG&E database and may include more information than those generated on paper in the field.

Potter Valley is the only incident location which includes a transmission line. Therefore, PG&E is producing transmission patrol and inspection records only for the Potter Valley incident. For transmission line patrols, the paper field work generally consists of 1) an Operation Control Ticket, 2) an Inspection Daily Log sheet, 3) a Transmission Line Inspection Datasheet and 4) a code reference sheet. For transmission line inspections, the paper field work generally consists of 1) an Operation Control Ticket, 2) a Transmission Line Inspection Datasheet, 3) a Line Report, 4) a Transmission Line Object List and 5) a code reference sheet. Transmission line patrol and inspection records do not contain plat maps because these lines are patrolled and inspected on a circuit basis rather than on a plat map basis.

CONFIDENTIAL                                                                                            PGE-NBF-0000000146

These documents are included in the Bates number range PGE-CPUC_00007969 to PGE-CPUC_00009884.

PG&E will produce documents responsive to the request for maps that indicate the locations of subject facilities where evidence was retained by PG&E and/or CAL FIRE in a future production.

*Response provided by:*

Karen O'Connor, Manager Distribution Asset Strategy & Development, 77 Beale Street, San Francisco, California 94105

CONFIDENTIAL                                                                                              PGE-NBF-0000000147