# EXHIBIT ZZ

# PACIFIC GAS AND ELECTRIC COMPANY
## October 2017 Wildfires
## CPUC Data Request – Atlas

**Requesters: Leslie L. Palmer and Nicholas Sher**
**Request Date: August 16, 2018**
**Response Date: August 31, 2018**

**Question 6:**
Are Valley Oak trees and White Oak trees generically noted as Coast Live Oak trees in PG&E vegetation inspection records? (CPUC Data Request dated November 21, 2017. Common Question 10, Part 2.)

**Response to Question 6:**
No. Valley Oak trees and White Oak trees are not generically noted as Coast Live Oak trees in PG&E's records because they are a different tree species than Coast Live Oak trees.

*Response provided by:*

Peter Dominguez, Principal, Vegetation Management, 245 Market Street, San Francisco, CA 94105