# EXHIBIT AAA

# PACIFIC GAS AND ELECTRIC COMPANY
## October 2017 Wildfires
## CPUC Data Request – Atlas

**Requesters: Leslie L. Palmer and Nicholas Sher**
**Request Date: August 16, 2018**
**Response Date: August 31, 2018**

**Question 7:**
For Atlas 2 (#1701023-8596), the vegetation inspection records restart on page 12 of Bates document #00009934 and additional trees are documented for the same years. Please explain why there are two inspection records for the same years from (2012 through 2017) and differences between the two.

**Response to Question 7:**
PG&E produced inspection records for two spans at Atlas Location 2 (#1701023-8596). The first 11 pages of PGE-CPUC_00009934 are the 2012-2017 records for one span, and pages 12-32 are the 2012-2017 records for the adjacent span to the north.

*Response provided by:*

Peter Dominguez, Principal, Vegetation Management, 245 Market Street, San Francisco, CA 91405