# EXHIBIT BBB

# PACIFIC GAS AND ELECTRIC COMPANY
## October 2017 Wildfires
## CPUC Data Request – Common

**Requesters: Leslie L. Palmer and Nicholas Sher**
**Request Date: November 21, 2017**

**Question 79:**
Please provide a copy of Compliance and Risk Management Vegetation Management – Quality Assurance Report for 2016, 2017 for all Divisions.

**Response to Question 79:**
PG&E is producing a copy of the Compliance and Risk Management Vegetation Management – Quality Assurance Report for 2016.  The scope of this document is for all divisions.  This document is included in the Bates number range PGE-CPUC_00006150 to PGE-CPUC_00006158.

The Compliance and Risk Management Vegetation Management – Quality Assurance Report for 2017 has not yet been drafted.  PG&E will provide a copy of the 2017 Report when it becomes available.

*Response provided by:*

Peter Dominguez, Principal, Vegetation Management, 245 Market Street, San Francisco, CA 94105