# EXHIBIT CCC

# PACIFIC GAS AND ELECTRIC COMPANY
## October 2017 Wildfires
### CPUC Data Request – Common

**Requesters: Leslie L. Palmer and Nicholas Sher**
**Request Date: November 21, 2017**

**Question 63:**
Please provide copies of all Vegetation Management Procedures, Job Aids, Policy, etc. that were effective at the time of the incident.

**Response to Question 63:**
PG&E is producing copies of all Electric Operations Vegetation Management guidance documents published in PG&E's Guidance Document Library, which include related procedures, job aids, and policies, that were in effect on October 8, 2017. Please note that although the document named "TD 7103B-002" indicates that it was set to expire in late 2016, the policy was still in effect as of October 8, 2017. These documents are included in the Bates number range PGE-CPUC_00005395 to PGE-CPUC_00006118.

Please see Question 64 for new and modified documents with effective dates after October 8, 2017.

*Response provided by:*

Peter Dominguez, Principal, Vegetation Management, 245 Market Street, San Francisco, CA 94105