# EXHIBIT III

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 1 | Photographs and notes reflecting attorney work product regarding 2017 California North Bay Wildfires, taken by Brian Biancardi at the direction of counsel within the Atlas fire perimeter on 01/11/2018, and prepared in anticipation of litigation (PGE Law) | Work Product | Brian Biancardi | 1/11/2018 | Brian Biancardi | | | |
| 2 | Photographs and notes reflecting attorney work product regarding 2017 California North Bay Wildfires, taken by Brian Biancardi at the direction of counsel within the Atlas fire perimeter on 01/11/2018, and prepared in anticipation of litigation (PGE Law) | Work Product | Brian Biancardi | 1/11/2018 | Brian Biancardi | | | |
| 3 | Photographs and notes reflecting attorney work product regarding 2017 California North Bay Wildfires, taken by Brian Biancardi at the direction of counsel within the Atlas fire perimeter on 01/11/2018, and prepared in anticipation of litigation (PGE Law) | Work Product | Brian Biancardi | 1/11/2018 | Brian Biancardi | | | |
| 4 | Photographs and notes reflecting attorney work product regarding 2017 California North Bay Wildfires, taken by Brian Biancardi at the direction of counsel within the Atlas fire perimeter on 01/11/2018, and prepared in anticipation of litigation (PGE Law) | Work Product | Brian Biancardi | 1/11/2018 | Brian Biancardi | | | |

**January 10, 2019**

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 5 | Email chain reflecting legal advice and attorney work product prepared in connection with 2017 California North Bay Wildfires litigation (PGE Law) | Attorney-Client/Work Product | Maria De Luca | 10/30/2017 | Giammalvo, Renee [RMRo@pge.com] | De Luca, Maria(Law- Claims) [MXDp@pge.com] | | |
| 6 | Email chain reflecting legal advice and attorney work product prepared in connection with 2017 California North Bay Wildfires litigation (PGE Law) | Attorney-Client/Work Product | Maria De Luca | 10/29/2017 | De Luca, Maria (Law-Claims) [MXDp@pge.com] | Giammalvo, Renee [RMRo@pge.com] | | |
| 7 | Email chain reflecting legal advice and attorney work product prepared in connection with 2017 California North Bay Wildfires litigation (PGE Law) | Attorney-Client/Work Product | Maria De Luca | 10/24/2017 | Giammalvo, Renee [RMRo@pge.com] | Zamora, Jodi [JXZI@pge.com]; De Luca, Maria(Law-Claims) [MXDp@pge.com]; Shaw, Kevin [KBS4@pge.com] | | |
| 8 | Email chain reflecting legal advice and attorney work product prepared in connection with 2017 California North Bay Wildfires litigation (PGE Law) | Attorney-Client/Work Product | Maria De Luca | 10/29/2017 | De Luca, Maria (Law-Claims) [MXDp@pge.com] | Giammalvo, Renee [RMRo@pge.com] | | |
| 9 | Investigatory field notes, taken at the direction of counsel, reflecting attorney work product regarding 2017 California North Bay Wildfires (PGE Law) | Work Product | Brian Biancardi | 10/16/2017 | Brian Biancardi | | | |

**January 10, 2019**