# EXHIBIT JJJ

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 1 | Board Presentation reflecting legal advice regarding risk management analysis (Munger, Tolles & Olson LLP) | Attorney-Client | PG&E Corporate Secretary | 4/18/2012 | PGE | | | |
| 2 | Board Presentation reflecting legal advice regarding risk management analysis (Munger, Tolles & Olson LLP) | Attorney-Client | PG&E Corporate Secretary | 4/18/2012 | PGE | | | |
| 3 | Board Presentation reflecting legal advice regarding risk management analysis (Munger, Tolles & Olson LLP) | Attorney-Client | PG&E Corporate Secretary | 4/18/2012 | PGE | | | |
| 4 | Board Presentation reflecting legal advice regarding risk management analysis (Munger, Tolles & Olson LLP) | Attorney-Client/Work Product | PG&E Corporate Secretary | 12/8/2017 | PGE | | | |
| 5 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 12/7/2015 | Chang, Michael | | | |
| 6 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/12/2016 | Chang, Michael | | | |
| 7 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/25/2016 | Chang, Michael | | | |
| 8 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/20/2016 | Chang, Michael | | | |
| 9 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/20/2016 | Chang, Michael | | | |
| 10 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/1/2016 | Chang, Michael | | | |
| 11 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 12/16/2015 | Chang, Michael | | | |
| 12 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/27/2016 | Chang, Michael | | | |
| 13 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 10/28/2015 | Trung Ha | | | |

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 14 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/20/2016 | Company Software | | | |
| 15 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/25/2015 | Chang, Michael | | | |
| 16 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 12/7/2015 | Chang, Michael | | | |
| 17 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/12/2016 | Chang, Michael | | | |
| 18 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/16/2016 | Chang, Michael | | | |
| 19 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/12/2016 | Chang, Michael | | | |
| 20 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/16/2016 | Byrd, Melvin | | | |
| 21 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/15/2016 | Byrd, Melvin | | | |
| 22 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/4/2015 | Christina Yagjian | | | |
| 23 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/26/2015 | Christina Yagjian | | | |
| 24 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/6/2015 | Christina Yagjian | | | |
| 25 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/2/2015 | Christina Yagjian | | | |
| 26 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/3/2015 | Christina Yagjian | | | |

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 27 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/11/2015 | Trung Ha | | | |
| 28 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/12/2015 | Trung Ha | | | |
| 29 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/9/2015 | Trung Ha | | | |
| 30 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/22/2015 | Trung Ha | | | |
| 31 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/13/2015 | Trung Ha | | | |
| 32 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/25/2015 | Trung Ha | | | |
| 33 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/3/2015 | Trung Ha | | | |
| 34 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/3/2015 | Christina Yagjian | | | |
| 35 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/17/2015 | Christina Yagjian | | | |
| 36 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/25/2015 | Christina Yagjian | | | |
| 37 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/31/2015 | Christina Yagjian | | | |
| 38 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/27/2015 | Christina Yagjian | | | |
| 39 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/17/2015 | Christina Yagjian | | | |

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 40 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/10/2015 | Christina Yagjian | | | |
| 41 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/10/2015 | Christina Yagjian | | | |
| 42 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/27/2015 | Christina Yagjian | | | |
| 43 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/17/2015 | Christina Yagjian | | | |
| 44 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/17/2015 | Christina Yagjian | | | |
| 45 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/4/2015 | Christina Yagjian | | | |
| 46 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/25/2015 | Christina Yagjian | | | |
| 47 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/18/2015 | Trung Ha | | | |
| 48 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/4/2015 | Trung Ha | | | |
| 49 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/24/2015 | Christina Yagjian | | | |
| 50 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/23/2015 | Trung Ha | | | |
| 51 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/9/2015 | Christina Yagjian | | | |
| 52 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/30/2015 | Trung Ha | | | |

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 53 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/6/2015 | Trung Ha | | | |
| 54 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/26/2015 | Trung Ha | | | |
| 55 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/19/2015 | Trung Ha | | | |
| 56 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/19/2015 | Trung Ha | | | |
| 57 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/6/2015 | Trung Ha | | | |
| 58 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/5/2015 | Woo, Jeannette | | | |
| 59 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/27/2015 | Trung Ha | | | |
| 60 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/2/2015 | Trung Ha | | | |
| 61 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/16/2015 | Trung Ha | | | |
| 62 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/6/2015 | Trung Ha | | | |
| 63 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/13/2015 | Trung Ha | | | |
| 64 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/13/2015 | Christina Yagjian | | | |
| 65 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/20/2015 | Christina Yagjian | | | |

