# EXHIBIT A

![MesoWest]  Region [CALIFORNIA ▼]  Product [24-Hour Trend Monitor ▼] [Go]  MesoWest | Help | Site Map | Data API Services

**Latitude: 38.14586 N Longitude: -122.46087 W**
(Lat/Lon location provided by: Google Maps)

**Historic 24-Hour Trend Monitor** (click here to reset to current time)

[All Networks ▼]
Settings: [2] -h Summary [25] mi Radius  [Change Settings]
Time: [09] :00 UTC [10] / [09] / [2017]  [Change Time]

24-Hour Changes 09:00 UTC 10/09/2017    Sort by: name or elevation    Help    QC Flag: Ok, Caution, Suspect

| Station | Info | Dist/Dir | Time | Temp | DewT | RH | Dir | Spd | Gust |
|---|---|---|---|---|---|---|---|---|---|
| A1131<br>Sonoma Bayland | AIRNOW<br>32 ft | 1 mi SW | N/A<br>N/A | | | | | | |
| SLEWW<br>South Lakevill | WWG-SONOMA<br>10 ft | 2 mi W | 0900Z 2:00PDT<br>0800Z 1:00PDT | 71/+ 23<br>71/+ 24 | 14/- 31<br>14/- 29 | 11/- 78<br>11/- 74 | NNE / NNE<br>NNE / SW | 9/+ 7<br>8/+ 7 | 25/+ 21<br>21/+ 19 |
| KDVO<br>Novato / Gnoss | NWS/FAA<br>3 ft | 5 mi W | 0855Z 1:55PDT<br>0755Z 0:55PDT | 59/+ 13<br>63/+ 9 | 21/- 22<br>19/- 29 | 23/- 64<br>19/- 63 | NNE / N<br>N / N | 10/+ 10<br>10/+ 10 | |
| CI187<br>Black Point | CIMIS<br>1 ft | 5 mi SW | 0900Z 2:00PDT<br>0800Z 1:00PDT | 70/+ 22<br>71/+ 22 | 13/- 31<br>12/- 33 | 11/- 74<br>10/- 75 | NNE / S<br>NNE / WSW | 13/+ 11<br>12/+ 8 | |
| NVHC1<br>NOVATO FIRE - | RAWS<br>482 ft | 5 mi WSW | 0831Z 1:31PDT<br>0731Z 0:31PDT | 68/+ 13<br>68/+ 12 | 14/- 34<br>15/- 33 | 12/- 64<br>13/- 62 | NNE / WSW<br>NNE / WSW | 9/+ 4<br>9/+ 4 | 21/+ 11<br>16/+ 6 |
| KSRF<br>Hamilton U. S. | NWS/FAA<br>3 ft | 6 mi SSW | N/A<br>N/A | | | | | | |
| C8028<br>CW8028 Novato | APRSWXNET/CWOP<br>20 ft | 7 mi SSW | N/A<br>N/A | | | | | | |
| NVLC1<br>NOVATO LIBRARY | CNRFC<br>28 ft | 7 mi WSW | N/A<br>N/A | | | | | | |
| E7227<br>EW7227 Novato | APRSWXNET/CWOP<br>33 ft | 7 mi WSW | N/A<br>N/A | | | | | | |
| C3537<br>CW3537 Novato | APRSWXNET/CWOP<br>49 ft | 7 mi SW | 0855Z 1:55PDT<br>0735Z 0:35PDT | 68/+ 12<br>69/+ 12 | 19/- 21<br>19/- 21 | 15/- 40<br>15/- 38 | NW / ESE<br>N/ | 4/+ 2<br>6/+ 6 | 4/+ 2<br>7/+ 7 |
| CI109<br>Carneros | CIMIS<br>5 ft | 8 mi NE | 0900Z 2:00PDT<br>0800Z 1:00PDT | 70/+ 26<br>71/+ 24 | 22/- 21<br>21/- 23 | 16/- 79<br>15/- 78 | NE / N<br>NE / N | 2/+ 1<br>2/+ 0 | |
| HUIWW<br>Carneros | WWG-SONOMA<br>185 ft | 8 mi NE | 0900Z 2:00PDT<br>0800Z 1:00PDT | 71/+ 22<br>71/+ 22 | 14/- 30<br>14/- 30 | 11/- 73<br>11/- 70 | NNE / N<br>N / NNE | 16/+ 15<br>16/+ 16 | 36/+ 34<br>41/+ 39 |
| F62WW<br>Sonoma SE - Na | WWG-SONOMA<br>70 ft | 9 mi NNE | 0900Z 2:00PDT<br>0800Z 1:00PDT | 71/+ 23<br>72/+ 22 | 14/- 30<br>12/- 33 | 11/- 75<br>10/- 75 | NNE / E<br>NNE / E | 15/+ 15<br>14/+ 14 | 36/+ 34<br>34/+ 31 |
| E0433<br>EW0433 Novato | APRSWXNET/CWOP<br>217 ft | 9 mi WSW | 0855Z 1:55PDT<br>0755Z 0:55PDT | 70/+ 16<br>71/+ 16 | 17/- 32<br>16/- 33 | 13/- 69<br>12/- 67 | SSE / WNW<br>SE / NW | 5/- 2<br>3/- 3 | 12/+ 1<br>7/- 3 |
| | | 9 mi WSW | | | | | | | |

| Station | Network / Elev | Distance | Time | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PG087 Wilson Ave | PGE 375 ft | | N/A N/A | | | | | | |
| E6860 EW6860 Napa | APRSWXNET/CWOP 105 ft | 9 mi NE | 0850Z 1:50PDT 0750Z 0:50PDT | 70/+ 23 71/+ 22 | 19/- 23 18/- 26 | 14/- 69 13/- 68 | NW/ NNW/ | 8/+ 8 8/+ 8 | 27/+ 25 17/+ 17 |
| AR469 WA6LCN Marinwo | APRSWXNET/CWOP 131 ft | 9 mi SSW | N/A N/A | | | | | | |
| NBRC1 BIG ROCK | RAWS 1500 ft | 9 mi SW | 0833Z 1:33PDT 0733Z 0:33PDT | 66/+ 6 67/+ 5 | 10/- 35 13/- 32 | 11/- 46 12/- 41 | ESE / NNE SE / N | 12/+ 8 8/+ 2 | 25/+ 12 21/+ 9 |
| MATWW Sonoma-SW | WWG-SONOMA 123 ft | 9 mi NNW | N/A N/A | | | | | | |
| PBEC1 SHOLLENBERGER | IFLOWS 15 ft | 9 mi NW | N/A N/A | | | | | | |
| PABC1 SARTORI DRIVE | IFLOWS 41 ft | 10 mi NW | N/A N/A | | | | | | |
| PG123 Bigrock Ridge | PGE 1636 ft | 10 mi SW | N/A N/A | | | | | | |
| C4478 CW4478 Petalum | APRSWXNET/CWOP 26 ft | 10 mi NW | N/A N/A | | | | | | |
| CQ156 San Francisco- | CARB 571 ft | 10 mi NNE | N/A N/A | | | | | | |
| C3602 CW3602 San Raf | APRSWXNET/CWOP 66 ft | 10 mi S | N/A N/A | | | | | | |
| E1188 EW1188 Petalum | APRSWXNET/CWOP 24 ft | 11 mi NW | N/A N/A | | | | | | |
| PMJC1 MANOR LANE | IFLOWS 286 ft | 11 mi NW | N/A N/A | | | | | | |
| CI157 Point San Pedr | CIMIS 5 ft | 11 mi S | 0900Z 2:00PDT 0800Z 1:00PDT | 70/+ 20 71/+ 19 | 31/- 17 32/- 17 | 24/- 68 24/- 66 | N / NNW N / NW | 14/+ 12 16/+ 15 | |
| AP571 KF6YAP Vallejo | APRSWXNET/CWOP 89 ft | 11 mi E | N/A N/A | | | | | | |
| KAPC Napa County Ai | NWS/FAA 33 ft | 11 mi ENE | 0900Z 2:00PDT 0800Z 1:00PDT | 72/+ 20 72/+ 18 | 16/- 32 12/- 36 | 12/- 76 10/- 72 | NE / N NNE / S | 23/+ 23 26/+ 23 | 31/ |
| D6886 DW6886 Vallejo | APRSWXNET/CWOP 10 ft | 11 mi E | N/A N/A | | | | | | |
| SARC1 San Rafael | MTRWFO 120 ft | 11 mi SSW | 0853Z 1:53PDT 0753Z 0:53PDT | 69/+ 12 69/+ 9 | | | | | |
| PTWC1 LAKEVILLE ST - | CNRFC 10 ft | 11 mi NW | N/A N/A | | | | | | |
| PEWC1 GARFIELD DRIVE | IFLOWS 72 ft | 11 mi NW | N/A N/A | | | | | | |
| KO69 Petaluma Munic | NWS/FAA 89 ft | 11 mi NW | 0855Z 1:55PDT 0755Z 0:55PDT | 72/+ 20 73/+ 20 | 12/- 36 12/- 36 | 10/- 77 9/- 72 | ESE / N | 12/+ 12 9/+ 9 | 21/ 18/ |
| PKEC1 SUNNYSLOPE ROA | IFLOWS 74 ft | 11 mi WNW | N/A N/A | | | | | | |
| F1058 FW1058 America | APRSWXNET/CWOP 29 ft | 11 mi E | 0857Z 1:57PDT 0757Z 0:57PDT | 70/+ 14 71/+ 13 | 19/- 32 18/- 34 | 14/- 68 13/- 66 | NE/ N/ | 12/+ 12 13/+ 13 | 25/+ 24 21/+ 18 |
| D6382 DW6382 Petalum | APRSWXNET/CWOP 30 ft | 11 mi WNW | N/A N/A | | | | | | |

