**Adobe**

<u>Type of line:</u>
Distribution; 12kV

<u>Type of poles at Incident Location:</u>
Two 45' wood poles

<u>Type of conductor material in Incident Location span and number of conductors:</u>
3 distribution primary conductors of 4AR (Aluminum Conductor, Steel Reinforced) tree wire

<u>Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:</u>
Distribution transformer located on eastern-side pole

<u>Evidence collected by CAL FIRE:</u>
PG&E's understanding is that CAL FIRE collected a rack secondary bracket, 3 sections of 6CU (Copper) wire, an 8 foot cross-arm, 2 insulators, a steel gasket and many sections of primary tree wire.

<u>Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:</u>
17.5 inches


**Atlas Location 1**

<u>Type of line:</u>
Distribution; 12kV

<u>Type of poles at Incident Location:</u>
Two 40' wood poles

<u>Type of conductor material in Incident Location span and number of conductors:</u>
2 distribution primary conductors of 6CU (Copper) wire

<u>Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:</u>
No distribution line equipment

<u>Evidence collected by CAL FIRE:</u>
PG&E's understanding is that CAL FIRE collected a primary conductor, a primary insulator and a California White Oak/Valley Oak tree branch and communications cable from the Atlas 1 Incident Location.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches


**Atlas Location 2**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Three poles: northern-side pole 45' wood; middle pole 40' wood; southern-side pole 45' wood

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 6CU (Copper) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Distribution transformer located on southern-side pole

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected broken conductor and a portion of the bottom of a California Black Oak tree from the Atlas 2 Incident Location.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches


**Blue**

Type of line:
Transmission with Distribution Underbuild
(CAL FIRE collected distribution line assets only)
Distribution: 12kV

Type of poles at Incident Location:
Two poles: northern-side pole 60' wood; southern-side pole 50' wood

Type of conductor material in Incident Location span and number of conductors:
Distribution: 3 distribution primary conductors of 4/0AL (Aluminum) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
No distribution line equipment

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected a distribution conductor automatic splice from the Incident Location.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
Distribution: 17.5 inches


**Cascade**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two poles: northern-side pole 40' wood; southern-side pole 45' wood

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 4AR (Aluminum Conductor, Steel Reinforced) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Distribution transformer located on northern-side pole

Evidence collected by CAL FIRE:
PG&E's understanding is that at the Incident Location, CAL FIRE collected an intact span of primary distribution conductors on a tap line serving 13916 Cascade Way, as well as customer-owned electric equipment, including the customer service panel. The conductors collected by CAL FIRE were 4AR (Aluminum Conductor, Steel Reinforced) installed in 1980.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches


**Cherokee**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two poles; northwestern-side pole is 40' wood; southeastern-side pole is 45' wood

3

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 4AR (Aluminum Conductor, Steel Reinforced) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Distribution transformer located on northwestern-side pole

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected a section of the downed conductor.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches

**Honey**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two 45' wood poles

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 4AR (Aluminum Conductor, Steel Reinforced) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Transformer located on western-side pole

Evidence collected by CAL FIRE:
PG&E was not present at any evidence collection by CAL FIRE, and CAL FIRE has not publicly released information regarding whether it collected evidence for that fire.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches

**LaPorte**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two poles: western-side pole 30' wood; eastern-side pole 35' wood

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 4AR (Aluminum Conductor, Steel Reinforced) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
No distribution line equipment

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected a section of the primary conductor and a tree branch. The conductors collected by CAL FIRE were 4AR (Aluminum Conductor, Steel Reinforced) installed in 1947.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches

**Lobo**

Type of line:
Distribution; 21kV

Type of poles at Incident Location:
Two 40' wood poles

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 4AR (Aluminum Conductor, Steel Reinforced) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Fuse located on northern-side pole, distribution transformer located on southern-side pole

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected conductors and a Ponderosa Pine tree at the Incident Location. The conductors collected by CAL FIRE were 4AR (Aluminum Conductor, Steel Reinforced) installed in 1973. PG&E also believes that CAL FIRE collected the "man on line" tag and the single fuse from Fuse 6475.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
24 inches

**McCourtney Location 1 (Orion Way)**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two poles: northwestern-side pole 45' wood; southeastern-side pole 40' wood

Type of conductor material in Incident Location span and number of conductors:
3 distribution primary conductors of 6CU (Copper) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Two distribution transformers, one located on each pole

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected sections of a Ponderosa Pine tree at the Orion Way Incident Location.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches


**McCourtney Location 2 (McCourtney Road)**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two poles: southwest-side pole 45' wood, northeast-side pole 50' wood

Type of conductor material in Incident Location span and number of conductors:
3 distribution primary conductors of 2AR (Aluminum Conductor, Steel Reinforced) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Recloser and two switches located on southwestern-side pole, switch located on northeastern-side pole

