1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   UNITED STATES OF AMERICA,
                                                    No. CR 14-00175 WHA
11           Plaintiff,

12    v.
                                                    **REQUEST FOR**
13   PACIFIC GAS AND ELECTRIC                       **CLARIFICATION**
     COMPANY,
14
             Defendant.
15   _____/

16
17          By **JANUARY 17 AT 5 P.M.**, defendant Pacific Gas & Electric Company shall clarify, with

18   respect to the 2017 Annual Report compiled pursuant to the Fire Incident Data Collection Plan

19   (Dkt. No. 956-4), which of the incidents listed in the 2017 Annual Report correspond to the

20   eighteen October 2017 Northern California wildfires that CAL FIRE has attributed to PG&E's

21   facilities.  If any of the eighteen October 2017 Northern California wildfires were not included

22   in the 2017 Annual Report, PG&E shall explain why such fires were not included and shall

23   compile a list of any other 2017 fires that may have involved PG&E's facilities but were not

24   included in the report.

25          **IT IS SO ORDERED.**

26
27   Dated:  January 15, 2019.

28                                              _____
                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California