# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

COURT USE ONLY
DUE DATE:

**1a. CONTACT PERSON FOR THIS ORDER:** Abbie Chin
**2a. CONTACT PHONE NUMBER:** (415) 749-1800
**3. CONTACT EMAIL ADDRESS:** achin@clarencedyer.com

**1b. ATTORNEY NAME (if different):** Kate Dyer
**2b. ATTORNEY PHONE NUMBER:** (415) 749-1800
**3. ATTORNEY EMAIL ADDRESS:** kdyer@clarencedyer.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Clarence Dyer & Cohen LLP
899 Ellis Street
San Francisco, CA 94109

**5. CASE NAME:** USA v. Pacific Gas and Electric Company

**6. CASE NUMBER:** CR14-0175WHA

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR:** Debra Pas

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   X CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
X NON-APPEAL   ☐ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/12/2018 | WHA | Status | full hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).
**11. SIGNATURE:** [signature]
**12. DATE:** 01/16/2019

Clear Form    Save as new PDF