| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>Please read instructions on next page. | COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER**<br>Abbie Chin | **2a. CONTACT PHONE NUMBER**<br>(415) 749-1800 | **3. CONTACT EMAIL ADDRESS**<br>achin@clarencedyer.com |
| **1b. ATTORNEY NAME (if different)**<br>Kate Dyer | **2b. ATTORNEY PHONE NUMBER**<br>(415) 749-1800 | **3. ATTORNEY EMAIL ADDRESS**<br>kdyer@clarencedyer.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**<br>Clarence Dyer & Cohen LLP<br>899 Ellis Street<br>San Francisco, CA 94109 | **5. CASE NAME**<br>USA v. Pacific Gas and Electric Company | **6. CASE NUMBER**<br>CR14-0175WHA |
| **7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)** → ☐ FTR<br>Katherine Sullivan | **8. THIS TRANSCRIPT ORDER IS FOR:**<br>☐ APPEAL   X CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>X NON-APPEAL   ☐ CIVIL   CJA: Do not use this form; use Form CJA24. | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)   c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/06/2018 | WHA | us Confe | full hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** *[signed]*

**12. DATE** 01/16/2019

Clear Form      Save as new PDF