Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

United States of America,
                    Plaintiff(s),

v.

Pacific Gas and Electric Company,
                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No: 14-cr-175-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, _Kevin J. Orsini_, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Pacific Gas and Electric Company in the above-entitled action. My local co-counsel in this case is Kate Dyer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 825 Eighth Avenue<br>New York, NY 10019 | 899 Ellis Street<br>San Francisco, CA 94109 |
| MY TELEPHONE # OF RECORD:<br>(212) 474-1000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 749-1800 |
| MY EMAIL ADDRESS OF RECORD:<br>korsini@cravath.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kdyer@clarencedyer.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4261806.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/22/19

_____
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _KEVIN J. ORSINI_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

October 2012