# EXHIBIT C

| | |
|---|---|
| **From:** | Kane, Julie |
| **To:** | Hutchings, Jennifer |
| **Cc:** | Vallejo, Alex; Ridley, Brandon |
| **Subject:** | Cal Fire Press Release |
| **Date:** | Friday, May 25, 2018 5:28:18 PM |

Dear Jennifer,

Attached is the Cal Fire Press Release issued this afternoon regarding four of the October 2017 wildfires. Please let Alex or me know if you have any questions.

Best,
Julie

http://calfire.ca.gov/communications/downloads/newsreleases/2018/2017_WildfireSiege_Cause v2 AB (002).pdf