IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. CR 14-00175 WHA

**NOTICE TO CPUC AND CAL FIRE RE JANUARY 30 HEARING**

The Court has received courtesy copies of the CPUC and CAL FIRE's submissions in response to the January 9 order to show cause and requests that knowledgeable representatives of both entities attend the hearing set for **JANUARY 30 AT 9:00 A.M.** The CPUC and CAL FIRE shall please ensure that their responses to the order to show cause have also been filed with the Clerk's office. PG&E and the government shall transmit a copy of this notice to the CPUC and CAL FIRE.

**IT IS SO ORDERED.**

Dated: January 28, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE