IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. 14-00175 WHA

**ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE**

This order follows today's hearing on the Form 12 and January 9 order to show cause. By **FEBRUARY 6**, CAL FIRE shall submit a brief on the Court's question concerning the clearance requirements of Section 4293 of the California Public Resources Code. By that same date, Attorneys Frank Pitre and Steve Campora shall file written submissions in support of their comments at today's hearing. Also by **FEBRUARY 6**, PG&E shall file a copy of the wildfire mitigation plan submitted to the CPUC in accordance with Senate Bill 901. Any comments regarding PG&E's wildfire mitigation plan must be submitted by **FEBRUARY 20 AT NOON**.

A sentencing hearing on the Form 12 violation will be set at a later date.

**IT IS SO ORDERED.**

Dated: January 30, 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE