Frank M. Pitre (State Bar No. 100077)
fpitre@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Steven M. Campora (State Bar No. 110909)
scampora@dbbwc.com
DREYER BABICH BUCCOLA WOOD
CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Defendant. | No.: CR-14-0175-WHA<br><br>DECLARATION OF FRANK M. PITRE IN SUPPORT OF SUBMISSION OF ATTORNEYS PITRE AND CAMPORA IN RESPONSE TO ORDER DATED JANUARY 30, 2019 |

1

I, FRANK M PITRE, declare:

1.  I am an attorney with the Law Firm of Cotchett, Pitre & McCarthy LLP.   I have been involved with litigation, on behalf of fire and explosion victims and against Pacific Gas and Electric Company, since 2010.   I have taken the deposition of more than 150 Pacific Gas and Electric Company officers and employees since 2010.  I was lead counsel in: the San Bruno Explosion litigation; the derivative action against the Board of Directors; and presently serve as co-lead counsel for the North Bay Fires JCCP.  I was also involved as co-liaison counsel for the Butte Fire JCCP and served on the Executive Committee.

2.   I have reviewed thousands of Pacific Gas and Electric Company documents produced in litigation and I have deposed at least 50 witnesses on Pacific Gas and Electric Company vegetation management practices.  In connection with my leadership responsibilities in prosecuting the foregoing cases against PG&E, I have conducted extensive research and investigation of industry practices and procedures for risk management and process safety. Additionally, I have consulted a number of experts to develop an understanding of various factors contributing to safety and prevention of wildfires.  Some of the industry source materials that I have relied upon for purposes of preparing this submission are identified below.  In my opinion, the source materials are trustworthy, reliable, and probative of the matters that are relevant to this Court's inquiry.

3.   In February of 2019, I accessed from the CPUC website Fire Incident Data for PG&E, Southern California Edison ("SoCalEd") and San Diego Gas and Electric (SDG&E) for the years 2014 – 2017 at the following web address: http://www.cpuc.ca.gov/CPUCNewsDetail.aspx?id=6442454974.  I have attached a true and correct copy of the CPUC webpage where this information was posted and downloaded, as well as the Fire Incident Data submitted by PG&E, SoCalEd, and SDG&E as Exhibit A.

4.   In February of 2019, I accessed from the CPUC website the CPUC Fire-Threat Map adopted by the CPUC January 19, 2018 at the following web address: http://www.cpuc.ca.gov/firethreatmaps/.  I have attached a true and correct copy of the CPUC webpage where this information was posted and downloaded, as well as the CPUC Fire-Threat

Map as part of Exhibit B.  In addition, in February of 2019, I accessed from the California Energy

Commission website the California Electric Utility Service Areas Map at the following web

address: https://www.energy.ca.gov/maps/serviceareas/electric_service_areas.html.  I have

attached a true and correct copy of the California Energy Commission webpage where this

information was posted and downloaded, as well as the California Electric Utility Service Areas

Map as part of Exhibit B.  I have also drawn onto a CPUC Fire-Threat Map the boundaries of the

California Electric Utility Service Areas, and that is also attached as part of Exhibit B.

     5.     Attached as Exhibit C is an academic journal article published in *Fire* (ISSN 2571-

6255) an international peer-reviewed open access journal about the science, policy, and

technology of vegetation fires and how they interact with communities and the environment

published quarterly online by MDPI.  The citation for this academic journal article is: Nauslar,

N.J.; Abatzoglou, J.T.; Marsh, P.T. "The 2017 North Bay and Southern California Fires: A Case

Study". *Fire* 2018, 1, 18. The authors are reliable and credible sources of information for this area

of subject-matter expertise: (1) Mr. Nauslar, Ph.D., is with the Cooperative Institute for Mesoscale

Meteorological Studies, University of Oklahoma, Norman, OK 73072, USA and the

NOAA/NWS/NCEP Storm Prediction Center in Norman, OK 73072, USA; (2) Mr. Abatzoglou,

Ph.D., is an associate professor at the University of Idaho, Department of Geography; and (3) Mr.

Marsh, Ph.D., is with the NOAA/NWS/NCEP Storm Prediction Center in Norman, OK 73072,

USA.

     6.     In February 2019, I accessed from the CPUC website a CPUC Press Release titled

"CPUC Approves Statewide Fire-Threat Map" at the following web address:

http://docs.cpuc.ca.gov/publisheddocs/published/g000/m206/k809/206809321.pdf.  I have

attached a true and correct copy as Exhibit D.

