EXHIBIT U



# CAL FIRE Jurisdiction Fires, Acres, Dollar Damage, and Structures Destroyed

| YEAR | NUMBER OF FIRES | ACRES BURNED | DOLLAR DAMAGE | STRUCTURES DESTROYED |
|---|---|---|---|---|
| 1933 | 1,994 | 129,210 | 318,636 | Structures destroyed by wildland fires within CAL FIRE jurisdiction statistics not available prior to 1989. |
| 1934 | 2,338 | 363,052 | 563,710 | |
| 1935 | 1,447 | 127,262 | 165,543 | |
| 1936 | 3,805 | 756,696 | 1,877,147 | |
| 1937 | 2,907 | 71,312 | 151584 | |
| 1938 | 4,150 | 221,061 | 404,225 | |
| 1939 | 2,491 | 513,620 | 847,579 | |
| 1940 | 4,497 | 156,015 | 272,178 | |
| 1941 | 5,460 | 278,599 | 515,737 | |
| 1942 | 5,236 | 573,597 | 1,484,864 | |
| 1943 | 2,163 | 553,328 | 1,502,027 | |
| 1944 | 2,034 | 648,838 | 1,365,126 | |
| 1945 | 2,594 | 509,998 | 2,085,984 | |
| 1946 | 2,643 | 234,879 | 622,265 | |
| 1947 | 2,473 | 256,472 | 2,251,605 | |
| 1948 | 1,973 | 133,223 | 717,564 | |
| 1949 | 2,608 | 132,253 | 605,102 | |
| 1950 | 2,264 | 303,393 | 2,025,079 | |
| 1951 | 2,159 | 148,360 | 1,160,098 | |
| 1952 | 2,263 | 120,974 | 1,120,460 | |
| 1953 | 2,080 | 125,150 | 686,677 | |
| 1954 | 2,017 | 140,072 | 1,349,158 | |
| 1955 | 1,941 | 161,488 | 6,732,934 | |
| 1956 | 1,758 | 64,617 | 764,612 | |
| 1957 | 2,936 | 124,316 | 547,181 | |
| 1958 | 3,087 | 146,159 | 1,125,731 | |
| 1959 | 3,167 | 147,658 | 3,012,055 | |
| 1960 | 2,869 | 123,743 | 2,634,066 | |
| 1961 | 5,005 | 327,951 | 4,538,514 | |
| 1962 | 5,371 | 130,098 | 1,347,064 | |
| 1963 | 4,672 | 37,222 | 570,967 | |
| 1964 | 6,262 | 219,552 | 6,472,419 | |
| 1965 | 5,878 | 253,138 | 5,183,049 | |
| 1966 | 7,638 | 119,368 | 8,042,547 | |
| 1967 | 4,572 | 163,160 | 6,405,532 | |
| 1968 | 5,696 | 121,039 | 2,537,330 | |
| 1969 | 5,859 | 79,195 | 1,554,437 | |
| 1970 | 5,170 | 208,479 | 21,032,477 | |
| 1971 | 6,001 | 45,008 | 5,435,880 | |
| 1972 | 6,167 | 64,714 | 6,697,033 | |
| 1973 | 6,984 | 117,669 | 9,958,751 | |
| 1974 | 8,509 | 93,898 | 8,538,021 | |
| 1975 | 8,029 | 93,967 | 10,860,095 | |
| 1976 | 8,673 | 158,982 | 15,255,963 | |



# CAL FIRE Jurisdiction Fires, Acres, Dollar Damage, and Structures Destroyed

| YEAR | NUMBER OF FIRES | ACRES BURNED | DOLLAR DAMAGE | STRUCTURES DESTROYED |
|---|---|---|---|---|
| 1977 | 8,132 | 123,904 | 41,657,801 | |
| 1978 | 8,496 | 88,586 | 26,799,516 | |
| 1979 | 10,038 | 247,006 | 30,474,267 | |
| 1980 | 9,159 | 160,291 | 17,584,633 | |
| 1981 | 7,497 | 209,825 | 55,070,300 | |
| 1982 | 5,709 | 69,158 | 22,939,500 | |
| 1983 | 5,969 | 70,773 | 27,922,600 | |
| 1984 | 7,830 | 103,670 | 23,656,700 | |
| 1985 | 7,238 | 223,282 | 42,981,100 | |
| 1986 | 7,149 | 53,631 | 19,761,900 | |
| 1987 | 8,063 | 86,945 | 46,814,999 | |
| 1988 | 8,130 | 190,835 | 64,958,220 | |
| 1989 | 6,635 | 73,601 | 27,365,313 | 294 |
| 1990 | 7,283 | 212,142 | 95,707,749 | 135 |
| 1991 | 6,238 | 23,154 | 26,904,193 | 54 |
| 1992 | 7,939 | 191,490 | 170,775,023 | 983 |
| 1993 | 6,988 | 122,606 | 54,077,726 | 169 |
| 1994 | 7,207 | 140,792 | 42,004,781 | 170 |
| 1995 | 6,601 | 121,198 | 32,457,602 | 121 |
| 1996 | 7,237 | 232,624 | 100,283,172 | 153 |
| 1997 | 6,835 | 57,788 | 81,919,419 | 216 |
| 1998 | 5,227 | 92,456 | 27,431,318 | 165 |
| 1999 | 7,562 | 285,272 | 134,258,534 | 1,385 |
| 2000 | 5,177 | 72,718 | 29,876,853 | 130 |
| 2001 | 6,223 | 90,985 | 87,295,001 | 389 |
| 2002 | 5,759 | 122,809 | 173,976,860 | 327 |
| 2003 | 5,961 | 404,328 | 974,186,857 | 5,394 |
| 2004 | 5,574 | 168,134 | 126,790,417 | 1,016 |
| 2005 | 4,908 | 74,004 | 49,392,943 | 102 |
| 2006 | 4,805 | 222,896 | 60,270,382 | 431 |
| 2007** | 4,111 | 530,232 | 254,172,735 | 3,238 |
| 2008** | 4,052 | 439,717 | 889,308,348 | 1,122 |
| 2009* | 3,391 | 107,031 | 33,956,897 | 123 |
| 2010* | 3,153 | 30,234 | 3,397,442 | 64 |
| 2011* | 3,555 | 151,357 | 254,534,704 | 132 |
| 2012* | 3,420 | 140,818 | 28,213,200 | 205 |
| 2013* | 4,152 | 142,924 | 29,799,753 | 495 |
| 2014* | 3,215 | 167,532 | 20,034,168 | 434 |
| 2015* | 3,543 | 297,647 | 3,061,836,666 | 3,159 |
| 2016* | 3,233 | 250,996 | 148,266,893 | 1,274 |
| 5-yr-avg.* | 3,513 | 199,983 | 657,630,136 | |

