Frank M. Pitre (State Bar No. 100077)
fpitre@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Steven M. Campora (State Bar No. 110909)
scampora@dbbwc.com
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Defendant. | No.: CR-14-0175-WHA<br><br>DECLARATION OF STEVEN M. CAMPORA IN SUPPORT OF SUBMISSION OF ATTORNEYS PITRE AND CAMPORA IN RESPONSE TO ORDER DATED JANUARY 30, 2019 |

1

I, STEVEN M. CAMPORA, declare:

1. I am an attorney with the Law Firm of Dreyer, Babich, Buccola, Wood, Campora LLP. I have been involved with litigation, on behalf of fire and explosion victims and against Pacific Gas and Electric Company, since 2008. I have taken the deposition of more than 200 Pacific Gas and Electric Company officers and employees since 2008. I participated in the San Bruno Explosion litigation, the derivative action against the Board of Directors, the Butte Fire JCCP, the CA North Bay Fires JCCP and the Camp Fire litigation. I was a Liaison Counsel in the Butte Fire JCCP and I am a member of the Plaintiffs' Executive Committee in the CA North Bay Fires JCCP.

2. I have reviewed literally thousands of Pacific Gas and Electric Company documents produced in litigation and I have deposed at least 90 witnesses on Pacific Gas and Electric Company vegetation management practices.

3. I took the Deposition of Ms. Janaize Markland. A true and correct copy of portions of her testimony and exhibits from her deposition are attached hereto as Exhibit A. In that deposition and in her prepared testimony to the CPUC, Ms. Markland made specific reference to the "risk tolerance" accepted by Pacific Gas and Electric Company. See for example, page 2-12 of Exhibit 2034 to her deposition and pages 50 through 63 of her deposition.

4. During the course of discovery and in public statements, Pacific Gas and Electric Company has made various references to the number of miles of distribution line. Those numbers range anywhere from 81,000 miles to more than 115,000 miles of line. In January of 2019, I downloaded information from Pacific Gas and Electric Company's webpage, which indicated that there were 81,000 miles of above ground distribution lines, 26,000 miles of underground distribution lines and 18,000 miles of overhead transmission lines. A true and correct copy of the pages I downloaded is attached hereto as Exhibit B. Based on the numbers provided by Pacific Gas and Electric Company and Ms. Markland's statement that Pacific Gas and Electric Company accepted a risk tolerance of 17 tree related outages per 1000 miles of line, the outages per year would range from 1,377 to 1,955.

5. Attached hereto as Exhibit C is a true and correct copy of a portion of a Session D Risk Assessment produced by Pacific Gas and Electric Company. PG&E witnesses have identified

2

Session D as PG&E's evaluation of the risks posed by various lines of business, including Electric Operations. One of the risks evaluated is wildfire. The pages attached as Exhibit C reference PG&E's understanding that ignition data showed "1 to 2 large fires per year (300 acres or greater)." More importantly, the document shows that PG&E was aware that CalFire believed "~5% to 10% of large fires become catastrophic fires (P95 events)."

6. Exhibit D is a true and correct copy of the Butte Fire data available on the Cal Fire website.

7. A true and correct copy of portions of the Deposition of Charles Filmer and his report, dated February 7, 2013 (Exhibit 829 to his deposition), are attached hereto as Exhibit E.

8. A true and correct copy of the Draft Final Deposition of Brian Biancardi, with the referenced exhibits, is attached hereto as Exhibit F. Under the protective order for that matter, PG&E would have a number of days to review the deposition and identify any confidential information before the deposition became final. Due to the bankruptcy stay, that process stopped. However, I requested of Mr. Orsini and Ms. Dyer that they consent to our filing of this deposition and the exhibits and they did so consent.

9. Attached hereto as Exhibit G is a true and correct copy of a portion of the deposition of Stephen Tankersley. Mr. Tankersley oversaw the vegetation management department for PG&E, until shortly before the Butte Fire.

10. Attached hereto as Exhibit H are true and correct portions of the deposition of Mr. Eric Oldford and relevant exhibits.

11. Should the Court desire the complete portion of any deposition or exhibit attached hereto, I can provide them to the Court.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge. Executed this 4th day of February 2019 at Sacramento, California.

_____
Steven M. Campora