EXHIBIT A

Janaize Markland

```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2              IN AND FOR COUNTY OF SACRAMENTO
 3    _____
 4    Coordinating Proceedings,     )
                                     )
 5    Special Title (CRC 3.550)     )
 6                                   )
 7                                   )     JCCP  4853
 8                                   )
 9    BUTTE  FIRE  CASES             )
10                                   )
11    _____)
12
13
14         VIDEOTAPED DEPOSITION OF JANAIZE MARKLAND
15                 Sacramento, California
16               Monday, October 15, 2018
17                      Volume I
18
19
20
21    Reported by:
      Danielle D. Cruzat
22    CSR No. 13650
23    Job No. 3023792
24
25    PAGES 1 - 171
```

Page 1

Janaize Markland

1           Have you seen this document before?

2     A.    Can I take a look?

3     Q.    Sure.

4     A.    Yes, I have.

5     Q.    And it's a declaration you prepared, true?    01:07:51PM

6     A.    Correct.

7     Q.    And you signed it under penalty of perjury?

8     A.    I did.

9     Q.    So it's true and correct with regard to

10    your background as an employee of Pacific Gas &      01:08:01PM

11    Electric in paragraph 1?

12    A.    That is correct.

13    Q.    You are currently the director of PG&E's

14    Enterprise and Operational Risk and Insurance

15    Department?                                          01:08:15PM

16    A.    Correct.

17    Q.    Is that sometimes referred to as EORM?

18    A.    Yes.  The process is enterprise and

19    operational risk management.  And that is the

20    acronym to describe that process.  That is one part  01:08:25PM

21    of my function at the company.  The other is

22    insurance.

23    Q.    Are you the E -- what's referred to as the

24    EORM principal?

25    A.    I am not.                                       01:08:35PM

Page 15

Janaize Markland

```
 1    Q.        Who was your current immediate supervisor?

 2    A.        Stephen Cairns, chief risk officer.

 3    Q.        In paragraph 2 of your declaration, it says

 4    that, The enterprise and operational risk and

 5    insurance department is responsible for overseeing      01:09:55PM

 6    PG&E's enterprise and operational risk management,

 7    paren, EORM process, and purchasing insurance

 8    coverage for the company.

 9    A.        That is correct.

10    Q.        Is that essentially your job duties?          01:10:07PM

11    A.        It is.  Those are.

12    Q.        It also says, The department has

13    established an overall risk management framework and

14    process for providing oversight of the company's

15    most important risks.                                   01:10:20PM

16              Do you oversee that process?

17    A.        I oversee the framework and the oversight

18    process.  I oversee the oversight process.

19    Q.        Okay.  And did you do that in 2015?

20    A.        I believe so, yes.  Yes, I did.               01:10:31PM

21    Q.        It also says, This includes providing

22    standards and procedures for identifying,

23    evaluating, managing, and tracking risks, and

24    establishing and facilitating the management

25    governance forums for overseeing progress for all      01:10:46PM
```

Page 17

Janaize Markland

1   top risks across all lines of business.

2   A.        That's an accurate statement.

3   Q.        Okay.  And what that part of your job?

4   A.        Yes.  It's part of my department's job, I

5   will say, to clarify.                                    01:11:03PM

6   Q.        And -- and I want to know specifically, is

7   that something you also do, those tasks?  Do you

8   participate in those tasks?

9   A.        I participate from an oversight point of

10  view.  So I oversee the department that implements      01:11:13PM

11  the standards and procedures within the lines of

12  business.

13  Q.        Okay.

14            MR. CAMPORA:  Your Honor, you want a copy?

15            THE REFEREE:  Yeah.                            01:11:35PM

16            MR. CAMPORA:  Can you mark that, please,

17  Madam Reporter.

18            THE WITNESS:  Are we done with this?

19            MR. CAMPORA:  Yes, ma'am.

20            MR. TAYBACK:  2031?

21            MR. CAMPORA:  Yes.

22            MR. TAYBACK:  It's not been previously

23  marked?

24            MR. CAMPORA:  As far as I know it has not.

25  ///

Janaize Markland

1              (Exhibit 2031 was marked for identification

2              and is attached hereto.)

3              THE WITNESS:  Thank you.

4     BY MR. CAMPORA:

5     Q.      We have marked as Exhibit 2031 a utility        01:12:03PM

6     procedure, RISK-500 -- 5001P-01.

7              Are you familiar with this document?

8     A.      I am.

9     Q.      It says the target audience is PG&E

10    Corporation and Pacific Gas & Electric Company,          01:12:17PM

11    together, PG&E, employees who lead or oversee risk

12    management activities.

13             Are you part of the target audience?

14    A.      Can I just take a minute to review?

15    Q.      Absolutely.                                      01:12:32PM

16             MR. TAYBACK:  I'm going to interpose an

17    objection just to this document, because I don't

18    know whether it was produced in connection with the

19    Butte fires.  But I'm going to guess that the Bates

20    label of this document indicates North Bay fires.      01:12:47PM

21    And I -- although I don't have the protective order

22    from that case --

23             MR. CAMPORA:  It's not marked confidential.

24             MR. TAYBACK:  I just don't know.  So I'm

25    interposing an objection until I -- so I can find       01:12:56PM

Page 19

Janaize Markland

```
 1    out the answer.
 2              MR. CAMPORA:   That's fine.   It's not marked
 3    confidential.
 4              MR. TAYBACK:   Okay.   I will take your word
 5    for it.                                     01:13:03PM
 6              THE WITNESS:   Okay.   So this -- this
 7    document is written by our department to outline the
 8    roles and responsibilities relative to the
 9    enterprise and operational risk management program.
10              The target audience is primarily risk       01:14:19PM
11    managers in the line of business.   However, our
12    role -- our department has a role in that we help
13    facilitate the process.   So both -- all roles are
14    discussed within the document.
15    BY MR. CAMPORA:                             01:14:33PM
16    Q.      Okay.   I'm interested in page 8 of 10.
17              MR. TAYBACK:   With the Bates stamp ending
18    in 0 -- 051?
19              MR. CAMPORA:   Correct.
20              THE WITNESS:   Okay.                01:14:47PM
21    BY MR. CAMPORA:
22    Q.      You see where there is a definition of
23    "residual risk"?
24    A.      Yes.
25    Q.      Is there a difference between "residual       01:14:55PM
```

Page 20

Janaize Markland

1   risk" and "risk tolerance"?  And it is used in PG&E?

2   A.      There is a difference.  Yes.

3   Q.      Okay.  What's the difference between

4   risk -- the "residual risk" and "risk tolerance"?

5   A.      So residual risk is our best understanding      01:15:10PM

6   of what the risk level currently is with its

7   existing controls in place and functioning as

8   intended.  So it's today's risk.

9   Q.      Okay.  What's "risk tolerance"?

10  A.      "Risk tolerance" is a two -- is more of a      01:15:25PM

11  concept than a target.  It is at some point where

12  will the company feel comfortable that the risk is

13  well managed, to paraphrase.  There is a number

14  of --

15  Q.      Have you ever --                               01:15:43PM

16  A.      -- uses for that definition.

17  Q.      Have you ever seen a definition of "risk

18  tolerance" that's used at PG&E?

19  A.      Not at PG&E.  No.  It's something we are

20  trying to work through as part of a                    01:15:53PM

21  commission-initiated discussion, as part of safety

22  model and assessment proceedings, or SMAP,

23  workshops.

24  Q.      That started in 2012, right?

25  A.      It started in 2012 with the Clannon letter     01:16:07PM

Page 21

Janaize Markland

```
 1    and then a rate case process, OIR, order instituting
 2    rulemaking, which introduced two new -- two new, I
 3    guess, filings related to our general rate cases.
 4             And those filings are the safety model and
 5    assessment proceeding and the risk assessment          01:16:25PM
 6    mitigation phase, also known as SMAP and RAMP,
 7    respectively.
 8    Q.       Okay.  And as of today, some six years
 9    later, PG&E doesn't yet have a definition for "risk
10    tolerance"?                                            01:16:36PM
11    A.       We do not.  The SMAP discussions are
12    just -- the first set of SMAP discussions are just
13    concluding, and the commissions first decision on
14    those is due before the end of the year.  It's gone
15    longer than anyone has expected.  It's a difficult     01:16:48PM
16    topic.
17             MR. CAMPORA:  In that order, please.
18             (Discussion held off the record.)
19             (Exhibits 2032 through 2034 were marked for
20             identification and are attached hereto.)      01:17:56PM
21             MR. TAYBACK:  Please tell me quickly the
22    order you have them in.
23             MR. CAMPORA:  I have them in -- the first
24    two pages of Pacific --
25             MR. TAYBACK:  Got it.                         01:18:00PM
```

Page 22

Janaize Markland

1          MR. CAMPORA:  -- Gas & Electric Company

2     Safety Model Assessment.  The second page is the

3     qualifications.  And the third document is the

4     section of prepared testimony.

5          THE WITNESS:  Oh, I see.                01:18:11PM

6          MR. CAMPORA:  Chapter 2.

7          THE WITNESS:  A logical flow.

8     BY MR. CAMPORA:

9     Q.     Okay.  So -- and this is a document that's,

10    I don't know, a hundred and 50 or 60 pages long in   01:18:21PM

11    total.  And I didn't mark it -- print it all out.

12    I'm just going to ask you some questions about the

13    sections that identifies as having been written by

14    you.

15    A.     Yes.                                    01:18:30PM

16    Q.     Okay.  So the first document, the first --

17    in front of you is Exhibit Number -- what's the

18    number on the --

19          MR. TAYBACK:  2032.

20    BY MR. CAMPORA:                                01:18:39PM

21    Q.     2032.  That is the first page -- cover

22    page.  And the second page, which has the table of

23    contents, which identifies the areas that you wrote,

24    which is Number 2, Company-Wide Models and

25    Approaches for Assessing Risk, correct?          01:18:50PM

Page 23

Janaize Markland

1    A.        Yes.

2    Q.        And Number 6, Risk Lexicon.  You wrote that

3    as well, correct?

