# EXHIBIT D



CA.gov | FAQs | Contact Us | Site Map | Translate

Search   This Site   California 

HOME   ABOUT US   PROGRAMS   NEWSROOM   CAREERS   RESOURCES

## Incident Information

Last modified on Oct 15, 2015

### BUTTE FIRE

**Butte Fire Incident Information:**

| | | |
|---|---|---|
| Last Updated: | October 15, 2015 7:45 pm | **FINAL** |
| Date/Time Started: | September 9, 2015 2:26 pm | |
| Administrative Unit: | CAL FIRE Amador - El Dorado Unit | |
| County: | | |
| Location: | east of Jackson | |
| Acres Burned - Containment: | **70,868 acres - 100% contained** | |
| Estimated - Containment: | 10/1/2015 | |
| Structures Destroyed: | A total of 921 structures have been destroyed including; 549 homes, 368 outbuildings, and 4 commercial properties. 44 total structures damaged. | |
| Evacuations: | **All evacuation orders, advisories and road closures have been lifted.** | |
| | **Evacuation Centers:** | |
| | • Jenny Lind Veterans Hall, 189 Pine Street, Valley Springs, CA<br>• Red Cross: 925-588-6678 | |

California Statewide Fire Map

2018 Stat... 



Map data ©2019 Google, INEGI   Terms   100 mi

View California Fire Map in a larger map

**BUTTE FIRE MORE INFO**

• Butte Fire Information
• Incident Maps

Large Animal Pet Shelters: (Calaveras) Calaveras County Fairgrounds (Amador) Amador County Fairgrounds, contact Kelly Reason at 530-503-5233.

| | |
|---|---|
| **Road Closures :** | None |
| **Injuries:** | 2 civilian fatalities, 1 injury |
| **Cause:** | Powerlines |
| **Cooperating Agencies:** | Amador County Sheriff, Calaveras County Sheriff, CAL OES, BLM, PG&E, CHP, Amador Fire Protection District, Calaveras PUD, CDCR, Sutter Creek Fire Department, CALTRANS, State Parks, California Conservation Corp. |
| **Total Fire Personnel:** | 298 |
| **Total Fire Engines:** | 15 |
| **Total Fire crews:** | 11 |
| **Total Dozers:** | 6 |
| **Total Water Tenders:** | 2 |
| **Long/Lat:** | -120.70418, 38.32974 |
| **Conditions:** | 10/15 - CAL FIRE continues to work with local, state, and federal agencies to address environmental concerns in the burned areas. See the State's Post Fire Watershed Emergency Response Report. |

- Photos
- News Releases
- Weather Information
- Telephone Numbers
- Special Notices
- Related Links

The Butte Fire Information / Recovery line has been changed to 209-754-5527. CAL FIRE Incident Management Team 1 transitioned command to the Amador-El Dorado and the Tuolumne-Calaveras Units. Crews are continuing mop-up operations.

A Community Meeting will be held at 6:00 PM on Thursday, October 1, 2015 at the Railroad Flat Elementary School, 298 Railroad Flat Road, Railroad Flat, CA 95248

***The public is reminded that there are still emergency vehicles and personnel working in the area. Please use caution and remain alert to any changes in fire conditions***

**Public Advisement: Butte Fire Missing Persons Hotline**

**The Sheriff's Office has established a temporary dedicated telephone line for missing persons associated with the Butte Fire for the duration of the emergency response period. This number is reserved for missing persons related to the Butte Fire only. To report a missing person, please call (209) 754-6345. This number is not for welfare checks. The Sheriff's Office requests that any missing person's reports that are not associated with the Butte Fire be reported to Calaveras Sheriff's Dispatch Center at (209)**

**754-6500.**
See media release

If you are interested in making Donations please check out the following link: **Donations**

If you are interested in signing up to become a volunteer to help those affected by the California Wildfires please click here. Currently, the need is met but you can pre-register if the need arises you already signed up.

| **Phone Numbers** | (209) 822-3159 (Butte Fire Information & Community Recovery Line) |

Back to Top | Conditions of Use | Privacy Policy | Contact Us | Site Map
Copyright © 2012 State of California