# EXHIBIT E

Charles Filmer, PMQ (re: Information/Materials Provided to CPUC)

```
 1        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2              IN AND FOR THE COUNTY OF SACRAMENTO
 3
 4     Coordination Proceeding   )
 5     Special Title (CRC 3.550) )
 6                               ) JCCP 4853
 7     BUTTE FIRE CASES          )
 8                               )
 9     _____
10
11
12       VIDEOTAPED DEPOSITION OF PG&E'S PERSON MOST QUALIFIED
13           (re:  Information/Materials Provided to CPUC)
14                         CHARLES FILMER
15                      Sacramento, California
16                     Tuesday, June 13, 2017
17
18
19
20     Reported by:
21     ELIZABETH A. WILLIS-LEWIS, RPR, CCRR, CLR
22     CSR No. 12155
23     Job No. 2610687B
24
25     PAGES 1 - 131
```

Page 1

Charles Filmer, PMQ (re: Information/Materials Provided to CPUC)

```
 1     BY MR. CAMPORA:                                         12:38:12
 2     Q.   Do you yourself review the fire incident data?     12:38:12
 3     A.   Can you be more specific?                          12:38:21
 4     Q.   Sure.  Do you personally review the fire           12:38:23
 5   incident data?                                            12:38:25
 6     A.   So currently my job duties include preparing       12:38:26
 7   the annual report that goes to the CPUC regarding their   12:38:30
 8   fire incident data collection decision that came out in   12:38:35
 9   2014.  Prior to that I was involved in the vegetation     12:38:38
10   management program from about 2007 to 2012 where I        12:38:43
11   collected the investigation reports and aggregated some   12:38:50
12   of the data onto spreadsheets for reporting purposes.     12:38:56
13          (Exhibit 829 was marked for identification.)       12:39:11
14          COURT REPORTER:  829.                              12:39:14
15     BY MR. CAMPORA:                                         12:39:15
16     Q.   Showing you what we have marked as Exhibit 829.    12:39:15
17   It is dated 7 February 2013.  It is 11 pages long and     12:39:22
18   the first Bates number is JCCP 136135.                    12:39:27
19     A.   Um-hum.                                            12:39:31
20     Q.   Is this a document you have seen before, sir?      12:39:31
21     A.   Yes.                                               12:39:33
22     Q.   Did you prepare this document?                     12:39:34
23     A.   I did.                                             12:39:35
24     Q.   Did anyone else contribute in preparing this       12:39:35
25   document?                                                 12:39:39
```

Page 41

Charles Filmer, PMQ (re: Information/Materials Provided to CPUC)

| | | |
|---|---|---|
| 1 | A. I mean the data, the raw data, was provided by | 12:39:39 |
| 2 | others but the report itself was primarily myself. | 12:39:47 |
| 3 | Q. Okay. And what was your purpose in preparing | 12:39:52 |
| 4 | this document? | 12:39:54 |
| 5 | A. It was to be a multi-year summary of data | 12:39:55 |
| 6 | related to the fire incident information. | 12:40:01 |
| 7 | MS. GOUGH: For the record, this document at | 12:40:06 |
| 8 | PG&E JCCP 136135 has a stamp on it, "Attorney-client | 12:40:09 |
| 9 | privileged," and we are not claiming attorney-client | 12:40:14 |
| 10 | privileged as to this document. | 12:40:17 |
| 11 | BY MR. CAMPORA: | 12:40:19 |
| 12 | Q. As part of this document in this analysis did | 12:40:19 |
| 13 | you try to determine which of the fires had been | 12:40:23 |
| 14 | avoidable? | 12:40:27 |
| 15 | MS. GOUGH: Vague. Overbroad. | 12:40:31 |
| 16 | BY MR. CAMPORA: | 12:40:32 |
| 17 | Q. Do you understand my question, sir? | 12:40:32 |
| 18 | A. Yeah. I am just -- it's been a long time since | 12:40:34 |
| 19 | I've looked at this. Please restate the question. | 12:40:37 |
| 20 | Q. Sure. In doing this review, summary and | 12:40:40 |
| 21 | analysis did you attempt to determine what percentage of | 12:40:43 |
| 22 | the fires that were a result of tree-line contact had | 12:40:46 |
| 23 | been avoidable? | 12:40:51 |
| 24 | A. I think the answer is no. | 12:40:54 |
| 25 | Q. Okay. To your knowledge did anybody at PG&E | 12:40:56 |

