EXHIBIT G

```
 1        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2              IN AND FOR THE COUNTY OF SACRAMENTO
 3
 4    Coordination Proceeding      )
                                   )
 5    Special Title (CRC 3.550)    )
                                   )   JCCP 4853
 6                                 )
                                   )
 7    BUTTE FIRE CASES             )
 8    _____
 9
10
11          VIDEOTAPED DEPOSITION OF STEPHEN TANKERSLEY
12                       Sacramento, California
13                       Tuesday, May 23, 2017
14                              Volume II
15
16
17
18
19
20    Reported by:
21    LISA RICHARDSON, RPR, CRR, RMR
22    CSR No. 5883
23    Job No. 2612416
24
25    PAGES 195 - 476
```

Page 195

```
 1   that will be looked at in the normal course of the
 2   review of the quality assurance audit.
 3   BY MR. CAMPORA:
 4        Q    But he found 12 FPT trees in only 64 miles.
 5   Right?                                                    09:56:41
 6        A    I don't agree with only 64 miles.  12 trees
 7   in a forested woodland that have died.  If you look
 8   in the normal population outside of the where power
 9   lines are, you are going to see a mortality much
10   greater than that under similar --                        09:56:56
11             MS. GOUGH:  He needs to finish his answer,
12   and then you can...
13             THE WITNESS:  So, you know, 12 trees any
14   trees that are listed in there we want to under --
15   the reason they are listed in there in the first          09:57:07
16   place is so we understand why they are there and if
17   there's a deficiency in the program.  And if there
18   is, then they are going, they are going to find out
19   what that cause is.
20   BY MR. CAMPORA:                                           09:57:18
21        Q    You keep saying dead or dying.  They don't
22   have to be dead or dying.  Right?
23             MS. GOUGH:  Asked and answered.
24             THE WITNESS:  Dead, dying, diseased,
25   decadent.  There are a number of factors that would,     09:57:25
```

```
 1   would be an FPT.
 2   BY MR. CAMPORA:
 3       Q    And a green, healthy tree can be an FPT.
 4   Correct?
 5       A    It can be, yes.                              09:57:33
 6       Q    Okay.
 7            MS. GOUGH:  Asked and answered.
 8   BY MR. CAMPORA:
 9       Q    So my question here, sir, you understand
10   that the Stockton division has more than 2,400 miles  09:57:37
11   of line.  Right?
12       A    In what context?
13       Q    Of, of the -- to be audited, of the, of
14   the, of random sample of the sections.
15       A    I, I believe that number you are referring   09:57:50
16   to is in the --
17       Q    SRA.
18       A    -- wildland areas.
19       Q    In the SRA --
20       A    SRA, yes.                                    09:57:54
21       Q    More than 2,400 miles?
22       A    Yes.
23       Q    Okay.  They audited 64 miles.  Right?
24   64.8.
25       A    They did.                                    09:58:02
```

Page 236