JENNER & BLOCK LLP
    Reid J. Schar (*pro hac vice*)
    RSchar@jenner.com
    353 N. Clark Street
    Chicago, IL  60654-3456
Telephone:   +1 312 222 9350
Facsimile:   +1 312 527 0484

CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
    899 Ellis Street
    San Francisco, CA  94109-7807
Telephone:      +1 415 749 1800
Facsimile:      +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (*pro hac vice*)
    korsini@cravath.com
    825 8th Avenue
    New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                  Defendant. | Case No. 14-CR-00175-WHA<br><br>**MEMORANDUM RE ERRATA TO PG&E'S 2019 WILDFIRE SAFETY PLAN, RESPONSE TO ORDER TO SHOW CAUSE WHY PG&E'S CONDITIONS OF PROBATION SHOULD NOT BE MODIFIED, AND RESPONSE TO NOTICE RE CALIFORNIA WILDFIRES** |

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this memorandum in connection with its filing of errata concerning (a) PG&E's Wildfire Safety Plan (Dkt. 1004-1), (b) PG&E's Response to Order to Show Cause Why PG&E's Conditions of Probation Should Not Be Modified (Dkt. 976), and (c) PG&E's Response to Notice Re California Wildfires (Dkt. 956).

On February 6, 2019, PG&E filed its Wildfire Safety Plan pursuant to the Court's Order dated January 30, 2019 (Dkt. 992). PG&E's Wildfire Safety Plan was provided to the California Public Utilities Commission ("CPUC") pursuant to Senate Bill 901 ("SB 901") earlier that day. On February 12, 2019, PG&E submitted to the CPUC an errata to correct Attachment E of the Wildfire Safety Plan. On February 14, 2019, PG&E submitted to the CPUC an amendment to the Wildfire Safety Plan. PG&E is attaching the errata and amendment as Exhibits A and B.

On January 23, 2019, PG&E filed its Response to Order to Show Cause Why PG&E's Conditions of Probation Should Not Be Modified (Dkt. 976). PG&E has identified a correction to that filing. Lines 3-5 on page 36 should be changed from "In 2017 alone, PG&E removed an additional approximately 156,000 dead or dying trees, and in 2018, it removed an additional approximately 120,000 dead or dying trees." to "In 2017 alone, PG&E removed an additional approximately 156,000 dead or dying trees, and in 2018, it removed an additional approximately 70,000 dead or dying trees."

Finally, on December 31, 2018, PG&E filed its Response to Notice Re California Wildfires (Dkt. 956). This submission included factual reports and supplemental factual reports concerning the Camp Fire and the October 2017 North Bay Wildfires (Exhibits A, L-AAA, respectively). Upon further review of the relevant documentation, PG&E has identified certain corrections to the supplemental factual reports concerning some of the October 2017 North Bay Wildfires.[1] Attached as Exhibit C is an

---

[1] PG&E is continuing to identify and collect documents relevant to the Camp Fire in response to data requests from regulators and other third parties, including the CPUC, the California Department of Forestry and Fire Protection ("CAL FIRE"), the California Independent System Operator ("CAISO"), the Butte County District Attorney and its Monitor. To the extent necessary, PG&E will provide an errata for the Camp Fire factual report once PG&E has identified all relevant underlying documentation and substantially completed its responses to these requests.

1

MEMORANDUM RE ERRATA TO PG&E'S 2019 WILDFIRE SAFETY PLAN, RESPONSE TO ORDER TO SHOW CAUSE WHY PG&E'S CONDITIONS OF PROBATION SHOULD NOT BE MODIFIED, AND RESPONSE TO NOTICE RE CALIFORNIA WILDFIRES
Case No. 14-CR-00175-WHA

errata sheet prepared with respect to the supplemental fact reports for the following fires: Adobe, Honey, LaPorte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Oakmont, Point, Potter Valley and Redwood.

Dated: February 14, 2019

Respectfully Submitted,

JENNER & BLOCK LLP,

By: /s/ Reid J. Schar
Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP,

By: /s/ Kevin J. Orsini
Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP,

By: /s/ Kate Dyer
Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

2

MEMORANDUM RE ERRATA TO PG&E'S 2019 WILDFIRE SAFETY PLAN, RESPONSE TO ORDER TO SHOW CAUSE WHY PG&E'S CONDITIONS OF PROBATION SHOULD NOT BE MODIFIED, AND RESPONSE TO NOTICE RE CALIFORNIA WILDFIRES
Case No. 14-CR-00175-WHA