United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. CR 14-00175 WHA

**REQUEST FOR ATTORNEYS PITRE AND CAMPORA TO RESPOND**

On February 22, PG&E responded to the submission of Attorneys Pitre and Campora (Dkt. No. 1015). By **MARCH 1 AT NOON**, Attorneys Pitre and Campora shall please comment on the factual accuracy of PG&E's response, as well as on the accuracy of PG&E's estimate that in 2015 the percentage of trees in contact with the lines causing outages was approximately 0.0017 percent of all trees with the potential to contact the lines, and that therefore the percentage used in Janaize Markland's testimony to the CPUC overstated the prevalence of tree contact outages.

**IT IS SO ORDERED.**

Dated: February 25, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE