# EXHIBIT 3

California Home

Thursday, Febuary 28, 2019

# Welcome to California

**CDF Homepage**
**Incident Homepage**
**Incident Information**
**Incident Maps**
**Photos**
**News Releases**
**Weather Information**
**Telephone Numbers**
**Special Notices**
**Related Links**



## Poe Fire - FINAL UPDATE

type here    search
⦿ My CA

### INCIDENT INFORMATION

| | |
|---|---|
| Last updated: | 9-12-01 at 6:30 a.m. - **FINAL UPDATE** |
| Start Date/Time: | 9-6-01 at 8:21 a.m. |
| Administrative Unit: | Butte Unit |
| Location: | Butte County, 14 miles north of Oroville, Jarbo Gap/Yankee Hill area. |
| Acres Burned: | 8,333 |
| Containment: | 100% |
| Control: | Full control expected on 9-14-01 at 6 p.m. |
| Structures Destroyed: | 36. 26 residences, 8 outbuildings, 2 commercial properties. |
| Threatened: | N/A |
| Evacuations: | N/A |
| Injuries: | 22 |
| Cause: | Tree into powerline. |
| Cooperating Agencies: | CDF, Local Government, CDC, OES, USFS |
| Total Fire Personnel: | 1,659 (1,157 CDF) |
| Fire crews: | 54 (45 CDF) |
| Engines: | 87 (57 CDF) |
| Airtankers: | N/A |
| Helicopters: | 5 (1 CDF) |
| Dozers: | 19 (4 CDF) |
| Water tenders: | 23 |
| Costs to date: | $5.4 million |
| Incident Base Location: | N/A |
| **Major Incident Command Team**: | CDF Major Incident Command Team #4 in charge of fire. |
| Conditions: | Mop-up of fire is ongoing.<br>Demobilization of resources ongoing.... |

---

This site was created by the California Department of Forestry and Fire Protection (CDF) to provide current information during major CDF incidents. Check the CDF Homepage or contact the local CDF administrative unit through the CDF Contacts for additional information.

**Back to Top of Page**

2000 State of California. Conditions of Use | Privacy Policy