# EXHIBIT 7

 

CA.gov | FAQs | Contact Us | Site Map | Translate

Search
This Site    California

HOME    ABOUT US    PROGRAMS    NEWSROOM    CAREERS    RESOURCES



Last modified on Jun 28, 2008

## WHISKEY FIRE

**Whiskey Fire Incident Information:**

| | | |
|---|---|---|
| Last Updated: | June 28, 2008 7:40 am | **FINAL** |
| Date/Time Started: | June 12, 2008 12:37 pm | |
| Administrative Unit: | Mendocino National Forest / CAL FIRE Tehama-Glenn Unit | |
| County: | Tehama County | |
| Location: | 5 miles northwest of Paskenta | |
| Estimated - Containment: | 100% contained - 7,783 acres | |
| Phone Numbers | (530) 528-5124 (Whiskey Fire Information Number) | |

### California Statewide Fire Map



Map data ©2019 Google, INEGI   Terms   100 mi
View California Fire Map in a larger map

**WHISKEY FIRE MORE INFO**

- Whiskey Fire Information
- Telephone Numbers
- Special Notices

Back to Top | Conditions of Use | Privacy Policy | Contact Us | Site Map
Copyright © 2012 State of California