# EXHIBIT 9

STATE OF CALIFORNIA

# FIRE PERIMETERS: WILDFIRES 1950 - 2017

Legend:
- 1950-1959
- 1960-1969
- 1970-1979
- 1980-1989
- 1990-1999
- 2000-2009
- 2010-2017
- Private Lands
- Public Lands

The Fire and Resource Assessment Program compiled this statewide spatial database of fire perimeters from BLM, NPS, and USFS fires 10 acres and greater in size and CAL FIRE fires 300 acres and greater in size. Collection criteria for CAL FIRE fires changed in 2002 to include timber fires greater than 10 acres, brush fires greater than 50 acres, grass fires greater than 300 acres, fires destroying three or more structures, and fires causing $300,000 or more in damage. In 2008, collection criteria for CAL FIRE fires eliminated the monetary criterion and redefined the definition of structures.

This database developed through BLM, CAL FIRE, NPS, and USFS cooperation represents the most complete digital record of fire history in California, although it is still incomplete in many respects. Users of the fire perimeter database must exercise caution to avoid inaccurate or erroneous conclusions. For more information on the use and construction of this dataset, please visit our website at: frap.fire.ca.gov/projects/fire_data/fire_perimeters_index