# EXHIBIT 10

## Top 20 Largest California Wildfires

| | FIRE NAME (CAUSE) | DATE | COUNTY | ACRES | STRUCTURES | DEATHS |
|---|---|---|---|---|---|---|
| 1 | MENDOCINO COMPLEX (Under Investigation) | July 2018 | Colusa County, Lake County, Mendocino County & Glenn County | 459,123 | 280 | 1 |
| 2 | THOMAS (Under Investigation) | December 2017 | Ventura & Santa Barbara | 281,893 | 1,063 | 2 |
| 3 | CEDAR ( Human Related) | October 2003 | San Diego | 273,246 | 2,820 | 15 |
| 4 | RUSH (Lightning) | August 2012 | Lassen | 271,911 CA / 43,666 NV | 0 | 0 |
| 5 | RIM (Human Related) | August 2013 | Tuolumne | 257,314 | 112 | 0 |
| 6 | ZACA (Human Related) | July 2007 | Santa Barbara | 240,207 | 1 | 0 |
| 7 | CARR (Human Related) | July 2018 | Shasta County, Trinity County | 229,651 | 1,614 | 8 |
| 8 | MATILIJA (Undetermined) | September 1932 | Ventura | 220,000 | 0 | 0 |
| 9 | WITCH (Powerlines) | October 2007 | San Diego | 197,990 | 1,650 | 2 |
| 10 | KLAMATH THEATER COMPLEX (Lightning) | June 2008 | Siskiyou | 192,038 | 0 | 2 |
| 11 | MARBLE CONE (Lightning) | July 1977 | Monterey | 177,866 | 0 | 0 |
| 12 | LAGUNA (POWERLINES) | September 1970 | San Diego | 175,425 | 382 | 5 |
| 13 | BASIN COMPLEX (Lightning) | June 2008 | Monterey | 162,818 | 58 | 0 |
| 14 | DAY FIRE (Human Related) | September 2006 | Ventura | 162,702 | 11 | 0 |
| 15 | STATION (Human Related) | August 2009 | Los Angeles | 160,557 | 209 | 2 |
| 16 | CAMP FIRE (Under Investigation) | November 2018 | Butte | 153,336 | 18,804 | 85 |
| 17 | ROUGH (Lightning) | July 2015 | Fresno | 151,623 | 4 | 0 |
| 18 | McNALLY (Human Related) | July 2002 | Tulare | 150,696 | 17 | 0 |
| 19 | STANISLAUS COMPLEX (Lightning) | August 1987 | Tuolumne | 145,980 | 28 | 1 |
| 20 | BIG BAR COMPLEX (Lightning) | August 1999 | Trinity | 140,948 | 0 | 0 |



*There is no doubt that there were fires with significant acreage burned in years prior to 1932, but those records are less reliable, and this list is meant to give an overview of the large fires in more recent times.

**This list does not include fire jurisdiction.  These are the Top 20 regardless of whether they were state, federal, or local responsibility.

2/19/2019

# Top 20 Most Destructive California Wildfires

| | FIRE NAME (CAUSE) | DATE | COUNTY | ACRES | STRUCTURES | DEATHS |
|---|---|---|---|---|---|---|
| 1 | CAMP FIRE (Under Investigation) | November 2018 | Butte County | 153,336 | 18,804 | 85 |
| 2 | TUBBS (Electrical) | October 2017 | Napa & Sonoma | 36,807 | 5,636 | 22 |
| 3 | TUNNEL - Oakland Hills (Rekindle) | October 1991 | Alameda | 1,600 | 2,900 | 25 |
| 4 | CEDAR (Human Related) | October 2003 | San Diego | 273,246 | 2,820 | 15 |
| 5 | VALLEY (Electrical) | September 2015 | Lake, Napa & Sonoma | 76,067 | 1,955 | 4 |
| 6 | WITCH (Powerlines) | October 2007 | San Diego | 197,990 | 1,650 | 2 |
| 7 | WOOLSEY (Under Investigation) | November 2018 | Ventura | 96,949 | 1,643 | 3 |
| 8 | CARR (Human Related) | July 2018 | Shasta County, Trinity County | 229,651 | 1,614 | 8 |
| 9 | NUNS (Powerline) | October 2017 | Sonoma | 54,382 | 1,355 | 3 |
| 10 | THOMAS (Under Investigation) | December 2017 | Ventura & Santa Barbara | 281,893 | 1,063 | 2 |
| 11 | OLD (Human Related) | October 2003 | San Bernardino | 91,281 | 1,003 | 6 |
| 12 | JONES (Undetermined) | October 1999 | Shasta | 26,200 | 954 | 1 |
| 13 | BUTTE (Powerlines) | September 2015 | Amador & Calaveras | 70,868 | 921 | 2 |
| 14 | ATLAS (Powerline) | October 2017 | Napa & Solano | 51,624 | 783 | 6 |
| 15 | PAINT (Arson) | June 1990 | Santa Barbara | 4,900 | 641 | 1 |
| 16 | FOUNTAIN (Arson) | August 1992 | Shasta | 63,960 | 636 | 0 |
| 17 | SAYRE (Misc.) | November 2008 | Los Angeles | 11,262 | 604 | 0 |
| 18 | CITY OF BERKELEY (Powerlines) | September 1923 | Alameda | 130 | 584 | 0 |
| 19 | HARRIS (Undetermined) | October 2007 | San Diego | 90,440 | 548 | 8 |
| 20 | REDWOOD VALLEY (Powerline) | October 2017 | Mendocino | 36,523 | 546 | 9 |



**"Structures" include homes, outbuildings (barns, garages, sheds, etc) and commercial properties destroyed.

***This list does not include fire jurisdiction. These are the Top 20 regardless of whether they were state, federal, or local responsibility.

2/19/2019