# EXHIBIT 24

**STATE OF CALIFORNIA**

CAL FIRE FRAP

# FIRE HAZARD SEVERITY ZONES
## IN STATE RESPONSIBLITY AREAS
### Adopted by CAL FIRE on November 7, 2007

FIRE HAZARD SEVERITY ZONES in State Responsibility Area (SRA)
- Moderate
- High
- Very High
- Federal or Local Responsibility Area