EXHIBIT 25

Skip to Main Content

CA.gov

Organization Title

CA.gov | FAQs | Contact Us | Site Map | Translate

Statewide search: [Search]

Search

Search this site: [Search]

Search

◉ This Site   ○ California

- Home
- About Us
    - Careers
      CAL FIRE provides employees with a variety of career choices and opportunities.
    - Executive
      A listing of Executive Staff within CAL FIRE.
    - History
      More than 100 years of history and experiences as the department evolves.
    - Related Links
      Links provided as a convenience and for informational purposes.
    - Memorials & Honorees
      The names of CAL FIRE firefighters honored for their service.
    - Research and Development (R&D)
      Develop, test, assess, and implement fire protection concepts and products.
- Programs
    - Fire Protection
      CAL FIRE firefighters, fire engines and aircraft answer the call of more than 350,000 emergencies each year.
    - Fire Prevention
      Through engineering, enforcement and education, CAL FIRE works to help the public take precautions to prevent fires.
    - Communications
      Provides information and education to people of all ages, in public forums, through the media and worldwide web, and the distribution and display of printed material.
    - Resource Management
      Maintaining the sustainability of all the natural resources in California.
    - Office of the State Fire Marshal
      Protecting life and property through the development and application of fire prevention engineering, training and education, and enforcement.
    - R.V.E.T.S.
      The program provides a variety of employment options and educational opportunities for veterans who have successfully served in the United States Armed Services.
    - Fire and Resource Assessment Program

- Providing extensive technical and public information for statewide fire threat, fire hazard, watersheds, socio-economic conditions, environmental indicators, and forest-related climate change.
  - Board of Forestry
  Developing policies and programs that serve the public interest in environmentally, economically, and socially sustainable management of forest and rangelands, and a fire protection system that protects and serves the people of the state.
- Newsroom
  - Incidents
  A list of major incidents from 2003 to current.
  - News Releases
  Official statements of the Department of Forestry and Fire Protection.
  - Fact Sheets
  Informational and Educational summary documents.
  - Multimedia
  Our library of video, audio and photos.
  - Social Media
  The officials list of accounts of CAL FIRE on Facebook, Twitter, YouTube, Flickr and more.
  - Statistics & Events
  Links to current year and historical incident statistics as well as details on significant events.
- Careers
  - Exams
  A list of current examinations being offered by CAL FIRE.
  - Seasonal Firefighter Hiring
  Firefighter I is a seasonal classification. As a member of a fire crew, a Firefighter I fights wildland, rural, and structural fires and responds to various other emergency situations.
  - Job Vacancies
  Job Vacancies as listed through the State Personnel Board.
  - CAL FIRE Careers
  Fire Protection, Aviation, Forestry, OSFM & Administration
  - State Personnel Board
  Career information for individuals interested in state employment.
  - R.V.E.T.S.
  CAL FIRE in partnership with the California Department of Veterans Affairs (CalVet) and the California National Guard (Cal Guard), launches R.V.E.T.S. This new program provides a variety of employment options and educational opportunities for veterans who have successfully served in the United States Armed Services.
- Resources
  - Units
  CAL FIRE's Operational Units provide local perspectives.
  - Doing Business with CAL FIRE (DVBE/Small Business)
  The California Department of Forestry and fire Protection wants to do business with you. Become a part of our small business network.
  - Hired Equipment Information

- The Department hires the equipment and services of the private sector to supplement its own resources during emergencies.
  - Public Records Act Request Guidelines
    Public records in the possession of the Department of Forestry and Fire Protection (Department) which are not exempt from disclosure under the Public Records Act shall be available for inspection, and copies of such public records shall be provided upon request.
  - Federal Excess Personal Property (FEPP)
    The FEPP Program enables the California Department of Forestry and Fire Protection (CAL FIRE) to acquire, "on loan" from the federal government, property that assists the Department in fulfilling its emergency response mission.
  - Reporting Fires on State Properties
    Notification of all fires and/or explosions in/on state-owned/occupied facilities and properties are to be reported and investigated by the State Fire Marshal.
  - Firefighter Property Program (FPP)
    To aid and strengthen local, rural, and volunteer fire departments' ability to meet their fire mission.
  - CA Business Portal
    The Governor's Office of Business and Economic Development (GO-Biz)

 Cal Fire      Aviation      All Risk      Resource Managemt

# Error 404

Our pages have moved here.

**Please take a moment to update your bookmarks or links to this site, and then use the links on this page to navigate the site.**

## CAL FIRE Site Map

**About CAL FIRE**

- About CAL FIRE
- What is CAL FIRE? (133K PDF)
- CAL FIRE At A Glance (81K PDF)
- Careers with CAL FIRE
- Executive Staff Bios
- Fact Sheets
- CAL FIRE History
- Photos and Videos
- Contact Us
- Related Links
- Site Map

**Fire Protection**

- Fire Protection
- Co-operative Efforts
- Prevention and Planning
- Air Program
- Mobile Equipment
- CAL FIRE Academy
- CDF Firefighters Memorial
- CDF Medal of Valor Honorees
- Be Prepared for Any Emergency
- Wildland Hazard & Building Codes

**Resource Management**

- Resource Management
- Forest Practice
- Forestry Assistance
- Urban Forestry
- State Forests
- Pest Management
- State Nurseries
- Vegetation Management
- Archaeology
- Prop 40 Fuels Reduction Program

**Fire Prevention**

- Office of the State Fire Marshal
- Code Development
- Fire and Life Safety
- Fire Engineering
- Fire Plan
- Wildland Fire Prevention Engineering
- State Fire Training
- Pipeline Safety
- CAIRS

**Communications**

- Communications
- News Releases
- Fire Safety Education
- Holiday/Winter Safety
- Photos and Videos
- Fact Sheets
- Communique Magazine
- Volunteers in Prevention (VIP)
- Teacher Tools
- Just For Kids

**Fire and Resource Assessment Program (FRAP)**

- Projects
- Mapping
- Data
- Tools
- Publications
- Assessments



# How Do I...

Select From The List

☒ Incident Information

Get the latest information on Major Incidents

Google Statewide Fire Map

Fire Situation Report Video

☒ Connect With Us

## ADDITIONAL INFORMATION

- What's New
    - Foothill Yellow-Legged Frog Species Information for Timber Harvesting Plans
    - CFN 121: Forest Fire, Drought, Restoration Treatments, and Carbon Dynamics: A Way Forward
    - Safeguarding California
    - Vegetation Treatment Program Environmental Impact Report (VTPEIR)
- Documents/Reports
    - 2017 SLAA Report
    - LICENSED TIMBER OPERATORS (LTOs) - WEB PAGE
    - LTO Type A & C New Application
    - LTO Type A & C Renewal Application
    - LTO Type B-Limited New Application
    - LTO Type B-Limited Renewal Application
    - CAL FIRE Language Access Complaint Form
    - CAL FIRE Language Access Complaint Form (Espanol)