FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
ALISON E. CORDOVA (SBN 284942)
acordova@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

STEVEN M. CAMPORA (SBN 110909)
scampora@dbbwc.com
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant | No.: 14-CR-00175-WHA<br><br>**DECLARATION OF STEVEN M. CAMPORA IN SUPPORT OF ATTORNEYS PITRE AND CAMPORA'S COMMENTS ON THE ACCURACY OF PG&E'S RESPONSE**<br><br>**Judge:  Hon. William Alsup** |

1

DECLARATION OF STEVEN M. CAMPORA IN SUPPORT OF ATTORNEYS PITRE AND CAMPORA'S COMMENTS ON THE ACCURACY OF PG&E'S RESPONSE - No.: 14-CR-00175-WHA

I, STEVEN M. CAMPORA, declare:

1. I am an attorney with the Law Firm of Dreyer, Babich, Buccola, Wood, Campora LLP. I have been involved with litigation, on behalf of fire and explosion victims and against Pacific Gas and Electric Company, since 2008. I have taken the deposition of more than 200 Pacific Gas and Electric Company officers and employees since 2008. I participated in the San Bruno Explosion litigation, the derivative action against the Board of Directors, the Butte Fire JCCP, the CA North Bay Fires JCCP and the Camp Fire litigation. I was a Liaison Counsel in the Butte Fire JCCP and I am a member of the Plaintiffs' Executive Committee in the CA North Bay Fires JCCP.

2. Attached hereto as Exhibit A is a copy of relevant portions from the deposition of Stephen Tankersley, taken on May 3, 2017.

3. Attached hereto as Exhibit B is a copy of relevant portions from the deposition of Stephen Tankersley, taken on May 5, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of Exhibit 52-006 to the Eric Oldford deposition taken on November 30, 2018. Eric Oldford was produced by PG&E as the Person Most Qualified on Audit Numbers identified in Plaintiffs' notice.

5. Attached hereto as Exhibit D is a true and correct copy of the Charles Filmer study which clearly stated that trees which fell into the line (FPT) cause 90% of the vegetation related fires and only 2% of the vegetation related fires and are caused by trees growing into the line (contact trees).

6. Attached hereto as Exhibit E are true and correct copies of relevant deposition testimony of Dale Oldford, the person in charge of the Quality Assurance Audits.

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Dr. Nicholas Jewell, Plaintiffs' retained statistical expert. Using data from the 2014 audit, for the Stockton Division, the site of the Butte Fire, Dr. Jewell was able to calculate the potential number of contract trees and FPT.

8. Attached hereto as Exhibit G is a true and correct copy of the December 14, 2018 California Public Utilities Commission's Order Instituting Investigation and Order to Show Cause.

9. Attached hereto as Exhibit H is a true and correct copy of the relevant portion of PG&E's Session D 2016.

10. On January 17, 2014 and again in August of 2014, Governor Brown declared a state of emergency based on wildfire in California.   Attached hereto as Exhibit I is a true and correct copy of the State of Emergency proclamation.

11. Attached hereto as Exhibit J is a true and correct copy of relevant deposition testimony of Erin Parks, a PG&E Program Manager for quality control.

12. Attached hereto as Exhibit K are relevant portions of deposition testimony of Geisha Williams, taken on July 7, 2017.

13. Attached hereto as Exhibit L is a true and correct copy of relevant deposition testimony taken of April Kennedy, taken on May 21, 2017.

14. Attached hereto as Exhibit M are relevant portions of deposition testimony of Brian Biancardi, PG&E's Person Most Qualified to testify as to the dangers posed by FPT.

15. Attached hereto as Exhibit N are true and correct copies of relevant portions of deposition testimony of Stephen Tankersley, taken on May 23, 2017.  Ms. Tankersley was the former head of Vegetation Management at PG&E.

16. Attached hereto as Exhibit O is a true and correct copy of relevant deposition testimony of Eric Woodyard, a PG&E forester, taken on May 25, 2017.  Mr. Woodyard specifically testified that in fact PG&E was looking for green healthy trees which posed risk to the line.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge.  Executed this 28th day of February 2019 at Sacramento, California.



_____
Steven M. Campora