IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Defendant.<br>                                                          / | No. CR 14-0175 WHA<br><br>**NOTICE TO CPUC AND CAL FIRE RE SECOND ORDER TO SHOW CAUSE** |

The Court invites the CPUC and CAL FIRE to comment on the conditions of probation proposed in the March 5 order to show cause by **MARCH 22, 2019 AT NOON** and requests that knowledgeable representatives of both entities attend the hearing set for **APRIL 2, 2019 AT 8:00 A.M.** PG&E and the government shall transmit a copy of this notice and the March 5 order to show cause to the CPUC and CAL FIRE.

Dated: March 6, 2019.

  _____
  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE