1  XAVIER BECERRA
   Attorney General of California
2  TRACY L. WINSOR
   Supervising Deputy Attorney General
3  JEFFREY P. REUSCH, State Bar No. 210080
   KELLY WELCHANS, State Bar No. 253191
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7804
    Fax: (916) 327-2319
7   E-mail: Kelly.Welchans@doj.ca.gov
   Attorneys for Non-Party CAL FIRE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 3:14-cr-00175-WHA |
|---|---|
| Plaintiff, | **CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION'S SUBMISSION IN RESPONSE TO COURT'S MARCH 6, 2019, REQUEST [Dkt. No. 1028] RE SECOND ORDER TO SHOW CAUSE WHY PG&E'S CONDITIONS OF PROBATION SHOULD NOT BE MODIFIED [Dkt. No. 1027]** |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

On March 5, 2019, the Court issued its Second Order to Show Cause Why PG&E's Conditions of Probation Should Not Be Modified (Second OSC, Dkt. No. 1027), and on March 6, 2019, the Court invited the California Department of Forestry and Fire Protection (CAL FIRE) and the California Public Utilities Commission (CPUC) to "comment on the conditions of probation proposed" in the Second OSC. (March 6, 2019, Notice to CPUC and CAL FIRE Re Second Order to Show Cause, Dkt. No. 1028.)

CAL FIRE provides this submission in an effort to assist the Court. In making this submission invited by the Court, as a non-party to this proceeding, CAL FIRE intends to preserve and does not waive its, or any other State agency's, Eleventh Amendment immunity. Because the California Constitution creates a structure of divided executive power, each agency of the State acts on behalf of the State within its own statutory and regulatory authority. *See Marine Forests Soc'y v. Cal. Coastal Comm'n*, 36 Cal. 4th 1, 31 (2005); *People ex rel. Lockyer v. Superior Court*, 122 Cal. App. 4th 1060, 1078-80 (2004). CAL FIRE's submission is, thus, made solely on its own behalf, and this submission reflects the views of CAL FIRE alone and not any other state agency.

CAL FIRE thanks the Court for the opportunity to comment on the proposed conditions of probation. At this time, CAL FIRE has no comments in addition to those set forth in its January 25 and February 6 submissions to the Court.

Dated: March 22, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
TRACY L. WINSOR
Supervising Deputy Attorney General

KELLY A. WELCHANS
Deputy Attorney General
*Attorneys for Department of Forestry and Fire Protection*

SA2019300114

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | CalFire Response to District Court Information Request (PG&E Probation) | No. | United States District Court, Northern District No. 3:14-CR-00175-WHA |

I hereby certify that on March 22, 2019, I filed the following documents with the Clerk of the Court:

**CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION'S SUBMISSION IN RESPONSE TO COURT'S MARCH 6, 2019, REQUEST [Dkt. No. 1028] RE SECOND ORDER TO SHOW CAUSE WHY PG&E'S CONDITIONS OF PROBATION SHOULD NOT BE MODIFIED [Dkt. No. 1027]**

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

I further certify that I delivered courtesy copy, as follows:

Honorable District Judge William H. Alsup             *Courtesy Copy for Judge Alsup*
Phillip Burton Federal Building
 & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 22, 2019, at San Francisco, California.

| | |
|---|---|
| P. Santamaria | |
| Declarant | Signature |

SA2019300114
21393945.docx