# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Defendant. | Case No. 14-CR-00175-WHA<br><br>**[PROPOSED] ORDER ADOPTING NEW CONDITIONS OF PROBATION** |

This order follows the May 7, 2019 sentencing hearing regarding defendant PG&E's Form 12 violation.  In addition to the conditions of probation already in effect, the Court imposes the following new conditions of probation:

- By no later than July 15, 2019, the PG&E Board of Directors, PG&E's Chief Executive Officer and certain other PG&E senior executive leaders, the Monitor, and Probation shall visit Paradise and San Bruno to gain a firsthand understanding of the harm inflicted on those communities and meet with victims and others stakeholders, such as fire-fighting personnel and/or city officials.
- A committee of the PG&E Board of Directors shall assume responsibility for tracking progress against PG&E's Wildfire Safety Improvement Plan, as approved by the California Public Utilities Commission, and the new terms of probation imposed on April 3 regarding wildfire safety.  The committee is to report in writing to the Board at least quarterly, and also present orally to the Board at least quarterly, PG&E's progress in meeting the terms of the approved Wildfire Safety Improvement Plan and the April 3 terms of probation and, to the extent there are shortfalls, how PG&E will address the shortfalls.

**IT IS SO ORDERED.**

Dated:  May _____, 2019

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE