# EXHIBIT B

Exhibit B: PG&E Corporate Campaign Contribution Report Links

This chart contains links to PG&E's periodic public campaign statements filed with the California Secretary of State (Fair Political Practices Commission (FPPC) Form 461, Major Donor Campaign Statement) disclosing the contributions listed in Exhibit A.

| Date | Amount | FPPC Form 461 Links |
|---|---|---|
| Jan. to June 30, 2019 | $0 | N/A |
| July 1 to Dec. 31, 2018 | $2,299,195 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2350510&amendid=0 |
| Jan. 1 to June 30, 2018 | $917,750 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2276929&amendid=0 |
| Oct. 1 to Dec. 31, 2017 | $1,091,400 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2211957&amendid=0 |
| July 1 to Sept. 30, 2017 | $406,669.10 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2194182&amendid=0 |
| Apr. 1 to June 30, 2017 | $504,950 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2177204&amendid=0 |
| Jan. 1 to Mar. 30, 2017 | $124,300 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2157546&amendid=0 |
| Total | $5,344,264.10 | |

1