IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. CR 14-0175 WHA

**ORDER RE JULY 26 REPORT AND SETTING HEARING**

By **SEPTEMBER 3 AT NOON**, PG&E shall respond to the Monitor's letter report to the Court dated July 26, 2019. A hearing on the matter will be held **SEPTEMBER 17 AT 9 A.M.** If the report has not already been provided to PG&E, then it shall be provided to PG&E immediately by the Monitor. Given the public interest in the subject, the Monitor shall promptly file a copy on the public docket as well.

Dated: August 12, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE