IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

Defendant.

No. CR 14-0175 WHA

**ORDER DENYING MOTION TO RELATE CASES**

Random assignment of matters in our district court is important to maintain public confidence in our process. Deviation from random assignment should occur under our related-case rule only where a case is genuinely related within the meaning of the rule. To be sure, the complaint in *Cannara v. Nemeth*, *et al.*, Case No. C 19-04171 EMC, concerns the subject of wildfires caused by PG&E, but the complaint deals primarily with other important public policy issues. More specifically, the complaint concerns the extent to which liability for loss of life and property from wildfires started by PG&E (and other utilities) must be borne by innocent rate-paying customers (as opposed to the owners of the utility) and also the extent to which the recent enactment in Sacramento resulted from campaign contributions from PG&E (and other utilities). Despite the importance of these issues to California, their resolution will not substantially impact the ongoing supervision of the offender in the criminal probation in

*USA v. PG&E*, Case No. CR 14-0175 WHA. Therefore, the motion to relate the civil case to the criminal case is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 12, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE