JENNER & BLOCK LLP
    Reid J. Schar (*pro hac vice*)
    RSchar@jenner.com
    353 N. Clark Street
    Chicago, IL 60654-3456
Telephone:  +1 312 222 9350
Facsimile:  +1 312 527 0484

CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
    899 Ellis Street
    San Francisco, CA 94109-7807
Telephone:  +1 415 749 1800
Facsimile:  +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (*pro hac vice*)
    korsini@cravath.com
    825 Eighth Avenue
    New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendants PACIFIC GAS AND ELECTRIC COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                        Defendant. | Case No. 14-CR-00175-WHA<br><br>**PACIFIC GAS AND ELECTRIC COMPANY'S SUPPLEMENTAL RESPONSE TO REQUEST FOR INFORMATION**<br><br>Judge:  Hon. William Alsup<br>Date:  August 16, 2019 |

PG&E writes to provide additional detail regarding statements in its July 31, 2019 submission that the Caribou-Palermo 115 kV Transmission Line has been permanently de-energized to avoid any misunderstanding of what the de-energization of the line entails.

The Caribou-Palermo 115 kV Transmission Line has two sections:  a northern section and a southern section.  Both sections of the Caribou-Palermo 115 kV Transmission Line have been permanently de-energized.

The northern section of the line is approximately 36 miles long and runs from Caribou Powerhouse to the Big Bend Switching Station.  This section of the line is supported by single-circuit towers that carry only one transmission line—the now de-energized Caribou-Palermo 115 kV Transmission Line.  Tower :27/222, where the Camp Fire originated, is located along this section, approximately 10 miles north of the Big Bend Switching Station.

The southern section of the line is of a different vintage and construction than the northern section and runs from the Big Bend Switching Station to Palermo Substation (a distance of approximately 16 miles).  Between the Big Bend Switching Station and the Palermo Substation, nearly all of the towers are double-circuit towers that support both the de-energized Caribou-Palermo 115 kV Transmission Line, as well as other transmission lines or lower-voltage distribution lines that remain energized.  Consistent with PG&E's Wildfire Safety Inspection Program, all such transmission towers located in Tier 2 and Tier 3 High Fire-Threat District areas that support energized lines have been subjected to PG&E's enhanced climbing and drone inspections prior to the 2019 fire season.  All of the highest-priority conditions identified during PG&E's enhanced inspections of these towers were addressed or made safe by February 2019.

                                          Respectfully Submitted,

Dated: August 16, 2019

                                          JENNER & BLOCK LLP

By:   /s/ Reid J. Schar
        Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Kevin J. Orsini
        Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By:   /s/ Kate Dyer
        Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY