IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant.<br>_____/ | No. CR 14-0175 WHA<br><br>**ORDER RE LETTER RE: PREPARATION FOR HIGH WIND SEASON AND NUMBER OF FIRES (GREATER OR EQUAL TO 10 ACRES IN SIZE)** |

By **OCTOBER 9 AT NOON**, PG&E shall file a response on the public docket providing precise details regarding the two ignitions due to vegetation and the one ignition due to equipment that resulted in fires ten acres or greater in 2019. Specifically, the response shall address the total acreage of the fires caused, the location, the name, the timing, the structures burned, the exact cause of the fires, and any other pertinent details.

Dated: October 2, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE