UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CRIMINAL MINUTES

| | | | |
|---|---|---|---|
| Judge: | William Alsup | Time in Court: | 29 minutes |
| Date: | October 8, 2019 | | |
| Case No. | 14-cr-00175-WHA-1 | | |

**United States of America**   v.   **Pacific Gas and Electric Company**

           Defendant
☒ Present
☐ Not Present
☐ In Custody

U.S. Attorney
Hallie Hoffman
Jeff Schenk

Defense Counsel
Reid Schar
Kate Dyer

Deputy Clerk:  Tracy Geiger            Reporter:  Marla Knox

Probation Officer:  Jennifer Hutchings

### PROCEEDINGS

REASON FOR HEARING:   Status Conference

RESULT OF HEARING:   Court addressed letter received from City of San Bruno.

San Bruno City Attorney Marc Zafferano; San Bruno Mayor Rico Medina; and San Bruno City Manager Jovan Grogan present.

Court directs City of San Bruno to provide a concrete plan to the Court at the next hearing date. The plan should include, but not limited to, a timeline; list of contractors; amount to be spent on consultants and lawyers.

CONTINUED: **November 12, 2019 at 12:00 pm** for Status Conference

1