IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant.<br>_____/ | No. CR 14-0175 WHA<br><br>**REQUEST FOR INFORMATION ON PSPS** |

    By **OCTOBER 30 AT NOON**, PG&E shall please file a statement setting forth, based on the line inspections after the recent PSPS, how many trees and limbs fell or blew onto the deenergized lines and how many of those would likely have caused arcing had the power been left on.  PG&E shall please also explain how many of those instances occurred on lines not yet cleared for vegetation versus lines that have been cleared.  Separately, state how many infrastructure failures were found during the inspections after the PSPS, how many of those failures would likely have produced arcing, and how many of those failures had been inspected within the last 12 months.  For each instance where arcing would likely have occurred, please state the location by county and coordinates.

Dated: October 14, 2019.

                                                       WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE