JENNER & BLOCK LLP
  Reid J. Schar (*pro hac vice*)
  RSchar@jenner.com
  353 N. Clark Street
  Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
  Kate Dyer (Bar No. 171891)
  kdyer@clarencedyer.com
  899 Ellis Street
  San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
  Kevin J. Orsini (*pro hac vice*)
  korsini@cravath.com
  825 8th Avenue
  New York, NY 10019
Telephone:    +1 212 474 1000
Facsimile:    +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No. 14-CR-00175-WHA<br><br>**SUPPLEMENTAL RESPONSE TO REQUEST FOR INFORMATION RE:  NUMBER OF FIRES (GREATER OR EQUAL TO 10 ACRES IN SIZE)**<br><br>Judge:  Hon. William Alsup |

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this supplemental response to the Court's September 17, 2019 request for information regarding the

number of fires (greater or equal to ten acres in size) in 2019 that involved PG&E equipment. PG&E submitted its response on October 1, 2019, in which it identified nine fires of ten acres or more during 2019 that its equipment may have contributed to igniting.  (Dkt. 1099.)  On October 2, the Court requested additional information about three of those fires.  (Dkt. 1100.)  In PG&E's October 9, 2019 response to the Court's October 2 Order, PG&E identified an additional fire of ten acres or more that its equipment may have contributed to igniting.  (Dkt. 1103.)

PG&E submits this supplemental response because it has identified an additional fire greater than ten acres to which its equipment may have contributed, which was inadvertently excluded from its prior submissions.  This fire occurred on June 25, 2019.  Although the cause of this fire is currently unknown and the California Department of Forestry and Fire Protection ("Cal Fire") is investigating, PG&E's equipment may have contributed to igniting that fire.

PG&E's analysis of the event described below is ongoing and the information below represents PG&E's current understanding of the circumstances.

**June 25, 2019 Ignition**

1. The fire was approximately 2546 acres.
2. The fire occurred in Monterey County.
3. The Cal Fire designation for this fire is the Lonoak Fire.
4. The fire ignited on June 25, 2019, at approximately 4:00 p.m. and was contained on June 26, 2019 at approximately 3:00 p.m.
5. There were no structures burned.
6. It appears that the fire started when a bird contacted a conductor causing a fault, which caused a conductor to contact the ground.  Cal Fire is currently investigating this fire.  *See* California Department of Forestry & Fire Protection, Lonoak Fire, General Information *available at* https://fire.ca.gov/incidents/2019/6/26/lonoak-fire/.

In addition, since its initial submission, PG&E has identified other ignitions that resulted in a fire greater than ten acres to which its equipment may have contributed.  One of these is the Kincade Fire.  The information regarding those fires, including the time the fires started, the

number of acres burned and whether there was any damage is still preliminary.  PG&E will provide the information to the Court once PG&E has it.  PG&E notes, however, that it may be delayed in doing so in view of the ongoing Public Safety Power Shutoff ("PSPS") events, which require significant resources to ensure the timeliness of decision-making, the re-energization of power lines and that customers get the support they need before, during and after the shutdowns.

Dated:  October 28, 2019

Respectfully Submitted,

JENNER & BLOCK LLP

By:   /s/ Reid J. Schar
    Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Kevin J. Orsini
    Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By:   /s/ Kate Dyer
    Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY