## Exhibit A

| No. | County | Latitude | Longitude | Date of Last Routine Inspection | Date of Last Drought and Tree Mortality Response ("CEMA") Inspection |
|---|---|---|---|---|---|
| 1 | Butte | 39.7366321 | -121.631646 | 7/10/2019 | 11/7/2018 |
| 2 | Contra Costa | 37.917642 | -122.158792 | 1/15/2019 | 9/18/2019 |
| 3 | El Dorado | 38.75650556 | -120.7646669 | 9/10/2019 | 5/3/2019 |
| 4 | El Dorado | 38.93421095 | -120.7470918 | 6/27/2019 | 3/5/2019 |
| 5 | Glenn | 39.619579 | -122.194749 | 9/17/2019 | N/A[1] |
| 6 | Lake | 38.762367 | -122.61601 | 9/10/2019 | 9/10/2018 |
| 7 | Lake | 38.921837 | -122.597501 | 4/10/2019 | 5/7/2019 |
| 8 | Lake | 38.964102 | -122.712446 | 12/13/2018 | 6/25/2019 |
| 9 | Napa | 38.5885592 | -122.6047347 | 7/15/2019 | 1/9/2019 |
| 10 | San Mateo | 37.524045 | -122.488047 | 12/20/2018 | 8/15/2019 |
| 11 | Santa Clara | 36.9901 | -121.7333 | 11/20/2018 | 8/29/2019 |
| 12 | Santa Clara | 37.25319 | -122.11711 | 6/15/2019 | 8/10/2018 |
| 13 | Santa Clara | 37.1593 | -121.9822 | 4/8/2019 | 8/13/2019 |
| 14 | Santa Clara | 37.15058 | -121.97732 | 4/4/2019 | 8/13/2019 |
| 15 | Santa Clara | 37.1986 | -122.0279 | 4/25/2019 | 8/13/2019 |
| 16 | Santa Clara | 37.198 | -122.0284 | 4/17/2019 | 8/13/2019 |
| 17 | Santa Clara | 37.282777 | -122.120663 | 6/15/2019 | 8/10/2018 |
| 18 | Santa Clara | 37.282777 | -122.120663 | 6/15/2019 | 8/10/2018 |
| 19 | Santa Clara | 37.268674 | -122.093026 | 5/2/2019 | 8/10/2018 |
| 20 | Santa Clara | 37.464379 | -121.877234 | 5/31/2018 | 8/9/2019 |
| 21 | Santa Clara | 37.439813 | -121.828561 | 6/11/2019 | 5/9/2018 |
| 22 | Santa Cruz | 37.0846 | -122.0076 | 4/29/2019 | 2/2/2019 |
| 23 | Santa Cruz | 37.10299 | -122.05492 | 10/11/2018 | 6/4/2019 |
| 24 | Santa Cruz | 37.0012 | -122.0388 | 11/7/2018 | 4/19/2019 |
| 25 | Santa Cruz | 37.0538 | -122.0766 | 9/16/2019 | 2/2/2019 |
| 26 | Santa Cruz | 37.084501 | -122.088561 | 8/30/2019 | 6/4/2019 |
| 27 | Santa Cruz | 37.0559 | -122.0197 | 4/15/2019 | 2/2/2019 |
| 28 | Santa Cruz | 37.0608 | -122.0144 | 4/18/2019 | 2/2/2019 |
| 29 | Santa Cruz | 37.1529 | -122.1322 | 9/27/2019 | 6/4/2019 |
| 30 | Shasta | 40.67319161 | -122.2514249 | 3/11/2019 | 11/7/2018 |
| 31 | Shasta | 40.48512705 | -122.291632 | 1/17/2019 | 11/6/2018 |
| 32 | Shasta | 40.389435 | -122.299003 | 6/5/2019 | 1/29/2019 |
| 33 | Shasta | 40.72505574 | -122.0820067 | 3/4/2019 | 8/2/2018 |

---

[1] The location where the vegetation damage occurred is outside the scope of the CEMA program.

| No. | County | Latitude | Longitude | Date of Last Routine Inspection | Date of Last Drought and Tree Mortality Response ("CEMA") Inspection |
|---|---|---|---|---|---|
| 34 | Solano | 38.4033 | -122.0136 | 9/30/2019 | 2/25/2019 |
| 35 | Sonoma | 40.038611 | -122.106437 | 6/25/2019 | 3/25/2019 |
| 36 | Sonoma | 38.271186 | -122.453757 | 5/1/2018 | 8/9/2019 |
| 37 | Sonoma | 38.284143 | -122.441792 | 6/14/2019 | 9/16/2019 |
| 38 | Sonoma | 38.28672 | -122.67066 | 10/16/2018 | 4/23/2019 |
| 39 | Sonoma | 38.45493 | -122.636788 | 4/2/2019 | 9/10/2019 |
| 40 | Tehama | 40.17885284 | -122.3231927 | 7/30/2019 | 2/20/2019 |
| 41 | Tehama | 40.18872898 | -122.1888241 | 9/19/2019 | 3/19/2019 |
| 42 | Tehama | 40.19228 | -122.20472 | 9/19/2019 | 3/12/2019 |
| 43 | Tuolumne | 38.19367449 | -119.9778051 | 7/8/2019 | 12/26/2018 |
| 44 | Yuba | 39.455212 | -121.225802 | 3/28/2019 | 1/9/2017 |