## **Exhibit B**

| No. | County | Latitude | Longitude | Date of Last Patrol | Date of Last Inspection |
|---|---|---|---|---|---|
| 1 | Alameda | 37.83742499 | -122.1904235 | 3/15/2018 | 4/20/2019 |
| 2 | Amador | 38.443596 | -120.714404 | 7/26/2019 | 3/25/2019 |
| 3 | Butte | 39.57913 | -121.1102645 | 6/26/2019 | 4/26/2019 |
| 4 | Contra Costa | 37.90313 | -122.18933 | 11/16/2018 | 4/16/2019 |
| 5 | Contra Costa | 37.847705 | -122.147084 | 1/9/2018 | 1/4/2019 |
| 6 | Placer | 39.03025 | -120.971402 | 2/26/2019 | 5/31/2019 |
| 7 | Placer | 39.00471963 | -121.0364809 | 3/7/2019 | 2/28/2019 |
| 8 | Placer | 38.857352 | -121.212649 | 8/30/2017 | 9/16/2015 |
| 9 | Shasta | 40.72226685 | -122.3268417 | 10/17/2018 | 3/23/2019 |
| 10 | Shasta | 40.48158624 | -122.2687965 | 3/25/2019 | 1/29/2015 |
| 11 | Shasta | 40.4839753 | -122.3121229 | 2/11/2019 | 2/15/2015 |
| 12 | Yuba | 39.31297456 | -121.4185258 | 5/20/2019 | 2/19/2015 |