IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. CR 14-0175 WHA

**QUESTIONS TO PG&E RE LATE OCTOBER PSPSs**

Realizing that PG&E is now rightfully preoccupied with managing its response to the worst of the windstorm-wildfire season, the Court will give the offender until **NOON ON NOVEMBER 29** to answer the following questions, all of which are intended to gather information to assess its compliance with conditions of probation:

    1.    With respect to the late October PSPSs, please supply all of the same type of information already requested of PG&E, for the early October PSPS (Dkt. Nos. 1100, 1106).

    2.    If a jumper cable separates and falls away from an energized *transmission* line, will any arcing or sparking plausibly occur, even briefly, between the energized line as it falls away? If a jumper cable becomes disconnected from an energized line, what other scenarios could plausibly produce sparking or arcing?

3. What scenarios could plausibly cause a jumper cable to separate from a transmission line during a windstorm?

4. For the Burned Mountain Tower in question, when, how and by whom was the jumper cable in question last inspected?

5. Should we now be worried that other jumper cables inspected in the same manner have potential failures that have gone undetected?

6. How many structures have been lost and how many lives have been lost by wildfires arguably caused by PG&E *distribution* lines in 2019? The Court is inclined to expect that the answer for 2019 thus far will be many fewer than for prior years, thanks to the PSPS interruptions, but the Court (and the public) would appreciate a more precise answer. Please answer as of **NOVEMBER 29**.

7. A local television station has suggested that the PSPS process itself has sparked wildfires. Has there been any such instance, even arguably?

**IT IS SO ORDERED.**

Dated: November 4, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2