JENNER & BLOCK LLP
    Reid J. Schar (*pro hac vice*)
    RSchar@jenner.com
    353 N. Clark Street
    Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
    899 Ellis Street
    San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (*pro hac vice*)
    korsini@cravath.com
    825 8th Avenue
    New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>        v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                     Defendant. | Case No. 14-CR-00175-WHA<br><br>**[PROPOSED] ORDER AMENDING CONDITIONS OF PROBATION** |

On November 12, 2019, the Court ordered the parties to jointly offer language regarding revising conditions of probation. Pacific Gas and Electric Company ("PG&E"), the U.S. Attorney's Office, and the U.S. Probation Officer overseeing PG&E's probation, have conferred and agreed to propose the language in Exhibit A.

Respectfully Submitted,

Dated: November 27, 2019    JENNER & BLOCK LLP


By:   /s/ Reid J. Schar
     Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP


By:   /s/ Kevin J. Orsini
     Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP


By:   /s/ Kate Dyer
     Kate Dyer (Bar No. 171891)


Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

1

[PROPOSED] ORDER ADOPTING NEW CONDITIONS OF PROBATION
**Case No**. 14-CR-00175-WHA