# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>**[PROPOSED] ORDER ADOPTING AMENDING CONDITIONS OF PROBATION** |

This matter coming before the Court at the request of the City of San Bruno, and with the support of the United States Probation Department, the following is ORDERED:

- Pacific Gas and Electric Company ("PG&E"), subject to the necessary approvals related to its ongoing bankruptcy, will place $3,000,000.00 into the court's registry account.
- The City of San Bruno may only use such funds for the purposes of hard costs incurred as part of the Crestmoor Canyon Wildfire Mitigation Project (the "Project"), as more fully described in the City of San Bruno's November 8, 2019 letter to the Court.
- Requests by the City of San Bruno to draw against the $3,000,000.00 held in the court's registry account for the Project will be reviewed by the Court and/or the United States Probation Department and approved or denied in their sole discretion. A court order will issue either approving or denying the expense and, if approved, will indicate the disbursement should be taken from the court's registry account.
- Special Condition #7 of PG&E's terms of probation required 10,000 hours of community service be completed by PG&E, approximately 7,500 of which have been

completed to date.  Once the court's registry account has been funded pursuant to this Order, Special Condition #7 shall be deemed complete and removed as a condition of probation.

**IT IS SO ORDERED.**

Dated:  November _____, 2019

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE