IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. CR 14-0175 WHA

**REQUEST FOR FIGURES FROM INVESTIGATION REPORT**

    In the recent CPUC report entitled "Appendix A SED Investigation Report for 2018 Camp Fire with Attachments," Figures 4 and 9 are redacted. PG&E shall please file copies of these figures herein for the Court's review and for the public's review or show cause why PG&E should not do so. This should be done by **THURSDAY AT NOON.**

Dated: December 3, 2019.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE