JENNER & BLOCK LLP
    Reid J. Schar (*pro hac vice*)
    RSchar@jenner.com
    353 N. Clark Street
    Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
    899 Ellis Street
    San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (*pro hac vice*)
    korsini@cravath.com
    825 8th Avenue
    New York, NY 10019
Telephone:    +1 212 474 1000
Facsimile:    +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                 Defendant. | Case No. 14-CR-00175-WHA<br><br>**RESPONSE TO REQUEST FOR FIGURES FROM INVESTIGATION REPORT**<br><br>Judge:  Hon. William Alsup |
|---|---|

Defendant Pacific Gas & Electric Company ("PG&E") respectfully submits this response to the Court's December 3, 2019 order requesting Figures 4 and 9 of the CPUC report entitled "Appendix A SED Investigation Report for 2018 Camp Fire with Attachments."

PG&E has no objection to providing both photographs requested by the Court in an unredacted format.

PG&E also received the CPUC Safety and Enforcement Division's Camp Fire Report ("Report") in redacted format.  The claim of confidentiality regarding Figure 4 and Figure 9 is not PG&E's claim of confidentiality.  It appears that the photograph in Figure 4 is one initially provided by PG&E, but redacted in the Report.

After receiving the Court's Order, on December 4, 2019, PG&E contacted the CPUC, which advised that the redactions had been made at the request of CAL FIRE.  The same day, PG&E reached out to CAL FIRE to request copies of the photographs and permission to provide them to the Court.  On the evening of December 4, 2019, CAL FIRE responded that it had no objection to the provision of the photograph at Figure 4 and confirmed the photograph originated with PG&E.  An unredacted copy of Figure 4 is attached to this filing as Exhibit A.

As to Figure 9, CAL FIRE responded it had no objection to the provision of an unredacted copy of the photograph provided that the Butte County District Attorney also agreed. Thereafter, on the morning of December 5, 2019, PG&E reached out to the Butte County District Attorney regarding the Court's request.  As of the time of this filing, it is PG&E's understanding that the Butte County District Attorney objects to the public filing of an unredacted copy of Figure 9.  PG&E's understanding is that, unlike Figure 4, Figure 9 did not originate with PG&E. Nonetheless, PG&E is endeavoring to determine if the Figure 9 that is redacted in the Report is in its possession in an unredacted format, and, if so, whether it is possessed in a manner that would permit provision to the Court.  To the extent PG&E determines it has possession of Figure 9 in an unredacted format it will further update the Court.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:  December 5, 2019 | JENNER & BLOCK LLP |
|  | By:   /s/ Reid J. Schar   <br> Reid J. Schar (*pro hac vice*) |
|  | CRAVATH, SWAINE & MOORE LLP |
|  | By:   /s/ Kevin J. Orsini   <br> Kevin J. Orsini (*pro hac vice*) |
|  | CLARENCE DYER & COHEN LLP |
|  | By:   /s/ Kate Dyer   <br> Kate Dyer (Bar No. 171891) |
|  | Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY |