IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Defendant. | No. CR 14-0175 WHA<br><br>**SUPPLEMENTAL QUESTION 6a** |

By **DECEMBER 19 AT NOON** PG&E shall please include an answer to this related question:

    6a.    With respect to the extent to which PG&E had been aware of the C-hook problem, please respond specifically to the attached news story stating PG&E was so aware as early as 1987.

Dated: December 16, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE