JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
   RSchar@jenner.com
   353 N. Clark Street
   Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
   899 Ellis Street
   San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
   825 Eighth Avenue
   New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                 Defendant. | Case No. 14-CR-00175-WHA<br><br>**RESPONSE TO FOLLOW-UP QUESTIONS RE CPUC REPORT ON CAMP FIRE, FURTHER QUESTIONS TO BE ANSWERED BY PG&E BY DECEMBER 19 AND SUPPLEMENTAL QUESTION 6a**<br><br>Judge: Hon. William Alsup |

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this response to the Court's December 5, December 6 and December 16, 2019 requests for information relating to the November 8, 2019 Incident Investigation Report regarding the Camp Fire issued by the Safety and Enforcement Division ("SED") of the California Public Utilities Commission ("CPUC").

For clarity, PG&E uses the term "wear" and its variants throughout this submission to refer to material loss on a suspension hook or hanger plate resulting from relative sliding motion between those components. PG&E uses the term "hanger plate" throughout this submission to refer to any hardware on a transmission structure used to attach a C-hook or other type of suspension hook to the structure, including tower arms with "working eyes" or "rigging eyes" through which C-hooks pass. PG&E understands the terms "Incident Tower" and "Adjacent Tower", as used in the Court's December 5 and December 6, 2019 orders, to refer to Tower :27/222 and Tower :27/221, respectively, on the Caribou-Palermo 115 kV Transmission Line (the "Caribou-Palermo Line"). The C-hook on Tower :27/222 that broke was suspended from the left-phase transposition runner arm of the tower before it broke.

**Question 1:** On the Incident Tower, did the C-hook thread through the eye on the original runner arm or the eye on the added hanger plate or both? What was the point of two eyes?

**PG&E Response:**

Working eyes are openings on hanger plate surfaces through which insulator attachment hardware, including C-hooks, are threaded. The two C-hooks of interest on Tower :27/222 were each suspended from a transposition runner arm, and each attached a suspension insulator supporting a transposition jumper to the tower. As of November 8, 2018, each of those C-hooks passed through only the working eyes of the replacement hanger plates affixed to their respective runner arms. The two C-hooks did not pass through the working eyes of both the original runner arms and replacement hanger plates at the same time.

1   PG&E believes that the C-hooks supporting the transposition jumper previously
2   passed through the working eyes of the transposition runner arms. Based on original design
3   drawings for towers of the type corresponding to the Incident Tower (on which the replacement
4   hanger plates do not appear), as well as recent photographs showing that the original working
5   eyes on the left- and right-phase transposition runner arms are worn, PG&E believes that the
6   replacement hanger plates may have been installed to address wear on the original working eyes
7   of the left- and right-phase transposition runner arms.

8   **Question 2:**  What was the condition of the C-hook on the second parallel runner
9   arm on the Incident Tower (the one that did not detach during the storm)?

10  **PG&E Response:**

11  PG&E is providing as Exhibit A photographs showing the condition of the
12  C-hook on the right-phase transposition runner arm on Tower :27/222 at the time the California
13  Department of Forestry and Fire Protection ("CAL FIRE") collected it on November 14, 2018.
14  At that time, PG&E assisted CAL FIRE's collection of, among other items of evidence, the
15  C-hook that broke on Tower :27/222, the C-hook on the right-phase transposition runner arm that
16  did not break, the transposition runner arms and the insulator strings to which the foregoing
17  C-hooks were attached. CAL FIRE permitted PG&E to take photographs of the November 14,
18  2018 evidence collection. PG&E previously provided the photographs attached as Exhibit A to
19  the CPUC, CAL FIRE, the Butte County District Attorney's office and the California Attorney
20  General's office in connection with their investigations related to the Camp Fire.

21  Based on the photographs, PG&E believes that, as depicted in the photographs,
22  the C-hook on the right-phase transposition runner arm had material loss of roughly 30%. Under
23  the guidelines in PG&E's Electric Transmission Preventive Maintenance ("ETPM") Manual in
24  effect at the time of the Camp Fire, material loss of between 30% and 50% on insulators and
25  steel structures, including C-hooks, is a condition that should be assigned Priority Code E. Such
26  conditions must be addressed within 12 months.

27
28

**Question 3:** What was the height above ground on the C-hook in question?

**PG&E Response:**

Using the area directly beneath the C-hook as a reference point, the C-hook on Tower :27/222 that broke on November 8, 2018 was, before it broke, approximately 47 feet above the ground.  PG&E notes that the Incident Tower is located on a steep incline.  The distance from the C-hook to the ground therefore varies (in some cases substantially) depending on the precise location used as the reference point for any measurement from the C-hook to the ground.

