# EXHIBIT B



























