IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. CR 14-0175 WHA

**QUESTION RE PROBATION CONDITIONS**

PG&E's conditions of probation, among others, require the following:

1. PG&E must fully comply with all applicable laws concerning vegetation management and clearance requirements, including Sections 4292 and 4293 of the California Public Resources Code, CPUC General Order 95, and FERC FAC-003-4.

2. PG&E must fully comply with the specific targets and metrics set forth in its wildfire mitigation plan, including with respect to enhanced vegetation management. Compliance with these targets and metrics, however, will not excuse any failure to fully comply with the vegetation laws as required in paragraph 1. For purposes of this condition, the operative wildfire mitigation plan will be the plan ultimately approved by the CPUC.

(Dkt. No. 1040).

By **JANUARY 10 AT NOON** PG&E shall please file a statement stating whether PG&E is in <u>full</u> compliance (not substantial compliance) with the above stated conditions. If not, state the extent it has fallen short.

Dated: December 20, 2019.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE