JENNER & BLOCK LLP
 Reid J. Schar (*pro hac vice*)
 RSchar@jenner.com
 353 N. Clark Street
 Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
 Kate Dyer (Bar No. 171891)
 kdyer@clarencedyer.com
 899 Ellis Street
 San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
 Kevin J. Orsini (*pro hac vice*)
 korsini@cravath.com
 825 Eighth Avenue
 New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Defendant. | Case No. 14-CR-00175-WHA<br><br>**PG&E'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER RE QUESTION RE PROBATION CONDITIONS**<br><br>Judge: Hon. William Alsup |

Defendant Pacific Gas and Electric Company ("PG&E") hereby moves for a five-day extension of the deadline to respond to this Court's order entered on December 20, 2019, entitled "Question re Probation Conditions" (Doc. 1129) (the "Order"). The current deadline is Friday, January 10, 2020, at noon. PG&E respectfully requests that the Court extend the response deadline by five days to Wednesday, January 15, 2020, at noon. The United States was consulted regarding this request and does not object to the five-day extension. As grounds in support of this Motion, PG&E states as follows:

The Court's Order requires PG&E to file a statement regarding, among other issues, whether PG&E is in full compliance with the specific targets and metrics set forth in the wildfire mitigation plan it submitted to the California Public Utilities Commission ("CPUC"), as approved by the CPUC. Similarly, on January 15, 2020, PG&E is required to provide an update to the CPUC showing progress through December 31, 2019 as to each commitment in its wildfire mitigation plan. Along with stating whether each commitment is on track, PG&E's submission to the CPUC must include a narrative explanation of each status as well as an explanation of any commitment that is not on track. PG&E's response to the CPUC will substantially overlap with its response to this Court's Order. To enable PG&E to coordinate its responses to this Court and to the CPUC, PG&E respectfully requests this Court extend the deadline for filing a response to this Court's Order for five days from January 10, 2020, to January 15, 2020.

A proposed order is attached as Exhibit A for the Court's consideration.

Dated:  December 24, 2019

Respectfully Submitted,

JENNER & BLOCK LLP

By:   /s/ Reid J. Schar
      Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Kevin J. Orsini
      Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By:   /s/ Kate Dyer
      Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY