UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR RESPONDING TO ORDER ENTITLED "QUESTION RE PROBATION CONDITIONS"** |

This matter coming before the Court at the request of Pacific Gas and Electric Company ("PG&E"), the following is ORDERED:

- The deadline for responding to this Court's order entitled "Question re Probation Conditions" (Doc. 1129) is extended from January 10, 2020 at noon to January 15, 2020 at noon.

**IT IS SO ORDERED.**

Dated: December __24__, 2019

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE