UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 14-00175 WHA

**ORDER TO SHOW CAUSE**

Defendant PG&E admits that it is not in full compliance with the following conditions of probation:

> PG&E must fully comply with all applicable laws concerning vegetation management and clearance requirements, including Sections 4292 and 4293 of the California Public Resources Code, CPUC General Order 95, and FERC FAC-003-4.
>
> PG&E must fully comply with the specific targets and metrics set forth in its wildfire mitigation plan, including with respect to enhanced vegetation management. Compliance with these targets and metrics, however, will not excuse any failure to fully comply with the vegetation laws as required in paragraph 1.

Moreover, the Court saw and heard PG&E CEO Bill Johnson say on television that PG&E's grid will not be safe to operate in windstorms for ten years such that we could experience PSPSs for ten years, this due, at least in substantial part, to PG&E having failed to comply with California law regarding trimming and removing hazard trees. Furthermore, PG&E has repeatedly blamed the lack of contract crews for its shortfalls in vegetation compliance. Accordingly, PG&E shall show cause at a hearing on **FEBRUARY 19 AT 8 A.M.**, why a further condition of probation

should not be imposed requiring PG&E to hire and train, as part of its own workforce, sufficient crews, and equipment to inspect and to trim and remove all vegetation so as to come into compliance with the California Public Resources Code and PG&E's own wildfire mitigation plan. At least one week before the hearing, PG&E should submit its response. All facts relied on must be under oath. Please include details concerning the era during which PG&E did, in fact, have its own vegetation removal/trimming crews and address how many crews it had and how many were in each crew and what equipment they used.

**IT IS SO ORDERED.**

Dated: January 16, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE