1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  HALLIE HOFFMAN (CABN 210020)
   PHILIP KOPCZYNSKI (NYBN 4627741)
5  JEFF SCHENK (CABN 234355)
   NOAH STERN (CABN 297476)
6  Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-7200
        FAX: (415) 436-7234
9       Hallie.hoffman@usdoj.gov
        Philip.kopczynski@usdoj.gov
10      Jeffrey.b.schenk@usdoj.gov
        Noah.stern@usdoj.gov
11
   Attorneys for United States of America
12
                      UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16  UNITED STATES OF AMERICA,          )   No. CR-14-00175-WHA
                                       )
17           Plaintiff,                )   NOTICE OF ADDITIONAL COUNSEL
                                       )
18      v.                             )
                                       )
19  PACIFIC GAS AND ELECTRIC COMPANY,  )
                                       )
20           Defendant.                )
    _____)
21

22         The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the

23  Court that Assistant United States Attorney Noah Stern appears in this matter in addition to AUSAs

24  Hallie Hoffman, Philip Kopczynski, and Jeff Schenk.  Future ECF notices should be sent to Assistant

25  United States Attorney Stern with the following contact information:

26  //

27  //

28  //

Noah Stern
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7320
Email: Noah.Stern@usdoj.gov

AUSAs Hallie Hoffman, Philip Kopczynski, and Jeff Schenk remain as counsel for the government in

this case.

DATED:        February 4, 2020                          Respectfully submitted,

DAVID L. ANDERSON
United States Attorney


___/s/_____
NOAH STERN
Assistant United States Attorney