UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Defendant. | No. CR 14-0175 WHA<br><br>**ORDER RE EXPERT HYLTON'S LETTER** |

At the hearing on February 19, PG&E shall be prepared to address the evidence provided by Expert Hylton regarding the continuing C-hook gouging (on the Cresta-Rio Oso Line), which letter PG&E has already received. The Official Tort Creditors Committee may also be heard (as well as Expert Hylton). Bring the best quality photos available.

**IT IS SO ORDERED.**

Dated: February 6, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE