JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
   RSchar@jenner.com
   353 N. Clark Street
   Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
   899 Ellis Street
   San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
   825 Eighth Avenue
   New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Defendant. | Case No. 14-CR-00175-WHA <br><br> **DECLARATION REGARDING PSPS IN SUPPORT OF PG&E'S RESPONSE TO ORDER TO SHOW CAUSE AND FURTHER ORDER TO SHOW CAUSE** <br><br> Judge: Hon. William Alsup |

I, Matthew Pender, declare as follows:

1. I am the Director of the Community Wildfire Safety Program at Pacific Gas and Electric Company ("PG&E"). In this role, I am responsible for overseeing the execution of PG&E's Community Wildfire Safety Program, which includes PG&E's Public Safety Power Shutoff ("PSPS") Program. I have held this position since February 2019. This declaration is based on my personal knowledge and information known to me in my role as Director of the Community Wildfire Safety Program.

### PG&E's Public Safety Power Shutoff Program

2. PG&E implemented its PSPS program in 2018 in response to a dramatically increased wildfire risk due in large part to years of drought and climate change causing a longer and drier fire season and more extreme weather events. The PSPS program was not the result of any failure to comply with vegetation management laws and is unrelated to tree worker availability.

3. PG&E's Enhanced Vegetation Management ("EVM") program will not by itself be a significant driver of reductions in PSPS events. The principal drivers for reducing the frequency and scope of PSPS events are instead: the availability of more localized weather forecasts and real-time data to more precisely determine what areas may require de-energization; sectionalization of lines to allow de-energization of smaller sections of line; the use of microgrids to power safe-to-energize areas within a de-energized area, and targeted system hardening in high fire-risk areas.

4. Significantly reducing the frequency and scope of PSPS events will take a number of years, but PG&E expects significant improvements each year. For example, PG&E has installed more than 200 sectionalizing devices to date, allowing for a potential PSPS scope reduction of approximately 138,000 customers, with more than 600 additional devices to be added for a potential scope reduction of approximately 370,000 customers. PG&E estimates that its transmission and distribution sectionalization and microgrid updates planned for this year could reduce the impact of an event like the October 26 PSPS by approximately 30 percent.

5. Even after EVM and other enhancements are complete, there will remain a risk of vegetation-caused fires in extreme weather and fire danger conditions because healthy trees and limbs far from lines can fail and be blown into lines in extreme winds. PG&E will continue to maintain a PSPS program as long as extreme weather and wildfire conditions warrant.

I declare under the penalty of perjury that the foregoing is true and correct and that I executed this declaration on February 12, 2020, in Washington, District of Columbia.

*Matthew Pender*

Matthew Pender