# EXHIBIT B

Case 3:14-cr-00175-WHA   Document 1146-2   Filed 02/18/20   Page 2 of 3



