# EXHIBIT E

# EXHIBIT E-1

| Registration sheet mode |
|---|
| ☒ Divide files |
| ☒ Add index info. |

| Storage/Scanner setting |
|---|
| ☐ FRONT SIDE  ☐ F/B 2PAGES  ☐ F/B 1 PAGE |
| ☐ NORMAL   ☐ FINE |
| Dark ☐ ☐ ☐ ☐ ☐ Light |

| Total number of marks |
|---|
| 1  2  3  4  5 |
| ☐ ☐ ☐ ☐ ☐ |

Report Issued:                                    Report 500-87.25

FEB  9 1987
PACIFIC GAS AND ELECTRIC COMPANY
DEPARTMENT OF ENGINEERING RESEARCH
3400 Crow Canyon Road
San Ramon, California 94583

**LABORATORY TEST REPORT**

**SUBJECT:**
EVALUATION OF J-HOOKS AND EYES FROM 115KV OLEUM G-LINE

Introduction

Tests were conducted on two J-Hooks and two attaching plates taken from a 115 KV Oleum G-Line tower.

Both of the J-Hooks and their attaching plates had grooves worn in them and there was a concern that they may not be able to hold the weight of insulator strings that are suspended from them,(See Figures 1 and 2).

Tests were requested by Mr. G. Schauer of East Bay Region T&D.

Objective

The objective was to establish the tension required to fail the hook or the attaching plate.  The ultimate rating for 115 KV lines is 30,000 Lbs., (See Manufacturers' Literature in Appendix A).

Test Procedure

The tensile test was accomplished by making a fixture to hold the hook and the plate in the same position it would be while in service and applying tension using the Tinius Olsen universal test machine, (See Figure 3). American National Standards Institute, (ANSI), B30.10-1975 was used as a guideline, (See Appendix B).

Test Results

Both hooks failed at 11,500 lbs., (See Figures 4 and 5).  Since the plates did not fail during this test an additional test was done on one of the plates.  A shackle was attached to the eye of the plate and tension was applied.  The eye failed at 19,600 lbs., (See Figure 6).

Distribution:    ESElliott
                 CDPaquin
                 GSchauer
                 CBScott

DATE _____
TESTED BY _____
APPROVED _____
FILE NO. ____500 (6572)____

2801a/mak11

Conclusion

    As shown in the results the hooks failed at 11,500 Lbs. tension. According to the Manufacturers' drawings, the rating of a 115 KV line supporting hook is 30,000 Lbs.  Because of the low failure points of the two hooks, an additional hook was brought in and tested.  This hook had no visible grooves or scratching in the surface as the two samples in the original test did.

    The hook failed at 6900 Lbs.

Recommendation

    The hook without visible flaws failed at 6900 Lbs. and the rating for these hooks is 30,000 Lbs..  This would suggest that a test be done on some random samples of different manufacturers' hooks from PG&E stores to check their strength against their specifications.

3                    Report 500-87.25





Figure 1.   As shown in the Figure above a wear pattern was formed in the
            bowl-saddle of the J-Hook.  This was possibly caused by the
            insulator string swinging in the wind over a period of time.



Figure 2.   This Figure shows the key-hole wear in the plate eye caused by
            the J-Hook while in service.

4                                    Report 550-87.25



Figure 3.   This shows the fixture holding the plate and J-Hook in the
simulated position it would be in service.



Figure 4.   This hook shows the point of failure to be in the worn section of
the bowl-saddle.

5                          Report 500-87.25



Figure 5.  This hook failed at the heel even though it had approximately the
same wear pattern in the bowl-saddle as the hook in Figure 4.



Figure 6.  This Figure shows the failure of the eye in the plate when a
shackle was pulled through it.

Report 500-87.25

APPENDIX A

Manufacturers Literature and Company Standards

| PGÆE CODE | CAT. NO. | TYPE |
|-----------|----------|------|
| 11-0145 | C-11075 | SC |

**NOTES:**

1. REFERENCE: PACIFIC GAS & ELECTRIC DWG. NO.-056414 SHT.3 TYPE -SC
2. ASSEMBLY RATING - 16,000 LBS.
3. CLAMPING RANGE - .200 - .600

P. G. & E.
DRAWING NO.  690134

| ITEM NO. | PART NO | DESCRIPTION | MATERIAL | ULT. STR. LBS. | QTY | SPEC. NO. | WEIGHT |
|----------|---------|-------------|----------|----------------|-----|-----------|--------|
| 1 | HB-30 | HOOK BALL | GALV. FORGED STEEL | 30,000 | 1 | ASTM A-273-64 | 1.00 |
| 2 | SA-04 | EYE SOCKET | GALV. DUCTILE IRON | 20,000 | 1 | ASTM A536-65T | 1.25 |
| 3 | BRS-60-N | SUSP. CLAMP | 112 ALUM. BRZ. | 16,000 | 1 | ANDERSON 2000 | 2.90 |

MR-1960    R/o

| DATE 3-4-76 | 44-115 KV SINGLE STRING | ANDERSON ELECTRIC CORP. | |
| DWN BY,DL'GI  CKD BY TGT | SINGLE CONDUCTOR | LEEDS | ALABAMA |
| APPROVED HEL | SUSPENSION ASSY. | CAT. NO. C-11075 | DWG. NO. C-11075 |
| SCALE DO NOT | | | |

Report 500-87.25

APPENDIX B

ANSI B30.10-1975

# AMERICAN NATIONAL STANDARD

## SAFETY STANDARDS FOR CABLEWAYS, CRANES, DERRICKS, HOISTS, HOOKS, JACKS, AND SLINGS

# HOOKS

## ANSI B30.10 - 1975

*SECRETARIAT*

**NAVAL FACILITIES ENGINEERING COMMAND,
U.S. DEPARTMENT OF THE NAVY
THE AMERICAN SOCIETY OF MECHANICAL ENGINEERS**

*PUBLISHED BY*

**THE AMERICAN SOCIETY OF MECHANICAL ENGINEERS**

United Engineering Center        345 East 47th Street        New York, N. Y. 10017

# FOREWORD

This American National Standard, Safety Standards for Cableways, Cranes, Derricks, Hoists, Hooks, Jacks and Slings, has been developed under the procedures of the American National Standards Institute (formerly the United States of America Standards Institute). This specific standard had its beginning in December 1916, with a Code of Safety Standards for Cranes, prepared by an ASME committee on the Protection of Industrial Workers, was presented to the annual meeting of the ASME.

Meetings and discussions regarding safety on cranes, derricks and hoists were held from 1920 to 1925, involving the ASME Safety Code Correlating Committee, the Association of Iron and Steel Electrical Engineers, the American Museum of Safety, the American Engineering Standards Committee (later changed to American Standards Association and subsequently to the USA Standards Institute). Department of Labor, State of New Jersey, Department of Labor and Industry, State of Pennsylvania, and Locomotive Crane Manufacturers Association. On June 11, 1925 the American Engineering Standards Committee approved the ASME Safety Code Correlating Committee's recommendation and authorized the project with U.S. Department of the Navy, Bureau of Yards and Docks and the ASME as sponsors.

In March 1926 invitations were issued to 50 organizations to appoint representatives to a Sectional Committee. The call for organization of this Sectional Committee was sent out October 2, 1926 and the Committee organized November 4, 1926 with 57 members representing 29 national organizations. From the 3-page document, referred to in the first paragraph, came the Safety Code for Cranes, Derricks, and Hoists ASA B30.2-1943. This document was reaffirmed in 1952 and widely accepted as a Safety Standard.

Due to the changes in design, advancement in techniques, and general interest of labor and industry in safety, the Sectional Committee now known as the American National Standards Committee, under joint sponsorship of the ASME and the Naval Facilities Engineering Command—U.S. Department of the Navy—was reorganized on January 31, 1962 with 39 members representing 27 national organizations. At the time B30.3 was approved by the Committee, the membership had increased to 57 members and alternates representing 36 organizations.

The format of the previous Code was changed so that separate Standards, each complete as to construction and installation; inspection, testing, and maintenance; and operation, will cover the different types of equipment included in the scope of B30.

This Standard presents a coordinated set of rules which may serve as a guide to government and other regulatory bodies and municipal authorities responsible for the guarding and inspection of the equipment falling within its scope. The suggestions leading to accident prevention are given both as mandatory and advisory provisions and compliance with both types may be required by employers of their employees.

This Standard, which was approved by the American National Standards Committee B30 and by the two sponsor organizations, was approved and designated as an American National Standard by the American National Standards Institute on November 14, 1975.

# AMERICAN NATIONAL STANDARDS COMMITTEE B30

## SAFETY STANDARDS FOR CABLEWAYS, CRANES, DERRICKS, HOISTS, HOOKS, JACKS, AND SLINGS

### OFFICERS

T. S. McKosky, *Chairman*          Stephen Muryn, *Vice Chairman*

A. J. Morales, *Secretary*

### STANDARDS COMMITTEE

**AEROJET NUCLEAR COMPANY**
*T. H. Stickley,* Aerojet Nuclear Company, Idaho Falls, Idaho

**AEROSPACE INDUSTRIES ASSOCIATION**
*J. E. Lockhart,* General Electric Company, Cincinnati, Ohio

**ALUMINUM ASSOCIATION, THE**
*J. V. Vidos,* Aluminum Company of America, Pittsburgh, Pennsylvania
*S. G. Epstein, Alternate,* The Aluminum Association, New York, New York

**AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS**
*A. G. Burch,* International Union of Operating Engineers, Washington, D.C.

**AMERICAN FOUNDRYMEN'S SOCIETY**
*W. M. Weaver, Jr.,* Whiting Corporation, Harvey, Illinois

**AMERICAN INDUSTRIAL HYGIENE ASSOCIATION**
*L. C. Barbe,* Occupational Safety and Health Services, Inc., Endina, Minnesota
*E. J. Hlavaty, Alternate,* International Telephone and Telegraph, New York, New York

**AMERICAN INSTITUTE OF STEEL CONSTRUCTION, INC.**
*T. S. McKosky,* Bethlehem Steel Corporation, Bethlehem, Pennsylvania

**AMERICAN INSURANCE ASSOCIATION**
*Armand Cassano,* Firemen's Fund American Insurance Companies, San Francisco, California
*Gino Bussi, Alternate,* The Maryland, New York, New York

**AMERICAN IRON AND STEEL INSTITUTE**
*R. W. Adams,* Armco Steel Corporation, Middletown, Ohio
*I. B. Etter, Alternate,* Wheeling-Pittsburgh Steel Corporation, Wheeling, West Virginia

**AMERICAN MUTUAL INSURANCE ALLIANCE**
*R. W. Mueller,* Employers Insurance of Wausau, Wausau, Wisconsin
*R. McElwee,* American Mutual Building, Bryn Mawr, Pennsylvania

**AMERICAN SOCIETY FOR TESTING & MATERIALS**
*A. M. Roberts, Liaison,* Campbell Chain Company, York, Pennsylvania

**AMERICAN SOCIETY OF CIVIL ENGINEERS**
*W. G. Rapp,* Larchmont, New York
*D. B. Rees, Alternate,* American Bridge Division, U.S. Steel Corporation, Pittsburgh, Pennsylvania

**AMERICAN SOCIETY OF MECHANICAL ENGINEERS, THE**
*D. E. Andrews,* Andrews, Miller and Associates, Cambridge, Maryland
*J. M. Carson, Sr.,* U.S. Nuclear Regulatory Commission, Washington, D.C.
*C. J. Manney,* Buffalo, New York
*T. H. Olson,* American Hoists and Derricks Company, St. Paul, Minnesota
*N. H. Smith,* Shepard Niles Crane and Hoist Corporation, Mountour Falls, New York

**ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., THE**
*L. S. Johnson,* Brown & Root, Inc., Houston, Texas

iv

AMERICAN NATIONAL STANDARD
HOOKS

ANSI B30.10-1975

**ASSOCIATION OF AMERICAN RAILROADS**
*D. C. Mitchell*, Southern Railway Systems, Atlanta, Georgia

**ASSOCIATION OF IRON AND STEEL ENGINEERS**
*S. Muryn*, Youngstown Sheet & Tube Company, Youngstown, Ohio
*C. N. Sanford, Alternate*, J&L Deal Corporation, Pittsburgh, Pennsylvania

**COMPRESSED AIR AND GAS INSTITUTE**
*D. C. Wycoff*, Ingersoll-Rand Company, Roanoke, Virginia

**CONSTRUCTION INDUSTRY MANUFACTURERS ASSOCIATION**
Bureau of Power Crane and Shovel Association
*C. R. Thompson*, Koehring Company, Waverly, Iowa
*G. S. Allin, Alternate*, Harnischfeger Corporation, Milwaukee, Wisconsin

**CRANE MANUFACTURERS ASSOCIATION OF AMERICA, INC.**
*E. M. Jagodzinski*, Harnischfeger Corporation, Milwaukee, Wisconsin
*C. Seibold*, Shepard Niles Crane and Hoist Corporation, Montour Falls, New York

**DIVISION OF INDUSTRIAL SAFETY – STATE OF CALIFORNIA**
*C. W. Farmer*, Department of Industrial Relations, State of California, San Francisco, California

**HEAVY – SPECIALIZED CARRIERS CONFERENCE (CRANE & RIGGING OPERATIONS)**
*J. C. McHugh*, McHugh Bros., Penndel, Pennsylvania
*H. L. Hoffman, Jr., Alternate*, Hoffman Rigging & Crane Service, Inc., Belleville, New Jersey

**HELICOPTER ASSOCIATION OF AMERICA**
*F. R. Payne*, Southern California Edison Company, Chino, California
*W. E. Huebner, Alternate*, Sikorsky Aircraft, Stratford, Connecticut

**HOIST MANUFACTURERS INSTITUTE**
*N. H. Smith*, Shepard Niles Crane & Hoist Corp., Montour Falls, New York

**INDUSTRIAL SAFETY EQUIPMENT ASSOCIATION**
*H. A. Raschke*, E. D. Bullard Company, Sausalito, California
*F. E. Wilcher, Alternate*, Industrial Safety Equipment Association, Arlington, Virginia

**INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS**
*Samuel Rifkin*, General Electric Company, Albany, New York

**INSTITUTE OF SCRAP IRON AND STEEL, INC.**
*G. F. Smith*, Institute of Scrap Iron & Steel, Inc., Washington, D.C.

**INTERNATIONAL ASSOCIATION OF GOVERNMENTAL LABOR OFFICIALS**
*J. H. Alleva*, New York Department of Labor, Albany, New York
*N. A. Lund, Alternate*, New York State Department of Labor, New York, New York

