United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. CR 14-0175 WHA

**FOLLOW-UP QUESTION**

At the order to show cause hearing on Wednesday, Mr. Orsini represented that if a C-hook had rusted to a point of 30% to 50% material loss, PG&E would assign it an "E" priority code, which requires attention within 12 months. Apparently this system of priority code assignment comes from PG&E's own internal guidelines, an "Electric Transmission Preventative Maintenance Manual." Mr. Orsini, however, made no statement regarding CPUC's General Order rules. General Order Rule 44.3 requires lines or parts to be replaced or reinforced before safety factors have been reduced to less than two-thirds of the safety factor specified in Rule 44.1. For example, as found by CPUC, PG&E was required to maintain a safety factor of 1.33 on the C-hook on Tower :24/199, which it failed to do so.

By **MARCH 2 AT NOON**, as part of its response to the materials requested at the order to show cause hearing, PG&E shall please reconcile its priority code assignment guidelines with the General Order rules detailed above and explain how both apply to the C-hook in question.

**IT IS SO ORDERED.**

Dated: February 21, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2