**CLARENCE DYER & COHEN LLP**
ATTORNEYS AT LAW

Nanci L. Clarence
Kate Dyer
Josh A. Cohen
Shaneeda Jaffer
Adam F. Shearer
Jonathan Baum

February 21, 2020

VIA HAND DELIVERY AND EMAIL

The Honorable William H. Alsup
United States District Court
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

RE: United States v. Pacific Gas and Electric Company
No. 3:14-CR-00175-WHA

Your Honor,

At the hearing on February 19, 2020, the Court requested that PG&E provide a schedule of when the CPUC will consider issues related to PG&E's executive compensation. Those hearings are scheduled to take place from February 25, 2020 through March 4, 2020, as part of hearings on the Plan of Reorganization Order Instituting Investigation (I.19-09-016). The hearings will occur at the CPUC's Headquarters at 505 Van Ness Avenue, San Francisco and will be webcast.

A schedule of appearances for PG&E's witnesses has not yet been established and PG&E does not know the precise days during which the CPUC will hear testimony related to executive compensation.

Respectfully submitted,

Kate Dyer

cc: AUSA Noah Stern (via email)
    Reid Schar (via email)