1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  Kimberly S. Morris (SBN 249933)
   BAKER & HOSTETLER LLP
3  600 Montgomery Street, Suite 3100
   San Francisco, CA 94111-2806
4  Telephone:   415.659.2600
   Facsimile:   415.659.2601
5  Email: rjulian@bakerlaw.com
   Email: cdumas@bakerlaw.com
6  Email: kmorris@bakerlaw.com

7  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
8  Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
9  11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
10 Telephone:   310.820.8800
   Facsimile:   310.820.8859
11 Email: esagerman@bakerlaw.com
   Email: drichardson@bakerlaw.com
12 Email: lattard@bakerlaw.com

13  *Counsel to the Official Committee of Tort Claimants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 14-cr-00175-WHA |
| **PG&E CORPORATION** | |
| -and- | **AMENDED PROOF OF SERVICE** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | |

FILED
FEB 27 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

I, Heidi Hammon-Turano, do declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 600 Montgomery Street, Suite 3100, San Francisco, CA 94111-2806.

2. I certify that on February 25, 2020, I caused a true and correct copy of each of the following documents to be served via e-mail on the Email Service List attached hereto as **Exhibit A**:

- *Request By The Official Committee Of Tort Claimants For Additional Information From Defendant.*
- *Supplemental Declaration of Thomas Scott Hylton*

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 27th$^{th}$ day of February, 2020, at San Francisco, California.

*/s/ Heidi Hammon-Turano*
Heidi Hammon-Turano

- 2 -
AMENDED PROOF OF SERVICE
Case No.: 14-cr-00175-WHA

**EXHIBIT A**
**Email Service List**
**Served via Email**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Defendant Pacific Gas and Electric Company | Cravath, Swaine & Moore LLP | Attn: Kevin J. Orsini | korsini@cravath.com |
| Counsel to Defendant Pacific Gas and Electric Company | Jenner & Block LLP | Attn: Reid J. Schar | RSchar@jenner.com |
| Counsel to Defendant Pacific Gas and Electric Company | Clarence Dyer & Cohen LLP | Attn: Kate Dyer | kdyer@clarencedyer.com |
| Monitor | Kirkland & Ellis | Attn: Mark Filip, Christopher W. Keegan | mark.filip@kirkland.com chris.keegan@kirkland.com |
| U.S. Attorney's Office, Northern District of Californai | U.S. Attorney's Office, Northern District of Californai | Hallie Mitchell Hoffman | hallie.hoffman@usdoj.gov |