Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
Kimberly S. Morris (SBN 249933)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:   415.659.2600
Facsimile:   415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com
Email: kmorris@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**FILED**

FEB 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | No. CR 14-0175 WHA<br><br>SUPPLEMENTAL DECLARATION OF THOMAS SCOTT HYLTON |

I, Thomas Scott Hylton, pursuant to 28 U.S.C. § 1746, declare the following under penalty of perjury:

1.   I have been retained by Baker & Hostetler, LLP as an expert witness for the Official Committee of Tort Claimants (the "TCC") in connection with the Pacific Gas & Electric

("PG&E") chapter 11 bankruptcy case (Case No. 19-30088 (DM)) and estimation proceedings (Case No. 19-05257 (JD)). All statements in this Declaration are based upon my personal knowledge developed during the course of my engagement with the TCC.

2. During the show cause hearing on February 19, 2020, the Court requested that I review high resolution photographs of Cresta-Rio Oso 230kV Transmission Line Tower 09/81 taken by Defendant's drones. The Court further requested that I file a supplemental declaration concerning what I think should have been done with respect to the Tower 09/81 issues I identified, based on Defendant's additional inspection photographs.

3. As a preliminary matter, I would note that I agree with the Court's statement that the photographs supplied by Defendant are not as high quality as the photographs I took from the ground on December 9, 2019. That said, I was able to make several observations.

4. Photographs DJI_0385, DJI_0386, DJI_0391, and DJI_0392 show a single C-Hook with rust and considerable material loss on the C-Hook and/or connection plate. I cannot determine the specific amount of material loss without physically inspecting and measuring the equipment.

5. Photograph DJI_0428 and DJI_0446 show the C-Hook that has black electrical tape over roughly half of the hook. It raises a concern in my mind that no inspectors thought to remove this tape, as it would be impossible to determine the condition of the portions of the hook obscured by the tape with the human eye. I would be concerned that the hook may be cracked or otherwise degraded under the tape. In addition, the C-Hook and/or connection plate appear to have material loss and rust. In particularly, photograph DJI_0446 shows considerable rust on the connection plate.

6. Photographs DJI_0436 and DJI_0447 also show the C-Hook that has black electrical tape on it. The quality of the photographs is not as good as the others, but they appear to show significant material loss to the C-Hook and/or connection plate.

7. To my knowledge, PG&E will be performing maintenance work as a part of their upcoming line clearance. I recommend replacement of the hanger plates and C-Hooks under PG&E's next scheduled maintenance clearance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: San Francisco
February 25, 2020

_____
Thomas Scott Hylton