# EXHIBIT A



C-hook and hanger plate from the right-phase transposition runner arm of Tower 009/081 on the Cresta-Rio Oso 230 kV Transmission Line



C-hook and hanger plate from the right-phase transposition runner arm of Tower 009/081 on the Cresta-Rio Oso 230 kV Transmission Line



C-hook and hanger plate from the right-phase transposition runner arm of Tower 009/081 on the Cresta-Rio Oso 230 kV Transmission Line



C-hook and hanger plate from the right-phase transposition runner arm of Tower 009/081 on the Cresta-Rio Oso 230 kV Transmission Line



C-hook and hanger plate from the left-phase transposition runner arm of Tower 009/081 on the Cresta-Rio Oso 230 kV Transmission Line



C-hook and hanger plate from the left-phase transposition runner arm of Tower 009/081 on the Cresta-Rio Oso 230 kV Transmission Line



C-hook and hanger plate from the left-phase transposition runner arm of Tower 009/081 on the Cresta-Rio Oso 230 kV Transmission Line