UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Defendant. | No. CR 14-00175 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

Offender Pacific Gas and Electric Company has filed a motion for leave to file a motion for reconsideration of the April 29 order modifying conditions of probation. PG&E has also appealed that order and moved for a stay of the order pending reconsideration and appeal.

The Court held a hearing regarding the modification of probation conditions on February 19, and the April 29 order was fairly written within the colloquy from that hearing. Nevertheless, we will make sure the offender has a further opportunity to be heard. The government shall please file a response to the motion for leave to file a motion for reconsideration by **MAY 21 AT NOON**. A reply, if any, is due by **MAY 25 AT NOON**. A telephonic hearing on the motion is set for **MAY 28 AT 9 A.M.** In the meantime, the April 29 order is **STAYED** pending the motion for reconsideration.

**IT IS SO ORDERED.**

Dated: May 14, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE