JENNER & BLOCK LLP
　　Reid J. Schar (*pro hac vice*)
　　RSchar@jenner.com
　　353 N. Clark Street
　　Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
　　Kate Dyer (Bar No. 171891)
　　kdyer@clarencedyer.com
　　899 Ellis Street
　　San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
　　Kevin J. Orsini (*pro hac vice*)
　　korsini@cravath.com
　　825 Eighth Avenue
　　New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　　　Defendant. | Case No. 14-CR-00175-WHA<br><br>**SUPPLEMENTAL EXPERT DECLARATION OF BRAD JAMES, PH.D., P.E. IN FURTHER SUPPORT OF PG&E'S MOTION TO RECONSIDER ORDER MODIFYING CONDITIONS OF PROBATION**<br><br>Judge:  Hon. William Alsup |

I, Brad James, declare as follows:

1. I have been asked by Pacific Gas and Electric Company ("PG&E") to provide a supplemental declaration regarding my professional opinions on the remaining strength and life of the subject Cresta-Rio Oso 230 kV Transmission Line ("Cresta-Rio Oso Line") C-hook/hanger plate assemblies and address statements made by Thomas Scott Hylton regarding that equipment.  The opinions expressed in this supplemental declaration are based on my personal knowledge and training and experience, as well as testing I previously conducted, as described in my prior declaration.  (*See* Dkt. 1187-12, James Decl.)

2. In his April 10, 2020 declaration describing wear on the subject Cresta-Rio Oso Tower 009/081 C-hook/hanger plate assemblies, Mr. Hylton stated that in his "professional opinion, equipment that measures between 30-50% material loss, especially on both the C-Hook and associated hanger plate, should in all instances be slated for immediate replacement, not replacement within 6-12 months." (Dkt. 1185, Ex. A, Third Hylton Decl. ¶ 5.) Mr. Hylton's statement implies that the level of wear in the subject Cresta-Rio Oso Line assemblies brought them near structural failure and made them a risk to public safety.  However, Mr. Hylton provides no supporting evidence or engineering calculations to demonstrate that the condition of the subject C-hooks and hanger plates posed a threat to public safety and were in need of immediate replacement.  As described in my initial declaration, I performed mechanical testing and engineering calculations and determined that the subject Cresta-Rio Oso Line C-hook/hanger plate assemblies were not at risk of imminent failure.

3. I note that in his fourth declaration, Mr. Hylton does not repeat his claim that C-hook/hanger plate assemblies showing material loss between 30 and 50 percent "should in all instances be slated for immediate replacement".  Instead, Mr. Hylton now states that the remaining strength and life of the Cresta-Rio Oso Line C-hooks and hanger plates at issue are " a distraction and beside the point". (Dkt. 1194, Fourth Hylton Decl. ¶ 3.) Setting aside Mr. Hylton's views on relevance, he does not dispute that these components in their current condition are an estimated 57 to 60 times stronger than the estimated service loads they are

required to withstand, and likely had many decades more service life before they reached the level of wear that would be required by California Public Utilities Commission ("CPUC") General Order 95 ("GO 95") for replacement.  (*See* Dkt. 1187-12, James Decl. ¶¶ 10, 14.)

4. Mr. Hylton further states:  "According to PG&E's own procedures, the company does not want equipment in the condition of the Cresta-Rio Oso Tower 09/81 connection hardware on its transmission towers."  (Dkt. 1194, Fourth Hylton Decl. ¶ 3.)  From an engineering standpoint, the inspection and replacement criteria set forth in PG&E's Electric Transmission Preventive Maintenance Manual, (*see* Dkt. 1187-6, Hvistendahl Decl. Ex. 1.),[1] as they pertain to the subject Cresta-Rio Oso Line Tower 009/081 jumper cold-end hardware, specify replacement many years before the equipment reaches the CPUC's specified threshold for replacement under GO 95 (as exemplified by the testing and analysis peformed on the components of interest).  Again, Mr. Hylton has done no analysis to dispute that conclusion.

---

[1] PG&E Electric Transmission Preventive Maintenance Manual, TD-1001M, Nov. 20, 2018, Rev: 04.

I declare under the penalty of perjury that the foregoing is true and correct and that I executed this declaration on May 23, 2020, in Menlo Park, California.

*Brad James*

Brad James

4

SUPPLEMENTAL EXPERT DECLARATION OF BRAD JAMES, PH.D., P.E. IN FURTHER SUPPORT OF PG&E'S MOTION TO RECONSIDER ORDER MODIFYING CONDITIONS OF PROBATION
Case No. 14-CR-00175-WHA