Michael J. Aguirre, Esq., SBN 060402
maguirre@amslawyers.com
Maria C. Severson, Esq., SBN 173967
mseverson@amslawyers.com
AGUIRRE & SEVERSON, LLP
501 West Broadway, Suite 1050
San Diego, CA 92101
Telephone: (619) 876-5364
Facsimile: (619) 876-5368

Attorneys for *Amici*
Alex Cannara and Gene A. Nelson

FILED

MAY 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　Defendant. | Case No. CR-14-00175-WHA<br><br>**PROOF OF SERVICE** |

I, the undersigned, certify and declare under penalty of perjury that I am over the age of eighteen years and not a party to this action.

On May 24, 2020, I served the individuals on the attached service list the following documents:

**AMICUS BRIEF IN OPPOSITION TO PG&E'S MOTION TO RECONSIDER ORDER MODIFYING CONDITIONS OF PROBATION**

by electronically filing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel.

/ / /

/ / /

1

All non-registered ECF users, if any, were served via U.S. Mail Service.

AGUIRRE & SEVERSON, LLP

Dated: May 24, 2020         /s/Maria C. Severson
Maria C. Severson, Esq.,
Attorneys for *Amici*
Alex Cannara and Gene A. Nelson

# SERVICE LIST

*United States of America v. Pacific Gas and Electric Company,*
Case No. 14-CR-00175-WHA

Jeffrey Benjamin Schenk
US Attorney's Office
Northern District of California
150 Almaden Blvd
Suite 900
San Jose, CA 95113
408-535-2695
Email: jeffrey.b.schenk@usdoj.gov

Hallie Mitchell Hoffman
USAO, Northern District of California
450 Golden Gate Ave
San Francisco, CA 98102
415-436-7129
Fax: 415-436-7234
Email: hallie.hoffman@usdoj.gov

Noah Stern
United States Attorney's Office
Assistant United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
415-436-7320
Email: Noah.Stern@usdoj.gov

Owen Peter Martikan
United States Attorney
Northern District of California
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102
415-436-7241
Fax: 415-436-6748
Email: CaseView.ECF@usdoj.gov

| | |
|---|---|
| 1 | Philip Alan Guentert |
| 2 | U.S. Attorney |
| | 150 Almaden Blvd. |
| 3 | San Jose, CA 95113 |
| 4 | 415-336-3451 |
| | Email: philip.guentert@usdoj.gov |
| 5 | |
| 6 | Philip Andrew Kopczynski |
| | U.S. Attorney's Office |
| 7 | Criminal Division |
| 8 | 450 Golden Gate Avenue |
| | 11th Floor |
| 9 | San Francisco, CA 94102-3495 |
| 10 | 415-436-6471 |
| | Fax: 415-436-7027 |
| 11 | Email: philip.kopczynski@usdoj.gov |
| 12 | |
| 13 | Eric Matthew Hairston |
| | Orrick Herrington & Sutcliffe LLP |
| 14 | 405 Howard Street |
| | San Francisco, CA 94105 |
| 15 | 415-773-5617 |
| 16 | Fax: 415-773-5759 |
| | Email: ehairston@orrick.com |
| 17 | |
| 18 | Walter F. Brown |
| | Orrick Herrington & Suutcliffe LLP |
| 19 | 405 Howard Street |
| 20 | San Francisco, CA 94105-2680 |
| | 415-773-5995 |
| 21 | Fax: 415-773-5759 |
| 22 | Email: wbrown@orrick.com |
| 23 | |
| | Adam F. Shearer |
| 24 | Clarence Dyer & Cohen LLP |
| | 899 Ellis Street |
| 25 | San Francisco, CA 94109 |
| 26 | 415-749-1800 |
| | Fax: 415-749-1694 |
| 27 | Email: ashearer@clarencedyer.com |
| 28 | |

PROOF OF SERVICE                                   CASE NO. CR-14-00175-WHA

| | |
|---|---|
| 1 | Brian Hauck |
| 2 | Jenner and Block LLP |
|   | 633 W. 5th St. |
| 3 | Suite 3500 |
| 4 | Los Angeles, CA 90071 |
|   | 213-239-5100 |
| 5 | Email: bhauck@jenner.com |
| 6 | PRO HAC VICE |
| 7 | Kate Dyer |
| 8 | Clarence Dyer & Cohen LLP |
|   | 899 Ellis Street |
| 9 | San Francisco, CA 94109 |
| 10 | (415) 749-1800 |
|    | Fax: (415) 749-1694 |
| 11 | Email: kdyer@clarencedyer.com |
| 12 | |
|    | Kevin Orsini |
| 13 | Cravath, Swaine and Moore LLP |
| 14 | 825 Eighth Avenue |
|    | New York, NY 10019 |
| 15 | 212-474-1000 |
| 16 | Fax: 212-474-3700 |
|    | Email: korsini@cravath.com |
| 17 | |
| 18 | Randall Eric Mehrberg |
|    | 353 N. Clark St. |
| 19 | Chicago, IL 60654 |
| 20 | 312-840-7505 |
|    | Email: RMehrberg@jenner.com |
| 21 | |
| 22 | Reid Joshua Schar |
|    | 353 N. Clark Street |
| 23 | Chicago, IL 60654 |
| 24 | (312) 923-2629 |
|    | Email: RSchar@jenner.com |
| 25 | |
| 26 | Shaneeda Jaffer |
|    | Clarence Dyer & Cohen LLP |
| 27 | 899 Ellis Street |
| 28 | San Francisco, CA 94109 |

PROOF OF SERVICE                                        CASE NO. CR-14-00175-WHA

```
 1  415-749-1800
 2  Fax: 415-749-1694
    Email: sjaffer@clarencedyer.com
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

PROOF OF SERVICE          CASE NO. CR-14-00175-WHA