# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI BRIEF IN OPPOSITION TO PG&E'S MOTION TO RECONSIDER ORDER MODIFYING CONDITIONS OF PROBATION<br><br>Judge: Hon. William Aslup |

This matter coming before the Court at the request of Petitioners Alex Cannara and Gene A. Nelson, the following is ORDERED:

1. The Motion for Leave to File Amici Brief in Opposition to PG&E's Motion to Reconsider Order Modifying Conditions of Probation filed by Alex Cannara and Gene A. Nelson (ECF. 1198) is granted.

2. The Amici Brief attached as Exhibit A to the Motion for Leave to File Amici Brief is deemed filed as of May 27, 2020.

**IT IS SO ORDERED.**

Dated: May 27, 2020

*/s/ William Alsup*
WILLIAM ALSUP
United States District Court Judge

1

[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI BRIEF IN OPPOSITION TO PG&E'S MOTION TO RECONSIDER ORDER MODIFYING CONDITIONS OF PROBATION                    CASE NO. 14-CR-00175-WHA