UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | No. CR 14-0175 WHA<br><br>**ORDER TO ADMIT OR DENY BUTTE COUNTY REPORT** |

The Court has read the appended final summary report from the Butte County District Attorney entitled "People's Statement of Factual Basis in Support of the Pleas and Sentencing Statement." PG&E is hereby ordered to file a public statement with this Court identifying each statement therein, the truth of which PG&E denies, and if so, the reason for the denial. All other statements therein shall be deemed admitted. The response is due by **JULY 1 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 17, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE