UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>[PROPOSED] ORDER GRANTING AGREED MOTION OF PG&E FOR EXTENSION OF TIME TO FILE JOINT SUPPLEMENTAL BRIEF REGARDING PROPOSED CONDITIONS OF PROBATION (AS MODIFIED) |

This matter coming before the Court at the request of Pacific Gas and Electric Company ("PG&E"), the following is ORDERED:

- ~~The Agreed Motion of PG&E for Extension of Time To File Joint Supplemental Brief Regarding Proposed Conditions of Probation (ECF No. ____) is granted.~~ The supplemental brief of PG&E, the Federal Monitor and the United States Government shall be filed no later than ~~June 25, 2020.~~ June 24 at noon.

**IT IS SO ORDERED.**

Dated: June 17, 2020

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE