<pre>
 1
 2
 3
 4
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
</pre>

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No. 14-CR-00175-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION OF AMICI FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF REGARDING PROPOSED CONDITIONS OF PROBATION**<br><br>Judge: Hon. William Aslup |
|---|---|

This matter coming before the Court at the request of Petitioners Alex Cannara and Gene A. Nelson, the following is ORDERED:

1. The Motion of Amici for Extension of Time to File Supplemental Brief Regarding Proposed Conditions of Probation is granted.

2. The Amici shall file their supplemental brief on or before June 25, 2020.

**IT IS SO ORDERED.**

Dated: June __, 2020

_____
WILLIAM ALSUP
United States District Court Judge

1

[PROPOSED] ORDER GRANTING MOTION OF AMICI FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF REGARDING PROPOSED CONDITIONS OF PROBATION                                                              CASE NO. 14-CR-00175-WHA