# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No. 14-CR-00175-WHA<br><br>~~[PROPOSED]~~ ORDER GRANTING MOTION OF AMICI FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF REGARDING PROPOSED CONDITIONS OF PROBATION (AS MODIFIED)<br><br>Judge: Hon. William Aslup |

This matter coming before the Court at the request of Petitioners Alex Cannara and Gene A. Nelson, the following is ORDERED:

~~1.    The Motion of Amici for Extension of Time to File Supplemental Brief Regarding Proposed Conditions of Probation is granted.~~

2.    The Amici shall file their supplemental brief on or before ~~June 25, 2020~~. June 24 at noon.

**IT IS SO ORDERED.**

Dated: June  19, 2020

_____
WILLIAM ALSUP
United States District Court Judge

1

[PROPOSED] ORDER GRANTING MOTION OF AMICI FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF REGARDING PROPOSED CONDITIONS OF PROBATION    CASE NO. 14-CR-00175-WHA