UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Defendant. | No. CR 14-00175 WHA <br><br> **NOTICE INVITING COMMENTS FROM INTERESTED PARTIES** |

In response to an April 2020 order modifying offender PG&E's conditions of probations, the United States Government, the Federal Monitor, and PG&E have submitted joint proposed probation conditions "aimed at addressing the Court's concerns regarding PG&E's vegetation management and transmission inspection programs" (Dkt. Nos. 1186, 1227).

This order now gives any interested party an opportunity to comment on whether and the extent to which these joint proposed probation conditions should be accepted. Comments, if any, must be filed by **JULY 16 AT NOON**.

Dated: July 1, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE