June 30, 2020

Honorable William Haskell Alsup
Judge District Court District of Northern California
450 Golden Gate Avenue, Courtroom 12
San Francisco,
Cal 94102

CR14-175WHA
RECEIVED
JUL 0 6 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Dear Judge Alsup:

I write this letter to offer assistance to you to increase PG&E fire safety. I believe I have both the capability to offer you effective assistance, and that I bear a responsibility to California and to myself to offer you such assistance.

I worked as a full time attorney for the California Public Utilities Commission from 1978 through December 2009 when I retired. The Commission retained me as a retired annuitant from 2010-2013 and assigned me as lead attorney on the Commission's San Bruno gas recordkeeping investigation. In September 2017 the Commission again retained me again to investigate the 2017 fires, and after the 2018 Camp Fire I was assigned to that investigation also. My contract with the Commission expired after June 2019. I have not worked for the Commission since then, and I do not intend to seek or accept any future work with the agency.

I believe that my experience and knowledge can help the Court achieve better PG&E safety. If you request, I will identify specifics to you in writing or by meeting. If you find such has the potential to increase safety, I would be glad to offer my services in a consulting contract. If no contract, I offer any other help that I can provide to the Court.

I live in San Francisco and can be reached by email at noser666@comcast.net or by phone at 415-666-0124 or 415-577-8002.

Respectfully yours,

Robert Cagen
California Bar 55511 (active membership)

April 30, 2024

Honorable William Haskell Alsup
Judge, District Court, Northern District of California
450 Golden Gate Avenue, Courtroom 12
San Francisco
Cal 94102

Dear Judge Alsup:

_____ _____ case _____, I believe I
have both the capability to offer you effective assistance, and that I bear a
personal liability to California and to myself to offer you such assistance.

_____ worked as a full-time attorney for the California Public Utilities Commission from
1978 through December 2013's retirement. The Commission retained me as a
retained annuitant from 2014-2016. It assigned me as lead attorney on the
Commission's San Bruno gas transmission investigation. In September 2010 the
Commission again retained me again to investigate the Zo___ fire, and after the
2018 Camp Fire I was assigned to that investigation also. My contract with the
Commission expired after June 2019. I have not worked for the Commission
since then, and I do not intend to seek or accept any future work with the agency.

I believe that my experience and knowledge can help the Court achieve better
PG&E safety. If you request, I will identify specifics to you in writing or
meeting. If you find such it has the potential to increase safety, I would be glad to
offer to verify it in sworn testimony ____ _____ _____ _____ The _____
that I can provide to the court.

I live in San Francisco and can be reached by email at _____ or
by phone at 415-864-0134 or 415-577-2001.

Respectfully yours,

Robert Cagen
California bar #55517 (active membership)

Mr. Robert C. Cagen
63 Seal Rock Dr.
San Francisco, CA 94121

Honorable William Haskell Alsup
Judge District Court District of Northern California
450 Golden Gate Avenue, Courtroom 12
San Francisco,
Cal 94102

RECEIVED
JUL 06 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-366199

