AROCLES AGUILAR, SBN 94753
CHRISTINE JUN HAMMOND, SBN 206768
CHRISTOFER C. NOLAN, SBN 229542
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102
Telephone: (415) 696-7303
Facsimile: (415) 703-4592
Christofer.Nolan@cpuc.ca.gov

Attorneys for the California Public Utilities Commission

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175<br><br>**COMMENTS OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION ON JOINTLY PROPOSED PROBATION CONDITIONS** |

On July 1, 2020 (ECF No. 1233), the Court invited interested parties to comment on whether the probation conditions jointly proposed by Pacific Gas and Electric Company, the U.S. Government, and the Federal Monitor (ECF No. 1227) ought to be accepted.

The California Public Utilities Commission has reflected on the proposed conditions of probation and does not oppose or otherwise disagree with their implementation. The Commission appreciates the Court's request for input on this issue and in this ongoing proceeding.

July 16, 2020

Respectfully submitted,

By: /s/ *Christofer C. Nolan*

AROCLES AGUILAR
CHRISTINE JUN HAMMOND
CHRISTOFER C. NOLAN

Attorneys for the CALIFORNIA PUBLIC UTILITIES COMMISSION

COMMENTS OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION
ON JOINTLY PROPOSED PROBATION CONDITIONS
Case No. 14-CR-00175
1