# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY | Docket Number:<br>0971 3:14CR00175-001 WHA |

**ORDER FOR DISBURSMENT OF FUNDS**

The United States District Court Clerk, Northern District of California, is ordered to release funds from the Court's registry account to the City of San Bruno in the amount of $460,883.07.

Date: August 18, 2020

William Alsup
United States District Judge