| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 18 2020 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

v.

PACIFIC GAS & ELECTRIC COMPANY,

        Defendant-Appellant.

No.   20-10156

D.C. No. 3:14-cr-00175-WHA-1
Northern District of California,
San Francisco

ORDER

Appellant's unopposed motion for voluntary dismissal of this appeal (Docket Entry No. 7) is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

All other pending motions are denied as moot.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By:  Megan Howard
Deputy Clerk
Ninth Circuit Rule 27-7