UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> PACIFIC GAS AND ELECTRIC COMPANY, <br>     Defendant. | No. CR 14-00175 WHA <br><br> **ORDER REQUESTING INFORMATION RE ZOGG FIRE** |

On September 27, 2020, a fire ignited in the area of Zogg Mine Road and Jenny Bird Lane in Shasta County ("Zogg Fire"). The CAL FIRE website reported that the Zogg Fire has thus far caused four fatalities and one injury, and has destroyed 204 structures.

On October 9, 2020, offender PG&E disclosed that CAL FIRE had taken possession of PG&E equipment as part of CAL FIRE's ongoing investigation into the Zogg Fire.

By **OCTOBER 26 AT NOON**, PG&E shall please explain its role in the ignition of the Zogg Fire. PG&E shall also describe the PG&E equipment removed by CAL FIRE and the location of the equipment when it was in use. PG&E shall additionally describe the extent of trimmed and untrimmed vegetation in the area near where CAL FIRE took possession of PG&E's equipment. PG&E shall also explain whether the equipment taken by CAL FIRE was transmission line equipment, distribution line equipment, or substation equipment

**IT IS SO ORDERED.**

Dated: October 12, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE