UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. CR 14-00175 WHA

**ORDER RE MONITOR LETTER**

    The Monitor has submitted a letter in response to the Court's request, appended hereto as Exhibit A, providing an update on its field inspections of PG&E's vegetation management and infrastructure inspection operations since last year.

    The Monitor has found more exceptions per mile this year than from September to December of last year. The Monitor believes that one of the reasons for this discrepancy is that PG&E completed its 2019 EVM work in low-risk portions of its high-fire threat districts in order to meet its 2019 EVM targets, instead of prioritizing wildfire risk reduction according to its risk model.

    The Monitor also notes that as of August 31, 2020, PG&E failed to conduct any enhanced, ignition-based climbing inspections of the 967 applicable transmission structures selected for 2020 inspections in high-fire threat districts. The Monitor believes that this shortcoming was caused by "human error, lack of oversight, miscommunications, and failure to appropriately escalate matters," the same problems that offender PG&E has long had.

By **NOVEMBER 3 AT NOON**, PG&E shall please explain these shortcomings and any other points in the Monitor's letter it wishes to address.

**IT IS SO ORDERED.**

Dated:  October 20, 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE