1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

9

10

UNITED STATES OF AMERICA,

11

        Plaintiff,                    No. CR 14-0175 WHA

12

    v.

13

PACIFIC GAS AND ELECTRIC
COMPANY,                      **ORDER FOR FURTHER
INFORMATION RE ZOGG FIRE**

14

15

        Defendant.

16

_____

17

      In addition to the questions previously asked concerning the Zogg Fire:

18

1.     PG&E shall supply to the Court all documents, emails, text messages, reports,

19

voicemails and any other materials, in paper or electronic form, leading up to and

20

concerning the decision to leave energized the line or circuit in question that

21

possibly led to the Zogg Fire.

22

2.     PG&E shall identify (by name, position and house address, the latter may be under

23

seal) the officer or other employee who made the decision to leave the line energized.

24

3.     PG&E shall identify (by name, position and house address, the latter may be under seal)

25

all others with any role in the decision or recommendation to leave the power on in the

26

line in question.

27

28

United States District Court
Northern District of California

4.      PG&E shall state in detail and in chronological order the sequence of all events that possibly relate to PG&E's involvement in the ignition of the Zogg Fire. Please also supply photographs or videos of the scene in question.

The Court realizes that CAL FIRE has not yet determined that PG&E equipment started the fire, but the Court also knows that CAL FIRE and/or the district attorney has impounded PG&E equipment that is suspected of having started the fire. The Court is of the view that the foregoing can be and should be answered regardless of the dependency of the impending investigation. Please be forthright, not evasive. The answer is due by NOON ON OCTOBER 26, 2020.


        **IT IS SO ORDERED.**


Dated:  October 21, 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California