UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ADDITIONAL REQUEST FOR INFORMATION RE ZOGG FIRE** |
| Defendant. | |

In its response on the Zogg Fire, PG&E shall state the extent to which the line in question had been cleared of vegetation within the last five years and the extent to which its records or its contractor records showed there was any vegetation that needed to be cut, but was not yet cut in the general area where equipment was seized by authorities. If this cannot be answered in time for its overall response on the Zogg Fire, then this answer may be provided as a supplement at the same time it responds to the Monitor's criticisms.

**IT IS SO ORDERED.**

Dated: October 26, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE