# EXHIBIT B

# PROPERTY REPORT

**STATE OF CALIFORNIA**
**DEPARTMENT OF FORESTRY AND FIRE PROTECTION**
LE-92 (REV. 1/2012)

**INCIDENT NUMBER:** 20CASHU009978
**CASE NAME:** ZOGG

| DAY | MONTH | DATE | YEAR | COUNTY | REGION | UNIT | CASE NUMBER |
|---|---|---|---|---|---|---|---|
| THURS | OCT | 8 | 2020 | SHASTA | CNR | SHU | |

[X] Receipt  [ ] Release  [X] Evidence  [ ] Found Property  [ ] Safe Keeping  [ ] 12028.5 PC (See Below)

1. Name: PACIFIC GAS AND ELECTRIC COMPANY
2. Residence Address:                                            Phone:
3. Business Address: 3600 MEADOWVIEW DR, REDDING, CA    Phone: 800-743-5000

| 4. Item No | 5. Quantity | 6. Description |
|---|---|---|
| 1 | 1 | SMART METER # 1010729438 |
| 2 | 1 | SMART METER # 1009791938 |
| 3 | 1 | SMART METER # 1010268612 |
| 4 | 5 | VARIOUS LENGTHS OF CONDUCTER WIRE |
| 5 | 2 | SHATTERED INSULATORS |
| 6 | 1 | CROSSARM HARDWARE |
| 7 | 1 | BURNED CROSSARM |

7. Signature of Owner: NOT AVAILABLE
8. Received or Released by:

### 9. AFFIDAVIT OF FINDER OF PROPERTY

I declare that on: DATE: _____ TIME: _____ I found or saved the above-described property and that the owner is not known to me. I have not secreted, withheld, or disposed of any part of said property; and I have saved the property from _____ in the following manner_____

I declare under PENALTY OF PERJURY that the foregoing is true.
Signed: P. STEWART #5481                  Date: 10-8-20
Witness:                                   Date:

### 10. 12028.5 PC WEAPON/FIREARMS SEIZURE

Weapon and/or firearms seized and taken into temporary custody pursuant to 12028.5 PC shall be held by the agency for no less than 48 hours but no later than 72 hours, unless in accordance with 12028.5(e) PC, forfeiture proceedings are initiated by the seizing agency. To inquire about the return of your weapon(s) and/or firearm(s), contact the property Room Clerk of the _____ Station at phone number (___) ___-____ during normal business hours. You will be notified within ten (10) business days if forfeiture proceedings are initiated. Weapons and/or firearms not claimed within twelve (12) months of the date of seizure shall be deemed a nuisance and disposed of in accordance with 12028.5(e) PC.

Original to case file. Copy 1 misc. Copy 2 Owner        1 of 1                    OSP 12 125291