January 10, 2019

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 66 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/15/2015 | Trung Ha | | | |
| 67 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/25/2015 | Trung Ha | | | |
| 68 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/18/2014 | Trung Ha | | | |
| 69 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/20/2014 | Trung Ha | | | |
| 70 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/14/2014 | Trung Ha | | | |
| 71 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/3/2014 | Trung Ha | | | |
| 72 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/24/2014 | Trung Ha | | | |
| 73 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/5/2014 | Trung Ha | | | |
| 74 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/19/2014 | Trung Ha | | | |
| 75 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/5/2014 | Trung Ha | | | |
| 76 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/18/2014 | Trung Ha | | | |
| 77 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/10/2014 | Trung Ha | | | |
| 78 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 3/4/2014 | Trung Ha | | | |

January 10, 2019

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 79 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/15/2014 | Trung Ha | | | |
| 80 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/26/2017 | Trung Ha | | | |
| 81 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/25/2017 | Trung Ha | | | |
| 82 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/17/2017 | Trung Ha | | | |
| 83 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 2/22/2017 | Trung Ha | | | |
| 84 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/9/2017 | Trung Ha | | | |
| 85 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 1/26/2017 | Whorton, Matthew | | | |
| 86 | Draft Session D materials regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/18/2016 | Chang, Michael | | | |
| 87 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 6/28/2017 | Juan de Castro | | | |
| 88 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/29/2017 | Juan de Castro | | | |
| 89 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 6/27/2017 | Juan de Castro | | | |
| 90 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/6/2017 | Juan de Castro | | | |
| 91 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/6/2017 | Juan de Castro | | | |
| 92 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/6/2017 | Juan de Castro | | | |
| 93 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/6/2017 | Juan de Castro | | | |
| 94 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 6/28/2017 | Juan de Castro | | | |

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 95 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 6/28/2017 | Juan de Castro | | | |
| 96 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/29/2017 | Juan de Castro | | | |
| 97 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/30/2017 | Juan de Castro | | | |
| 98 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 12/4/2017 | Juan de Castro | | | |
| 99 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/29/2017 | Juan de Castro | | | |
| 100 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/30/2017 | Juan de Castro | | | |
| 101 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/30/2017 | Juan de Castro | | | |
| 102 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 12/1/2017 | Juan de Castro | | | |
| 103 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/29/2017 | Juan de Castro | | | |
| 104 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 12/4/2017 | Juan de Castro | | | |
| 105 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/7/2016 | Juan de Castro | | | |
| 106 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/6/2016 | Juan de Castro | | | |
| 107 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 10/20/2016 | Whorton, Matthew | | | |
| 108 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/6/2016 | Juan de Castro | | | |
| 109 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/14/2016 | Hamed Habibi | | | |
| 110 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/15/2016 | Whorton, Matthew | | | |
| 111 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 12/5/2016 | Juan de Castro | | | |
| 112 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/7/2016 | Juan de Castro | | | |
| 113 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/7/2016 | Juan de Castro | | | |
| 114 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/23/2016 | Juan de Castro | | | |

January 10, 2019

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 115 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/14/2016 | Hamed Habibi | | | |
| 116 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 10/20/2016 | Hamed Habibi | | | |
| 117 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/6/2016 | Juan de Castro | | | |
| 118 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 12/5/2016 | Juan de Castro | | | |
| 119 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/23/2016 | Juan de Castro | | | |
| 120 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 11/22/2016 | Juan de Castro | | | |
| 121 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/7/2016 | Juan de Castro | | | |
| 122 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 12/5/2016 | Juan de Castro | | | |
| 123 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 8/9/2016 | Juan de Castro | | | |
| 124 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/6/2016 | Juan de Castro | | | |
| 125 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/7/2015 | Juan de Castro | | | |
| 126 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 6/11/2015 | Juan de Castro | | | |
| 127 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 6/11/2015 | Juan de Castro | | | |
| 128 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/7/2015 | Juan de Castro | | | |
| 129 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/21/2015 | Juan de Castro | | | |
| 130 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 6/2/2015 | Juan de Castro | | | |
| 131 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/20/2015 | Juan de Castro | | | |
| 132 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 6/5/2015 | Juan de Castro | | | |
| 133 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/6/2015 | Juan de Castro | | | |
| 134 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 6/10/2015 | Juan de Castro | | | |