| Station | Provider | Distance | Time | Temp | Dewpt | RH | Wind Dir | Wind Spd | Gust |
|---|---|---|---|---|---|---|---|---|---|
| PUMC1 LA CRESTA | CNRFC 365 ft | 11 mi WNW | N/A N/A | | | | | | |
| PWAC1 MCDOWELL BLVD. | IFLOWS 35 ft | 11 mi NW | N/A N/A | | | | | | |
| PTBC1 PETALUMA - LYN | CNRFC 10 ft | 11 mi NW | N/A N/A | | | | | | |
| E8418 EW8418 San Raf | APRSWXNET/CWOP 475 ft | 12 mi SSW | 0848Z 1:48PDT 0747Z 0:47PDT | 67/+11 69/+11 | 22/-26 18/-31 | 18/-56 14/-57 | NE / W NE / WNW | 11/+7 8/+5 | |
| PLQC1 MCDOWELL BLVD. | IFLOWS 35 ft | 12 mi NW | N/A N/A | | | | | | |
| F4326 FW4326 Sonoma | APRSWXNET/CWOP 1217 ft | 12 mi NNW | N/A N/A | | | | | | |
| CI144 Petaluma East | CIMIS 97 ft | 12 mi NW | 0900Z 2:00PDT 0800Z 1:00PDT | 68/+20 70/+22 | 15/-31 13/-34 | 13/-81 11/-83 | S / NNW NNE / NNW | 6/+3 9/+6 | |
| H0259 Pickles Centra | WX4U 176 ft | 12 mi SSW | N/A N/A | | | | | | |
| PG020 Lucas Valley | PGE 795 ft | 12 mi SW | N/A N/A | | | | | | |
| PG176 Red Hill Road | PGE 650 ft | 12 mi W | N/A N/A | | | | | | |
| E7525 EW7525 Petalum | APRSWXNET/CWOP 45 ft | 12 mi NW | 0859Z 1:59PDT 0759Z 0:59PDT | 72/+19 71/+16 | 17/-30 16/-32 | 12/-68 12/-66 | NNW / W NW / W | 5/+3 2/+1 | 16/+12 10/+7 |
| K52Q Davis Point Av | NWS/FAA 59 ft | 12 mi ESE | N/A N/A | | | | | | |
| CQ062 Vallejo | CARB 98 ft | 12 mi ESE | 0900Z 2:00PDT 0800Z 1:00PDT | 71/+10 72/+11 | 14/-39 15/-39 | 11/-67 11/-66 | NNE / WSW N / W | 11/+6 15/+9 | |
| DPXC1 Davis Point | NOS-PORTS 0 ft | 13 mi ESE | 0900Z 2:00PDT 0800Z 1:00PDT | 71/+10 72/+10 | | | NNE / SW NE / WSW | 20/+12 23/+17 | 24/+15 28/+17 |
| PG035 Old Rancheria | PGE 276 ft | 13 mi WSW | N/A N/A | | | | | | |
| E7241 EW7241 Napa | APRSWXNET/CWOP 223 ft | 13 mi NNE | N/A N/A | | | | | | |
| LHNC1 CASELLA WAY (L | IFLOWS 64 ft | 13 mi NW | N/A N/A | | | | | | |
| REOC1 RODEO | CNRFC 30 ft | 13 mi SE | N/A N/A | | | | | | |
| CQ203 San Pablo-Met | CARB 164 ft | 13 mi S | 0900Z 2:00PDT 0800Z 1:00PDT | 68/+10 69/+11 | | | NE / S NE / S | 22/+12 23/+14 | |
| F1405 FW1405 San Ans | APRSWXNET/CWOP 80 ft | 13 mi SSW | 0856Z 1:56PDT 0756Z 0:56PDT | 69/+15 68/+13 | 16/-31 17/-31 | 13/-65 14/-62 | E/ SSW/ | 2/+2 1/+1 | 5/+2 4/+2 |
| PG133 Nicasio Hills | PGE 937 ft | 13 mi WSW | N/A N/A | | | | | | |
| PCJC1 SONOMA MOUNTAI | IFLOWS 39 ft | 13 mi NW | N/A N/A | | | | | | |
| D7343 DW7343 Pinole | APRSWXNET/CWOP 208 ft | 13 mi SE | N/A N/A | | | | | | |
| | | 13 mi NNW | | | | | | | |