Evidence collected by CAL FIRE:
PG&E's understanding is that at the McCourtney Road Incident Location, CAL FIRE collected sections of conductor, Line Recloser 1700, a controller associated with the line recloser, a cable connecting the line recloser and controller, and a wire lead and connector. Per the electric crew foreman who oversaw repairs at the McCourtney Road

incident location on October 11, PG&E's understanding is that CAL FIRE also collected fulgurites found at the McCourtney Road Incident Location.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches

**Norrbom**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two 45' wood poles

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 4CU (Copper) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Two distribution transformers, one located on each pole

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected conductors that were in place and appeared to be in working order.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches

**Nuns**
Type of line:
Distribution; 120/240V

Type of poles at Incident Location:
Two 35' wood poles

Type of conductor material in Incident Location span and number of conductors:
3 distribution service conductors of 1/0AL (Aluminum) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
No distribution line equipment

7

Evidence collected by CAL FIRE:
PG&E's understanding is that at the Incident Location, CAL FIRE took possession of: (1) an insulator; (2) an Alder tree limb; (3) aluminum secondary conductors; and (4) wood pins. CAL FIRE, however, does not list an insulator in its evidence log for this Incident Location.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
11.5 inches

**Oakmont**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two poles: eastern-side pole 45' wood; western-side pole 40' wood

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 4AR (Aluminum Conductor, Steel Reinforced) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
No distribution line equipment

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected downed conductors.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches

**Partrick**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two poles: southwestern-side pole 40' wood; northeastern-side pole 45' wood

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 4AR (Aluminum Conductor, Steel Reinforced) wire

8

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Distribution transformer located on southwestern-side pole

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected the primary conductors at the Incident Location.  In addition, PG&E's understanding is that CAL FIRE collected a section of the Coast Live Oak tree.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches


**Pocket**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two 40' wood poles

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 6CU (Copper) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Distribution transformer located on southeastern-side pole

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected a section of the California White Oak/Valley Oak tree and sections of both phases of conductor.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches


**Point**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two poles: eastern-side pole 35' wood; western-side pole 40' wood

Type of conductor material in Incident Location span and number of conductors:
2 distribution primary conductors of 2CU (Copper) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
No distribution line equipment

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected a distribution conductor automatic splice at the Incident Location.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches

**Potter**

Type of line:
Transmission Line with 60kV transmission and 12kV distribution circuits
(CAL FIRE collected transmission line assets only)
Transmission: 60kV

Type of poles at Incident Location:
Two 60' lattice steel structures

Type of conductor material in Incident Location span and number of conductors:
3 transmission conductors of 3/0CU (Copper) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Not applicable

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected sections of both ends of the downed transmission conductor and parts of a tree branch or branches from the Incident Location. The CAL FIRE Report, however, does not indicate that CAL FIRE collected parts of a tree branch or branches from the Potter incident location.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
36 inches

**Redwood**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two 45' wood poles

Type of conductor material in Incident Location span and number of conductors:
3 distribution primary conductors of 6CU (Copper) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
Distribution transformer located on southeastern-side pole

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE reported that it collected a portion of a 12kV conductor, a fulgurite, and a fulgurite with a portion of a conductor from the Redwood Incident Location.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches


**Sulphur**

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two poles: eastern-side pole 45' wood; western-side pole 50' wood

Type of conductor material in Incident Location span and number of conductors:
3 distribution primary conductors of 4AR (Aluminum Conductor, Steel Reinforced) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
One fuse located on eastern-side pole

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected approximately 12 feet of the center section of Fuse Cutout Pole 1447, portions of the wooden crossarm, and fuse cutouts.

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches

## 37

Note:
The information below for the 37 Fire relates to the only span from which PG&E understands CAL FIRE collected evidence.  However, CAL FIRE's investigation report for the 37 Fire identifies a GPS coordinate for a "general origin area" that is approximately 0.2 miles away, near a PG&E transmission corridor encompassing two lines of lattice steel structures with 2 115 kV circuits and 2 230 kV circuits.  CAL FIRE has not identified one of these four circuits specifically as being the cause of the 37 Fire, and CAL FIRE "was unable to locate any direct physical evidence which links the cause for the fire to an electrical cause".  Upon request, PG&E can provide information about all four of these transmission circuits.

Type of line:
Distribution; 12kV

Type of poles at Incident Location:
Two 40' wood poles

Type of conductor material in Incident Location span and number of conductors:
3 distribution primary conductors of 4CU (Copper) wire

Distribution line equipment (transformers, switches, fuses, reclosers or capacitors) on incident span or poles at the ends of the span:
No distribution line equipment

Evidence collected by CAL FIRE:
PG&E's understanding is that CAL FIRE collected a sample of primary distribution conductor approximately 0.2 miles from the general area of interest, as defined by CAL FIRE; however, the CAL FIRE Report does not mention this evidence.  Rather, the Report states that CAL FIRE "was unable to locate any direct physical evidence which links the cause for the fire to an electrical cause."

Required minimum spacing between conductors (as measured at insulator pins) per CPUC regulation GO 95 and its predecessors:
17.5 inches