     7.     Attached as Exhibit E is an academic master's project titled "Quantifying the

Economic Risk of Wildfires and Power Lines in San Diego County", published in May 2014, and

submitted in partial fulfillment of the requirement for the Master of Environmental Management

and Master of Forestry degrees in the Nicholas School of the Environment of Duke University by

Jesse M. Johnson, who was advised by Dr. Dalia Patino-Echeverri. Dr. Patino-Echeverri has a

DECLARATION OF FRANK M. PITRE IN SUPPORT OF SUBMISSION OF ATTORNEYS PITRE AND
CAMPORA IN RESPONSE TO ORDER DATED JANUARY 30, 2019 - No.: CR-14-0175-WHA

Ph.D. from Carnegie Mellon University and is a Gendell Associate Professor of Energy Systems and Public Policy in the Environmental Science & Policy and Earth & Ocean Sciences Divisions at the Nicholas School of the Environment at Duke University. The citation for this project is: Johnson, Jesse (2014). *Quantifying the Economic Risk of Wildfires and Power Lines in San Diego County*. Master's project, Duke University.  In February 2019, I accessed the article from the Duke University Library website at the following web address: https://dukespace.lib.duke.edu/dspace /handle/10161/8581.

8.      Attached as Exhibit F is an academic journal article titled "Spatial Variation in Extreme Winds Predicts Large Wildfire Locations in Chaparral Ecosystems" and was published in Atmospheric Science, Geophysical Research Letters, Volume 37, Issue 4 on February 16, 2010. The authors are reliable and credible sources of information for this area of subject-matter expertise, including the main author Mr. Max Moritz who is a Wildfire Specialist in the U.C. Cooperative Extension, part of the U.C. Agriculture and Natural Resources Division, he manages his own lab from UCSB (a.k.a. the Moritz Lab – Fire Regimes & Ecosystem Management), where he is an adjunct professor in the Bren School of Environmental Science & Management and an affiliate of the Earth Research Institute.  In February 2019, I accessed the article from the publisher's website at the following web address: https://agupubs.onlinelibrary.wiley.com/ doi/pdf/10.1029/2009GL041735.

9.      In February 2019, I accessed from the CPUC website "Rulemaking 15-05-006 SED-CAL FIRE Joint Assessment and Recommendation Report" published on September 19, 2018 at the following web address: http://www.cpuc.ca.gov/uploadedFiles/ CPUC_Public_Website/Content/Safety/R.15-05-006%20SED-CAL%20FIRE%20Joint% 20Assesment%20and%20Recommendation%20 Report,%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.pdf.  I have attached a true and correct copy as Exhibit G.

10.     In February 2019, I accessed from the CPUC website "Risk and Safety Aspects of Risk Assessment and Mitigation Phase Report of Pacific Gas & Electric Company Investigation 17-11-003" published on March 30, 2018 at the following web address: http://www.cpuc.ca.gov/ uploadedFiles/CPUCWebsite/ Content/Safety/Risk_Assessment/RCR/SED_RAMP_

4

1  Evaluation_PGE_033018a.pdf.  I have attached a true and correct copy as Exhibit H.

2       11.    In February 2019, I accessed from the San Diego Gas & Electric website "San

3  Diego Gas & Electric Company Tie Line 649 Wood-to-Steel Replacement Project, Chapter 2 –

4  Project Purpose and Need" published in August 2015 at the following web address:

5  https://www.sdge.com/sites/default/files/FINAL%2520TL%2520649%25202%2520-

6  %2520Purpose%2520and%2520Need.pdf. I have attached a true and correct copy as Exhibit I.

7       12.    In February 2019, I accessed from the San Diego Gas & Electric website "San

8  Diego Gas & Electric Company Fire Prevention Plan" published on October 31, 2018 at the

9  following web address: https://www.sdge.com/safety/fire-safety/fire-prevention-plan.  I have

10  attached a true and correct copy as Exhibit J.

11       13.    In February 2019, I accessed from the PG&E website a letter from Meredith E.