* CAL FIRE (6 Contract Counties).  ** These figures include fires and acres burned including within CAL FIRE jurisdiction (Schedule B fires), as well as areas protected under contract by or for CAL FIRE (6 Contract Counties and schedule A Agreements).

August 1, 2018

| Year | # of Fires | Acres Burned |
|---|---|---|
| 1933 | 1994 | 129210 |
| 1934 | 2338 | 363052 |
| 1935 | 1447 | 127262 |
| 1936 | 3805 | 756696 |
| 1937 | 2907 | 71312 |
| 1938 | 4150 | 221061 |
| 1939 | 2491 | 513620 |
| 1940 | 4497 | 156015 |
| 1941 | 5460 | 278599 |
| 1942 | 5236 | 573597 |
| 1943 | 2163 | 553328 |
| 1944 | 2034 | 648838 |
| 1945 | 2594 | 509998 |
| 1946 | 2643 | 234879 |
| 1947 | 2473 | 256472 |
| 1948 | 1973 | 133223 |
| 1949 | 2608 | 132253 |
| 1950 | 2264 | 303393 |
| 1951 | 2159 | 148360 |
| 1952 | 2263 | 120974 |
| 1953 | 2080 | 125150 |
| 1954 | 2017 | 140072 |
| 1955 | 1941 | 161488 |
| 1956 | 1758 | 64617 |
| 1957 | 2936 | 124316 |
| 1958 | 3087 | 146159 |
| 1959 | 3167 | 147658 |
| 1960 | 2869 | 123743 |
| 1961 | 5005 | 327951 |
| 1962 | 5371 | 130098 |
| 1963 | 4672 | 37222 |
| 1964 | 6262 | 219552 |
| 1965 | 5878 | 253138 |
| 1966 | 7638 | 119368 |
| 1967 | 4572 | 163160 |
| 1968 | 5696 | 121039 |
| 1969 | 5859 | 79195 |
| 1970 | 5170 | 208479 |
| 1971 | 6001 | 45008 |
| 1972 | 6167 | 64714 |
| 1973 | 6984 | 117669 |
| 1974 | 8509 | 93898 |
| 1975 | 8029 | 93967 |
| 1976 | 8673 | 158982 |

California Wildfires: Total Number By Year (bar chart, 1933–2015)

| Year | | |
|---|---|---|
| 1977 | 8132 | 123904 |
| 1978 | 8496 | 88586 |
| 1979 | 10038 | 247006 |
| 1980 | 9159 | 160291 |
| 1981 | 7497 | 209825 |
| 1982 | 5709 | 69158 |
| 1983 | 5969 | 70773 |
| 1984 | 7830 | 103670 |
| 1985 | 7238 | 223282 |
| 1986 | 7149 | 53631 |
| 1987 | 8063 | 86945 |
| 1988 | 8130 | 190835 |
| 1989 | 6635 | 73601 |
| 1990 | 7283 | 212142 |
| 1991 | 6238 | 23154 |
| 1992 | 7939 | 191490 |
| 1993 | 6988 | 122606 |
| 1994 | 7207 | 140792 |
| 1995 | 6601 | 121198 |
| 1996 | 7237 | 232624 |
| 1997 | 6835 | 57788 |
| 1998 | 5227 | 92456 |
| 1999 | 7562 | 285272 |
| 2000 | 5177 | 72718 |
| 2001 | 6223 | 90985 |
| 2002 | 5759 | 122809 |
| 2003 | 5961 | 404328 |
| 2004 | 5574 | 168134 |
| 2005 | 4908 | 74004 |
| 2006 | 4805 | 222896 |
| 2007 | 4111 | 530232 |
| 2008 | 4052 | 439717 |
| 2009 | 3391 | 107031 |
| 2010 | 3153 | 30234 |
| 2011 | 3555 | 151357 |
| 2012 | 3420 | 140818 |
| 2013 | 4152 | 142924 |
| 2014 | 3215 | 167532 |
| 2015 | 3543 | 297647 |
| 2016 | 3233 | 250996 |



California Wildfires: Acres Burned by Year