4    A.        Correct.  I believe so.

5    Q.        And then 2033 is a statement of your          01:18:58PM

6    qualifications, correct?

7    A.        It looks a little dated.  But yes.

8    Q.        Well, it was as of 2015?

9    A.        Yeah.

10   Q.        It was accurate in 2015?                       01:19:12PM

11             MR. TAYBACK:  That's a question.

12             THE WITNESS:  Oh, sorry.  Yes, it was

13   accurate as of 2015.  I'm sorry.  I was reading it.

14   BY MR. CAMPORA:

15   Q.        Was this testimony part of a rate case?        01:19:21PM

16   A.        My guess is it was as part of -- my guess

17   is, yes, it was.  We do similar rate case statements

18   of qualifications for general rate case and other

19   documents that we provide.

20   Q.        Can you tell by looking at the front, the      01:19:35PM

21   application 15-05, U 39 M, does that refresh your

22   recollection?

23   A.        Where am I?  Sorry.

24   Q.        On the front of 2032 in the upper left-hand

25   corner.                                                  01:19:48PM

                                                              Page 24

Janaize Markland

| | |
|---|---|
| 1 | A.       U 39 M? |
| 2 | Q.       Yeah. |
| 3 | A.       No, it doesn't. |
| 4 | Q.       Okay.  In paragraph A2 says -- I'm quoting |
| 5 | you now, I'm the director of PG&E's enterprise and       01:19:59PM |
| 6 | operational risk and insurance department, correct? |
| 7 | A.       Correct. |
| 8 | Q.       My department is responsible for overseeing |
| 9 | PG&E's enterprise and operational risk management, |
| 10 | paren, EROM [sic], close paren, program?       01:20:12PM |
| 11 | A.       EORM, yes. |
| 12 | Q.       Okay.  And for procuring insurance to |
| 13 | transfer PG&E's residual financial risks that could |
| 14 | result from catastrophic property or casualty |
| 15 | losses.       01:20:27PM |
| 16 |          Did I read that accurately? |
| 17 | A.       You did. |
| 18 | Q.       As part of PG&E's plan in risk mitigation |
| 19 | to transfer risks? |
| 20 |          MR. TAYBACK:  Object to the form of the       01:20:35PM |
| 21 | question. |
| 22 | BY MR. CAMPORA: |
| 23 | Q.       Do you understand my question? |
| 24 | A.       I don't.  Sorry. |
| 25 | Q.       Well, you say you are transferring PG&E's       01:20:39PM |

Page 25

Janaize Markland

| | |
|---|---|
| 1 | residual financial risk.  And what that means is I |
| 2 | assume that you are buying insurance so that if |
| 3 | there is a loss, PG&E's insurance companies will pay |
| 4 | it instead of PG&E. |
| 5 | A.        There is a -- in terms of the ISO 15 --        01:20:50PM |
| 6 | sorry, 31000 standard for risk management.  There |
| 7 | are different mechanisms for risk treatment, risk |
| 8 | transfer is one of the defined terms.  And so it is |
| 9 | typically used to address insurance. |
| 10 | Q.        Right.  So you are transferring the risk        01:21:04PM |
| 11 | from PG&E to the insurance companies? |
| 12 | A.        We are buying insurance to cover our risks. |
| 13 | Q.        Okay.  But it doesn't lessen the risk to |
| 14 | the public, true? |
| 15 | A.        It does not --        01:21:14PM |
| 16 |          MR. TAYBACK:  Objection.  Vague as to |
| 17 | "lessen." |
| 18 | BY MR. CAMPORA: |
| 19 | Q.        You understand my question?  If it says |
| 20 | there is a risk that could result from catastrophic        01:21:19PM |
| 21 | property or casualty loss, the same risk exists to |
| 22 | the public after you buy the insurance as existed |
| 23 | before, right? |
| 24 | A.        Yes. |
| 25 | Q.        Okay.  Could you look at 2034, please.        01:21:29PM |

Page 26

Janaize Markland

```
1    A.        Okay.

2    Q.        I'm looking at page 2-2 -- well, first of

3    all, this section, which is -- the text part of it

4    really is 2-1 through 2-14.

5    A.        Okay.                               01:21:56PM

6    Q.        Do you see that?

7    A.        I see the numbers 2-1-2- -- through 2-14.

8    Q.        Well, I'm just going to ask you if that's

9    something you wrote, those pages.

10   A.        Let me read them.                   01:22:20PM

11             MR. GIMPLE:  Mr. Campora, could you do me

12   the favor of just reminding me what is 2034?  I have

13   the other two.

14             MR. CAMPORA:  It's the prepared testimony,

15   Chapter 2.                                    01:23:29PM

16             MR. GIMPLE:  Got it.  Thank you.

17             THE WITNESS:  I believe so.  Yes.  And it

18   does reflect a somewhat outdated process.  We have

19   evolved our program since then.  But, yes.

20   BY MR. CAMPORA:                               01:23:38PM

21   Q.        But this was a description of the program

22   as is it existed in May of 2015, correct?

23   A.        Yes.  Uh-huh.

24   Q.        And you were trying to be true and accurate

25   when you wrote it?                            01:23:46PM
```

Janaize Markland

| | | |
|---|---|---|
| 1 | A. | I was.   Yes. |
| 2 | Q. | If you go to page 2-2, it says -- refers -- |
| 3 | refers to People and Processes, and it says, | |
| 4 | Personnel, PG&E's enterprise and operational risk | |
| 5 | management department resides in the chief risk | 01:24:02PM |
| 6 | officer organization. | |
| 7 | | What is the chief risk officer |
| 8 | organization? | |
| 9 | A. | What is it? |
| 10 | Q. | Yes. | 01:24:13PM |
| 11 | A. | It's a department within PG&E. |
| 12 | Q. | Is it still a department within PG&E? |
| 13 | A. | It is. |
| 14 | Q. | Who is the chief risk officer? |
| 15 | A. | Stephen Cairns. | 01:24:19PM |
| 16 | Q. | And -- and before that it was? |
| 17 | A. | Anil Suri. |
| 18 | Q. | And it reports to the CRO.  Who is the CRO? |
| 19 | A. | The chief risk officer. |
| 20 | Q. | Okay.  And the CRO reports to PG&E's chief | 01:24:29PM |
| 21 | financial officer, correct? | |
| 22 | A. | That is correct. |
| 23 | Q. | Who was the chief financial officer in |
| 24 | 2015? | |
| 25 | A. | We have had some turnover there as well. | 01:24:38PM |

Page 28

Janaize Markland

```
1    measures?
2    A.        The board is not an approval body.
3    Q.        Okay.
4    A.        It's information.
5    Q.        The -- the board of directors?          01:40:20PM
6    A.        The committee of the board doesn't approve
7    mitigations.  They oversee the progress.
8    Q.        Okay.  My question is this:  Have you ever
9    seen a presentation made to the board of directors
10   as a whole with regard to approval of the mitigation  01:40:32PM
11   measures for wildfire?
12   A.        To the board as a whole?
13   Q.        Yes.
14   A.        I don't recall.
15   Q.        Okay.  Let's go to page 2 point -- 2-12.   01:40:40PM
16             In the second sentence here, you describe
17   PG&E's program to manage wildfire risk, which you
18   describe is an award-winning vegetation management
19   program with equipment retrofits in high-risk areas
20   and enhanced -- enhanced inspections.             01:41:10PM
21             Do you see that?  Second -- second sentence
22   of the first paragraph under Risk Tolerance.
23   A.        I'm sorry -- sorry.  The second paragraph?
24   Q.        Second sentence of the first paragraph
25   under Risk Tolerance.                              01:41:24PM
```

Page  47

Janaize Markland

```
 1    CPUC?

 2    A.        You are asking me a question that I don't

 3    remember.

 4    Q.        Okay.

 5    A.        Yeah, I don't remember.              01:43:13PM

 6    Q.        This says --

 7    A.        But it sounds reasonable.

 8    Q.        This says, As a result, tree-related

 9    outages are in the neighborhood of 17 per thousand

10    miles.                                         01:43:20PM

11              First of all, what is a tree-related

12    outage?

13    A.        So if a branch touches a conductor, we can

14    receive a momentary interruption of service, and

15    that would be considered a tree-related outage.  01:43:33PM

16    Q.        Okay.   So if a branch falls into a

17    conductor and breaks the conductor, that would be a

18    tree-related outage, right?

19    A.        I believe so.   Yes.

20    Q.        If a tree falls in as a whole into a      01:43:40PM

21    conductor, that's a tree-related outage, right?

22    A.        That sounds reasonable.

23    Q.        If a tree grows into the line and causes an

24    outage, that would be tree-related, right?

25    A.        Sounds reasonable.                    01:43:50PM
```

Page 50

Janaize Markland

1    Q.      Okay.  And at this time, after the program,

2    it's your understanding that as of May of 2015, PG&E

3    was having in the neighborhood of 17 tree-related

4    outages per thousand miles of line, correct?

5    A.      So this was going off memory of the Tree          01:44:06PM

6    Line USA survey that I had previously mentioned.

7    And it was more intended to illustrate a point of

8    the risk tolerance discussion that we're having at

9    the safety and enforcement division-sponsored

10   workshops as part of the SMAP proceeding.               01:44:22PM

11   Q.      Ma'am, you reported to the CPUC that PG&E's

12   program had resulted in the neighborhood of 17

13   tree-related outages per thousand miles, true?

14   A.      In the neighborhood --

15           MR. TAYBACK:  Object to the form.               01:44:36PM

16   Objection to the extent that mischaracterizes this

17   testimony.