Veritext Legal Solutions
866 299-5127

Charles Filmer, PMQ (re: Information/Materials Provided to CPUC)

| | | |
|---|---|---|
| 1 | between 2007 and 2012 review the fire incident reports | 12:41:00 |
| 2 | to determine what percentage, if any, of any of those | 12:41:05 |
| 3 | fires had been avoidable? | 12:41:09 |
| 4 |     MS. GOUGH: Assumes facts. Lacks foundation. | 12:41:11 |
| 5 |     THE DEPONENT: I -- I don't know what the | 12:41:14 |
| 6 | answer to that is. | 12:41:16 |
| 7 |     (Exhibit 830 was marked for identification.) | 12:41:30 |
| 8 |   BY MR. CAMPORA: | 12:41:32 |
| 9 |   Q.  Just so we have a clear record, Exhibit 829 is | 12:41:32 |
| 10 | a true and correct copy of the document you prepared as | 12:41:34 |
| 11 | part of your work at PG&E, correct? | 12:41:35 |
| 12 |   A.  Yes. | 12:41:47 |
| 13 |   Q.  Okay.  Showing you what we have marked as | 12:41:47 |
| 14 | Exhibit 830, that's an e-mail dated January 21st, 2011, | 12:41:51 |
| 15 | from you to Barbara Clement, Daran Santi and Steven | 12:41:59 |
| 16 | Tankersley.  Correct? | 12:42:04 |
| 17 |   A.  Yes. | 12:42:05 |
| 18 |   Q.  With a copy to Peter Dominguez, correct? | 12:42:09 |
| 19 |   A.  That's right, um-hum. | 12:42:13 |
| 20 |   Q.  This is a true and correct copy of an e-mail | 12:42:14 |
| 21 | you wrote? | 12:42:17 |
| 22 |   A.  Yes. | 12:42:18 |
| 23 |     MR. CAMPORA:  And it says, "Attorney-client | 12:42:18 |
| 24 | privilege."  And, Ms. Gough, you are waiving the | 12:42:19 |
| 25 | privilege as to this document? | 12:42:21 |

Page 43

Charles Filmer, PMQ (re: Information/Materials Provided to CPUC)

| | | |
|---|---|---|
| 1 | MS. GOUGH: No. We are not claiming a | 12:42:23 |
| 2 | privilege as to the documents that have been produced | 12:42:25 |
| 3 | for the deposition today that say "attorney-client | 12:42:27 |
| 4 | privilege." So there is other documents that also say | 12:42:30 |
| 5 | "for attorneys' eyes" and we have reviewed those and we | 12:42:32 |
| 6 | are not claiming a privilege as to them, including this | 12:42:35 |
| 7 | document. | 12:42:39 |
| 8 | MR. CAMPORA: Okay. | 12:42:39 |
| 9 | BY MR. CAMPORA: | 12:42:40 |
| 10 | Q. All right. So this one says, "Attached below | 12:42:40 |
| 11 | is a summary and analysis of VM fire incidents that have | 12:42:43 |
| 12 | occurred over the last four years." That's what you | 12:42:47 |
| 13 | wrote? | 12:42:50 |
| 14 | A. Right. | 12:42:50 |
| 15 | Q. It says, "A few key points." Bullet point | 12:42:51 |
| 16 | number 1, "VM fire incidents range from 50 to 100 per | 12:42:54 |
| 17 | year." Did I read that correct? | 12:42:59 |
| 18 | A. That's correct. | 12:43:01 |
| 19 | Q. Okay. In what area was that limited to? | 12:43:02 |
| 20 | A. That would be system-wide. | 12:43:05 |
| 21 | Q. Okay. So when you say "VM fire incidents," are | 12:43:06 |
| 22 | you talking about only significant fires or all fires? | 12:43:10 |
| 23 | A. Well, these would be all the fires that there | 12:43:14 |
| 24 | were those fire incidents reports on -- the VM fire | 12:43:19 |
| 25 | incident reports on. | 12:43:23 |

Charles Filmer, PMQ (re: Information/Materials Provided to CPUC)

| | | |
|---|---|---|
| 1 | Q.   So it is your testimony when you did the review | 12:43:23 |
| 2 | of those fires for the four years -- which I take it | 12:43:25 |
| 3 | would be from 2007 through 2010? | 12:43:29 |
| 4 | A.   Yeah, that sounds right. | 12:43:33 |
| 5 | Q.   Okay.  That there were only 50 to 100 incidents | 12:43:38 |
| 6 | per year system-wide for PG&E? | 12:43:41 |
| 7 | A.   Well, like I said, that was -- that would be | 12:43:44 |
| 8 | the count per year of fire incident investigations I | 12:43:50 |
| 9 | had. | 12:43:55 |
| 10 | Q.   Okay.  Well, it doesn't say "fire incident | 12:43:57 |
| 11 | investigations."  That's why I am asking. | 12:43:59 |
| 12 | A.   Yeah. | 12:44:01 |
| 13 | Q.   It says, "VM fire incidents range from 50 to | 12:44:02 |
| 14 | 100 per year."  Is it your testimony that PG&E was only | 12:44:06 |
| 15 | having 50 to 100 vegetation management incidents per | 12:44:11 |
| 16 | year between 2007 and 2010? | 12:44:14 |
| 17 | A.   I'm saying that there were between -- in a | 12:44:19 |
| 18 | range of 50 to 100 investigation reports that the | 12:44:23 |
| 19 | vegetation management program had of ignitions that were | 12:44:29 |
| 20 | related to trees. | 12:44:37 |
| 21 | Q.   Okay.  So just -- so it doesn't say | 12:44:38 |
| 22 | "investigation reports."  That's why I am asking. | 12:44:43 |
| 23 | A.   No, I understand. | 12:44:44 |
| 24 | Q.   So what you are saying is this should say that | 12:44:45 |
| 25 | we have 50 to 100 incident reports per year related to | 12:44:49 |

```
 1   trees?                                                     12:44:54
 2            MS. GOUGH:  Argumentative as to "should say."     12:44:54
 3      BY MR. CAMPORA:                                         12:44:56
 4      Q.   Do you know how many fires they actually had       12:44:56
 5   system-wide?                                               12:44:59
 6            MS. GOUGH:  Vague.                                12:45:00
 7      BY MR. CAMPORA:                                         12:45:01
 8      Q.   Per year?                                          12:45:01
 9            MS. GOUGH:  Vague.                                12:45:02
10            THE DEPONENT:  I am not sure I understand who     12:45:03
11   "they" is.                                                 12:45:04
12      BY MR. CAMPORA:                                         12:45:05
13      Q.   Well, I am asking did PG&E have 50 to 100 fires    12:45:05
14   per year system-wide between 2007 and 2010?                12:45:11
15            MS. GOUGH:  Vague.                                12:45:15
16            THE DEPONENT:  I can't answer that.  I can        12:45:16
17   answer what investigation reports --                       12:45:19
18      BY MR. CAMPORA:                                         12:45:22
19      Q.   Okay.                                              12:45:22
20      A.   -- you know, the range we had of those.            12:45:23
21      Q.   So there were 50 to 100 investigation reports      12:45:25
22   per year between 2007 and 2010?                            12:45:28
23      A.   Yes, because that would be the basis for making    12:45:32
24   that range.                                                12:45:34
25      Q.   All right.  Then it says, "During the fire         12:45:35
```