**Question 4:** How closely did any drone inspect the C-hook in question prior to the Camp Fire?  Are the images available?  If so, provide the ones that show the C-hook in question.

**PG&E Response:**

PG&E did not inspect the Incident Tower by drone before the Camp Fire.  PG&E first used camera-equipped drones to inspect the Caribou-Palermo 115 kV Transmission Line and other lines in high fire-threat areas in connection with its Wildfire Safety Inspection Program ("WSIP").  That program was implemented after the Camp Fire.  Prior to the Camp Fire, PG&E's routine inspection and patrol records for 115 kV lines typically did not include photographs of the specific tower components observed by the inspector, except where an abnormality was identified.

The most recent photographs of Tower :27/222 of which PG&E is aware were taken during a 2017 helicopter flight over the Caribou-Palermo Line in connection with PG&E's Transmission Coating Maintenance Program, and are attached to this submission as Exhibit B.

**Question 5:** Prior to the Camp Fire, did PG&E keep records from which PG&E could determine how long the C-hooks and/or hanger plates in question had been in place? Explain this history.

**PG&E Response:**

Prior to the Camp Fire, PG&E did not specifically track the length of time that individual C-hooks and hanger plates on its overhead power lines had been in place, but maintained records that enabled it to identify the installation date of components on transmission lines, including C-hooks and hanger plates, in certain circumstances described below. Such records include historical design drawings, manufacturer catalogs and work orders (also called "Line Corrective" or "LC" notifications) relating to the installation or replacement of insulators and insulator attachment hardware, including C-hooks and hanger plates.[1]

For various reasons, PG&E's records may not in every instance allow PG&E to determine how long any particular C-hook or hanger plate has been in place. For example, work orders relating to the replacement of attachment hardware that occurred several decades ago may be archived in hard copy or no longer be available, consistent with applicable record retention periods. *See* CPUC General Order 95, Section I, Rule 18(A)(1) (requiring that "corrective action" records "be preserved by the company for at least ten (10) years and . . . be made available to Commission staff upon 30 days notice"); 18 C.F.R. §§ 125.1-125.3 (regulations promulgated by the Federal Energy Regulatory Commission ("FERC") prescribing a five-year retention period for "maintenance work orders and job orders" for transmission and distribution facilities owned by public utilities subject to FERC's jurisdiction). In addition, PG&E's transmission system is composed of hundreds of lines, some of which (including the Caribou-Palermo Line) PG&E acquired nearly a century ago. Many of those lines were acquired from companies that did not keep records of when their towers were installed and, as a result, PG&E

---

[1] PG&E began keeping transmission line work orders in electronic form in approximately 2000-2001. Work orders generated before that time, to the extent they have been retained, are generally archived in hard copy with an offsite vendor.

is not always able to ascertain the length of time any particular C-hook or hanger plate had been in place at the time PG&E acquired those lines.

**Question 6:** Prior to the Camp Fire, had PG&E ever previously noticed *any* worn C-hooks and/or hanger plates on *any* of its transmission lines? Explain this history. Had worn C-hooks been preserved (as evidence or for any other purpose)?

**PG&E Response:**

There are hundreds of thousands of C-hooks and hanger plates across PG&E's system. Prior to the Camp Fire, reports of wear on C-hooks and hanger plates were infrequent. C-hooks and other types of suspension hooks are common hardware on transmission structures and occasionally are used on distribution structures. In PG&E's service territory, there are in excess of 50,000 steel transmission structures, most of which have multiple suspension hooks of some type supporting insulators and other equipment. There are also suspension hooks on many of the nearly 100,000 non-steel transmission structures and on a proportion of the more than two million distribution poles in PG&E's service territory.

At the request of government entities investigating the Camp Fire, PG&E has performed extensive searches of its data repositories for records potentially relating to worn, failed or otherwise defective hardware used to attach insulator strings to transmission structures, including C-hooks and hanger plates.[2] PG&E did not apply any date restrictions to its searches.

---

[2] Specifically, PG&E searched (1) Line Corrective and Electric Line maintenance notifications stored in its Systems, Applications and Products database of inspection and maintenance records for transmission lines; (2) reports on material testing performed by PG&E's Applied Technology Services ("ATS") department and predecessor groups; (3) PG&E's database of issues reported through its Corrective Action Program; (4) Material Problem Reports documenting potential issues with equipment; (5) reports of outages and incidents on transmission lines recorded in PG&E's Event Reporting Engine; (6) Electric Incident Reports submitted to the CPUC; (7) outage information stored in PG&E's Transmission Operation Tracking and Logging database; (8) outage reports submitted to the California Independent System Operator; and (9) the electronically stored information of certain PG&E personnel involved in PG&E's transmission inspection and maintenance program.