**INTERNATIONAL MATERIAL MANAGEMENT SOCIETY**
*A. B. Engel*, Ferden Equipment Service, Union, New Jersey

**JACK INSTITUTE, THE**
*A. W. Schultz*, Auto Specialties Manufacturing Co., Inc., St. Joseph, Missouri
*R. M. Byrne*, The Jack Institute, New York, New York

**MATERIAL HANDLING INSTITUTE, INC., THE**
*W. A. Ellis*, Dill Norton, Charlotte, North Carolina
*J. W. Downs*, Downs Crane & Hoist Company, Inc., Los Angeles, California

**MASSACHUSETTS DEPARTMENT OF LABOR AND INDUSTRIES**
*E. L. Grady*, Massachusetts Department of Labor & Industries, Boston, Massachusetts
*J. A. Halloran, Alternate*, Massachusetts Department of Labor & Industries, Boston, Massachusetts

**MONORAIL MANUFACTURERS ASSOCIATION**
*Eugene Chase*, Jervis B. Webb, Avon Lake, Ohio

**MOTOR VEHICLE MANUFACTURERS ASSOCIATION**
*R. W. Parry*, General Motors Corporation, Warren, Michigan
*T. C. Mather, Alternate*, Motor Vehicle Manufacturers Assn. of the United States, Inc., Detroit, Michigan

v

**NATIONAL ASSOCIATION OF CHAIN MANUFACTURERS**
*H. V. Hawkins,* Columbus McKinnon Corporation, Tonawanda, New York

**NATIONAL CONSTRUCTORS ASSOCIATION**
*C. R. Mattson,* Scituate, Massachusetts
*D. English, Alternate,* Lummus, Bloomfield, New Jersey
*Lee Tracy, Alternate,* Kaiser Engineering and Construction Division, Oakland, California

**NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION**
*W. C. Rhine,* Cutler-Hammer, Inc., Milwaukee, Wisconsin
*G. A. McIntosh, Alternate,* Square D Company, Columbia, South Carolina
*H. H. Connelley, Alternate,* National Electrical Manufacturers Assn., New York, New York

**NATIONAL MARITIME SAFETY ASSOCIATION**
*Edward Berberian,* Steamship Trade Association of Baltimore, Baltimore, Maryland

**NATIONAL SAFETY COUNCIL**
*W. A. Lucht,* United States Steel Corporation, New Haven, Connecticut
*H. A. Winkler,* Republic Steel Corporation, Cleveland, Ohio
*F. W. Donecker, Alternate,* U.S. Steel Corporation, New Haven, Connecticut

**PORTLAND CEMENT ASSOCIATION**
*W. J. Horst,* Keystone Portland Cement Company, Bath, Pennsylvania

**SOCIETY OF AUTOMOTIVE ENGINEERS, THE**
*F. J. Strnad,* Link–Belt Speeder, Cedar Rapids, Iowa
*H. R. Cozad, Alternate,* Link–Belt Speeder, Cedar Rapids, Iowa

**UNITED STATES AIR FORCE–DEPARTMENT OF THE AIR FORCE**
*C. A. Lawson,* Wright-Patterson Air Force Base, Ohio
*E. D. Burks, Alternate,* Wright-Patterson Air Force Base, Ohio

**UNITED STATES DEPARTMENT OF THE ARMY–OFFICE OF THE CHIEF OF ENGINEERS**
*W. F. Noser,* Department of the Army, Washington, D.C.

**U.S. DEPARTMENT OF COMMERCE–NATIONAL BUREAU OF STANDARDS**
*W. J. Meese,* National Bureau of Standards, U.S. Department of Commerce, Washington, D.C.

**UNITED STATES DEPARTMENT OF LABOR**
*J. J. Klocko,* U.S. Department of Labor, Washington, D.C.
*E. C. March, Alternate,* U.S. Department of Labor, Washington, D.C.
*D. W. Hadden, Alternate,* U.S. Department of Labor, Washington, D.C.

**UNITED STATES DEPARTMENT OF THE NAVY**
Naval Facilities Engineering Command Headquarters
*Percy Malone,* Naval Facilities Engineering Command, Alexandria, Virginia
*L. T. Watson,* Naval Facilities Engineering Command, Great Lakes, Illinois
*R. R. Saylor, Alternate,* Naval Construction Battalion Center, Port Hueneme, California
*P. S. Zorich, Alternate,* Naval Facilities Engineering Command, Alexandria, Virginia

**WEB SLING ASSOCIATION**
*J. C. Nelms, Jr.,* ESB, Inc., Franklin, Pennsylvania
*J. D. Heppner, Alternate,* Liftex Slings, Inc., Huntington Valley, Pennsylvania

**WIRE ROPE TECHNICAL BOARD**
*N. E. Freebourn,* Broderick and Bascom Rope Company, St. Louis, Missouri
*F. A. Canfield, Alternate,* Wire Rope Corporation of America, Inc., St. Joseph, Missouri

# CONTENTS

| | Page |
|---|---|
| Foreword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | iii |
| Standards Committee Roster . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . : . . . . | v |
| General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| Section I Scope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| Section II Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| Section III Exceptions and Interpretations . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| Section IV New and Old Installations . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| Section V Mandatory and Advisory Rules . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| Chapter 10-0 Scope, Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| Section 10-0.1 Scope of B30.10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| Section 10-0.2 Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| Chapter 10-1 Hooks, Hoisting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| Section 10-1.1 Hook Characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| Section 10-1.2 Hook Identification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| Section 10-1.3 Attachments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| Section 10-1.4 Inspection, Performance Testing and Maintenance . . . . . . . . . . . . | 8 |
| 10-1.4.1 Inspection Classification . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| 10-1.4.2 Frequent Inspection . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| 10-1.4.3 Periodic Inspection . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| 10-1.4.4 Hooks not in Regular Use . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| 10-1.4.5 Performance Testing . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| 10-1.4.6 Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| Section 10-1.5 Operating Practices . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
| Chapter 10-2 Hooks, Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| Section 10-2.1 Hook Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| Section 10-2.2 Hook Identification . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| Section 10-2.3 Inspection, Performance Testing, and Maintenance . . . . . . . . . . . | 10 |
| 10-2.3.1 Inspection Classification . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| 10-2.3.2 Frequent Inspection . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| 10-2.3.3 Periodic Inspection . . . . . . . . . . . : . . . . . . . . . . . . . . . | 10 |
| 10-2.3.4 Hooks not in Regular Use . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| 10-2.3.5 Performance Testing . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| 10-2.3.6 Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| Section 10-2.4 Operating Practices . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| Illustrations | |
| Fig. 1 Sorting Hook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| Fig. 2 Clevis Hook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| Fig. 3 Eye Hook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| Fig. 4 Shank Hook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| Fig. 5 Duplex Hook (Sister) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| Fig. 6 Eye Grab Hook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| Fig. 7 Clevis Grab Hook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| Fig. 8 Foundry Hook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| Fig. 9 Laminated Hook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| Fig. 10 Choker Hook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |

ANSI B30.10-1975

## AMERICAN NATIONAL STANDARD

## SAFETY STANDARDS FOR CABLEWAYS, CRANES, DERRICKS, HOISTS, HOOKS, JACKS AND SLINGS

### INTRODUCTION

#### General

This Standard is one of a series of safety standards on various subjects which have been formulated under the general auspices of the American National Standards Institute. One purpose of the Standard is to serve as a guide to governmental authorities having jurisdiction over subjects within the scope of the Standard. It is expected, however, that the Standard will find a major application in industry, serving as guide to both manufacturers of the equipment and to the purchasers and users of the equipment.

For the convenience of the user, the Standard has been divided into separate volumes such as the following:

B30.1    Jacks
B30.2    Overhead & Gantry Cranes
B30.3    Hammerhead Tower Cranes
B30.4    Portal, Tower and Pillar Cranes
B30.5    Crawler, Locomotive and Truck Cranes
B30.6    Derricks
B30.7    Base Mounted Drum Hoists
B30.8    Floating Cranes and Floating Derricks
B30.9    Slings
B30.10   Hooks
B30.11   Monorail Systems and Underhung Cranes
B30.12   Handling Loads Suspended from Rotorcraft
B30.13   Controlled Mechanical Storage Cranes
B30.14   Side Boom Tractors
B30.15   Mobile Hydraulic Cranes
B30.16   Overhead Hoists
B30.17   Single Girder Top Running Cranes
B30.18   Overhead Stacker Cranes
B30.19   Cableways

B30.20   Below the Hooklifting Devices

If adopted for governmental use, the references to other national codes and standards in the specific volumes may be changed to refer to the corresponding regulations of the governmental authorities.

The use of cranes, derricks, hoists, hooks, jacks and slings is subject to certain hazards that cannot be met by mechanical means, but only by the exercise of intelligence, care and common sense. It is therefore essential to have competent and careful operators, physically and mentally fit, trained in the safe operation of the equipment and the handling of the loads. Serious hazards are overloading, dropping or slipping of the load caused by improper hitching or slinging, obstruction to the free passage of the load, using equipment for a purpose for which it was not intended or designed.

The standards committee fully realizes the importance of proper factors of safety, minimum or maximum sizes and other limiting dimensions of wire rope and their fastenings, sheaves, drums and similar equipment covered by the Standard, all of which are closely connected with safety. Safe sizes, strengths, and similar criteria are dependent on many different factors, often varying with the installation and uses. These factors also depend on the condition of the equipment or material; on the loads; on the acceleration, or speed of the ropes, sheaves or drums; on the type of attachments; on the number, size and arrangement of sheaves, or other parts; on weather, and other atmospheric conditions tending toward corrosion, or wear; and on so many variable factors that must be considered in each individual case. The rules given in the Standard must be interpreted accordingly and judgment used in deter-

Case 3:14-cr-00175-WHA   Document 1146-5   Filed 02/18/20   Page 19 of 92

mining their application.

The standards committee will be glad to receive criticisms of the Standard requirements and suggestions for the improvement, especially such as are based on actual experience in the application of the rules. Revised editions will be issued from time to time with such changes as experience in its application and improvements in the arts may dictate.

### Section I Scope

This Standard applies to the construction, installation, operation, inspection and maintenance of jacks; power operated cranes, monorails and crane runways; power operated and manually operated derricks and hoists; lifting hooks and slings.

This Standard does not apply to track and automotive jacks, railway or automobile wrecking cranes, shipboard cranes, shipboard cargo handling equipment, well drilling derricks, skip hoists, mine hoists, truck body hoists, car or barge pullers, lever operated pulling devices, conveyors, excavating equipment nor to equipment coming within the scope of the following American National Standards Committees: A10, A17, A90, A92, A113, A120, B56 and B77.

### Section II Purpose

This Standard is designed (1) to guard against and minimize injury to workers and otherwise provide for the protection of life, limb, and property by prescribing minimum safety requirements, (2) to provide direction to owners, employers, supervisors and others concerned with, or responsible for its application and (3) to guide governments and other regulatory bodies in the development, promulgation, and enforcement of appropriate safety directives.

### Section III Exceptions and Interpretations

In case of practical difficulties or new developments, or unnecessary hardship, the administrative or regulatory authority may grant exceptions from the literal requirements or permit the use of other devices or methods, but only when it is clearly evident that an equivalent degree of protection is thereby secured.

> NOTE: To secure uniform application and interpretation of this Standard, administrative or regulatory authorities are urged, before rendering decisions on disputed points, to consult the committee which formulated it through the office of The American Society of Mechanical Engineers, United Engineering Center, 345 East 47th Street, New York, New York 10017.

### Section IV New and Old Installations

One year after the date on which this Standard becomes effective, all new construction and installations shall conform to its rules. The performance of any equipment installed prior to one year after the effective date shall be evaluated by a qualified person selected by the user. If past performance discloses actual circumstances that have caused or might have caused property/equipment damage or injuries to personnel resulting from functional performance or from the configuration of the equipment that result from deviation of the equipment from the Standard the equipment shall be evaluated to determine specifically how it deviates from this Standard. A qualified person, having made this evaluation, shall then recommend the degree to which changes should be made to bring the equipment into compliance with the intent of this Standard and changes should be accomplished within two years from the effective date. A complete record of the evaluations, recommended changes and actual changes shall be retained.

### Section V Mandatory and Advisory Rules

Mandatory rules of this Standard are characterized by the use of the work "shall". If a provision is of an advisory nature it is indicated by the use of the word "should" and is a recommendation considered to be the advisability of which depends on the facts in each situation.

# CHAPTER 10-0
## SCOPE, DEFINITIONS, REFERENCES

### Section 10-0.1 Scope of B30.10

Within the general scope defined in Section I, American National Standard B30.10 applies to all types of hooks used in conjunction with equipment described in other volumes of the B30 standards. This applies to all hoisting hooks that support a load in a direct-pull configuration and such load is carried in the base (bowl-saddle) of the hook. This also applies to other hooks specifically defined within this chapter that do not support a load in a direct-pull configuration.

### Section 10-0.2 Definitions

**10-0.2.1 Administrative or Regulatory Authority** Governmental Agency or the employer in the absence of governmental jurisdiction.

**10-0.2.2 Appointed.** Assigned specific responsibilities by the employer or the employer's representative.

**10-0.2.3 Crack.** A crevice type discontinuity of the material.

**10-0.2.4 Designated.** Selected or assigned by the employer or the employer's representative as being qualified to perform specific duties.

**10-0.2.5 Dye Penetrant Testing.** A non-destructive test method for detecting surface discontinuity based on capillary action. A liquid penetrant is applied to the surface. The excess penetrant is then removed and any subsequent bleeding indicates seams, laps, and cracks.

**10-0.2.6 Forging Lap.** A defect caused by folding over surface metal and then forging into the material surface without cohesion.

**10-0.2.7 Heavy Service.** Service which involves operating at 85 percent to 100 percent of rated capacity as a regular specified procedure.

**10-0.2.8 Hot Tear.** A defect caused by the rupture of metal while cooling from the molten to the solid state.

**10-0.2.9 Latch.** A device used to bridge the throat opening of a hook.

**10-0.2.10 Load.** The total weight imposed on the hook.

**10-0.2.11 Magnetic Particle Testing.** A non-destructive test method for revealing discontinuities in ferromagnetic materials, by means of finely divided magnetic particles applied to the magnetized part.