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 135 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/29/2015 | Juan de Castro | | | |
| 136 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/24/2015 | Juan de Castro | | | |
| 137 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/21/2015 | Juan de Castro | | | |
| 138 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/24/2015 | Juan de Castro | | | |
| 139 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/21/2015 | Juan de Castro | | | |
| 140 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/28/2015 | Juan de Castro | | | |
| 141 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/27/2015 | Juan de Castro | | | |
| 142 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/24/2015 | Juan de Castro | | | |
| 143 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/24/2015 | Juan de Castro | | | |
| 144 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/7/2015 | Juan de Castro | | | |
| 145 | Draft presentation regarding risk management created for purposes of legal review (PGE Law) | Attorney-Client | SharePoint | 7/7/2015 | Everett, Willard | | | |
| 146 | Handwritten notes reflecting legal advice and attorney work product regarding deposition preparation for 2017 California North Bay Wildfires litigation (Wilson Sonsini) | Attorney-Client | Janice Stetler | 7/25/2018 | Janice Stetler | | | |
| 147 | Notes prepared for the solicitation of legal advice regarding deposition preparation for 2017 California North Bay Wildfires litigation (Wilson Sonsini) | Attorney-Client | Janice Stetler | 7/25/2018 | Janice Stetler | | | |
| 148 | Presentation to Law Department requesting legal advice regarding gas operations records and information management (PGE Law) | Attorney-Client/Work Product | Megan Hertzler | 5/10/2013 | Kalyan, Krishna | | | |
| 149 | Email chain and attachment disclosing legal advice regarding hard copy document retention under legal hold (PGE Law) | Attorney-Client/Work Product | Alfonsa Cornejo | 10/5/2017 | Zarate, Peter (PXZ3@pge.com) | Cribb, Tere (T3C0@pge.com); Novak, Kelly (KLN5@pge.com); Cornejo, Alfonsa (AYC7@pge.com) | Tanner, Thomas (TCT0@pge.com) | |
| 150 | Presentation disclosing legal advice regarding compliance with legal holds (PGE Law) | Attorney-Client/Work Product | Megan Hertzler | 10/8/2013 | Najarro, Claudia | | | |

10

January 10, 2019

**PRIVILEGE LOG OF PACIFIC GAS AND ELECTRIC COMPANY**

| Log Number | Privilege Description (Attorney involved in advice/work product) | Privilege Basis | Custodian | Date | Author / Sender | Addressee(s) | Copyee(s) | Blind Copyee(s) |
|---|---|---|---|---|---|---|---|---|
| 151 | Email chain disclosing legal advice and request for legal advice regarding retention of hard copy documents under legal hold (PGE Law) | Attorney-Client/Work Product | Alfonsa Cornejo | 4/5/2016 | Lack, Kelly (KJLG@pge.com) | Cornejo, Alfonsa (AYC7@pge.com) | | |
| 152 | Email chain disclosing legal advice and request for legal advice regarding retention of hard copy documents under legal hold (PGE Law) | Attorney-Client | Alfonsa Cornejo | 4/24/2015 | Deatcu, Livia (L1DP@pge.com) | Lack, Kelly (KJLG@pge.com) | Cornejo, Alfonsa (AYC7@pge.com); Deatcu, Livia (L1DP@pge.com) | |
| 153 | Email chain providing legal advice regarding retention obligations under the San Bruno Legal Hold (PGE Law) | Attorney-Client/Work Product | Alfonsa Cornejo | 3/10/2016 | New-Waterson, Nate (NJN3@pge.com) | Cornejo, Alfonsa (AYC7@pge.com) | | |
| 154 | Email chain requesting legal advice regarding storage and organization of San Bruno legal hold documents (PGE Law) | Attorney-Client | Alfonsa Cornejo | 7/30/2014 | Lack, Kelly (KJLG@pge.com) | Cornejo, Alfonsa (AYC7@pge.com) | Low, Wanda (WML4@pge.com) | |
| 155 | Email chain and attachments disclosing legal advice regarding legal hold guidance PGE Law) | Attorney-Client/Work Product | Alfonsa Cornejo | 1/28/2015 | Deatcu, Livia (L1DP@pge.com) | Cornejo, Alfonsa (AYC7@pge.com) | | |
| 156 | Document providing legal advice regarding the San Bruno legal hold (PGE Law) | Attorney-Client/Work Product | Kelly Lack | 9/9/2010 | PGE Law | | | |
| 157 | Presentation and backup data to Cravath requesting legal advice regarding the San Bruno legal hold disposition (PGE Law) | Attorney-Client | Kelly Lack | 1/23/2018 | Vazquez, Jennifer; Zarate, Peter | | | |
| 158 | Document summarizing research conducted at the direction of counsel regarding the San Bruno legal hold (PGE Law) | Attorney-Client/Work Product | Kelly Lack | 6/7/2018 | Vazquez, Jennifer; Zarate, Peter | | | |
| 159 | Presentation and backup data to Cravath requesting legal advice regarding the San Bruno legal hold disposition (PGE Law) | Attorney-Client/Work Product | Kelly Lack | 12/2017 | Vazquez, Jennifer; Zarate, Peter | | | |
| 160 | Email providing legal advice regarding document retention relating to 9/9/10 San Bruno accident (PGE Law) | Attorney-Client | Kelly Lack | 12/2/2010 | "Corporate Affairs" | All PG&E Maill Recipients (allpge@exchange.pge.com); All PGE Corp Employees (allpgecorpemployees@pge.com) | | |