| Station | Provider | Distance | Time | Temp | Dewpt | RH | Wind Dir | Wind Spd | Gust |
|---|---|---|---|---|---|---|---|---|---|
| WCRC1 WASHINGTON CRE | CNRFC 1400 ft | | N/A N/A | | | | | | |
| AU672 AD6QC Fairfax | APRSWXNET/CWOP 167 ft | 13 mi SSW | N/A N/A | | | | | | |
| PCRC1 CORONA ROAD | IFLOWS 43 ft | 13 mi NW | N/A N/A | | | | | | |
| A1129 Napa | AIRNOW 6 ft | 14 mi NE | N/A N/A | | | | | | |
| F11WW Sonoma Valley | WWG-SONOMA 173 ft | 14 mi N | 0900Z 2:00PDT 0800Z 1:00PDT | 69/+11 70/+10 | 10/-34 9/-36 | 10/-50 9/-47 | N / N NNE / N | 12/+7 13/+8 | 39/+27 38/+28 |
| UP667 SANPA1 | UPR 28 ft | 14 mi SSE | 0840Z 1:40PDT N/A | 68/ | | | | | |
| PG034 Rock Ridge Roa | PGE 455 ft | 14 mi SW | N/A N/A | | | | | | |
| F4307 FW4307 Petalum | APRSWXNET/CWOP 121 ft | 14 mi NW | N/A N/A | | | | | | |
| PG021 Mt Veeder Sout | PGE 694 ft | 14 mi NNE | N/A N/A | | | | | | |
| D1802 DW1802 Vallejo | APRSWXNET/CWOP 121 ft | 14 mi E | N/A N/A | | | | | | |
| C0879 CW0879 Hercule | APRSWXNET/CWOP 138 ft | 14 mi SE | N/A N/A | | | | | | |
| YNTC1 MT VEEDER ROAD | IFLOWS 519 ft | 14 mi NNE | N/A N/A | | | | | | |
| D1841 DW1841 Woodacr | APRSWXNET/CWOP 633 ft | 14 mi SW | N/A N/A | | | | | | |
| KTFC1 KENTFIELD | CNRFC 0 ft | 14 mi SSW | N/A N/A | | | | | | |
| RMD BAMI6 | BAMI 364 ft | 14 mi SSE | N/A N/A | | | | | | |
| F2001 FW2001 Ross | APRSWXNET/CWOP 89 ft | 14 mi SSW | N/A N/A | | | | | | |
| C2361 CW2361 Napa | APRSWXNET/CWOP 82 ft | 14 mi NE | N/A N/A | | | | | | |
| WBRC1 WILLOW BROOK | CNRFC 1100 ft | 14 mi NNW | N/A N/A | | | | | | |
| CQ150 San Pablo-Rumr | CARB 30 ft | 14 mi SSE | N/A N/A | | | | | | |
| C4897 CW4897 Napa | APRSWXNET/CWOP 110 ft | 14 mi NNE | N/A N/A | | | | | | |
| E8297 EW8297 Vallejo | APRSWXNET/CWOP 285 ft | 14 mi E | 0851Z 1:51PDT 0751Z 0:51PDT | 69/+10 71/+11 | 24/-29 25/-28 | 18/-62 18/-62 | NNW / W NNE / W | 10/+4 19/+12 | 16/+8 28/+19 |
| D9961 DW9961 Petalum | APRSWXNET/CWOP 43 ft | 14 mi NW | N/A N/A | | | | | | |
| PTKC1 TWIN BRIDGES | IFLOWS 48 ft | 14 mi NW | N/A N/A | | | | | | |
| CQ033 San Pablo - El | CARB 49 ft | 14 mi SSE | N/A N/A | | | | | | |
| E4444 EW4444 Vallejo | APRSWXNET/CWOP 368 ft | 14 mi E | 0859Z 1:59PDT 0759Z 0:59PDT | 70/+13 70/+12 | 20/-33 20/-32 | 15/-72 15/-67 | E/ E/ | 14/+14 10/+10 | 24/+23 23/+22 |
| E5242 EW5242 Hercule | APRSWXNET/CWOP 207 ft | 14 mi SE | N/A N/A | | | | | | |
| C3879 CW3879 El Sobr | APRSWXNET/CWOP 325 ft | 14 mi SE | 0858Z 1:58PDT 0758Z 0:58PDT | 69/+9 71/+11 | | | | | |

| Station | Network / Elev | Distance | Time | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| C6576 CW6576 Napa | APRSWXNET/CWOP 75 ft | 14 mi NE | N/A N/A | | | | | | |
| PG164 Wilson Hill Ro | PGE 464 ft | 15 mi W | N/A N/A | | | | | | |
| C2458 CW2458 Vallejo | APRSWXNET/CWOP 417 ft | 15 mi E | N/A N/A | | | | | | |
| CQ079 Richmond-7th S | CARB 36 ft | 15 mi SSE | N/A N/A | | | | | | |
| WDAC1 WOODACRE | RAWS 1400 ft | 15 mi SW | 0851Z 1:51PDT 0751Z 0:51PDT | 63/+ 13 62/+ 11 | 15/- 30 15/- 30 | 15/- 68 16/- 65 | E / WNW ENE / W | 9/- 1 6/- 5 | 19/+ 6 13/- 2 |
| NPYC1 NAPA CORPORATI | CNRFC 20 ft | 15 mi NE | N/A N/A | | | | | | |
| PG037 Sky Oaks Road | PGE 688 ft | 15 mi SSW | N/A N/A | | | | | | |
| D2976 DW2976 Napa | APRSWXNET/CWOP 148 ft | 15 mi NNE | N/A N/A | | | | | | |
| AS725 AA6AV-10 Napa | APRSWXNET/CWOP 79 ft | 15 mi NNE | 0838Z 1:38PDT 0752Z 0:52PDT | 70/+ 16 70/+ 15 | 22/- 23 20/- 25 | 16/- 54 15/- 55 | NNW/ NNW/ | 11/+ 11 10/+ 10 | 16/+ 16 14/+ 14 |
| D2408 DW2408 El Sobr | APRSWXNET/CWOP 226 ft | 15 mi SE | 0900Z 2:00PDT 0800Z 1:00PDT | 69/+ 13 69/+ 11 | 18/- 33 18/- 34 | 14/- 70 14/- 65 | NNW/ NNW/ | 12/+ 12 1/+ 1 | 17/+ 14 14/+ 9 |
| PG049 John Muir Park | PGE 103 ft | 15 mi SE | N/A N/A | | | | | | |
| C6937 CW6937 Larkspu | APRSWXNET/CWOP 75 ft | 15 mi SSW | N/A N/A | | | | | | |
| LCRC1 LICHAU CREEK | CNRFC 361 ft | 15 mi NW | N/A N/A | | | | | | |
| PG177 Sonoma Mountai | PGE 2390 ft | 15 mi NNW | N/A N/A | | | | | | |
| NAAC1 LINCOLN AVENUE | IFLOWS 28 ft | 15 mi NE | N/A N/A | | | | | | |
| MRRC1 MIDDLE TWO ROC | CNRFC 400 ft | 15 mi WNW | N/A N/A | | | | | | |
| H0457 Corte Madera | WX4U 10 ft | 15 mi SSW | N/A N/A | | | | | | |
| C6768 CW6768 El Sobr | APRSWXNET/CWOP 295 ft | 15 mi SE | N/A N/A | | | | | | |
| YOUC1 MOUNT VEEDER | CNRFC 1800 ft | 15 mi N | N/A N/A | | | | | | |
| D4688 DW4688 El Sobr | APRSWXNET/CWOP 187 ft | 15 mi SE | N/A 0800Z 1:00PDT | 69/+ 8 | 29/- 24 | 22/- 53 | NE / WSW | 3/+ 0 | |
| RCMC1 Richmond | NOS-PORTS 0 ft | 15 mi SSE | 0900Z 2:00PDT 0800Z 1:00PDT | 71/+ 12 71/+ 11 | | | N / S N / SSE | 17/+ 13 15/+ 9 | 22/+ 15 20/+ 11 |
| BBEC1 BARNABY | RAWS 810 ft | 15 mi WSW | 0811Z 1:11PDT 0711Z 0:11PDT | 68/+ 16 68/+ 15 | 12/- 35 14/- 34 | 11/- 71 12/- 70 | WNW / NNW WSW / NW | 4/- 1 4/- 4 | 15/+ 2 14/- 1 |
| AS944 WB5VUL Vallejo | APRSWXNET/CWOP 338 ft | 16 mi E | N/A N/A | | | | | | |
| D4460 DW4460 Corte M | APRSWXNET/CWOP 197 ft | 16 mi SSW | N/A N/A | | | | | | |
| RCNC1 RICHMOND CITY | CNRFC 55 ft | 16 mi SSE | N/A N/A | | | | | | |