12  Allen to the Director of the Safety and Enforcement Division at the CPUC, dated November 27,

13  2018, submitting a compliance report for the potential proactive de-energization for which

14  customers were notified on November 6, 2018, which was made available by PG&E at the

15  following web address: https://www.pge.com/pge_global/common/pdfs/safety/emergency-

16  preparedness/natural-disaster/wildfires/PSPS-Report-Letter-11.27.18.pdf. I have attached a true

17  and correct copy as Exhibit K.

18       14.    In February 2019, I accessed from the CPUC website a report prepared for the

19  CPUC titled "Report of the Independent Review Panel San Bruno Explosion" published on June 8,

20  2011 at the following web address: http://www.cpuc.ca.gov/General.aspx?id=7373. I have

21  attached a true and correct copy as Exhibit L.

22       15.    In February 2019, I accessed from the CPUC website a report prepared for the

23  CPUC titled "Assessment of Pacific Gas and Electric Corporation and Pacific Gas and Electric

24  Company's Safety Culture" published on May 8, 2017 at the following web address:

25  http://www.cpuc.ca.gov/uploadedFiles/CPUC_Public_Website/Content/Safety/Risk_Assessment/

26  PGE%20Final%20Safety%20Report%205-8-17%20NorthStar%20Consulting.pdf. I have attached

27  a true and correct copy as Exhibit M.

28       16.    In February 2019, I accessed from the CPUC website Decision 09-09-030

1   published on September 10, 2009 at the following web address:

2   http://docs.cpuc.ca.gov/word_pdf/FINAL_DECISION/107143.pdf. I have attached a true and

3   correct copy as Exhibit N.

4           17.     In February 2019, I accessed from the CPUC website Decision 12-01-032

5   published on January 12, 2012 at the following web address:

6   http://docs.cpuc.ca.gov/PublishedDocs/WORD_PDF/FINAL_DECISION/157605.PDF. I have

7   attached a true and correct copy as Exhibit O.

8           18.     In February 2019, I accessed from the CPUC website Decision 12-04-024

9   published on April 19, 2012 at the following web address:

10  http://docs.cpuc.ca.gov/PublishedDocs/WORD_PDF/FINAL_DECISION/165063.PDF. I have

11  attached a true and correct copy as Exhibit P.

12          19.     In February 2019, I accessed from the San Diego Gas & Electric website Advice

13  Letter 2429-E-A sent to San Diego Gas and Electric by the CPUC, Regulatory Affairs on June 18,

14  2013 at the following web address: http://regarchive.sdge.com/tm2/pdf/2429-E-A.pdf. I have

15  attached a true and correct copy as Exhibit Q.

16          20.     In February 2019, I accessed from the CPUC website "PG&E's Response to Safety

17  and Enforcement Division's 10/14/17 Questions" at the following web address:

18  http://www.cpuc.ca.gov/uploadedFiles/CPUC_Public_Website/Content/Safety/Response%20to%2

19  0Data%20Request.pdf. I have attached a true and correct copy as Exhibit R.

20          21.     In February 2019, I accessed from the CPUC website "Pacific Gas and Electric

21  Company Public Safety Power Shutoff Policies and Procedures" published in September 2018 at

22  the following web address: http://cpuc.ca.gov/uploadedFiles/CPUC_Public_Website/

23  Content/News_Room/Public-Safety-Power-Shutoff-Policies-and-Procedures-September-2018.pdf.

24  I have attached a true and correct copy as Exhibit S.

25          22.     On May 17, 2012 in the PG&E "San Bruno Fire" Cases, JCCP No. 4648, I took the

26  videotaped deposition of Edward Alfonso Salas.  Attached hereto as Exhibit T is a true and correct

27  copy of portions of the Deposition of Salas.

28          23.     In February 2019, I accessed from the CAL FIRE website "CAL FIRE Jurisdiction

1  Fires, Acres, Dollar Damage, and Structures Destroyed" at the following web address:
2  http://cdfdata.fire.ca.gov/pub/cdf/images/incidentstatsevents_270.pdf. Attached as part of Exhibit
3  V is a true and correct copy of "CAL FIRE Jurisdiction Fires, Acres, Dollar Damage, and
4  Structures Destroyed". I also took the CAL FIRE data and entered it into an excel spreadsheet in
5  order to create graph representations of the data. True and correct copies of these graphs are also
6  attached as part of Exhibit U.

7       I declare under penalty of perjury that the foregoing is true and correct of my own personal
8  knowledge. Executed this 5th day of February 2019 at Burlingame, California.

9

10  _____
                  Frank M. Pitre
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                            7