18           You can answer.

19           THE WITNESS:  In -- in the neighborhood of.

20   So an estimate.                                         01:44:42PM

21   BY MR. CAMPORA:

22   Q.      Okay.  Then you said --

23   A.      It's not intended to be a specific exact

24   number.

25   Q.      Then you said, There is a two percent or        01:44:46PM

Page 51

Janaize Markland

1    less than two percent of trees in contact, correct?

2    A.       That's what it says.

3    Q.       Trees in contact means trees growing into

4    the line, right?

5    A.       That definition is more related to          01:44:57PM

6    tree-related outages, I believe.

7    Q.       Okay.  Well, then what is a tree in

8    contact?

9    A.       When a tree hits the conductor, as we just

10   discussed in the previous examples you provided.     01:45:08PM

11   Q.       Okay.  So you think that the tree-related

12   outages is the same as trees in contact?

13   A.       I do believe so.

14   Q.       Then it says, And there are a small number

15   of wildfires caused by PG&E equipment.               01:45:20PM

16            Do you see that?

17   A.       I do see that.

18   Q.       What's a small number of wildfires?

19   A.       I don't -- can't recall off the top of my

20   head.  I don't know what the number is, other than   01:45:29PM

21   it is publicly-disclosed number that we report to

22   the CPUC on an annual basis.  If I'm to go off

23   memory, it's in the neighborhood of 250.

24            MR. CAMPORA:  Mark those two as next,

25   please.  In that order.                              01:45:43PM

Page 52

Janaize Markland

1              (Exhibits 2035 and 2036 were marked for

2              identification and are attached hereto.)

3              (Discussion held off the record.)

4              THE WITNESS:   I don't have my glasses with

5      me.

6              MR. TAYBACK:   Are you going to ask her to

7      read this?

8              MR. CAMPORA:   Nope.   I --

9              THE WITNESS:   Oh, good.   Thank you.

10             MR. CAMPORA:   This is how PG&E produces it

11     to me.

12             MR. TAYBACK:   I understand.   But I just --

13     I am just asking if you're asking her to read it or

14     not.

15             MR. CAMPORA:   I brought -- brought them        01:46:32PM

16     both because I wanted to blow it up for the second

17     one.

18             I'm sorry.   Your Honor, do you want a copy?

19             THE REFEREE:   If you got one.

20             MR. CAMPORA:   Here.                            01:46:42PM

21             (Discussion held off the record.)

22             THE REFEREE:   Thank you.

23             MR. GIMPLE:   Mr. Campora, will you be

24     identifying what it is you are marking, please?

25             MR. CAMPORA:   I will be.                       01:46:57PM

Janaize Markland

```
 1              MR. GIMPLE:   Thank you.

 2              MR. CAMPORA:   It is a document produced by

 3   PG&E.   It's NBF0000039191, Electric Trans --

 4   Electric T&D, S-2 Offsite Discussion, September 13,

 5   2016.                                            01:47:14PM

 6              MR. TAYBACK:   Mr. Campora, I will register

 7   the same objection I made before to the NBF --

 8              MR. CAMPORA:   You got it.

 9              MR. TAYBACK:   -- use of the documents.

10              MR. CAMPORA:   It's not also confidential.  01:47:20PM

11              MR. TAYBACK:   I understand.   I'm going to

12   take your word for it and let you ask questions.   I

13   just -- I'm just going to interpose an objection to

14   preserve it.

15   BY MR. CAMPORA:                                    01:47:27PM

16   Q.      I'll represent to you this is a document

17   that was produced as a PowerPoint done by Mr. Hogan.

18   A.      Okay.

19   Q.      And I want you to look at the page I blew

20   up, which is -- I printed the first page -- the      01:47:33PM

21   first -- the first exhibit just to show you the

22   cover sheet.   And that page is page 21.

23   A.      I see.

24   Q.      I didn't produce all 21 pages.   And then I

25   blew page 21 up.                                    01:47:50PM
```

Page 54

Janaize Markland

1    A.        Okay.

2    Q.        And that second exhibit is page 21, blown

3    up.

4              Do you see that?

5    A.        I see that.                                01:47:52PM

6    Q.        And it says Fire Ignition.

7              Do you see that?

8    A.        I do.

9    Q.        And it says, Definition and Calculation,

10   The number of power line-involved fire incidents   01:47:59PM

11   annually reportable to the CPUC per decision

12   14-02-015.

13             Did I read that accurately?

14   A.        I think so.   Yes.

15   Q.        A reportable fire incident includes all of 01:48:12PM

16   the following:   One, the ignition is associated with

17   PG&E power lines; and, two, something other than

18   PG&E facilities burned; and, three, the resulting

19   fire traveled more than one meter from the ignition

20   point.                                              01:48:29PM

21             Do you see that?

22   A.        I do.

23   Q.        Are you familiar with that definition?

24   A.        Sounds familiar.

25   Q.        Okay.   If you look at the performance, 2015 01:48:34PM

                                                         Page 55

Janaize Markland

1    EOY, that means end of year, right?

2    A.        Yes.

3    Q.        Actual, 434.  Do you see that, number of

4    fires?

5    A.        I do.                                    01:48:46PM

6    Q.        Okay.  Were you aware of that in 2015?

7    A.        I -- I'm not part of the S-2 discussions.

8    Q.        I understand.

9    A.        So I haven't seen this slide before.

10   Q.        I understand.                            01:48:53PM

11             But were you aware of the number of fires

12   for 2015 was 434?

13   A.        I was not.

14   Q.        Is that a few wildfires to you?

15             MR. TAYBACK:  Objection.  Argumentative.  01:49:04PM

16             You can answer.

17             THE WITNESS:  I don't think I've ever

18   referred to it as few.

19   BY MR. CAMPORA:

20   Q.        Well, would you refer to 434 wildfires as a  01:49:09PM

21   few wildfires?

22             MR. TAYBACK:  Objection to the extent "few"

23   is not a word she ever used.

24             MR. DE GHETALDI:  Try a small number.

25   BY MR. CAMPORA:                                   01:49:22PM

                                                        Page 56

Janaize Markland

1    Q.      I mean small number.  I'm sorry.

2            Is that a small number of wildfires?

3    A.      It depends I guess on the context of what

4    you are asking.

5    Q.      I'm asking about safety to the public.      01:49:26PM

6    A.      In general?  Less than a meter or within a

7    meter of the ignition point?

8    Q.      No.  We have to read it.  It has to go more

9    than a meter --

10   A.      More than a meter?                          01:49:34PM

11   Q.      -- to be reported.

12           So it's fire that went more than a meter

13   away.

14           434 fires that -- where ignition was

15   associated with PG&E power lines, it was something   01:49:41PM

16   other than PG&E facilities burned, and the resulting

17   fire traveled more than one meter from the ignition

18   point.

19   A.      I don't really have an opinion whether it's

20   few or not.  I don't know if --                      01:49:54PM

21   Q.      What about a small number?

22   A.      -- what's expected.

23           It seems like a small number.

24   Q.      So if you --

25   A.      As opposed to 4,000, it would be smaller.     01:50:01PM

Page 57

Janaize Markland

1    So I don't know --

2    Q.        Well --

3    A.        -- in the context of that.

4    Q.        -- when you said "a small number" in your

5    testimony, did you think of that as a -- did you          01:50:10PM

6    have a number in mind?

7    A.        I did not.

8    Q.        Sitting here today, you don't know whether

9    you believe 434 is a small number or not?

10   A.        I don't.                                          01:50:21PM

11   Q.        The next sentence says, It may be possible

12   to drive tree-related outages to less than 17 per

13   thousand miles or to have less than two percent of

14   trees in contact, but that would require a level of

15   investment greater than what PG&E is making today.          01:50:38PM

16             Was that a true statement when you made it?

17   A.        It was a true statement.

18   Q.        Okay.  It says, With limited resources,

19   PG&E cannot do everything and must decide at what

20   point it's okay not to mitigate the risk further.           01:50:51PM

21   Tradeoff decisions must be made.

22             Did I read that accurately?

23   A.        That is a true statement.

24   Q.        Okay.  What's a tradeoff decision?

25   A.        So a tradeoff decision has to do with at          01:51:03PM

Janaize Markland

1   what point can you reduce risk further and at what

2   cost.

3   Q.      Okay.

4   A.          And does it make more sense to reduce risk

5   in another area in terms of your ability to reduce      01:51:14PM

6   it further, faster, more effectively than one area.

7              So these are multidimensional business

8   decisions that need to be made.

9   Q.      Okay.  Who makes the tradeoff decisions?

10  A.          The -- not me.  So. . .              01:51:27PM

11  Q.      So who is it?

12  A.          I don't know.  It's part of the S-2

13  discussions.  It's part of the integrated planning

14  process.  There is a budget and budgeting process

15  that I'm not involved in.                        01:51:37PM

16  Q.      Okay.  So sitting here today, you don't

17  know who makes the decision as to whether the risk

18  should be reduced further or they -- either spend

19  the money to reduce the risk further or not?

20  A.          So I can tell you in the context of      01:51:47PM

21  wildfire, we have spent more money every single year

22  to reduce the risk further.

23              MR. CAMPORA:  Move to strike as

24  nonresponsive.

25  BY MR. CAMPORA:                                  01:51:51PM

Page 59

Janaize Markland

1    Q.        Who makes the tradeoff decisions with

2    regard to -- you just referenced right here, PG&E

3    cannot do everything and must decide at what point

4    it's okay not to mitigate the risk further.

5    Tradeoff decisions must be made.                  01:52:06PM

6              MR. TAYBACK:  Objection.  Asked and

7    answered.  Lack of foundation.