**Attorney – Client Privileged**
Pacific Gas and Electric

# Summary and Analysis
# of
# Vegetation-related Fire Incidents
# on
# PG&E Electric Powerlines

## 2007–2012

Prepared by
Charles Filmer

7 February 2013

1 of 11

Exhibit No. 829

C. Filmer
6/13/17

Elizabeth Willis-Lewis
CCRR, RPR, CSR No. 12155

PG&E_JCCP 136135

## Attorney – Client Privileged
### Pacific Gas and Electric

Records for vegetation-related fire incidents associated with PG&E's overhead electric powerlines that occurred during 2007–2012 are summarized and analyzed below. A fire incident is where ignition of ground vegetation or structures occurs. Conclusions are based on limited information and should be considered preliminary.

*A. Ignitions by cause and type of line involved*

Ignition causes are defined as follows:
- Growth-related: Tree grew into contact with line or close enough to cause flashover.
- 3rd Party: Homeowner, private tree trimmer, etc., cuts a tree into the line.
- VM Contractor: A Vegetation Management Program tree contractor causes the ignition.
- Bark Shedding: Almost invariably, this is shedding bark blown from a eucalyptus.
- Palm Frond: Almost invariably, this is a dead frond blown from a fan palm.
- Branch Failure: Branch breaks and falls onto line.
- Trunk Failure: Trunk breaks and falls onto line.
- Root Failure: Tree uproots and falls onto line.
- Other: Unusual situations.

Over 85% of vegetation-related fire incidents involve high-voltage distribution (Table 1): Less than 2% of these ignitions were related to trees growing close to the powerlines, whereas almost 90% were related to tree failures (branch, trunk, and root failures).

About 8% of all ignitions are human caused: 3rd Party or VM Contractor. There were no records of ignitions related to compliance with Public Resources Code 4292 (Vegetation Control).

Growth-related ignitions on high-voltage distribution and transmission are rare: none occurred in 2010 or 2011. The growth-related ignitions on low-voltage distribution involved trees grown close to the line; however, these would not have been considered regulatory compliance violations, because strain or abrasion was not reported. Many were related to open-wire secondary.

| Table 1. Ignitions by cause and type of line involved (2007–2012) | | | | | | |
|---|---|---|---|---|---|---|
| Cause | Down | Phone | Lo-voltage Distribution** | Hi-voltage Distribution | Trans-mission | Total |
| Growth-related | | | 22 | 6 | 1* | 29 |
| 3rd Party | | 1 | 1 | 21 | | 23 |
| VM Contractor | | | 1 | 6 | 2 | 9 |
| Bark Shedding | | | | 1 | | 1 |
| Palm Frond | | | | 1 | | 1 |
| Branch Failure | | 1 | 13 | 139 | 1 | 154 |
| Trunk Failure | 1 | | 8 | 135 | 2 | 146 |
| Root Failure | | | | 36 | 2 | 38 |
| Other | | | 1 | 6 | | 7 |
| Total | 1 | 2 | 46 | 351 | 8 | 408 |
| *Flower stalk of century plant (2008). ** Includes service drops. | | | | | | |