PG&E's search of those repositories yielded records identifying wear on only a limited number of C-hooks and hanger plates out of the hundreds of thousands of such components in service on PG&E transmission lines.[3]

Specifically, PG&E records prior to the Camp Fire identified the following instances of worn C-hooks or hanger plates:

- In 1987, PG&E tested the strength of two suspension hooks and their attaching plates removed from the Oleum-G 115 kV Transmission Line. The hooks and attaching plates showed signs of wear and were taken out of service for testing. This testing is discussed further below in PG&E's response to Question 6a.

- As a result of an aerial patrol in September 2000, PG&E noted "mild rust and wear" on C-hooks and hanger plates on Tower 44/174 on the Pittsburg-San Mateo 230 kV Transmission Line. PG&E records indicate that the equipment was replaced by June 2003 and was monitored prior to replacement.

- In August 2002, PG&E generated a work order noting potentially worn C-hooks on approximately 30 towers along the Las Positas-Newark 230 kV Transmission Line. According to PG&E records, PG&E personnel recommended the entire line be monitored. PG&E records indicate that C-hooks "at several locations" along the line were reassessed in December 2007 and determined not to require corrective action.

- Between August 2002 and August 2005, PG&E identified rust and some wear (material loss of approximately 25%) on C-hooks and hanger plates on certain structures on the Jefferson-Hillsdale 60 kV Transmission Line. PG&E records indicate that, in response to these findings, PG&E personnel conducted detailed climbing inspections of multiple structures along the approximately 15-mile line to assess the prevalence of the condition along that line. PG&E records further indicate that, following those inspections, PG&E replaced insulators and attachment hardware (including C-hooks) on approximately 30 structures along that line.

---

[3] PG&E's search also yielded records relating to conditions on C-hooks and hanger plates other than wear, such as rust, corrosion and fatigue cracking. Those records are not described in this response unless it appeared from the record that wear on the C-hook or hanger plate was also observed.

- In January 2004, PG&E conducted testing on a ball-hook that had failed. The analysis concluded that "the hook failure was the result of a single overload event that produced excessive stresses in the hook body and caused it to fracture" and noted "[e]vidence of normal wear, with no significant section loss", on the ball-hook.

- In August 2004, PG&E generated a work order to replace worn working eyes on crossarms on four towers on the Pittsburg-Martinez #1 115 kV Transmission Line. PG&E records indicate that the working eye plates were replaced in September 2004.

- In December 2004, PG&E generated a work order to address worn C-hooks on a structure on the Jefferson-Martin 230 kV Transmission Line. The entire structure was replaced in May 2006.

- In August 2011, PG&E generated a work order for the replacement of a C-hook on a transmission tower on the Brighton-Bellota 230 kV Transmission Line that was not in its proper position, possibly due to wear or faulty installation. PG&E records indicate that the C-hook was replaced by December 2011.

- In August 2011, PG&E generated a work order noting that C-hooks on a tower on the Martin-Millbrae #1 115 kV Transmission Line were "rusty and worn". In September 2012, the condition was identified for monitoring during the next routine inspection.

- In September 2015, PG&E generated a work order noting that a crew had identified "worn out suspension eye plates" on a structure along the Humboldt-Bridgeville 115 kV Transmission Line. That same work order notes that the suspension plates were replaced.

- In May 2016, PG&E generated a work order identifying for replacement "worn through 'C' hooks and eye nuts" on two structures along the Cordelia Interim Pumps Tap 60 kV Transmission Line. PG&E records indicate that the work was completed in May 2017.

- In March 2018, PG&E's Applied Technology Services department examined and reported on "severe wear" observed on six hanger plates that PG&E personnel removed from a double-circuit tower that supported the Parkway-Moraga and Bahia-Moraga 230 kV Transmission Lines. Based on the ATS report's recommendation, PG&E inspected multiple other adjacent towers to determine whether the hanger plates on those towers also showed signs of wear. PG&E records indicate that those inspections did not identify any conditions requiring repair.