**10-0.2.12 Nick or Gouge.** Sharp notch in hook surface which may act as stress raiser in the area of the notch.

**10-0.2.13 Normal Service.** Service which involves operating at less than 85 percent rated capacity except for isolated instances.

**10-0.2.14 Proof Load.** The specific load applied in performance of the proof test.

**10-0.2.15 Proof Test.** A non-destructive load test made by the hook manufacturer to verify construction and workmanship of the hook.

**10-0.2.16 Qualified.** A person who, by possession of a recognized degree, certificate or professional standing or who by extensive knowledge, training, and experience, has demonstrated the ability to solve problems relating to the subject matter and work.

**10-0.2.17 Radiography.** A non-destructive test employing x-ray or gamma radiation for revealing internal discontinuities.

**10-0.2.18 Rated Load (R/L).** The maximum allowable working load.

**10-0.2.19 Seam.** A crack-like discontinuity caused by rolling or working in defects.

**10-0.2.20 Severe Service.** Heavy service coupled with the possibility of abnormal unforeseen conditions.

**10-0.2.21 Ultrasonic Testing.** A non-destructive test method for revealing discontinuities in dense homogenous materials, by means of acoustic waves of frequencies above the audible range.

AMERICAN NATIONAL STANDARD
HOOKS

ANSI B30.10-1975



**FIG. 1   SORTING HOOK**



**FIG. 2   CLEVIS HOOK**
(Latch is optional)



**FIG. 3   EYE HOOK**
(Latch is optional)



**FIG. 4   SHANK HOOK**
(Latch is optional)

4

**AMERICAN NATIONAL STANDARD
HOOKS**

ANSI B30.10-1975



FIG. 5   DUPLEX HOOK (SISTER)
(Pinhole is optional)



FIG. 6   EYE GRAB HOOK



FIG. 7   CLEVIS GRAB HOOK



FIG. 8   FOUNDRY HOOK

**AMERICAN NATIONAL STANDARD
HOOKS**

ANSI B30.10-1975





FIG. 10  CHOKER HOOK

FIG. 9  LAMINATED HOOK

6

AMERICAN NATIONAL STANDARD
HOOKS

ANSI B30.10-1975

# CHAPTER 10-1

# HOOKS, HOISTING

This chapter applies to all hooks that support a load in a direct pull configuration and such load is carried in the base (bowl-saddle) of the hook. Refer to Figures 2, 3, 4, 5 and 9.

### Section 10-1.1 Hook Characteristics

**10-1.1.1** The hook material shall have sufficient ductility to permanently deform before failure at the temperatures at which the specific hook will be used.

**10-1.1.2** When proof tests are used to verify manufacturing process, material or configuration, the hooks shall be able to withstand the proof load application without permanent deformation when the load is applied for a minimum of 15 seconds. This condition shall be considered to have been satisfied if the permanent increase in the throat opening does not exceed 1/2 percent. For such tests, Table 1 states the proof load that shall be applied to a hook with a rated load capacity.

**10-1.1.3** For a duplex (sister) hook having a pin eye, the proof load for the eye shall be in accordance with Table 1.

### Section 10-1.2 Hook Identification

Manufacturer's identification should be forged, cast or die stamped on a low stress and non-wearing area of the hook.

### Section 10-1.3 Attachments

**10-1.3.1** Where required, a latch shall be provided, or a hook's design shall be used to retain such items as, but not limited to, slings and chains under slack conditions.

**10-1.3.2** When a handle or latch support is welded to

a hook, whose design requires heat treating, welding shall be done prior to final heat treating.

### Table 1   Proof Test Load

| Rated Load | | Proof Load (Minimum) | | |
|---|---|---|---|---|
| Tons (2000 lbs) | Kg | Percent of R/L | Tons (2000 lbs) | Kg |
| 1/2 | 453.6 | 200 | .1 | 907.2 |
| 1 | 907.2 | 200 | 2 | 1814.4 |
| 5 | 4536 | 200 | 10 | 9072 |
| 10 | 9072 | 200 | 20 | 18144 |
| 15 | 13608 | 200 | 30 | 27216 |
| 20 | 18144 | 200 | 40 | 36288 |
| 25 | 22680 | 200 | 50 | 45360 |
| 30 | 27216 | 200 | 60 | 54432 |
| 35 | 31752 | 200 | 70 | 63504 |
| 40 | 36288 | 200 | 80 | 72576 |
| 45 | 40824 | 200 | 90 | 81648 |
| 50 | 45360 | 200 | 100 | 90720 |
| 60 | 54432 | 193 | 116 | 105235.2 |
| 75 | 68040 | 183 | 137 | 124286.4 |
| 100 | 90720 | 166 | 166 | 150595.2 |
| 125 | 113400 | 150 | 188 | 170553.6 |
| 150 | 136080 | 133 | 200 | 181440 |
| 175 | 158760 | 133 | 233 | 211377.6 |
| 200 | 181440 | 133 | 266 | 241315.2 |
| 250 | 226800 | 133 | 333 | 302097.6 |
| 300 | 272160 | 133 | 399 | 361972.8 |
| 350 | 317520 | 133 | 465 | 421848 |
| 400 | 362880 | 133 | 532 | 482630.4 |
| 450 | 408240 | 133 | 598 | 542505.6 |
| 500 | 453600 | 133 | 665 | 603288 |
| Above 500 | >453600 | 133 | | |

Note: 1 ton (short, 2000 lbs) = 907.2 Kg

For hooks with rated load ratings not shown in the above table, use the next lower rated load rating for determining the percent of rated load to be applied as excess load.

7

AMERICAN NATIONAL STANDARD
HOOKS

ANSI B30.10-1975

### Section 10-1.4 Inspection, Performance Testing and Maintenance

#### 10-1.4.1 Inspection Classification

a. *Initial Inspection.* Prior to initial use, all new and repaired hooks shall be inspected to assure compliance with the provisions of **10-1.4.2.**

b. Inspection procedure for hooks shall be governed by the kind of equipment in which they are used. When such requirements for hooks are stated in standards for these specific equipments, they shall take precedence over the following. Otherwise there shall be two general classifications based upon intervals at which examination shall be performed. The classifications are herein designated "frequent" and "periodic" with intervals between examinations as defined below:

1. *Frequent Inspection*—Visual examinations by the operator other designated personnel with records not required of items listed in **10-1.4.2:**
   a. Normal service—Monthly
   b. Heavy service—Weekly to Monthly
   c. Severe service—Daily to Weekly
   d. Special or infrequent service as authorized by qualified person—before and after each occurrence with records of the operation.

2. *Periodic Inspection*—Visual inspections by appointed person making records of apparent external conditions to provide the basis for continuing evaluation as noted in **10-1.4.3:**
   a. Normal Service—Equipment in place—Yearly.
   b. Heavy Service—As in **10-1.4.1.b.2a** unless external conditions indicate that disassembly should be done to permit detailed inspection—Yearly.
   c. Severe Service—As in **10-1.4.1.b.2b** except that the detailed inspection may show the need for use of non-destructive type of testing—Quarterly.
   d. Special or infrequent service as authorized by a qualified person—before the first such occurrence and as directed by the qualified individual for any subsequent occurrences.

#### 10-1.4.2 Frequent Inspection

Hooks in regular use should be examined for the following items as noted in **10-1.4.1** (See **10-1.4.6**)

a. Distortion such as bending, twisting or increased throat opening.

b. Wear
c. Cracks, severe nicks or gouges.
d. Latch engagement, damaged or malfunctioning latch (if latch is provided).
e. Hook attachment and securing means.

#### 10-1.4.3 Periodic Inspection

Hooks in regular use should be inspected for the deficiencies listed in **10-1.4.2.**

#### 10-1.4.4 Hooks not in regular use

Hooks not in regular use should be inspected in accordance with **10-1.4.2** before being returned to service.

#### 10-1.4.5 Performance Testing

No performance testing of hooks shall be required except as is necessary to conform to the requirements for the equipment of which they are a part.

#### 10-1.4.6 Maintenance

a. Hooks having any of the following deficiencies shall be removed from service, unless a qualified person approves their continued limited use:

1. Crack(s)
2. Wear exceeding 10 percent (or as recommended by the manufacturer) of the original dimension.
3. A bend or twist exceeding 10 degrees from the plane of the unbent hook.
4. Increase in throat opening exceeding 15 percent or as recommended by the manufacturer.
5. If a latch is provided and it becomes inoperative because of wear or deformation, or fails to fully bridge the throat opening, the hook should be removed from service until the device has been repaired or replaced.
6. If hooks are painted, a visual inspection should take this coating into consideration. Surface variations can disclose evidence of heavy or severe service to require more detailed analysis of paragraph **10-1.4.1.b.2b** or **10-1.4.1.b.2c.** The surface condition may then call for stripping the paint in such instances.

b. Repair of nicks and gouges may be carried out by a designated person by grinding longitudinally following the contour of the hook, provided that no di-

8

mension is reduced more than 10 percent (or as rec-
ommended by the manufacturer) of its original value
(A qualified person may authorize continued use if
the reduced area is not critical.)

c. All other repairs shall be performed by the man-
ufacturer or other qualified person.

### Section 10-1.5 Operating Practices

Personnel using hooks shall be instructed in the
following practices:

a. Determine that the weight of the load to be
lifted does not exceed the load rating of the hook.

b. Shock loading shall be avoided.

c. Load shall be centered in the base (bowl-saddle)
of the hook to prevent point loading of the hook.

d. Hooks shall not be used in such a manner as to
place a side or backload on the hook.

e. When using a device to bridge the throat open-
ing of the hook, care shall be used that the load in no
way is carried by the bridging device.

f. Hands and fingers shall be kept from between
hook and load.

g. Duplex (sister) hooks shall be loaded equally on
both sides unless the hook is specifically designed for
single loading.

h. The pin hole in Duplex (sister) hooks shall not
be loaded beyond the rated load of the hook.

9

# CHAPTER 10-2

# HOOKS, MISCELLANEOUS

This chapter applies to all hooks that do not support a load in a direct pull configuration; such as, grab hooks, foundry hooks, sorting hooks, and choker hooks. Refer to Figures 1, 6, 7, 8 and 10.

### Section 10-2.1 Hook Properties

**10-2.1.1** The hook material shall have sufficient ductility to permanently deform before failure at the temperatures at which the specific hook will be used.

**10-2.1.2** Rated loads for a hook, when used in the manner for which intended, shall be equal to or exceed the rated load of the chain, wire rope or other suspension members to which it is attached. In those instances when this is not feasible, special precautions shall be taken to assure that the rated load limit of the hook is not exceeded.

### Section 10-2.2 Hook Identification

Manufacturer's identification should be forged, cast or die stamped on a low stress and non-wearing area of the hook.

### Section 10-2.3 Inspection, Performance Testing and Maintenance

#### 10-2.3.1 Inspection Classification

a. *Initial Inspection.* Prior to initial use, all new and repaired hooks shall be inspected to assure compliance with the provisions of **10-2.3.2**.

b. Inspection procedure for hooks shall be governed by the kind of equipment in which they are used. When such requirement for hooks are stated in standards for these specific equipments, they shall take precedence over the following. Otherwise there shall be two general classifications based upon intervals at which examination shall be performed. The classifications are herein designated "frequent" and "periodic" with intervals between examinations as

defined below:

1. *Frequent Inspection*—Visual examinations by the operator or other designated personnel with records not required of items listed in **10-2.3.2**:

    a. Normal service—Monthly

    b. Heavy service—Weekly to Monthly

    c. Severe service—Daily to Weekly

    d. Special or infrequent service as authorized by qualified person before and after each occurrence with records on the operation.

2. *Periodic Inspection*—Visual inspections by appointed person making records of apparent external conditions to provide the basis for continuing evaluation as noted in **10-2.3.3**:

    a. Normal service—Equipment in place—Yearly.

    b. Heavy service—as in **10-2.3.1.b.2a** unless external conditions indicate that disassembly should be done to permit detailed inspection—Yearly.

    c. Severe service—as in **10-2.3.1.b.2b** except that the detailed inspection may show the need for use of non-destructive type of testing—Quarterly.

    d. Special or infrequent service as authorized by a qualified person—before the first such occurrence and as directed by the qualified person for any subsequent occurrences.

#### 10-2.3.2 Frequent Inspection

Hooks in regular use should be examined for the following items as noted in **10-2.3.1.b.1**. (See **10-2.3.6**)

a. Distortion such as: bending, twisting, or increased throat opening.

b. Wear.

c. Cracks, severe nicks or gouges.

d. Hook attachment and securing means.

#### 10-2.3.3 Periodic Inspection

Hooks in regular use should be inspected for the deficiencies listed in **10-2.3.2** as noted in **10-2.3.1.b.2**.

#### 10-2.3.4 Hooks not in regular use

Hooks not in regular use should be inspected in accordance with **10-2.3.2** before being returned to service.

#### 10-2.3.5 Performance Testing

No performance testing of hooks shall be required except as is necessary to conform to the requirements for the equipment of which they are a part.

#### 10-2.3.6 Maintenance

a. Hooks having any of the following deficiencies shall be removed from service, unless a qualified person approves their continued limited use:

    1. Crack(s)

    2. Wear exceeding 10 percent (or as recommended by the manufacturer) of the original dimension.

    3. A bend or twist exceeding 10 degrees from the plane of the unbent hook, or as recommended by the manufacturer.

    4. Increase in throat opening exceeding 15 percent, or as recommended by the manufacturer.

b. Repair of nicks and gouges may be carried out by a designated person by grinding longitudinally following the contour of the hook, provided that no dimension is reduced more than 10 percent (or as recommended by the manufacturer) of its original value (A qualified person may authorize use if the reduced area is not critical).

c. All other repairs shall be performed by the manufacturer or other qualified person.

#### Section 10-2.4 Operating Practices

**10-2.4.1** Personnel using miscellaneous hooks shall be instructed in the following practices:

a. Determine that the load or force required does not exceed the rated load of the hooks assembly, especially when any special conditions, such as choking or grabbing, are considered.

b. Shock loading shall be avoided.

c. A hook shall not be used in a manner other than that for which it was intended.

d. Hands and fingers shall be kept from between load and hook.