| Station | Network/Elev | Dist | Time | Temp | Dew Pt | RH | Wind Dir | Wind Spd | Gust |
|---|---|---|---|---|---|---|---|---|---|
| E4251 EW4251 Pinole | APRSWXNET/CWOP 284 ft | 16 mi SE | 0856Z 1:56PDT 0756Z 0:56PDT | 69/+ 13 70/+ 14 | 19/- 30 20/- 28 | 15/- 63 15/- 59 | NNW / E NNW / SSE | 2/+ 1 3/+ 2 | 14/+ 11 9/+ 7 |
| D7299 DW7299 Petalum | APRSWXNET/CWOP 420 ft | 16 mi WNW | N/A N/A | | | | | | |
| LBTC1 LIBERTY ROAD | CNRFC 100 ft | 16 mi NW | N/A N/A | | | | | | |
| D8239 DW8239 Richmon | APRSWXNET/CWOP 69 ft | 16 mi SSE | N/A N/A | | | | | | |
| UP597 COSTA1 | UPR 16 ft | 16 mi ESE | 0835Z 1:35PDT N/A | 63/+ 6 | | | | | |
| D6785 DW6785 El Cerr | APRSWXNET/CWOP 328 ft | 16 mi SSE | 0850Z 1:50PDT 0750Z 0:50PDT | 68/+ 12 69/+ 13 | 22/- 32 24/- 29 | 17/- 73 18/- 71 | ENE/ NE / SE | 8/+ 8 3/- 1 | 20/+ 14 11/+ 2 |
| CUMC1 CUMMINGS PEAK | CNRFC 895 ft | 16 mi ESE | N/A N/A | | | | | | |
| C8567 CW8567 El Sobr | APRSWXNET/CWOP 155 ft | 17 mi SE | N/A N/A | | | | | | |
| MDEC1 MIDDLE PEAK | RAWS 2339 ft | 17 mi SSW | 0836Z 1:36PDT 0736Z 0:36PDT | 59/+ 0 60/+ 0 | 11/- 32 12/- 30 | 15/- 41 15/- 36 | N / NNW N / NNW | 18/+ 3 21/+ 7 | 36/+ 15 40/+ 16 |
| AR309 WB6ABE-4 Benic | APRSWXNET/CWOP 600 ft | 17 mi ESE | N/A N/A | | | | | | |
| CQ137 Mount Tamalpai | CARB 2385 ft | 17 mi SSW | N/A N/A | | | | | | |
| D7094 DW7094 Mill Va | APRSWXNET/CWOP 190 ft | 17 mi SSW | 0848Z 1:48PDT 0747Z 0:47PDT | 70/+ 20 70/+ 18 | 23/- 23 22/- 26 | 17/- 71 16/- 69 | S/ | 3/+ 3 0/+ 0 | 11/+ 11 5/+ 5 |
| E9944 EW9944 El Cerr | APRSWXNET/CWOP 365 ft | 17 mi SSE | 0855Z 1:55PDT 0754Z 0:54PDT | 68/+ 12 69/+ 13 | 20/- 33 22/- 30 | 16/- 73 17/- 70 | NNW / SSE N / SE | 10/+ 7 10/+ 4 | 20/+ 11 18/+ 6 |
| PG041 Sir Francis Dr | PGE 402 ft | 17 mi WSW | N/A N/A | | | | | | |
| E6734 EW6734 Mill Va | APRSWXNET/CWOP 206 ft | 17 mi S | N/A N/A | | | | | | |
| E4531 EW4531 El Cerr | APRSWXNET/CWOP 270 ft | 17 mi SSE | 0858Z 1:58PDT 0759Z 0:59PDT | 67/+ 12 68/+ 12 | 23/- 28 24/- 28 | 19/- 69 19/- 68 | NW / E NW / ESE | 1/+ 0 1/+ 0 | 7/+ 3 6/- 1 |
| E6829 EW6829 Penngro | APRSWXNET/CWOP 151 ft | 17 mi NW | 0850Z 1:50PDT 0750Z 0:50PDT | 70/+ 19 71/+ 23 | 19/- 28 18/- 27 | 14/- 72 13/- 75 | NE/ NE/ | 2/+ 2 5/+ 5 | 10/+ 9 14/+ 14 |
| PG042 Castro Ranch R | PGE 242 ft | 17 mi SE | N/A N/A | | | | | | |
| D7213 DW7213 Richmon | APRSWXNET/CWOP 14 ft | 17 mi SSE | 0900Z 2:00PDT 0800Z 1:00PDT | 70/+ 10 71/+ 11 | 26/- 29 27/- 28 | 19/- 64 19/- 64 | N / SSE NNW / SSE | 15/+ 8 14/+ 3 | 24/+ 12 24/+ 11 |
| E9543 EW9543 Glen El | APRSWXNET/CWOP 452 ft | 17 mi NNW | 0859Z 1:59PDT 0759Z 0:59PDT | 68/+ 11 69/+ 11 | 15/- 32 14/- 32 | 13/- 56 12/- 54 | W / WNW NE/ | 6/+ 4 5/+ 5 | 17/+ 13 12/+ 9 |
| CI213 El Cerrito | CIMIS 596 ft | 17 mi SSE | 0900Z 2:00PDT 0800Z 1:00PDT | 67/+ 13 67/+ | 23/- 28 25/- | 19/- 74 20/- | SSW / SSW SSW / SSW | 7/+ 1 6/- 0 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 14 | 27 | 74 | | | |
| PPXC1<br>Point Potrero | NOS-PORTS<br>0 ft | 17 mi SSE | 0900Z 2:00PDT<br>0800Z 1:00PDT | 72/+ 12<br>73/+ 13 | | | NNE / SE<br>NNE / SE | 21/+ 15<br>22/+ 16 | 30/+ 22<br>32/+ 21 |
| E9939<br>EW9939 Mill Va | APRSWXNET/CWOP<br>1824 ft | 17 mi SSW | 0853Z 1:53PDT<br>0753Z 0:53PDT | 62/- 3<br>63/- 5 | 15/- 28<br>16/- 27 | 16/- 30<br>16/- 25 | ENE / NW<br>ENE / NNE | 13/+ 4<br>16/+ 7 | 34/+ 14<br>34/+ 17 |
| PG006<br>Hogback Road | PGE<br>1033 ft | 17 mi SSW | N/A<br>N/A | | | | | | |
| H0564<br>Rohnert Park | WX4U<br>151 ft | 17 mi NW | N/A<br>N/A | | | | | | |
| TIBC1<br>Tiburon Pier | MARITIME<br>0 ft | 18 mi S | 0857Z 1:57PDT<br>0757Z 0:57PDT | 68/+ 11<br>69/+ 11 | | | NNW / S<br>N / SSE | 14/+ 12<br>16/+ 13 | |
| AS106<br>KE6FWD Mill Va | APRSWXNET/CWOP<br>965 ft | 18 mi SSW | N/A<br>N/A | | | | | | |
| D6398<br>DW6398 Richmon | APRSWXNET/CWOP<br>46 ft | 18 mi SSE | N/A<br>N/A | | | | | | |
| E6279<br>EW6279 Tiburon | APRSWXNET/CWOP<br>509 ft | 18 mi S | N/A<br>N/A | | | | | | |
| ACMC1<br>ARROYO CORTE M | IFLOWS<br>18 ft | 18 mi SSW | N/A<br>N/A | | | | | | |
| F2270<br>FW2270 Cotati | APRSWXNET/CWOP<br>318 ft | 18 mi NW | N/A<br>N/A | | | | | | |
| H0452<br>Santa Rosa | WX4U<br>732 ft | 18 mi N | N/A<br>N/A | | | | | | |
| AU915<br>WB6TTB Tiburon | APRSWXNET/CWOP<br>535 ft | 18 mi S | 0849Z 1:49PDT<br>0754Z 0:54PDT | 66/+ 11<br>67/+ 12 | 36/- 15<br>35/- 16 | 33/- 52<br>30/- 56 | WNW / WSW<br>WNW / SW | 4/+ 3<br>6/+ 5 | 7/+ 5<br>12/+ 9 |
| PG053<br>Soda Canyon Ro | PGE<br>96 ft | 18 mi NNE | N/A<br>N/A | | | | | | |
| DCFC1<br>DRY CREEK FIRE | CNRFC<br>1476 ft | 18 mi N | N/A<br>N/A | | | | | | |
| C7657<br>CW7657 Fairfie | APRSWXNET/CWOP<br>574 ft | 18 mi E | 0851Z 1:51PDT<br>0751Z 0:51PDT | 69/+ 10<br>69/+ 10 | 18/- 35<br>16/- 37 | 14/- 66<br>13/- 67 | | 0/+ 0<br>0/+ 0 | 0/+ 0<br>0/+ 0 |
| C6944<br>CW6944 Fairfie | APRSWXNET/CWOP<br>22 ft | 18 mi E | 0856Z 1:56PDT<br>0755Z 0:55PDT | 69/+ 9<br>70/+ 9 | 19/- 34<br>19/- 34 | 15/- 64<br>14/- 59 | NNW / SSE<br>NNW / SSW | 3/- 2<br>4/+ 1 | 10/- 5<br>12/+ 0 |
| PG043<br>Terrace Drive | PGE<br>774 ft | 18 mi SSE | N/A<br>N/A | | | | | | |
| AS224<br>AD6WX Mill Val | APRSWXNET/CWOP<br>350 ft | 18 mi SSW | N/A<br>N/A | | | | | | |
| E1611<br>EW1611 Richmon | APRSWXNET/CWOP<br>33 ft | 18 mi SSE | N/A<br>N/A | | | | | | |
| AT159<br>W6ZZY Kensingt | APRSWXNET/CWOP<br>686 ft | 18 mi SSE | 0859Z 1:59PDT<br>0759Z 0:59PDT | 67/+ 12<br>68/+ 12 | 21/- 30<br>23/- 29 | 17/- 70<br>18/- 68 | S/<br>SSW/ | 1/+ 1<br>1/+ 1 | 2/+ 2<br>3/+ 3 |
| E8284<br>EW8284 Mill Va | APRSWXNET/CWOP<br>557 ft | 19 mi SSW | N/A<br>N/A | | | | | | |
| MCHC1<br>MEACHUMLFL (P1 | MAP<br>400 ft | 19 mi NW | 0900Z 2:00PDT<br>0800Z 1:00PDT | 70/+ 15<br>71/+ 15 | 21/- 28<br>21/- 29 | 16/- 65<br>15/- 64 | NNE / SW<br>NNE / WSW | 19/+ 12<br>21/+ 16 | |