8              You can answer.

9              THE WITNESS:  It's not me.

10   BY MR. CAMPORA:                                   01:52:12PM

11   Q.        Okay.

12   A.        It's part of the integrated planning

13   process where the budget decisions are made.  And

14   I'm not aware of a single individual who makes those

15   tradeoff decisions.                               01:52:19PM

16   Q.        Who approves the budget decisions?

17   A.        I don't know.

18   Q.        Do you know if it's the board of directors?

19   A.        I don't know.

20   Q.        Do you know if PG&E does -- does some kind  01:52:25PM

21   of study to see, for example, what the average cost

22   to a consumer would be to reduce the wildfire risk

23   further?

24   A.        I don't know.

25   Q.        Do you know if they have done a study to    01:52:34PM

Page 60

Janaize Markland

1      see how much dividends would have to be reduced to

2      reduce the wildfire risk further?

3              MR. TAYBACK:   I'm going to object.   Vague

4      as to time.

5              THE WITNESS:   I don't know.                    01:52:42PM

6      BY MR. CAMPORA:

7      Q.      In 2015.

8      A.      I don't know.

9      Q.      Do you know if anybody did a study to see

10     how it would affect earnings per share?              01:52:46PM

11     A.      I don't know.

12     Q.      You agree that they are making tradeoff

13     decisions -- somebody is making a conscious decision

14     as to whether to spend that money or not, right?

15     A.      So I'm not -- in the sentence suggesting     01:52:57PM

16     that those tradeoff decisions are being made, it was

17     more of a you can't do everything, you have to make

18     tradeoffs.   But I was not specifically aware of a

19     specific tradeoff decision that was being made at

20     the time.                                            01:53:10PM

21     Q.      Well, you were telling the CPUC that PG&E

22     was making tradeoff decisions, right?

23     A.      This is a --

24              MR. TAYBACK:   Objection.   Misstates her

25     testimony.                                           01:53:16PM

Page 61

Janaize Markland

1           You can answer.

2               THE WITNESS:  Okay.  I was going to say,

3   this is conversational.  It says it must be made.

4   It does not say they are being made.

5   BY MR. CAMPORA:                                01:53:20PM

6   Q.      Do you see a difference?

7   A.      I do.

8   Q.      Okay.  Then it says, For example,

9   additional investment in managing wildfire risk

10  requires that consumer's either pay more or accept   01:53:33PM

11  higher risk in another area.

12          Did I read that accurately?

13  A.      You did.

14  Q.      Was that a true statement when you wrote

15  it?                                            01:53:43PM

16  A.      Yes.

17  Q.      Okay.  Did anybody consult with the

18  customers as to whether or not they are willing to

19  pay more?

20              MR. TAYBACK:  Objection.  Vague and    01:53:51PM

21  argumentative.

22              You can answer the question.

23              THE WITNESS:  The generally rate case

24  process is intended to provide that opportunity.

25  BY MR. CAMPORA:                                01:53:57PM

Page 62

Janaize Markland

```
1    Q.      To your knowledge, did anybody put anything
2    out in a bill, a flyer that says, We have this fire
3    risk.  We are accepting a small number of wildfires
4    every year, but we can reduce it further if you are
5    willing to pay more.                            01:54:08PM
6    A.      I don't know.
7    Q.      Was there ever -- you saw following San
8    Bruno that PG&E put out commercials trying to
9    upgrade their image.
10            Are you aware of that?                  01:54:15PM
11   A.      I -- so I don't have television.  So I have
12   never seen the commercials.
13   Q.      Okay.  All right.
14            To your knowledge, did anybody ever put out
15   a commercial to advise the public, Listen, we       01:54:23PM
16   are -- we are accepting a residual risk on wildfire.
17   You need to be aware of that?
18   A.      Not that I'm aware of.
19   Q.      In Amador, do you know if they ever gave
20   any information specifically to the people in Amador 01:54:33PM
21   County or Calaveras County that they were accepting
22   a risk of wildfire --
23   A.      Not that I'm aware of.
24   Q.      -- as a tradeoff?
25   A.      Not that I'm aware of.                   01:54:43PM
```

Page 63

Veritext Legal Solutions
866 299-5127

1              **PACIFIC GAS AND ELECTRIC COMPANY**
2       **STATEMENT OF QUALIFICATIONS OF JANAIZE MARKLAND**

3    Q 1    Please state your name and business address.

4    A 1    My name is Janaize Markland, and my business address is Pacific Gas and
5           Electric Company, 111 Stony Circle, Santa Rosa, California.

6    Q 2    Briefly describe your responsibilities at Pacific Gas and Electric Company
7           (PG&E).

8    A 2    I am the director of PG&E's Enterprise and Operational Risk and Insurance
9           Department.  My department is responsible for overseeing PG&E's
10          Enterprise and Operational Risk Management (EORM) Program and for
11          procuring insurance to transfer PG&E's residual financial risks that could
12          result from catastrophic property or casualty losses.

13   Q 3    Please summarize your educational and professional background.

14   A 3    I earned a bachelor of science degree in chemistry from the University of
15          British Columbia and a master of science degree in Environmental
16          Management from Royal Roads University in Victoria, British Columbia.
17              I am a member of the Enterprise Risk Management Utilities Roundtable
18          and serve as chair of the Edison Electric Institute Enterprise Risk
19          Management Task Force Steering Committee.
20              Prior to my career in the EORM and Insurance Department, I held a
21          variety of roles at PG&E, including manager of Compliance and Ethics and
22          positions in the Safety and Shared Services organization, where I provided
23          direct environmental compliance support to PG&E's operating units.  Before
24          joining PG&E, I worked at BC TEL, a telephone utility based in Burnaby,
25          British Columbia, and its successor company, Alberta-based TELUS
26          Corporation, where I developed an environmental program governing the
27          newly merged companies.

28   Q 4    What is the purpose of your testimony?

29   A 4    I am sponsoring the following testimony in PG&E's S-MAP proceeding:
30          • Chapter 2, "Companywide Models and Approaches for Assessing Risk."
31          • Chapter 6, "Risk Lexicon."

32   Q 5    Does this conclude your statement of qualifications?

33   A 5    Yes, it does.

JM-1

Exhibit 2033
J. MARKLAND
10/15/18
Danielle D. Cruzat
CSR No. 13850

Application: <u>15-05-xxx</u>
(U 39 M)
Exhibit No.: _____
Date: <u>May 1, 2015</u>
Witness(es):    Various

---

# PACIFIC GAS AND ELECTRIC COMPANY

## SAFETY MODEL ASSESSMENT PROCEEDING

## PREPARED TESTIMONY

---



Exhibit 2034
_____

J. MARKLAND
10/15/18
Danielle D. Cruzat
CSR No. 13650

# PACIFIC GAS AND ELECTRIC COMPANY

## CHAPTER 2

## COMPANYWIDE MODELS AND APPROACHES FOR ASSESSING RISK

PACIFIC GAS AND ELECTRIC COMPANY
CHAPTER 2
COMPANYWIDE MODELS AND APPROACHES FOR ASSESSING RISK

TABLE OF CONTENTS

A.   Introduction.................................................................................................. 2-1

B.   EORM Program Overview ........................................................................... 2-1

    1.   People and Processes ......................................................................... 2-2

        a.   Personnel ...................................................................................... 2-2

        b.   Committees ................................................................................... 2-2

        c.   Monitoring and Metrics ................................................................. 2-3

    2.   History of the Program ........................................................................ 2-4

    3.   Integration With PG&E's Planning Processes...................................... 2-4

C.   The Risk Evaluation Tool............................................................................ 2-4

    1.   Purpose............................................................................................... 2-4

    2.   Evolution of the Tool .......................................................................... 2-5

    3.   RET2.1 ............................................................................................... 2-6

        a.   Inputs ............................................................................................ 2-6

            1)   Risk Score......................................................................... 2-6

            2)   Risk Status ....................................................................... 2-6

        b.   Output............................................................................................ 2-7

    4.   Illustrative Example ............................................................................ 2-8

D.   Areas for Focus and Improvement ............................................................. 2-10

    1.   Where PG&E Is Compared to Our Peers............................................ 2-10

    2.   Key Challenges................................................................................... 2-11

        a.   Risk Quantification........................................................................ 2-11

        b.   Risk Tolerance.............................................................................. 2-12

    3.   Areas of Future Activities ................................................................... 2-13

1       **PACIFIC GAS AND ELECTRIC COMPANY**
2                   **CHAPTER 2**
3       **COMPANYWIDE MODELS AND APPROACHES FOR ASSESSING**
4                       **RISK**

5    **A.  Introduction**

6           Pacific Gas and Electric Company's (PG&E) goal is to deliver safe, reliable
7    and affordable gas and electric service to the millions of homes and businesses
8    that depend on us.  Numerous operational risks affect the provision of gas and
9    electric service, including natural hazards such as seismic activity and wildfires.
10   Although risk cannot be eliminated, PG&E is committed to managing these risks
11   and taking all reasonable measures to provide gas and electric service to our
12   customers in a way that protects the safety of the public and our employees.

13          This chapter describes the progress PG&E has made in implementing an
14   industry-leading Enterprise and Operational Risk Management (EORM) Program
15   since 2011.  It also includes a description of the EORM process, including an
16   in-depth look at PG&E's Risk Evaluation Tool (RET) that is used to assess and
17   rank risks across PG&E.  This chapter concludes with an assessment of where
18   PG&E is compared to other companies in the industry and a look at current
19   challenges and future areas for improvement.

20   **B.  EORM Program Overview**

21          PG&E's program is based on International Standards Organization-31000
22   principles and is squarely focused on providing an in-depth analysis of the
23   enterprise and operational risks inherent in our business, the current state of
24   controls around those risks, and the options for mitigating them further.