PG&E_JCCP 136136

**Attorney – Client Privileged**
**Pacific Gas and Electric**

Virtually all of the high-voltage distribution ignitions also involved an outage, whereas about one-quarter of the low-voltage distribution ignitions did not result in an outage record. However, five of the six growth-related ignitions on high-voltage distribution did not cause an outage (Table 2):

| \multicolumn{7}{c}{Table 2. Growth-related ignitions on high-voltage distribution (2007–2012)} |||||||
|---|---|---|---|---|---|---|
| Div | Circuit | Date | Area | ILIS Log # | Tree | Fire Size |
| SI | Penryn 1103 | 05/24/07 | SRA | 07-0031231 | Century Plant | ≤ 0.01 acres |
| NV | Corning 1102 | 06/12/07 | LRA | No Record | Date palm | ≤ 0.1 acres |
| NV | Corning 1102 | 06/12/08 | SRA | No Record | Gray pine | 7,783 acres |
| NV | Orland B 1101 | 07/06/08 | SRA | No Record | Valley Oak | 1.4 acres |
| DA | Hicks 1116 | 09/18/09 | LRA | No Record | Date Palm | ≤ 0.01 acres |
| NC | Philo 1102 | 10/01/12 | SRA | No Record | California Bay | 250 acres |

*B. Ignitions by responsibility area and type of line involved*

About 80% of the high-voltage distribution ignitions were in SRA, but only about 40% of the low-voltage ignitions were in SRA (Table 3).

| \multicolumn{7}{c}{Table 3. Ignitions by responsibility area and type of line involved (2007–2012)} |||||||
|---|---|---|---|---|---|---|
| Area | Down Guy | Phone Line | Lo-voltage Distribution | Hi-voltage Distribution | Trans-mission | Total |
| LRA |  | 1 | 27 | 69 | 2 | 99 |
| SRA | 1 | 1 | 19 | 282 | 6 | 309 |
| Total | 1 | 2 | 46 | 351 | 8 | 408 |

*C. Fire size of ignition*

Ignitions usually resulted in very small fires (Table 4). Over 60% of ignitions resulted in fires less than or equal to one-tenth of an acre. Significant damage to structures is rare.

| \multicolumn{7}{c}{Table 4. Fire size of ignition by type of line involved (2007–2012)} |||||||
|---|---|---|---|---|---|---|
| Fire Size | Down Guy | Phone Line | Lo-voltage Distribution | Hi-voltage Distribution | Trans-mission | Total |
| ≤ 0.01 acres |  | 1 | 25 | 133 | 3 | 162 |
| > 0.01 to ≤ 0.1 acres |  | 1 | 8 | 81 | 2 | 92 |
| > 0.1 to ≤ 1.0 acres | 1 |  | 8 | 75 | 1 | 85 |
| > 1.0 to ≤ 10 acres |  |  | 4 | 49 | 2 | 55 |
| > 10 to ≤ 100 acres |  |  |  | 9 |  | 9 |
| > 100 to ≤ 1000 acres |  |  | 1 | 3 |  | 4 |
| 7,783 acres |  |  |  | 1 |  | 1 |
| Total | 1 | 2 | 46 | 351 | 8 | 408 |

PG&E_JCCP 136137

**Attorney – Client Privileged**
**Pacific Gas and Electric**

Figure 1 presents the number of ignitions each year during 2007–2012 categorized by the resulting fire size. There were 408 ignitions from all causes during this six-year period, and the annual range was 50–86.



Figure 1. VM ignitions categorized by resulting fire size

PG&E_JCCP 136138

**Attorney – Client Privileged**
Pacific Gas and Electric

There were 69 ignitions that resulted in fires that burned more than one acre (Table 5), and 48 of these resulted from tree failures onto high-voltage distribution during May–October. About 85% of fires that burned more than one acre occurred in SRA.