1    PG&E records identified two failures of C-hooks in the field in the 10 years before the Camp Fire, not including the C-hook on the Incident Tower that broke.  Neither failure appears to have resulted from wear on the hook or plate.[4]

PG&E has been storing the worn hanger plates removed from the tower supporting the Parkway-Moraga and Bahia-Moraga 230 kV Transmission Lines, noted above, since before the Camp Fire.  In addition, to comply with a March 2019 evidence preservation request, PG&E has also collected and stored as evidence C-hooks and hanger plates removed from multiple transmission lines (including the Caribou-Palermo Line) as a result of WSIP inspections or other maintenance work.

Since the Camp Fire, PG&E has conducted climbing and drone inspections of the approximately 50,000 transmission structures in Tier 2 and Tier 3 High Fire-Threat District areas under its WSIP.  These inspections identified over 50,000 conditions on transmission lines, including conditions relating to wear or other damage to C-hooks and hanger plates.  All of the highest-priority conditions identified as a result of those inspections have been repaired or made safe.

**Question 6a:**  With respect to the extent to which PG&E had been aware of the C-hook problem, please respond specifically to the attached news story stating PG&E was so aware as early as 1987.

**PG&E Response:**

The NBC Bay Area article titled "PG&E Alerted to Risk of Worn Hooks Back in 1987", dated December 12, 2019 and attached to the Court's December 16, 2019 order, refers to and quotes from a PG&E Department of Engineering Research report titled "Evaluation of J-

---

[4] One of the failures, on the Pittsburg-Tesla 230 kV Transmission Line, appears to have resulted from "side loading stress" leading to a fracture near the base of the hook (*i.e.*, near the ball of the hook, not where the hook and hanger plate touch).  The other failure, on the Bellota-Cottle 230 kV Transmission Line, appears to have resulted from the separation of the C-hook from the insulator string due to wear on the insulator string socket that held the ball of the C-hook, as opposed to wear on the hook or hanger plate.

Hooks and Eyes from 115 kV Oleum G-Line", dated February 9, 1987.  Attached as Exhibit C is a full copy of that report.

As explained in the report, PG&E's Department of Engineering Research, a predecessor of PG&E's Applied Technology Services department, performed tests on two suspension hooks (described as "J-hooks" in the report) and attaching plates removed from PG&E's 115 kV Oleum-G Transmission Line (the "Oleum-G Line").  The report noted that "[b]oth of the J-Hooks and their attaching plates had grooves worn in them and there was a concern that they may not be able to hold the weight of insulator strings that are suspended from them."  The objective of the report "was to establish the tension required to fail the hook or the attaching plate".  The hooks had an ultimate strength rating of 30,000 pounds.  The testing resulted in the failure of the two worn hooks at 11,500 pounds, the failure of the eye on one of the attaching plates at 19,600 pounds, and the failure of an additional hook that "had no visible grooves or scratching in the surface as the two samples in the original test did" at 6,900 pounds.  In other words, the two hooks with wear exhibited greater strength than the unworn hook.  The report recommended "that a test be done on some random samples of different manufacturers' hooks from PG&E stores to check their strength against their specifications."  PG&E has searched for records relating to any such strength testing during the late 1980s but has not located any such records that have been retained.

The testing proposed in the 1987 report does not appear to have been prompted by wear on the hooks or hanger plates.  As reflected in the report, the proposal for testing a number of randomly chosen hooks from PG&E's stores appears to have been prompted by the failure of the hook without visible wear at 6,900 pounds (more than three-quarters below its strength rating of 30,000 pounds).

PG&E denies the conclusions drawn in the NBC Bay Area article, including that PG&E "was aware of a big problem and did nothing to solve that problem" or that it "knew there was a problem for 30 years".  As can be seen from PG&E's response to Question 6 above, the occasions on which PG&E records noted wear on C-hooks or working eyes were limited in the

context of the overall number of such components in PG&E's system, and PG&E followed up on identified issues.  Moreover, the article ignores PG&E's inspection and maintenance programs that existed prior to the Camp Fire and PG&E's investments in its transmission system.  PG&E refers the Court to its prior submissions on those subjects for additional information.  (*See* PG&E's Response to Notice Re California Wildfires, Ex. A, Camp Fire Incident Description and Factual Summary, dated December 31, 2018 (Dkt. 956-1) at 1-6, 8-15; PG&E's Response to Order to Show Cause Why PG&E's Conditions of Probation Should Not Be Modified, dated January 23, 2019 (Dkt. 976) at 42-46; PG&E's Response to Request for Information, dated July 31, 2019 (Dkt. 1078) at 2-34.)