# * * * NOTICE * * *

### THIS REPORT CONTAINS ADDITIONAL MEDIA!

### MEDIA COULD BE IN THE FORM OF:
### PHOTOS, CHARTS, DIAGRAMS, FILM, MAPS ETC.

### ADDITIONAL MEDIA IS MAINTAINED WITH THE:
### ORIGINAL HARD COPY REPORT

# PG & E (ATS)

The following document(s) was not scanned by DataBank due to:

☐ Fragile State of document
☑ Outside the scope for scanning equipment
    **VHS Tapes**
    **Film Negatives**
    **CD/DVD**
    **Video Device**
☐ Customer Requirements
☐ Other

Box Number:

*144*

File/Folder Description:

*Report number 500-87-28*
*lot of 1 Negative*







| ITEM NO. | QTY. | LINDSEY PART NO. | DESCRIPTION | MAT'L | ASTM | WT. EA. |
|---|---|---|---|---|---|---|
| 1 | 1 | 3310 | 30 KIP BALL HOOK | FS | A-576 | |
| 2 | 1 | 3361 | 30 KIP SOCKET EYE | DI | A-536 | |
| 3 | 1 | 1346 | 25 KIP SUSP. CLAMP | AL | B-26 | |

3⅛

2"

2⁵⁄₁₆

3¼

20°

10"

1"

1"

COND. RANGE:
1.21 TO 1.82 DIA.

690157

GENERAL NOTES:

1. ALL FERROUS PARTS ARE HOT DIP GALVANIZED PER ASTM A-123.

2. ALL FERROUS FASTNERS ARE HOT DIP GALVANIZED PER ASTM A-153.

3. ALL BALL AND SOCKET FITTINGS TO FIT ANSI CLASS 52-3 AND 52-5.

4. ALL COTTER KEYS ARE HUMPBACK STAINLESS STEEL (TYPE 304).

| | | | ADDED NOTE 3 | |
|---|---|---|---|---|
| B | 10-23-86 | KS | REVISED AND UPDATED | |
| A | 2-4-85 | MC | 3-1¼ WAS 3-1/8  3361 WAS 3365, 10" WAS 11" | |
| NO. | DATE | BY | APP. | DESCRIPTION |

REVISIONS

USED ON NUMBERS

DRAWING AND DESIGN PROPERTY OF LINDSEY MFG. CO. UNAUTHORIZED MANUFACTURE OR REPRODUCTION IN WHOLE OR PART PROHIBITED.

ULT —STRENGTH—25,000 LBS. REQ. 8,000

**LINDSEY**
MANUFACTURING COMPANY
760 N. GEORGIA / AZUSA CA 91702 / 818 969-3471

TITLE: 44-115KV SINGLE STRING SUSPENSION

| TOLERANCES UNLESS OTHERWISE NOTED | | | |
|---|---|---|---|
| | FRACTIONS | DECIMALS | ANGLES |
| CAST | | | |
| FORGE | | | |
| MACHINE | | | |
| FABRICATION | | | |

| WEIGHT | | |
|---|---|---|
| ASMB— | RAW | FIN. |
| MATERIAL | FINISH | |
| SEE CHART | SEE NOTES | |

APP. MC 10-23-86
CHK.

DRG. KCS

SCALE: NONE

TYPE SAA

LAST REVISION: B 10-23-86

DRAWING NUMBER: R-3053

NOTE! DO NOT SCALE DRAWING
BREAK ALL SHARP EDGES   10-23-86

BISHOP GRAPHICS/ACCUPRESS
REORDER NO. A30722

500-82-23



| | ITEM | PART NO. | MATERIAL | DESCRIPTION |
|---|---|---|---|---|
| 1 | A | 78420-2000 | F.S. | HOOK |
| 1 | B | 92802-2000 | M.I. | SOCKET Y-CLEVIS |
| 1 | C | 99844-4001 | STL. | YOKE PLATE |
| 2 | D | 93885-3003 | M.I. | Y-CLEVIS EYE |
| 2 | E | 87144-3006 | ALUM. | SUSPENSION CLAMP |
| 2 | F | 88017-2000 | F.S. | CHAIN SHACKLE |

**LIST OF MATERIAL** — DRAWING NUMBER **60282** — 3001

## SHIP UNASSEMBLED



(Pacific Gas and Electric Co. REC'D FEB 1981 ENGINEERING RECORDS DESIGN - DRAFTING stamp)

| ITEM | WEIGHT # | ULT. STR. # | A.S.T.M. |
|---|---|---|---|
| A | 1.7 # | 30,000 # | A-576 |
| B | 2.3 # | 30,000 # | A-47 |
| C | 13.9 # | 30,000 # | A-283 |
| D | 2.2 # | 25,000 # | A-47 |
| E | 5.1 # | 25,000 # | B-108 |
| F | 1.3 # | 10,000 # | A-576 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(A)

(B)

(C)

(D)

## TYPE 2SJ

- CLAMP SUITABLE FOR
1.00 TO 1.47 DIA. CONDUCTOR.

697677

9

PACIFIC GAS & ELECTRIC

APPROVED FOR
FEB 5 - 1981
MICROFILMING



| | | | | | | M & I SALES | 41 | |
|---|---|---|---|---|---|---|---|---|
| DATE | BY | DATE | BY | ☐ OHIO BRASS | | VALVE SALES | B3 | |
| 12-15-78 | | | | | | P.U. SALES | ✱ | |
| 12-18-78 | | | | MANSFIELD, OHIO | | PURCHASING | | |
| 12-18-78 | | | | 115 KV JUMPER | | PRODUCTION | ✓ | |
| 12-18-78 | | | | ASSEMBLY | | DRAWING NO. | | |
| | | | | TYPE 2SJ | | 60282 | SCALE | |

FILE 30-C

# EXHIBIT E-2

# Electric Line Notification

Notification # : 100317904          Page 1
PM Order #   :

---

## Notification Details

*Date Reported*   : 09/01/2000 (15:11:11)     *Reported By*   : ▮
*Desired Start*   :                            *Priority*      : 5        5    24 months
*Required End*    :                            *Planner Group* : TLE      Bellota Line
*Element (object)*: Hardware - DE              *Work Center*   : 11692    ET Line - Metcalf
*KDI (damage)*    : Rusted                     *Equip Impact*  : H        High Impact
*Cause*           :

## Functional Location and Equipment Structure

*Line #*      : ETL.5463              20185 PITTSBURG-SAN MATEO
*County*      : ETL.5463.TOWR         20185 PITTSBURG-SAN MATEO-TOWER
*Asset Type*  :
*Equipment*   : 40870242             044/174 LATTICE STEEL TOWER

## Line Data - ETL.5463                    Equipment Data - 40870242

*Insulation Volt* :                    *Longitude*      :
*Operation Volt*  :                    *Latitude*       :
*Structures*      :                    *Framing Config* :
*Owner*           :                    *Accessibilty*   :
*Agency*          :                    *Property Rights*:
                                       *UnderBuilt*     :

## Description / Comments : PITT-S.MATEO #1 46/189 HARDWARE/RUST

05/22/2001  15:47:23 WM Conversion (WMCONV)  Phone ▮
▮          10.23.2000   15:12:14 TOP MIDDLE BOTTOM
            05.09.2001   10:36:33 "C" hooks & suspension plates mild
rust and wear.
02/06/2002 15:19:55 ▮          Phone ▮
*Comments continued on next page ........*

## Additional Information                    Completion Activities

  *Accessibility*                       *Activity*            *Quantity*
[ ] Foot Only                          [ ] Adjusted          ____
[ ] Light Eqp (crew cabs,pickups)      [X] Assessed          000
[ ] Medium Eqp (aerial lifts,line trucks) [ ] Cleaned        ____
[ ] Heavy Eqp (cranes,tractors)        [ ] Installed         ____
                                       [ ] Located           ____
[ ] Hot Work                           [ ] Notified Third Party ____
[ ] ISO Clearance Required             [ ] Patrol Air        ____
[ ] Clearance Required - Non ISO       [ ] Patrol Ground     ____
[ ] Vegetation Work                    [ ] Patrol Infrared   ____
[ ] Capital                            [ ] Pole Top Extended ____
[ ] Expense                            [ ] Removed           ____
[ ] ISO Scheduled                      [ ] Repaired          ____
                                       [ ] Replaced          ____
  *Inspection Type(s)*                  [ ] Stubbed           ____
[X] Aerial Inspection                  [ ] Tested            ____
[ ] Ground Inspection                  [ ] Treated           ____
[ ] Climbing Inspection                [ ] Trimmed           ____
[ ] Non-Routine Inspection             [ ] Other             ____
                                       *Estimated Hours:*    ____

## Completion Comments

*Comp By:* _____   *Date* __/__/__

# Electric Line Notification

**Notification #** : **100317904**
**PM Order #** :

Page 2

# Electric Line Notification

**Notification #   : 100317904**
**PM Order #       :**

Page 3

---

**Comments (continued)**

```
8/30/2001 CONDITION CHECKED.
06/24/2003 09:21:29 ███████████████  Phone ████████████
FOUND COMPLETE UPON ARRIVAL BY ████
```

# EXHIBIT E-3

# Electric Line Notification

**Notification #** : **100771136**        Page 1
**PM Order #** :

---

## Notification Details

| | | | |
|---|---|---|---|
| *Date Reported* | : 08/15/2002 (06:49:19) | *Reported By* | : ▮ |
| *Desired Start* | : 12/03/2006 | *Priority* | : 5 | 5   24 months |
| *Required End* | : 12/03/2007 | *Planner Group* | : TLJ | Concord |
| *Element (object)* | : Hardware - DE | *Work Center* | : 11693 | T- Line Concord |
| *KDI (damage)* | : Rusted | *Equip Impact* | : M | Medium Impact |
| *Cause* | : | | |

## Functional Location and Equipment Structure

*Line #*       : ETL.4980                20069 LAS POSITAS-NEWARK
*County*       :
*Asset Type*   :
*Equipment*    :


**Line Data - ETL.4980**                 **Equipment Data -**

*Insulation Volt* :                      *Longitude*       :
*Operation Volt*  :                      *Latitude*        :
*Structures*      :                      *Framing Config*  :
*Owner*           :                      *Accessibilty*    :
*Agency*          :                      *Property Rights* :
                                         *UnderBuilt*      :

## Description / Comments : 102492800 LAS POSITAS-NEWARK RUSTY HARDW

08/15/2002 07:06:32 ▮▮▮▮▮▮▮▮ Phone ▮▮▮▮▮
MONITOR ENTIRE LINE FOR RUSTY HARDWARE AND WORN C-HOOKS
12/03/2005 16:44:24 ▮▮▮▮▮▮▮▮ Phone ▮▮▮▮▮
Changed to Priority 6 to comply with priority 5 backlog list.
11/05/2006 14:36:18 ▮▮▮▮▮▮ Phone ▮▮▮▮▮
*Comments continued on next page ........*

## Additional Information

*Accessibility*
[ ] Foot Only
[ ] Light Eqp (crew cabs,pickups)
[ ] Medium Eqp (aerial lifts,line trucks)
[ ] Heavy Eqp (cranes,tractors)

[ ] Hot Work
[ ] ISO Clearance Required
[ ] Clearance Required - Non ISO
[ ] Vegetation Work
[ ] Capital
[X] Expense
[ ] ISO Scheduled

*Inspection Type(s)*
[ ] Aerial Inspection
[ ] Ground Inspection
[ ] Climbing Inspection
[ ] Non-Routine Inspection

## Completion Activities

| *Activity* | *Quantity* |
|---|---|
| [ ] Adjusted | ____ |
| [ ] Assessed | ____ |
| [ ] Cleaned | ____ |
| [ ] Installed | ____ |
| [ ] Located | ____ |
| [ ] Notified Third Party | ____ |
| [ ] Patrol Air | ____ |
| [ ] Patrol Ground | ____ |
| [ ] Patrol Infrared | ____ |
| [ ] Pole Top Extended | ____ |
| [ ] Removed | ____ |
| [ ] Repaired | ____ |
| [ ] Replaced | ____ |
| [ ] Stubbed | ____ |
| [ ] Tested | ____ |
| [ ] Treated | ____ |
| [ ] Trimmed | ____ |
| [ ] Other | ____ |
| *Estimated Hours:* | ____ |

## Completion Comments

*Comp By:* _____  *Date* __/__/__

---

# Electric Line Notification

**Notification #** : **100771136**  
**PM Order #** :

Page 2

# Electric Line Notification

**Notification #   : 100771136**
**PM Order #        :**

---

**Comments (continued)**

Added User Status - When EL was created it was not assigned a User
Status Code
08/22/2007 12:50:25 ███████████████     Phone ███████████
DATA QUALITY CLEANUP:MOVED TO MAIN GROUP CENTER 11823 TO11692

# EXHIBIT E-4

**From:** ███████████████

**Sent:** Thursday, January 29, 2004 3:24 PM

**To:** ███████████████

**Cc:**

**Subject:** Ball-Hook Failure Analysis        TES Report No. 413.62-04.5

███ :

A fractured ball-hook used to attach the insulator string directly to the tower pad was submitted for failure analysis.   Of particular interest was whether environmental or ageing factors such as fatigue or corrosion had contributed to the failure.

A visual examination was performed of the hook and fracture surface.   The absence of   fatigue beach-marks or corrosion   on the fracture surface indicates that a single overload event caused the failure.   Gross distortion of the hook throat opening, flaking of the galvanize coating, and secondary cracking along the inside-back of the hook indicate that the loading event acted to pry open the hook, producing excessive bending stresses in the hook body that resulted in fracture.   Evidence of normal wear, with no significant section loss,   was seen at the throat bend and along the inside of the throat below the tip;   no evidence of damage was evident on the outer surfaces of the hook.

In summary, the hook failure was the result of a single overload event that produced excessive bending stresses in the hook body and caused it to fracture.   No evidence of environmental or ageing related degradation was found on the hook.

██████████████

*Pacific Gas and Electric Company*

██████████████
Consulting Metallurgist
Technical and Ecological Services Department
3400 Crow Canyon Road, San Ramon, CA   94583
*Phone:* █████████ or █████████   *Pager:* █████████
**TES 24-Hr. Service Line:** █████████ or █████████
**TES Intranet Web Site:** http://tes

# EXHIBIT E-5

# Electric Line Notification

**Notification #  : 101441414**
**PM Order #      : 40421580**                    Page 1

---

### Notification Details

| | | | | |
|---|---|---|---|---|
| *Date Reported* | : 08/24/2004 (09:47:26) | *Reported By* | : ▮▮▮▮▮ | |
| *Desired Start* | : 02/20/2005 | *Priority* | : 4 | 4    6 - 12 |
| months | | | | |
| *Required End* | : 08/19/2005 | *Planner Group* | : TLI | Metcalf Line |
| *Element (object)* : Pull-off plate - Do Not Use | | *Work Center* | : 11823OLD | TLine Tower Constru |
| *KDI (damage)* | : Worn - Do Not Use | *Equip Impact* | : M | Medium Impact |

### Functional Location and Equipment Structure

*Line #* : ETL.3320      10265 PITTSBURG-MARTINEZ #1
*County* : ETL.3320.TOWR      10265 PITTSBURG-MARTINEZ #1-TOWER
*Asset Type* :
*Equipment* : 40804822      005/027 LATTICE STEEL TOWER

### Line Data - ETL.3320

*Insulation Volt* :
*Operation Volt* :
*Structures* :
*Owner* :
*Agency* :

### Equipment Data - 40804822

*Longitude* :
*Latitude* :
*Framing Config* :
*Accessibilty* :
*Property Rights* :
*UnderBuilt* :

### Description / Comments : PITT-MARTINEZ #1 5/27 REPL. WORKING EYES

08/24/2004 09:48:31 ▮▮▮▮▮ Phone ▮▮▮▮▮
REPLACE WORN WORKING EYE PLATES ON TOWER ARM.
04/08/2005 11:05:30 ▮▮▮▮▮ Phone ▮▮▮▮▮
Tower Dept completed this work on 9/14/2004.

### Additional Information

*Accessibility*
[ ] Foot Only
[ ] Light Eqp (crew cabs,pickups)
[ ] Medium Eqp (aerial lifts,line trucks)
[ ] Heavy Eqp (cranes,tractors)

[ ] Hot Work
[ ] ISO Clearance Required
[ ] Clearance Required - Non ISO
[ ] Vegetation Work
[ ] Capital
[ ] Expense
[ ] ISO Scheduled

*Inspection Type(s)*
[ ] Aerial Inspection
[ ] Ground Inspection
[ ] Climbing Inspection
[ ] Non-Routine Inspection

### Completion Activities

| *Activity* | *Quantity* |
|---|---|
| [ ] Adjusted | ____ |
| [ ] Assessed | ____ |
| [ ] Cleaned | ____ |
| [ ] Installed | ____ |
| [ ] Located | ____ |
| [ ] Notified Third Party | ____ |
| [ ] Patrol Air | ____ |
| [ ] Patrol Ground | ____ |
| [ ] Patrol Infrared | ____ |
| [ ] Pole Top Extended | ____ |
| [ ] Removed | ____ |
| [ ] Repaired | ____ |
| [ ] Replaced | ____ |
| [ ] Stubbed | ____ |
| [ ] Tested | ____ |
| [ ] Treated | ____ |
| [ ] Trimmed | ____ |
| [ ] Other | ____ |
| *Estimated Hours:* | 001 |

### Completion Comments

*Comp By:*        *Date: 09/14/04*

_____
_____

# EXHIBIT E-6

# Electric Line Notification

**Notification #** : 101580505          Page 1
**PM Order #** : 30429045

---

### Notification Details

| | | | | |
|---|---|---|---|---|
| *Date Reported* | : 09/21/2004 (13:39:35) | *Reported By* | : ■■■ | |
| *Desired Start* | : 10/21/2004 | *Priority* | : 3 | 3    1 - 6 months |
| *Required End* | : 11/30/2006 | *Planner Group* | : TLI | Metcalf Line |
| *Element (object)* | : Insul. - Bell | *Work Center* | : 11692 | ET Line - Metcalf |
| *KDI (damage)* | : Contaminated | *Equip Impact* | : M | Medium Impact |
| *Cause* | : | | | |

### Functional Location and Equipment Structure

| | | |
|---|---|---|
| *Line #* | : ETL.7212 | 60424 SNEATH LANE-HALF MOON BAY |
| *County* | : ETL.7212.POLE | 60424 SNEATH LANE-HALF MOON BAY-HALF MOO |
| *Asset Type* | : ETL.7212.POLE.WOOD | 60424 SNEATH LANE-HALF MOON BAY-HALF MOO |
| *Equipment* | : 40656240 | ?004/003 SINGLE WOOD POLE |

### Line Data - ETL.7212

| | |
|---|---|
| *Insulation Volt* | : |
| *Operation Volt* | : |
| *Structures* | : |
| *Owner* | : |
| *Agency* | : |

### Equipment Data - 40656240

| | |
|---|---|
| *Longitude* | : |
| *Latitude* | : |
| *Framing Config* | : |
| *Accessibilty* | : |
| *Property Rights* | : |
| *UnderBuilt* | : |

### Description / Comments : JEFFERSON-MARTIN   4/3 REPL 2 POLES

12/29/2004 13:39:28  ■■■■■■■■■■   Phone  ■■■■■■■■
WORN C-HOOKS, HARDWARE STELL ARM 2 POLE
02/25/2005 09:02:18  ■■■■■■■■■■   Phone  ■■■■■■■
delayed until road work is done. permitting will delay road work until
summer
*Comments continued on next page .......*

### Additional Information

*Accessibility*

[ ] Foot Only
[ ] Light Eqp (crew cabs,pickups)
[ ] Medium Eqp (aerial lifts,line trucks)
[ ] Heavy Eqp (cranes,tractors)

[ ] Hot Work
[ ] ISO Clearance Required
[ ] Clearance Required - Non ISO
[ ] Vegetation Work
[X] Capital
[ ] Expense
[ ] ISO Scheduled

*Inspection Type(s)*

[ ] Aerial Inspection
[ ] Ground Inspection
[ ] Climbing Inspection
[ ] Non-Routine Inspection

### Completion Activities

| *Activity* | *Quantity* |
|---|---|
| [ ] Adjusted | ____ |
| [ ] Assessed | ____ |
| [ ] Cleaned | ____ |
| [ ] Installed | ____ |
| [ ] Located | ____ |
| [ ] Notified Third Party | ____ |
| [ ] Patrol Air | ____ |
| [ ] Patrol Ground | ____ |
| [ ] Patrol Infrared | ____ |
| [ ] Pole Top Extended | ____ |
| [ ] Removed | ____ |
| [ ] Repaired | ____ |
| [X] Replaced | 003 |
| [ ] Stubbed | ____ |
| [ ] Tested | ____ |
| [ ] Treated | ____ |
| [ ] Trimmed | ____ |
| [ ] Other | ____ |
| *Estimated Hours:* | 024 |

### Completion Comments

*Comp By:* ■■■■■■          *Date: 04/28/06*

---

# Electric Line Notification

**Notification #** : 101580505
**PM Order #** : 30429045

Page 2

# Electric Line Notification

**Notification #   : 101580505**
**PM Order #      : 30429045**

---

**Comments (continued)**

08/15/2005 12:19:58 ███████████████  Phone ████████████
PER ████  JOB IS IN ESTIMATING

09/29/2005 06:36:43 ████████████████  Phone ██████████
job is out of estimating & the access has been cleared. job will be done
by mid november

10/04/2005 09:09:27 ███████████████  Phone ████████████
PER ████ C-HOOKS ARE ABOUT FIFTY PERCENT.

11-02-2005 10:21:57 ████████████ (ETM) ██████ Phone █████████
This job is still in engineering. We will not be able to get a clearance
on this line for about a year due to the Jefferson Martin Project. Moved
due date out one year.

11-02-2005 10:27:40 ████████████ (ETM) ██████ Phone ████████████
Correction, this tag will be done as a pole replacement on PM 30429045.
PM not released yet.

05/01/2006 13:34:29 ███████████████  Phone ███████████
RUSTY C-HOOKS REPLACED WITH STRUCTURE

# EXHIBIT E-7

**To:** ████
**Cc:** ████

**From:** ████ (ET)
**Sent:** Fri 6/24/2011 4:27:54 PM (UTC-07:00)
**Subject:** Re: Jefferson - Hillsdale

And I'm sure we may have a few more out there on this section.  I'll work with ██ to change this one out and inspect the towers in series  next to this one.   If needed, we'll change out those too with all new hardware and insulators.

████

----- Original Message -----
From: ████
Sent: Friday, June 24, 2011 04:22 PM
To: ████ (ET)
Cc: ████████
Subject: FW: Jefferson - Hillsdale

██,

Looking at the photo of the hanger plate, I would recommend changing it out to a new plate. It appears that there is a groove cutting into the plate probably caused by years of rubbing between the c-hook and the plate. You might want to discuss with ██ too.

████

-----Original Message-----
From: ████ (ET)
Sent: Thursday, June 23, 2011 12:02 PM
To: ████
Cc: ████████
Subject: Jefferson - Hillsdale

████

We had a notification to change hardware on the Jefferson - Hillsdale Tower 10/65.

We did not have a towerman available to change out the attachment flange (frogplate) so we went ahead and changed out the insulators and all associated hardware.

The crew took a photo of the flange (attached) and we'd like to get your recommendation on moving forward with changing out the flange on this tower and others on this line.

Thanks

████

# EXHIBIT E-8

**PG&E**
**Corrective Work Form**
**Electric Transmission**
**Line**

BRIGHTON BELLOTA 061/411 INSLTR HRDWR RP

| | |
|---|---|
| **LC #** | 105398894 |
| **Priority** | E - Schd Compl Yr 0 |
| **Work Type** | 532 - 93K_Insulator Replacement - Steel |

| | | | |
|---|---|---|---|
| **Line Name** | 20011 BRIGHTON-BELLOTA | | |
| **Functional Location** | ETL.4420.INSL - 20011 BRIGHTON-BELLOTA-INSULATOR | | |
| **Equipment** | 40621564 - 061/411 CERAMIC INSULATOR | | |
| **Structure ID** | 061/411 | | |
| **Main Work Center** | VICTOR - Victor | **Required End Date** | 2/28/2012 |
| **Planner Group** | TLP - ET Poles | **Order #** | 30871493 |
| **Voltage** | 230 KV | **Wood** ☐  **Steel** ☐ | |
| **Latitude** | 38.117696 | **Longitude** | -121.086008 |
| **Bird report event log** | | **Bird Incident #** | |

| Facility | | Damage | | Activity | |
|---|---|---|---|---|---|
| **IH02** | Hardware - Susp. | **EL08** | Clearance (ft/in) | **REPL** | Replaced |

| | | | | |
|---|---|---|---|---|
| **Street** | | **Crew Size** | | |
| **Cross Street** | | **Estimated Labor Hours** | | |
| **Division** | ST | | | |
| **City** | | Zip | 00000 | |
| **County** | 039 - San Joaquin Co | | | |

| | | | |
|---|---|---|---|
| **Reported by** | ▮▮▮▮ | **Date Found** | 8/10/2011 |

| | | | | |
|---|---|---|---|---|
| **Completed By** | | **Date** | | **Actual Labor Hours** |
| **Reviewed By** | | **Date** | | |
| **Signature** | | | | |
| | *I verify that all maintenance on this notification is completed* | | | |

**Field Notes**

_____

_____

_____

_____

**Long Text**

08/15/2011 11:16:10 ▮▮▮▮ Phone ▮▮▮▮

REPLACE INSULATORS AND COLD END HARDWARE DUE TO C HOOK COCKED IN BELL

(THIS COULD BE DUE TO A BAD INSTALLATION OR A WORN C HOOK).

-----------------------------------------

09/01/2011 06:58:27 ▮▮▮▮ Phone ▮▮▮▮

COMPLETED 08/31/2011 ▮▮▮▮ TOTAL WORK HOURS 13.50

-----------------------------------------

09/06/2011 09:10:58 ▮▮▮▮ Phone ▮▮▮▮

30871493 - dist. copies to ▮▮▮▮

-----------------------------------------

12/05/2011 09:16:58 ▮▮▮▮ Phone ▮▮▮▮

HCP REVIEW: 30871493/ 105406263

LOCATION: BRIGHTON BELLOTA 061/411 INSLTR

LAT/LON PER GIS: 38.117490, -121.085894

NO HCP ISSUES INDICATED IN GIS AT THIS IMMEDIATE LOCATION. PER THE
AERIAL PHOTOS ON GOOGLE EARTH DATED 6/16/11 THE IMMEDIATE LOCATION IS AG
LAND/ ROW CROPS. THE TOWER IS IN THE AG FIELD. ALL WORK IS OVERHEAD NON
GROUND DISTURBING WORK.


GIS INDICATES CALIFORNIA TIGER SALAMANDERS (CNDDB 1974) & VERNAL POOLS
IN THE NATURAL VEG SURROUNDING THE AREA. THE CREW MUST STAY ALONG THE
ROADS AND IN THE AG FIELDS/ ROW CROPS. IF THIS IS NOT POSSIBLE HCP MUST
BE CONTACTED. IF ANY SENSITIVE SPECIES ARE SEEN ALL CONSTRUCTION MUST
STOP AND A BIOLOGIST MUST BE CONTACTED.


PER NOTES ABOVE WORK WAS COMPLETED BEFORE HCP REVIEW.

# EXHIBIT E-9

**PG&E** | **Corrective Work Form**
**Electric Transmission**
**Line**

MARTIN-MILLBRAE #1 2/19 c hooks rusty

| | |
|---|---|
| **LC #** | 105413039 |
| **Priority** | F - Schd Compl Yr 1+ |
| **Work Type** | 628 - ICS-Maintain Steel Strs > 60kV |

| | | | |
|---|---|---|---|
| **Line Name** | 10149 MARTIN-MILLBRAE #1 | | |
| **Functional Location** | ETL.2230.TOWR - 10149 MARTIN-MILLBRAE #1-TOWER | | |
| **Equipment** | 40594895 - 002/019 LATTICE STEEL TOWER | | |
| **Structure ID** | 002/019 | | |
| **Main Work Center** | METCALF - Metcalf | **Required End Date** | 9/1/2012 |
| **Planner Group** | TLN - ET Line | **Order #** | |
| **Voltage** | 115 KV | **Wood** ☐ **Steel** ☐ | |
| **Latitude** | 37.66856 | **Longitude** | -122.40663 |
| **Bird report event log** | | **Bird Incident #** | |

| Facility | | Damage | | Activity | |
|---|---|---|---|---|---|
| CF03 | Conductor | CH05 | Rusted | REPA | Repaired |

| | | | |
|---|---|---|---|
| **Street** | NEAR AIRPORT BL. AND SISTER CITIES UP H | **Crew Size** | |
| **Cross Street** | | **Estimated Labor Hours** | |
| **Division** | SJ | | |
| **City** | S SAN FRANCISCO Zip 00000 | | |
| **County** | 041 - San Mateo Coun | | |

| | | | |
|---|---|---|---|
| **Reported by** | ▆▆ | **Date Found** | 8/23/2011 |

| | | | |
|---|---|---|---|
| **Completed By** | | **Date** | **Actual Labor Hours** |
| **Reviewed By** | | **Date** | |
| **Signature** | | | |
| | *I verify that all maintenance on this notification is completed* | | |

**Field Notes**

_____
_____
_____
_____

**Long Text**

08/30/2011 07:40:50 ▆▆▆▆ Phone ▆▆▆▆

C hooks rusty and worn


-----------------------------------------
09/06/2012 10:26:50 ▆▆▆▆ Phone ▆▆▆▆

Reassess notification no -000106193319

09/26/2012 07:31:01 ▆▆▆▆ Phone ▆▆▆▆

Per ▆▆ on 9/25/12 - rust/wear to be checked during next inspection

cycle. close tag.

# EXHIBIT E-10

**PG&E**

**Corrective Work Form**
**Electric Transmission**
**Line**

**HUMBOLDT BRIDGEVILLE 109/0 PLATES SUSP**

| | |
|---|---|
| **LC #** | 110616684 |
| **Priority** | B - Urgt Compliance |
| **Work Type** | 630 - ICW-Maintain Wood Strs > 60kV |

| | | | | |
|---|---|---|---|---|
| **Line Name** | 10103 HUMBOLDT-BRIDGEVILLE | | | |
| **Functional Location** | ETL.1810.POLE.WDPS - 10103 HUMBOLDT-BRIDGEVILLE-WO | | | |
| **Equipment** | 40598288 - 109/000 WOOD POLE STRUCTURE | | | |
| **Structure ID** | 109/000 | | | |
| **Main Work Center** | EUREKA - Eureka | **Required End Date** | 11/30/2015 | |
| **Planner Group** | TLP - ET Poles | **Order #** | 42463046 | |
| **Voltage** | 115 KV | **Wood** ☐ | **Steel** ☐ | |
| **Latitude** | 40.754166 | **Longitude** | -123.989166 | |
| **Bird report event log** | | **Bird Incident #** | | |

| **Facility** | | **Damage** | | **Activity** | |
|---|---|---|---|---|---|
| **CRSS** | Crossarm | **BROK** | Broken/Damaged | **REPA** | Repair |

| **Status** - Cond/Oper Info | **Status** - Field Ident | **Status** - Field Cond (Expo) | **Status** - Field Cond (Access) | **Status** - Other |
|---|---|---|---|---|
| **CREW** Crew Work | | | | |

| | | | |
|---|---|---|---|
| **Street** | | **Crew Size** | |
| **Cross Street** | | **Estimated Labor Hours** | |
| **Division** | HB | | |
| **City** | Zip 00000 | | |
| **County** | 012 - Humboldt Count | | |

| | | |
|---|---|---|
| **Reported by** ▮ | **Date Found** | 9/1/2015 |

| | | | |
|---|---|---|---|
| **Completed By** | **Date** | **Actual Labor Hours** | |
| **Reviewed By** | **Date** | | |
| **Signature** | | | |
| *I verify that all maintenance on this notification is completed* | | | |

**Field Notes**

**Long Text**

| |
|---|
| 09/02/2015 11:07:26 PST ▮▮▮▮▮▮▮▮ Phone ▮▮▮▮▮ |
| PER ▮▮▮▮ ON 9/15/15 CREW REPLACEED WORN OUT SUSPENSION EYE PLATES ON |
| STEEL CROSSARM X3 |

# EXHIBIT E-11



**Corrective Work Form
Electric Transmission
Line**

**CORDELIA INTERIM PUMP 0/5 RPL HARDWARE**

| | |
|---|---|
| **LC #** | 111710417 |
| **Priority** | E - Schd Compl Yr 0 |
| **Work Type** | 630 - ICW-Maintain Wood Strs > 60kV |

| | | | |
|---|---|---|---|
| **Line Name** | 60218C CORDELIA INTERIM PUMPS TAP | | |
| **Functional Location** | ETL.8183.POLE.WOOD - 60218C CORDELIA INTERIM PUMPS | | |
| **Equipment** | 40757782 - 000/005 SINGLE WOOD POLE | | |
| **Structure ID** | 000/005 | | |
| **Main Work Center** | SACTO - Sacramento | **Required End Date** | 5/17/2017 |
| **Planner Group** | TLN - ET Line | **Order #** | 42745251 |
| **Voltage** | 60 KV | **Wood** ☒  **Steel** ☐ | |
| **Latitude** | 38.219158 | **Longitude** | -122.158326 |
| **Bird report event log** | | **Bird Incident #** | |

| Facility | | Damage | | Activity | |
|---|---|---|---|---|---|
| **HRDD** | Hardware-Wood | **NG** | No Good/Out of Stdrd | **REPL** | Replace |

| Status - Cond/Oper Info | | Status - Field Ident | Status - Field Cond (Expo) | | Status - Field Cond (Access) | Status - Other | |
|---|---|---|---|---|---|---|---|
| **INSP** | T-Line Inspection | | **REMT** | Remote / Ag / Low Pop | | **CLR** | Clearance Required |

| | |
|---|---|
| **Street** | END OF RESEVOIR LANE |
| **Cross Street** | GREEN VALLEY RD |
| **Division** | SA |
| **City** | FAIRFIELD   Zip   00000 |
| **County** | 048 - Solano County |

**Crew Size**
**Estimated Labor Hours**

| **Reported by** | | **Date Found** | 5/17/2016 |
|---|---|---|---|

| | | |
|---|---|---|
| **Completed By** | **Date** | **Actual Labor Hours** |
| **Reviewed By** | **Date** | |
| **Signature** | | |
| | *I verify that all maintenance on this notification is completed* | |

**Field Notes**

_____
_____
_____
_____

**Long Text**

06/10/2016 14:02:21 PST ███████████  Phone ███████
- Voltage           : 60 KV
- Structure ID      : 000/005

REPLACE FAILING & WORN THROUGH "C" HOOKS AND EYE NUTS. LINE IS
IDLE AND DE-ENERGIZED FROM SW 45 TO END BUT OVER ENERGIZED 12KV
THAT FEEDS PUMP PLNT.
-----------------------------------------
11/29/2016 10:41:44 PST ██████████████  Phone █
PER ███████████, COMPLETED 11/28/16.

-----------------------------------------------------------

# EXHIBIT E-12



Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25
June 20, 2018

## METALLURGICAL EVALUATION OF INSULATOR  SUSPENSION PLATES
## FROM THE PARKWAY-MORAGA 230 KV LINE AT STRUCTURE 020/115

| Event Date | CAP | Nearest City | Line and Voltage | Structure |
|---|---|---|---|---|
| 28-MAR-2018 | 114451180 | Orinda | Parkway-Moraga, 230 kV | 020/115 |

Report Prepared for:

███████████████

Supervisor, T-line Construction
T-Line M&C Central – Bay Maintenance

and

███████████

Reliability Specialist, Expert
T-Line Asset Strategy & Reliability

Prepared by:

███████████

Senior Advising Materials Engineer

Reviewed by:

███████████

Senior Materials Engineer

PGE-CAMP-CPUC-0000070150

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA 94583

Report #: 413.62-18.25

## 1.0 EXECUTIVE SUMMARY

On 13-APR-2018, six suspension plates were received at ATS for analysis of severe wear found at the insulator attachment points. Three of the plates were from the 230 kV Parkway-Moraga transmission line at structure 020/115, and three were from the Bahia-Moraga 230 kV transmission line on the opposing side of the same structure.

Based upon the observed macro- and microscopic deformation of the material, the wear was attributed to wind-driven swinging of the insulators (wind-sway). In the most severely worn plate, the thickness of the load-bearing ligament measured 0.282", or 38% of the design value of 0.75". Because the plates are believed to have been installed in 1946, this minimum ligament thickness was used to estimate the maximum average observed wear rate to be 0.007"/year. This wear rate was used to estimate the remaining lifetime based upon design-calculations of the ligament strength. The remaining life of the plates was conservatively calculated to be between 28 years and 25 years, depending upon the load (estimated to be between 4,000 and 5,000 lbs, respectively). This remaining life prediction is generally conservative because it is based upon the most severe wear observed, and because the calculations utilize idealized design criteria. However, it should be noted that the prediction assumes failure by a specific mode (shear tear-out), and it could become unconservative if the plates begin to experience cracking. No cracking was observed in the present microstructure. However the stress will increase as the ligaments undergo thinning due to future wear, and this may increase the susceptibility to cracking due to fretting or fatigue.

### Recommendations
– Perform targeted, additional inspections at selected locations where environmental and loading conditions could be considered to be equivalent based on i) span length, ii) vertical loading, iii) spot elevation, iv) depth of crossing, and v) orientation perpendicular to the prevailing wind.

### Secondary Findings
– The material from which the plates were fabricated meets the requirements of both ASTM A7-42 and ASTM A36-14.
– The wear in the plates appears to be within expectations given the material and vintage.
– No manufacturing deficiencies were identified in the material.

## 2.0 LIST OF APPENDICES AND ATTACHMENTS
- Appendix A: Component Testing Information Sheet (CTIS)
- Appendix B: Engineering Drawing NG3 (1946)
- Appendix C: Anamet Report 5005.5872, Tensile and Chemical Testing
- Appendix D: Engineering Drawing 3008548, R1 (2013)

## 3.0 INTRODUCTION

On 28-MAR-2018, three suspension plates were removed from the 230 kV Parkway-Moraga Transmission Line at structure 020/115[1] because substantial wear was observed at the insulator attachment points. On 02-APR-2018, three additional plates were removed from the opposing side of the same structure, the Bahia-Moraga 230 kV transmission line, for the same reason. The issue was submitted as CAP #114451180, and the six plates were sent to ATS for evaluation of the material quality and wear mechanism. The evaluation is intended to support a broader assessment of the integrity of similar components in other locations.

---

[1] Original designation was structure 48/260 of the Vaca-Dixon-Moraga Line per drawing 22857, Rev. 20 (2/16/16).

Page 2

PGE-CAMP-CPUC-0000070151

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25

The components received at ATS on 13-APR-2018 comprised the six suspension plates shown in Fig. 1. Note that the plates from the two lines were comingled such that there was no documentation associating the individual plates with either transmission line. The accompanying CTIS indicated that the location was a ridgetop with constant high- to medium-strength winds (Appendix A). The location is illustrated in Fig. 2, where Fig. 2a shows the location of the structure and the span over Highway 24 in a map-view from ET-GIS. Fig. 2b shows the actual structure in a screen shot from the high-resolution flyover-video available through ET-GIS. The view is south-facing, with the top of structure 020/115 visible in the foreground and the base of structure 021/116 visible near the top edge of the image. Additional related background information on the location, structure, and transmission line were recovered from ET-GIS and the GIS Asset Inventory Database. These data are tabulated in Table I, and indicate that the structure and insulators were installed in 1946. This implies that the suspension plates were probably installed in 1946, and no contradictory information was discovered via discussion with T-Line Maintenance and T-Line Civil Engineering.

## 4.0 EVALUATION

The plates were inspected by the following methods:
- Visual Inspection
- Metallography
- Optical and Scanning Electron Microscopy (SEM)
- Mechanical Testing (Rockwell B and Tensile Testing)
- Chemistry (OES and LECO)

## 5.0 RESULTS

Fig. 1 shows the suspension plates as-received. The plates were tentatively grouped into two sets of three based on the extent of visible corrosion, and were numbered '1' through '6'. Based on the prevailing wind direction (westerly) and the orientation of the tower/line (north-south), it could be suggested that the more corroded plates (Fig. 3) are likely to be associated with the downwind Bahia-Moraga line, and the less corroded plates (Fig. 4) to the upwind Parkway-Moraga line. However, no supporting documentation was provided to associate the individual plates with either line.

The approximate dimensions of the individual plates are 14.5" long, 3.5" wide, and 0.64" thick. In each plate, there are six mounting-holes with diameters of 0.673", and one insulator-attachment hole with an original diameter of 1.484". These dimensions are consistent with the 1946 engineering drawing from a comparable structure supplied by T-Line Civil Engineering (Appendix B).

On all of the plates, the insulator-attachment has worn one axis of the larger holes to an average length of 1.93", decreasing the ligament below the insulator attachment from the design value of 0.75" to between 0.282" and 0.462". This is illustrated in Figs. 3 and 4, which show front- and back-side views of the six suspension plates. These images show that the wearing of the plates at the attachment point has created an obvious decrease in the distance from the elongated hole to the edge of the plate. The decrease in the thickness of that ligament is accompanied by substantial plastic deformation that gives the appearance of material 'squeezing' out (extruding) from the wear surface. Fig. 5 shows this deformation in more detail for Plates 2, 4, and 6. In that Figure, and in Fig. 6, it can be seen that the wear surfaces are largely covered with corrosion products and exhibit only localized areas of the bright metal associated with recent wear. This seems to imply that, at any given time, the actual contact area between the insulator hook and the wear surface is small, and/or that the severity of the wear process is not constant.

PGE-CAMP-CPUC-0000070152

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25

Fig. 7 shows the cut-map describing the locations from which sub-samples were taken for metallographic inspection.  Transverse and longitudinal samples of the bulk microstructure were obtained from the locations indicated in Fig. 7b.  These mounts are transverse to, and parallel to, the long-axis of the plate, respectively.  Also, the microstructure beneath the wear surfaces was sampled parallel to the wear surface (Plate 6, Fig. 7a), and perpendicular to the wear surface (Plate 2, Fig. 7b).

Fig.8 shows the bulk microstructure from Plate 2 at 200x and 500x.  The microstructure is comprised of dark pearlite regions in a light ferrite matrix, and is consistent with published examples of low carbon steel, e.g., grade ASTM A36.[2]  The ferrite is generally polygonal (equiaxed) in both the transverse (a, c) and longitudinal (b, d) microstructures, indicating full recrystallization and little or no residual deformation (banding) from the manufacturing or rolling processes.

Images from the polished cross-section through the wear surface of Plate 6 are shown in Fig. 9.  This cross-section corresponds to the section labelled 'Parallel' in Fig. 7a.  The wear surface at the top of the images shows evidence of corrosion, including pitting.  In addition, Fig. 9b shows clear evidence of plastic shearing of the surface.  No cracks were located in the cross-section.  The same section is shown in Fig. 10 after etching to reveal the microstructure.  The etching reveals substantial shear deformation in the microstructure below the wear surface, including orientation and elongation of the (light) ferrite grains, distortion of the (dark) pearlite colonies, and the appearance of debris distributed throughout.  It will be discussed below that the observed 'debris' is largely due to breakup of the pearlite colonies and the presence of deformation bands.[3,4,5]  The deformation of the microstructure can be further illustrated by comparison of the insets from Fig. 10 to Figs. 8a and 8b.  Note that the deformation in these images runs in the circumferential direction of the insulator-attachment hole, and so could be attributed to either sliding or rolling of the insulator pin (in the plane of the plate).  As will be discussed below, the pattern of the deformation is consistent with the forces arising from rolling contact.  This is consistent with the forces that would arise from swinging of the insulator due to line sway.

Figs. 11 and 12 show comparable views of the perpendicular cross-section from Plate 2, Fig. 7b.  The polished views in Fig. 11 again show surface corrosion and plastic shear, but no cracking.  Fig. 11b shows the ductile flow at the edge of the wear surface (the material that appears extruded from the wear surface in Fig. 5).  This plastic deformation resulted from shear forces in the through-thickness direction (perpendicular to the plane of the plate).  Fig.12 shows the distortion in the etched microstructure below the wear surface.  In these images, the microstructure is similar to that observed in Fig. 10, with orientation and elongation of the (light) ferrite grains, distortion of the (dark) pearlite colonies, and the appearance of debris distributed throughout.  Note that these images are at higher magnification than those in Fig. 10.  The images in Fig. 12 are taken at increasing depth below the surface such that at approximately 65 mils (0.065") below the surface (Fig. 12d) the microstructure is equivalent to the bulk microstructure documented in Fig. 8c.  As with Fig. 10, closer to the surface the ferrite regions appear to be littered with debris (Figs. 12a - 12c).  Inspection of the etched microstructure using scanning electron microscopy (SEM) to achieve elevated magnification, Fig. 13, reveals that the pearlite colonies near the surface have been broken apart by the shear forces associated with the deformation.  In these images, the

[2] B.L. Bramfitt and A.O Benscoter, Metallographer's Guide: Practices and Procedures for Irons and Steels, (ASM International, Materials Park, OH, 2002), pp. 6, 178.

[3] M. Vilotic, L. Sidjanin, D. Rajnovic, and M. Novovic, "SEM-TEM study of low carbon steel subjected to conventional and severe plastic deformation," The 16th European Microscopy Congress, Lyon, France, August 22, 2017.

[4] M.G. Maruma, C.W. Siyasiya, and W.E. Stumpf, "Effect of cold reduction and annealing temperature on texture evolution of AISI 441 ferritic stainless steel," J. S. Afr. Inst. Min. Metall., 113, (2013).

[5] E. Ahmad, et al., "Effect of cold rolling and annealing on the grain refinement of low alloy steel," 2014 IOP Conf. Ser.: Mater. Sci. Eng., 60 (2014).

Page 4

PGE-CAMP-CPUC-0000070153

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25

regions that appear to comprise multiple, parallel lines are the pearlite colonies.  Figs. 13b and 13d show examples from the bulk of the plate, away from the shearing forces at the wear surface.  Those colonies are typically well formed, contiguous, and widely separated by intact ferrite grains.  In contrast, near the surface (Figs. 13a and 13c), the pearlite colonies appear smaller and fragmented, with the fragments dispersed by the plastic flow of the ferrite matrix.  The apparent debris littering the ferrite grains is thus attributed to the breakup of the pearlite colonies near the surface.

Tables II and III show the results of mechanical testing and chemical analysis of Plates 2, 4, and 6, with the original test report provided in Appendix C.  The tensile testing was performed on sub-sized samples using a 1" gauge length due to the plate geometry.  The average yield and tensile strengths are 40.2 ksi and 64.9 ksi, respectively, and the average elongation to failure is 39.0%.  These meet the requirements of the current ASTM A36-14[6] and the prior specification ASTM A7-42[7].  Similarly, the chemistry results shown in Table II conform to those same standards.  Hardness limits are not called out in either standard, but HRB data are provided in Table II for reference.

## 6.0 DISCUSSION

The data presented in the Results section show the suspension plates to have a microstructure typical of rolled plain carbon steel comparable to ASTM A36 (or the precursor ATSM A7).  The microstructure is 19.8% pearlite dispersed in irregular colonies up to approximately 0.0025" in the major dimension (2.5 mils).  No excessive or atypical manufacturing features were observed (inclusions, excessive stringers, etc.), and the ferrite microstructure is generally equiaxed and well annealed.  The strength and composition conform to both the current specification ASTM A36-14 and the prior specification ASTM A7-42.

Representatives from T-Line Civil Engineering were unable to identify original drawings specific to this component and the related structure.  There appears to be a high probability that the structure in question was built from drawing NG3 (Appendix B), however that drawing is unclear whether the grade specification for the suspension plates is ASTM A7 or 'Hi Elastic'.  ASTM A7 is the precursor to ASTM A36, and the current 2013 drawings from a cage-extension project for towers on the Vaca-Lakeville line (Appendix D) specify ATSM A36 for the suspension plates.  Because the tensile and chemical analyses of the plates conform to these standards, it is likely that the plates were originally manufactured in conformance with ASTM A7-42.

The wear surfaces show significant plastic deformation, both macroscopically (Fig. 5) and within the subsurface microstructure (Figs. 10 and 12).  This deformation is characteristic of adhesive wear, which refers to the damage produced when surface asperities interact, and very high stresses, strains, and strain rates are generated in localized regions.[8]  Adhesive wear can produce extensive extrusion of material, material transfer, plastic shearing, and pinholes.[8,9]  The subsurface deformation visible in Fig. 10 is characteristic of Hertzian contact with a rolling component, where the maximum shear stresses occur

---

[6] ASTM A36/A36M-14, "Standard Specification for Carbon Structural Steel," (ASTM International, West Conshohocken, PA, 2014).

[7] ASTM A7-42, "Standard Specifications for Steel for Bridges and Buildings," (ASTM International, West Conshohocken, PA, 1942).

[8] A. Ball, "The mechanisms of wear, and the performance of engineering materials," *J. S. Afr. Inst. Min. Metall.*, **86**, (1986).

[9] A.A. Maiche, "Fretting Wear Mechanisms in A216 Plain Carbon Steel," a dissertation submitted in partial satisfaction of the requirements for the degree of Doctor of Philosophy, University of California, Berkeley, Spring 2016.

PGE-CAMP-CPUC-0000070154

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25

below the surface at a depth that is related to the applied force, the elastic properties of the materials, and the geometry of the interface.[10]

Recalling from the Introduction that the probable installation date for these components was 1946, they may have been in service for over 70 years. The span lengths on either side of the structure (020/115) are 999.6' to 020/114 and 2,123.6' to 021/116 (per drawing #202857, Rev. 21), where the latter passes from peak-to-peak over Highway 24 at a height of approximately 500'. The area is known to be windy in the summer due to the sea breeze effect where hotter inland temperatures draw westerly breezes in from the ocean and bay. These breezes are capable of driving conductor movement in the form of wind-sway, Aeolian vibrations, conductor galloping, or wake-induced oscillation. The latter of these two phenomena can probably be excluded from consideration since conductor galloping is typically associated with asymmetric drag caused by ice formation, and since the Parkway-Moraga line is on the upwind (west) side of the structure. Under moderate wind speeds, up to approximately 20 mph, Von Karman vortex shedding will induce vertical Aeolian vibrations at frequencies depending on the Strouhal relationship[11]:

$$f = 0.185 \frac{V(m/s)}{D(m)} = 3.256 \frac{V(mph)}{D(in)} \tag{1}$$

In Eq. (1), $V$ represents the wind speed and $D$ the conductor diameter. This places the frequency in the range of 13-40 Hz for this 954 kcmil ACSR conductor. These frequencies seem too high to induce sufficient displacement amplitudes in the insulator to create the observed deformation. Also, as noted with respect to Eq. (1), the vortex-shedding forces associated with these displacements are vertical, which is not consistent with the biaxial deformation observed in the microstructures. Finally, it was reported by the T-Line M&C Foreman that there were vibration dampers on all three phases. The conclusion is that the wearing has resulted from wind-sway, or swinging of the insulators driven by windy conditions over the highway. The combined effects of this movement and the loading from the insulator and conductor, estimated at 4,000 to 5,000 lbs (discussed below), led to the observed wearing over the course of several decades. This process is inevitable, and the observed condition of the suspension plates appears to fall within normal expectations. It should be considered that the length and character of the span between structures 020/115 and 021/116, a valley crossing of 2,123.6', may have contributed to the severity of the movement.

Mechanical calculations were performed to estimate the load-to-failure as a function of the thickness of the ligament between the insulator attachment and the edge of the plate. These conservative calculations were based on design guidelines[12], assume an idealized geometry failing by shear tear out, and estimate the shear strength to be 60% of the ultimate tensile strength (UTS) per ANSI/AISC 360-16.[13] Based on Eq. (7.1) from Footnote 12, the ligament thickness at failure, $L_c$, is given by

$$L_c = \frac{R_n}{1.2 F_u t} \tag{2}$$

where $R_n$, $F_u$ and $t$ represent the load, tensile strength, and plate thickness, respectively. Fig. 14a shows the load-to-failure versus ligament thickness calculated using both the minimum UTS from ASTM A7-42 (60 ksi), and the average measured UTS (64.9 ksi). The load-to-failure is 13,000 lbs or 14,050 lbs,

---

[10] J.T. Burwell, Jr., "Survey of Possible Wear Mechanisms," *Wear*, **1**, (1957/1958).

[11] J-L Lilien, "Power Line Aeolian Vibrations," Universite de Liege, (2013).

[12] W.T. Segui, Steel Design, (Cengage Learning, Independence, KY, 2007), Section 7.3.

[13] ANSI/AISC 360-16, Specification for Structural Steel Buildings, (American Institute of Steel Construction, Chicago, IL, 2016).

PGE-CAMP-CPUC-0000070155

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25

respectively, at the minimum observed ligament thickness of 0.282", and decreases linearly with decreasing ligament thickness per Eq. (2).

Based on the extent of the wear noted in Figs. 3 and 4, assuming a linear wear rate over 72 years implies a loss of approximately 0.004" to 0.007" per year.  Assuming the wear rate to be 0.007"/year, the time-to-failure was calculated as a function of the applied load, $R_n$.  The calculation used the minimum observed ligament thickness as a starting point, and estimated the time as

$$T_f = \frac{(0.282" - L_c)}{w} \tag{3}$$

where $T_f$ and $w$ represent the time-to-failure and the wear rate, respectively, and $L_c$ was calculated per Eq. (2)  using the minimum specified UTS from ASTM A7-42 (60 ksi).  The results are illustrated in Fig. 14b, where it is shown that the remaining life decreases linearly with increasing load from approximately 35 years at 1,500 lbs to less than 5 years at 12,000 lbs. Rough calculations based upon span length, the unit weight of the 954 kcmil ACSR conductor (1.227 lbs/ft)[14], and weight of the ceramic suspension insulator (191 lbs.)[15] indicate vertical loading on the plates was in the range of 4,000 - 5,000 lbs at this structure.  That loading places a conservative estimate of remaining life at 25 – 28 years.  More accurate assessment of the vertical loading was not performed because the plates have already been replaced on this structure, and those calculations would not be relevant at other structures.

Several potential sources of error should be noted:

    1) The dependence of wear rate on the applied load was not accounted for in the calculations because the actual current and historical loads were unknown.

    2) The linear wear-rate assumption may be overly conservative (higher-than-actual wear rate) since the initial size mismatch between the attachment hole (1.5") and the insulator hook (~1") probably caused higher than average initial wear rates due to a smaller contact area in the initial geometry.

    3) The linear wear rate could be invalidated if cracks due to fretting or fatigue begin to occur as the stresses increase with decreasing ligament cross-section.  Note that no cracking was discovered in the present condition.

    4) As noted in Table I, 36" aviation marker balls were added to the span in 1999.  It's not clear what, if any, impact this may have had on the wear rate for the affected phases.

The data used to generate Fig. 14b are tabulated in Table IV for reference, however these lifetime estimates should be used with caution at other structures where the vertical loading could be different (refer to #1 above).

## 7.0 CONCLUSIONS

Based on the observed data, the wear in the suspension plates is within expectations. No manufacturing deficiencies were identified, and the material properties meet the requirements of both ASTM A7-42 and ASTM A36-14.  The appearance of the wear surfaces and the subsurface microstructure are consistent with adhesive wear, and indicate that the relative motion of the wear surfaces can be attributed to swinging of the insulator induced by the predominant cross-breeze.  The severity of the wear condition is

---

[14] 954 kcmil ACSR is not currently a standard PG&E conductor, so data were taken from a manufacturer website: www.southwire.com

[15] Table 10 in PG&E Document 015014, Rev. 10, "Suspension Type Insulators," (8/15/2017).

PGE-CAMP-CPUC-0000070156

Applied Technology Services                    Report #: 413.62-18.25
3400 Crow Canyon Road
San Ramon, CA  94583

likely to have been exacerbated at this location by the length of the span (2,123.6'), the elevation and geometry of the landscape (peak elevation of 1,100' crossing approximately 500' above Highway 24), and possibly by the addition of aviation markers (installed in 1999).

A conservative estimate of the remaining life of the plates was performed by calculating the minimum ligament thickness as a function of load, and applying a wear rate of 0.007"/year to the smallest observed ligament (0.282"). The results indicate that the remaining life decreases linearly with increasing load from approximately 35 years at 1,500 lbs to less than 5 years at 12,000 lbs. A rough estimate of the vertical loading on this structure is 4,000 - 5,000 lbs, indicating that the remaining lifetime of these plates was 28 - 25 years, respectively. It should be noted that this estimate neglects the possibility that the plates develop cracking (from fretting or fatigue) as the nominal stress increases due to ligament wear.

Additional inspections should be conducted at selected locations where environmental and loading conditions could be considered to be equivalent based on i) span length, ii) vertical loading, iii) spot elevation, iv) depth of crossing, and v) orientation perpendicular to the prevailing wind.

PGE-CAMP-CPUC-0000070157

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 1:**  As-received photograph of six suspension plates submitted to ATS for evaluation.

PGE-CAMP-CPUC-0000070158

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 2:** a) Map view of the location of structure 020/115 passing over Highway 24 slightly east of the Caldecott Tunnel, and b) screenshot from a high-resolution flyover-video (ET-GIS) showing the span over Highway 24, with 020/115 in the foreground and 021/116 in the distance.

PGE-CAMP-CPUC-0000070159

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

**Report #: 413.62-18.25**

Table I:  Background data harvested from ET-GIS.

| | | |
|---|---|---|
| **Parkway-Moraga Suspension Plate at 020/115** | | |
| **Project** | Supervisor | ███████████ |
| | Project PM# | 31385452 |
| | CAP # | 114451180 |
| | Removed from service | 3/28/2018 |
| | Received at ATS | 4/13/2018 |
| **Line** | T-Line Name | Parkway-Moraga |
| | Line kV | 230 KV |
| | T-Line ID_ID / SAP_FL | 4460 / ETL.5930 |
| | Conductor type | ACSR |
| | Conductor size | 954 |
| | Stranding | 54/7 |
| | ET Conductor Grouping | Single |
| | Conductor Loading Zone | Yes |
| | Conductor Ampacity Rating Zone | Coastal |
| | Normal Wind Speed | 2 |
| | Emergency wind speed | 2 |
| **Structure** | Structure Number | 020/115 |
| | Structure_ID / SAP_EQ_NBR | 229303 / 40605469 |
| | Tower Type | NGX |
| | Tower Year Installed | 1946 |
| | Footing Type | Concrete |
| | Tower Lightening | None |
| | Marker Balls Type | 36" DIA. 20# Powerline Aviation Marker Ball |
| | Marker Balls Year Installed | 1999 |
| **Insulator** | Insulator Material | Ceramic |
| | Insulator Type | Suspension |
| | Insulator Year Installed | 1946 |
| | Insulator Rating | 15000 |
| **Location** | Latitude | 37.873554 |
| | Longitude | -122.194568 |
| | Elevation, ft | 1102 |
| | Climate | X |
| | County | Contra Costa |
| | Raptor Concentration Zone | Yes |
| | Land Use | Public (NEC) |
| | Zip Code | 94563 |
| | Snowload | No |
| | Corrosion | No |
| | Calfire Index | N/A |

**PGE-CAMP-CPUC-0000070160**

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 3:**  Front- and back-side views of the insulator attachment point for: a) Plate 1, b) Plate 2, and c) Plate 3.  These three plates show more corrosion than Plates 4-6 (Fig. 4) and are likely to have come from the downwind side of the structure (the Bahia-Moraga line).

PGE-CAMP-CPUC-0000070161

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 4:**  Front- and back-side views of the insulator attachment point for: a) Plate 4, b) Plate 5, and c) Plate 6.  These three plates show less corrosion than Plates 1-3 (Fig. 3) and are likely to have come from the upwind side of the structure (the Parkway-Moraga line).

Page 13

PGE-CAMP-CPUC-0000070162

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 4:**  Close-up views of the front- and back-side of the insulator attachment point. (a, b) Plate 2, (c, d) Plate 4, (e,f) Plate 6.  These views show substantial wear and plastic deformation.

PGE-CAMP-CPUC-0000070163

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA 94583

Report #: 413.62-18.25





**Figure 6:** Views of the wear surface from Plates 2, 4 and 6, showing plastic deformation and uneven wear.

PGE-CAMP-CPUC-0000070164

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 7:**  Cut-map showing the locations from which the metallographic sections were taken.



**Figure 8:**  Metallographic cross-sections at 200x (top) and 500x (bottom), etched to reveal the microstructure.  The sections were taken from the locations indicated in Fig. 7b:  (a, c) 'Trans Mount', and (b, d) 'Long Mount'.  The microstructures are imaged along the directions indicated by the red V's in Fig. 7b.

PGE-CAMP-CPUC-0000070165

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 9:**  Polished cross-sections parallel to the wear surface from Plate 6.  (a) 50x, (b, c) 200x, and (d) 500x  The images show corrosion and pitting, and plastic shearing at the surface.  No cracking was observed anywhere in the cross-section.

PGE-CAMP-CPUC-0000070166

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 10:** Etched cross-section of the wear surface shown in Fig. 9.  The images show uneven wearing and shear deformation of the microstructure below the surface.

PGE-CAMP-CPUC-0000070167

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 11:**  Polished cross-sections perpendicular to the wear surface from Plate 2.  (a) 50x, (b, c) 200x, and (d) 500x  The images show corrosion and pitting, and plastic shearing at the surface.  No cracking was observed anywhere in the cross-section.

PGE-CAMP-CPUC-0000070168

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 12:**  Polished cross-sections perpendicular to the wear surface from Plate 2, all at 500x magnification.  (a) Near-surface, (b) approximately 0.010" below the surface, (c) approximately 0.045" below the surface, and (d) approximately 0.065" below the surface.  The images show severe plastic shearing at the surface, and decreasing disturbance to the microstructure with increasing depth.

PGE-CAMP-CPUC-0000070169

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 13:**  Scanning electron micrographs from the etched cross-section perpendicular to the wear surface of Plate 2.  (a, c) From near the surface at 1,000x and 500x, and (b, d) from the bulk microstructure at 1,000x and 5,000x.  Images a) and c) show severe breakup of the pearlite regions.  Images b) and d) show large, intact pearlite colonies.

Page 21

PGE-CAMP-CPUC-0000070170

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

**Report #: 413.62-18.25**

Table II: Results of mechanical testing performed on Plates 2, 4, and 6.

| Tensile Testing | | Plate 2 | Plate 4 | Plate 6 | ASTM A7-42 | ASTM A36-14 |
|---|---|---|---|---|---|---|
| Tensile Strength (n=1) | ksi | 65.8 | 62.0 | 66.8 | 60-72 | 58-80 |
| Yield strength (n=1) | ksi | 43.4 | 36.7 | 40.5 | 0.5 Tensile / 33 min. | 36 min. |
| Elongation (n=1, g=1") | % | 36 | 43 | 38 | 22 min.* | 23 min.* |
| | | | | | | |
| **Hardness** | | Plate 2 | Plate 4 | Plate 6 | ASTM A7-42 | ASTM A36-14 |
| Average (n=10) | HRB | 69.4 | 69.8 | 69.8 | N/A | N/A |
| St. Dev (n=10) | HRB | 1.7 | 1.7 | 1.3 | N/A | N/A |

* Minimum requirements vary by gauge length, plate width and thickness.  Since the original plate width is not known, and the sample geometry limited gauge (g) to 1", the standard requirement for 2" gauge is listed here.

Table III: Results of chemical analysis by OES / LECO.

| Element | Plate 2 | Plate 4 | Plate 6 | ASTM A7-42 | ASTM 36-14 |
|---|---|---|---|---|---|
| Carbon, % max. | 0.20 | 0.20 | 0.24 | 0.20-0.35 | 0.29 |
| Mn, % max. | 0.37 | 0.40 | 0.43 | N/A | N/A |
| Phosphorous, % max. | 0.008 | 0.008 | 0.010 | 0.06 | 0.04 |
| Sulfur, % max. | 0.025 | 0.026 | 0.058 | 0.05 | 0.05 |
| Silicon, % max. | <0.005 | 0.006 | ≤0.005 | N/A | 0.40 |
| Copper, % min.* | 0.31 | 0.31 | 0.34 | 0.20 | 0.20 |

* When copper steel is specified

PGE-CAMP-CPUC-0000070171

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25



**Figure 14:**  Results of mechanical calculations showing a) load-to-failure versus ligament thickness, and b) time-to-failure versus applied load.  Both calculations assume shear tear-out and estimate shear rupture strength to be 60% of UTS.  Time-to-failure assumes the wear rate to be 0.007"/year starting from the minimum observed ligament thickness (0.282").

Page 23

PGE-CAMP-CPUC-0000070172

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25

**Table IV:**  Time-to-failure versus load for the suspension plates, calculated per Eqs. (2) and (3) and based upon: i) wear rate of 0.007"/year, ii) current ligament thickness of 0.282", iii) UTS of 60 ksi, iv) shear rupture strength of 0.6*UTS per ANSI/AISC 360-16.  The calculations assume that the wear will progress until the component fails by shear tear-out, and neglects the negative contribution of possible future cracking (no cracking was observed at present).

| Load, lbs | Time-to-failure, years |
|-----------|------------------------|
| 1,500     | 35.6                   |
| 2,000     | 34.1                   |
| 2,500     | 32.5                   |
| 3,000     | 31.0                   |
| 3,500     | 29.4                   |
| 4,000     | 27.9                   |
| 4,500     | 26.3                   |
| 5,000     | 24.8                   |
| 5,500     | 23.2                   |
| 6,000     | 21.7                   |
| 6,500     | 20.1                   |
| 7,000     | 18.6                   |
| 7,500     | 17.0                   |
| 8,000     | 15.5                   |
| 8,500     | 13.9                   |
| 9,000     | 12.4                   |
| 9,500     | 10.8                   |
| 10,000    | 9.3                    |
| 10,500    | 7.7                    |
| 11,000    | 6.2                    |

PGE-CAMP-CPUC-0000070173

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

**Report #: 413.62-18.25**

# Appendix A: Component Testing Information Sheet (CTIS)

Pacific Gas and
Electric Company

**Component Testing Information Sheet**

Elec. Transmission
09/2017
TD-1957P-01-F01

| Contact Name (LAN ID): ███ | |
|---|---|
| Phone ███ | PM# 31385452 |
| Supervisor: ███ | PM operation # |
| Phone: ███ | CAP #114451180 |

**Description of Component and Reason for Submission: (tell the story)**
PARKWAY- MORAGA 230KV 020/115. These suspension plates were removed and replaced today. The Bahia -Moraga side is scheduled for this Monday.  Not sure if this is idiosyncratic to this span and this tower, but it might be something for asset management to review.  I would also consider making this tower a double-deadend  to avoid this in the future.

| GPS Latitude: | GPS Longitude: |
|---|---|
| Manufacturer: TBD | PG&E Drawing #: |
| Incident Date/Time: | Date Installed: TBD |

**Weather Conditions Contributing to Incident:**   Temperature:                °F

Wind: Yes                    Lightning: NA                         Precipitation:

Other:

**Terrain Description, e.g. valley, ridge top, trees/height:**
Ridge Top Constant High to Med  winds over Hwy 24 crossing

| Structure Numbers | | | | |
|---|---|---|---|---|
| Conductor | Size: | Span Length: | Sag: | Tension (lbs): |
| Line Load (amps) | At Failure Time: NA | Normal: NA | Emergency: NA | |
| Vibration Dampers | Type: NA | Distance from structures:NA | | |
| For Sleeves | Type: Twist, Compression, Moused NA | Distance to structure: NA | | |
| For Insulators | Type: Polymer, Glass or Ceramic Cleaning Schedule: Ceramic | Age: Last Cleaned: | | |
| For Hardware | Hot End/Cold End: | Suspension/Dead End: Suspension | | |

**Proximity to sources of contamination and moisture, i.e., farming, industrial, highway, ocean, lake, marsh:**

Page 25

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25

# Appendix B: Engineering Drawing NG3 (1946)



PGE-CAMP-CPUC-0000070175

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25

# Appendix C: Anamet Report 5005.5872, Tensile and Chemical Testing

## LABORATORY CERTIFICATE



Anamet, Inc

|  | | May 24, 2018 |
| --- | --- | --- |
| LABORATORY NUMBER: | | 5005.5872 |
| CUSTOMER AUTHORIZATION: | | Credit Card |
| DATE SUBMITTED: | | May 21, 2018 |
| REPORT TO: | | Pacific Gas & Electric Company |
|  | | Attn: ▉▉▉▉▉▉ |
|  | | 3400 Crow Canyon Road |
|  | | San Ramon, CA 94583 |

SUBJECT:
Three zinc-coated plate coupons were submitted for chemical analysis and tensile testing. The samples were identified as: A2, B2 and C2.

SPECTROCHEMICAL ANALYSIS:
(Reported as Wt. %)

|  |  | A2 | B2 | C2 |
| --- | --- | --- | --- | --- |
| Aluminum | (Al) | <0.005 | <0.005 | <0.005 |
| Carbon* | (C) | 0.20 | 0.20 | 0.24 |
| Chromium | (Cr) | 0.07 | 0.07 | 0.08 |
| Columbium | (Cb) | <0.005 | <0.005 | <0.005 |
| Copper | (Cu) | 0.31 | 0.31 | 0.34 |
| Manganese | (Mn) | 0.37 | 0.40 | 0.43 |
| Molybdenum | (Mo) | 0.01 | 0.01 | 0.02 |
| Nickel | (Ni) | 0.13 | 0.13 | 0.14 |
| Phosphorus | (P) | 0.008 | 0.008 | 0.010 |
| Silicon | (Si) | <0.005 | 0.006 | ≤0.005 |
| Sulfur* | (S) | 0.025 | 0.026 | 0.058 |
| Titanium | (Ti) | <0.005 | <0.005 | <0.005 |
| Vanadium | (V) | <0.005 | <0.005 | <0.005 |

*Determined by LECO combustion

26102 Eden Landing Road, Suite 3, Hayward, California 94545-3811 Phone: 510-887-8811 Fax: 510-887-8427 | www.anametinc.com
This report shall not be reproduced, except in full, without the written approval of Anamet, Inc. ©2018 Anamet, Inc. All rights reserved.

Page 27

PGE-CAMP-CPUC-0000070176

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA  94583

Report #: 413.62-18.25

## LABORATORY CERTIFICATE

**Anamet, Inc**

Laboratory No. 5005.5872

<u>TENSILE TEST</u>
(ASTM A 370-17)

| Specimen ID | | <u>A2</u> | <u>B2</u> | <u>C2</u> |
|---|---|---|---|---|
| Dimensions of Specimen (in.) | | | | |
| | Width | 0.260 | 0.247 | 0.243 |
| | Thickness | 0.612 | 0.616 | 0.613 |
| Area (in^2) | | 0.159 | 0.152 | 0.149 |
| Tensile Strength (psi) | | 65800 | 62000 | 66800 |
| Yield Strength (psi)* | | 43400 | 36700 | 40500 |
| Elongation in 1.0" Gage (%) | | 36 | 43 | 38 |
| *0.2% Offset | | | | |

This testing was completed on May 24, 2018 and was performed in accordance with the
customer's authorization.

Submitted by:

▮▮▮▮▮▮▮▮▮▮▮▮▮

gm

Quality Manager

Page 2 of 2

Page 28

PGE-CAMP-CPUC-0000070177

Applied Technology Services
3400 Crow Canyon Road
San Ramon, CA 94583

Report #: 413.62-18.25

## Appendix D: Engineering Drawing 3008548, R1 (2013)



Page 29

PGE-CAMP-CPUC-0000070178