| Station | Network | Distance | Times | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HCRC1<br>**HIGHWAY 29** | IFLOWS<br>126 ft | 19 mi NNE | N/A<br>N/A | | | | | | |
| KENWW<br>**Kenwood - Kun** | WWG-SONOMA<br>411 ft | 19 mi NNW | 0900Z 2:00PDT<br>0800Z 1:00PDT | 70/+ 27<br>71/+ 26 | 15/- 23<br>16/- 24 | 12/- 71<br>12/- 71 | N/<br>N / N | 16/+ 16<br>14/+ 13 | 42/+ 37<br>44/+ 41 |
| SOPC1<br>**SODA CREEK** | HADS<br>198 ft | 19 mi NNE | N/A<br>N/A | | | | | | |
| PG197<br>**Wild Horse** | PGE<br>1399 ft | 19 mi NE | N/A<br>N/A | | | | | | |
| AT068<br>**KI6DBJ Napa** | APRSWXNET/CWOP<br>951 ft | 19 mi NE | N/A<br>N/A | | | | | | |
| PG008<br>**Alhambra Valle** | PGE<br>1008 ft | 19 mi SE | N/A<br>N/A | | | | | | |
| C3578<br>**CW3578 Yountvi** | APRSWXNET/CWOP<br>98 ft | 19 mi NNE | N/A<br>N/A | | | | | | |
| E8654<br>**EW8654 Rohnert** | APRSWXNET/CWOP<br>104 ft | 19 mi NW | 0851Z 1:51PDT<br>0751Z 0:51PDT | 71/+ 21<br>72/+ 21 | 24/- 19<br>25/- 19 | 17/- 61<br>17/- 59 | NE/<br>ENE/ | 6/+ 6<br>9/+ 9 | 10/+ 9<br>13/+ 13 |
| ABAC1<br>**ALHAMBRA CREEK** | CNRFC<br>800 ft | 19 mi SE | N/A<br>N/A | | | | | | |
| D6187<br>**DW6187 Rohnert** | APRSWXNET/CWOP<br>108 ft | 19 mi NW | N/A<br>N/A | | | | | | |
| UPYC1<br>**UPPER COYOTE C** | CNRFC<br>286 ft | 19 mi S | N/A<br>N/A | | | | | | |
| F0187<br>**FW0187 Napa** | APRSWXNET/CWOP<br>971 ft | 19 mi NE | 0848Z 1:48PDT<br>0748Z 0:48PDT | 66/+ 16<br>67/+ 16 | 20/- 23<br>18/- 24 | 17/- 60<br>15/- 57 | NNE/<br>E/ | 8/+ 8<br>10/+ 10 | 18/+ 18<br>25/+ 25 |
| MGTC1<br>**MT. GEORGE TRA** | CNRFC<br>1430 ft | 19 mi NE | N/A<br>N/A | | | | | | |
| OVYC1<br>**OLEMA VALLEY** | RAWS<br>37 ft | 20 mi WSW | 0813Z 1:13PDT<br>0713Z 0:13PDT | 45/+ 1<br>52/+ 6 | 38/- 5<br>34/- 11 | 77/- 21<br>50/- 47 | | | |
| EYSC1<br>**POINT REYES ST** | CA HYDRO<br>31 ft | 20 mi WSW | N/A<br>N/A | | | | | | |
| CI123<br>**Suisun Valley** | CIMIS<br>35 ft | 20 mi ENE | N/A<br>N/A | | | | | | |
| NRXC1<br>**YOUNTVILLE CRO** | IFLOWS<br>95 ft | 20 mi NNE | N/A<br>N/A | | | | | | |
| MZXC1<br>**Martinez-Amorc** | NOS-PORTS<br>0 ft | 20 mi ESE | 0900Z 2:00PDT<br>0800Z 1:00PDT | 70/+ 5<br>71/+ 7 | | | N / W<br>N / WNW | 16/+ 6<br>9/+ 0 | 21/+ 8<br>13/+ 2 |
| UPBC1<br>**Union Pacific** | NOS-PORTS<br>0 ft | 20 mi ESE | N/A<br>N/A | | | | | | |
| D9724<br>**DW9724 Sausali** | APRSWXNET/CWOP<br>33 ft | 20 mi S | N/A<br>N/A | | | | | | |
| D6436<br>**DW6436 Berkele** | APRSWXNET/CWOP<br>200 ft | 20 mi SSE | 0858Z 1:58PDT<br>0757Z 0:57PDT | | | | | | |
| CI077<br>**Oakville** | CIMIS<br>190 ft | 20 mi N | 0900Z 2:00PDT<br>0800Z 1:00PDT | 69/+ 21<br>70/+ 21 | 16/- 29<br>17/- 28 | 13/- 75<br>13/- 73 | N / WSW<br>N / W | 8/+ 6<br>8/+ 6 | |
| MLDC1<br>**MILLIKEN DAM** | CNRFC<br>1125 ft | 20 mi NE | N/A<br>N/A | | | | | | |
| C7613<br>**CW7613 Sausali** | APRSWXNET/CWOP<br>82 ft | 20 mi S | N/A<br>N/A | | | | | | |
| AISC1<br>**Angel Island** | MTRWFO<br>70 ft | 20 mi S | N/A<br>N/A | | | | | | |

| ID / Name | Source / Elev | Distance | Time | T | Td | RH | Wind Dir | Wind Spd | Gust |
|---|---|---|---|---|---|---|---|---|---|
| PG188 Martinez | PGE 659 ft | 20 mi SE | N/A N/A | | | | | | |
| BVYWW Lower Bennet V | WWG-SONOMA 425 ft | 20 mi NNW | 0900Z 2:00PDT 0800Z 1:00PDT | 68/+20 69/+13 | 14/-32 14/-33 | 12/-77 12/-61 | ESE / E S / N | 4/+2 2/-2 | 13/+8 15/+8 |
| K91Q Point Blunt Co | NWS/FAA 240 ft | 21 mi S | N/A N/A | | | | | | |
| C8076 CW8076 Martine | APRSWXNET/CWOP 295 ft | 21 mi ESE | N/A N/A | | | | | | |
| E7741 EW7741 Martine | APRSWXNET/CWOP 134 ft | 21 mi ESE | 0859Z 1:59PDT 0759Z 0:59PDT | 68/+5 68/+4 | 29/-21 27/-22 | 23/-38 21/-37 | NNW / SSW | 1/+0 0/+0 | 4/+0 1/-2 |
| E6179 EW6179 Martine | APRSWXNET/CWOP 464 ft | 21 mi ESE | 0853Z 1:53PDT 0753Z 0:53PDT | 66/+4 66/+3 | 21/-28 21/-27 | 18/-44 18/-40 | NNE / SSW NNE / SW | 11/+8 10/+7 | 20/+11 20/+14 |
| PG019 Soda Canyon Ro | PGE 1515 ft | 21 mi NNE | N/A N/A | | | | | | |
| PG063 Bear Creek | PGE 690 ft | 21 mi SE | N/A N/A | | | | | | |
| C0013 CW0013 Inverne | APRSWXNET/CWOP 950 ft | 21 mi WSW | N/A N/A | | | | | | |
| C6266 CW6266 Berkele | APRSWXNET/CWOP 53 ft | 21 mi SSE | N/A N/A | | | | | | |
| UP621 JKSNP1 | UPR 8 ft | 22 mi E | 0810Z 1:10PDT N/A | 67/+9 | | | | | |
| PG083 Wooden Valley | PGE 617 ft | 22 mi NE | N/A N/A | | | | | | |
| TMPC1 PACIFIC OCEAN | CNRFC 39 ft | 22 mi W | N/A N/A | | | | | | |
| CI158 Bennett Valley | CIMIS 270 ft | 22 mi NNW | 0900Z 2:00PDT 0800Z 1:00PDT | | | | ENE / ESE ENE / ENE | 4/+3 6/+4 | |
| F1470 FW1470 Martine | APRSWXNET/CWOP 331 ft | 22 mi ESE | 0849Z 1:49PDT 0749Z 0:49PDT | 68/+6 68/+5 | 25/-23 27/-21 | 20/-40 21/-36 | WNW / SSE / W | 5/+5 1/+0 | 14/+9 13/+10 |
| CQ138 Fairfield-Chad | CARB 33 ft | 22 mi ENE | 0900Z 2:00PDT 0800Z 1:00PDT | 71/+11 72/+10 | | | NNE / WSW NNE / WSW | 13/+5 13/+2 | |
| LBNL1 Berkeley Lab | UUNET 888 ft | 22 mi SSE | 0900Z 2:00PDT 0800Z 1:00PDT | 66/+10 67/+11 | 11/-36 13/-36 | 12/-61 12/-65 | NNE / ESE N / SE | 10/+9 8/+6 | 22/+18 23/+17 |
| PG064 Briones Road | PGE 794 ft | 22 mi SE | N/A N/A | | | | | | |
| CQ111 Fort Cronkhite | CARB 76 ft | 22 mi S | N/A N/A | | | | | | |
| TR133 GOLDEN GATE NR | RAWS 0 ft | 22 mi S | N/A N/A | | | | | | |
| PG185 Lower Atlas Pe | PGE 1453 ft | 22 mi NNE | N/A N/A | | | | | | |
| E4212 EW4212 Martine | APRSWXNET/CWOP 39 ft | 22 mi ESE | N/A N/A | | | | | | |
| TLDC1 TILDEN PARK | CNRFC 1905 ft | 22 mi SE | N/A N/A | | | | | | |
| C8344 CW8344 Orinda | APRSWXNET/CWOP 614 ft | 22 mi SE | N/A N/A | | | | | | |
| | | 22 mi SSE | | | | | | | |

| ID / Name | Network / Elev | Distance | Times | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| E1227 EW1227 Berkele | APRSWXNET/CWOP 49 ft | | 0900Z 2:00PDT 0800Z 1:00PDT | 70/+ 13 71/+ 13 | 22/- 31 23/- 31 | 16/- 71 16/- 69 | N / SE N/ | 6/+ 5 9/+ 9 | 15/+ 12 16/+ 16 |
| AU764 KD6O Fairfield | APRSWXNET/CWOP 52 ft | 23 mi ENE | N/A N/A | | | | | | |
| PG046 Drakes View Dr | PGE 1328 ft | 23 mi WSW | N/A N/A | | | | | | |
| GGBC1 Golden Gate Br | MTRWFO 270 ft | 23 mi S | 0830Z 1:30PDT 0730Z 0:30PDT | | | | ENE / SW NE / NW | 23/+ 19 26/+ 23 | 34/ 37/ |
| KGGB Golden Gate Br | NWS/FAA 266 ft | 23 mi S | N/A N/A | | | | | | |
| NAPC1 ATLAS PEAK (AT | HADS 2104 ft | 23 mi NNE | 0900Z 2:00PDT 0800Z 1:00PDT | 61/+ 0 62/+ 0 | | | | | |
| E1497 EW1497 Fairfie | APRSWXNET/CWOP 43 ft | 23 mi ENE | N/A N/A | | | | | | |
| D9840 DW9840 Santa R | APRSWXNET/CWOP 207 ft | 23 mi NNW | 0900Z 2:00PDT 0800Z 1:00PDT | 71/+ 12 71/+ 11 | 21/- 28 19/- 31 | 15/- 55 14/- 57 | E/ ESE / NE | 6/+ 6 7/+ 6 | 17/+ 12 22/+ 20 |
| FCCC1 FLOOD CONTROL | CNRFC 160 ft | 23 mi ESE | N/A N/A | | | | | | |
| E2422 EW2422 Halibur | APRSWXNET/CWOP 705 ft | 23 mi NE | N/A N/A | | | | | | |
| E4016 KF6PQW-1 Fairf | APRSWXNET/CWOP 85 ft | 23 mi ENE | N/A N/A | | | | | | |
| PG044 Atlas Peak Roa | PGE 1987 ft | 23 mi NNE | N/A N/A | | | | | | |
| ODAC1 ORINDA FIRE ST | CNRFC 902 ft | 23 mi SE | N/A N/A | | | | | | |
| E0993 EW0993 Oakland | APRSWXNET/CWOP 960 ft | 23 mi SSE | N/A N/A | | | | | | |
| C1634 CW1634 Berkele | APRSWXNET/CWOP 361 ft | 23 mi SSE | N/A N/A | | | | | | |
| D4686 DW4686 Oakland | APRSWXNET/CWOP 1093 ft | 23 mi SSE | N/A N/A | | | | | | |
| PG054 Grizzly Peak B | PGE 1475 ft | 23 mi SE | N/A N/A | | | | | | |
| C8221 CW8221 San Fra | APRSWXNET/CWOP 10 ft | 23 mi S | N/A N/A | | | | | | |
| ONOC1 OAKLAND NORTH | RAWS 1403 ft | 23 mi SE | 0833Z 1:33PDT 0733Z 0:33PDT | 64/+ 8 65/+ 5 | 12/- 37 15/- 31 | 13/- 64 14/- 45 | N / S NNE / SSW | 23/+ 19 19/+ 17 | 45/+ 38 36/+ 29 |
| AV203 KC6SST Oakland | APRSWXNET/CWOP 118 ft | 23 mi SSE | 0853Z 1:53PDT 0752Z 0:52PDT | 69/+ 13 70/+ 13 | 21/- 31 23/- 30 | 16/- 71 17/- 69 | S/ SSW/ | 1/+ 1 1/+ 1 | 13/+ 13 |
| FTPC1 San Francisco | NOS-NWLON 0 ft | 23 mi S | 0900Z 2:00PDT 0800Z 1:00PDT | 69/+ 13 69/+ 14 | | | NNE / WSW NNE / SSW | 21/+ 17 18/+ 17 | 25/+ 19 22/+ 18 |
| D1132 K2MRS Berkeley | APRSWXNET/CWOP 589 ft | 23 mi SSE | N/A N/A | | | | | | |
| C2225 CW2225 San Fra | APRSWXNET/CWOP 98 ft | 23 mi S | N/A N/A | | | | | | |
| D3810 DW3810 Berkele | APRSWXNET/CWOP 774 ft | 23 mi SSE | N/A N/A | | | | | | |
| | | 24 mi NNW | | | | | | | |

| Station | Network / Elev | Distance | Time | Temp | Dew | RH | Wind Dir | Wind Spd | Gust |
|---|---|---|---|---|---|---|---|---|---|
| E1582<br>EW1582 Santa R | APRSWXNET/CWOP<br>430 ft | | 0853Z 1:53PDT<br>0753Z 0:53PDT | 70/+ 15<br>70/+ 13 | 17/- 27<br>15/- 33 | 13/- 53<br>12/- 59 | E / NE<br>NE/ | 18/+ 16<br>17/+ 17 | 35/+ 30<br>35/+ 33 |
| SPHC1<br>WHITE SULPHUR | IFLOWS<br>382 ft | 24 mi N | N/A<br>N/A | | | | | | |
| E5555<br>EW5555 Oakland | APRSWXNET/CWOP<br>1152 ft | 24 mi SSE | 0859Z 1:59PDT<br>0759Z 0:59PDT | 66/+ 9<br>66/+ 9 | 17/- 32<br>19/- 30 | 15/- 60<br>16/- 57 | SW/<br>W / ENE | 15/+ 15<br>9/+ 7 | 32/+ 32<br>21/+ 17 |
| SIQC1<br>SIBLEY VOLCANO | MAP<br>1440 ft | 24 mi SSE | 0900Z 2:00PDT<br>0800Z 1:00PDT | 64/+ 7<br>64/+ 8 | 15/- 32<br>17/- 29 | 15/- 55<br>16/- 52 | ENE / WSW<br>E / WSW | 17/+ 14<br>14/+ 8 | |
| PLEC1<br>BRIONES | RAWS<br>1450 ft | 24 mi SE | 0828Z 1:28PDT<br>0728Z 0:28PDT | 63/+ 4<br>64/+ 4 | 16/- 29<br>17/- 29 | 16/- 45<br>16/- 43 | NNE / SW<br>NNE / SW | 13/+ 4<br>13/+ 0 | 28/+ 11<br>25/+ 9 |
| CDWC1<br>CONN CK - CONN | CNRFC<br>330 ft | 24 mi NNE | N/A<br>N/A | | | | | | |
| PCOC1<br>Port Chicago | NOS-NWLON<br>0 ft | 24 mi ESE | 0900Z 2:00PDT<br>0800Z 1:00PDT | 70/+ 10<br>71/+ 9 | | | N / SSW<br>N / SW | 31/+ 25<br>32/+ 24 | 37/+ 28<br>38/+ 28 |
| C3130<br>CW3130 Lafayet | APRSWXNET/CWOP<br>692 ft | 24 mi SE | N/A<br>N/A | | | | | | |
| PG065<br>Deer Trail | PGE<br>631 ft | 24 mi SE | N/A<br>N/A | | | | | | |
| CQ188<br>Oakland Sewage | CARB<br>13 ft | 24 mi SSE | 0900Z 2:00PDT<br>0800Z 1:00PDT | 71/+ 13<br>72/+ 14 | | | N / SE<br>N / S | 13/+ 8<br>13/+ 7 | |
| CDZC1<br>CONN CK - CONN | CNRFC<br>319 ft | 24 mi N | N/A<br>N/A | | | | | | |
| E6079<br>EW6079 Fairfie | APRSWXNET/CWOP<br>49 ft | 24 mi ENE | 0858Z 1:58PDT<br>0757Z 0:57PDT | 69/+ 10<br>71/+ 11 | 35/- 19<br>34/- 19 | 28/- 53<br>26/- 53 | WNW / SW<br>WSW / WSW | 8/+ 6<br>7/+ 4 | 13/+ 9<br>20/+ 16 |
| D9646<br>DW9646 San Fra | APRSWXNET/CWOP<br>171 ft | 24 mi S | N/A<br>N/A | | | | | | |
| K94Q<br>Point Bonita C | NWS/FAA<br>3 ft | 24 mi S | N/A<br>N/A | | | | | | |
| PG014<br>Broadway Stree | PGE<br>755 ft | 24 mi SSE | N/A<br>N/A | | | | | | |
| C3628<br>CW3628 Santa R | APRSWXNET/CWOP<br>197 ft | 24 mi NNW | 0846Z 1:46PDT<br>0746Z 0:46PDT | 70/+ 12<br>71/+ 14 | 19/- 30<br>18/- 31 | 14/- 56<br>13/- 60 | NE/<br>ENE/ | 6/+ 6<br>8/+ 8 | 17/+ 15<br>30/+ 30 |
| PG091<br>White Sulphur | PGE<br>1059 ft | 24 mi N | N/A<br>N/A | | | | | | |
| OKXC1<br>Oakland Berth | NOS-PORTS<br>0 ft | 24 mi SSE | 0900Z 2:00PDT<br>0800Z 1:00PDT | 70/+ 12<br>69/+ 11 | | | NE / S<br>NNE / SW | 15/+ 10<br>12/+ 6 | 22/+ 16<br>15/+ 6 |
| STHC1<br>SAINT HELENA 4 | HADS<br>1778 ft | 24 mi N | 0900Z 2:00PDT<br>0800Z 1:00PDT | 63/- 2<br>62/- 3 | | | | | |
| D1243<br>DW1243 Santa R | APRSWXNET/CWOP<br>443 ft | 24 mi NNW | N/A<br>N/A | | | | | | |
| SFXC1<br>NERRS METEOROL | NERRS<br>0 ft | 24 mi ENE | 0900Z 2:00PDT<br>0800Z 1:00PDT | 69/+ 11<br>70/+ | 16/- 36<br>13/- | 13/- 68<br>11/- | NNE / WSW<br>NNE / WSW | 25/+ 19<br>27/+ | 35/+ 25<br>38/+ |

| Station | Provider | Distance | Time | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 11 | 39 | 68 | | 22 | 29 |
| PXOC1 Pier 1 | NOS-PORTS 0 ft | 24 mi S | 0854Z 1:54PDT 0754Z 0:54PDT | 68/+10 68/+10 | | | NNW / SSE NNW / SE | 14/+11 12/+11 | 18/+13 16/+13 |
| CQ135 Kregor Peak | CARB 577 ft | 24 mi SE | N/A N/A | | | | | | |
| D4315 DW4315 Santa R | APRSWXNET/CWOP 190 ft | 24 mi NNW | N/A N/A | | | | | | |
| CQ176 Point Reyes | CARB 328 ft | 24 mi W | N/A N/A | | | | | | |
| H0447 Downtown | WX4U 200 ft | 24 mi NNW | N/A N/A | | | | | | |
| H0431 Downtown | WX4U 200 ft | 24 mi NNW | N/A N/A | | | | | | |
| K3O6 Treasure Islan | NWS/FAA 26 ft | 24 mi SSE | N/A N/A | | | | | | |
| K99Q Port Chicago | NWS/FAA 39 ft | 24 mi ESE | N/A N/A | | | | | | |
| E5563 EW5563 Oakland | APRSWXNET/CWOP 1131 ft | 25 mi SSE | 0855Z 1:55PDT 0754Z 0:54PDT | 65/+9 65/+8 | 18/-31 18/-31 | 16/-60 16/-57 | | 0/+0 0/+0 | 0/+0 0/+0 |
| D3169 DW3169 Oakland | APRSWXNET/CWOP 194 ft | 25 mi SSE | 0856Z 1:56PDT 0755Z 0:55PDT | 70/+16 70/+14 | 19/-33 22/-31 | 14/-77 16/-72 | NW/ SSE/ | 3/+3 1/+1 | 14/+14 10/+10 |
| CQ063 Santa Rosa | CARB 161 ft | 25 mi NNW | N/A N/A | | | | | | |
| C5786 CW5786 Santa R | APRSWXNET/CWOP 131 ft | 25 mi NW | 0856Z 1:56PDT 0756Z 0:56PDT | 72/+11 72/+15 | 17/-33 18/-27 | 12/-53 13/-53 | ENE / N ENE / N | 4/+1 8/+6 | 20/+14 21/+14 |
| KCCR Concord, Bucha | NWS/FAA 23 ft | 25 mi ESE | 0900Z 2:00PDT 0800Z 1:00PDT | 70/+7 72/+9 | 25/-27 25/-27 | 18/-49 17/-51 | N / S N / S | 22/+14 18/+10 | |
| C8494 CW8494 Oakland | APRSWXNET/CWOP 948 ft | 25 mi SSE | N/A N/A | | | | | | |
| C5029 CW5029 Lafayet | APRSWXNET/CWOP 730 ft | 25 mi SE | N/A N/A | | | | | | |
| C9461 CW9461 Concord | APRSWXNET/CWOP 30 ft | 25 mi ESE | N/A N/A | | | | | | |
| AP197 K6TPK-11 No. C | APRSWXNET/CWOP 7 ft | 25 mi ESE | N/A N/A | | | | | | |
| E2362 EW2362 Santa R | APRSWXNET/CWOP 269 ft | 25 mi NNW | 0841Z 1:41PDT 0754Z 0:54PDT | 71/+14 72/+14 | 16/-32 17/-31 | 12/-59 12/-56 | N/ NE/ | 11/+11 8/+8 | 27/+26 |
| SUUC1 SULPHUR CK - P | CNRFC 230 ft | 25 mi N | N/A N/A | | | | | | |
| A1161 Santa Rosa | AIRNOW 95 ft | 25 mi NW | N/A N/A | | | | | | |
| H0040 Sebastopol | WX4U 200 ft | 25 mi NW | N/A N/A | | | | | | |
| OMHC1 Oakland Middle | NOS-PORTS 0 ft | 25 mi SSE | 0900Z 2:00PDT 0800Z 1:00PDT | | | | NNE / SSE N / SW | 12/+9 8/-1 | 15/+11 11/-1 |
| D3296 DW3296 Lafayet | APRSWXNET/CWOP 325 ft | 25 mi SE | 0858Z 1:58PDT 0758Z 0:58PDT | 68/+9 69/+9 | 28/-24 25/- | 22/-54 19/- | N / SSW | 0/-3 3/-3 | 10/+4 9/-1 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 27 | 55 | | | |
| C6816<br>**CW6816 San Fra** | APRSWXNET/CWOP<br>115 ft | 25 mi S | N/A<br>N/A | | | | | | |
| D9751<br>**DW9751 Oakland** | APRSWXNET/CWOP<br>646 ft | 25 mi SSE | 0855Z 1:55PDT<br>0755Z 0:55PDT | 67/+ 12<br>67/+ 11 | | | NE/<br>NE/ | 6/+ 6<br>1/+ 1 | 16/+ 11<br>6/+ 6 |
| E1503<br>**EW1503 Oakland** | APRSWXNET/CWOP<br>27 ft | 25 mi SSE | N/A<br>N/A | | | | | | |
| C6192<br>**CW6192 Lafayet** | APRSWXNET/CWOP<br>489 ft | 25 mi SE | 0833Z 1:33PDT<br>0733Z 0:33PDT | 67/+ 14<br>68/+ 15 | 22/- 27<br>24/- 24 | 18/- 69<br>19/- 65 | S/<br>WSW/ | 4/+ 4<br>2/+ 2 | 15/+ 15<br>13/+ 13 |
| 46237<br>**Buoy 46237** | MARITIME<br>0 ft | 25 mi SSW | 0900Z 2:00PDT<br>0800Z 1:00PDT | | | | | | |
| C6940<br>**CW6940 Santa R** | APRSWXNET/CWOP<br>305 ft | 25 mi NNW | N/A<br>N/A | | | | | | |
| ATLC1<br>**ATLAS PEAK** | RAWS<br>1934 ft | 25 mi NNE | 0829Z 1:29PDT<br>0729Z 0:29PDT | 60/- 5<br>61/- 6 | 14/- 26<br>13/- 26 | 16/- 23<br>15/- 21 | NNE / NW<br>N / N | 14/+ 10<br>17/+ 11 | 32/+ 19<br>31/+ 22 |
| D0850<br>**DW0850 Oakland** | APRSWXNET/CWOP<br>833 ft | 25 mi SSE | N/A<br>N/A | | | | | | |
| AU741<br>**KA6UPU-1 Lafay** | APRSWXNET/CWOP<br>203 ft | 25 mi SE | 0849Z 1:49PDT<br>0759Z 0:59PDT | 68/+ 9<br>69/+ 8 | 27/- 24<br>26/- 26 | 21/- 53<br>20/- 52 | | 0/+ 0<br>0/+ 0 | 0/+ 0<br>0/+ 0 |
| H0505<br>**Santa Rosa** | WX4U<br>152 ft | 25 mi NW | N/A<br>N/A | | | | | | |
| CI083<br>**Santa Rosa** | CIMIS<br>80 ft | 25 mi NW | 0900Z 2:00PDT<br>0800Z 1:00PDT | | | | N / N<br>NNE / SSE | 9/+ 7<br>13/+ 11 | |
| PG127<br>**Steele Canyon** | PGE<br>820 ft | 25 mi NE | N/A<br>N/A | | | | | | |
| D8533<br>**DW8533 Alameda** | APRSWXNET/CWOP<br>49 ft | 25 mi SSE | 0853Z 1:53PDT<br>0753Z 0:53PDT | 69/+ 13<br>64/+ 9 | 25/- 29<br>28/- 25 | 19/- 74<br>26/- 67 | | 0/+ 0<br>0/+ 0 | 0/+ 0<br>0/+ 0 |
| WPNC1<br>**WEAPONS STATIO** | CNRFC<br>49 ft | 25 mi ESE | N/A<br>N/A | | | | | | |

University of Utah MesoWest

Copyright © 2002-2019 University of Utah. All Rights Reserved.
For Questions or Comments about this page or MesoWest contact atmos-mesowest@lists.utah.edu