25          PG&E's EORM Program includes a robust governance structure, standard
26   criteria and tools for assessing Company risks, dedicated resources within the
27   Chief Risk Officer's (CRO) organization and within all PG&E's lines of business
28   (LOB), defined mechanisms for cross-company collaboration, active
29   management of LOB-specific risk registers, and integration with PG&E's
30   Integrated Planning Process.

## 1. People and Processes

### a. Personnel

PG&E's Enterprise and Operational Risk Management Department resides in the Chief Risk Officer Organization and reports to the CRO. The CRO reports to PG&E's Chief Financial Officer.  Led by the Director of EORM and Insurance, the EORM Department:

- Develops, implements and maintains enterprise-wide risk management guidance for the business.
- Partners with, and coaches, LOB risk managers and other key individuals to help identify, evaluate and mitigate risks.
- Provides process support, advice, and recommendations to ensure effective risk management within the business.
- Evaluates quality and tracks the implementation of mitigation activities.
- Leads the risk components (Session D as previously described in Chapter 1) of PG&E's Integrated Planning Process.

Each LOB also employs dedicated staff to implement the EORM Program standards and procedures within their own LOB.  These employees are responsible for:

- Managing the LOB's risk register.
- Leading risk identification and evaluation workshops within the LOB.
- Working with subject matter experts (SME) to develop a risk response strategy, including alternatives analysis.
- Ensuring risk mitigation activities are implemented according to an agreed upon schedule.
- Developing metrics to track progress and assess the effectiveness of mitigations.

### b. Committees

Committees serve an important oversight role within the EORM Program.  At the Board of Directors, PG&E's audit committee is responsible for overseeing the EORM Program.  Oversight of specific enterprise-level risks are addressed by the various Board committees, primarily the Nuclear, Operations and Safety Committee.  Board

1    committees complete in-depth reviews of each enterprise-level risk at
2    least once every 12 months.
3        PG&E's Risk Policy Committee, comprised of PG&E's most senior
4    officers, annually reviews progress made by each LOB in implementing
5    the EORM Program and how PG&E's risk profile may be changing
6    over time.
7        In addition, each LOB has its own Risk and Compliance Committee.
8    Chaired by the most senior officer of the LOB, these Risk and
9    Compliance Committees typically meet at least four times per year and
10   are responsible for overseeing EORM activities within their LOB,
11   including reviews of risk assessments and progress made in
12   implementing mitigation activities.

13   **c.   Monitoring and Metrics**

14       Once PG&E has identified and evaluated risks, determined which
15   ones must be mitigated further, and secured the resources to do so,
16   PG&E's standards require LOBs to monitor progress.  Mitigations are
17   tracked and reported at regular LOB Risk and Compliance Committee
18   meetings and, on a quarterly basis, mitigation progress is discussed at
19   PG&E's Business Plan Review meeting chaired by the President.  If
20   mitigation plans are delayed, an action plan is created.
21       PG&E's EORM standard includes identification of metrics to help
22   evaluate the results of mitigation plans and to detect if conditions are
23   changing in a way that would trigger a re-evaluation of the risk.  These
24   metrics can help determine if the risk reduction plan has been
25   successful, or if the LOB needs to adjust its course.  In many cases,
26   LOBs have developed and are monitoring these metrics.  In other cases,
27   these metrics are under development or are being refined.
28       Lastly, the EORM team oversees the implementation of risk
29   response activities, and the LOBs' implementation of the EORM process
30   to ensure that standards are adhered to and progress is being made in
31   implementing the right mitigations to reduce the risk.

2. **History of the Program**

After establishing the standards and procedures for implementing EORM in 2011, PG&E's Risk and Audit Organization focused on implementing PG&E's vision of data-driven, risk-based decision making to support safe, reliable, and affordable electric and gas service that is integrated into PG&E's planning process and becomes the foundation for our regulatory rate cases.

In 2012, each LOB began working with the standards and procedures issued by the Chief Risk and Audit Officer and began to build LOB-specific risk registers. Through this work, PG&E began to use a common risk language and developed a deeper understanding of the risks PG&E faces and the drivers behind them.

The development of formal risk registers began in 2012, although at this time, the risk identification effort took place as a stand-alone process.

3. **Integration With PG&E's Planning Processes**

Once risk registers were established in each LOB, the focus shifted to integrating risk into how PG&E plans and prioritizes work. In 2013, PG&E held its first annual Session D, which is a senior management discussion of the top risks and compliance requirements facing PG&E. Session D—which began as a one-day meeting and has now expanded to two days—remains an annual event where the senior officers spend time discussing how top risks are being managed, where collaboration across LOBs is required, and where additional resources may be needed.

As one of the first steps in PG&E's Integrated Planning Process, Session D helps to develop an understanding of the top risks and compliance requirements and that knowledge informs PG&E's strategy and execution plans. As mentioned in Chapter 1, these strategy and execution plans are called Session 1 and Session 2, respectively, and are informed by Session D.

C. **The Risk Evaluation Tool**

1. **Purpose**

Central to PG&E's EORM Program was the development and use of PG&E's RET. The EORM team created RET as a means of facilitating an

1   apples-to-apples comparison of risks across LOBs, and to ensure that the
2   risks that rise to the top of the priority list are those that have the largest
3   potential of preventing PG&E from achieving its objective of providing safe,
4   reliable, and affordable service to its customers.  RET is used to establish a
5   risk score for each risk and to establish a relative priority for discussion and
6   management purposes.  The RET score is a product of the potential impact
7   and the frequency of a risk event.  Each risk event is further described as a
8   SME-proposed Probable Worst Case (P95)[1] scenario.

9   ## 2.   Evolution of the Tool

10      The initial RET Model (referred to as RET1) was modified in 2013 to
11  produce RET2, and again in 2014 to create what is now referred to as
12  RET2.1.  The RET1 Model used a 3 × 3 matrix of high, medium, and low
13  impact vs. high, medium, and low frequency.  Additionally, the RET1
14  algorithm was linear in nature and placed more emphasis on frequency than
15  impact.  Given concerns about the inability to correctly predict frequency,
16  there was less confidence in the RET1 output.  RET1 also resulted in
17  less-than-desired differentiation of risks.  That is, many risks were high
18  impact, low frequency and occupied the same spot on the graphic output,
19  described below as a "heat map," limiting its usefulness in identifying areas
20  of focus.

21      RET2 was developed to address these deficiencies.  RET2 employed a
22  7 × 7 matrix with additional specificity included in the criteria definitions.
23  The algorithm was changed to a logarithmic scale to increase differentiation
24  between risks and provide a better view of relative priority of risks.  One year
25  after implementing RET2, the EORM team revisited the definitions within the
26  impact criteria and made adjustments to the descriptions in the "Reliability"
27  impact category[2] to address LOB feedback.  Although relative ranking did
28  not change significantly between RET2 and RET2.1, the descriptions within
29  Reliability better resonated with the LOBs using the tool.

---

[1]  The P95 scenario is based on the concept of plotting a range of outcomes along a distribution and choosing the 95th percentile event for the purposes of the risk discussion.  In practice, for many risks—in the absence of quantitative support—PG&E identifies a reasonably probable worst case scenario rather than a range of outcomes.

[2]  The six impact categories in the RET model are described in the next section.

1    Additionally, RET2.1 included increased flexibility in the frequency
2    criteria.  No longer are risk assessments limited to seven frequency
3    categories.  If there are data to support a specific frequency, e.g., through
4    the use of probabilistic risk assessments, LOBs may use that data to
5    calculate the risk score.

6    **3.  RET2.1**

7    **a.  Inputs**

8    **1)  Risk Score**

9    As mentioned above, the RET2.1 is used to establish a number,
10   called a risk score for each risk to establish relative priority for
11   discussion purposes.  The RET2.1 score is a calculation based on a
12   SME discussion of the risk associated with the P95 scenario.
13   The potential impacts of the scenario across six impact categories
14   are then scored between 1 and 7 (7 being the greatest impact).
15   The six impact categories are:  Safety, Environmental, Compliance,
16   Reliability, Trust and Financial.  Once the impact is articulated,
17   a frequency or probability based on data and subject matter
18   expertise is assigned to each risk scenario.  The algorithm
19   discussed in Attachment A is then applied to create a score
20   between 1 and 10,000.

21   **2)  Risk Status**

22   When a risk is first identified, its status is denoted as "black"
23   indicating that a risk assessment must be completed to determine a
24   current residual risk score.  During the risk assessment, the risk
25   owner will gather as much data and expertise on the subject to fully
26   characterize the risk drivers and controls and to score the risk.
27   Once the risk assessment is complete, the team determines
28   what level of control status should be recommended to the LOB
29   Risk and Compliance Committee.  The following statuses are
30   available:
31   •    Red – controls not adequate
32   •    Amber – controls need strengthening
33   •    Green – controls are adequate

1        A risk response plan is created for a risk with Red or Amber
2    status.  The response plan includes a set of mitigations based on an
3    alternatives analysis to determine the best course of action to
4    reduce the risk and strengthen controls.

5        Over time, risk scores tend to be more static than the risk
6    status.  The risk status should change toward green as the
7    mitigations are implemented and the controls are strengthened to an
8    adequate level.  The risk score will only change if mitigations
9    fundamentally adjust the impact or frequency levels.  In other words,
10   impact scores may change only if mitigations can physically prevent
11   or reduce the impact of the P95 scenario.

12       For example, if the P95 scenario risk is "a car accident which
13   may result in a death," a mitigant such as a physical divider between
14   the lanes could change the worst case probable P95 scenario from
15   fatality (head-on collision), to "a car accident which may result in a
16   serious injury (i.e., hitting the divider)."  This will drop the impact
17   score and, likely the frequency as well.  However, physical mitigants
18   are not always possible or practical.  More often, mitigations are
19   more likely to impact the frequency side of the equation.  For
20   instance, if a substation were to fail catastrophically, the impact
21   always would likely be catastrophic.  But it may be possible to make
22   catastrophic failure less likely to occur by addressing the drivers of
23   the risk by maintaining, inspecting and replacing equipment, and
24   installing physical and cyber security measures.

25   **b.   Output**

26       The output of RET 2.1 is a risk score for each risk.  These scores
27   can be mapped on a "heat map" that graphically portrays the frequency
28   and impact scores.  An illustrative heat map is shown in Figure 2-1.

FIGURE 2-1
PACIFIC GAS AND ELECTRIC COMPANY
ILLUSTRATIVE HEAT MAP



The y-axis on the heat map represents the frequency score, while the x-axis represents the impact score. The upper right hand corner of the heat map represents the highest risks; the lower left hand corner represents the lowest risks.

Because each LOB calculates its own risk scores, LOBs participate in calibration sessions to ensure consistency in scoring. SMEs and risk managers calibrate risks internal to their LOB and then the EORM team facilitates cross-LOB calibration sessions to ensure risks from different parts of the business are evaluated consistently. During each of these sessions, participants challenge assumptions and other inputs to risk scores to ensure there is alignment in how risks were evaluated. Once the calibration is complete, top risks to PG&E are selected for discussion in PG&E's Session D meeting.

**4. Illustrative Example**

An example helps to illustrate how RET 2.1is used to create a risk score from a risk assessment. Consider the risk of "Failure of Distribution Overhead Primary Conductor," defined as:

The failure of or contact with energized electric distribution primary conductor may result in public or employee safety issues, significant environmental damage (fire), prolonged outages, or significant property damage.  Energized wires down events are also considered part of this risk.

In this case, the P95 scenario is described as:  A fatality due to unintentional third-party tree worker contact with an in place conductor, in conjunction with an investigation that finds compliance violations such as lack of signage, or insufficient clearance.

Once defined, the risk assessment team scores the risk by determining the impacts across the six impact categories (see Attachment B) and the frequency of such an event, and captures those determinations in the RET. In this case, the following scores were assigned:

- Safety impact:  A 6 (Severe) impact captures the potential for a fatality to occur if contact was made with a distribution conductor.  This is based on industry data and experience.

- Environmental impact:  Under the scenario, there would be a 1 (Negligible) impact on the environment.

- Compliance impact:  The scenario assumes a compliance violation, which was rated as a 3 (Moderate) impact by the team based on industry experience.

- Reliability impact:  The team reviewed outage history that would occur relative to the incident and determined that a 3 (Moderate) impact described the potential impact.

- Trust impact:  The team determined a 2 (Minor) impact believing that there may be a single report of the event in a media outlet near the location of the incident, were it to occur.

- Financial impact:  Available data supports a 4 (Major) impact.

Finally the team reviewed the scenario, the impact scores, and the data around the drivers and controls and determined that a frequency level of 5, or once every one to three years, was appropriate.

The six impact scores and the frequency level are then input into the tool, producing a final risk score of 408.  The results of the scoring of the Overhead Conductor Risk can be displayed on the heat maps as shown.

**FIGURE 2-2**
**PACIFIC GAS AND ELECTRIC COMPANY**
**MAPPED RISK SCORE FOR OVERHEAD CONDUCTOR**



### D. Areas for Focus and Improvement

#### 1. Where PG&E Is Compared to Our Peers

Informed by industry benchmarking studies, the recommendations of the Independent Review Panel, and a third-party consultant, PG&E has moved from having an "industry standard" enterprise risk management program to having an "industry-leading" EORM Program. PG&E's EORM Program is leading as evidenced by the risk-informed process of integrated planning and the widespread support for risk management in terms of personnel and management attention. Senior management regularly engages in discussions about risk, the state of controls and mitigation plans, and has increased the focus on developing and monitoring key measures that provide insight into how risks are being managed.

Today, PG&E is in a position where each LOB knows and understands the risks associated with their business and the relative importance of those risks with respect to the potential impact they could have on the achievement of objectives. And the LOBs use this information to inform strategies and resource allocation.

PG&E is proud of where it is today in terms of risk management. That is not to say there is no room for improvement.

## 2. Key Challenges

Effective risk management is an iterative process.  As new data becomes available, operating and environmental conditions change, and technology improves, so does PG&E's ability to identify, evaluate, prioritize and mitigate risks.  As does PG&E's ability to dedicate the appropriate amount of resources to manage our most important risks and to demonstrate the risk reduction benefits of the investments PG&E is making.

As PG&E identifies and integrates new data sources, it will develop a deeper, more granular understanding of the risks it faces and will be able to make better decisions as a result.  When new information becomes available, risk management priorities may shift over time and it is important that PG&E remains dynamic in its response to that new information. This means that changes will be made to PG&E's plans and it will deploy resources accordingly.  PG&E will identify risk mitigations that do not have the intended effect and will have to change course.  PG&E will also identify new risks.  As new information becomes available, risks that PG&E thought were important, may take a back seat to other, more pressing risks.  PG&E's focus on data-driven decision making combined with the ability to pivot to address mitigation needs in a timely manner, will help PG&E operate in a safer and more efficient manner to the benefit of PG&E's customers, employees and the public.

### a. Risk Quantification

As PG&E's EORM process has matured and progress has started to be documented, there has been an increased focus on data and quantification of risk to answer two basic questions:  (1) Are we making progress in managing risk; and (2) How do we know?

In 2014, the EORM team in the Risk and Audit Organization implemented a risk management database to provide better oversight of risk management activities.  Risk managers in each of the LOBs began identifying data needs and fulfilling them by gathering information from PG&E and industry sources, and analyzing it to better understand risks. The outcome of that work has been the development of metrics to track and manage risks.  The availability of relevant data remains a challenge, however.

1        Often, it is not possible to tie mitigations directly to the absence of a

2    risk event.  For example, PG&E has invested in a number of activities to

3    educate the public about the dangers of contact with energized

4    conductors—a top public safety risk included on the Electric Operations

5    Risk Register.  It is very difficult to prove that someone did not touch an

6    energized conductor because they heard an advertisement on the radio,

7    or paid attention to a mobile pop-up advertisement while they were

8    shopping at Home Depot, or were already aware of the danger.

9        In some cases, data can be obtained to confirm that mitigations are

10   effective, but often PG&E must rely on the fact that it went through a

11   reasonable process to identify the right things to do and PG&E may not

12   be able to determine the effectiveness of an individual mitigation.

13       PG&E's goal remains to achieve the vision of data-driven,

14   risk-based decision making to support safe, reliable, and affordable

15   electric and gas service that is integrated into our planning process and

16   becomes the foundation for our rate cases.  With the core foundational

17   components of an industry leading EORM program now in place, PG&E

18   is working on refining its approach and improving the maturity of the

19   process, with a focus on data and its application within EORM.

20   **b.   Risk Tolerance**

21       Risk cannot be completely driven out of PG&E's—or any—business.

22   Today, risk tolerance is implicitly defined by the resources allocated to

23   manage specific risks.  For example, PG&E has a robust program to

24   manage Wildfire Risk that consists of an award-winning vegetation

25   management program, equipment retrofits in high-risk areas, and

26   enhanced inspections.  As a result, tree-related outages are in the

27   neighborhood of 17 per 1,000 miles, < 0.02 percent of trees in contact,

28   and there are a small number of wildfires caused by PG&E equipment

29   each year.  It may be possible to drive tree-related outages to less

30   than 17 per 1,000 miles, or to have less than 0.02 percent of trees in

31   contact, but that would require a level of investment greater than what

32   PG&E is making today.  With limited resources—PG&E cannot do

33   everything and must decide at what point it is okay to not mitigate the

34   risk further—tradeoff decisions must be made.  For example, additional

2-12

1   investment in managing wildfire risk requires that customers either pay
2   more, or accept higher risk in another area.  PG&E is using the EORM
3   process to help decide where to dedicate additional resources, and
4   specifically where it has determined the risk has a current residual risk
5   that is higher than desired.  PG&E's Risk Informed Budget Allocation
6   process, described in Chapter 3, also helps direct resources to projects
7   and programs that have the largest risk reduction impact.
8       In the 2017 General Rate Case showing, PG&E will illustrate the
9   projects and programs intended to address key risks in each operational
10  LOB.  By showing how these activities for which PG&E is requesting
11  funding relate to risk reduction, intervenors and other stakeholders can
12  see what risks are affected when reductions in specific programs or
13  elimination of specific projects are recommended.  As a result of this
14  discussion, the Commission, intervenors, and PG&E will together define
15  risk tolerance for PG&E.

16  **3.  Areas of Future Activities**

17      PG&E's EORM focus for the foreseeable future can be broadly
18  categorized as "Continuous Improvement."  PG&E is focused on refining our
19  current processes and improving the specific mechanics of risk
20  management, i.e., how PG&E measures risk, the analysis PG&E does
21  around alternatives for mitigation, and how PG&E calculates progress in risk
22  management through the use of effectiveness metrics.
23      The EORM team also will continue to work with the LOBs to:
24  •   Develop data plans for top risks, identifying what data PG&E needs,
25      what data it has, and how to fill the gaps.
26  •   Improve existing guidance and support for alternatives analysis and
27      documenting decisions related to mitigation activities.
28  •   Develop more effectiveness metrics that measure the impact of
29      mitigation activities on risks or drivers of risk, and those that provide
30      insight into how a risk is performing over time, i.e., is the risk increasing
31      or decreasing?
32      With the basic elements of industry-leading risk management now in
33  place, PG&E's focus is on collectively "upping our game" in the area of risk
34  management.  In support of this, the EORM team will continue to sponsor

1    expert training on specific risk management topics (annual training that is
2    provided to all risk managers across PG&E); conduct benchmarking and
3    share best practices from internal and external sources across LOBs; and
4    continue to promote a risk-aware culture through the continued inclusion of
5    risk in our Integrated Planning Process.
6         In the coming years, PG&E will consider analytical approaches for
7    quantifying risk reduction (meaning a reduction to the RET risk score).
8    To do so will require appropriate data, perhaps over an extended period of
9    time.  This data will need to address (or avoid) the causation challenges
10   described above.  Based on the outcome of this effort, PG&E hopes to
11   identify and implement techniques for quantifying risk reduction and their
12   applicability to specific risks.

PACIFIC GAS AND ELECTRIC COMPANY

CHAPTER 2

ATTACHMENT A

RISK EVALUATION TOOL (RET) ALGORITHM

# CHAPTER 2
# ATTACHMENT A
# RISK EVALUATION TOOL (RET) ALGORITHM

The algorithm used to calculate the risk score for each P95 risk scenario is divided into two parts.  The first part assesses how often a risk event occurs (frequency).  The second part assesses the significance of the overall impact of each risk event.  The overall impact is the log of the resulting product of the weighted impact scores in the six categories:  Safety; Environmental; Compliance; Reliability; Trust; and Financial.

The risk score is expressed by the following equation in the figure below, where f(Event) represents the frequency component of the algorithm and I(Event) represents the impact component:

### RISK SCORE ALGORITHM

$$RS_{(Event)} = k^{[0.5 \, Log(f_{(Event)}) \, + \, I_{(Event)}]}$$

| | |
|---|---|
| Where | $f$ is the number of occurrences expected over a one-year time horizon |
| And | $I$ is the weighted impact of the event |
| And | $k$ is the scalar and is a fixed value of 3.16 (the square root of 10) |
| And | 0.5 s a standard factor used to calculate the variance of the aggregate impact of uncorrelated events. |

The risk score calculation enables risk managers to calculate the "net risk impact" over a range of potential outcomes that occur at different frequencies.  For example, gas leaks of various grades occur at various frequencies, and some of those leaks – if left unaddressed – could cause a range of impacts ranging from negligible to potentially catastrophic.  The calculation enables risk managers to take that data and generate a risk score that contemplates the probable worst case, or a 95th percentile event.

"k" is a scalar used to calibrate the risk scores to cover a range of 1 to 10,000 to create adequate separation between risks for the purposes of facilitating a management discussion.

PG&E has mapped the six categories to our goals of safe, reliable and affordable service, and weighted them, as follows:

**GOAL MAPPING TO RET IMPACT CATEGORIES**

| Company Goal | Company Goal Weight (%) | RET Impact Categories | RET Category Weight (%) |
|---|---|---|---|
| Safe | 40% | Safety | 30% |
| | | Environmental | 5 |
| | | Compliance | 5 |
| Reliable | 30 | Reliability | 25 |
| | | Trust | 5 |
| Affordable | 30 | Financial | 30 |
| Total | 100% | | 100% |

The weighting shown above places more importance on certain objectives over others.  To balance the importance of the weighting and the magnitude of the impact, the weightings are applied at the magnitude level ($10^{I}$) of the impact groups.  Therefore, $I_{(Event)}$ can be expressed as shown in the figure below:

**IMPACT WEIGHTING**



$$I_{(Event)} = Log \left( \sum_{j=1}^{6} Wj * 10^{Ij} \right)$$

Where   $I_{j\ (Safety,\ Environmental,\ Reliability,\ Financial,\ Reputation,\ Compliance)}$ is the impact level of an impact group of an event

And   $W_{j\ (Safety,\ Environmental,\ Reliability,\ Financial,\ Reputation,\ Compliance)}$ is the weight applied to the impact group of an event

PACIFIC GAS AND ELECTRIC COMPANY

CHAPTER 2

ATTACHMENT B

RISK ASSESSMENT CATEGORIES

# CHAPTER 2
# ATTACHMENT B
# RISK ASSESSMENT CATEGORIES

### FREQUENCY DESCRIPTIONS

| Frequency Level | Frequency Description | Frequency per Year |
|---|---|---|
| Common (7) | > 10 times per year | F = > 10 |
| Regular (6) | 1-10 times per year | F = 1 – 10 |
| Frequent (5) | Once every 1-3 years | F = 1 - 0.3 |
| Occasional (4) | Once every 3-10 years | F = 0.3 - 0.1 |
| Infrequent (3) | Once every 10-30 years | F = 0.1 - 0.033 |
| Rare (2) | Once every 30-100 years | F = 0.033 - 0.01 |
| Remote (1) | Once every 100 + years | F = <0.01 |

### SAFETY IMPACT DESCRIPTIONS

| Impact Level | Description |
|---|---|
| Catastrophic (7) | **Fatalities:** Many fatalities and life threatening injuries to the public or employees. |
| Severe (6) | **Fatalities:** Few fatalities and life threatening injuries to the public or employees. |
| Extensive (5) | **Permanent/Serious Injuries or Illnesses:** Many serious injuries or illnesses to the public or employees. |
| Major (4) | **Permanent/Serious Injuries or Illnesses:** Few serious injuries or illnesses to the public or employees. |
| Moderate (3) | **Minor Injuries or illnesses:** Minor injuries or illnesses to many public members or employees. |
| Minor (2) | **Minor Injuries or illnesses:** Minor injuries or illnesses to few public members or employees. |
| Negligible (1) | No injury or illness or up to an un-reported negligible injury. |

ENVIORNMENTAL IMPACT DESCRIPTIONS

| Impact Level | Description |
|---|---|
| Catastrophic (7) | **Duration:** Permanent or long-term damage greater than 100 years; or |
| | **Hazard Level/Toxicity:** Release of toxic material with immediate, acute and irreversible impacts to surrounding environment; or |
| | **Location:** Event causes destruction of a place of international cultural significance; or |
| | **Size:** Event results in extinction of a species. |
| Severe (6) | **Duration:** Long-term damage between 11 years and 100 years; or |
| | **Hazard Level/Toxicity:** Release of toxic material with acute and long-term impacts to surrounding environment; or |
| | **Location:** Event causes destruction of a place of national cultural significance; or |
| | **Size:** Event results in elimination of a significant population of a protected species. |
| Extensive (5) | **Duration:** Medium-term damage between 2 and 10 years; or |
| | **Hazard Level/Toxicity:** Release of toxic material with a significant threat to the environment and/or release with medium-term reversible impact; or |
| | **Location:** Event causes destruction of a place of regional cultural significance; or |
| | **Size:** Event results in harm to multiple individuals of a protected species. |
| Major (4) | **Duration:** Short-term damage of up to 2 years; or |
| | **Hazard Level/Toxicity:** Release of material with a significant threat to the environment and/or release with short-term reversible impact; or |
| | **Location:** Event causes destruction of an individual cultural site; or |
| | **Size:** Event results in harm to a single individual of a protected species. |
| Moderate (3) | **Duration:** Short-term damage of a few months; or |
| | **Hazard Level/Toxicity:** Release of material with a moderate threat to the environment and/or release with short-term reversible impact; or |
| | **Location:** Event causes damage to an individual cultural site; or |
| | **Size:** Event results in damage to the known habitat of a protected species. |
| Minor (2) | **Duration:** Immediately correctable; or contained within a small area. |
| Negligible (1) | Negligible to no damage to the environment. |

## COMPLIANCE IMPACT DESCRIPTIONS

| Impact Level | Description |
|---|---|
| Catastrophic (7) | **Adverse Regulatory Actions:**  Action resulting in closure, split, or sale of PG&E. |
| Severe (6) | **Adverse Regulatory Actions:**  Cease and desist orders are delivered by regulators.  Critical assets and facilities are forced by regulators to be shutdown. |
| Extensive (5) | **Adverse Regulatory Actions:**  Governmental, regulator investigations, and enforcement actions, lasting longer than a year.  Violations that result in multiple large non-financial sanctions; or<br><br>**Increased Regulatory Oversight:**  Regulators force the removal and replacement of management positions.  Regulators begin Company monitoring activities. |
| Major (4) | **Adverse Regulatory Actions:**  Violations that result in significant fines or penalties above and beyond what is codified or a regulator enforces non-financial sanctions; or<br><br>**Expanded Regulations:**  Significant new and updated regulations are enacted as a result of an event |
| Moderate (3) | **Adverse Regulatory Actions:**  Violations that result in fines or penalties |
| Minor (2) | **Adverse Regulatory Actions:**  Self-reported or regulator identified violations with no fines or penalties. |
| Negligible (1) | No compliance impact up to an administrative impact. |

2-AtchB-3

RELIABILITY IMPACT DESCRPTIONS

| Impact Level | Description |
|---|---|
| Catastrophic (7) | **Location:** Impacts an entire metropolitan area, including critical customers, or is systemwide; and |
| | **Duration:** Disruption of service of more than a year due to a permanent loss to a nuclear facility, hydro facility, critical gas or electric asset; or |
| | **Customer Impact:** Unplanned outage (net of replacement) impacts more than 1 million customers; or |
| | EO: 14 million total customer hours, or more than 1 million mega-watt hours (MWh) total load |
| | GO: 10 million total customer hours, or reduction of capacity greater than or equal to 2.1 Bcf/d for seven months |
| | ES: 40 percent of utility-owned generating fleet unavailable for one year |
| Severe (6) | **Location:** Impacts multiple critical locations and critical customers; or |
| | **Duration:** Substantial disruption of service greater than 100 days; or |
| | **Customer Impact:** Unplanned outage (net of replacement) impacts more than 100k customers; or |
| | EO: 1.2 million total customer hours, or more than 100 thousand MWh total load |
| | GO: one million total customer hours, or reduction of capacity greater than 1.2 billion cubic feet per day (Bcf/d), but less than for seven months |
| | ES: 20 percent of utility-owned generating fleet unavailable for one year |
| Extensive (5) | **Location:** Impacts multiple critical locations or customers; or |
| | **Duration:** Disruption of service greater than 10 days; or |
| | **Customer Impact:** Unplanned outage (net of replacement) impacts more than 10k customers; or |
| | EO: 100 thousand total customer hours, or more than 10 thousand MWh total load; |
| | GO: 100 thousand total customer hours, or reduction of capacity greater than or equal to 0.6 Bcf/d for seven months |
| | ES: 10 percent of utility-owned generating fleet unavailable for one year |
| Major (4) | **Location:** Impacts a single critical location; or |
| | **Duration:** Disruption of service greater than one day; or |
| | **Customer Impact:** Unplanned outage (net of replacement) impacts more than one thousand customers; or |
| | EO: 8 thousand total customer hours, or more than one thousand MWh total load |
| | GO: 10 thousand total customer hours, or reduction of capacity greater than or equal to 0.3 Bcf/d  for seven months |
| | ES: 2 percent of utility-owned generating fleet unavailable for one year |

RELIABILITY IMPACT DESCRIPTIONS
(CONTINUED)

| | |
|---|---|
| **Moderate (3)** | **Location:** Impacts a small area with no disruption of service to critical locations; or |
| | **Duration:** Disruption of service of up to one full day; or |
| | **Customer Impact:** Unplanned outage (net of replacement) impacts more than 100 customers; or |
| | EO: 600 total customer hours, or more than 100 MWh total load |
| | GO: one thousand total customer hours, or reduction of capacity greater than or equal to 0.1 Bcf/d for seven months |
| | ES: one percent of utility-owned generating fleet unavailable for one year |
| **Minor (2)** | **Location:** Impacts a small localized area with no disruption of service to critical locations; or |
| | **Duration:** Disruption of up to three hours; or |
| | **Customer Impact:** Unplanned outage (net of replacement) impacts less than 100 customers; or |
| | EO: Less than 600 total customer hours, or less than 100 MWh total load; |
| | GO: Less than one thousand total customer hours, or reduction of capacity greater than or equal to 0.01 Bcf/d for seven months |
| | ES: 0.1 percent of utility-owned generating fleet unavailable for one year |
| **Negligible (1)** | No reliability to negligible impacts. |

**TRUST IMPACT DESCRIPTIONS**

| Impact Level | Description |
|---|---|
| Catastrophic (7) | **Duration:** Ongoing impacts for more than 10 years; and<br><br>**Media:** Event is heavily reported from local through international media outlets and social media channels, with influential third parties dominating media coverage; various inaccurate information is widely reported; or<br><br>**Political:** Devastating nationwide broad-based political pressure demanding intense long term outreach to policymakers and key stakeholders; or<br><br>**Customer Satisfaction:** Greater than 50 percent loss of customer satisfaction through survey results; or<br><br>**Company Brand:** Relationships are severed and trust is completely lost |
| Severe (6) | **Duration:** Ongoing impacts between 1 and 10 years; and<br><br>**Media:** Event is heavily reported from local through national media outlets and social media channels, with influential third parties dominating media coverage, and various inaccurate information is widely reported; or<br><br>**Political:** Extreme statewide broad-based political pressure demanding concentrated outreach to policymakers and key stakeholders; or<br><br>**Customer Satisfaction:** 21-50 percent loss of customer satisfaction through survey results; or<br><br>**Company Brand:** Event creates outrage and trust can't be fully recovered |
| Extensive (5) | **Duration:** Ongoing impacts between one quarter and one year; or<br><br>**Media:** Event is widely reported in national media outlets and social media channels, with influential third parties dominating media coverage, and inaccurate information is reported; or<br><br>**Political:** Severe territory wide political pressure demanding extensive outreach to policymakers and key stakeholders; or<br><br>**Customer Satisfaction:** 4-20 percent loss of customer satisfaction through survey results; or<br><br>**Company Brand:** Event creates serious concerns of company management while trust is severely diminished |
| Major (4) | **Duration:** Ongoing impacts between one week and one quarter; or<br><br>**Media:** Event is heavily reported in local through national media outlets and social media channels, with influential third parties dominating media coverage, and inaccurate information is reported; or<br><br>**Political:** Major territory wide political pressure demanding major outreach to policymakers and key stakeholders; or<br><br>**Customer Satisfaction:** one to three percent loss of customer satisfaction through survey results; or<br><br>**Company Brand:** Management is questioned and trust is diminished |

## TRUST IMPACT DESCRIPTIONS
### (CONTINUED)

| | |
|---|---|
| **Moderate (3)** | **Duration:** Short term coverage for up to one week. |
| | **Media:** Event is reported in multiple local media outlets and/or social media channels, with limited exposure beyond the coverage area; or |
| | **Political:** Moderate county level political pressure demanding moderate outreach to policymakers and key stakeholders; or |
| | **Customer Satisfaction:** Less than one percent loss of customer satisfaction through survey results; or<br>**Company Brand:** Event isn't anticipated and trust is impacted; or |
| **Minor (2)** | **Duration:** Single report of the event. |
| | **Media:** Event is reported in a single local media outlet in the location where the event took place; or |
| | **Political:** Minimal political pressure demanding minimal outreach to policymakers and key stakeholders; or |
| **Negligible (1)** | No known reputation impact reported to a non-featured report. |

## FINANCIAL IMPACT DESCRIPTIONS

| Impact Level | Description |
|---|---|
| **Catastrophic (7)** | **Financial Costs:** Damage to third-party properties, loss of assets and facilities, fines, lawsuits, restitution, remediation, restoration, cost of replacement energy, redistributed customer costs, amounting to a total impact > $5 billion in costs; or<br><br>**Capital/Liquidity:** Ability to raise capital significantly impacted. Dramatic decrease in stock price of more than 50 percent for more than one year; or<br><br>**Bankruptcy:** Risk of bankruptcy is imminent. |
| **Severe (6)** | **Financial Costs:** Damage to third-party properties, loss of assets and facilities, fines, lawsuits, restitution, remediation, restoration, cost of replacement energy, redistributed customer costs, amounting to a total impact between $500 million and $5 billion in costs; or<br><br>**Capital/Liquidity:** Ability to raise capital is challenged. Dramatic decrease in stock price of more than 25 percent for more than one year. |
| **Extensive (5)** | **Financial Costs:** Damage to third-party properties, loss of assets and facilities, fines, lawsuits, restitution, remediation, restoration, cost of replacement energy, redistributed customer costs, amounting to a total impact between $50 million and $500 million in costs; or<br><br>**Capital/Liquidity:** Ability to raise capital is hindered. Dramatic decrease in stock price of more than 10 percent for up to one year. |
| **Major (4)** | **Financial Costs:** Damage to third-party properties, loss of assets and facilities, fines, lawsuits, restitution, remediation, restoration, cost of replacement energy, redistributed customer costs, amounting to a total impact between $5 million and $50 million in costs. |
| **Moderate (3)** | **Financial Costs:** Damage to third-party properties, loss of assets and facilities, fines, lawsuits, restitution, remediation, restoration, cost of replacement energy, redistributed customer costs, amounting to a total impact between $500 thousand and $5 million in costs. |
| **Minor (2)** | **Financial Costs:** Damage to third-party properties, loss of assets and facilities, fines, lawsuits, restitution, remediation, restoration, cost of replacement energy, redistributed customer costs, amounting to a total impact between $50 thousand and $500 thousand in costs. |
| **Negligible (1)** | **Financial Costs:** Damage to third-party properties, loss of assets and facilities, fines, lawsuits, restitution, remediation, restoration, cost of replacement energy, redistributed customer costs, amounting to a total impact of less than $50 thousand in costs. |

Exhibit 2036
J. MARKLAND
10/15/18
Danielle D. Cruzat
CSR No. 13650



# Fire Ignitions NEW

### Definition and Calculation

The number of powerline-involved fire incidents annually reportable to the CPUC per Decision 14-02-015. A reportable fire incident includes all of the following: 1) Ignition is associated with PG&E powerlines and 2) something other than PG&E facilities burned and 3) the resulting fire traveled more than one meter from the ignition point. [No change in metric definition or calculation from 2016.]

### Mission

Reduce fire ignitions of consequence through targeted, data driven improvements for facility management, maintenance and operation

### Targets and Approach

2015 – Baseline data set (434 ignitions). Analyze, investigate, learn, report

2016 – Learn & Improve (405 ignition Target). Increase awareness of ignitions, causes and reduction opportunities. Identify high risk areas in service territory. Benchmark with California IOU's

2017 – Implement & Improve (385 ignition Target). Prioritize specific work in highest risk areas of service territory to reduce potential ignitions. Improve identifications, reporting and corrective action of hazards

2018 – Maintain & Improve (365 ignition Target) Broadened prioritization of work in highest risk areas of service territory. Benchmark with California IOU's



| | Month Actual | Month Target |
| - | - | - |
| YTD Actual | YTD Target | |

| YoY Performance Trend | 2015 EOY Act | 2016 EOY Fcst | 2017 Target | 2018 Target |
| --- | --- | --- | --- | --- |
| Performance | 434 | 405 | 385 | 365 |

| Drivers of Target Performance | | |
| --- | --- | --- |
| Milestones / Activities | Date | Owner |
| Holistic review of 2015-2016 Fire Incidents | Oct 21, 2016 | TLMX |
| 2017 Wildfire Council Meeting and Incident Reporting Benchmark | November 2016 | TLMX |
| Report fire incident analysis and trends to involved programs. Feedback for data quality improvement. | Nov 25, 2016 | TLMX |
| Submittal of CPUC annual report for 2016 data | April 1, 2017 | CLF8 |



### Future Strategy

- Detailed investigation and reporting of CPUC reportable incidents
- Improved holistic data collection for all facility related ignitions as near hits
- Increase visibility and increase workforce awareness to reduce ignition risks