| Table 5. Ignitions that resulted in fires that burned more than one acre (2007–2012) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Div | Circuit | Area | Cause | Tree | #Acres | Line* | Date |
| NV | Corning 1102 | SRA | Growth-related | Gray Pine | 7,783 | PRI | 06/12/08 |
| LP | Zaca 1102 | SRA | Other** | Coast Live Oak | 710 | PRI | 10/21/07 |
| DI | Clayton 2212 | SRA | Branch Failure | Gray Pine | 375 | PRI | 08/24/10 |
| NC | Highlands 1103 | SRA | Other*** | Valley Oak | 300 | SEC | 10/18/12 |
| NC | Philo 1102 | SRA | Growth-related | California Bay | 250 | PRI | 10/01/12 |
| SO | Rincon 1103 | SRA | Trunk Failure | Tan Oak | 75 | PRI | 05/15/08 |
| SI | El Dorado PH 2101 | SRA | Trunk Failure | Ponderosa Pine | 67 | PRI | 05/15/08 |
| SI | Narrows 2102 | SRA | Trunk Failure | Live Oak | 30 | PRI | 05/21/08 |
| SI | Diamond Springs 1105 | SRA | Root Failure | Gray Pine | 23 | PRI | 08/16/12 |
| NV | Wyandotte 1107 | SRA | Branch Failure | Gray Pine | 22 | PRI | 07/25/07 |
| SI | Diamond Springs 1105 | SRA | Root Failure | Gray Pine | 20 | PRI | 08/04/07 |
| NB | Calistoga 1101 | SRA | Root Failure | Valley Oak | 20 | PRI | 06/18/12 |
| ST | Pine Grove 1102 | SRA | Branch Failure | Black Oak | 14 | PRI | 07/09/09 |
| NB | Pueblo 2102 | LRA | Branch Failure | Valley Oak | 13 | PRI | 06/05/07 |
| NV | Caribou-Table Mt. 230 | SRA | VM Contractor | Sugar Pine | 11 | T-line | 08/17/11 |
| SO | Fort Ross 1121 | SRA | Root Failure | Bishop Pine | 10 | PRI | 04/01/09 |
| NB | Bahia 1102 | LRA | Branch Failure | Blue Gum | 10 | PRI | 07/15/10 |
| ST | Pine Grove 1102 | SRA | Branch Failure | Black Oak | 9 | PRI | 09/10/11 |
| NV | Paradise 1103 | SRA | Root Failure | Gray Pine | 6 | PRI | 05/23/07 |
| NC | Fruitland 1142 | SRA | Trunk Failure | Coast Redwood | 6 | PRI | 08/21/12 |
| CC | Los Ositos 2103 | SRA | Trunk Failure | Coast Live Oak | 5 | PRI | 09/29/10 |
| ST | Calaveras Cement | SRA | Branch Failure | Valley Oak | 5 | PRI | 09/01/11 |
| NV | Stillwater 1101 | LRA | Root Failure | Gray Pine | 5 | PRI | 06/16/12 |
| NB | Calistoga 1101 | SRA | 3rd Party | Pine | 5 | PRI | 06/27/12 |
| SO | Santa Rosa 1103 | LRA | Growth-related | Maple | 4.0 | SEC | 06/05/07 |
| NB | Basalt 1106 | LRA | Branch Failure | Eucalyptus | 4.0 | PRI | 05/22/08 |
| SO | Fort Ross 1121 | SRA | Other**** | Coast Redwood | 4.0 | PRI | 06/17/08 |
| NC | Redbud 1101 | SRA | Branch Failure | Valley Oak | 4.0 | PRI | 10/03/09 |
| SI | Apple Hill 2102 | SRA | Trunk Failure | Ponderosa Pine | 3.8 | PRI | 12/01/11 |
| NB | Calistoga 1101 | SRA | Branch Failure | Douglas Fir | 3.8 | PRI | 05/23/12 |
| SI | Apple Hill 2102 | SRA | Trunk Failure | Ponderosa Pine | 3.1 | PRI | 12/01/11 |
| SO | Fitch Mountain 1113 | SRA | Trunk Failure | Tan Oak | 3.0 | PRI | 06/13/09 |
| SO | Sonoma 1104 | SRA | Trunk Failure | Live Oak | 3.0 | PRI | 07/09/09 |
| FR | Wahtoke 1108 | LRA | Trunk Failure | Italian Stone Pine | 3.0 | SEC | 08/29/12 |
| SO | Fitch Mountain 1113 | SRA | Trunk Failure | Live Oak | 3.0 | PRI | 07/22/07 |
| NB | Silverado 2103 | SRA | Branch Failure | Live Oak | 3.0 | PRI | 08/10/07 |
| SO | Fulton 1102 | SRA | Trunk Failure | Live Oak | 2.5 | PRI | 07/22/07 |
| NV | Stillwater Station 1101 | SRA | Trunk Failure | Black Oak | 2.5 | PRI | 10/26/07 |

PG&E_JCCP 136139

## Attorney – Client Privileged
### Pacific Gas and Electric

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NC | Philo Jct-Elk 60 | SRA | Branch Failure | Black Oak | 2.5 | T-line | 08/14/12 |
| CC | Gabilan 1101 | SRA | Branch Failure | Sycamore | 2.4 | PRI | 08/07/12 |
| SO | Sonoma 1105 | SRA | Trunk Failure | Black Oak | 2.3 | PRI | 11/29/09 |
| YO | Woodward 2108 | SRA | Root Failure | Gray Pine | 2.0 | PRI | 05/06/09 |
| NV | Panorama 1102 | LRA | Trunk Failure | Valley Oak | 2.0 | PRI | 07/13/09 |
| NC | Laytonville 1102 | SRA | Trunk Failure | Madrone | 2.0 | PRI | 07/29/09 |
| LP | Morro Bay 1101 | SRA | Branch Failure | Blue Gum | 2.0 | PRI | 08/28/09 |
| NC | Hoopa 1101 | SRA | Trunk Failure | Live Oak | 2.0 | PRI | 09/05/11 |
| YO | Curtis 1704 | SRA | Trunk Failure | Ponderosa Pine | 2.0 | PRI | 12/01/11 |
| NB | Konocti 1102 | SRA | Root Failure | Knobcone Pine | 2.0 | PRI | 05/01/12 |
| NB | San Rafael 1104 | SRA | Growth-related | Oak | 2.0 | SEC | 05/21/08 |
| SO | Fort Ross 1121 | SRA | Trunk Failure | Black Oak | 2.0 | PRI | 07/16/08 |
| NB | Bolinas 1101 | SRA | Branch Failure | Blue Gum | 2.0 | PRI | 07/24/08 |
| SO | Rincon 1103 | SRA | Trunk Failure | Douglas Fir | 2.0 | PRI | 09/03/08 |
| SO | Fitch Mountain 1113 | SRA | Trunk Failure | Black Oak | 2.0 | PRI | 08/29/09 |
| NV | Corning 1101 | SRA | Branch Failure | Gray Pine | 2.0 | PRI | 06/11/10 |
| NC | Konocti 1102 | SRA | 3rd Party | Pine | 2.0 | PRI | 10/28/07 |
| CC | Camp Evers 2105 | SRA | Root Failure | Acacia | 1.8 | PRI | 05/22/08 |
| YO | Curtis 1704 | SRA | Branch Failure | Black Oak | 1.8 | PRI | 08/30/10 |
| SI | Grass Valley 1103 | SRA | Branch Failure | Gray Pine | 1.8 | SEC | 06/27/10 |
| NB | Silverado 2102 | SRA | Branch Failure | Live Oak | 1.7 | PRI | 05/15/08 |
| SO | Monte Rio 1111 | SRA | Trunk Failure | Bay | 1.7 | PRI | 07/06/07 |
| SO | Cotati 1105 | SRA | 3rd Party | Pine | 1.7 | PRI | 08/28/07 |
| NB | North Tower 1103 | LRA | Branch Failure | Eucalyptus | 1.7 | PRI | 07/03/09 |
| NC | Geyserville 1101 | SRA | Branch Failure | Blue Oak | 1.7 | PRI | 08/19/10 |
| PE | Half Moon Bay 1103 | SRA | Branch Failure | Monterey Cypress | 1.5 | PRI | 08/17/10 |
| NV | Orland B 1101 | SRA | Growth-related | Valley Oak | 1.4 | PRI | 07/06/08 |
| YO | Mariposa 2102 | SRA | Branch Failure | Gray Pine | 1.3 | PRI | 06/19/09 |
| SO | Fort Ross 1121 | SRA | Trunk Failure | Coast Live Oak | 1.3 | PRI | 07/02/07 |
| CC | Green Valley 2103 | LRA | Branch Failure | Blue Gum | 1.3 | PRI | 11/05/12 |
| SO | Fort Ross 1121 | SRA | Root Failure | Monterey Pine | 1.1 | PRI | 10/05/07 |

\* SEC = low-voltage distribution, PRI = high-voltage distribution, and T-line = transmission.
\*\* Santa Ana winds blew branch onto powerlines.
\*\*\* Branch fell on service drop, which got pinned to top of shed.
\*\*\*\*Conductor blew ten feet to side on long canyon span and became hung up in the top of a healthy Redwood causing sparks and a brush fire.

PG&E_JCCP 136140

**Attorney – Client Privileged**
Pacific Gas and Electric

*D. Ignitions by time of year*

Ignitions were most frequent during the conventional fire season of mid-April through October, and virtually all of the 69 fires that burned more than one acre occurred during the six-month period of May–October (Fig. 2). There were 408 ignitions from all causes during 2007–2012.

Three weather events accounted for 56 ignitions during the last six years:
1. Thirty ignitions occurred during the unusually dry, windy week of May 14 to May 22, 2008. Seven of these ignitions resulted in fires greater than one acre burned.
2. Twelve ignitions occurred on April 14, 2009, including two on transmission. This was a very windy day in the northern half of the service territory. None of these ignitions resulted in fires greater than one acre burned.
3. Fourteen ignitions occurred on December 1, 2011, and three of these ignitions resulted in fires between two and four acres. Extremely strong, dry winds swept across California during November 30 to December 1, 2011, well after the fire season.



Figure 2. Ignitions during 2007–2012 by month

PG&E_JCCP 136141

**Attorney – Client Privileged**
**Pacific Gas and Electric**

*E. Failure profile of typical tree that causes ignition*

No ignitions during the May–October fire season were caused from bark shedding or detached palm fronds, whereas about 4% of outages on high-voltage distribution during this period were from these two causes.

Tree failures on high-voltage distribution that cause ignitions during May–October tend to involve larger tree parts as compared to tree failures that cause outages:
- A higher percentage of ignitions are caused by trunk failures (Figure 3).
- The average diameter of branch failures that cause ignitions is about 70% greater (Table 6).
- Tree failures that cause ignitions are twice as likely to be associated with wire on ground as compared to tree failures that cause outages, which suggests heavier tree parts (Table 7).

Figure 3. Tree failure profile on high-voltage distribution during fire season (2007–2012)



| Table 6. Branch failures on high-voltage distribution during May–October 2007–2012 | | |
|---|---|---|
| | Diameter at break | Number of incidents |
| Branch failures causing outages | 7.0 inches (avg.) | 2,677 outages |
| Branch failures causing ignitions | 11.9 inches (avg.) | 115 ignitions |

| Table 7. High-voltage distribution with wire on ground during May–October 2012 | | | |
|---|---|---|---|
| | Number of WOGs | Number of incidents | %WOG |
| Tree failures causing outages* | 324 | 757 | 43% |
| Tree failures causing ignitions | 43 | 51 | 84% |
| *OUTAGE DB | | | |

PG&E_JCCP 136142

**Attorney – Client Privileged**
Pacific Gas and Electric

*F. Ignitions by division*

Divisions with relatively high percentages of tree failures on high-voltage distribution during May–October resulting in ignitions included NV, SI, NB, NC, LP, ST, and YO (Table 8). North Coast Region had about 40 % of all ignitions, and the frequency of ignitions per line mile in the North Coast Region was three times the system-wide average. Relatively few ignitions occurred in the Bay Area (other than North Bay) or the San Joaquin Valley Region.

==Systemwide, almost 5% of these tree failures resulted in ignitions, and almost 20% of these ignitions resulted in fires greater than one acre. Therefore, there is approximately a 1% probability that a tree failure onto high-voltage distribution during May–October will result in a fire greater than one acre. The probability is highest in the three North Bay counties: almost 3%.==

Table 8. Ignitions from tree failures on high-voltage distribution during May–October (2007–2012)

| Division / [Region] | Total # Outages* | Total # Ignitions* | # fires > 1.0 acre | Miles of OH High-voltage Distribution | Outages per mile* (x1000) | Ignitions per mile* (x 1000) | % Outages resulting in Ignitions |
|---|---|---|---|---|---|---|---|
| NC, less SO | 712 | 42 | 5 | 7,531 | 95 | 5.6 | 5.9% |
| NB + SO | 776 | 52 | 21 | 8,149 | 95 | 6.4 | 6.7% |
| [North Coast Region] | 1,488 | 94 | | 15,680 | 95 | 6.0 | 6.3% |
| DI | 135 | 3 | 1 | 2,464 | 55 | 1.2 | 2.2% |
| EB | 72 | 0 | | 1,794 | 40 | 0.0 | 0.0% |
| MI | 43 | 1 | | 2,215 | 19 | 0.5 | 2.3% |
| SF | 14 | 0 | | 627 | 22 | 0.0 | 0.0% |
| PE | 204 | 5 | 1 | 2,276 | 90 | 2.2 | 2.5% |
| DA | 213 | 6 | | 1,868 | 114 | 3.2 | 2.8% |
| SJ | 74 | 1 | | 2,488 | 30 | 0.4 | 1.4% |
| [Bay Area, less NB] | 755 | 16 | | 13,732 | 55 | 1.2 | 2.1% |
| CC | 981 | 26 | 3 | 7,173 | 137 | 3.6 | 2.7% |
| LP | 131 | 8 | 1 | 6,358 | 21 | 1.3 | 6.1% |
| [Central Coast Region] | 1,112 | 34 | | 13,531 | 82 | 2.5 | 3.1% |
| NV | 402 | 32 | 6 | 12,045 | 33 | 2.7 | 8.0% |
| SI | 503 | 37 | 4 | 10,807 | 47 | 3.4 | 7.4% |
| SA | 134 | 5 | | 6,304 | 21 | 0.8 | 3.7% |
| [Sacramento Valley] | 1,039 | 74 | | 29,156 | 36 | 2.5 | 7.1% |
| ST | 169 | 9 | 3 | 8,719 | 19 | 1.0 | 5.3% |
| YO | 199 | 11 | 3 | 14,101 | 14 | 0.8 | 5.5% |
| FR | 249 | 7 | | 13,901 | 18 | 0.5 | 2.8% |
| KE | 36 | 1 | | 7,876 | 5 | 0.1 | 2.8% |
| [San Joaquin Valley] | 653 | 28 | | 44,597 | 15 | 0.6 | 4.3% |
| Total | 5,047 | 246 | 48 | 116,696 | 43 | 2.1 | 4.9% |

* Caused by tree failures (root, trunk, and branch failures).

PG&E_JCCP 136143

**Attorney – Client Privileged**
**Pacific Gas and Electric**

*G. Tree species ranked by risk*

Table 9 lists tree species ranked by fire risk for tree failures that occurred during May–October on high-voltage distribution during 2007–2012. The percentage of outages caused by tree failures during May–October that resulted in fires greater than 0.1 acres is calculated for each species to rank them for relative fire risk in column 9.

Gray pine is a high-risk species for causing catastrophic fire. Gray pine caused six of the eighteen fires listed in Table 5 associated with tree failure that burned more than five acres. It grows in foothill woodlands and chaparral, and fires related to gray pine are concentrated in the SRA portions of North Valley, Sierra and Yosemite Divisions. Gray pine located in high-risk areas that are tall enough to hit powerlines should be considered for removal or lowering in height to protect facilities.

Bishop pine, blue oak, live oak, ponderosa pine, valley oak, black oak, and blue gum are intermediate in risk. Density of each species in areas where fires can easily start and propagate probably accounts for the relative risk.

Above-average percentages of blue oak, valley oak, and blue gum tree failures occur during May–October (Table 9, column 1). As the failure profile of these three species is mostly branch failures, it could be cost effective fire-risk reduction work to remove overhanging branches of these species in high-risk areas. Conversely, ponderosa pine and bishop pine fail at below-average percentages during May–October, so targeting these two species for fire-risk reduction work may be of limited effectiveness.

Coast redwood is one of the several species causing the most outages during May–October. However, there are relatively few ignitions related to coast redwood. Coast redwood occurs in native stands in relatively moist, coastal zones or in planted landscapes; it presents a low risk for catastrophic fire.

Other species not listed in Table 9 likely present average to low risk for catastrophic fire.

*H. Further study needed*

Live oak was associated with seven fires greater than one acre in size, which is almost as many as gray pine (Table 5). The term "live oak" is used to designate two or three different species of evergreen oak in Vegetation Management's databases: canyon live oak, interior live oak, and occasionally coast live oak. Ignitions involving "live oak" in the future should be clarified to identify the correct oak species, so risk-reduction work can be properly targeted.

Low-voltage distribution with open-wire construction should be further evaluated for fire risk from growth-related ignitions.

PG&E_JCCP 136144

**Attorney – Client Privileged**
Pacific Gas and Electric

Table 9. Tree species ranked by risk -
Outages & Ignitions caused by tree failures onto
high-voltage distribution during May–October (2007–2012)

| Tree | 1<br>% May–October* | 2<br># Branch Failure | 3<br># Trunk Failure | 4<br># Root Failure | 5<br>Total # Failures | 6<br>Total # ignitions | 7<br># fires > 0.1 acre** | 8<br># fires > 1.0 acre | 9<br>Risk Rank*** |
|---|---|---|---|---|---|---|---|---|---|
| *High-risk* | | | | | | | | | |
| Gray Pine | 30% | 89 | 65 | 27 | 181 | 33 | 20 | 9 | 0.110 |
| *Intermediate-risk* | | | | | | | | | |
| Bishop Pine | 14% | 9 | 7 | 6 | 22 | 4 | 2 | 0 | 0.091 |
| Blue Oak | 44% | 17 | 13 | 10 | 40 | 3 | 2 | 1 | 0.050 |
| Live Oak | 31% | 44 | 109 | 13 | 166 | 13 | 8 | 7 | 0.048 |
| Ponderosa Pine | 8% | 20 | 61 | 13 | 94 | 7 | 3 | 1 | 0.032 |
| Valley Oak | 53% | 290 | 77 | 30 | 397 | 24 | 12 | 5 | 0.030 |
| Black Oak | 36% | 158 | 226 | 60 | 444 | 38 | 13 | 6 | 0.029 |
| Blue Gum | 39% | 237 | 37 | 21 | 295 | 20 | 8 | 3 | 0.027 |
| *Average-risk* | | | | | | | | | |
| Douglas Fir | 21% | 153 | 95 | 68 | 316 | 13 | 6 | 2 | 0.019 |
| Tan Oak | 31% | 18 | 209 | 40 | 267 | 13 | 5 | 2 | 0.019 |
| Coast Live Oak | 37% | 45 | 139 | 34 | 218 | 7 | 4 | 2 | 0.018 |
| Eucalyptus | 40% | 143 | 26 | 11 | 180 | 9 | 3 | 2 | 0.017 |
| Sycamore | 60% | 52 | 10 | 2 | 64 | 3 | 1 | 1 | 0.016 |
| Willow | 54% | 21 | 36 | 13 | 70 | 4 | 1 | 0 | 0.014 |
| Monterey Cypress | 22% | 62 | 17 | 2 | 81 | 1 | 1 | 1 | 0.012 |
| Monterey Pine | 32% | 159 | 87 | 48 | 294 | 12 | 3 | 1 | 0.010 |
| *Low-risk* | | | | | | | | | |
| California Bay | 27% | 15 | 61 | 30 | 106 | 2 | 1 | 1 | 0.009 |
| Madrone | 29% | 17 | 67 | 23 | 107 | 6 | 1 | 1 | 0.009 |
| Cottonwood | 56% | 93 | 17 | 31 | 141 | 3 | 1 | 0 | 0.007 |
| Coast Redwood | 22% | 347 | 69 | 23 | 439 | 5 | 2 | 1 | 0.005 |
| Knobcone Pine | | 4 | 4 | 3 | 11 | 1 | 1 | 1 | |
| Acacia | 21% | 3 | 11 | 6 | 20 | 1 | 1 | 1 | |
| Sugar Pine | | 3 | 4 | 3 | 10 | 1 | 1 | 0 | |
| Coulter Pine | | 1 | 0 | 0 | 1 | 1 | 1 | 0 | |
| Chinquapin, Golden | | 0 | 1 | 0 | 1 | 1 | 1 | 0 | |
| Black Walnut | | 18 | 1 | 3 | 22 | 1 | 1 | 0 | |
| *All other species* | | 659 | 263 | 138 | 1060 | 20 | 0 | 0 | |
| All | 31% | 2,677 | 1,712 | 658 | 5,047 | 246 | 103 | 48 | 0.020 |

*Percentage of year-round tree failures that occurred during May–October of 2007–2012. **Includes fires > 0.1 acre and fires > 1.0 acre. *** Percentage of tree failures that resulted in fires greater than 0.1 acre

PG&E_JCCP 136145