**Question 7:** What was the purpose of the hold-down anchor on the Adjacent Tower?

**PG&E Response:**

A hold-down anchor is a type of insulator assembly used when there is a substantial difference in elevation between two adjacent towers along the same transmission line. The difference in elevation can result in the insulators at lower elevation being pulled upwards by the tension of the conductors on the span that they support.  The upward pull can impair the proper functioning of the insulator by causing it to hang improperly.  The hold-down anchor provides downward force to counter the upward pull on the insulator string holding the conductor.  In addition, the hold-down anchor may limit side-to-side movement or sway on the conductor supported by the suspension insulator that it holds down.  Hold-down anchors are not energized.

The Adjacent Tower on the Caribou-Palermo Line, Tower :27/221, was downhill from Tower :27/222, the tower at which a C-hook broke on November 8, 2018, and was fitted with three hold-down anchors, one of which disconnected at the turnbuckle, as described in PG&E's response to Question 8 below.  The turnbuckle is a component that can be tightened or loosened to adjust the amount of downward force being applied to the suspension insulator above.

**Question 8:** Was that hold-down anchor used on the Caribou-Palermo Transmission Line? If so, was there any support between the C-hook that lost the anchor and the C-hook that failed?

**PG&E Response:**

Hold-down anchors were used on Tower :27/221 on the Caribou-Palermo 115 kV Transmission Line.

PG&E's records indicate that during the most recent routine aerial patrol of the Caribou-Palermo Line, in September 2018, a new finding was reported for Tower :27/221 because an insulator hold-down anchor's turnbuckle had become disconnected and required repair. As noted above, an insulator hold-down anchor is not energized. As a result of the September 2018 aerial patrol, PG&E generated a notification to repair the insulator hold-down anchor within 12 months. That notification was open at the time of the Camp Fire in November 2018.

The C-hook supporting the hold-down anchor on Tower :27/221 with the disconnected turnbuckle did not provide support to the C-hook on Tower :27/222 that broke. The conductor supported by the suspension insulator on Tower :27/221 that was held down by the hold-down anchor continued toward two "dead-end" insulators on Tower :27/222 and terminated at a clamp attached to those dead-end insulators. The C-hook on Tower :27/222 that broke did not support that conductor. Rather, the C-hook on Tower :27/222 that broke supported a transposition jumper that connected that conductor to a conductor on the other side of the tower.

**Question 9:** In what possible ways did the failure of the hold-down anchor on the Adjacent Tower contribute to the failure of the C-hook on the Incident Tower?

**PG&E Response:**

PG&E does not believe that the disconnection of the hold-down anchor at Tower :27/221 contributed in any non-negligible way to wear on the C-hook that broke on Tower :27/222 or its connection point. The C-hook on Tower :27/222 that failed did not directly

12
RESPONSE TO FOLLOW-UP QUESTIONS RE CPUC REPORT ON CAMP FIRE, FURTHER QUESTIONS TO BE ANSWERED BY PG&E BY DECEMBER 19 AND SUPPLEMENTAL QUESTION 6a
Case No. 14-CR-00175-WHA

support the conductor supported by the hold-down anchor on Tower :27/221 and was separated from that conductor by other components.

**Question 10:** Generally, what factors exacerbate the gouging of the C-hooks (like sway, vibration, weight) and to what extent were these factors known by PG&E before the Camp Fire?

**PG&E Response:**

A variety of factors can influence the rate of wear on a particular C-hook or hanger plate, including the degree of tension on the conductor supported by the insulator assembly; the hardness, thickness and other material properties of the C-hook and hanger plate; the weight of the load supported by the C-hook; and environmental conditions. Relevant environmental conditions include elevation, average and maximum wind speeds in the area, the amount of time the C-hook and hanger plate are subjected to high-wind conditions, and the proximity of the equipment to coastal areas or other corrosive environments. In connection with some of the instances identified in response to Question 6 above, PG&E personnel noted that metal-on-metal rubbing caused or exacerbated by wind conditions could result in wear of C-hooks and hanger plates.

Following the Camp Fire, at the request of the CPUC's Safety and Enforcement Division, PG&E retained Exponent, Inc. ("Exponent"), an independent third-party scientific and engineering consulting firm, to conduct a records-based review of the Caribou-Palermo Line. Exponent's final report has now been made public and discusses the factors that may cause or exacerbate wear on C-hooks and hanger plates. *See* CPUC Incident Investigation Report, Nov. 8, 2019, Attachment N, Exponent Report on PG&E Caribou-Palermo Asset Condition Investigation, Nov. 1, 2019, at 29-61.

Dated:  December 19, 2019

Respectfully Submitted,

JENNER & BLOCK LLP

By:   /s/ Reid J. Schar
Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Kevin J. Orsini
Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By:   /s/ Kate Dyer
Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY