# EXHIBIT E

 **Pacific Gas and Electric Company®**

Meredith E. Allen
Senior Director
Regulatory Relations

77 Beale Street, Room 2341
San Francisco, CA  94105

Mailing Address:
Pacific Gas and Electric Company
P.O. Box 770000
Mail Code B23A
San Francisco, CA  94177

Tel.: 415-973-2868
Meredith.Allen@pge.com

October 13, 2020

Leslie Palmer
Director, Safety and Enforcement Division
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102

Dear Mr. Palmer:

As required by Resolution ESRB-8 and in accordance with Ordering Paragraph 1 of
California Public Utilities Commission (CPUC) Decision (D.) 19-05-042, Pacific Gas and
Electric Company (PG&E) respectfully submits a compliance report for the proactive de-
energization event that was initiated on September 27, 2020 and fully restored for those
who could receive power on September 29, 2020. This report has been verified by a
PG&E officer in accordance with Rule 1.11 of the Commission's Rules of Practice and
Procedure.

If you have any questions, please do not hesitate to call.

Sincerely,

Meredith E. Allen
Senior Director, Regulatory Relations

cc:    Anthony Noll, SED
       ESRB_ComplianceFilings@cpuc.ca.gov
       EnergyDivisionCentralFiles@cpuc.ca.gov

**Pacific Gas and Electric Company**
**Public Safety Power Shutoff (PSPS) Report to the CPUC**
**September 27-29, 2020 De-energization Event**

## Contents

Summary and Overview _____ 3

Section 2 – Explanation of PG&E's Decision to De-energize _____ 14

Section 3 – Time, Place, and Duration _____ 24

Section 4 – Affected Customers _____ 25

Section 5 – Damage to Overhead Facilities _____ 26

Section 6 – Customer Notifications _____ 28

Section 7 – Local Community Representatives Contacted _____ 47

Section 8 – Local and State Public Safety Partner Engagement _____ 48

Section 9 – Complaints Received & Claims Filed _____ 50

Section 10 – Power Restoration _____ 51

Section 11 – Community Assistance Locations _____ 52

Section 12 – Sectionalization _____ 57

Section 13 – Mitigations to Reduce Impact _____ 58

Section 14 – Lessons Learned from this Event_____ 62

Section 15 – Proposed Updates to ESRB-8 _____ 65

Section 16 – Other Relevant Information to Help the Commission Assessment of Reasonableness of
Decision to De-Energize _____ 66

APPENDIX_____ 68

**PG&E Public Safety Power Shutoff (PSPS) Report to the CPUC**
**September 27-29, 2020 De-energization Event**

## Summary and Overview

PG&E's most important responsibility is the safety of our customers and the communities we serve.

On September 27, 2020, PG&E initiated a Public Safety Power Shutoff (PSPS) in order to mitigate catastrophic wildfire risk presented by significant wind events combined with low humidity levels and critically dry fuels.  The PSPS event ultimately de-energized power to 64,297 customers[1] in seven different geographic areas located in 15 counties in Northern California[2].

We turn off the power for safety when severe weather threatens a portion of the electric system and increases the potential for damage that could cause sparks if lines are energized and result in rapid fire spread.  We know that turning off the power creates significant hardships for our customers, and we don't take this decision lightly. We will only do so as a last resort when severe weather threatens the safety of our customers.

That's why PG&E has been working to make PSPS events smaller in size, shorter in length and smarter for our customers. Smaller in size by impacting one-third fewer customers when compared to a similar weather event last year. Shorter in length with the goal of restoring power within 12 daylight hours after severe weather passes. And smarter for our customers when it comes to improving how we communicate about when the power will be shut off and expected restoration times.

Because weather and fire risk conditions vary across PG&E's large service territory, the company manages PSPS events using the concept of Time Places (TPs), as the weather conditions forecast for each TP necessitates a different set of de-energization and restoration timelines. The seven TPs PG&E ultimately de-energized and their planned timelines for this event are shown in Figure 1. Due to on-going efforts by PG&E on weather analysis, de-energization scoping and grid mitigation measures, this PSPS event affected over 60% fewer customers than would have been affected by the same weather conditions in 2019.

---

1 Customers refers to active service points (meters).

2 The information, times and figures referenced in this table are based on the best available information developed in real time during the event.  The information, times and figures in this graphic should not be interpreted as final and are subject to revision based on further analysis and validation.

**Figure 1: Event Timelines**



**PSPS Preparation and Scoping Process**

This section explains the details and complexities of this process as implemented for the September 27-29, 2020 PSPS event.  Figure 2 shows at a high level the process PG&E uses to prepare for and conduct a PSPS event.

**Figure 2: PG&E's High-level PSPS Process Steps**



4

Weather Forecasting and Event Scoping

PG&E considers implementing a PSPS event when the combination of strong, gusty winds and critically low humidity lies over areas with large, severely dry vegetative fuel loads, creating a high risk that vegetation blown or thrown into a power line or a spark from a power line could cause an ignition that could lead to a catastrophic wildfire. The assessments described below began before September 23 for the September 27, 2020 PSPS event. PG&E identifies the weather conditions that could create severe fire risk using high resolution internal weather forecasting models. The company also examines external forecasting services and sources, including the European Center for Medium-Range Weather Forecasts (ECMWF), Global Forecast System (GFS), Northern and Southern Operations Predictive Services and the National Weather Service (NWS).  PG&E bases its thresholds and guidance to identify critical fire risk on sophisticated analysis of 31 years of historical weather data in and around California, complemented by extensive academic research.

If weather forecasts indicate a high likelihood of severe fire weather, PG&E identifies the meteorological footprint of severe fire weather and then identifies the distribution and transmission lines and other assets within that footprint. For distribution lines, the PG&E team determines which circuits are impacted and evaluates the ability to sectionalize circuits to limit the de-energization scope and resulting customer impact. For transmission lines, the PG&E team analyzes the wildfire risk of each transmission line within scope based on forecasted wind speeds and Utility Fire Potential Index (FPI) as well as structure type, historical outage performance, and recent enhanced inspection information. This informs an initial determination of which transmission lines are at risk and should be in scope for potential de-energization, subject to sectionalization potential. Then PG&E conducts a total impacts analysis resulting from the removal of the at-risk transmission lines including power flow analysis and system protection analysis, coordinated with the California Independent System Operator (CAISO), to determine system impacts.

Based on the above analyses, PG&E can determine how many customers may be subject to de-energization, and further investigate mitigation options such as advanced switching solutions, sectionalization, the use of islanding, alternative grid solutions, and temporary generation to support customers who could lose transmission power sources but are located in areas that may be safe to keep energized.

PG&E monitors and forecasts weather over a multi-day horizon, so the company is able to anticipate when a PSPS event may be needed, activate its Emergency Operations Center (in this case, on September 23), and prepare several days ahead of any PSPS event whenever possible. The PG&E Meteorology team updates weather forecasts approximately four times a day to monitor for changes in the weather event timing, strength and potential locations impacted. Weather shifts can force changes to PSPS scope and impacts at any point in time during PSPS planning and execution; this enables the company to avoid de-energization in some areas if fire-critical conditions lessen.

September 27-29 PSPS Event

The September 27-29 PSPS required PG&E to make numerous adjustments to the scope of the PSPS event because of changing weather conditions. The maps and timelines in

Figure 3, which span the planning period before the start of the event (beginning Thursday, September 24) through the time when all areas received the Weather All Clear (Monday, September 28), show the changes to scope based on changing weather conditions.

On September 24, results from PG&E Mesoscale Modeling System (POMMS) high-resolution model were corroborated with external forecasting information identifying the onset of extreme fire risk weather on Sunday, September 27, affecting areas of Sierra Foothills and Northern California. By late Thursday night, the weather forecasting models agreed that the start of extreme fire weather could begin early

Sunday morning, stretching longitudinally across a wide portion of Northern and Central California.  As the expected start of severe fire weather neared, internal and external weather models converged and gave increasing confidence around the likely geographic scope and risk associated with the high fire risk.

PG&E's expectations of severe fire danger were supported by National Weather Service (NWS) issuance of a Red Flag Warning (RFW) Friday morning, with high winds, low relative humidity and easy fire starts from Saturday through Monday morning across much of PG&E's service territory. Successive RFWs (shown in

Figure 3 below) showed slightly shifting footprints through Monday morning for the areas within PG&E's PSPS scope.  These were accompanied by issuance of "High Risk" warnings for strong and dry offshore winds from the Northern California Geographic Area Coordination Center and "Critical Weather Conditions" from the Storm Prediction Center for the time periods of concern.

PG&E based its first customer notification decisions on the weather information and scope available on September 24.  This initiated a sequence of notifications to approximately 21,000 customers across three counties and one tribal area.

As Figure 3 shows, with continuing weather shifts, the timing, location and number of customers expected to face severe fire weather risk shifted as well.

**Figure 3: PSPS Scope Changes as Weather Forecasts Change**

Interpreting these charts – each color indicates the geographic location of a different Time Place for the PSPS event. All times listed below are in Pacific Daylight Time (PDT).

| | |
|---|---|
| **Scope as of 9/24/20 0500 PDT**<br><br>First high-resolution models available<br><br>**Forecasted Event Data:**<br>Fire Weather Timing<br>• Start: 9/27 0400 PDT<br>• End: 9/28 0900 PDT<br><br>~ 21,000 Customers<br><br>25 Distribution Circuits |  |

| | | |
|---|---|---|
| **Scope as of 9/25/20 1000 PDT**<br><br>**Forecasted Event Data:**<br>Fire Weather Timing<br>• Start: 9/27 0400 PDT<br>• End: 9/28 1400 PDT<br><br>~97,000 Customers<br><br>83 Distribution Circuits |  |  |

**Scope as of 9/26/20 0800 PDT**

**Forecasted Event Data:**
Fire Weather Timing
- Start: 9/27 0400 PDT
- End: 9/28 1400 PDT

~89,000 Customers

78 Distribution Circuits
11 Transmission Circuits

 

**Scope as of 9/27/20 0900 PDT**

**Forecasted Event Data:**

Fire Weather Timing:
- Start: 9/27 0400 PDT
- End: 9/28 1400 PDT
~65,000 Customers

67 Distribution Circuits
11 Transmission Circuits

 

**Scope as of 9/28/20 1000 PDT**

**Forecasted Event Data:**

Fire Weather Timing:
- Start: 9/27 0400 PDT
- End: 9/28 0900 PDT

~65,000 Customers

66 Distribution Circuits
11 Transmission Circuits

 

PG&E's Emergency Operations Center teams used the meteorology and distribution scopes developed on Friday afternoon, September 25, to develop the initial transmission scoping review and power flow analysis. As the weather shifted, the team refined and iterated scoping analyses and mitigation strategies before the decision to de-energize was made on Saturday afternoon, September 26.

PG&E crews conducted air and ground patrols of transmission assets throughout the planning period to confirm that they were in safe operating condition before the weather event began.

Active fires caused flight restrictions across the state and near the anticipated PSPS event footprint. These reinforced the fire danger and the need for caution in the conduct of the PSPS event. Figure 4 illustrates the scope of the temporary flight restrictions as of September 26.

**Figure 4: Temporary Flight Restrictions (September 26, 2020)**

Source:  PG&E Wildfire Safety Operations Center



Starting Wednesday and continuing through the event, PG&E teams conducted a variety of activities to prepare for the upcoming PSPS event.  These included:

- Notifying and briefing county, state, and first responder officials to alert them to the locations and plans for the upcoming event.

- Planning and conducting all required customer notifications and public awareness activities, including:

  o 1.2 million notifications sent via customer calls, texts and emails available in 13 languages.

  o Confirming that affected Medical Baseline customers received notifications, including making in-person visits if confirmation of automated notification is not received.

  o Handling 75,000 calls in PG&E's call centers.

  o Sharing PSPS impact maps and information on PG&E's website, so that customers could search their addresses, learn whether or not they were expected to be impacted and learn more about the PSPS event.

  o Planning the locations and preparations for CRCs to serve each county affected by the likely PSPS event.

- Conducting additional vegetation management to remove potentially hazardous trees near key transmission lines in an effort to mitigate their risk and safely keep those lines energized.

- Designing and implementing mitigation plans to reduce the number of areas and customers in scope:

  o Caribou hydroelectric powerhouses and nearby substations and sectionalization devices were used to isolate and safely energize 4,300 customers who would otherwise have been de-energized.

  o Planning temporary generation support needs.

  o Developing and refining switching plans to mitigate customer impacts where possible.

  o Examining distribution and transmission scopes to determine where circuit sectionalization devices could be used to electrically and geographically narrow the areas de-energized to reduce the number of customers affected.

PSPS De-energization Decision

At the time of the de-energization decision on Saturday, September 26, all the weather sources and forecasts corroborated that there was severe fire weather risk ahead.  The RFW issued by the NWS that morning covered over 2 million PG&E customers, and the High Risk forecast footprint from the Geographic Area Coordination Centers covered 3.8 million customers.

PG&E leaders reviewed the latest weather information and fire risk analyses and considered the alternatives to de-energization for the in-scope PSPS areas, including potential mitigations and customer notifications.  The Officer in Charge and Incident Commander determined that de-energization was a necessary measure to protect public safety in these areas.[3]

During the PSPS Event, September 27 through 29

This PSPS event de-energized 64,297 customers in seven TPs. Time Place 8 was monitored and removed from the de-energization scope on Monday morning as the weather forecasts continued to decline and it was determined that de-energization would not be necessary.  The final de-energization footprint is shown in Figure 5.

---

[3] Detailed information on PG&E's decision to de-energize can be found in Section 2.

**Figure 5: Map of September 27 De-energization Footprint**



<u>Wind Speeds and Equipment Damage Reported</u>

Over the period of de-energization, PG&E's weather station network recorded wind gust speeds from 50 to over 70 mph across many locations in the PSPS footprint.  In the system patrols and inspections preceding re-energization, PG&E crews identified 11 different incidents of equipment damages and hazards resulting from high winds.  (See Figure 6)

**Figure 6: Equipment Damages and Hazards from High Winds within the PSPS Footprint**



11

<u>Customer Resources</u>

During the event, PG&E opened a total of 29 Community Resource Centers (CRCs) to support customers across and near the PSPS-affected areas.  Figure 7 shows these locations, some of which were forced to close or relocate due to fire authority evacuation orders.  The 10 indoor CRCs and 19 outdoor CRCs ultimately served over 4,000 visitors, providing information, grab-and-go bags of snacks, phone chargers, water, and other benefits for visiting customers.

**Figure 7: CRC Locations**



PG&E's partnerships with over 20 community-based organizations (CBOs) provided additional support to impacted customers by distributing batteries to medically vulnerable customers leading up to and during this event, supporting local food distributions by food banks in 13 impacted counties that distributed almost 5,900 food boxes, coordinating 28 hotel stays for vulnerable customers who needed electricity access, issuing 61 food vouchers and 7 gas vouchers, providing meals to 82 seniors coordinated by local Meals on Wheels organizations, delivering groceries to homebound individuals due to medical conditions, and providing translated event communications via social media and texts to customers in languages spoken by spoken by communities that occupy significant roles in California's agricultural economy.

PG&E also coordinated with 38 multicultural media organizations to supplement PG&E's translated communications to customers in over 12 languages and shared event update information with over 250 CBOs including press releases, our new food bank fact sheet, and other relevant information that they could share with their constituents to expand our reach of communications.

12

## PSPS Service Restoration

Essentially all customers impacted by this PSPS event were restored to service by Monday night, September 28. The approximately 700 remaining customers were restored on Tuesday morning by 1000 PDT. This accomplishment met PG&E's goal of restoring 98% of customers within 12 daylight hours of the Weather All Clear.

PG&E meteorologists monitor real-time weather conditions from a network of over 900 field weather stations, over 230 high-definition cameras, weather satellites, and field observers to determine when weather conditions (mostly winds) have abated sufficiently to declare the Weather All Clear in each area and circuit.  After the Weather All Clear, PG&E crews must patrol the lines that were de-energized in the weather footprint to identify any damages or hazards on PG&E facilities.  The patrol and inspection process used approximately 50 helicopters and over 1,300 on-the-ground personnel to begin patrols on the approximately 3,500 miles of distribution circuits and approximately 170 miles transmission circuits that had been de-energized.

Distribution and transmission operators can begin restoring service to the portions of the system that have been found intact and safe to energize; any assets that were damaged need to be repaired before they can be safely restored, so the system may be sectionalized around those areas to restore as many customers as possible as quickly as it is safe to do so.

## PSPS Mitigations

Although we cannot make severe fire weather go away, PG&E has been working to reduce the disruptions caused by PSPS events by making them smaller, shorter and smarter.  For this event, we were able to achieve that goal through several means:

- This event impacted approximately 60% fewer customers than similar weather conditions would have caused in 2019, thanks to improvements in PG&E's weather modeling, system enhancements and improved electric system scoping tools.

- This event was shorter, with all customers whom we are able to serve restored to service within 12 daylight hours of their respective Weather All Clears thanks to the use of pre-positioned patrol crews and approximately 50 helicopters conducting aerial patrols to expedite inspection, repairs and restoration.

- Weather All Clears were declared on a granular basis allowing customers to be restored as the weather event passed through the impacted areas by utilizing PG&E's network of fire monitoring cameras, weather stations and field observers to determine local weather conditions for smaller sections of the grid.

- This event was smarter and more effective in our customer and partner communications, thanks to extensive improvements in our website, customer notifications, use of social media and outreach, Community Resource Centers and other efforts to support customers and communities.

## Section 2 – Explanation of PG&E's Decision to De-energize

**All factors considered in the decision to de-energize, including wind speed, temperature, humidity and vegetation moisture in the vicinity of the de-energized circuits.**

**Response:**

The decision to de-energize for public safety is not based on a single factor. PG&E considers many factors, including the following:

- PG&E Fire Potential Index (FPI) R5 ratings indicating critical fire danger and high potential for large fire growth based on fuel moisture, humidity, wind speed, air temperature, land type, and historical fire occurrences.

- Forecasted wind gusts of 40-55 mph with some areas locally higher in elevated terrain and wind-aligned canyons.

- PG&E's Large Fire Probability (LFP) model identification of areas on both PG&E's distribution and transmission systems with high wind-driven outage probability combined with high probability of a large fire if an ignition were to occur.

  - On the distribution system, the Distribution Large Fire Probability Model ($LFP_D$) is a product of PG&E's Outage Producing Wind (OPW) model and FPI models. The $LFP_D$ model provides hourly output at 2km model resolution and highlights locations with concurrence of a high probability for large fires and high probability of wind-related outages on PG&E's distribution system.

  - On the transmission system, the Transmission Large Fire Probability Model ($LFP_T$) is the product of PG&E's Transmission Operability Assessment (OA) model and FPI models. The $LFP_T$ model provides hourly forecast outputs for each transmission structure. The model highlights locations with both an increased probability for large fires and high probability of wind-related failures on PG&E's transmission system.

- External validation of PG&E forecasts, including:

  - Model data from public weather models including pressure gradient forecasts between Redding and Sacramento, along with pressure gradients between San Francisco and Winnemucca (which are known indicators of Diablo winds and severe fire weather for northern California)

  - NWS issuance of Fire Weather Watches and Red Flag Warnings

  - Northern and Southern CA Predictive Services units of the Geographic Area Coordination Centers (GACC) forecasts of "High Risk" zones with Critical Burn Environment factors and Wind Ignition Triggers

  - The National Oceanic and Atmospheric Administration's (NOAA) Storm Prediction Center's Fire Weather Outlooks indicating Elevated and Critical fire-weather conditions across California

  - Table 1 summarizes some of the hazardous weather conditions projected in PG&E's service territory on September 26 to September 27.

14

**Table 1: Weather Conditions and Hazards Supporting Conclusion of Severe Fire Weather Risk on September 26, 2020**

## CA Hazards Summary

Last Update Sat Sep 26 7:29am (Refreshes every 5 minutes) (Help+)
This is an experimental display of our hazard products. This page may change without notice.

| California | Begins | Ends | Last Updated |
|---|---|---|---|
| Red Flag Warning (MTR) + | Sat Sep 26 9:00pm | Mon Sep 28 11:00am | 4hrs ago |
| Red Flag Warning (EKA) + | Sun Sep 27 5:00am | Mon Sep 28 12:00pm | 2hrs 22mins ago |
| Red Flag Warning (EKA) + | Sat Sep 26 9:00pm | Mon Sep 28 12:00pm | 2hrs 22mins ago |
| Red Flag Warning (STO) + | Sat Sep 26 9:00pm | Mon Sep 28 2:00pm | 10hrs ago |
| Wind Advisory (STO) + | Sun Sep 27 2:00am | Sun Sep 27 8:00pm | 10hrs ago |
| Wind Advisory (STO) + | Sun Sep 27 2:00am | Mon Sep 28 2:00pm | 10hrs ago |
| High Surf Advisory (LOX) + | Now | Sat Sep 26 9:00am | 5hrs ago |
| Fire Weather Watch (SGX) + | Mon Sep 28 5:00am | Mon Sep 28 5:00pm | 3hrs ago |
| Fire Weather Watch (MFR) + | Mon Sep 28 12:00am | Mon Sep 28 8:00pm | 3hrs ago |
| Air Quality Alert (HNX) + | | Mon Sep 28 5:00pm | 1days 20hrs ago |

o   Figure 8 shows Federal Agency forecast maps of geographic extent and timing of critical fire risk periods (e.g., Red Flag Warnings)

**Figure 8: Comparison of Federal Agency Severe Fire Weather Warning Footprints**



NWS Red Flag Warnings (Red)
Valid: 9/27/2020

GACC High Risk (Orange)
Valid: 9/27/2020

NOAA- Storm Prediction Center
Elevated (orange) and critical (red)
Fire Weather Forecasts
Valid: 9/27/2020

15

- Additional transmission line assessment, including:

  o Using PG&E's LFPT model for transmission, each transmission line is assessed based on localized meteorology data, probability of failure using structure level asset data, consequence measures of the impact of a potential wildfire, vegetation risk based on spatial attributes from LiDAR (e.g., tree height, slope, aspect, outage history, proximity and placement relative to the line), pending high priority equipment repairs, and idle line status. The transmission asset analysis identified select transmission lines as below risk thresholds based on the forecasted weather conditions; therefore, the risk reduction benefit of de-energizing these lines did not outweigh the risk to public safety. These lines were approved to stay in service to minimize customer impacts. The transmission analysis identified other lines deemed to be at a higher risk of catastrophic wildfire, and those remained in scope for de-energization.

  o PG&E conducted a Power Flow Analysis on the in-scope transmission lines to analyze any potential downstream impacts of load shedding, coordinated this with the California Independent System Operator (CAISO), and confirmed solution feasibility with Transmission System Protection.

- The company considered the public safety impacts of de-energizing by looking at the total count of impacted customers and the impact of potential de-energization upon medical baseline customers, critical facilities, back-up generation capabilities of critical facilities that pose societal impact risks if de-energized (e.g., critical infrastructure).

- PG&E identified ways to reduce the impact of de-energization by maximizing the use of sectionalization to narrow the scope and number of customers affected, use islanding and alternative switching solutions to keep more customers online, and serve critical facilities and customers using temporary and back-up generation.

- The presence of pre-PSPS multiple fires burning across California, including the North Complex Fire, validated the fire weather risk and reinforced the public safety consequences of catastrophic wildfires for PG&E's customers and communities.

**An explanation of the decision to de-energize, including an explanation of alternatives considered and mitigation measures used to decrease the risk of utility-caused wildfires in de-energized area**

**Response:**

In light of the meteorological information indicating the potential for catastrophic wildfire and the customer impacts from mitigating that fire risk through de-energization, PG&E considered whether alternatives to de-energizing, such as additional vegetation management and disabling automatic reclosers, could adequately reduce the risk of catastrophic wildfire to obviate the need for de-energization. PG&E determined that these measures alone did not reduce the risk of catastrophic wildfire in areas within the PSPS scope sufficiently to protect public safety.

- PG&E conducted hazard tree mitigation efforts on circuits potentially in PSPS scope in the days leading up to the event and continued up through the day of de-energization.

- PG&E conducted pre-patrols of circuits and equipment in de-energization scope in the days leading up to the time of de-energization.

- The company disabled automatic reclosing in Tier 2/Tier 3 areas.

- PG&E deployed Safety and Infrastructure Protection (SIP) crews for real-time observations and fire response.

Given the forecasted high windspeeds, which can blow vegetation and flying debris into power lines and blow sparks into dry vegetation, PG&E determined that these other measures were not adequate alternatives to mitigate the risk of catastrophic wildfire, and that only shutting off the power in the areas within the PSPS scope was sufficient protection against that risk.

PG&E reviewed the efforts to mitigate adverse impacts on the customers and communities in areas where power shutoffs were likely. These efforts included:

- Advanced notifications to impacted customers

- Temporary generation, alternate grid solutions, and islanding solutions to reduce and mitigate customer impacts

- Sectionalizing to reduce customers included

- Community Resource Centers

- Restoration crew readiness, including use of helicopters and fixed wing aircraft, to conduct line safety patrols after the Weather All Clear, and restore service to safe lines

**An explanation of how the utility determined that the benefit of de-energization outweighed potential public safety risks**

**Response:**

For in-scope areas, based on the factors described in this section, PG&E determined there was an imminent and significant risk of strong winds impacting PG&E assets, and a significant risk of large, catastrophic wildfires should an ignition occur. PG&E determined that alternatives to de-energization were not adequate to reduce this risk and that the public safety risk of catastrophic wildfire outweighed the public safety impacts of the proposed de-energization scope. In making this decision, PG&E reviewed all steps that had been taken or that were in progress to mitigate adverse impacts on customers. PG&E determined that a PSPS was warranted and necessary to reduce the risk of catastrophic wildfire for public safety, and thus approved the decision to de-energize.

**Additional Information - Detailed Meteorological Timeline**

<u>Monday, September 21:</u> External agency forecasts and interagency conference calls monitored by the PG&E Meteorology team noted the following:

- During the 0845 PDT interagency conference call, North Ops Predictive Service office in Redding (NOPS) noted that they were gaining confidence in a high-risk period due to potential for strong offshore winds occurring over the weekend.

- NOPS issued their 7-day Significant Fire Potential Forecast, highlighting high risk – significant fire potential in multiple Predictive Service Areas (PSAs) from September 26 – 27) for the threat of wind combined with low relative humidity (RH).  Their forecast discussion stated "N-NE/Offshore gusts 25-40 mph and locally higher western Cascade-Sierra slopes to the Coast with RH 10-20% Sat-Mon."

Indications of a potential offshore wind event became evident in the global weather models. The ECMWF operational model and its associated ensembles were indicating a change in the weather pattern to an offshore regime, with a potentially significant positive pressure gradient between Redding Airport (KRDD) and Sacramento Airport (KSAC), as well as a significant negative pressure gradient between San Francisco Airport (KSFO) and Winnemucca Airport (KWMC) starting late Saturday through Monday.  These pressure gradients are proven precursors of the Diablo Wind conditions that pose the highest risk for catastrophic wildfires in Northern and Central California.

17

Tuesday, September 22: External agency forecasts and interagency conference calls monitored by the PG&E Meteorology team noted the following:

- At 0722 PDT the NOPS issued their morning forecast with no changes to the 26th or 27th. Several PSAs were added to high risk on the 28th. Their forecast discussion stated "N-NE/Offshore gusts 25-40 mph and locally higher western Cascade-Sierra slopes to the Coast with RH 5-20% Sat-Mon"

- At 0845 PDT NOPS hosted an interagency coordination call to discuss the event. NOPS indicated their confidence continued to grow for the weekend event.   Some NWS offices stated that if the ECMWF model verified, that it could be a significant fire weather event. The NWS offices in attendance also discussed preliminary plans to issue Fire Weather Watches for the upcoming event.

Global weather models continued to show an offshore wind event leading to Diablo winds from Saturday through Monday (September 26 – 28), although there continued to be significant disagreement regarding timing and intensity.  PG&E Meteorology updated the PG&E 7 Day Public Safety Power Shutoff Potential forecast at 0730 PDT, mentioning that, "PG&E Meteorology is closely tracking the potential for dry northerly winds to develop Saturday afternoon/evening and continue into Sunday or Monday across Northern CA.  Please stay tuned to future updates as some zones may move into Elevated after further study."

Wednesday, September 23: External agency forecasts and interagency conference calls monitored by the PG&E Meteorology team noted the following:

- NOPS and NWS federal weather forecast agencies continued to highlight the potential for critical fire weather conditions developing over the weekend into Monday.

- The 0215 PDT NWS Sacramento area forecast discussion mentioned the development of breezy northerly winds for the Sacramento Valley and surrounding terrain Saturday in response to a building ridge of high pressure. NWS San Francisco/Monterey indicated in their 0443 PDT area forecast discussion increasing fire concerns due to the development of offshore flow beginning Saturday, with gusty conditions expected at higher elevations of the North Bay mountains and East Bay hills.

- Both NWS offices issued a Fire Weather Watch beginning at 1100 PDT Saturday September 26 and continuing through 0800 PDT Monday September 28.  NWS Sacramento issued the watch for all of the Sacramento Valley and adjacent terrain below 3000' due to the combination of wind, low humidity and hot conditions, with the strongest winds expected late Saturday night.

- NOPS issued their 7-day Significant Fire Potential Forecast at 0707 PDT, highlighting hot and dry weather with low relative humidity (5-20%) and moderate N-NE offshore winds (25-35 mph) Saturday through Monday resulting in High Risk criteria for PSAs NC02 (Mid Coast to Mendocino), NC03B (Diablo-Santa Cruz Mountains), NC05 (Sacramento Valley/Foothills) and NC07 (Northern Sierras).  Additionally, North Ops mentioned in their forecast discussion that live shrub and canopy fuel moisture were at critically dry thresholds across low and mid elevations areas and the abundant grass crop had mostly cured.

18

- On the North Ops interagency call at 0845 PDT, there was consensus among the NWS offices that with the development of a moderately strong offshore wind event Saturday through Monday, they would assess the need to upgrade the fire weather watches to red flag warnings on Thursday (September 24).

- PG&E's 7 Day Public Safety Power Shutoff (PSPS) Potential forecast was issued at 0730 PDT, noting that PG&E Meteorology was closely tracking the potential for dry northerly winds to develop Saturday afternoon/evening and continue into Monday across Northern CA.

Global model runs continued to show major discrepancies in the forecast, with the American, Global Forecast System (GFS) indicating a weak offshore wind event with a Redding to Sacramento (RDD-SAC) gradient generally below 4 mb and a San Francisco to Winnemucca (SFO-WMC) gradient below -8 mb. The European model (ECMWF) continued to struggle to resolve the offshore event with RDD-SAC gradients ranging from just above 4mb in the 00Z run from September 22 to around 2.2 mb in the 12Z run followed and increase to around 3.1 mb for the 00Z run (September 23) to around 4.9 mb in the 12Z run (September 23). ECMWF was slightly more consistent with its SFO-WMC gradient forecast with all four model runs showing a minimum gradient between roughly -10-12 mb early Monday morning. PG&E Meteorology reviewed the forecast with PG&E leadership and Emergency Preparedness. Given the potential threat of Diablo winds that could necessitate PSPS, PG&E activated in a readiness posture on the morning of September 23. The PSPS potential forecast was reissued, noting: "PG&E Meteorology is closely tracking the potential for dry northerly winds to develop Saturday afternoon/evening and continue Sunday and possibly Monday across Northern CA. At this time, winds are expected to peak Saturday evening into Sunday morning and zones 2 and 5 are now in Elevated status Saturday and Sunday."

Thursday, September 24: External agency forecasts and interagency conference calls monitored by the PG&E Meteorology team noted the following:

- External public agencies continued to discuss the development of an offshore wind event Saturday (September 26) through Monday (September 28). At 0503 PDT, The National Weather Service San Francisco / Monterey issued an area forecast discussion, mentioning, "…strongest offshore winds continues to look like it will occur overnight Saturday into Sunday morning… 925 mb winds progged around 35 kt with our local 3 km wrf model showing ridge top gusts to around 35 mph. Potential still there for high end gust potential to 50 mph for the wind favored peaks such as Mt Saint Helena, Diablo and Mt Tamalpais."

- NWS Sacramento noted in their 0250 PDT forecast discussion, "Breezy northeast winds develop Saturday and persist into Monday leading to critical fire weather conditions."

- No changes were made to the Fire Weather Watches issued by local NWS offices; however, both indicated in the 0845 PDT North Ops interagency call that they would be evaluating the need to upgrade the watches to Red Flag Warnings in the next 24 hours. Both NWS offices indicated that they were aligned in their analysis for a marginal to moderate offshore wind event to develop Saturday through Monday.

- North Ops Predictive Services published their North Ops 7-day Significant Fire Potential Outlook at 0711 PDT, with high risk fire triggers due to wind in areas NC02 (Sunday September 27/Monday September 28), NC03B (Sunday September 27/Monday September 28), NC05 (Saturday September 26/Sunday September 27/Monday September 28), NC07 (Sunday September 27/Monday September 28).

- At 0735 PDT, PG&E Meteorology issued the PG&E Public Safety Power Shutoff Forecast with a PSPS Watch in Geographic zone 2 and 5 Saturday through Monday, mentioning in the

19

discussion, "Strongest winds are expected during the overnight and morning hours Saturday and Sunday in the northern Sierra foothills where gusts in excess of 45 mph are possible".

Global forecast models continued to come into better alignment regarding the offshore wind event with northerly gradients peaking early Sunday morning followed by stronger easterly gradient early Monday morning. The American, Global Forecast System (GFS) trended stronger in its gradient forecasts over three consecutive model runs with the 18Z (September 24) run showing a peak in the RDD-SAC gradient of just over 5 mb, while the SFO-WMC gradient also trended stronger dropping to below -12 mb. The European model (ECMWF) followed a similar trend, strengthening the northerly RDD-SAC gradient to around 5.5 mb early Sunday morning followed by another peak above 5 mb late Sunday evening. The ECMWF model was also forecasting a stronger easterly gradient over the last 24 hours with SFO-WMC dropping to below -16 mb in the 12Z (September 24) run for Sunday night into Monday morning, which is approximately 5 mb lower than the previous 12Z run only 24 hours earlier. Both internal and external high-resolution models trended stronger in consecutive runs with a RDD-SAC gradient peaking near 5 mb early Sunday morning. In terms of the SFO-WMC gradient, the models agreed in their timing of the minima Sunday night into Monday morning; however, there was some variation in the actual gradient forecast. Overall, models were signaling the potential for a stronger event to unfold with the strongest winds now appearing to develop Sunday evening into Monday morning across the northern and central Sierra.

<u>Friday, September 25:</u> External agency forecasts and interagency conference calls monitored by the PG&E Meteorology team noted the following:

- External public agencies continue to focus on the upcoming moderate offshore wind event for Saturday September 26 through Monday September 28.

- At 0327 PDT, the Monterey/Bay Area NWS Office issues a Red Flag Warning for the higher terrain of the North Bay Area as well as east of the Bay Area. This Red Flag Warning is set to go into effect on Sunday, September 27 at 0500 PDT and expire on Monday, September 28 at 1200 PDT. The forecast is for northeast winds of 15-25 mph with localized wind gusts of 35-50 mph likely in the hills above 1000 feet.

- During the 0845 PDT interagency call, all public offices acknowledged the gradual strengthening of the model, but also that models had pushed back the start time of the gusty winds, with the peak of the winds expected more towards early Sunday morning, and then a secondary peak in the winds late Sunday evening into the overnight hours. With these changes, public agencies said that upgrades in their respective public weather products would be expected.

- At 1012 PDT, similar Red Flag Warnings were also issued by the Eureka and Sacramento office for gusty winds combined with dry fuels and poor RH. The Eureka area had two different start times -- one of the Red Flag Warnings was set to begin on Saturday, September 26, at 2100, and the second on Sunday September 27 at 0500 PDT. Both RFWs were set to expire on Monday, September 28 at 1200 PDT. The Eureka Red Flag Warnings were forecasting north-northeasterly winds of 15-25 mph with gusts to 30-40 mph, mainly on ridgetops. The Sacramento Red Flag Warning was also expected to remain in effect from Saturday, September 26 at 2100 PDT until Monday September 28 at 1200 PDT, with forecasts of northerly to easterly winds of 15-25 mph with gusts of 35-40 mph, potentially as high as 45-55 mph in favorable gaps and canyons.

- North Ops Predictive Services published the North Ops 7-day Significant Fire Potential Outlook at 0638 PDT, with high-risk fire triggers due to wind in areas NC02 (Sun/Mon), NC03B (Sun/Mon), NC05 (Sun/Mon), and NC07 (Sun/Mon).

- At 1028 PDT, PG&E Meteorology issued their 7-Day Public Safety Power Shutoff Potential Forecast and upgraded to PSPS Watch for Sunday and Monday in zones 2 and 5, expanding to areas 3, 4, 8, and 9 due to the increased strength in the expected offshore wind event. Due to the anticipated delay in the arrival of the winds, PG&E removed the "elevated" risk from all areas on Saturday. The discussion warned that, "Some details may still evolve as the event draws closer, but currently sustained winds of 20 – 30 mph with gusts of 45 – 55 mph are anticipated, with the highest gusts through the favored gaps."

Global models continued to come into better agreement regarding the strength and timing of the strongest offshore winds. One noticeable difference from Thursday to Friday was the increase in strength of the gradients and the delay in the arrival of the strongest winds. The RDD-SAC gradient was showing the 2 pulses of gusty winds and the American Model (GFS) and the European Model (ECM) both showed strengthening from Thursday to Friday with the GFS now depicting the RDD-SAC gradient at 5.3 mb for the first wave, and 4.5 mb for the second wave. The ECMWF has the first wave depicted at 5.8 mb, and 5.4 mb. The ECMWF and GFS both trended toward a delayed arrival of the strongest winds, with outage-producing winds anticipated during the early morning of Sunday September 27, and the second wave of strong winds coming in the evening of September 27 and gradually falling off through the morning of Monday September 28.

Overall, models continued to trend towards a stronger event than previously anticipated, and a slightly delayed event with the strongest winds peaking during the early morning hours of Sunday, and the second wave of winds peaking Sunday evening and gradually decreasing through Monday morning.

<u>Saturday, September 26:</u> External agency forecasts and interagency conference calls monitored by the PG&E Meteorology team noted:

- PG&E meteorology continued to monitor the possibility of an offshore wind event on September 27 and 28. PG&E's 7 Day Public Safety Power Shutoff (PSPS) Potential forecast continued to include Geographic Zones 2, 3, 4, 5, 8 and 9 in a PSPS Watch for Sunday and Monday.

- The NOPS 7 Day forecast issued at 0642 PDT included a high risk with wind triggers for September 27th and 28th for PSAs NC02, NC03A, NC03B, NC04, NC05, and NC07.

- The Storm Prediction Center (SPC) of NOAA issued a Fire Weather Outlook with elevated risk for much of Northern CA, apart from the immediate coast, from 1000 PDT September 26 through 0500 PDT September 27. SPC issued a similar forecast for Day 2 (0500 PDT September 27 through 0500 PDT September 28) but included all of Northern CA and the Sierra in elevated risk with critical risk for the northern Sierra and the Sacramento Valley as well as elevated for southern Kern. These forecasts placed about 3.8 million PG&E customers under GACC High Risk conditions and about 2 million PG&E customers under the NWS Red Flag Warning.

- At 0845 PDT, PG&E participated in a morning conference call hosted by NOPS, with National Weather Service (NWS) offices from across PG&E territory participating. The Sacramento and SF Bay Area/Monterey offices modified their Red Flag Warnings to cover the time period from 2100 PDT September 26 through 2100 PDT September 28. NWS Monterey stated in their RFW, "Northeast winds 10 to 20 mph with gusts to 25 mph will develop after midnight. These dry winds will rapidly lower humidity values by sunrise Sunday. Persistent northeast winds during the day Sunday, then a secondary burst Sunday night will drive all the way to the coast with local gusts 30-45 mph". NWS Sacramento stated, "The combination of wind, low humidity, and hot conditions will result in extreme fire weather conditions. This type of extreme fire weather condition only occurs a few times a year. These conditions may impact ongoing wildfires. Extreme caution should be taken to prevent new fire starts".

- All federal forecast agencies were aligned that this was a high-risk, extreme fire weather event.

Forecast models were showing little run-to-run variation with both global and high-resolution models showing two peaks in the northerly RDD-SAC gradient.  Models continued to indicate a minimum in the easterly SFO-WMC gradient in the early morning hours of September 28 with the strongest model ~ -18mb (12Z Canadian).

At 1800 PDT, a PG&E meteorologist participated in a public press conference to provide an overview of the event and to field questions from the press.

Sunday, September 27: External agency forecasts and interagency conference calls monitored by the PG&E Meteorology team noted:

- The NOPS 7 Day Fire forecast issued at 0746 PDT continued to warn High Risk for wind and mentioned, "High Risk Today-Mon for Strong Wind/Low RH W Cascade-Sierra Slopes to the Coast" for PSAs NC02, NC03A, NC03B, NC04, NC05, and NC07.  It mentioned, "Peak gusts this morning 30-45 mph widespread and 50-65 mph in the most wind-prone spots. Peak gusts this afternoon through Monday morning, 25-35 mph with the most wind-prone spots at 40-55 mph. Peak gusts Monday afternoon 20-30 mph widespread and 30-40 mph in the most wind-prone spots," and, "Live shrub and canopy fuel moisture are at critically dry thresholds across most of region."

- Red Flag Warnings remained in effect from the NWS offices in Eureka, Sacramento, and Monterey.  Sacramento NWS issued a wind advisory as well, indicating potential for strong winds to cause power outages.

- The NOAA Storm Prediction Center showed elevated to critical fire weather conditions for vast portions of PG&E's territory that encompassed the meteorological footprint PG&E Meteorology identified for the event.

- At approximately 0915 PDT, PG&E Meteorology published the PG&E 7 Day Public Safety Power Shutoff (PSPS) Potential forecast with Geographic Zones 2, 3, 4, 5, 8 and 9 in a PSPS Warning for September 27 and 28. Based on the latest 12Z POMMS run, PG&E's Meteorologist in Charge (MIC) made a recommendation to the Incident Commander (IC) that TP8 be delayed until 0800 PDT September 28 with an end time of 0600 PDT on September 29.

The RDD-SAC pressure gradient, an indicator of northerly winds, peaked at 6 mb during the 0200 PDT observation, which was in alignment with forecast models.  Breezy north winds were observed, spreading across the northern Sierra and Sacramento Valley through the morning hours reaching elevated North Bay terrain by sunrise.  The decision to proceed with de-energization for TP 1 was given by the overnight MIC and IC; although, it was recommended to hold on de-energization for TP 6. The decision to hold on TP 6 was based on the current RH values (40-50%) and winds generally lower than anticipated. Throughout the morning, Meteorology continued to monitor weather conditions across the territory. Wind gusts reached 60 mph at Jarbo Gap, 58 mph at Concow Road and 47 mph at Rim Road during the morning hours, all of which were within TP1. Meteorology continued to monitor both global and high-resolution forecast models for any run-to-run changes.

The decision was made to proceed with notifications to customers.  However, based on the latest weather model data, Meteorology recommended delaying the start time for all TPs, excluding TP 8, to 2000 PDT on September 27 to limit impact to customers.

At 1800 PDT, a PG&E meteorologist participated in a public press conference to provide an overview of the event and to field questions from the press. During the evening and overnight, meteorology continued to brief Incident Commanders on a regular cadence about weather and wind conditions.

<u>Monday, September 28:</u> External agency forecasts and interagency conference calls monitored by the PG&E Meteorology team offered corroborating information:

- NWS Red Flag Warnings remained in effect through Monday afternoon and evening from the Eureka, Sacramento, and Monterey offices, covering most of northern California.

- The NOPS 7 Day Fire forecast issued at 0721 PDT continued to warn of High Risk for wind for PSAs NC02, NC03A, NC03B, NC04, NC05, and NC07.  They mentioned, "Widespread gusts this morning 25-40 mph, and 45-60 mph in the most wind-prone spots," and, "Winds decreasing after noon, with wind-prone spots having N-E gusts 15-30".

- The NOAA Storm Prediction Center continued to show elevated to critical fire weather across most of Northern CA.  Their forecast discussion noted, "Strong offshore flow is ongoing this morning with winds of 30 to 40 mph and gusts to 60 mph in the terrain of northern California with relative humidity of 10 to 15 percent."

As forecast, gusty east/northeast winds occurred overnight across interior NorCal with the SFO-WMC pressure gradient peaking at -16.2 mb at 14Z (7 AM local).  Peak gusts over elevated terrain in the northern TP areas were generally in the 45-60 mph range with the highest gust recorded at Jarbo Gap of 72 mph.

PG&E continued to monitor weather conditions during the event to support all clear decisions as quickly and safely as possible.  Winds started to decrease early Monday morning across first the central Sierra and then in the northern Sierra area and Sonoma/North Bay (TP 7) mid to late morning. Through the morning, PG&E meteorologists monitored weather stations in real time and supported several all clear meetings that morning.

PG&E teams met to discuss the models trending weaker in TP8 (Kern county).  Leaders decided to abort the TP 8 PSPS event as the latest forecasts indicated that no areas exceeded PSPS guidance.  By 1142 PDT, all areas de-energized in this event were given the Weather All Clear.

## Section 3 – Time, Place, and Duration

**The time, place and duration of the event and whether the areas affected by the de-energization are classified as Zone 1, Tier 2, or Tier 3 per the definition in General Order 95, Rule 21.2-D.**

**Response:**

The PSPS event occurred over the timeframe of September 27[4], 2020 – September 29, 2020 in seven different geographic areas located across 15 counties in Northern California.

Appendix A lists circuits de-energized along with the following for each circuit:

- Communities served

- De-energization date / time

- Restoration date / time

- General Order (GO) 95, Rule 21.2-D Zone 1, Tier 2, or Tier 3 classification.

---

[4] Select customers were de-energized due to microgrid switching on September 26

**Section 4 – Affected Customers**

**The number of affected customers, broken down by residential, medical baseline, commercial/industrial and other.**

**Response:**

A total of 64,297 customers were impacted[5] during the PSPS event. Of the customers impacted, a total of 64,294 distribution customers were de-energized including 58,453[6] residential, 4,358 medical baseline, 5,512 commercial/industrial, and 329 other customers. A total of 3 transmission customers were impacted.

Appendix A lists circuits de-energized along with the following information for each circuit:

- Total number of customers affected
- Residential customers affected
- Medical Baseline customers affected
- Commercial/industrial customers affected
- Other[7] customers affected

---

[5] Impacted customers include customers who experienced short outages due to microgrid switching.

[6] 'Residential' customers include Medical Baseline Customers

[7] 'Other' includes customers that do not fall under the residential or commercial / industrial categories such as governmental agencies, traffic lights, agricultural facilities, and prisons.

**Section 5 – Damage to Overhead Facilities**

**Describe any wind-related damage to overhead powerline facilities in the areas where power was shutoff.**

**Response:**

During safety inspections and patrols of the de-energized circuits prior to restoring power, PG&E discovered a total of 11 incidents of wind-related damages or hazards. Damages are conditions that occurred during the PSPS event, likely wind-related, resulting in necessary repairs or replacement of PG&E's asset, such as a wire down or fallen pole. Hazards are conditions that might have caused damages or posed an electrical arcing risk had PSPS not been executed, such as a tree limb found suspended in electrical wires. In each case of damage, PG&E repaired or replaced the damaged equipment prior to reenergizing. Hazards were cleared prior to reenergizing.

- 7 cases of damages
- 4 cases of hazards

These are mapped in Figure 9 and illustrated in subsequent Figures.

**Figure 9: Map of September 27-29 Damage/Hazard Incidents on PSPS Footprint**

**Figure 10: Image of Vegetation Hazard in Nevada County – Tree Limb Hanging on a Conductor**



**Figure 11: Image of Vegetation Related Damage in Butte County – Broken Insulator and Floating Conductor**



**Figure 12: Image of Vegetation Related Damage in Butte County – Falling Treetop Damaged Overhead Conductor**



**Section 6 – Customer Notifications**

**Provide a description of the customer notice and any other mitigation provided by PG&E. Include a copy of all notifications, the timing of notifications, the methods of notifications and who (IOU or public safety partner) made the notification. If PG&E failed to provide notifications according to the timelines set forth in the CPUC PSPS Guidelines (see D.19-05-042), include an explanation of the circumstances that resulted in such failure.**

**Response:**

This section describes customer notices and explains failures to provide notifications according to the timelines set forth by the CPUC PSPS Guidelines (see D.19-05-042) is provided below.  It summarizes additional communication measures and channels. A table of all notifications including timing of notifications, counts of customers (including Medical Baseline) with attempted and successful notifications is provided in Appendix B. A copy of the notification messages is included in Appendix C.

Notifications

Leading up to and during PSPS events, PG&E sends automated notifications via call, text and email to Public Safety Partners and impacted customers in accordance with timelines set forth by the CPUC PSPS Guidelines (D.19-05-042); these may vary with forecasted weather timing for different TPs.

Notifications sent before de-energization included the following information:  potentially impacted addresses, estimated window until the de-energization time, estimated duration of the weather event, estimated time of restoration (ETOR),[8] and links to resources for customers (e.g., PSPS updates webpage with CRC information, resources for customers with access and functional needs). Notifications were provided to customers in English, with information on how to get event information in 12 non-English languages.[9] Customers with their language preference set received in-language (translated) notifications.

For each automated notification sent to non-Medical Baseline customers, PG&E sends two additional retries in 10-minute intervals. For Medical Baseline customers, PG&E continues issuing notifications every hour until the customer confirms receipt of the notification (up to 9 p.m. or when PG&E suspends). Customers that self-identify to receive an in-person visit prior to disconnection for non-payment or receive utility communications in a non-standard format or self-identify as having a person with a disability in the household are notified with the general customers impacted (unless enrolled in the Medical Baseline Program). It is important to note all notifications include reference to resources available to customers including a link to www.pge.com/disabilityandaging.

Below describes PG&E's notifications sent to customers for this event, including a table of the approximate times of notifications sent to customers prior to de-energization (see Table 2).

---

[8] The initial ETOR provided to customers prior to de-energization is based on the forecasted timing of the end of the weather event and PG&E's goal to restore power within 12 daylight hours of weather clearing.

[9] Spanish, Chinese (Mandarin and Cantonese), Vietnamese, Tagalog, Korean, Russian, Arabic, Punjabi, Farsi, Japanese, Khmer and Hmong.

28

**Table 2: Customer Notification Timeline Summary Prior to De-Energization**

| Minimum Timeline | Approximate Time | Approximate Notifications Sent[10] | Message | Notes |
|---|---|---|---|---|
| 72-48 hours | 9/23 2100 PDT | **500 public safety partners customers** | Advanced | PG&E sent advanced notifications to Public Safety Partners identified to be impacted at the time (portions of three counties: Butte, Plumas and Yuba counties) |
|  | 9/24 1945 PDT | **21,000 customers + 55 local community representatives** | Watch | PG&E sent Two Day Watch early notification to all impacted populations identified in scope (Butte, Plumas and Yuba counties) prior to the required 48-24-hour minimum timeframe. |
| 48-24 hours | 9/25 1630 PDT | **97,000 customers + 200 local community representatives** | Watch | PG&E sent another round of Watch notification messages to approximately 97,000 customers in portions of 16 counties (Shasta, Tehama, Butte, Yuba, Plumas, Sierra, Nevada, Placer, El Dorado, Amador, Calaveras, Alpine, Napa, Sonoma, Lake, and Kern). Relative to the previously notified population of approximately 21,000 customers, this population removed approximately 1,300 customers from scope and added approximately 77,000 customers based on changes to the forecasted weather conditions. |
| < 24 hours | 9/26 1000 PDT | **89,000 customers + 100 local community representatives** | Watch | PG&E sent another round of Watch notification messages to approximately 89,000 customers in Time Places 1-8 (portions of same 16 counties). This wave of notification messages also included microgrid-related messaging (where relevant) and transmission-level customer notifications. Approximately 8,000 customers were removed from scope based on changes to the forecasted weather conditions. Cancellations to these customers notified but removed from scope were sent on September 27 at approximately 1300 PDT. |

---

[10] Includes unreachable customers with no contact information; Counts of approximate customer notifications include public safety partner customers of record and all affected populations; Local community representatives contacted cover public safety partner notifications sent through PG&E's agency notification system (more detail in Section 7 – Local Community Representatives Contacted); all values are approximate.

| Minimum Timeline | Approximate Time | Approximate Notifications Sent[10] | Message | Notes |
|---|---|---|---|---|
| Imminent | 9/26 1800 PDT | 15,000 customers + 100 local community representatives | Warning | Warning notifications were sent to the first wave of 15,000 customers in the most Northern portion of our territory (Time Places 1 and 6: Shasta, Tehama, Butte, Plumas) that would be de-energized overnight on 9/27; Cancellation notifications were also sent to approximately 500 customers removed from scope based on changes to the weather in this area. Final scope of customers that were sent the imminent Warning notifications included results of the Transmission Power Flow Analysis. |
| | 9/27 0900 PDT | 4,000 customers | Warning | PG&E sent a second Warning notification to approximately 4,000 customers impacted in Shasta and Tehama counties because the weather shifted in these counties, pushing out their planned de-energization time from 0200 to 1700 PDT. |
| | 9/27 1230 PDT | 51,000 customers + 200 local community representatives | Warning | PG&E sent Warning notification messages to approximately 51,000 customers in Time Places 2-5 and 7-8 (portions of 11 counties - Butte, Plumas, Yuba, Nevada, Placer, Amador, Calaveras, Alpine, Lake, Sonoma, and Napa). Cancellation notifications were also sent to approximately 31,700 customers removed from scope due to changes in weather model forecasts. |
| | 9/27 1745 PDT | 15 customers | Warning | Warning notification messages were sent to 15 customers in Time Place 8 (Kern County). Weather patterns shifted, and around 1300 PDT on Monday, September 28, PG&E sent Cancellation notification messages to these customers. |

De-Energization Initiated: Warning / Imminent Notification:

PG&E sent Imminent notifications (referred to as "Warning" notifications) to customers when forecasted conditions showed that a safety shutoff was confirmed, and that it would happen soon. Whenever possible, Warning notifications are sent approximately four to 12 hours in advance of the power being shut off, which serves as PG&E's De-Energization Initiated notifications. In these notifications, customers see an estimated time when their power will be shut off and the estimated times power is expected to be restored.

Restoration in Progress: Weather All Clear Notification

Our PSPS notification process typically includes an automated notification to each customer after the weather event has passed, and another when their area is declared all clear to safely begin patrols and restoration (called the "All Clear" notifications). Because the weather cleared quickly during this event, PG&E sent ETOR notifications in lieu of Weather All Clear notifications.

Restoration in Progress: ETOR Notification

For this event, PG&E used its automated process to update ETORs for customers based on real-time field intelligence. After the Weather All Clear, PG&E sends event update notifications to customers if their ETORs change from the original ETOR provided based on two scenarios:

1.  Once the weather event is over and PG&E begins patrolling: Customers receive an updated ETOR based on field conditions, which may be sooner or later than original ETOR provided during the PSPS Weather Event.

2.  Weather event is over and damage found during patrols of equipment: Customers receive an updated ETOR accounting for repair time.

By providing individualized updates at the segment level on a circuit, PG&E gave customers more timely and accurate information to plan accordingly.

The first ETOR update notifications were sent on September 28 at approximately 1400 PDT and continued through 2030 PDT. Customers can opt out of receiving event update notifications after de-energization has occurred.

Restoration Complete Notification

Restoration Complete notifications were automatically sent to customers when the customers were safely restored. This was done using an automated process that issued customer notifications every 15 minutes upon restoration of service.

The first Restoration Complete notifications were sent on September 28 at approximately 1400 PDT and continued through September 29 at 1130 PDT.

Explanation in case of false-negative communications (No advanced notice prior to de-energization)

The CPUC does not provide a definition of false-negative communications. PG&E defines a false negative communication as a customer who was impacted and did <u>not</u> receive notification notice prior to de-energization start date/time.

Approximately 200 customers who were de-energized (none of which were Medical Baseline) did not receive direct notifications prior to de-energization. This was primarily due to two reasons:

- Locations with customer's service point identification (SPID) number was not mapped to the local transformer.

- No valid contact information on file during the event.[11]

Explanation in case of false-positive communications

The CPUC does not define false-positive communications. PG&E defines a false positive communication as a customer who was not impacted, was notified that de-energization would occur (e.g., received Warning notification), and did <u>not</u> receive cancellation notice prior to de-energization start date/time.[12]

Approximately 1,500 customers received a Warning notification without a cancellation prior to the planned de-energization start date and time. PG&E was unable to provide cancellation notices to customers for the following known reasons:

- Advanced switching solutions were able to remove customers from the planned de-energization scope.

- Those customers had already been de-energized due to active fires before the start of switching for PSPS.

- PG&E's mapping of customers to circuits erroneously identified some customers as in scope and about to be impacted; these errors are being identified and fixed.

---

[11] After the event, PG&E sends postcards to these customers indicating they did not receive a notification directly from PG&E due to invalid or no contact information and encouraged them to update their contact information for future notifications.

[12] PG&E excludes customers on temporary generation that were notified they were being served by a microgrid and did not experience a switching outage.

**For those customers where positive or affirmative notification was attempted, an accounting of the customers (which tariff and/or access and functional needs population designation), the number of notification attempts made, the timing of attempts, who made the notification attempt (utility or public safety partner) and the number of customers for whom positive notification was achieved.**

**Response:**

During PSPS events, Medical Baseline customers receive automated calls, text and emails at the same intervals as the general customer notifications. PG&E provides unique PSPS Watch and PSPS Warning notifications to Medical Baseline Program participants[13] and additional calls and texts at hourly intervals until the customer confirms receipt of the automated notifications by either answering the phone, responding to the text or opening their email. If confirmation is not received, a PG&E representative visits the customer's home to check on the customer (referred to as the "door knock" process) while hourly notification retries continue.[14] If the customer does not answer, the representative leaves a door hanger at the home to indicate PG&E had visited. In each case, the notification is considered successful.[15] PG&E may also make Live Agent phone calls in parallel to the automated notifications and door knocks, as an additional attempt to reach the customer prior to and/or after de-energization.

In this PSPS event, 4,358 Medical Baseline customers were ultimately de-energized. Notifications to Medical Baseline customers initiated at the same intervals with all customers. In the early afternoon on September 25, the Medical Baseline customer door knock process commenced for those customers who had not confirmed receipt of their automated notifications. The door knocks continued through September 27 prior to de-energization.

On a twice daily basis, PG&E also continued sharing the lists of the Medical Baseline customers that had not confirmed receipt of their notifications with county and tribal emergency operations centers within their jurisdictions.

Table 3 and Table 4 include metrics associated with the notifications provided to impacted Medical Baseline customers:

---

[13] Including Medical Baseline Program customers who are master-metered tenants (e.g., renters or tenants in mobile home park).

[14] Until late evening (approximately 2100) or PG&E suspends outreach for the night.

[15] For Medical Baseline customers, the in-person door knock visit where a door hanger is left, but no contact made with the customer is considered "successful contact," but not confirmed as "received." If the representative makes contact with the customer, this is considered "received."

**Table 3: Outcomes of Notifications to Impacted Medical Baseline Customers**

| Count | Type of Notifications to Impacted Medical Baseline Customers (based on SPID) | Description |
|---|---|---|
| 4,358 | **Total Impacted Medical Baseline Customers** | Customers on the Medical Baseline Program who were de-energized[16] |
| 4,358 | **Total Attempted Notifications** | Includes automated notifications sent via phone, text and email, in-person door knock visit attempts and/or Live Agent phone calls |
| *0* | *Total Notifications Not Attempted* | *Total Medical Baseline customers without an attempted notification[17]* |
| 4,356 | **Total Successful Notifications** | One of the following occurs: Customer answers the phone or voice message is left, text message is delivered or response to text is received, e-mail is delivered or opened, or a link within the e-mail is clicked, door knock answered, door hanger left, live agent call contact made with customer |
| *2* | *Total Notifications Not Successful* | *Total Medical Baseline customers without a successful notification (attempted, but could not get in for various reasons such as locked gate)* |
| 4,245 | **Total Received Notifications** | One of the following occurs: Customer answers the phone, text message response is received, e-mail opened, door knock answered, live agent call contact made with customer (excludes voicemails left, text message delivered only and not confirmed, door hanger left) |
| *113* | *Total Notifications Not Received* | *Total Medical Baseline customers who did not confirm receipt of their notification (these customers received a door hanger during door knock, or could not get access to property)* |

**Table 4: Count and Type of Additional Notifications to Impacted Medical Baseline Customers**

| Count | Type of Additional Notifications to Impacted Medical Baseline Customers (based on SPID) | Description |
|---|---|---|
| 879 | Total In-Person Visits / Door Knocks | Door knock attempts to impacted customers where PG&E made contact with the customer and/or left a door hanger[18] |
| 59 | Live Agent Phone Calls | Contact made with customers via live agent phone calls |

---

[16] Excludes counts of Medical Baseline customers that are tenants of a master metered account

[17] See page 32 regarding PG&E's explanation of false-negative communications resulting in no direct notifications.

[18] Customers may have confirmed receipt of their notifications in multiple channels (e.g. automated notification and/or door knock); therefore, the counts of total attempted and successful notifications are not mutually exclusive

Additional Information - Other Channels of Communication

To alert the public in advance of the PSPS event, PG&E maintained both a media and online presence, which included significant improvements to content, stability and navigation since 2019 events. PG&E also engaged with additional key stakeholders, including Community Based Organizations (CBOs), Critical Facilities, and Google.

Media Engagement

From the time PG&E publicly announced the potential PSPS event to the time customers were restored (between September 24 and September 29, 2020), PG&E engaged with customers and the public through the media as described below.

- Issued six news releases containing information and updated details about the PSPS event;[19]

- Provided event information to approximately 5,700 news outlets via Business Wire's national media list, which includes approximately 600 California news outlets, on a regular and ongoing basis. This included 51 multi-cultural news outlets throughout Northern California and Bay Area regions. These organizations provided in-language (translated) event updates to their viewers/readers in over 20 languages, including languages spoken by communities that occupy significant roles in California's agricultural economy (e.g., Mixteco).

- Participated in media interviews to provide situational updates and preparedness messages for the PSPS event;

- Coordinated directly with 38 multicultural media organizations with established contracts to issue event updates on their platforms (e.g., radio, TV, social media);

- Conducted two live-streamed PG&E PSPS Public Briefings, with interpretation by an American Sign Language (ASL) interpreter. These briefings were promoted on social media and in media advisories and streamed on PG&E's YouTube Channels.[20] Portions of PG&E's public briefings were live-streamed on local TV news channels. Presenters included PG&E's Incident Commander, a meteorologist and a Customer Care representative. Audiences included customers, stakeholders and reporters and event included live Q&A from select reporters;

- Maintained a regular and ongoing social media presence on Twitter, Facebook, Instagram and Nextdoor, issuing 80 social media posts, with approximately 1.2 million total impressions and over 42,000 total engagements. Social media posts also included American Sign Language (ASL) translators with event updates;[21]

---

[19] www.pge.com/en/about/newsroom/newsreleases/index.page

[20] PG&E YouTube Channel: https://www.youtube.com/user/pgevideo/videos

September 26 Briefing: https://youtu.be/MWeZsubSl0k

September 27 Briefing: https://youtu.be/zsavkH4GB6o

[21] Sample Social Media Posts–

- Aired a new, 30-minute television and radio program in central and northern California, "Preparing for Public Safety Power Shutoffs."[22] The program provided details of PG&E's Community Wildfire Safety Program and shared ways customers and communities could plan and prepare for PSPS events. The program was developed to help keep customers informed that rely on TV and/or radio instead on web or social media. Also, promoted program through with social media posts urging social media-using audiences to share information with their non-social media-using friends and family;[23]

- Ran radio spot advertisements that provided event information and resources for customers in need, including sharing our PSPS Disability and Aging website and referencing to call 211 for a full list of support services;[24]

- Augmented customer outreach with dedicated paid advertising messages before and during the event, using digital banners in English and Spanish (Figure 13) placing approximately 2.1 million digital banner impressions.[25]

**Figure 13: Sample Digital Banner Advertisements Used During September 27 PSPS Event**

 

---

PSPS Criteria: https://twitter.com/PGE4Me/status/1311459733807792128

De-Energization Start: https://twitter.com/PGE4Me/status/1310429105175891973; https://www.facebook.com/pacificgasandelectric/photos/a.158074100888012/3901851763176875

CRCs: https://twitter.com/PGE4Me/status/1310572531305320450/photo/1

Promotion of Zip Code Alerts: https://twitter.com/PGE4Me/status/1309939875882455043/photo/1

Weather All Clear update: https://twitter.com/PGE4Me/status/1310671045313966080

Event re-cap: https://twitter.com/PGE4Me/status/1310786997041029125

[22] https://youtu.be/PI-AzONbujk

[23] TV promotion: https://twitter.com/PGE4Me/status/1309888246781095938/photo/1

Radio promotion: https://twitter.com/PGE4Me/status/1309885256720420864/photo/1

[24] 248 language radio sport advertisements issued in in three counties (Butte, Plumas and Yuba) delivering 200,204 impressions.

[25] English advertisements had 2,084,418 impressions and 0.08% Click Through Rate (CTR). Spanish advertisements placed in 9 counties had 37,281 impressions and 0.15% CTR.

PG&E Website

During this PSPS event,[26] PG&E placed banners on multiple pages on  www.pge.com that drove traffic to PG&E's PSPS event site, and implemented tools to drive traffic to and maintain stability of the PSPS emergency website / event updates page, www.pge.com/pspsupdates. In addition, anyone who typed pge.com was taken to a splash screen on the PSPS event site giving the user a choice of visiting pge.com or the PSPS updates web pages.

Before the first PSPS event of 2020, PG&E significantly improved our website, establishing a new emergency website for scalability and stability. PG&E's main webpage, pge.com, now has the capacity to serve 12 million hits[27] per hour, and PG&E's emergency website, which maintains the PSPS event update information, can serve 240 million hits per hour. During this event, the pge.com hit rate peaked on September 28 at 1100 PDT with approximately 1.09 million hits per hour, and the emergency website with PSPS update information peaked on September 26 at 1800 PDT with approximately 504,000 hits per hour.

The following content was available on PG&E's PSPS event-updates pages:

- Straightforward, simplified event information with clear updates about the planned scope of the event, including location (e.g., list of impacted, cities, counties and tribes), duration of the event, including estimated times of de-energization and re-energization at the individual address level, and overall for the event;

- Improved maps, including one place to toggle between the PSPS planned outage maps and actual outage maps and more detailed, parcel-level view of the areas planned for de-energization;

- Address lookup tool that a customer and the public could use to identify specific PSPS impacts;

- PG&E partners could download pdfs of impacted areas, shape and kmz files for use with their own mapping applications, and city/county lists with shutoff and restoration summaries.

- Details of Community Resource Centers (CRCs), including locations listed by county, resources available at each center, type of CRC offered (e.g., indoor, outdoor) and operating hours;

- Links to additional resources for customers, including links to PG&E's EV charging locater map, locations of Independent Living Centers, resources for people with access and functional needs, backup power safety tips, medical baseline program information, and more; and

- Survey to provide input about the website and event communications.

PG&E made the following new improvements to our website for this event:

- Added the following six new languages to our emergency website for customers to obtain event information in the same user experience as English: Arabic, Punjabi, Farsi, Japanese, Khmer and Hmong. In total, 12 non-English languages are available on PG&E's emergency webpage, including the PSPS event updates page;

---

[26] From September 24 to September 29.

[27] Website hits measure requests for data sent to a server when a user accesses a webpage (e.g., images viewed, data downloaded). One page visit or page view can result in one or more hits.

- Launched revamped webpage focused on resources for customers with accessibility, financial, language and aging needs;[28]

- Launched the latest set of designs for address lookup based on customer feedback in usability testing;

- Added CRC location information as soon as sites were confirmed (up to two days before shutoff for some locations); and added CRC locations to the PSPS impact map as another view to see CRC locations and available resources based on the impacted areas (see Figure 14 and Figure 15 below).

**Figure 14: Image of Website with PSPS Impacted Area Map and CRC Site Locations**



---

[28] www.pge.com/disabilityandaging

38

**Figure 15: Image of Sample CRC Amenities Listed on Website**



Over the course of the event, PG&E's website (pge.com) had almost 700,000 unique visitors, over 850,000 visits, and almost 1.3 million total page views. PG&E's emergency website (pgealerts.alerts.pge.com), which includes PSPS event updates webpage,[29] received over 550,000 unique visitors, approximately 850,000 visits, and almost 1.7 million total page views.

Of the unique visitors who visited our emergency website approximately 0.2% of the visitors used the Spanish page and 0.1% used the Chinese page. There were fewer than 200 unique visitors (<0.1%) to each of the ten other available translated pages (see Table 5 below for more detail).

**Table 5: Unique Visitors to the Translated Versions of the PSPS Updates Webpage from September 24 to September 29**

| Language | Unique Visitors | Percent |
|---|---|---|
| English | 556,962 | 99.5% |
| Spanish | 1,150 | 0.21% |
| Chinese | 494 | 0.09% |
| Russian | 157 | 0.03% |
| Punjabi | 126 | 0.02% |
| Vietnamese | 110 | 0.02% |
| Japanese | 109 | 0.02% |
| Korean | 106 | 0.02% |
| Tagalog | 104 | 0.02% |
| Hmong | 76 | 0.01% |
| Farsi | 73 | 0.01% |
| Arabic | 62 | 0.01% |
| Khmer | 44 | 0.01% |

---

[29] The PSPS Event Updates page is at the following link: pgealerts.alerts.pge.com/updates. PG&E also uses the following shorten URL for the same site: www.pge.com/pspsupdates

Other Community Engagement

- <u>Community Based Organizations (CBO) Engagement</u>:  In 2020, PG&E established a new, dedicated point of contact to engage with CBOs during a PSPS event. For this event, on Tuesday and Wednesday, September 22 and 23, PG&E provided three trainings for resourced-based CBOs, including food banks, Meals on Wheels, and one in-language partner. CBO partners were invited to once-daily cooperator calls hosted by PG&E to provide a situational update about the latest scope of the event and an overview of the services available to customers with Access and Functional Needs (AFN) for the CBOs to share with their constituents. PG&E engaged with over 250 CBOs during the event, sharing courtesy notification updates, press releases, the new food bank fact sheet, and other relevant information that they could share with their constituents to expand our reach of communications (e.g., providing a social media resource site with translated infographics that can be used by these organizations). Both CFILC and State Council for Developmental Disabilities (SCDD) pushed detailed emails to their consumers with links to our website, including CFILC DDAR program, disability and aging, weather forecast, and generator safety focused web pages. Figure 16 is an example of one of the communications shared by CFILC during the event.

**Figure 16: Example Communication from CFILC to Their Consumers During PSPS Event**



- <u>Critical Facility Engagement:</u> For this event, PG&E asked critical facilities to confirm receipt of the automated notifications. If these customers did not confirm receipt of the automated notification, PG&E representatives from local Operations Emergency Centers (OEC) or Customer Relationship Managers (CRMs) made direct calls to the PSPS contacts to ensure they were aware of the potential event, and provided localized support for other public safety partners, such as water agencies and emergency hospitals.

  Before and during this event, in recognition of the unique challenges posed by the potential confluence of a PSPS event and COVID-19, PG&E provided pre-staged backup power to support select COVID-19 hospitals identified in partnership with the California Hospital Association (CHA) and Hospital Council of Northern and Central California that were more likely to experience a PSPS event and did not have an existing mitigation in place or feasible given location. This was done to minimize the impact to treatment of COVID-19 patients during the pandemic.

- <u>Google SOS Alerts:</u> PG&E provided PSPS event information to Google, which issued Google SOS alerts to the public. PSPS outage information was provided on Google products, including alert banners in Search and Maps with references to the PG&E website and available resources. Google also sent push notifications to Android users in the impacted and surrounding areas.

- <u>Outreach to Impacted Customers with Missing or Invalid Contact Information</u>: After the event, on October 9, 2020, PG&E sent postcards to those customers that we were unable to deliver a notification during the event due to missing or invalid contact information. We also included customers that had invalid contact information in one of the channels of communications (phone, SMS, email). Figure 17 is the image of the postcards sent to these customers.

**Figure 17: Image of PG&E Postcard Sent to Customers with Missing or Invalid Contact Information**




Event Support for Customers with Access and Functional Needs (AFN)

PG&E provided a variety of resources to customers with access and functional needs before and during this event. Three of the four programs and partnerships described below are new arrangements established to support our customers during 2020 PSPS events.

- Disability Disaster Access and Resource Program: PG&E continued its collaboration with the California Foundation for Independent Living Centers (CFILC)[30] to implement the Disability Disaster Access and Resources (DDAR) Program during the event.  Through this program, local Independent Living Centers (ILCs) provided aid to seniors and/or people with disabilities who rely on power for medical or independent living needs.[31] Through CFILC, PG&E aid to AFN customers included delivery of a total of 604[32] backup portable batteries to qualifying customers who need power during a PSPS, arranging 28 hotel stays to give customers in need an energized place to stay during the outage, coordinating transportation for two customers, and providing 61 food vouchers as well as 7 gas vouchers for customers to either drive to a local CRC or obtain gas for generators. Some of these resources provided through CFILC were an outcome of Medical Baseline customer-related escalated that were received by PG&E in the EOC during the event. CFILC also sent out communication to their constituents to alert them to the available resources.

- Portable Battery Program: Just prior to PG&E's first PSPS event in 2020 (September 7), PG&E launched its Portable Battery Program (PBP). This program provides fully subsidized portable battery systems for low-income customers that live in Tiers 2 and 3 high fire-threat districts (HFTD) and are enrolled in the Medical Baseline program. During this event, we delivered 85 portable batteries to eligible customers, with a total of 177 units delivered across the entire PG&E service territory to date.

- Food Bank Partnerships: PG&E continued to fund local food banks to provide food replacement to families during the event and three days following service restoration. For this event, we partnered with eight local food banks that served 13 impacted counties to provide 5,876 boxes of food replacement for families. Fact sheets with details about food bank partnerships were available at Community Resource Centers for this event and shared with CBOs to pass on to clients.

- Meals on Wheels Partnerships: PG&E continued our partnership with Meals on Wheels to provide additional support and services to customers in need during PSPS events. For this PSPS event, we partnered with two Meals on Wheels organizations (Common Ground Senior Services and Chico Meals on Wheels) that served three counties: Butte, Calaveras and Amador. In total, we supported 82 seniors with an additional meal daily for the duration of the event. Meals on Wheels also completed in-person visits / wellness checks and provided event information to the seniors they serve, including sharing CRC location details.

---

[30] CFILC is a registered 501(c)(3) non-profit organization that increases access and equal opportunity for people with disabilities by building the capacity of Independent Living Centers (ILCs) throughout California. ILCs are grassroots organizations run by, for, and about people with disabilities. CFILC's membership includes 23 of California's 28 ILCs and 56 of the state's 58 counties.

[31] Customer may participate regardless of their enrollment in PG&E's Medical Baseline Program, and their individual needs are assessed directly with CFILC.

[32] The total backup portable batteries include 36 batteries delivered during this event and 568 delivered to customers leading up to this event in 2020.

- Food Delivery Partnership: PG&E funded Sonoma County Food for Thought to deliver groceries to homebound individuals due to medical conditions.  For this PSPS event, only one customer served by Food for Thought was impacted by the PSPS event.

Communications to Customers with Limited English Proficiency

PG&E provided translated customer support through its customer notifications, website, call center, social media and engagement with CBOs and multicultural media partnerships. Information and communications were offered in 12[33] non-English languages, and customers who had set their language preference received in-language (translated) notifications.

PG&E's website offers PSPS preparedness toolkits in 12[33] non-English languages covering topics including the medical baseline program application and fact sheets on PSPS, CWSP program, medical baseline program, and more. As described above, the emergency website with PSPS event update information was fully translated in the same 12 languages.

Customers with limited English proficiency could access translation services through PG&E's call center. PG&E displayed its call center phone number at the top of its PSPS event webpage, highlighting that translation services are available in over 200 languages. During this PSPS event, PG&E's call center provided translation services in 28 different languages and handled 75,000 calls.

For 2020 PSPS events, PG&E has significantly increased support and engagement with multi-cultural media organizations to maximize the reach of in-language communications to the public during the event. Leading up to the PSPS event, we engaged with 38 multicultural media organizations (adding one since the September 7 event) covering the 12 languages above and languages spoken by communities that occupy significant roles in California's agricultural economy (e.g., Mixteco, Nahuatl). Throughout the event, we provided regular communications with these media outlets to share information and updates on PSPS.

We developed and distributed translated social media infographics in 12 languages. Figure 18 includes samples of the infographics shared for this PSPS event.

---

[33] Spanish, Chinese (Cantonese & Mandarin), Vietnamese, Tagalog, Korean, Russian, Japanese, Farsi, Punjabi, Arabic, Khmer, and Hmong.

**Figure 18: Examples of New Translated Infographics Made Available in the September 27, 2020 Event to Multicultural Media and over 250 CBOs to Use During PSPS Events**



Highlights from our coordination with multicultural media organizations include:

- Russian American Media translated and published our news releases into Russian for use in the impacted area.[34]

- KUVS Univision routed customers to PG&E's Spanish PSPS updates page via a digital alert banner on their website. Figure 19 is a sample screen shot of the digital alert they shared.

**Figure 19: Sample Screenshots of KUVS Univision Digital Alert Banners Issued During the September 27 PSPS Event**



---

[34] http://russianperspective.com/2020/09/15/pg-e-psps-safety-plan/

For the first time during a PSPS event, PG&E partnered with CBOs that translate communications to customers in languages spoken by communities with significant roles in California's agricultural economy. Redirect Nuevo Camino & Ocelotecame, organizations based on Placer county, provided in-language outreach to customers in Nahuatl. Before, during and after the PSPS event, Redirect made social media postings (see Figure 20). Redirect also provided proactive outreach by telephone and text to 20 Nahuatl-speaking contacts.

**Figure 20: Sample Social Media Posts from Redirect Nuevo Camino & Ocelotecame in Spanish and Nahuatl**



**Section 7 – Local Community Representatives Contacted**

**The local communities' representatives the IOU contacted prior to de-energization, the date on which they were contacted, and whether the areas affected by the de-energization are classified as Zone 1, Tier 2, or Tier 3 as per the definition in General Order 95, Rule 21.2-D.**

**Response:**

Appendix D lists local governments, tribal representatives and community choice aggregators contacted prior to de-energization, the initial date on which these stakeholders were contacted, and whether the areas affected by de-energization are classified as Zone 1, Tier 2 or Tier 3 as per the definition in GO 95, Rule 21.2-D. Dates marked with an asterisk are representatives who received multiple notifications during the event.

## Section 8 – Local and State Public Safety Partner Engagement

**A description and evaluation of engagement with local and state public safety partners in providing advanced outreach/notification during the PSPS event**

**Response:**

On September 23, PG&E's Meteorology Team noted a potential weather event and updated the weather forecast on pge.com/weather to "elevated" in certain parts of the service territory. Local PG&E representatives notified cities, counties and tribes, using live phone calls, that PG&E was monitoring for an increased potential of a PSPS event.

Later that evening, PG&E activated its Emergency Operations Center (EOC) for a potential PSPS event and began notifying state and local Public Safety Partners, using email and/or phone calls, of a potential PSPS event originally anticipated for September 26. PG&E's advanced notification to these partners started at approximately 1900 PDT on September 23.

Local and State Agency and First Responder Engagement:

While PG&E's EOC was active, PG&E coordinated with local and state agencies and first responders (cities, counties, and tribes) in the following ways:

- Submitted the PSPS State Notification Form to CalOES and sent emails to the CPUC at key event milestones.

- Sent automated text, email and phone calls to cities, counties, tribes and Community Choice Aggregators. These notifications included the estimated shutoff and restoration times, as well as links to maps and other information.

- Hosted twice-daily State Executive Briefings with state agencies to provide the latest event information and answer questions.

- Hosted the daily Systemwide Cooperators Call, which all Public Safety Partners in the service territory were invited to join.

- Hosted twice-daily Tribal Cooperators Calls with potentially impacted tribes to provide the latest event information and answer questions.

- Conducted ongoing coordination with local County OES and tribal contacts through dedicated Agency Representatives. This included but is not limited to providing the latest event information, coordinating on Community Resource Center locations and resolving local issues in real-time.

- Offered PG&E Agency Representative to be embedded in-person or virtually in local EOCs. Note that no counties requested embedded support for this event. A PG&E Agency Representative was embedded in the CalOES State Operations Center.

- Offered remote support from GIS Technical Specialists to help navigate the PG&E GIS tools and maps. Note that no counties or tribes requested GIS Technical Specialist support for this event.

- Provided maps, situation reports, critical facility lists and medical baseline customer lists via the PSPS Portal at the time of the initial notification and throughout the event.

Starting on September 24, a Program Manager from the California Public Utilities Commission was remotely embedded in PG&E's virtual EOC and attended PG&E's Command and General staff meetings, as well as Operational and Planning meetings. Starting on September 25, a CalOES Emergency Services

Coordinator for Placer and Nevada counties, was remotely embedded in PG&E's virtual EOC and attended PG&E's EOC meetings.

Community Choice Aggregator (CCA) Engagement:

Three CCAs were in scope for this PSPS event: Sonoma Clean Power, Pioneer Energy and MCE. Throughout the event, PG&E's CCA Relations Managers gave these CCAs dedicated individual support, fielded questions and shared situational updates.  On September 25, CCA Relations Managers contacted the affected CCAs to warn of the possibility of the impending PSPS event. The CCAs received advanced notifications through PG&E's public safety partner agency notification system, were invited to PG&E's daily cooperator calls to receive situational updates and had access to PSPS Portal with event information (e.g., maps, impact lists, situation reports).

Communications and Water Provider Engagement:

Impacted communications and water providers received advanced notifications through PG&E's automated customer notification system and were invited to PG&E's daily cooperator calls to received situational updates. They also had access to PG&E's PSPS Portal with event information (e.g., maps, impact lists, situation reports). Communications providers were provided support from PG&E's Critical Infrastructure Lead (CIL), and water providers received escalated support through PG&E's local Operations Emergency Center (OEC).

Publicly Owned Utilities (POUs) and Transmission-level Customer Engagement:

PG&E's Critical Infrastructure Lead (CIL) notified impacted transmission-level customers, including publicly owned utilities, of the event. They received automated notifications through PG&E's customer notification system once transmission-level impacts were determined. PG&E's Grid Control Center (GCC) operators made live calls to these transmission customers before both de-energization and re-energization. POUs were invited to PG&E's daily cooperator calls to receive situational updates and had access to PSPS Portal with event information (e.g., maps, impact lists, situation reports).

Following the submission of this PSPS De-Energization Report, PG&E will provide the report to Public Safety Partners for review and feedback.

**Section 9 – Complaints Received & Claims Filed**

**The IOU shall summarize the number and nature of complaints received as the result of the de-energization event and include claims that are filed against the IOU because of de-energization.**

**Response:**

Complaints

From September 19, 2020 through October 7, 2020, PG&E did not receive any written, phone or e-mail complaints related to PSPS from the CPUC. Complaints received are reconciled on a monthly basis and subject to change.

Claims

As of October 7, 2020, PG&E received three claims for the September 27-29 PSPS event. The claims received are broken down into the following categories:

**Table 6: Count and Type of Claims Received**

| Number of Claims | Description of Claims |
|---|---|
| 2 | Food Loss |
| 1 | Property Damage |

**Section 10 – Power Restoration**

**The timeline for power restoration (re-energization) in addition to the steps taken to restore power as required in Resolution ESRB-8;**

**Response:**

Prior to restoration activities, PG&E pre-positions patrol crews and prepares helicopters in anticipation of the Weather All Clear to begin patrols. The PG&E Incident Commander and meteorology team monitor real-time and forecasted weather conditions based on weather models, weather station data, and field observations. Using this incoming information, Weather All Clears are issued by fire index area (FIA) in a phased approach to restore customers as soon as possible. (See FIA map in Appendix E.) PG&E issued the Weather All Clear by FIA based on real-time local weather station data, which enables granular, faster Weather All Clear decisions.

As Weather All Clears are issued, PG&E patrols electrical facilities to identify and repair or clear any damage or hazards before reenergizing. Using the Incident Command System (ICS) as a base response framework, each circuit was assigned a taskforce consisting of supervisors, crews, troublemen, and inspectors. This structure allowed PG&E to patrol and perform step restoration in alignment with the centralized control centers.

Over the course of restoration PG&E issued four separate Weather All Clears and used approximately 1,300 personnel and 50 helicopters to identify any safety concerns and make necessary repairs prior to restoration. Power was restored to customers as patrols were completed to verify that it was safe to restore service.

PG&E issued Weather All Clears for Fire Index Areas at the times noted in Table 7, and restored all customers that were served by accessible circuits on September 28, except for one circuit that was restored on the morning of September 29.

**Table 7: Weather All Clear Times**

| Impacted FIAs | Weather All Clear Date and Time |
|---|---|
| 345, 340, 305, 244, 247 | 09/28/2020 0703 |
| 175, 300, 330 | 09/28/2020 0917 |
| 360, 335, 350, 285 | 09/28/2020 1036 |
| 282, 248, 280 | 09/28/2020 1142 |

**For any circuits that require more than 24 hours to restore, the utility shall explain why it was unable to restore each circuit within this timeframe in its post event report.**

**Response:**

PG&E was able to restore each impacted circuit within 24 hours of the Weather All Clear for the PSPS event.

**Section 11 – Community Assistance Locations**

**The IOU shall identify the address of each community assistance location during a de-energization event, describe the location (in a building, a trailer, etc.), describe the assistance available at each location, and give the days and hours that it was open.**

**Response:**

During this event, PG&E established 29 Community Resource Centers (CRCs) in 13 counties. When a PSPS event occurs, PG&E opens CRCs to provide affected customers and residents a space that is safe, energized and air-conditioned or heated (as applicable) with the standard operating hours of 0800 to 2200 PDT. Visitors were provided with PSPS event information by dedicated staff, ADA-compliant restrooms/hand-washing stations, physically distanced tables and chairs, power strips to meet basic charging needs (including for cell phones, laptops and small medical devices), and Wi-Fi and cellular service access. The following supplies were available at each location: water, non-perishable snacks, bagged ice, batteries and blankets. The CRCs are designed to meet the following criteria: Americans with Disabilities Act (ADA) and environmentally compliant, site owner approval, Wi-Fi and cellular service access, 1-2 acres of flat and (preferably) paved areas for outdoor locations, backup generation availability, and open typically between 0800 PDT to 2200 PDT from the time power is shut off until the time electric service is restored. CRC locations were published on our website, shared on social media, shared with state and county officials and news media, and shared with AFN customers through our CFILC and media partners.

COVID-19 Considerations:

We adapted our approach to CRCs to reflect appropriate COVID-19 health considerations and state and county guidelines, including requiring facial coverings, physical distancing and limits on the number of visitors at any time based on capacity limits of the location. At indoor CRCs, temperature checks were required for entry, and tables and chairs had physically distant spacing. At outdoor CRCs, supplies were handed out so customers could "grab and go," and seating was only available for customers needing medical equipment charging. Indoor CRCs were also set up with "grab and go" bags of supplies.

Local Government Coordination on Site Selection and Closure:

During this PSPS event, PG&E's dedicated Liaisons closely coordinated with the potentially impacted counties and tribes to review the proposed scope of the event and receive agreement on the selected locations for the CRCs based on the anticipated areas of de-energization. This included phone calls and emails from Thursday, September 24 through Saturday, September 26 to the potentially impacted jurisdictions identified at that time, to share lists of CRC locations and confirm replacements for areas within fire evacuation areas within each county or tribe. PG&E reviewed location feedback from the counties and tribes and worked collaboratively to implement those locations for the event. PG&E also confirmed operating hours with local governments, tribes and site owners to implement any operational changes to the standard operation hours (0800 PDT – 2200 PDT) for public health or safety reasons (e.g., local curfew, inability to access, safety issues).

Twenty-eight CRC location were pre-identified, with the county/tribe having provided input in advance of the 2020 wildfire season.  The last site, in Plumas County, had to be newly procured where PG&E was unable to make successful contact with property owners and a CRC was needed closer to the impacted

customer areas. Three counties declined to have CRCs set up in their counties for various reasons, such as relatively small scope of impact in their jurisdiction and/or anticipated evacuations.[35]

PG&E coordinated with local governments to gain their agreement to close the sites within their jurisdictions.

<u>Location, Type and Timeline of CRCs</u>

PG&E provided a total of 29 CRCs in 13 counties over the course of two days throughout the impacted areas in the territory, as shown in the figure below.  Of the 29 CRCs, 10 were indoor (hardened) sites, and the remaining were outdoor in temporary locations, including 12 microsites (open air tents) and 7 mobile sites (e.g., Sprinter van). The outdoor CRCs were placed in open spaces such as parking lots at a shopping center, school, park, fire departments, places of worship, community or recreation center, and fairgrounds. All sites were ADA-compliant.

---

[35] Three counties that confirmed to not set up a CRC in their jurisdiction due to limited PSPS impact: Tehama, Kern, and Sonoma. Kern County was ultimately not de-energized in this PSPS event due to changing weather conditions.

**Figure 21: Location of 29 Community Resource Centers Available During September 27 Event**



With de-energization beginning for most affected customers overnight on Sunday, September 26, 27 of the 29 CRC sites were open and available to the public starting at 0800 PDT on Monday, September 27. One site in Calistoga opened at 1500 PDT on September 27 as a replacement for another site that was ordered to close and evacuate due to the encroaching Glass Fire (Angwin). The Lake County CRC opened at 0800 PDT on September 28 upon request of County OES after they initially declined having a CRC.

PG&E provided updates to the public and local partners on CRC locations, hours of operations and resources available through state agency calls, press releases, website, and social media outlets (Facebook, Twitter, Nextdoor), and in local divisions by customer account representatives.

CRCs remained open until service had been restored in each host county, with some limited exceptions:

- Three CRCs closed on September 27 at 2130 PDT due to fire evacuation orders in Butte (Magalia and Paradise) and Napa (Calistoga) counties. They did not reopen.

- From the late afternoon through 2200 PDT September 28, after restoration was complete in 12 counties,[36] 26 additional CRCs (excluding those that were evacuated) were demobilized. El Dorado County's Somerset CRC remained open until 2200 PDT on September 28 at the request of the County OES although power had been 100% restored earlier in the day.  The Plumas County Quincy CRC closed at 2200 PDT on September 28 at the request of the County OES despite power not having been 100% restored, in anticipation that the power would be fully restored by morning.

Customer Visitation:

Overall, approximately 4,100 people visited one of PG&E's 29 CRC sites over the course of this PSPS event. Some customers returned to the CRCs across multiple days. Customer attendance was highest in El Dorado County with 1,389 visitors across six CRC sites. The three mobile CRC sites in El Dorado-- Cool Shopping Center in Cool, Buffalo Hill Center in Georgetown and El Dorado Fairgrounds in Placerville -- had  75, 282, and 400 visitors respectively. There were three indoor sites in El Dorado -- Pleasant Valley Community Hall in Placerville, Pollock Pines Community Center in Pollock Pines, and Pioneer Park in Somerset -- with 69, 299, and 264 visitors respectively. Of the 29 CRC locations, only one site had fewer than 10 visitors (Sierra County's Arthur Joe Hauck Memorial Park in Alleghany). The following pictures illustrate PG&E's indoor, micro, and mobile CRCs for this event:

**Figure 22 & 23: PG&E Indoor CRC in Pioneer at Mace Meadows – The Mountain Grill (Amador County)**

 

---

36 Alpine, Amador, Butte, Calaveras, El Dorado, Lake, Nevada, Placer, Plumas, Shasta, Sierra, and Yuba

**Figure 24: PG&E microsite CRC in Arnold at Chapel in the Pines (Calaveras County)**

**Figure 25: PG&E mobile CRC in Placerville at El Dorado Fairgrounds (El Dorado County)**





**Figure 26: PG&E mobile CRC in Calistoga at Highlands Christian Fellowship (Napa County)**



See Appendix F for further details on the CRCs mobilized during the PSPS event, including specific locations, dates and times available, and total attendance for each location.

## Section 12 – Sectionalization

**Describe how sectionalization was considered/ implemented and the extent to which it impacted the size and scope of the de-energization event**

**Response:**

PG&E was able to implement sectionalization during this PSPS event to reduce customer impacts. PG&E used new and existing sectionalization devices to de-energized portions of 30 circuits (rather than entire circuits) which enabled 34,039 customers to stay energized.

**Section 13 – Mitigations to Reduce Impact**

This event was approximately 60% smaller than the estimated impact of the same weather footprint had it occurred in 2019 with the tools and measures available to PG&E at that time. While every weather event is different, if PG&E had used its 2019 models and process, this set of final weather conditions would have created a scope affecting over 169,000 customers; but with new models and processes, the PSPS scope impacts under these weather conditions affected over 100,000 fewer customers than would have been de-energized by the same weather event occurring last year.

Meteorological Guidance: in 2020, PG&E Meteorology has improved the granularity of both its Fire Potential Index (FPI) and the Outage Producing Wind (OPW) PSPS guidance tools.  The result is that these models can predict severe fire weather risks on more focused (smaller) areas and identify those areas which exceed distribution risk guidance with better geographic precision.

Transmission Line Scoping: Transmission line scoping for 2020 utilizes the same updated FPI as the distribution scoping process; however, the process uses transmission-specific thresholds for asset health and outage likelihood.  In addition, the transmission asset analysis is more granular than 2019 with assets analyzed against guidance at the structure level.  A total of 8 transmission lines were in scope for de-energization for this event.

Transmission Line Segmentation: Transmission lines are segmented at Supervisory Control and Data Acquisition (SCADA) enabled switches when possible if only a portion of a line is required to be de-energized to due PSPS.  Leaving segments of transmission lines energized allows PG&E to still reduce fire risk where needed and provide service to stations fed off the non-impacted segments during the PSPS events.  PG&E has installed 36 transmission line SCADA-enabled switches in 2020 but none were utilized during this event.

Distribution Switching: Depending on fire risk patterns, distribution switch locations and switching plans maintain service to customers on radial lines who are not in the high-risk area, but the lines that serve them lie within the fire risk area. Depending on event scope, we may be able to use back-tie switching to bypass the distribution lines that pass through the de-energization area to keep customers energized from a different set of lines. Distribution switching was used to keep 1,546 customers out of de-energization scope.

Sectionalization: New automated distribution switches have been installed near the border of the high-risk fire areas to reduce customer impacts when in-scope for PSPS.  PG&E has installed over 600 of these switches in 2020.

Islanding: In some cases, PG&E can leverage islanding capabilities to keep some customers islanded and energized by generation located within the island.  During this event, PG&E used generation from the Caribou hydro powerhouses with associated transmission to keep over 4,300 customers from being deenergized.

Temporary Generation: During this event, PG&E used its rented fleet of temporary generators to mitigate the impacts of PSPS on its customers. Temporary generators were used to energize two temporary microgrids that kept the lights on for shared services supporting community normalcy, four stand-alone facilities serving public safety, and nine of the indoor community resource centers (CRCs).

- <u>Substation Temporary Generation</u>: PG&E has prepared 62 substations to ready to interconnect and use temporary generation[37] to energize certain substations whose transmission sources have to be shut off for safety, but which could otherwise safely deliver power to customers. We could not use temporary generation to energize substations during this event.  The weather configuration for this event brought four of those substations into scope, but one (Salt Springs) was unsafe to energize and our engineers were able to find alternate transmission solutions for the other three (Challenger, West Point and Shady Glen substations).  PG&E is prepared to support customers in future PSPS events with 116 MW of temporary generation units staged and ready to energize at 19 substations adjacent to many of our highest fire risk areas, and another 234 MW of temporary generation staged at additional substations and in vendor yards for delivery.

- <u>Temporary Microgrids</u>**:** PG&E safely provided power to portions of two de-energized communities where we pre-installed equipment to safely island and energize temporary microgrids. The objective of temporary microgrids is to enable some community resources to continue serving the surrounding population during PSPS events where it is safe to do so, using pre-installed interconnection hubs to safely and rapidly interconnect temporary generation.

    o   The microgrid in Sierra City (Sierra County) energized 544 customers, including a fire station, local water and waste company, market, hotels and post office.

    o   The temporary microgrid in Shingletown (Shasta County) energized 79 customers, including medical facilities, local water and waste company, markets, and post office.

    o   Two additional microgrid sites are currently ready for immediate operation and others are in development.

---

[37] Ready in this context is defined as operational within 48 hours.

**Figure 27: Approximate energization area of Shingletown Temporary Microgrid**



- <u>Backup Power Support:</u> In locations outside of the area energized by the Temporary Microgrid, PG&E used temporary generation to support a water treatment facility, a skilled nursing facility, and a site serving wildfire first responders.[38] These facilities did not have sufficient functioning backup generation to maintain critical operations during the event and reached out to PG&E requesting assistance. While as a general policy, PG&E does not offer temporary generation backup power support to individual facilities, we may make exceptions when feasible to respond to circumstances impacting public safety. PG&E responded to these requests in accordance with this policy.

---

[38] The CAL FIRE basecamp lost power due to de-energization from the Glass Fire, not because of the PSPS event.

**Table 8: Temporary Microgrids**

| Temporary microgrid | Generation deployed | Customers energized | Time energized |
|---|---|---|---|
| Shingletown | 1 MW | 79; including a medical facility, fire station, gas station, market, and restaurants | 15 hours |
| Sierra City | 1 MW | 544 | 37 hours |

**Table 9: Backup Power Support**

| County | Site Type | Generation deployed | Reason Deployed |
|---|---|---|---|
| Sierra | Water treatment/pumping facility | 200 kW | Mitigate risk to public health/safety |
| El Dorado | Skilled nursing facility | 100 kW | Mitigate risk to public health/safety |
| Plumas | Fairgrounds (hosting firefighting command base) | 1 MW | Mitigate risk to emergency response |
| **Total Backup Power Deployed** | | **1.3 MW** | |

**Section 14 – Lessons Learned from this Event**

After the EOC de-activated, EOC staff conducted after-action reviews with the on-call teams who participated in the PSPS event. Then the EOC Command and General Staff gathered for a section-wide "hot-wash" to debrief on the event pluses and deltas, share items identified in the section-specific after-action reviews, and identify themes and opportunities for improvement.  Some of these items are summarized below.

Cal OES Coordination

With the transition to the new web-based Cal OES State Notification Form this year, as well as recent enhancements to PG&E's PSPS Portal, the team identified a need for further coordination and planning with Cal OES. This is to better align on expectations for each form submission and confirm the needs and timing for event-specific information. Following this event, PG&E's PSPS Portal Team met with Cal OES to review the new portal enhancements and align on any additional data that may be needed. PG&E's Planning Team also met with Cal OES to review and align on the form submission process. Following these meetings, PG&E will consider whether any additional internal training is needed. PG&E will continue to have a Liaison Agency Representative embedded in Cal OES State Operations Center to answer event-specific questions in real-time.

Virtual EOC Challenges

Many PG&E staff and leaders, like our customers, have been working virtually to protect ourselves and our families from COVID-19 infection, and protect the company's ability to perform during routine and emergency conditions.  This PSPS event was the second time that we have activated and run the Emergency Operations Center virtually for a PSPS event, with a team of approximately 190 members within the Emergency Operations Center working within the Incident Command Structure to communicate and coordinate using phone, text, email and on-line meeting and document-sharing services.

There are challenges to working virtually, and we continue to look for ways to improve our skills and uses of the virtual meeting platforms.  But at the same time, EOC members are finding some ways to leverage the virtual activation for greater productivity and efficiency.  The EOC team continues to develop multiple virtual meeting platforms and protocols to improve our efficiency, effectiveness and capability in handling future PSPS and other EOC activations.

Challenges of Shifting of Weather Impacts

As explained throughout this report, there were repeated shifts in weather patterns from the early days of planning to the close of this PSPS event. These weather shifts challenge our ability to plan and execute the event smoothly – in particular, while we can automate and speed up analytical processes such as weather forecasting and distribution scoping, other processes such as transmission grid power flow analyses require several hours to perform and cannot be expedited without compromising analytical quality.  We are looking for ways to improve our analytical and decision-making agility without compromising system, employee and customer safety.

## Public Briefings were Effective

In the September 7, 2020 PSPS event and in this event, PG&E live-streamed a daily public briefing at 1800 PDT to update the public, media, public safety partners and other stakeholders about the PSPS event status.[39] These briefings featured a weather briefing by PG&E's Chief Meteorologist, a PSPS status description by the EOC Incident Commander, and a representative from PG&E's Customer Strategy EOC Section to talk about measures being taken to support PSPS-affected customers. Each 30-minute briefing included an opportunity for news reporters to ask questions about the PSPS event.

These briefings received thousands of views on social media. PG&E has received feedback that these briefings were valuable and should be continued.

## EOC Staff Training and Information Access

PG&E is using several new tools for the 2020 PSPS season, including the PSPS Viewer, the PSPS Portal, and the new suite of virtual collaboration platforms. Although our PSPS performance and tool use has been effective to date, we know that continuing training and practice are needed to raise our collective skills and performance level and improve our effectiveness at executing each PSPS event.

PG&E is developing standardized reports and information retrieval scripts and processes, substituting known methods and data extraction tools rather than taking the time to train every user to an equally expert level. We are working to identify key information elements and processes that can be standardized and scripted and will work to implement these processes to increase speed, efficiency and accuracy.

We are also working to find ways to distribute key information quickly and effectively in-event, to assure that EOC members and ground operations personnel receive the information they need quickly and accurately. Two examples of this challenge are collecting accurate, real-time information about the number and status of resources supporting system restoration and coordinating estimated times of restoration against actual restoration and customer notifications. We are looking at ways to leverage our virtual tools to help address this challenge in-event.

## PSPS Notification Considerations to Fire-Impacted Customers

During a PSPS event, PG&E seeks to avoid sending PSPS event notifications to customers whose homes were previously destroyed by a wildfire (deemed "red-tagged"); we do not want to announce that power will be turned off to a house that has been destroyed. This is challenging under active wildfire conditions, because it takes time to build a comprehensive list of red-tagged customer premises and accounts. The three data sources used to develop this list include: (1) self-reported by customers, (2) CAL FIRE and local County OES assessments, and (3) field personnel verification. The process to screen out the red-tagged customers from automated PSPS event notifications is currently performed manually once the event scope has been determined. During an event, PG&E attempts to remove the red-tagged customers from the notification list without significantly delaying notifications to the full customer group. We are working to improve the process to remove customers with red-tagged premises from PSPS notification lists.

---

[39] See, for instance, the September 26, 2020 briefing archived at  https://www.youtube.com/watch?v=MWeZsubSl0k.

<u>Supporting Ground Operational Crew Effectiveness</u>

While EOC staff conduct the planning, decision-making and management of a PSPS event, the front-line workers who execute the tasks of turning off, patrolling, inspecting, repairing and restoring power are critical to protect public safety against the threat of catastrophic wildfire. These are the men and women who make up PG&E's employee and contractor staff, including linemen, troublemen, qualified electrical workers, tree-trimmers, helicopter pilots, fire experts, temporary generation installers, fuel truck drivers, base camp food providers, substation monitors, CRC staffers, door-knockers, and more.  These ground staff performed well in this PSPS event, despite the field hazards and dangers of smoke, heat, high winds, live wires, and potential COVID exposure.

PG&E's EOC team is working to improve visibility into field operations activities, resource allocations and conditions during the inspection, repair and restoration process, to manage the restoration process in a way that protects the safety and effectiveness of our colleagues on the front lines and supports efficient, timely customer service restoration wherever it is safe to do so.

**Section 15 – Proposed Updates to ESRB-8**

PG&E continues to work through the implementation of the de-energization guidelines and appreciates that there may be continued opportunity to refine certain aspects of the guidelines. PG&E will continue to actively engage with stakeholders and the open proceedings at the Commission and has no further suggestions at this time.

**Section 16 – Other Relevant Information to Help the Commission Assessment of Reasonableness of Decision to De-Energize**

Maximum Wind Gusts

The table below shows the maximum wind gust recorded by weather stations in the general timeframe and vicinity of the PSPS location.

**Table 10: Maximum wind gusts from September 27 – 29**

| County | Maximum Wind Gust (mph) | Station ID | Station Name |
|---|---|---|---|
| Sonoma | 73 | PG132 | Mt St Helena West |
| Butte | 72 | JBGC1 | Jarbo Gap |
| Contra Costa | 66 | SJS02 | Mt. Diablo |
| Napa | 63 | PG162 | Mt. Hood |
| Del Norte | 62 | SHXC1 | Ship Mtn |
| Inyo | 53 | FMRC1 | Five Mile |
| Trinity | 52 | PG580 | Lower Mad River Overlook |
| Lake | 52 | KNXC1 | Knoxville Creek |
| Yolo | 51 | PG490 | Bald Mountain Tower |
| Tehama | 50 | EPKC1 | Eagle Peak |
| Tehama | 51 | CBXC1 | Colby Mountain |
| Humboldt | 50 | PTEC1 | Cooskie Mountain |
| Los Angeles | 49 | SE678 | SCE Magic Mtn Truck Trail |
| Placer | 48 | HLLC1 | Hell Hole |
| Placer | 50 | DUCC1 | Duncan |
| Alameda | 48 | RSPC1 | Rose Peak |
| Santa Clara | 46 | PG608 | Mt. Umunhum |
| Shasta | 46 | KRDD | Redding Municipal Airport |
| Colusa | 45 | PG598 | Rail Canyon Road |
| Plumas | 45 | CHAC1 | Cashman |
| Plumas | 49 | CWSC1 | IRAWS 38 (Eagle L.O) |
| Siskiyou | 45 | ATRC1 | Slater Butte |
| Siskiyou | 16 | SMBC1 | Somes Bar |
| Mendocino | 44 | MASC1 | Mendocino Pass |
| Yuba | 43 | PG904 | Lake Francis Road |
| El Dorado | 43 | PG481 | American River Overlook |
| San Bernardino | 43 | SE125 | SCE Devil Canyon |
| Kern | 40 | SE232 | SCE Over Pass |
| Kern | 44 | PG654 | Digier Road Hilltop |
| Amador | 39 | PG178 | Tiger Penstock Top |

66

| County | Maximum Wind Gust (mph) | Station ID | Station Name |
|---|---|---|---|
| Amador | 78 | KWSIX | Chair 6 Ridge |
| Santa Cruz | 39 | PG370 | Ormsey Cutoff Trail |
| Glenn | 38 | PG563 | Eagle Peak |
| Marin | 38 | PG123 | Bigrock Ridge |
| Mono | 60 | MTH03 | Mammoth Summit |
| Riverside | 36 | SE376 | SCE Apple Canyon |
| Solano | 36 | KVCB | Vacaville Nut Tree Airport |
| San Luis Obispo | 35 | PG677 | Black Mountain |
| Lassen | 34 | LDRC1 | Ladder Butte |
| Nevada | 34 | PG630 | Troost Trail |
| Sacramento | 33 | KSMF | Sacramento International Airport |
| Ventura | 33 | SE082 | SCE Anlauf Canyon |
| San Mateo | 32 | PG605 | Sears Ranch |
| Fresno | 33 | PG684 | San Joaquin Ridge |
| Modoc | 31 | JPRC1 | Juniper Creek |
| Sierra | 29 | PG387 | Road 108 |
| Sierra | 51 | SLEC1 | Saddleback |
| Tulare | 28 | SE391 | SCE Kern River |
| Tulare | 33 | BPKC1 | Bear Peak |
| San Diego | 28 | KCZZ | Campo |
| San Benito | 27 | SRTC1 | Santa Rita |
| Santa Barbara | 33 | TSQC1 | Tepusquet |
| Monterey | 27 | PG527 | Parkfield Tower |
| San Joaquin | 26 | KTCY | Tracy Municipal Airport |
| Kings | 26 | KTLC1 | Kettleman Hills |
| Tuolumne | 25 | MOUC1 | Mount Elizabeth |
| Calaveras | 24 | PG156 | Ponderosa Way |
| Calaveras | 46 | STUC1 | Cottage |
| Mariposa | 24 | SEWC1 | Smith Peak (STF) |
| Stanislaus | 23 | DBLC1 | Diablo Grande |
| Orange | 20 | FRCC1 | Fremont Canyon |
| Alpine | 18 | MKEC1 | Markleeville |
| Alpine | 29 | 011PG | Bloods Ridge |
| San Francisco | 18 | FTPC1 | San Francisco |
| Madera | 16 | PG887 | Red Top Lookout |
| Imperial | 17 | TNSC1 | Mountain Springs Grade |
| Merced | 15 | TS623 | San Luis Portable |

**APPENDIX**

PACIFIC GAS AND ELECTRIC COMPANY

APPENDIX A

SECTION 3 & 4 – TIME, PLACE, DURATION AND AFFECTED CUSTOMERS

## Appendix A: TIME, PLACE, DURATION AND AFFECTED CUSTOMERS

*Circuits labeled as "non-HFTD" are located outside of the CPUC High Fire-Threat District (HFTD). These circuits or portions of circuits are impacted for one of two reasons: (1) indirect impacts from transmission lines being de-energized or (2) the non-HFTD portion of the circuit are conductive to the HFTD at some point in the path to service.*

*Circuits with an asterisk (\*) were sectionalized during the event to further reduce customer impact.*

*Select customers were de-energized on September 26th due to microgrid switching.*

### Table A-1. Distribution Circuits De-Energized During the September 27-29 PSPS Event

| Circuit Name | De-Energization Date and Time | Restoration Date and Time | Key Communities | HFTD Tier(s) | Total Customers | Residential Customers | Commercial / Industrial Customers | Medical Baseline Customers | Other Customers |
|---|---|---|---|---|---|---|---|---|---|
| ALLEGHANY 1101* | 9/27/2020 15:41 | 9/29/2020 8:11 | ALLEGHANY, DOWNIEVILLE, GOODYEARS BAR, SIERRA CITY | Partially Outside HFTD, Tier 3, Tier 2 | 1032 | 869 | 161 | 24 | 2 |
| ALLEGHANY 1102 | 9/27/2020 18:17 | 9/28/2020 14:37 | ALLEGHANY, WASHINGTON | Tier 3 | 153 | 129 | 24 | 3 | 0 |
| ALPINE 1101 | 9/27/2020 18:22 | 9/28/2020 14:03 | ANGELS CAMP, BEAR VALLEY | Partially Outside HFTD | 278 | 273 | 5 | 2 | 0 |
| ALPINE 1102 | 9/27/2020 18:22 | 9/28/2020 14:02 | ANGELS CAMP, BEAR VALLEY | Partially Outside HFTD | 303 | 269 | 34 | 4 | 0 |
| APPLE HILL 1103 | 9/27/2020 18:08 | 9/28/2020 14:14 | CAMINO, PLACERVILLE | Partially Outside HFTD, Tier 3, Tier 2 | 1261 | 1095 | 160 | 74 | 6 |
| APPLE HILL 1104 | 9/27/2020 18:07 | 9/28/2020 16:05 | CAMINO, PLACERVILLE, POLLOCK PINES | Partially Outside HFTD, Tier 3, Tier 2 | 2425 | 2244 | 171 | 163 | 10 |
| APPLE HILL 2102 | 9/27/2020 18:06 | 9/29/2020 9:52 | CAMINO, FAIR PLAY, GRIZZLY FLATS, MOUNT AUKUM, PLACERVILLE, POLLOCK PINES, SOMERSET | Partially Outside HFTD, Tier 3, Tier 2 | 4386 | 4009 | 336 | 301 | 41 |
| BANGOR 1101* | 9/27/2020 18:18 | 9/28/2020 16:34 | BANGOR, BROWNSVILLE, OROVILLE, RACKERBY | Tier 3, Tier 2 | 391 | 345 | 40 | 30 | 6 |
| BIG BEND 1101 | 9/27/2020 4:05 | 9/28/2020 17:02 | OROVILLE | Tier 3, Tier 2 | 237 | 211 | 24 | 17 | 2 |
| BIG BEND 1102* | 9/27/2020 4:06 | 9/28/2020 13:30 | BERRY CREEK | Tier 3 | 9 | 3 | 4 | 0 | 2 |
| BONNIE NOOK 1101 | 9/27/2020 18:18 | 9/28/2020 13:09 | ALTA, COLFAX, DUTCH FLAT, GOLD RUN | Tier 3 | 490 | 417 | 65 | 20 | 8 |
| BONNIE NOOK 1102 | 9/27/2020 18:19 | 9/28/2020 14:19 | ALTA | Tier 3 | 522 | 454 | 61 | 21 | 7 |
| BRUNSWICK 1102* | 9/27/2020 18:46 | 9/28/2020 13:38 | GRASS VALLEY, NEVADA CITY | Tier 3 | 328 | 320 | 8 | 25 | 0 |
| BRUNSWICK 1105* | 9/27/2020 18:26 | 9/28/2020 17:15 | NEVADA CITY | Tier 3 | 1831 | 1748 | 79 | 99 | 4 |
| BRUNSWICK 1106* | 9/27/2020 18:39 | 9/28/2020 13:52 | GRASS VALLEY | Tier 3, Tier 2 | 360 | 346 | 14 | 18 | 0 |
| BUCKS CREEK 1101 | 9/27/2020 4:32 | 9/28/2020 14:41 | OROVILLE, STORRIE | Tier 3, Tier 2 | 4 | 0 | 3 | 0 | 1 |
| BUCKS CREEK 1102 | 9/27/2020 4:32 | 9/28/2020 13:17 | BELDEN, QUINCY, STORRIE | Tier 3, Tier 2 | 120 | 52 | 66 | 3 | 2 |
| BUCKS CREEK 1103 | 9/27/2020 4:32 | 9/28/2020 19:18 | QUINCY | Tier 3, Tier 2 | 314 | 263 | 51 | 5 | 0 |
| BUTTE 1105* | 9/27/2020 4:20 | 9/28/2020 14:20 | CHICO | Tier 3, Tier 2 | 271 | 249 | 20 | 19 | 2 |

| Circuit Name | De-Energization Date and Time | Restoration Date and Time | Key Communities | HFTD Tier(s) | Total Customers | Residential Customers | Commercial / Industrial Customers | Medical Baseline Customers | Other Customers |
|---|---|---|---|---|---|---|---|---|---|
| CALISTOGA 1101* | 9/27/2020 19:00 | 9/28/2020 14:30 | CALISTOGA | Partially Outside HFTD, Tier 3, Tier 2 | 173 | 128 | 32 | 4 | 13 |
| CHALLENGE 1101 | 9/27/2020 18:19 | 9/28/2020 16:47 | CHALLENGE, CLIPPER MILLS, LA PORTE, STRAWBERRY VALLEY | Tier 3, Tier 2 | 666 | 575 | 91 | 40 | 0 |
| CHALLENGE 1102 | 9/27/2020 18:27 | 9/28/2020 15:07 | BROWNSVILLE, CHALLENGE, DOBBINS, FORBESTOWN | Tier 3, Tier 2 | 826 | 723 | 101 | 74 | 2 |
| CLARK ROAD 1102* | 9/27/2020 4:05 | 9/28/2020 17:02 | OROVILLE, PARADISE | Partially Outside HFTD, Tier 3, Tier 2 | 663 | 585 | 65 | 68 | 13 |
| COLUMBIA HILL 1101* | 9/27/2020 18:29 | 9/28/2020 16:03 | CAMPTONVILLE, NEVADA CITY, NORTH SAN JUAN | Tier 3 | 229 | 201 | 26 | 21 | 2 |
| DESCHUTES 1101* | 9/27/2020 18:49 | 9/28/2020 9:28 | SHINGLETOWN | Tier 3, Tier 2 | 170 | 167 | 3 | 15 | 0 |
| DIAMOND SPRINGS 1103* | 9/27/2020 18:15 | 9/28/2020 11:53 | PLACERVILLE | Partially Outside HFTD, Tier 3, Tier 2 | 677 | 635 | 41 | 62 | 1 |
| DIAMOND SPRINGS 1106* | 9/27/2020 18:06 | 9/28/2020 16:00 | DIAMOND SPRINGS, PLACERVILLE | Partially Outside HFTD, Tier 3, Tier 2 | 1678 | 1601 | 75 | 147 | 2 |
| DOBBINS 1101* | 9/27/2020 18:19 | 9/28/2020 12:39 | CAMPTONVILLE, DOBBINS, OREGON HOUSE | Partially Outside HFTD, Tier 3, Tier 2 | 478 | 417 | 49 | 42 | 12 |
| DRUM 1101* | 9/27/2020 18:50 | 9/28/2020 14:52 | ALTA, BAXTER, EMIGRANT GAP | Tier 3 | 191 | 143 | 42 | 5 | 6 |
| EL DORADO PH 2101 | 9/26/2020 10:17[1] | 9/28/2020 17:57 | GRIZZLY FLATS, KYBURZ, PACIFIC HOUSE, PLACERVILLE, POLLOCK PINES, SOMERSET, TWIN BRIDGES | Partially Outside HFTD, Tier 3, Tier 2 | 4570 | 4300 | 262 | 308 | 8 |
| EL DORADO PH 2102 | 9/27/2020 18:03 | 9/28/2020 15:57 | POLLOCK PINES | Tier 3 | 1587 | 1450 | 136 | 107 | 1 |
| FORESTHILL 1101 | 9/27/2020 18:17 | 9/28/2020 14:25 | FORESTHILL | Tier 3, Tier 2 | 2219 | 2072 | 146 | 180 | 1 |
| FORESTHILL 1102 | 9/27/2020 18:17 | 9/28/2020 13:20 | FORESTHILL | Tier 3, Tier 2 | 421 | 399 | 22 | 21 | 0 |
| MIDDLETOWN 1101* | 9/27/2020 19:11 | 9/28/2020 12:27 | CALISTOGA, MIDDLETOWN | Partially Outside HFTD, Tier 3 | 113 | 90 | 22 | 3 | 1 |
| MOUNTAIN QUARRIES 2101* | 9/27/2020 18:10 | 9/28/2020 10:34 | GEORGETOWN, GREENWOOD | Tier 3, Tier 2 | 282 | 269 | 12 | 15 | 1 |
| NOTRE DAME 1103* | 9/27/2020 4:20 | 9/28/2020 12:07 | PARADISE | Tier 2 | 6 | 0 | 6 | 0 | 0 |
| NOTRE DAME 1104* | 9/27/2020 4:31 | 9/28/2020 13:46 | CHICO, FOREST RANCH | Partially Outside HFTD, Tier 3, Tier 2 | 221 | 190 | 28 | 12 | 3 |
| ORO FINO 1101 | 9/27/2020 4:45 | 9/28/2020 15:15 | MAGALIA | Tier 3 | 2287 | 2211 | 70 | 267 | 6 |
| ORO FINO 1102 | 9/27/2020 4:35 | 9/28/2020 18:56 | BUTTE MEADOWS, FOREST RANCH, MAGALIA, STIRLING CITY | Tier 3, Tier 2 | 1971 | 1836 | 123 | 163 | 12 |

[1] Portions of El Dorado PH 2101 were de-energized on 9/26/2020 due to microgrid switching.

| Circuit Name | De-Energization Date and Time | Restoration Date and Time | Key Communities | HFTD Tier(s) | Total Customers | Residential Customers | Commercial / Industrial Customers | Medical Baseline Customers | Other Customers |
|---|---|---|---|---|---|---|---|---|---|
| PARADISE 1103* | 9/27/2020 4:02 | 9/28/2020 13:59 | PARADISE | Partially Outside HFTD, Tier 3 | 242 | 230 | 12 | 23 | 0 |
| PARADISE 1104 | 9/27/2020 4:02 | 9/28/2020 15:50 | PARADISE | Partially Outside HFTD, Tier 3, Tier 2 | 1782 | 1599 | 181 | 130 | 2 |
| PARADISE 1105 | 9/27/2020 4:14 | 9/28/2020 14:41 | MAGALIA, PARADISE | Partially Outside HFTD, Tier 3 | 1368 | 1136 | 231 | 97 | 1 |
| PARADISE 1106 | 9/27/2020 4:12 | 9/28/2020 13:18 | PARADISE | Partially Outside HFTD, Tier 3 | 415 | 357 | 57 | 22 | 1 |
| PIKE CITY 1101 | 9/27/2020 18:33 | 9/28/2020 15:21 | CAMPTONVILLE, NORTH SAN JUAN | Tier 3 | 384 | 339 | 43 | 27 | 2 |
| PIKE CITY 1102 | 9/27/2020 18:31 | 9/28/2020 14:08 | CAMPTONVILLE | Tier 3 | 24 | 15 | 8 | 1 | 1 |
| PINE GROVE 1102* | 9/27/2020 18:27 | 9/28/2020 13:17 | FIDDLETOWN, PINE GROVE, PIONEER, SUTTER CREEK, VOLCANO | Tier 3, Tier 2 | 3626 | 3324 | 289 | 281 | 13 |
| PLACERVILLE 1109* | 9/27/2020 18:12 | 9/28/2020 11:36 | PLACERVILLE | Partially Outside HFTD, Tier 2 | 506 | 409 | 95 | 30 | 2 |
| PLACERVILLE 1110* | 9/27/2020 18:07 | 9/28/2020 11:57 | PLACERVILLE | Partially Outside HFTD, Tier 3, Tier 2 | 1197 | 1136 | 60 | 87 | 1 |
| PLACERVILLE 1111* | 9/27/2020 18:24 | 9/28/2020 11:24 | PLACERVILLE | Partially Outside HFTD, Tier 2 | 1021 | 779 | 232 | 59 | 10 |
| PLACERVILLE 1112 | 9/27/2020 18:22 | 9/28/2020 14:20 | PLACERVILLE | Partially Outside HFTD, Tier 2 | 2059 | 1689 | 367 | 121 | 3 |
| PLACERVILLE 2106 | 9/27/2020 18:07 | 9/28/2020 16:15 | COLOMA, GARDEN VALLEY, GEORGETOWN, KELSEY, PLACERVILLE | Tier 3, Tier 2 | 5155 | 4766 | 363 | 346 | 26 |
| SALT SPRINGS 2101 | 9/27/2020 18:22 | 9/28/2020 14:08 | ARNOLD, BEAR VALLEY, PIONEER | Partially Outside HFTD, Tier 2 | 384 | 330 | 53 | 5 | 1 |
| SALT SPRINGS 2102 | 9/27/2020 18:22 | 9/28/2020 13:06 | ARNOLD, CAMP CONNELL, DORRINGTON | Tier 3, Tier 2 | 1976 | 1899 | 74 | 32 | 3 |
| SHADY GLEN 1102* | 9/27/2020 18:51 | 9/28/2020 13:02 | COLFAX | Tier 3, Tier 2 | 463 | 420 | 41 | 40 | 2 |
| SPAULDING 1101* | 9/27/2020 18:25 | 9/28/2020 14:21 | EMIGRANT GAP | Tier 3, Tier 2 | 70 | 47 | 21 | 3 | 2 |
| SYCAMORE CREEK 1111* | 9/27/2020 4:12 | 9/28/2020 16:54 | CHICO, COHASSET | Tier 3, Tier 2 | 456 | 418 | 35 | 28 | 3 |
| TIGER CREEK 0201 | 9/27/2020 18:50 | 9/28/2020 12:06 | PIONEER | Tier 3, Tier 2 | 14 | 3 | 11 | 0 | 0 |
| VOLTA 1101 | 9/27/2020 18:50 | 9/28/2020 16:03 | MANTON, MILL CREEK, MINERAL, PAYNES CREEK, RED BLUFF, SHINGLETOWN | Partially Outside HFTD, Tier 3, Tier 2 | 1291 | 1082 | 175 | 63 | 34 |
| VOLTA 1102 | 9/27/2020 19:02 | 9/28/2020 12:45 | SHINGLETOWN | Partially Outside HFTD, Tier 3, Tier 2 | 2573 | 2388 | 174 | 225 | 11 |
| WEST POINT 1101 | 9/27/2020 18:27 | 9/28/2020 13:07 | PIONEER, VOLCANO | Tier 3, Tier 2 | 1755 | 1692 | 59 | 123 | 4 |

| Circuit Name | De-Energization Date and Time | Restoration Date and Time | Key Communities | HFTD Tier(s) | Total Customers | Residential Customers | Commercial / Industrial Customers | Medical Baseline Customers | Other Customers |
|---|---|---|---|---|---|---|---|---|---|
| WEST POINT 1102 | 9/27/2020 18:29 | 9/28/2020 15:50 | GLENCOE, MOKELUMNE HILL, MOUNTAIN RANCH, RAIL ROAD FLAT, WEST POINT, WILSEYVILLE | Partially Outside HFTD, Tier 3, Tier 2 | 2815 | 2563 | 226 | 182 | 26 |
| WYANDOTTE 1103* | 9/27/2020 18:31 | 9/28/2020 12:51 | OROVILLE | Tier 2 | 27 | 19 | 8 | 1 | 0 |
| WYANDOTTE 1105* | 9/27/2020 4:06 | 9/28/2020 13:30 | OROVILLE | Partially Outside HFTD | 1 | 1 | 0 | 1 | 0 |
| WYANDOTTE 1107* | 9/27/2020 18:32 | 9/28/2020 17:19 | OROVILLE | Tier 3, Tier 2 | 547 | 524 | 19 | 49 | 4 |
| | | | | **Total** | 64,294 | 58,453 | 5,512 | 4,358 | 329 |

*Table A-2. Transmission Circuits De-Energized During the September 26-29 PSPS Event*

| Circuit Name | De-Energization Date and Time | Restoration Date and Time | Key Communities | HFTD Tier(s) | Total Customers | Residential Customers | Commercial / Industrial Customers | Medical Baseline Customers | Other Customers |
|---|---|---|---|---|---|---|---|---|---|
| BUTT VALLEY-CARIBOU 115KV LINE | 9/27/20 7:37 | 9/28/20 14:22 | Transmission Line | Tier 2 | | | | | |
| CARIBOU-TABLE MTN | 9/27/20 4:05 | 9/28/20 14:12 | Transmission Line | Tier 3, Tier 2 | | | | | |
| FRENCH MEADOWS-MIDDLE FORK 60KV LINE | 9/26/20 8:03 | 9/28/20 19:23 | Transmission Line | Tier 3 | | | | | |
| KM GREEN 115KV TAP | 9/27/20 18:25 | 9/28/20 12:54 | Transmission Line | Tier 2 | 1 | | | | 1 |
| MIDDLE FORK #1 | 9/26/20 6:51 | 9/28/20 19:20 | Transmission Line | Tier 3 | | | | | |
| MIDDLE FORK-GOLD HILL | 9/27/20 18:54 | 9/28/20 18:41 | Transmission Line | Tier 3, Tier 2 | | | | | |
| PARADISE-TABLE MTN | 9/27/20 4:10 | 9/28/20 13:34 | Transmission Line | Tier 3, Tier 2 | | | | | |
| SALT SPRINGS-TIGER CREEK 115KV LINE | 9/27/20 18:25 | 9/28/20 12:54 | Transmission Line | Tier 3, Tier 3 | | | | | |
| OTHER | N/A | N/A | N/A | | 2 | | 2 | | |
| | | | | **Total** | **3** | | **2** | | **1** |

PACIFIC GAS AND ELECTRIC COMPANY

APPENDIX B

SECTION 6 – CUSTOMER NOTIFICATIONS SENT

## Appendix B: CUSTOMER NOTIFICATIONS SENT

*The following details the automated notifications sent to Public Safety Partners, Critical Facilities, Medical Baseline Customers and all other populations during the PSPS event.  Notifications sent to customers of record are based on unique Service Point IDs (SPIDs) for each notification campaign. Notification counts provided for local community representatives (also referred to as Public Safety Partner agency notifications) are based on total contacts that received these notifications.*

*Table B-1. Summary of Customer Notifications*

| Notification Type | Notification Campaign Name | Notification Launch Date and Time | Total Customer Notifications Attempted (by SPID)[2]* | Medical Baseline Customer Notifications Attempted (by SPID) | Total Customers Successfully Notified (by SPID)* |
|---|---|---|---|---|---|
| Advanced 72-48 Hour Watch | County OES Live Calls | 9/23/20 8:55 | 21 | 0 | 21 |
| Advanced 72-48 Hour Watch | 01 SWN_Initial_20200923_2107 | 9/23/20 21:07 | 193 | 0 | 193 |
| Advanced 72-48 Hour Watch | PSAP Live Calls | 9/23/20 21:20 | 69 | 0 | 69 |
| Advanced 72-48 Hour Watch | PSPS_09262020_A02_Advance_Safety_Partner_All_TP1_09262020 | 9/24/20 10:57 | 116 | 0 | 116 |
| Advanced 72-48 Hour Watch | PSPS_09262020_A02_Advance_Safety_Partner_All_TP2_09262020 | 9/24/20 11:01 | 87 | 0 | 87 |
| 72-48 Hour Watch | 02 SWN_Watch_20200924_1835 | 9/24/20 18:35 | 55 | 0 | 55 |
| 72-48 Hour Watch | PSPS_09262020_B01_Watch_Medical_Baseline_and_Critical_Customer_TP1_09262020 | 9/24/20 19:44 | 1,029 | 954 | 1,014 |
| 72-48 Hour Watch | PSPS_09262020_B01_Watch_Medical_Baseline_and_Critical_Customer_TP2_09262020 | 9/24/20 19:53 | 1,002 | 957 | 982 |
| 72-48 Hour Watch | PSPS_09262020_B01_Watch_Non_Medical_Baseline_and_Non_Critical_Customer_TP1_09262020 | 9/24/20 19:57 | 10,105 | 0 | 9,573 |
| 72-48 Hour Watch | PSPS_09262020_B01_Watch_Non_Medical_Baseline_and_Non_Critical_Customer_TP2_09262020 | 9/24/20 20:03 | 8,425 | 0 | 7,742 |
| Advanced 72-48 Hour Watch | Tribal Live Calls | 9/24/20 21:06 | 26 | 0 | 26 |
| Door Knock | N/A | 9/25/20 12:59 | 1,123 | 1,123 | 879 |
| 48-24 Hour Watch | 03 SWN_Watch_20200925_1556 | 9/25/20 15:56 | 108 | 0 | 108 |
| 48-24 Hour Watch | 04 SWN_Watch_20200925_1618 | 9/25/20 16:18 | 112 | 0 | 112 |
| 48-24 Hour Watch | 05 SWN_Watch_20200925_1631 | 9/25/20 16:31 | 10 | 0 | 10 |
| 48-24 Hour Watch | PSPS_09262020_B02_Watch_Medical_Baseline_and_Critical_Customer_TP1-TP8_20201025-1349 | 9/25/20 16:39 | 7,506 | 6,770 | 7,422 |
| 48-24 Hour Watch | PSPS_09262020_B02_Watch_Non_Medical_Baseline_and_Non_Critical_Customer_TP1-TP8_20201025-1456 | 9/25/20 16:45 | 89,219 | 0 | 83,933 |
| 48-24 Hour Watch | BroadNet_PSPS_09262020_Transmission_ID566390 | 9/25/20 21:43 | 9 | 0 | 9 |
| < 24 Hour Watch | PSPS_09262020_D02_Watch_Medical_Baseline_and_Critical_Customer_TP1-TP8_20201026-0846 | 9/26/20 10:09 | 6,783 | 6,100 | 6,695 |
| < 24 Hour Watch | PSPS_09262020_D02_Watch_Non_Medical_Baseline_and_Non_Critical_Customer_TP1-TP8_20201026-0847 | 9/26/20 10:12 | 81,763 | 0 | 76,543 |
| < 24 Hour Watch | BroadNet_PSPS_09262020_PSPS_Tx_D02_Broadnet_09_26_20_ID566406 | 9/26/20 10:55 | 11 | 0 | 11 |
| Imminent / Warning | 06 SWN_Warning_20200926_1658 | 9/26/20 16:58 | 35 | 0 | 35 |
| Imminent / Warning | 07 SWN_Warning_20200926_1722 | 9/26/20 17:22 | 45 | 0 | 45 |
| Imminent / Warning | PSPS_09262020_D03_Warning_Medical_Baseline_and_Critical_Customer_TP1_20201026-1359 | 9/26/20 17:54 | 1,371 | 1,246 | 1,346 |
| Imminent / Warning | PSPS_09262020_D03_Warning_Non_Medical_Baseline_and_Non_Critical_Customer_TP1_TP6_20201026-1359 | 9/26/20 17:55 | 13,738 | 0 | 12,755 |

[2] * Local Community Representatives / Public Safety Partner Agency Notification counts unique contacts (not SPIDs)

| Notification Type | Notification Campaign Name | Notification Launch Date and Time | Total Customer Notifications Attempted (by SPID)[2]* | Medical Baseline Customer Notifications Attempted (by SPID) | Total Customers Successfully Notified (by SPID)* |
|---|---|---|---|---|---|
| Cancel | PSPS_09262020_D03_Cancel_All_TP1_TP6_20201026-1532 (1) | 9/26/20 17:57 | 499 | 25 | 457 |
| < 24 Hour Watch | 08 SWN_Watch_20200926_1829 | 9/26/20 18:29 | 134 | 0 | 134 |
| Imminent / Warning | PSPS_09262020_Warning_Medical_Baseline_and_Critical_Customer_TP6_09262020 | 9/27/20 9:10 | 341 | 299 | 325 |
| Imminent / Warning | PSPS_09262020_Warning_Non_Medical_Baseline_and_Non_Critical_Customer_TP6_09262020 | 9/27/20 9:12 | 3,683 | 0 | 3,237 |
| Imminent / Warning | 09 SWN_Warning_20200927_1130 | 9/27/20 11:30 | 41 | 0 | 41 |
| Imminent / Warning | 10 SWN_Warning_20200927_1150 | 9/27/20 11:50 | 163 | 0 | 163 |
| Imminent / Warning | PSPS_09262020_Warning_Medical_Baseline_and_Critical_Customer_TP2-TP3-TP4-TP5-TP7-TP8_09262020 | 9/27/20 12:18 | 3,675 | 3,215 | 3,623 |
| Imminent / Warning | PSPS_09262020_Warning_Non_Medical_Baseline_and_Non_Critical_Customer_TP2_TP3_TP4_TP5_TP7_TP8_09262020 | 9/27/20 12:24 | 46,843 | 0 | 43,892 |
| Cancellation | PSPS_09262020_D04_Cancel_All_TP2-TP5_TP7-TP8_09272020-1041 | 9/27/20 12:50 | 31,663 | 2,362 | 29,717 |
| Imminent / Warning | PSPS_09262020_D06_Warning_Medical_Baseline_and_Critical_Customer_TP7_20201026-1359 (1) | 9/27/20 15:02 | 1 | 1 | 1 |
| Imminent / Warning | PSPS_09262020_D06_Warning_Non_Medical_Baseline_and_Non_Critical_Customer_TP7_20201026-1359 (1) | 9/27/20 15:02 | 24 | 0 | 23 |
| Live Agent Calls | N/A | 9/27/20 17:20 | 97 | 97 | 59 |
| Imminent / Warning | PSPS_09262020_Warning_Non_Medical_Baseline_and_Non_Critical_Customer_TP8_09262020 | 9/27/20 17:52 | 15 | 0 | 15 |
| Weather All Clear | 11 SWN_All_Clear_20200928_1253 | 9/28/20 12:53 | 203 | 0 | 203 |
| Cancellation | PSPS_09262020_Cancel_All_TP8_09262020 | 9/28/20 13:10 | 15 | 0 | 14 |
| Microgrid Update | ADHOC-09282020-02 | 9/28/20 13:18 | 543 | 11 | 510 |
| ETOR | Multiple | 9/28/20 14:01 | 34,198 | 2,319 | 31,764 |
| Restoration | Multiple | 9/28/20 14:08 | 58,092 | 3,813 | 52,125 |
| Restoration | 12 SWN_Restoration_20200929_1122 | 9/29/20 11:22 | 204 | 0 | 204 |

PACIFIC GAS AND ELECTRIC COMPANY

APPENDIX C

SECTION 6 – CUSTOMER NOTIFICATION SCRIPTS

# September 27-29, 2020 Public Safety Power Shutoff

## Event Notifications



# TABLE OF CONTENTS

*PAGE*

## City, County, Tribal and Community Choice Aggregator Notifications   App-13

1. Advanced Notification
2. PSPS Watch
3. PSPS Warning
4. Cancellation Notification
5. Weather All Clear
6. Power Restoration

## General Customer, Critical Facility and Medical Baseline Notifications   App-20

1. Advanced Notification*
2. PSPS Watch**
3. PSPS Warning**
4. Cancellation Notification
5. PSPS Update
6. Weather All Clear
7. Power Restoration
8. Microgrid Update Notification***
9. Wildfire Impact Notification***

## Transmission and Wholesale Customer Notifications   App-66

1. PSPS Watch 2-Days (Automated Notification Approx. Two Days Before Event)
2. PSPS Watch 1-Day (Automated Notification Approx. One Day Before Event)
3. PSPS Warning (Live Call - No Script)
4. Fault Duty Event (Live Call - As Needed)
5. Power Restoration (Live Call)

* Public Safety Partners, communication providers, water agencies, emergency hospitals and publicly-owned utilities receive this advanced notification.
** Medical Baseline Program Participants receive unique PSPS Watch and PSPS Warning notifications, but all other notifications align with all other customers.
*** As-needed only.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 10/05/2020

# City, County, Tribal and Community Choice Aggregator (CCA) Notifications

PG&E will make every attempt to provide notice to cities, counties, tribes, CCAs, first responders and other agencies in advance of notifying customers through:

- Calls

- Text Messages

- Emails

These notifications are sent based on potential PSPS impacts to PG&E electric service within an agencies jurisdiction and are not tied to a specific PG&E account. Agencies will also receive notifications specific to their accounts if their service may be interrupted during a PSPS event.

**The following outlines the various notifications PG&E will send prior to, during and after a PSPS event:**



| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Advanced Notification** | **PSPS Watch** | **PSPS Warning** | **Cancellation Notification** | **Weather All Clear** | **Power Restoration** |

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 10/05/2020

# City, County, Tribal and CCA



**① Advanced Notification**   **② PSPS Watch**   **③ PSPS Warning**   **④ Cancellation Notification**   **⑤ Weather All Clear**   **⑥ Power Restoration**

## PHONE/VOICE

This is P G and E calling on [DATE] with a Public Safety Power Shutoff outage alert. On [DATE], power may be shut off in portions of your jurisdiction for safety. Due to current weather forecasts, your area is under a Watch for a P S P S. Shut off for this event is estimated to begin between [TIME] on [DATE] and [TIME] on [DATE]. Restoration is estimated to be complete on [DATE] by [TIME]. Actual shutoff and restoration times may change depending on weather or equipment conditions. Maps and event information by agency are available at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available. We will continue to provide updates, this will include a Warning alert if we have determined it is necessary to turn off power.

## TEXT

PSPS Outage Alert. We may turn off power for safety between [TIME] [DATE] and [TIME] [DATE] and complete restoration by [TIME] [DATE]. Weather can affect these times. Event info by agency available at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

## EMAIL

**SUBJECT:** PG&E PSPS Outage Alert: Power shutoffs may be required for safety in your area

Due to current weather forecasts, your area is currently under a Watch for a Public Safety Power Shutoff (PSPS). Below is the estimated shutoff and restoration for this event:

- **ESTIMATED EVENT SHUTOFF:** Starting between [TIME] on [DATE] and [TIME] on [DATE]. We expect weather to improve beginning at [TIME] on [DATE]. After severe weather has passed, we will inspect equipment before restoring power.

- **ESTIMATED RESTORATION:** [DATE] by [TIME].

Actual shutoff and restoration times may change depending on weather and equipment conditions.

Maps and event information by agency can be found at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

Thank you,

PG&E Liaison Officer

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# City, County, Tribal and CCA



**① Advanced Notification** **② PSPS Watch** **③ PSPS Warning** **④ Cancellation Notification** **⑤ Weather All Clear** **⑥ Power Restoration**

## PHONE/VOICE

This is P G and E calling on [DATE] with a Public Safety Power Shutoff outage alert. On [DATE], power may be shut off in portions of your jurisdiction for safety. Due to current weather forecasts, your area is under a Watch for a Public Safety Power Shutoff. Shut off for this event is estimated to begin between [TIME] on [DATE] and [TIME] on [DATE]. Restoration is estimated to be complete on [DATE] by [TIME]. Actual shutoff and restoration times may change depending on weather or equipment conditions. Maps and event information by agency are available at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available. We will continue to provide updates, this will include a Warning alert if we have determined it is necessary to turn off power.

## TEXT

PSPS Outage Alert. We may turn off power for safety between [TIME] [DATE] and [TIME] [DATE] and complete restoration by [TIME] [DATE]. Weather can affect these times. Event info by agency available at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

## EMAIL

**SUBJECT:** PG&E PSPS Outage Alert: On [DATE] power shutoffs may be required for safety in your area

Due to current weather forecasts, your area is currently under a Watch for a Public Safety Power Shutoff (PSPS). Below is the estimated shutoff and restoration for this event:

- **ESTIMATED EVENT SHUTOFF:** Starting between [TIME] on [DATE] and [TIME] on [DATE]. We expect weather to improve beginning at [TIME] on [DATE]. After severe weather has passed, we will inspect equipment before restoring power.
- **ESTIMATED RESTORATION:** [DATE] by [TIME].

Actual shutoff and restoration times may change depending on weather and equipment conditions.

Maps and event information by agency can be found at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

Thank you,

PG&E Liaison Officer

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

*Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*
*"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020*

# City, County, Tribal and CCA



**① Advanced Notification**   **② PSPS Watch**   **③ PSPS Warning**   **④ Cancellation Notification**   **⑤ Weather All Clear**   **⑥ Power Restoration**

## PHONE/VOICE

This is P G and E calling on [DATE] with a Public Safety Power Shutoff outage alert. Due to current weather forecasts, your area is under a Warning for a Public Safety Power Shutoff and we will be required to turn off power to prevent a wildfire. Shut offs for this event will begin between [TIME] on [DATE] and [TIME] on [DATE]. Restoration is estimated to be complete on [DATE] by [TIME]. Maps and event information by agency are available at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

## TEXT

PSPS Outage Alert. We will turn off power for safety between [TIME] [DATE] and [TIME] [DATE] and complete restoration by [TIME] [DATE]. Weather can affect these times. Event info by agency available at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

## EMAIL

**SUBJECT:** PG&E PSPS Outage Alert: Shutoffs in your area will start soon for safety

To protect public safety, PG&E has upgraded the Public Safety Power Shutoff (PSPS) to a Warning. High temperatures, extreme dryness and high winds, will require us to turn off power to help prevent a wildfire. Below is the estimated shutoff and restoration for this event:

- **ESTIMATED EVENT SHUTOFF:** Starting between [TIME] on [DATE] and [TIME] on [DATE]. We expect weather to improve beginning at [TIME] on [DATE]. After severe weather has passed, we will inspect equipment before restoring power.

- **ESTIMATED EVENT RESTORATION:** [DATE] by [TIME].

Maps and event information by agency can be found at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

Thank you,

PG&E Liaison Officer

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

*Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# City, County, Tribal and CCA



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** Weather All Clear  **6** Power Restoration

## PHONE/VOICE

This is P G and E calling on [DATE] with a Public Safety Power Shutoff alert. Forecasted weather conditions have improved and we are not planning to turn off power for public safety in your area. Maps and event information by agency are available at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

## TEXT

PG&E PSPS Alert. Forecasted weather conditions have improved and we are not turning off power for public safety in your area. Event info by agency available at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

## EMAIL

**SUBJECT:** PG&E PSPS Notification: Power shutoff in your area is canceled

Forecasted weather conditions have improved and we are NOT planning to turn off power for public safety in your area.

Maps and event information by agency can be found at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

Thank you,

PG&E Liaison Officer

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

# City, County, Tribal and CCA



## PHONE/VOICE

This is P G and E calling on [DATE] with a Public Safety Power Shutoff outage alert. Weather conditions have improved, and crews are inspecting equipment to determine how quickly we can safely restore power. Restoration for the entire P S P S event is estimated to be complete on [DATE] by [TIME], depending on equipment damage. Restoration information by agency is available at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

## TEXT

PSPS Outage Alert: Weather conditions have improved, crews are inspecting equipment and restoring power. Restoration for the entire PSPS event is estimated to be complete on [DATE] by [TIME], depending on equipment damage. Restoration info by agency available at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

## EMAIL

**SUBJECT:** PG&E PSPS Outage Alert: Crews are inspecting equipment

Weather conditions have improved and crews are inspecting equipment to determine how quickly we can safely restore power. We apologize for the disruption and we appreciate your patience.

Restoration for the entire P S P S event is estimated to be complete on [DATE] by [TIME], depending on equipment damage.

Maps and event information by agency can be found at [URL] and [URL]. These links are for public safety partner use only. Please do not share event information before it is publicly available.

Thank you,

PG&E Liaison Officer

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# City, County, Tribal and CCA



**1** Advanced Notification   **2** PSPS Watch   **3** PSPS Warning   **4** Cancellation Notification   **5** Weather All Clear   **6** Power Restoration

## PHONE/VOICE

This is P G and E calling on [DATE] with a Public Safety Power Shutoff alert. Crews have successfully restored power to all customers within your jurisdiction. If you are still receiving reports of outages, please instruct customers to visit p g e dot com backslash outages or call 1 800 7 4 3 5 0 0 2. We apologize for the disruption and we appreciate your patience.

## TEXT

PG&E PSPS Alert: Crews have successfully restored power within your jurisdiction. If you are still receiving reports of outages, please instruct customers to visit pge.com/outages or call 1-800-743-5002.

## EMAIL

**SUBJECT:** PG&E PSPS Notification: Power restored

Crews have successfully restored power to all customers within your jurisdiction. We apologize for the disruption and we appreciate your patience. If you are still receiving reports of outages, please instruct customers to visit pge.com/outages or call 1-800-743-5002. Restoration info by agency available at [URL] and [URL].

Thank you,

PG&E Liaison Officer

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# General Customer, Critical Facility and Medical Baseline Notifications

We will attempt to reach potentially impacted customers through automated calls, texts and emails using all contact information we have on file. We will also post event-specific information on pge.com and social media channels, as well as keep local news, radio outlets and community based organizations informed and updated.

Public Safety Partner Customers that have a facility identified as potentially affected will receive an advanced notification with facility information (in addition to the notifications sent to agencies as described in the previous section). This includes police and fire facilities, communication providers, water agencies, emergency hospitals and publicly-owned utilities.

Medical Baseline Program Participants will also receive unique PSPS Watch and PSPS Warning notifications. These messages include customized phone, text and email messages that request confirmation that the notification was received. Additionally, PG&E sends hourly notifications to those customers who have not confirmed receipt and conducts site visits if notifications were not previously confirmed.

**The following outlines the various notifications PG&E will send prior to, during and after a PSPS event:**



**KEY:**

- Telecom Providers, Water Agencies, Emergency Hospitals, Publicly-Owned Utilities
- General Customers
- Medical Baseline Program Participants
- All Customers

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 10/05/2020

# Telecom Providers, Water Agencies, Emergency Hospitals, Publicly-Owned Utilities



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

## PHONE/VOICE (SINGLE PREM)

This is PG&E calling with a PSPS outage alert. On [DATE], your power may be shut off for safety. To replay this message at any time, press #. Due to current weather forecasts [ADDRESS] is currently under a Watch for a Public Safety Power Shutoff. Weather forecasts including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire. ESTIMATED SHUTOFF TIME: [DAY] [DATE] between [TIME] and [TIME]. Shutoff times may be delayed if winds arrive later than forecast. We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power. ESTIMATED RESTORATION TIME: [DAY], [DATE] by [TIME] This restoration time may change depending on weather conditions and equipment damage. Maps showing the areas potentially affected by a shutoff can be found at [URL]. PSPS Portal users can log in at [URL]. **These are for public safety partner use only. \*\*PLEASE DO NOT SHARE THESE LINKS\*\*.** We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. If this is not the correct phone number for [ADDRESS], press 2. Press # to repeat this message. Thank you. Goodbye.

## PHONE/VOICE (MULTI PREM)

This is PG&E calling with a PSPS outage alert. On [DATE], your power may be shut off for safety. To replay this message at any time, press #. Due to current weather forecasts, [NUMBER of SPIDs FOR MULTI PREM] of your meters are currently under a Watch for a Public Safety Power Shutoff. Current weather forecasts, including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire. The estimated shutoff time for [ADDRESS #1] is [DAY] [DATE] between [TIME] and [TIME]. The estimated restoration time is [DAY], [DATE] by [TIME]. The estimated shutoff time for [ADDRESS #2] is [DAY] [DATE] between [TIME] and [TIME]. The estimated restoration time is [DAY], [DATE] by [TIME]. Changes in weather can affect shutoff times. Restoration times may change depending on weather conditions and equipment damage. Please get ready to write down the following information. Details for all [NUMBER of SPIDs FOR MULTI PREM] of your affected meters can be found online at pge.com/myaddresses. On the website you will be asked to enter your phone number [XXX-XXX-XXXX] plus a 4-digit PIN. Your PIN number is: [ZZZZ]. To repeat how to get details for all of your affected meters, press *. Maps showing the areas potentially affected by a shutoff can be found at [URL]. PSPS Portal users can log in at [URL]. **These are for public safety partner use only. \*\*PLEASE DO NOT SHARE THESE LINKS\*\*.** We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. If this is not the correct phone number for the addresses provided, press 2. Press # to repeat this message. To repeat how to get details for all of your affected meters, press *. Thank you. Goodbye.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Telecom Providers, Water Agencies, Emergency Hospitals, Publicly-Owned Utilities



**1** Advanced Notification   **2** PSPS Watch   **3** PSPS Warning   **4** Cancellation Notification   **5** PSPS Update   **6** Weather All Clear   **7** Power Restoration

## TEXT (SINGLE PREM)

PG&E PSPS Outage Alert [DATE]: PG&E may turn off power for safety at [ADDRESS] on [DATE]. Estimated shutoff: [TIME]–[TIME]. Estimated restoration: [DATE] by [TIME]. Weather can affect these times. Maps for public safety partners at [URL] or log in at [URL].

## TEXT (MULTI PREM)

PG&E PSPS Outage Alert [DATE]: PG&E may turn off power for safety to [NUMBER of SPIDs FOR MULTI PREM] of your meters. Est. shutoff as early as: [DATE] [TIME]-[TIME]. Est. restoration: [DATE] by [TIME]. Weather can affect these times. Meter list: [pge.bz/12345] Safety partner maps: [URL] or log in at [URL].

## EMAIL (SINGLE PREM)

**SUBJECT:** PSPS Outage Alert: On [DATE] power shutoffs may be required for safety

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD**: PSPS Outage Watch

Due to current weather forecasts, your area is currently under a Watch for a Public Safety Power Shutoff.

Current weather forecasts, including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire.

ADDRESS: [ADDRESS, CITY, STATE, COUNTY]

ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]

Shutoff times may be delayed if winds arrive later than forecast.

We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power.

ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]

Restoration time may change depending on weather and equipment damage.

Maps showing the areas potentially affected by a shutoff can be found at [URL]. PSPS Portal users can log in at [URL]. **These are for public safety partner use only. PLEASE DO NOT SHARE THESE LINKS.**

We recommend all customers plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. Weather forecasts change frequently. Shutoff forecasts will be most accurate the day of the potential outage.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020



# Telecom Providers, Water Agencies, Emergency Hospitals, Publicly-Owned Utilities

**①** Advanced Notification **②** PSPS Watch **③** PSPS Warning **④** Cancellation Notification **⑤** PSPS Update **⑥** Weather All Clear **⑦** Power Restoration

## EMAIL (SINGLE PREM) CONT.

If this is not the correct email address for [ADDRESS], please call 1-800-743-5000.

**RESOURCES TO HELP YOU PREPARE**

- Maps showing the areas potentially affected by a shutoff can be found at [URL]. These are for public safety partner use only. **PLEASE DO NOT SHARE THIS LINK.**

- PSPS Portal users can log in at [URL]. **These are for public safety partner use only. PLEASE DO NOT SHARE THIS LINK.**

- To learn more about Public Safety Power Shutoffs, including the criteria used to turn off power, visit pge.com/psps.

- For a 7-day Public Safety Power Shutoff forecast, visit pge.com/pspsweather.

- If you see a downed power line, assume it is energized and extremely dangerous. Report it immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery.

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

# Telecom Providers, Water Agencies, Emergency Hospitals, Publicly-Owned Utilities



**1** Advanced Notification **2** PSPS Watch **3** PSPS Warning **4** Cancellation Notification **5** PSPS Update **6** Weather All Clear **7** Power Restoration

## EMAIL (MULTI PREM)

**SUBJECT:** PSPS Outage Alert: On [DATE] power shutoffs may be required for safety

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Watch

Due to current weather forecasts, your area is currently under a Watch for a Public Safety Power Shutoff.

Current weather forecasts, including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire. Maps showing the areas potentially affected by a shutoff can be found at [URL]. PSPS Portal users can log in at [URL]. **These are for public safety partner use only. \*\*PLEASE DO NOT SHARE THESE LINKS\*\***

**NUMBER OF METERS AFFECTED:** [NUMBER of SPIDs FOR MULTI PREM]

**\*\*Due to email size limits a maximum of 50 meter locations is shown\*\***

[VIEW ALL AFFECTED LOCATIONS/DOWNLOAD A LIST OF ALL AFFECTED LOCATIONS]

| | |
|---|---|
| 1. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |
| 2. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |

(Repeat for first **50** premises that would be affected)

We recommend all customers plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. Weather forecasts change frequently. Shutoff forecasts will be most accurate the day of the potential outage.

If this is not the correct email address for the addresses provided, please call 1-800-743-5000.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Telecom Providers, Water Agencies, Emergency Hospitals, Publicly-Owned Utilities



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

## EMAIL (MULTI PREM) CONT.
**RESOURCES TO HELP YOU PREPARE**

- Maps showing the areas potentially affected by a shutoff can be found at [URL]. **These are for public safety partner use only. PLEASE DO NOT SHARE THIS LINK**.
- PSPS Portal users can log in at [URL]. **These are for public safety partner use only. PLEASE DO NOT SHARE THIS LINK.**
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast, visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

*Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*
*"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020*

# Medical Baseline Program Participants



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

## IVR LIVE (SINGLE PREM)

This is PG&E calling with a PSPS outage alert for Medical Baseline customers. On [DATE], your power may be shut off for safety. To continue in English press 1. To replay this message at any time, press #. Due to current weather forecasts [ADDRESS] is currently under a Watch for a Public Safety Power Shutoff. Weather forecasts including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire. ESTIMATED SHUTOFF TIME: [DAY] [DATE] between [TIME] and [TIME]. Shutoff times may be delayed if winds arrive later than forecast. We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power. ESTIMATED RESTORATION TIME: [DAY] [DATE] by [TIME]. This restoration time may change depending on weather conditions and equipment damage. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. For planning resources or more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. If this is not the correct phone number for [ADDRESS], press 2. Press # to repeat this message. Thank you. Goodbye.

## IVR LIVE (MULTI PREM)

This is PG&E calling with a PSPS outage alert for Medical Baseline customers. On [DATE], your power may be shut off for safety. To continue in English press 1. To replay this message at any time, press #. Due to current weather forecasts, [NUMBER of SPIDs FOR MULTI PREM] of your meters are currently under a Watch for a Public Safety Power Shutoff. Current weather forecasts, including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire. The estimated shutoff time for [ADDRESS #1] is [DAY] [DATE] between [TIME] and [TIME].  The estimated restoration time is [ETOR DAY], [ETOR DATE] by [ETOR TIME]. The estimated shutoff time for [ADDRESS #2] is [DAY] [DATE] between [TIME] and [TIME].  The estimated restoration time is [ETOR DAY], [ETOR DATE] by [TIME]. Changes in weather can affect shutoff times. Restoration times may change depending on weather conditions and equipment damage. Please get ready to write down the following information. Details for all [NUMBER of SPIDs FOR MULTI PREM] of your affected meters can be found online at pge.com/myaddresses. On the website you will be asked to enter your phone number [XXX-XXX-XXXX] plus a 4-digit PIN. Your PIN  number is: [ZZZZ]. To repeat how to get details for all of your affected meters, press *. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. If this is not the correct phone number for the addresses provided, press 2. Press # to repeat this message. To repeat how to get details for all of your affected meters, press *. Thank you. Goodbye.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Medical Baseline Program Participants



**1** Advanced Notification
**2** PSPS Watch
**3** PSPS Warning
**4** Cancellation Notification
**5** PSPS Update
**6** Weather All Clear
**7** Power Restoration

## IVR VOICE MESSAGE (SINGLE PREM)

This is PG&E calling on [DAY, DATE] at [TIME] with a PSPS outage alert for Medical Baseline customers. On [DATE], your power may be shut off for safety. Your response is required. To hear this message in another language call [1-800-XXX-XXXX] Due to current weather forecasts [ADDRESS] is currently under a Watch for a Public Safety Power Shutoff. Weather forecasts including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire. ESTIMATED SHUTOFF TIME: [DAY] [DATE] between [TIME] and [TIME]. Shutoff times may be delayed if winds arrive later than forecast. We expect weather to improve by [TIME] on [DAY]. After weather has improved, we will inspect equipment before restoring power. ESTIMATED RESTORATION TIME: [ETOR DAY], [DATE] by [TIME] This restoration time may change depending on weather conditions and equipment damage. Because you are enrolled in our Medical Baseline program, your response is required. Please call [XXX-XXX-XXXX] to confirm you have received this message. We will continue to attempt to reach you and may visit your home if you do not respond. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning alert if we have determined it is necessary to turn off your power. For planning resources or more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging If this is not the correct phone number for [ADDRESS], call 1-800-743-5000. Thank you. Goodbye.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

## Medical Baseline Program Participants



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

### IVR VOICE MESSAGE (MULTI PREM)

This is PG&E calling on [DAY, DATE] at [TIME] with a PSPS outage alert for Medical Baseline customers. On [DATE], your power may be shut off for safety. Your response is required. To hear this message in another language call [1-800-XXX-XXXX]. Due to current weather forecasts, [NUMBER of SPIDs FOR MULTI PREM] of your meters are currently under a Watch for a Public Safety Power Shutoff.  Current weather forecasts, including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire. The estimated shutoff time for [ADDRESS #1] is [DAY] [DATE] between [TIME] and [TIME].  The estimated restoration time is [DAY], [DATE] by [TIME] The estimated shutoff time for [ADDRESS #2] is [DAY] [DATE] between [TIME] and [TIME].  The estimated restoration time is [DAY], [DATE] by [TIME]. Changes in weather can affect shutoff times. Restoration times may change depending on weather conditions and equipment damage. Details for all [NUMBER of SPIDs FOR MULTI PREM] of your affected meters can be found online at pge.com/myaddresses. On the website you will be asked to enter your phone number [XXX-XXX-XXXX] plus a 4-digit PIN. Your PIN  number is: [ZZZZ]. Because you are enrolled in our Medical Baseline program, your response is required. Please call [XXX-XXX-XXXX] to confirm you have received this message. We will continue to attempt to reach you and may visit your home if you do not respond. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. For planning resources or more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. If this is not the correct phone number for the addresses provided, call 1-800-743-5000. Thank you. Goodbye.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Medical Baseline Program Participants



**1** Advanced Notification    **2** PSPS Watch    **3** PSPS Warning    **4** Cancellation Notification    **5** PSPS Update    **6** Weather All Clear    **7** Power Restoration

## TEXT (SINGLE PREM)

PG&E PSPS Outage Alert - Medical Baseline Customers [DATE]: PG&E may turn off power for safety at [ADDRESS] on [DATE]. Est Shutoff: [TIME]-[TIME]. Est Restoration: [DATE] by [TIME]. Weather can affect shutoff & restoration times. Info&Languages: pge.com/pspsupdates Reply w/ "1" to verify receipt.

## TEXT (MULTI PREM)

PG&E PSPS Outage Alert – Medical Baseline Customers [DATE]: PG&E may turn off power for safety to [NUMBER of SPIDs FOR MULTI PREM] of your meters. Est shutoff:  [DATE] [TIME]-[TIME]. Est restoration: [DATE] by [TIME]. Weather can affect these times. Meter list: [pge.bz/12345] Info&Languages: pge.com/pspsupdates Reply w/ "1" to verify receipt.

## EMAIL (SINGLE PREM)

**SUBJECT:** PSPS Outage Alert:  On [DATE] power shutoffs may be required for safety

**HEADER LINKS:**

español    中文    tiếng việt    Tagalog    한국어    русский язык
فارسی    عربي    Hmoob    ខ្មែរ    日本語    ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Watch

Due to current weather forecasts, your area is currently under a Watch for a Public Safety Power Shutoff.

Current weather forecasts, including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire.

ADDRESS: [ADDRESS, CITY, STATE, COUNTY]

ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]

Shutoff times may be delayed if winds arrive later than forecast.

We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power.

ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]

Restoration time may change depending on weather and equipment damage.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Medical Baseline Program Participants



## EMAIL (SINGLE PREM) CONT.

We recommend all customers plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. Weather forecasts change frequently. Shutoff forecasts will be most accurate the day of the potential outage.

If this is not the correct email address for [ADDRESS], please call 1-800-743-5000.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

**RESOURCES TO HELP YOU PREPARE**

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To view city/county level information, visit pge.com/pspsupdates.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips, visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast, visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery.

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Medical Baseline Program Participants



**1** Advanced Notification   **2** PSPS Watch   **3** PSPS Warning   **4** Cancellation Notification   **5** PSPS Update   **6** Weather All Clear   **7** Power Restoration

## EMAIL (MULTI PREM)

**SUBJECT:** PSPS Outage Alert:  On [DATE] power shutoffs may be required for safety

**HEADER LINKS:**

español   中文   tiếng việt   Tagalog   한국어   русский язык
عربى   فارسی   Hmoob   ខ្មែរ   日本語   ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Watch

Due to current weather forecasts, your area is currently under a Watch for a Public Safety Power Shutoff.

Current weather forecasts, including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire.

NUMBER OF METERS AFFECTED: [NUMBER of SPIDs FOR MULTI PREM]

**\*\*Due to email size limits a maximum of 50 meter locations is shown\*\***

[VIEW ALL AFFECTED LOCATIONS/DOWNLOAD A LIST OF ALL AFFECTED LOCATIONS]

| | |
|---|---|
| 1. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |
| 2. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |

We recommend all customers plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. Weather forecasts change frequently. Shutoff forecasts will be most accurate the day of the potential outage.

If this is not the correct email address for the addresses provided, please call 1-800-743-5000.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

**CONTINUED ON NEXT PAGE**

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Medical Baseline Program Participants



## EMAIL (MULTI PREM) CONT.

**RESOURCES TO HELP YOU PREPARE**

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips, visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast, visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery.

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# General Customers



**①** Advanced Notification   **②** PSPS Watch   **③** PSPS Warning   **④** Cancellation Notification   **⑤** PSPS Update   **⑥** Weather All Clear   **⑦** Power Restoration

## PHONE/VOICE (SINGLE PREM)

This is PG&E calling with a PSPS outage alert. On [DATE], your power may be shut off for safety. To continue in English press 1. To replay this message at any time, press #. Due to current weather forecasts [ADDRESS] is currently under a Watch for a Public Safety Power Shutoff. Weather forecasts including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire. ESTIMATED SHUTOFF TIME: [DAY] [DATE] between [TIME] and [TIME]. Shutoff times may be delayed if winds arrive later than forecast. We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power. ESTIMATED RESTORATION TIME: [DAY] [DATE] by [TIME]. This restoration time may change depending on weather conditions and equipment damage. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. For planning resources or more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. If this is not the correct phone number for [ADDRESS], press 2. Press # to repeat this message. Thank you. Goodbye.

## PHONE/VOICE (MULTI PREM)

This is PG&E calling with a PSPS outage alert. On [DATE], your power may be shut off for safety. To continue in English press 1. To replay this message at any time, press #. Due to current weather forecasts, [NUMBER of SPIDs FOR MULTI PREM] of your meters are currently under a Watch for a Public Safety Power Shutoff. Current weather forecasts, including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire. The estimated shutoff time for [ADDRESS #1] is [DAY] [DATE] between [TIME] and [ESTIMATED SHUTOFF END TIME]. The estimated restoration time is [DAY], [DATE] by [TIME]. The estimated shutoff time for [ADDRESS #2] is [DAY] [DATE] between [TIME] and [TIME]. The estimated restoration time is [DAY], [DATE] by [TIME]. Changes in weather can affect shutoff times. Restoration times may change depending on weather conditions and equipment damage. Please get ready to write down the following information. Details for all [NUMBER of SPIDs FOR MULTI PREM] of your affected meters can be found online at pge.com/myaddresses. On the website you will be asked to enter your phone number [XXX-XXX-XXXX] plus a 4-digit PIN. Your PIN number is: [ZZZZ]. To repeat how to get details for all of your affected meters, press *. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. If this is not the correct phone number for the addresses provided, press 2. Press # to repeat this message. To repeat how to get details for all of your affected meters, press *. Thank you. Goodbye.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# General Customers



**1** Advanced Notification
**2** PSPS Watch
**3** PSPS Warning
**4** Cancellation Notification
**5** PSPS Update
**6** Weather All Clear
**7** Power Restoration

## TEXT (SINGLE PREM)

PG&E PSPS Outage Alert [DATE]: Due to weather PG&E may turn off power for safety at [ADDRESS] on [DATE]. Estimated shutoff: [TIME]-[TIME]. Estimated restoration: [DATE] by [TIME]. Weather can affect shutoff & restoration. Info&Other languages: pge.com/pspsupdates Reply w/ "1" to verify receipt.

## TEXT (MULTI PREM)

PG&E PSPS Outage Alert [DATE]: PG&E may turn off power for safety to [NUMBER of SPIDS FOR MULTI PREM] of your meters. Est shutoff as early as: [DATE] [TIME]-[TIME]. Est restoration: [DATE] by [TIME]. Weather can affect shutoff & restoration times. Meter list: [pge.bz/12345]. Info&Other languages: pge.com/pspsupdates Reply w/ "1" to verify receipt.

## EMAIL (SINGLE PREM)

**SUBJECT:** PSPS Outage Alert:  On [DATE] power shutoffs may be required for safety

**HEADER LINKS**:

español    中文    tiếng việt    Tagalog    한국어    русский язык
فارسی    عربی    Hmoob    ខ្មែរ    日本語    ਪੰਜਾਬੀ

**HEADLINE**: Public Safety Power Shutoff

**SUBHEAD**: PSPS Outage Watch

Due to current weather forecasts, your area is currently under a Watch for a Public Safety Power Shutoff.

Current weather forecasts, including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire.

ADDRESS: [ADDRESS, CITY, STATE, COUNTY]

ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]

Shutoff times may be delayed if winds arrive later than forecast.

We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power.

ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]

Restoration time may change depending on weather and equipment damage.

We recommend all customers plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. Weather forecasts change frequently. Shutoff forecasts will be most accurate the day of the potential outage.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# General Customers



## EMAIL (SINGLE PREM) CONT.

If this is not the correct email address for [ADDRESS], please call 1-800-743-5000.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

**RESOURCES TO HELP YOU PREPARE**

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To view city/county level information, visit pge.com/pspsupdates.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips, visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast, visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery.

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

# General Customers



**1** Advanced Notification **2** PSPS Watch **3** PSPS Warning **4** Cancellation Notification **5** PSPS Update **6** Weather All Clear **7** Power Restoration

## EMAIL (MULTI PREM)

**SUBJECT:** PSPS Outage Alert:  On [START DATE] power shutoffs may be required for safety

**HEADER LINKS:**

español   中文   tiếng việt   Tagalog   한국어   русский язык

فارسی   عربی   Hmoob   ខ្មែរ   日本語   ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Watch

Due to current weather forecasts, your area is currently under a Watch for a Public Safety Power Shutoff.

Current weather forecasts, including high winds and dry conditions, may require us to turn off your power to help prevent a wildfire.

NUMBER OF METERS AFFECTED: [NUMBER of SPIDs FOR MULTI PREM]

**\*\*Due to email size limits a maximum of 50 meter locations is shown\*\***

[VIEW ALL AFFECTED LOCATIONS/DOWNLOAD A LIST OF ALL AFFECTED LOCATIONS]

| | |
|---|---|
| 1. | ADDRESS: [ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |
| 2. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [ETOR DAY], [ETOR DATE] by [ETOR TIME]<br>Restoration time may change depending on weather and equipment damage. |

(Repeat for first 50 premises that would be affected)

We recommend all customers plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. This will include a Warning notification if we have determined it is necessary to turn off your power. Weather forecasts change frequently. Shutoff forecasts will be most accurate the day of the potential outage.

If this is not the correct email address for the addresses provided, please call 1-800-743-5000.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# General Customers



**1** Advanced Notification
**2** PSPS Watch
**3** PSPS Warning
**4** Cancellation Notification
**5** PSPS Update
**6** Weather All Clear
**7** Power Restoration

## EMAIL (MULTI PREM) CONT.

For more information visit [pge.com/pspsupdates] or call 1-800-743-5002.

**RESOURCES TO HELP YOU PREPARE**

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To view city/county level information, visit pge.com/pspsupdates.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips, visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast, visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery.

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

# Medical Baseline Program Participants



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

## IVR LIVE (SINGLE PREM)

This is PG&E calling with a PSPS outage alert for Medical Baseline customers. Shutoffs start between [TIME] and [TIME] for safety. To continue in English press 1. To replay this message at any time, press #. To protect public safety, PG&E has upgraded the Public Safety Power Shutoff Watch to a Warning. Weather forecasts including high winds and dry conditions, will require us to turn off your power at [ADDRESS] to help prevent a wildfire. SHUTOFF TIME: [DAY] [DATE] between [TIME] and [TIME]. Shutoff times may be delayed if winds arrive later than forecast. We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power. ESTIMATED RESTORATION TIME: [DAY], [DATE] by [TIME]. This restoration time may change depending on weather conditions and equipment damage. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. For planning resources or more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. Press # to repeat this message. Thank you. Goodbye.

## IVR LIVE (MULTI PREM)

This is PG&E calling with a PSPS outage alert for Medical Baseline customers. Shutoffs start between [TIME] and [TIME] for safety. To continue in English press 1. To replay this message at any time, press #. To protect public safety, PG&E has upgraded the Public Safety Power Shutoff Watch to a Warning. Weather forecasts including high winds and dry conditions, will require us to turn off the power for [NUMBER of SPIDs FOR MULTI PREM] of your meters to help prevent a wildfire. The estimated shutoff time for [PREMISE ADDRESS #1] is [ESTIMATED SHUTOFF START DAY] [DATE] between [TIME] and [TIME].  The estimated restoration time is [DAY], [DATE] by [TIME]. The estimated shutoff time for [ADDRESS #2] is [DAY] [DATE] between [TIME] and [TIME].  The estimated restoration time is [DAY], [DATE] by [TIME]. Changes in weather can affect shutoff times. Restoration times may change depending on weather conditions and equipment damage. Please get ready to write down the following information. Details for all [NUMBER of SPIDs FOR MULTI PREM] of your affected meters can be found online at [pge.com/myaddresses]. On the website you will be asked to enter your phone number [XXX-XXX-XXXX] plus a 4-digit PIN. Your PIN  number is: [ZZZZ]. To repeat how to get details for all of your affected meters, press *. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. For planning resources or more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. Press # to repeat this message. To repeat how to get details for all of your affected meters, press *. Thank you. Goodbye.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Medical Baseline Program Participants



**1** Advanced Notification **2** PSPS Watch **3** PSPS Warning **4** Cancellation Notification **5** PSPS Update **6** Weather All Clear **7** Power Restoration

## IVR VOICE MESSAGE (SINGLE PREM)

This is PG&E calling on [DAY, DATE] at [TIME] with a PSPS outage alert for Medical Baseline Customers. Shutoffs start between [TIME] and [TIME] for safety. Your response is required. To hear this message in another language call [1-800-XXX-XXXX]. To protect public safety, PG&E has upgraded the Public Safety Power Shutoff Watch to a Warning.  Weather forecasts including high winds and dry conditions, will require us to turn off your power at [ADDRESS] to help prevent a wildfire. SHUTOFF TIME: [DAY] [DATE] between [TIME]-[TIME]. Shutoff times may be delayed if winds arrive later than forecast. We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power. ESTIMATED RESTORATION TIME: [DAY], [DATE] by [TIME] This restoration time may change depending on weather conditions and equipment damage. Please call [XXX-XXX-XXXX] to confirm you have received this message. We will continue to attempt to reach you and may visit your home if you do not respond. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. For planning resources or more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. Thank you. Goodbye.

## IVR VOICE MESSAGE (MULTI PREM)

This is PG&E calling on [DAY, DATE] at [TIME] with a PSPS outage alert for Medical Baseline customers. Shutoffs start between [TIME] and [TIME] for safety. Your response is required. To hear this message in another language call [1-800-XXX-XXXX]. To protect public safety, PG&E has upgraded the Public Safety Power Shutoff Watch to a Warning. Weather forecasts including high winds and dry conditions, will require us to turn off the power for [NUMBER of SPIDs FOR MULTI PREM] of your meters to help prevent a wildfire. The estimated shutoff time for [ADDRESS #1] is [DAY] [DATE] between [TIME] and [TIME]. The estimated restoration time is [DAY], [DATE] by [TIME]. The estimated shutoff time for [ADDRESS #2] is [DAY] [DATE] between [TIME] and [TIME]. The estimated restoration time is [DAY], [DATE] by [TIME]. Changes in weather can affect shutoff times. Restoration times may change depending on weather conditions and equipment damage. Details for all [NUMBER of SPIDs FOR MULTI PREM] of your affected meters can be found online at pge.com/myaddresses. On the website you will be asked to enter your phone number [XXX-XXX-XXXX] plus a 4-digit PIN. Your PIN number is: [ZZZZ]. Please call [XXX-XXX-XXXX] to confirm you have received this message. We will continue to attempt to reach you and may visit your home if you do not respond. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. For planning resources or more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. Thank you. Goodbye.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Medical Baseline Program Participants



**1** Advanced Notification   **2** PSPS Watch   **3** PSPS Warning   **4** Cancellation Notification   **5** PSPS Update   **6** Weather All Clear   **7** Power Restoration

## TEXT (SINGLE PREM)

PG&E PSPS Outage Alert - Medical Baseline Customers [DATE]: PG&E will turn off power for safety at [ADDRESS]. Est shutoff: [DATE] [TIME]-[TIME] Est restoration: [DATE] by [TIME] depending on weather & damage. More info & other languages: pge.com/pspsupdates Reply w/ "1" to verify receipt.

## TEXT (MULTI PREM)

PG&E PSPS Outage Alert – Medical Baseline Customers [DATE]: PG&E will turn off power for safety to [NUMBER of SPIDs FOR MULTI PREM] of your meters. Est shutoff as early as: [DATE] [TIME]-[TIME]. Est restoration: [DATE] by [TIME] depending on weather & damage. Meters: [pge.bz/12345]. Info&Languages: pge.com/pspsupdates Reply w/ "1" to verify receipt.

## EMAIL (SINGLE PREM)

**SUBJECT:** PSPS Outage Alert: Shutoffs start between [TIME]-[TIME] for safety

**HEADER LINKS:**

español    中文    tiếng việt    Tagalog    한국어    русский язык

فارسی    عربي    Hmoob    ខ្មែរ    日本語    ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Warning

To protect public safety, PG&E has upgraded the Public Safety Power Shutoff Watch to a Warning.

Current weather forecasts, including high winds and dry conditions, will require us to turn off your power to help prevent a wildfire.

ADDRESS: [ADDRESS, CITY, STATE, COUNTY]

ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]

Shutoff times may be delayed if winds arrive later than forecast.

We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power.

ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]

Restoration time may change depending on weather and equipment damage.

We recommend all customers plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Medical Baseline Program Participants



## EMAIL (SINGLE PREM) CONT.

**RESOURCES TO HELP YOU PREPARE**

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To view city/county level information, including Community Resource Centers where you can charge devices, visit pge.com/pspsupdates.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips, visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast, visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Medical Baseline Program Participants



**① Advanced Notification**   **② PSPS Watch**   **③ PSPS Warning**   **④ Cancellation Notification**   **⑤ PSPS Update**   **⑥ Weather All Clear**   **⑦ Power Restoration**

## EMAIL (MULTI PREM)

**SUBJECT:** PSPS Outage Alert: Shutoffs start between [TIME]-[TIME] for safety

**HEADER LINKS:**

español   中文   tiếng việt   Tagalog   한국어   русский язык
عرب ی   فارسی   Hmoob   ខ្មែរ   日本語   ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Warning

To protect public safety, PG&E has upgraded the Public Safety Power Shutoff Watch to a Warning.

Current weather forecasts, including high winds and dry conditions will require us to turn off your power to help prevent a wildfire.

NUMBER OF METERS AFFECTED: [NUMBER of SPIDs FOR MULTI PREM]

**\*\*Due to email size limits a maximum of 50 meter locations is shown\*\***

[VIEW ALL AFFECTED LOCATIONS/DOWNLOAD A LIST OF ALL AFFECTED LOCATIONS]

| | |
|---|---|
| 1. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |
| 2. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |

Repeat for first 50 premises that would be affected)

We recommend all customers plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. Weather forecasts change frequently.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Medical Baseline Program Participants



1 **Advanced Notification**  2 **PSPS Watch**  3 **PSPS Warning**  4 **Cancellation Notification**  5 **PSPS Update**  6 **Weather All Clear**  7 **Power Restoration**

## EMAIL (MULTI PREM) CONT.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

**RESOURCES TO HELP YOU PREPARE**

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To view city/county level information, including Community Resource Centers where you can charge devices, visit pge.com/pspsupdates.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips, visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast, visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery.

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# General Customer



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

## PHONE/VOICE (SINGLE PREM)

This is PG&E calling with a PSPS outage alert. Shutoffs start between [TIME]  and  [TIME] for safety. To continue in English press 1.To replay this message at any time, press #. To protect public safety, PG&E has upgraded the Public Safety Power Shutoff Watch to a Warning. Weather forecasts including high winds and dry conditions, will require us to turn off your power at [ADDRESS] to help prevent a wildfire. SHUTOFF TIME: [DAY] [DATE] between [TIME] and [TIME]. Shutoff times may be delayed if winds arrive later than forecast.  We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power. ESTIMATED RESTORATION TIME: [DAY], [DATE] by [TIME]. This restoration time may change depending on weather conditions and equipment damage. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. For planning resources or more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. Press # to repeat this message. Thank you. Goodbye.

## PHONE/VOICE (MULTI PREM)

This PG&E calling with a PSPS outage alert. Shutoffs start between [TIME] and [TIME] for safety. To continue in English press 1.To replay this message at any time, press #. To protect public safety, PG&E has upgraded the Public Safety Power Shutoff Watch to a Warning. Weather forecasts including high winds and dry conditions, will require us to turn off the power for [NUMBER of SPIDs FOR MULTI PREM] of your meters to help prevent a wildfire. The estimated shutoff time for [ADDRESS #1] is [DAY] [DATE] between [TIME] and [TIME].  The estimated restoration time is [DAY], [DATE] by [TIME]. The estimated shutoff time for [ADDRESS #2] is [DAY] [DATE] between [TIME] and [TIME].  The estimated restoration time is [DAY],[DATE] by [TIME]. Changes in weather can affect shutoff times. Restoration times may change depending on weather conditions and equipment damage. Please get ready to write down the following information. Details for all [NUMBER of SPIDs FOR MULTI PREM] of your affected meters can be found online at pge.com/myaddresses. On the website you will be asked to enter your phone number [XXX-XXX-XXXX] plus a 4-digit PIN. Your PIN number is: [ZZZZ]. To repeat how to get details for all of your affected meters, press *. We recommend all customers have a plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. For planning resources or more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. Press # to repeat this message. To repeat how to get details for all of your affected meters, press *. Thank you. Goodbye.

# General Customer



**1** Advanced Notification   **2** PSPS Watch   **3** PSPS Warning   **4** Cancellation Notification   **5** PSPS Update   **6** Weather All Clear   **7** Power Restoration

## TEXT (SINGLE PREM)

PG&E PSPS Outage Alert [DATE]: PG&E will turn off power for safety at [ADDRESS] on [DATE]. Est. shutoff: [TIME]-[TIME] Est. restoration: [DATE] by [TIME] depending on weather & equipment damage. More info & other languages: pge.com/pspsupdates Reply w/ "1" to verify receipt.

## TEXT (MULTI PREM)

PG&E PSPS Outage Alert [DATE]: PG&E will turn off power for safety to [NUMBER of SPIDs FOR MULTI PREM] of your meters. Est. shutoff as early as: [DATE] [TIME]-[TIME]. Est. restoration: [DATE] by [TIME] depending on weather & equipment damage. Meter list: [pge.bz/12345] Info & other languages: pge.com/pspsupdates Reply w/ "1" to verify receipt.

## EMAIL (SINGLE PREM)

**SUBJECT:** PSPS Outage Alert: Shutoffs start between [TIME]-[TIME] for safety

**HEADER LINKS:**

español   中文   tiếng việt   Tagalog   한국어   русский язык

فارسی   عربی   Hmoob   ខ្មែរ   日本語   ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Warning

To protect public safety, PG&E has upgraded the Public Safety Power Shutoff Watch to a Warning.

Current weather forecasts, including high winds and dry conditions, will require us to turn off your power to help prevent a wildfire.

ADDRESS: [ADDRESS, CITY, STATE, COUNTY]

ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]

Shutoff times may be delayed if winds arrive later than forecast.

We expect weather to improve by [TIME] on [DAY], [DATE]. After weather has improved, we will inspect equipment before restoring power.

ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]

Restoration time may change depending on weather and equipment damage.

We recommend all customers plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# General Customer



## EMAIL (SINGLE PREM) CONT.
### RESOURCES TO HELP YOU PREPARE

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To view city/county level information, including Community Resource Centers where you can charge devices, visit pge.com/pspsupdates.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips, visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast, visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# General Customer



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

## EMAIL (MULTI PREM)

**SUBJECT:** PSPS Outage Alert: Shutoffs start between [TIME]-[TIME] for safety

**HEADER LINKS:**
español    中文    tiếng việt    Tagalog    한국어    русский язык
فارسی    عربى    Hmoob    ខ្មែរ    日本語    ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Warning

To protect public safety, PG&E has upgraded the Public Safety Power Shutoff Watch to a Warning.

Current weather forecasts, including high winds and dry conditions will require us to turn off your power to help prevent a wildfire.

NUMBER OF METERS AFFECTED: [NUMBER of SPIDs FOR MULTI PREM]

**\*\*Due to email size limits a maximum of 50 meter locations is shown\*\***

[VIEW ALL AFFECTED LOCATIONS/DOWNLOAD A LIST OF ALL AFFECTED LOCATIONS]

| | |
|---|---|
| 1. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |
| 2. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |

(Repeat for first 50 premises that would be affected)

We recommend all customers plan for an extended outage. We will provide daily updates until the weather risk has passed or power has been restored. Weather forecasts change frequently.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# General Customer



## EMAIL (MULTI PREM) CONT.

**RESOURCES TO HELP YOU PREPARE**

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To view city/county level information, including Community Resource Centers where you can charge devices, visit pge.com/pspsupdates.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips, visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast, visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

## All Customers



**1** Advanced Notification   **2** PSPS Watch   **3** PSPS Warning   **4** Cancellation Notification   **5** PSPS Update   **6** Weather All Clear   **7** Power Restoration

### PHONE/VOICE (SINGLE PREM)

This is PG&E calling with a PSPS outage alert. To continue in English press 1. Forecasted weather conditions have improved and we are not planning to turn off power for public safety at [ADDRESS] on [DAY] [DATE]. For more information visit pge.com/pspsupdates or call 1-800-743-5002. Press # to repeat this message. Thank you. Goodbye.

### PHONE/VOICE (MULTI PREM)

This is PG&E calling with a PSPS outage alert. To continue in English press 1. Forecasted weather conditions have improved and we are not planning to turn off power for public safety to [NUMBER OF SPIDs FOR MULTI PREM] of your meters.  The meters at the following addresses: [ADDRESS #1], [ADDRESS #2], [ADDRESS #3] will not be turned off. Please get ready to write down the following information. To view details for all [NUMBER of SPIDs FOR MULTI PREM] of your canceled meters, visit pge.com/myaddresses and enter this phone number [XXX-XXX-XXXX] plus the following 4-digit PIN [ZZZZ] when prompted. To repeat how to get details for all of your affected meters, press *. For more information visit pge.com/pspsupdates or call 1-800-743-5002. Press # to repeat this message. To repeat how to get details for all of your affected meters, press *. Thank you. Goodbye.

### TEXT (SINGLE PREM)

PG&E PSPS Outage Alert [DATE]: Forecasted weather conditions have improved & we are not turning off safety at [ADDRESS] on [DATE]. More info & other languages: pge.com/pspsupdates

### TEXT (MULTI PREM)

PG&E PSPS Outage Alert [SYSTEM DATE]: Forecasted weather conditions have improved & we are not turning off power for safety to [NUMBER of SPIDs FOR MULTI PREM] of your meters. Meter list: [pge.bz/12345]. More info & other languages: pge.com/pspsupdates

# All Customers



**EMAIL (SINGLE PREM)**

**SUBJECT:** PSPS Outage Alert: Your power shutoff is canceled

**HEADER LINKS:**

español    中文    tiếng việt    Tagalog    한국어    русский язык

فارسی    عربى    Hmoob    ខ្មែរ    日本語    ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Cancellation

Forecasted weather conditions have improved and we are NOT planning to turn off power for public safety at: [ADDRESS, CITY, STATE, COUNTY] on [DAY], [DATE]

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

**EMAIL (MULTI PREM)**

**SUBJECT:** PSPS Outage Alert: Your power shutoff is canceled

**HEADER LINKS:**

español    中文    tiếng việt    Tagalog    한국어    русский язык

فارسی    عربى    Hmoob    ខ្មែរ    日本語    ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Cancellation

Forecasted weather conditions have improved and we are NOT planning to turn off power for public safety at the following locations:

NUMBER OF METERS CANCELED: [NUMBER of SPIDs FOR MULTI PREM]

**Due to email size limits a maximum of 50 meter locations is shown**

[VIEW ALL CANCELED LOCATIONS/DOWNLOAD A LIST OF ALL CANCELED LOCATIONS]

## CONTINUED ON NEXT PAGE

## All Customers



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

### EMAIL (MULTI PREM) CONT.

| | |
|---|---|
| 1. | ADDRESS: [ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |
| 2. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |

(Repeat for first 50 premises that would be affected)

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

## All Customers



**1** Advanced Notification
**2** PSPS Watch
**3** PSPS Warning
**4** Cancellation Notification
**5** PSPS Update
**6** Weather All Clear
**7** Power Restoration

### PHONE/VOICE (SINGLE PREM)

This is PG&E calling with a PSPS outage alert. To continue in English press 1. Power remains off at your location at [ADDRESS] to help prevent a wildfire. Crews will restore power as soon as it is safe to do so. ESTIMATED RESTORATION TIME: [DAY] [DATE] by [TIME]. This restoration time may change depending on weather conditions and equipment damage. We recommend all customers have a plan for an extended outage. We will provide daily updates until your power has been restored. For more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. We apologize for the disruption and we appreciate your patience. To opt out of call notifications to this number for the remainder of this outage, press 2. Press # to repeat this message. Thank you. Goodbye.

### PHONE/VOICE (MULTI PREM)

This is PG&E calling with a PSPS outage alert. To continue in English press 1. To replay this message at any time, press #. Power remains off for [NUMBER of SPIDs FOR MULTI PREM] of your meters to help prevent a wildfire. Crews will restore power as soon as it is safe to do so. The estimated restoration time for [ADDRESS #1] is [DAY], [DATE] by [TIME]. The estimated restoration time for [ADDRESS #2] is [DAY], [DATE] by [TIME]. Restoration times may change depending on weather conditions and equipment damage. Please get ready to write down the following information. To view details for all [NUMBER of SPIDs FOR MULTI PREM] of your affected meters, visit pge.com/myaddresses and enter this phone number [XXX-XXX-XXXX] plus the following 4-digit PIN [ZZZZ] when prompted. To repeat how to get details for all of your affected meters, press *. We recommend all customers have a plan for an extended outage. We will provide daily updates until your power has been restored. For more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. We apologize for the disruption and we appreciate your patience. To opt out of call notifications to this number for the remainder of this outage, press 2. Press # to repeat this message. To repeat how to get details for all of your affected meters, press *. Thank you. Goodbye.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# All Customers



**1** Advanced Notification
**2** PSPS Watch
**3** PSPS Warning
**4** Cancellation Notification
**5** PSPS Update
**6** Weather All Clear
**7** Power Restoration

## TEXT (SINGLE PREM)

PG&E PSPS Outage Alert [DATE]: Power remains off at [ADDRESS] to help prevent a wildfire. Estimated restoration: [DATE] by [TIME] depending on weather & equipment damage. More info & other languages: pge.com/pspsupdates. Reply STOP to STOP text alerts for this outage.

## TEXT (MULTI PREM)

PG&E PSPS Outage Alert [DATE]: Power remains off at [NUMBER of SPIDs FOR MULTI PREM] of your meters to help prevent a wildfire. Estimated restoration: [DATE] by [TIME] depending on weather & equipment damage. Meter list: [pge.bz/12345]. More info & other languages: pge.com/pspsupdates. Reply STOP to STOP text alerts for this outage.

## EMAIL (SINGLE PREM)

**SUBJECT:** PSPS Outage Alert: Estimated restoration time
**HEADER LINKS:**
español   中文   tiếng việt   Tagalog   한국어   русский язык
فارسی   عربى   Hmoob   ខ្មែរ   日本語   ਪੰਜਾਬੀ
**HEADLINE:** Public Safety Power Shutoff
**SUBHEAD:** PSPS Outage Update

Power remains off at your location to help prevent a wildfire. We apologize for the disruption and we appreciate your patience. Crews will restore power as soon as it is safe to do so.
ADDRESS: [ADDRESS, CITY, STATE, COUNTY]
ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]
Restoration time may change depending on weather and equipment damage.

We recommend all customers plan for an extended outage. We will provide daily updates until your power has been restored. Weather forecasts change frequently.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.
**ADDITIONAL RESOURCES**
- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To view city/county level information, including Community Resource Centers where you can charge devices visit pge.com/pspsupdates.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# All Customers



1 **Advanced Notification**   2 **PSPS Watch**   3 **PSPS Warning**   4 **Cancellation Notification**   5 **PSPS Update**   6 **Weather All Clear**   7 **Power Restoration**

## EMAIL (SINGLE PREM) CONT.

- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# All Customers



**1** Advanced Notification   **2** PSPS Watch   **3** PSPS Warning   **4** Cancellation Notification   **5** PSPS Update   **6** Weather All Clear   **7** Power Restoration

## EMAIL (MULTI PREM)

**SUBJECT:** PSPS Outage Alert: Estimated restoration time

**HEADER LINKS:**

español   中文   tiếng việt   Tagalog   한국어   русский язык
فارسی   عربی   Hmoob   ខ្មែរ   日本語   ਪੰਜਾਬੀ

**HEADLINE**: Public Safety Power Shutoff

**SUBHEAD:** PSPS Outage Update

Power remains off at the locations below to help prevent a wildfire.  We apologize for the disruption and we appreciate your patience. Crews will restore power as soon as it is safe to do so.  Get the latest restoration information for each of your locations below.

NUMBER OF METERS AFFECTED: [NUMBER of SPIDs FOR MULTI PREM]

**\*\*Due to email size limits a maximum of 50 meter locations is shown\*\***

[VIEW ALL AFFECTED LOCATIONS/DOWNLOAD A LIST OF ALL AFFECTED LOCATIONS]

| | |
|---|---|
| 1. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY],[DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |
| 2. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |

(Repeat for first 50 premises that would be affected)

We recommend all customers plan for an extended outage. We will provide daily updates until your power has been restored. Weather forecasts change frequently.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

## All Customers



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

## EMAIL (MULTI PREM) CONT.
### ADDITIONAL RESOURCES

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To view city/county level information, including Community Resource Centers where you can charge devices visit pge.com/pspsupdates.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

## All Customers



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

### PHONE/VOICE (SINGLE PREM)

This is PG&E calling with a PSPS outage alert. To continue in English press 1. Weather conditions have improved, and crews are inspecting equipment to determine how quickly we can safely restore power at your location [ADDRESS]. ESTIMATED RESTORATION TIME: [DAY] [DATE] by [TIME].  This restoration time may change depending on equipment damage. We recommend all customers have a plan for an extended outage. We will provide daily updates until your power has been restored. For more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. We apologize for the disruption and we appreciate your patience To opt out of call notifications to this number for the remainder of this outage, press 2. Press # to repeat this message. Thank you. Goodbye.

### PHONE/VOICE (MULTI PREM)

This is PG&E calling with a PSPS outage alert. To continue in English press 1. To replay this message at any time, press #. Weather conditions have improved, and crews are inspecting equipment to determine how quickly we can safely restore power to [NUMBER of SPIDs FOR MULTI PREM] of your meters. The estimated restoration time for [ADDRESS #1] is [DAY], [DATE] by [TIME]. The estimated restoration time for [ADDRESS #2] is [DAY], [DATE] by [TIME]. These restoration times may change depending on equipment damage. Please get ready to write down the following information. To view details for all [NUMBER of SPIDs FOR MULTI PREM] of your affected meters, visit pge.com/myaddresses and enter this phone number [XXX-XXX-XXXX] plus the following 4-digit PIN [ZZZZ] when prompted. To repeat how to get details for all of your affected meters, press *. We recommend all customers have a plan for an extended outage. We will provide daily updates until your power has been restored. For more information visit pge.com/pspsupdates or call 1-800-743-5002. If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging. We apologize for the disruption and we appreciate your patience. To opt out of call notifications to this number for the remainder of this outage, press 2. Press # to repeat this message. To repeat how to get details for all of your affected meters, press *. Thank you. Goodbye.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# All Customers



## TEXT (SINGLE PREM)

PG&E PSPS Outage Alert [DATE]: Weather conditions have improved, and crews are inspecting equipment to safely restore power at [ADDRESS]. Estimated restoration: [Date] by [TIME] depending on equipment damage. More info & other languages: pge.com/pspsupdates Reply STOP to STOP text alerts for this outage.

## TEXT (MULTI PREM)

PG&E PSPS Outage Alert [DATE]: Weather has improved, and crews are inspecting equipment to safely restore power to [NUMBER of SPIDs FOR MULTI PREM] of your meters. Estimated restoration: [DATE] by [TIME] depending on equipment damage. Meter list: [pge.bz/12345]. Info & Languages: pge.com/pspsupdates. Reply STOP to STOP text alerts for this outage.

## EMAIL (SINGLE PREM)

**SUBJECT:** PSPS Outage Alert: Crews are inspecting equipment

**HEADER LINKS:**

español   中文   tiếng việt   Tagalog   한국어   русский язык
فارسی   عربی   Hmoob   ខ្មែរ   日本語   ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Equipment Inspections

Weather conditions have improved, and crews are inspecting equipment to determine how quickly we can safely restore power. We apologize for the disruption and we appreciate your patience.

We expect your service at: [ADDRESS, CITY, STATE, COUNTY] to be fully restored by [DAY], [DATE] by [TIME] depending on if any repairs are needed.

We will provide daily updates until your power has been restored.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

**ADDITIONAL RESOURCES**

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.
- To view city/county level information, including Community Resource Centers where you can charge devices visit pge.com/pspsupdates.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# All Customers



**1** Advanced Notification   **2** PSPS Watch   **3** PSPS Warning   **4** Cancellation Notification   **5** PSPS Update   **6** Weather All Clear   **7** Power Restoration

## EMAIL (SINGLE PREM) CONT.

- Get outage tips and a sample emergency plan at [pge.com/outageprep](pge.com/outageprep).
- For generator safety tips visit [pge.com/generatorsafety](pge.com/generatorsafety).
- For generator safety tips visit [pge.com/generatorsafety](pge.com/generatorsafety).
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit [pge.com/psps](pge.com/psps).
- For a 7-day Public Safety Power Shutoff forecast visit [pge.com/pspsweather](pge.com/pspsweather).
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

# All Customers



**1** Advanced Notification  **2** PSPS Watch  **3** PSPS Warning  **4** Cancellation Notification  **5** PSPS Update  **6** Weather All Clear  **7** Power Restoration

## EMAIL (MULTI PREM)

**SUBJECT:** PSPS Outage Alert: Crews are inspecting equipment

**HEADER LINKS:**

español   中文   tiếng việt   Tagalog   한국어   русский язык
فارسی   عربی   Hmoob   ខ្មែរ   日本語   ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** PSPS Equipment Inspections

Weather conditions have improved, and crews are inspecting equipment to determine how quickly we can safely restore power.  We apologize for the disruption and we appreciate your patience.

NUMBER OF METERS AFFECTED: [NUMBER of SPIDs FOR MULTI PREM]

**\*\*Due to email size limits a maximum of 50 meter locations is shown\*\***

[VIEW ALL AFFECTED LOCATIONS/DOWNLOAD A LIST OF ALL AFFECTED LOCATIONS]

| | |
|---|---|
| 1. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |
| 2. | ADDRESS: [PREMISE ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID]<br>ESTIMATED SHUTOFF: [DAY], [DATE] [TIME]-[TIME]<br>Shutoff times may be delayed if winds arrive later than forecast.<br>ESTIMATED RESTORATION: [DAY], [DATE] by [TIME]<br>Restoration time may change depending on weather and equipment damage. |

(Repeat for first 50 premises that would be affected)

We will provide daily updates until your power has been restored.

For more information visit pge.com/pspsupdates or call 1-800-743-5002.

**ADDITIONAL RESOURCES**

- If you rely on power to operate life-sustaining medical devices or have access and functional needs, additional support may be available. For more information, visit pge.com/disabilityandaging.

## CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

## All Customers



**1** Advanced Notification
**2** PSPS Watch
**3** PSPS Warning
**4** Cancellation Notification
**5** PSPS Update
**6** Weather All Clear
**7** Power Restoration

## EMAIL (MULTI PREM) CONT.

- To view city/county level information, including Community Resource Centers where you can charge devices visit pge.com/pspsupdates.
- To look up additional addresses that may be affected, visit pge.com/addresslookup.
- To view a general area map of the potential outage area, visit pge.com/pspsmaps.
- Get outage tips and a sample emergency plan at pge.com/outageprep.
- For generator safety tips visit pge.com/generatorsafety.
- To learn more about Public Safety Power Shutoffs including the criteria used to turn off power, visit pge.com/psps.
- For a 7-day Public Safety Power Shutoff forecast visit pge.com/pspsweather.
- If you see a downed power line, assume it is energized and extremely dangerous. Report immediately by calling 911.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

## All Customers



**1** Advanced Notification   **2** PSPS Watch   **3** PSPS Warning   **4** Cancellation Notification   **5** PSPS Update   **6** Weather All Clear   **7** Power Restoration

### PHONE/VOICE (SINGLE PREM)

This is PG&E calling on [DAY, DATE] at [TIME] with a PSPS outage alert. To continue in English press 1. Crews have successfully restored power at [ADDRESS]. If your power is still out in this location, please visit pge.com/outages or call 1-800-743-5002. We apologize for the disruption and we appreciate your patience. Press # to repeat this message. Thank you. Goodbye.

### PHONE (MULTI PREM)

This is PG&E calling on [DAY, DATE] at [TIME] with a PSPS outage alert. To continue in English press 1. Crews have successfully restored power to [NUMBER of SPIDS FOR MULTI PREM] of your meters. The meters at the following addresses: [ADDRESS #1], [ADDRESS #2], [ADDRESS #3] have been restored. Please get ready to write down the following information. To view details for all [NUMBER of SPIDS FOR MULTI PREM] of your affected meters, visit pge.com/myaddresses and enter this phone number [XXX-XXX-XXXX] plus the following 4-digit PIN [ZZZZ] when prompted. To repeat how to get details for all of your affected meters, press *. If your power is still out at any of these locations, please visit pge.com/outages or call 1-800-743-5002. We apologize for the disruption and we appreciate your patience. Press # to repeat this message. To repeat how to get details for all of your affected meters, press *. Thank you. Goodbye.

### TEXT (SINGLE PREM)

PG&E PSPS Outage Alert [DATE]: Crews have successfully restored power at your location, [PREMISE ADDRESS]. If your power is still out in this location, please visit pge.com/outages or call 1-800-743-5002. For other languages: pge.com/pspsupdates

### TEXT (MULTI PREM)

PG&E PSPS Outage Alert [DATE]: Crews have successfully restored power to [NUMBER of SPIDS FOR MULTI PREM] of your meters. Meter list: [pge.bz/12345]. For other languages: pge.com/pspsupdates

## All Customers



1 **Advanced Notification**  2 **PSPS Watch**  3 **PSPS Warning**  4 **Cancellation Notification**  5 **PSPS Update**  6 **Weather All Clear**  7 **Power Restoration**

### EMAIL (SINGLE PREM)

**SUBJECT:** PSPS Outage Alert: Power restored

**HEADER LINKS:**

español   中文   tiếng việt   Tagalog   한국어   русский язык
فارسی   عربى   Hmoob   ខ្មែរ   日本語   ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD:** Power Restored

Crews have successfully restored power at: [ADDRESS, CITY, STATE, COUNTY].  We apologize for the disruption and we appreciate your patience. If your power is still out in this location, please visit pge.com/outages or call 1-800-743-5002.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

### EMAIL (MULTI PREM)

**SUBJECT:** PSPS Outage Alert: Power restored

**HEADER LINKS:**

español   中文   tiếng việt   Tagalog   한국어   русский язык
فارسی   عربى   Hmoob   ខ្មែរ   日本語   ਪੰਜਾਬੀ

**HEADLINE:** Public Safety Power Shutoff

**SUBHEAD**: Power Restored

Crews have successfully restored power at the following locations:

NUMBER OF METERS RESTORED: [NUMBER of SPIDs FOR MULTI PREM]

**\*\*Due to email size limits a maximum of 50 meter locations is shown\*\***

[VIEW ALL RESTORED LOCATIONS/DOWNLOAD A LIST OF ALL RESTORED LOCATIONS]

### CONTINUED ON NEXT PAGE

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires. "PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# All Customers



**① Advanced Notification**   **② PSPS Watch**   **③ PSPS Warning**   **④ Cancellation Notification**   **⑤ PSPS Update**   **⑥ Weather All Clear**   **⑦ Power Restoration**

## EMAIL (MULTI PREM) CONT.

| | |
|---|---|
| 1. | ADDRESS: [ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID] |
| 2. | ADDRESS: [ADDRESS, CITY, STATE, COUNTY]<br>METER ID: [METER ID]<br>SERVICE AGREEMENT: [SERVICE AGREEMENT ID] |

(Repeat for first 50 premises that would be affected)

We apologize for the disruption and we appreciate your patience.

If your power is still out, please visit pge.com/outages or call 1-800-743-5002.

Thank you,

PG&E Customer Service

Message sent at [DATE, TIME]

NOTE: To protect against spam, some email providers may delay delivery

*Some of the measures included in this email are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.*

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# All Customers: Microgrid Update Notification***

## PHONE/VOICE

This is PG&E calling with a PSPS outage alert. For information in another language call 1-800-743-5002. Weather conditions have improved and crews are inspecting equipment to determine how quickly we can safely restore power to the electric grid. As we work to transition you from backup power to the electric grid, you will experience a power outage of up to four hours. For updates and information in more languages, visit pge.com/backuprestoration or call 1-800-743-5002. Thank you. Goodbye.

*** As-needed only.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 09/17/2020

# Transmission and Wholesale Customer Notifications

PG&E will make every effort to provide notifications to Transmission-level and Wholesale Customers through:

- Automated/Live Calls

- Text Messages

- Emails

PG&E will continue to support these customers through two PG&E contacts:

- Critical Infrastructure Lead (CIL) automated notification and/or Customer Relationship Manager leading up to the de-energization

- Grid Control Center (GCC) operators during de-energization and re-energization

**The following outlines the various notifications PG&E will send prior to, during and after a PSPS event:**



**PSPS Watch 2-Days**
(Automated Notification
Approx. Two Days
Before Event)

**PSPS Watch 1-Day**
(Automated Notification
Approx. One Day
Before Event)

**PSPS Warning**
(Live Call - No Script)

**Fault Duty Event**
(Live Call - As Needed)

**Power Restoration**
(Live Call)

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 10/05/2020

# Transmission and Wholesale Customers



**①** PSPS Watch 2-Days
**(Automated Notification Approx. Two Days Before Event)**

**②** PSPS Watch 1-Day
**(Automated Notification Approx. One Day Before Event)**

**③** PSPS Warning
**(Live Call - No Script)**

**④** Fault Duty Event
**(Live Call - As Needed)**

**⑤** Power Restoration
**(Live Call)**

## PHONE (RECORDING)

This is an important safety alert from Pacific Gas and Electric Company, calling on [DATE]. Gusty winds and dry conditions, combined with a heightened fire risk, are forecasted in the next [NUMBER OF HOURS] hours and may impact transmission-level electric service. If these conditions persist, PG&E may need to turn off power for safety. Please have your emergency plan ready in case we need to turn off power for public safety. Outages could last for multiple days. We will continue to monitor conditions and will contact you with further updates. If you have any specific questions or concerns, please contact the PG&E Transmission Grid Control Center at [PHONE NUMBER]. For more information, including regular updates, please visit pge.com/psps. Thank you.

**①** PSPS Watch 2-Days
**(Automated Notification Approx. Two Days Before Event)**

**②** PSPS Watch 1-Day
**(Automated Notification Approx. One Day Before Event)**

**③** PSPS Warning
**(Live Call - No Script)**

**④** Fault Duty Event
**(Live Call - As Needed)**

**⑤** Power Restoration
**(Live Call)**

## PHONE (RECORDING)

This is an important safety alert from Pacific Gas and Electric Company, calling on [DATE]. Gusty winds and dry conditions, combined with a heightened fire risk, are forecasted in the next [NUMBER OF HOURS] hours and may impact transmission-level electric service. If these conditions persist, PG&E may need to turn off power for safety. Please have your emergency plan ready in case we need to turn off power for public safety. Outages could last for multiple days. We will continue to monitor conditions and will contact you with further updates. If you have any specific questions or concerns, please contact the PG&E Transmission Grid Control Center at [PHONE NUMBER]. For more information, including regular updates, please visit pge.com/psps. Thank you.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 10/05/2020

# Transmission and Wholesale Customers



**① PSPS Watch 2-Days**
(Automated Notification Approx. Two Days Before Event)

**② PSPS Watch 1-Day**
(Automated Notification Approx. One Day Before Event)

**③ PSPS Warning**
(Live Call - No Script)

**④ Fault Duty Event**
(Live Call - As Needed)

**⑤ Power Restoration**
(Live Call)

## PHONE (LIVE CALL)

This is [NAME] at PG&E calling regarding grid conditions expected to commence [TIME, DATE] due to Public Safety Power Shutoff events. These events will cause significant power flow deviations that may have a significant impact on the fault duty at your point of interconnection. We do not expect your facility to lose power during the current event, but we do anticipate a fault duty drop that should be evaluated in order for your protective equipment to continue to operate as designed. Please have your facility's Protection Engineer or 3rd party protection contractor contact PG&E System Protection Engineering at [PHONE NUMBER] as soon as possible. PG&E's Protection Engineering will give your protection specialist the anticipated fault duty needed for protection settings during this event. Thank you.



**① PSPS Watch 2-Days**
(Automated Notification Approx. Two Days Before Event)

**② PSPS Watch 1-Day**
(Automated Notification Approx. One Day Before Event)

**③ PSPS Warning**
(Live Call - No Script)

**④ Fault Duty Event**
(Live Call - As Needed)

**⑤ Power Restoration**
(Live Call)

## PHONE (LIVE CALL)

This is [NAME] at PG&E calling regarding grid conditions. PG&E has restored all services back to normal operations for this Public Safety Shutoff event. If you have made any changes to your fault duty settings for this event, do reset it to normal operations. Should you have any questions, please have your facility's Protection Engineer or 3rd party protection contractor contact PG&E System Protection Engineering at [PHONE NUMBER] for support.

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2020 Pacific Gas and Electric Company. All rights reserved. 10/05/2020

PACIFIC GAS AND ELECTRIC COMPANY

APPENDIX D

SECTION 7 – LOCAL COMMUNITY REPRESENTATIVES CONTACTED

*Table D-1. Local Community Representatives Contacted*

*Dates marked with an asterisk (\*) are representatives who received multiple notifications during the event.*

| Organization/Jurisdiction | Title | Classification (Tier 2/3, Zone 1) | Date |
|---|---|---|---|
| Alpine County | Undersheriff (24-hour) | Tier 2/3 | 9/25/2020* |
| Alpine County | OES Director (24-hour) | Tier 2/3 | 9/25/2020* |
| Alpine County | City Hall, Designated POC | Tier 2/3 | 9/25/2020* |
| Alpine County - Bear Valley Fire Department | General (24-hour) | Tier 2/3 | 9/25/2020* |
| Alpine County - Fire Department | General (24-hour) | Tier 2/3 | 9/25/2020* |
| Alpine County - OES | Emergency | Tier 2/3 | 9/25/2020* |
| Alpine County - Sheriff's Office | Dispatch (24-hour) | Tier 2/3 | 9/25/2020* |
| Alpine County - Sheriff's Office | ASO | Tier 2/3 | 9/25/2020 |
| Alturas Rancheria of Pit River | Chairperson | N/A | 9/24/2020 |
| Amador County | Sheriff (24-hour) | Tier 2/3 | 9/25/2020* |
| Amador County | County Administrative Officer | Tier 2/3 | 9/25/2020* |
| Amador County | OES Director | Tier 2/3 | 9/25/2020* |
| Amador County | Chair of the Board | Tier 2/3 | 9/25/2020* |
| Amador County | OES Coordinator (24-hour), Designated POC | Tier 2/3 | 9/25/2020* |
| Amador County | Fire Chief | Tier 2/3 | 9/25/2020* |
| Amador County - CAL FIRE | Unit Chief | Tier 2/3 | 9/25/2020* |
| Amador County - Sheriff's Office | DS1 | Tier 2/3 | 9/25/2020 |
| Amador-El Dorado CAL FIRE | Duty Captain | Tier 2/3 | 9/25/2020 |
| Amador-El Dorado CAL FIRE | Duty Captain | Tier 2/3 | 9/25/2020 |
| AMR/Redcom | Comm. Supervisor | N/A | 9/25/2020 |
| Arvin - Police Department | Dispatcher | N/A | 9/23/2020 |
| Auburn | Mayor | Tier 2/3 and Zone 1 | 9/23/2020* |
| Auburn | Local CAL FIRE | Tier 2/3 and Zone 1 | 9/23/2020* |
| Auburn | City Manager; Designated POC | Tier 2/3 and Zone 1 | 9/23/2020 |
| Auburn | Fire Chief | Tier 2/3 and Zone 1 | 9/23/2020* |
| Auburn | Police Chief | Tier 2/3 and Zone 1 | 9/23/2020* |
| Auburn - Police Department | Dispatcher | Tier 2/3 and Zone 1 | 9/23/2020 |
| Bakersfield - Police Department | Dispatch Supervisor | Tier 2/3 | 9/23/2020 |
| Beale Air Force Security Forces | Sergeant | N/A | 9/23/2020 |
| Big Valley Rancheria | Chairman | N/A | 9/25/2020 |
| Buena Vista Rancheria of Me-Wuk Indians | Chairperson | Tier 2/3 | 9/25/2020 |
| Butte County | Probation Officer | Tier 2/3 | 9/23/2020* |
| Butte County | General CAL FIRE (24-hour) | Tier 2/3 | 9/23/2020* |
| Butte County | Emergency Services Officer | Tier 2/3 | 9/24/2020* |
| Butte County | Sheriff | Tier 2/3 | 9/23/2020* |
| Butte County | General Services Director | Tier 2/3 | 9/23/2020* |
| Butte County | Public Health Director | Tier 2/3 | 9/23/2020* |

| Organization/Jurisdiction | Title | Classification (Tier 2/3, Zone 1) | Date |
|---|---|---|---|
| Butte County - CAL FIRE | Assistant Chief | Tier 2/3 | 9/24/2020* |
| Butte County - CAL FIRE | Com Operator | Tier 2/3 | 9/23/2020 |
| Butte County - County Administration | General | Tier 2/3 | 9/23/2020* |
| Butte County - County Administration | General | Tier 2/3 | 9/23/2020* |
| Butte County - County Administration | General | Tier 2/3 | 9/23/2020* |
| Butte County - County Administration | Chief Administrative Officer; Designated POC | Tier 2/3 | 9/23/2020* |
| Butte County - County Administration | General | Tier 2/3 | 9/23/2020* |
| Butte County - County Administration | General | Tier 2/3 | 9/23/2020* |
| Butte County - County Administration | General | Tier 2/3 | 9/23/2020* |
| Butte County - County Administration | General | Tier 2/3 | 9/23/2020* |
| Butte County - County Dev. Services | General | Tier 2/3 | 9/23/2020* |
| Butte County - Dept. of Employment and Social Services | General | Tier 2/3 | 9/23/2020* |
| Butte County - Dept. of Employment and Social Services | General | Tier 2/3 | 9/23/2020* |
| Butte County - Public Health | General | Tier 2/3 | 9/23/2020* |
| Butte County - Public Health | General | Tier 2/3 | 9/23/2020* |
| Butte County - Public Works | General | Tier 2/3 | 9/23/2020* |
| Butte County - Public Works | Assistant Director | Tier 2/3 | 9/23/2020* |
| Butte County - Public Works | Director | Tier 2/3 | 9/23/2020* |
| Butte County - RDMHS | General | Tier 2/3 | 9/23/2020* |
| Butte County - Sheriff's Department | General | Tier 2/3 | 9/23/2020* |
| Butte County - Sheriff's Office | Dispatcher | Tier 2/3 | 9/25/2020 |
| Butte Tribal Council | General | Tier 2/3 | 9/23/2020* |
| CAL FIRE - Shasta/Trinity | Deputy Chief | Tier 2/3 | 9/23/2020 |
| CAL FIRE - Sonoma/Lake/Napa | Dispatch Captain | Tier 2/3 | 9/25/2020 |
| CAL FIRE - Sonoma/Lake/Napa | Dispatch Captain | Tier 2/3 | 9/25/2020 |
| CAL FIRE - Sonoma/Lake/Napa | ECC Duty | Tier 2/3 | 9/25/2020 |
| Calaveras County | County Executive Officer | Tier 2/3 and Zone 1 | 9/25/2020* |
| Calaveras County | Local Cal Fire (24-hour) | Tier 2/3 and Zone 1 | 9/25/2020* |
| Calaveras County | Fire Chief | Tier 2/3 and Zone 1 | 9/25/2020* |
| Calaveras County | Chair of the Board | Tier 2/3 and Zone 1 | 9/25/2020* |
| Calaveras County | OES Director (24-hour), Designated POC | Tier 2/3 and Zone 1 | 9/25/2020* |
| Calaveras County - OES | General | Tier 2/3 and Zone 1 | 9/25/2020* |
| Calaveras County - Sheriff's Office | Non-Emergency (24-hour) | Tier 2/3 and Zone 1 | 9/25/2020* |
| Calaveras County Sheriff's Office | Dispatcher | Tier 2/3 and Zone 1 | 9/23/2020 |
| Calistoga - Police Department | Dispatcher | Tier 2/3 and Zone 1 | 9/25/2020 |
| Chico | Police Chief | Tier 2/3 | 9/23/2020* |
| Chico | City Manager; Designated POC | Tier 2/3 | 9/23/2020 |
| Chico | Mayor | Tier 2/3 | 9/23/2020* |
| Chico | Fire Chief | Tier 2/3 | 9/23/2020* |
| Chico - Fire Department | General | Tier 2/3 | 9/23/2020 |

| Organization/Jurisdiction | Title | Classification (Tier 2/3, Zone 1) | Date |
|---|---|---|---|
| Chico - Police Department | General | Tier 2/3 | 9/23/2020 |
| Chico - Police Department | Dispatcher | Tier 2/3 | 9/23/2020 |
| Chico State University | Dispatcher | Tier 2/3 | 9/23/2020 |
| Clearlake - Police Department | Police Chief | Tier 2/3 | 9/26/2020 |
| Cloverdale - Police Department | Operator | Tier 2/3 | 9/25/2020 |
| Cloverdale Rancheria | Vice Chairperson | Tier 2/3 | 9/25/2020 |
| Colfax | City Manager; Designated POC (24-hour) | Tier 2/3 | 9/23/2020* |
| Colfax | Mayor | Tier 2/3 | 9/23/2020* |
| Colfax - Fire Department | General | Tier 2/3 | 9/23/2020* |
| Colfax - Sheriff's Office | Substation (24-hour) | Tier 2/3 | 9/23/2020* |
| Corning City | Dispatcher | N/A | 9/25/2020 |
| Cotati - Police Department | Dispatcher | Tier 2/3 | 9/25/2020 |
| Delano - Police Department | Dispatch Supervisor | N/A | 9/26/2020 |
| Dry Creek Rancheria Band of Pomo Indians | Chairman | Tier 2/3 | 9/25/2020 |
| El Dorado County | Chief Administrative Officer | Tier 2/3 | 9/23/2020* |
| El Dorado County | OES Director | Tier 2/3 | 9/23/2020* |
| El Dorado County | General (24-hour) | Tier 2/3 | 9/23/2020* |
| El Dorado County | Sheriff | Tier 2/3 | 9/23/2020* |
| El Dorado County | Chair of the Board | Tier 2/3 | 9/23/2020* |
| El Dorado County | Health and Human Services | Tier 2/3 | 9/23/2020* |
| El Dorado County | Local CAL FIRE | Tier 2/3 | 9/23/2020* |
| El Dorado County | Fire Chief | Tier 2/3 | 9/23/2020* |
| El Dorado County - OES | General | Tier 2/3 | 9/23/2020 |
| El Dorado County- OES | General (24-hour) | Tier 2/3 | 9/23/2020* |
| El Dorado County Sheriff's Office | Dispatch Supervisor | Tier 2/3 | 9/25/2020 |
| Elem Indian Colony | Chairperson | Tier 2/3 | 9/25/2020 |
| Enterprise Rancheria of Maidu Indians | Chairwoman | Tier 2/3 | 9/23/2020* |
| Enterprise Rancheria of Maidu Indians | Casino Director of Security (24-hour) | Tier 2/3 | 9/23/2020* |
| Enterprise Rancheria of Maidu Indians | Tribal Administration | Tier 2/3 | 9/24/2020* |
| Federated Indians of Graton Rancheria | Chairman | Tier 2/3 | 9/25/2020 |
| Grass Valley | Fire Chief (24-hour) | Tier 2/3 | 9/23/2020* |
| Grass Valley | Police Chief | Tier 2/3 | 9/23/2020* |
| Grass Valley | City Manager; Designated POC | Tier 2/3 | 9/23/2020* |
| Grass Valley | Mayor | Tier 2/3 | 9/23/2020* |
| Greenville Rancheria | Vice Chairperson | Tier 2/3 | 9/23/2020 |
| Greenville Rancheria | Chairman | Tier 2/3 | 9/24/2020* |
| Gridley - Police Department | Dispatcher | N/A | 9/23/2020 |
| Healdsburg | Dispatcher | Tier 2/3 | 9/25/2020 |
| Ione Band of Miwok Indians | Chairperson | Tier 2/3 | 9/25/2020 |
| Jackson Rancheria | Chairperson | Tier 2/3 | 9/25/2020 |

| Organization/Jurisdiction | Title | Classification (Tier 2/3, Zone 1) | Date |
|---|---|---|---|
| Kawaiisu Tribe | Chairperson | Tier 2/3 | 9/25/2020 |
| Kern County | CAO; Designated POC | Tier 2/3 | 9/25/2020 |
| Kern County | Manager; Designated POC | Tier 2/3 | 9/25/2020* |
| Kern County - ECC | Dispatcher | Tier 2/3 | 9/26/2020 |
| Kern County - Fire Department | Emergency (24-hour) | Tier 2/3 | 9/25/2020* |
| Kern County - OES | Emergency Supervisor (24-hour) | Tier 2/3 | 9/25/2020 |
| Kern County - OES | Emergency (24-hour) | Tier 2/3 | 9/25/2020 |
| Kern County - Sheriff's Office | Emergency (24-hour) | Tier 2/3 | 9/25/2020 |
| Kern County - Sheriff's Office | General (24-hour) | Tier 2/3 | 9/25/2020* |
| Kern County - Sheriff's Office | Dispatch Supervisor | Tier 2/3 | 9/26/2020 |
| Kern Valley Indian Council | Historic Preservation Officer | Tier 2/3 | 9/25/2020 |
| Lake County | OES Emergency Director; Designated POC (24-hour) | Tier 2/3 | 9/25/2020* |
| Lake County | Administrator | Tier 2/3 | 9/25/2020* |
| Lake County | County Administrative Officer | Tier 2/3 | 9/25/2020* |
| Lake County | CAL FIRE (24-hour) | Tier 2/3 | 9/25/2020* |
| Lake County | Undersheriff | Tier 2/3 | 9/25/2020* |
| Lake County | Sheriff | Tier 2/3 | 9/25/2020* |
| Lake County | Chair of the Board | Tier 2/3 | 9/25/2020* |
| Lake County | Lieutenant | Tier 2/3 | 9/25/2020* |
| Lake County | Dispatch; Designated POC (24-hour) | Tier 2/3 | 9/25/2020* |
| Lake County - Sheriff's Office | Dispatch Supervisor | Tier 2/3 | 9/26/2020 |
| Lassen County | Assistant Director of Emergency Services | Tier 2/3 | 9/25/2020 |
| Lassen County - Sheriff's Office | Dispatcher | Tier 2/3 | 9/25/2020 |
| Lincoln | Interim City Manager; Designated POC | Tier 2/3 | 9/23/2020* |
| Lincoln - Police Department | Emergency (24-hour) | Tier 2/3 | 9/23/2020 |
| Lincoln - Police Department | Sergeant | Tier 2/3 | 9/25/2020 |
| Loomis | Mayor | Tier 2/3 | 9/23/2020* |
| Loomis | Town Manager; Designated POC | Tier 2/3 | 9/23/2020* |
| Loomis | Fire Chief | Tier 2/3 | 9/23/2020* |
| Loomis - Sheriff's Office | Substation (24-hour) | Tier 2/3 | 9/23/2020 |
| Lower Lake Rancheria | Chairman | Tier 2/3 | 9/25/2020 |
| Lytton Rancheria | Chairwoman | Tier 2/3 | 9/25/2020 |
| Marysville | City Manager; Designated POC | N/A | 9/23/2020* |
| Marysville | Mayor | N/A | 9/23/2020* |
| Marysville | Fire Chief | N/A | 9/23/2020 |
| Marysville - Police Department | Supervisor Dispatch | N/A | 9/23/2020 |
| McFarland - Police Department | Dispatcher | N/A | 9/26/2020 |
| Mechoopda Indian Tribe | Chairman | Tier 2/3 | 9/24/2020 |
| Middletown Rancheria | Chairman | Tier 2/3 | 9/25/2020 |
| Mooretown Rancheria | Chairman | Tier 2/3 | 9/24/2020* |

| Organization/Jurisdiction | Title | Classification (Tier 2/3, Zone 1) | Date |
|---|---|---|---|
| Mooretown Rancheria | Casino Operations | Tier 2/3 | 9/23/2020* |
| Napa - Central Dispatch | Supervisor | Tier 2/3 | 9/25/2020 |
| Napa - State Hospital | Dispatcher | Tier 2/3 | 9/25/2020 |
| Napa County | Emergency Coordinator (24-hour) | Tier 2/3 | 9/25/2020* |
| Napa County | OES General | Tier 2/3 | 9/25/2020* |
| Napa County | Local CAL FIRE | Tier 2/3 | 9/25/2020* |
| Napa County | Info Systems Specialist | Tier 2/3 | 9/25/2020* |
| Napa County | Sheriff | Tier 2/3 | 9/25/2020* |
| Napa County | County Executive Officer | Tier 2/3 | 9/25/2020* |
| Napa County | OES Coordinator | Tier 2/3 | 9/25/2020* |
| Napa County | Chair of the Board | Tier 2/3 | 9/25/2020* |
| Napa County | Risk and Emergency Services Manager | Tier 2/3 | 9/25/2020* |
| Napa County | Emergency Services Manager | Tier 2/3 | 9/25/2020* |
| Napa County - CCA | Chief Operating Officer | Tier 2/3 | 9/25/2020* |
| Napa County - CCA | Director of Public Affairs | Tier 2/3 | 9/25/2020* |
| Napa County - CCA | CEO | Tier 2/3 | 9/25/2020* |
| Napa County - Fire Department | Non-Emergency (24-hour) | Tier 2/3 | 9/25/2020* |
| Napa County - OES | General | Tier 2/3 | 9/25/2020* |
| Nevada City | Police Chief | Tier 2/3 and Zone 1 | 9/23/2020* |
| Nevada City | City Manager; Designated POC | Tier 2/3 and Zone 1 | 9/23/2020* |
| Nevada City | Mayor | Tier 2/3 and Zone 1 | 9/23/2020* |
| Nevada City - OES | General | Tier 2/3 and Zone 1 | 9/23/2020* |
| Nevada County | OES Manager; Designated POC | Tier 2/3 | 9/25/2020* |
| Nevada County | OES Director | Tier 2/3 | 9/23/2020* |
| Nevada County - CAL FIRE | Chief | Tier 2/3 | 9/23/2020* |
| Nevada County - Fire Department | Division Chief (24-hour) | Tier 2/3 | 9/23/2020* |
| Nevada County - Fire Department | General | Tier 2/3 | 9/23/2020* |
| Nevada County - OES | General | Tier 2/3 | 9/23/2020* |
| Nevada County - Sheriff's Office | General (24-hour) | Tier 2/3 | 9/23/2020* |
| Nevada County - Sheriff's Office | Sergeant | Tier 2/3 | 9/25/2020 |
| Nevada/Placer/Yuba CAL FIRE | ECC Duty | Tier 2/3 | 9/23/2020 |
| Nevada/Placer/Yuba CAL FIRE | ECC Duty | Tier 2/3 | 9/23/2020 |
| Oroville | City Manager; Designated POC | Tier 2/3 | 9/23/2020* |
| Oroville | City Administrator | Tier 2/3 | 9/23/2020* |
| Oroville | Mayor | Tier 2/3 | 9/23/2020* |
| Oroville | Dispatcher | Tier 2/3 | 9/23/2020 |
| Oroville - Fire Department | General (24-hour) | Tier 2/3 | 9/23/2020* |
| Paradise | Town Manager; Designated POC | Tier 2/3 and Zone 1 | 9/23/2020* |
| Paradise | Mayor | Tier 2/3 and Zone 1 | 9/23/2020* |
| Paradise | General CAL FIRE (24-hour) | Tier 2/3 and Zone 1 | 9/23/2020* |

| Organization/Jurisdiction | Title | Classification (Tier 2/3, Zone 1) | Date |
|---|---|---|---|
| Paradise | Dispatcher | Tier 2/3 and Zone 1 | 9/23/2020 |
| Paradise - City Administration | General | Tier 2/3 and Zone 1 | 9/23/2020* |
| Paradise - City Administration | General | Tier 2/3 and Zone 1 | 9/23/2020* |
| Paradise - Police Department | General | Tier 2/3 and Zone 1 | 9/23/2020* |
| Paskenta Rancheria | Chairman | Tier 2/3 | 9/24/2020 |
| Petaluma | Dispatcher | Tier 2/3 | 9/25/2020 |
| Pit River Tribes | General | Tier 2/3 | 9/24/2020 |
| Placer County | Envir. Utilities Manager | Tier 2/3 | 9/23/2020* |
| Placer County | Lieutenant - PCSO | Tier 2/3 | 9/23/2020* |
| Placer County | Deputy Director | Tier 2/3 | 9/23/2020* |
| Placer County | IT Supervisor | Tier 2/3 | 9/23/2020* |
| Placer County | Sergeant - PCSO | Tier 2/3 | 9/23/2020* |
| Placer County | Deputy Director | Tier 2/3 | 9/23/2020* |
| Placer County | Deputy Director | Tier 2/3 | 9/23/2020* |
| Placer County | Sergeant - PCSO | Tier 2/3 | 9/23/2020* |
| Placer County | Assistant Chief | Tier 2/3 | 9/23/2020* |
| Placer County | Building Maintenance Superintendent | Tier 2/3 | 9/23/2020* |
| Placer County | Assistant Director | Tier 2/3 | 9/23/2020* |
| Placer County | County Executive Officer | Tier 2/3 | 9/23/2020* |
| Placer County | IT Manager | Tier 2/3 | 9/23/2020* |
| Placer County | Lieutenant - PCSO | Tier 2/3 | 9/23/2020* |
| Placer County | Placer Facilities Mgt Emergency Line | Tier 2/3 | 9/23/2020* |
| Placer County | Health Officer | Tier 2/3 | 9/23/2020* |
| Placer County | IT Supervisor | Tier 2/3 | 9/23/2020* |
| Placer County | Sergeant - PCSO | Tier 2/3 | 9/23/2020* |
| Placer County | Sergeant - PCSO | Tier 2/3 | 9/23/2020* |
| Placer County | OES Asst Director; Designated POC (24-hour) | Tier 2/3 | 9/23/2020* |
| Placer County | Em Services Specialist | Tier 2/3 | 9/23/2020* |
| Placer County | Em Services Coord | Tier 2/3 | 9/23/2020* |
| Placer County | Emergency Service Coordinator | Tier 2/3 | 9/25/2020 |
| Placer County | Program Manager | Tier 2/3 | 9/23/2020* |
| Placer County | Lieutenant - PCSO | Tier 2/3 | 9/23/2020* |
| Placer County | Lieutenant - PCSO | Tier 2/3 | 9/23/2020* |
| Placer County | Sheriff Dispatch (24-hour) | Tier 2/3 | 9/23/2020* |
| Placer County | Roads Manager | Tier 2/3 | 9/23/2020* |
| Placer County | CIO | Tier 2/3 | 9/23/2020* |
| Placer County | Deputy Chief | Tier 2/3 | 9/23/2020* |
| Placer County | Director | Tier 2/3 | 9/23/2020* |
| Placer County | IT Manager | Tier 2/3 | 9/23/2020* |
| Placer County | Lieutenant - PCSO | Tier 2/3 | 9/23/2020* |

| Organization/Jurisdiction | Title | Classification (Tier 2/3, Zone 1) | Date |
|---|---|---|---|
| Placer County - CAL FIRE | Battalion Chief | Tier 2/3 | 9/23/2020* |
| Placer County - CAL FIRE | Battalion Chief | Tier 2/3 | 9/23/2020* |
| Placer County - CAL FIRE | Battalion Chief | Tier 2/3 | 9/23/2020* |
| Placer County - CAL FIRE | Battalion Chief | Tier 2/3 | 9/23/2020* |
| Placer County - CAL FIRE | Emergency Command Center (24-hour) | Tier 2/3 | 9/23/2020* |
| Placer County - CAL FIRE | Battalion Chief | Tier 2/3 | 9/23/2020* |
| Placer County - CAL FIRE | Battalion Chief | Tier 2/3 | 9/23/2020* |
| Placer County - CCA | Marketing and Government Affairs Manager | Tier 2/3 | 9/23/2020* |
| Placer County - IT | Main Telecom Number | Tier 2/3 | 9/23/2020* |
| Placer County - OES | Duty Officer | Tier 2/3 | 9/23/2020* |
| Placer County - OES | General | Tier 2/3 | 9/23/2020* |
| Placer County - Sheriff's Office | Supervisor | Tier 2/3 | 9/23/2020 |
| Placerville | City Manager; Designated POC | Tier 2/3 and Zone 1 | 9/23/2020* |
| Placerville | OES Director | Tier 2/3 and Zone 1 | 9/23/2020* |
| Placerville | Police Chief | Tier 2/3 and Zone 1 | 9/23/2020* |
| Placerville | Mayor | Tier 2/3 and Zone 1 | 9/23/2020* |
| Placerville | Night Dispatcher | Tier 2/3 and Zone 1 | 9/23/2020 |
| Placerville - Fire Department | Station 19 (24-hour) | Tier 2/3 and Zone 1 | 9/23/2020* |
| Plumas County | CAO; Designated POC | Tier 2/3 | 9/23/2020* |
| Plumas County | Public Works Director | Tier 2/3 | 9/23/2020* |
| Plumas County | CAL FIRE (24-hour) | Tier 2/3 | 9/23/2020* |
| Plumas County | Main Office | Tier 2/3 | 9/23/2020* |
| Plumas County | MHOAC (24-hour) | Tier 2/3 | 9/23/2020* |
| Plumas County | OES Director (24-hour) | Tier 2/3 | 9/24/2020* |
| Plumas County - Public Health | General | Tier 2/3 | 9/23/2020* |
| Plumas County - Sheriff's Office | Dispatch | Tier 2/3 | 9/23/2020* |
| Plumas County - Sheriff's Office | Dispatcher | Tier 2/3 | 9/23/2020 |
| Plumas County - Social Services | Director (24-hour) | Tier 2/3 | 9/23/2020* |
| Red Bluff | Dispatcher | Tier 2/3 | 9/25/2020 |
| Redding Rancheria | Safety Manager | Tier 2/3 | 9/24/2020 |
| Robinson Rancheria | Tribal Administrator | Tier 2/3 | 9/25/2020 |
| Rocklin | City Manager; Designated POC | Tier 2/3 | 9/23/2020* |
| Rocklin - Police Department | Sergeant | Tier 2/3 | 9/23/2020 |
| Rohnert Park Public Safety | Dispatcher | Tier 2/3 | 9/25/2020 |
| Roseville | Dispatcher | Tier 2/3 | 9/25/2020 |
| Santa Rosa City Police | Sergeant | Tier 2/3 | 9/25/2020 |
| Santa Rosa Jr College - Police Department | Sergeant | Tier 2/3 | 9/25/2020 |
| Scotts Valley Band of Pomo Indians | Chairman | Tier 2/3 | 9/25/2020 |
| Sebastopol Police | Dispatcher | N/A | 9/25/2020 |
| Sequoia National Forest | Dispatch Supervisor | Tier 2/3 | 9/26/2020 |

| Organization/Jurisdiction | Title | Classification (Tier 2/3, Zone 1) | Date |
|---|---|---|---|
| SHASCOM | SCSO Sargeant | N/A | 9/23/2020 |
| Shasta County | OES Director | Tier 2/3 | 9/23/2020* |
| Shasta County | Fire Chief | Tier 2/3 | 9/23/2020* |
| Shasta County | PIO | Tier 2/3 | 9/25/2020* |
| Shasta County | Undersheriff | Tier 2/3 | 9/23/2020* |
| Shasta County | OES | Tier 2/3 | 9/23/2020* |
| Shasta County | Chair of the Board | Tier 2/3 | 9/23/2020* |
| Shasta County | Sergeant | Tier 2/3 | 9/23/2020* |
| Shasta County - American Medical Response | General | Tier 2/3 | 9/23/2020* |
| Shasta County - CAL FIRE | ECC | Tier 2/3 | 9/23/2020* |
| Shasta County - CAL FIRE | Local Cal Fire | Tier 2/3 | 9/23/2020* |
| Shasta County - County Administration | Designated POC | Tier 2/3 | 9/23/2020* |
| Shasta County - HHS | General | Tier 2/3 | 9/23/2020* |
| Shasta County - HHSA | General | Tier 2/3 | 9/23/2020* |
| Shasta County - Office of Assemblyman | District Director | Tier 2/3 | 9/23/2020* |
| Shasta County - PHI Air Medical | General | Tier 2/3 | 9/23/2020* |
| Shasta County - Public Health | General | Tier 2/3 | 9/23/2020* |
| Shasta County - Public Health | General | Tier 2/3 | 9/23/2020* |
| Shasta County - Public Health | General | Tier 2/3 | 9/23/2020* |
| Shasta County - Public Health | General | Tier 2/3 | 9/23/2020* |
| Shasta County - Public Health | General | Tier 2/3 | 9/23/2020* |
| Shasta County - Public Works | General | Tier 2/3 | 9/23/2020* |
| Shasta County - SHASCOM | Supervisor | Tier 2/3 | 9/23/2020* |
| Shasta County - SHASCOM | General | Tier 2/3 | 9/23/2020* |
| Shasta County - SHASCOM | Supervisor | Tier 2/3 | 9/23/2020* |
| Shasta County - Sheriff's Office | Captain | Tier 2/3 | 9/23/2020* |
| Shingle Springs Rancheria | Assistant Police Chief | Tier 2/3 | 9/25/2020* |
| Shingle Springs Rancheria | Chairwoman | Tier 2/3 | 9/24/2020* |
| Shingle Springs Rancheria | Housing Director | Tier 2/3 | 9/25/2020* |
| Shingle Springs Rancheria | Police Chief | Tier 2/3 | 9/25/2020* |
| Sierra County | Supervisor | Tier 2/3 | 9/25/2020* |
| Sierra County | OES Director (24-hour) | Tier 2/3 | 9/25/2020* |
| Sierra County | Chair of the Board | Tier 2/3 | 9/25/2020* |
| Sierra County | Superintendent | Tier 2/3 | 9/25/2020* |
| Sierra County | OES Coordinator; Designated POC | Tier 2/3 | 9/25/2020* |
| Sierra County | Fire Chief (24-hour) | Tier 2/3 | 9/25/2020* |
| Sierra County | Sheriff (24-hour) | Tier 2/3 | 9/25/2020* |
| Sierra County | Fire Chief (24-hour) | Tier 2/3 | 9/25/2020* |
| Sierra County | Supervisor | Tier 2/3 | 9/25/2020* |
| Sierra County | Dispatch Supervisor (24-hour) | Tier 2/3 | 9/25/2020* |

| Organization/Jurisdiction | Title | Classification (Tier 2/3, Zone 1) | Date |
|---|---|---|---|
| Sierra County Sheriff's Office | Dispatcher | Tier 2/3 | 9/23/2020 |
| Siskiyou County - OES | Deputy Director | Tier 2/3 | 9/23/2020 |
| Sonoma County - Sheriff's Office | Dispatcher | Tier 2/3 | 9/25/2020 |
| Sonoma/Lake/Napa CAL FIRE | Dispatch Captain | Tier 2/3 | 9/25/2020 |
| South Lake Tahoe | Night Dispatcher | Tier 2/3 | 9/23/2020 |
| St Helena - Police Department | Dispatcher | Tier 2/3 | 9/25/2020 |
| Stanislaus National Forest | ECC Supervisor | Tier 2/3 | 9/25/2020 |
| Stewarts Point Rancheria (Kashaya Pomo) | Chairman | Tier 2/3 | 9/25/2020 |
| Strawberry Valley Rancheria | Chairperson | Tier 2/3 | 9/23/2020* |
| Taft - Police Department | Dispatcher | N/A | 9/26/2020 |
| Tahoe National Forest | Dispatcher | Tier 2/3 | 9/23/2020 |
| Tahoe National Forest | Dispatcher | Tier 2/3 | 9/23/2020 |
| Tahoe National Forest | Dispatcher | Tier 2/3 | 9/23/2020 |
| Tehama County | CAO; Designated POC | Tier 2/3 | 9/23/2020* |
| Tehama County | OES Director (24-hour) | Tier 2/3 | 9/23/2020* |
| Tehama County | OES Deputy Director (24-hour) | Tier 2/3 | 9/23/2020* |
| Tehama County | Administrative Analyst (24-hour) | Tier 2/3 | 9/23/2020* |
| Tehama County - CAL FIRE | CAL FIRE (24-hour) | Tier 2/3 | 9/23/2020* |
| Tehama County - Sheriff's Department | Communications Supervisor | Tier 2/3 | 9/23/2020* |
| Tehama County - Sheriff's Office | Dispatcher | Tier 2/3 | 9/23/2020* |
| Trinity County | Emergency Operations Manager | Tier 2/3 | 9/23/2020 |
| Tsungwe Council | Chairman | Tier 2/3 | 9/23/2020* |
| Tubatulabal Tribe | Chairman | Tier 2/3 | 9/25/2020 |
| Tuolumne-Calaveras CAL FIRE | TCU ECC Dispatcher | Tier 2/3 and Zone 1 | 9/23/2020 |
| United Auburn Indian Community | Councilmember | Tier 2/3 | 9/24/2020* |
| United Auburn Indian Community | Councilmember | Tier 2/3 | 9/23/2020* |
| United Auburn Indian Community | Chairman | Tier 2/3 | 9/23/2020 |
| Upper Lake Rancheria | Chairperson | Tier 2/3 | 9/25/2020 |
| USFS Plumas | Dispatcher | Tier 2/3 | 9/23/2020 |
| USFS Shasta-Trinity | ECCO Dispatch | Tier 2/3 | 9/23/2020 |
| Wailaki Tribe | Chairperson | Tier 2/3 | 9/25/2020* |
| Washoe Tribe | Councilmember | Tier 2/3 | 9/25/2020 |
| Winnemem Wintu Tribe | Spiritual Leader | Tier 2/3 | 9/23/2020* |
| Wintu Tribe of Northern California | Chairman | Tier 2/3 | 9/23/2020* |
| Yuba County | County Executive Officer | Tier 2/3 | 9/23/2020* |
| Yuba County | Emergency Manager (24-hour); Designated POC | Tier 2/3 | 9/23/2020* |
| Yuba County | Local Cal Fire | Tier 2/3 | 9/23/2020* |
| Yuba County | Health Administrator | Tier 2/3 | 9/23/2020* |
| Yuba County | Board Supervisor | Tier 2/3 | 9/23/2020* |
| Yuba County | Director | Tier 2/3 | 9/23/2020* |

| Organization/Jurisdiction | Title | Classification (Tier 2/3, Zone 1) | Date |
|---|---|---|---|
| Yuba County - OES | General | Tier 2/3 | 9/24/2020* |
| Yuba County - OES | General | Tier 2/3 | 9/23/2020* |
| Yuba County - Sheriff's Office | Dispatch | Tier 2/3 | 9/23/2020 |

PACIFIC GAS AND ELECTRIC COMPANY

APPENDIX E

SECTION 10 – FIRE INDEX AREAS MAP

**Appendix E: Fire Index Areas Map**

*Figure E-1. Fire Index Areas Map*



PACIFIC GAS AND ELECTRIC COMPANY

APPENDIX F

SECTION 11 – COMMUNITY ASSISTANCE CENTER LOCATIONS

## Appendix F: List of PG&E Community Resource Centers

*The table below provided details of the 29 CRCs that PG&E mobilized during the September 27, 2020 PSPS event, including specific locations, dates and times opened and closed, and total attendance for each location, and amenities provided.*

**Table F-1. Community Resource Centers Provided by PG&E**

| # | County | Site Name | Address | | | Day 1 Operating Hours | Day 2 Operating Hours | Total Attendance (4,135) | Site Type (Indoor, Micro, Mobile) | Amenities Provided |
|---|--------|-----------|---------|---|---|----------------------|----------------------|--------------------------|-----------------------------------|---------------------|
| 1 | Alpine | Bear Valley Transportation Center | 132 Bear Valley Rd | Bear Valley | 95223 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 3:30 PM | 102 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 2 | Amador | Faith Lutheran Church | 22601 CA-88 | Pioneer | 95666 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 3:30 PM | 107 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 3 | Amador | Mace Meadows - The Mountain Grille | 26510 Fairway Dr | Pioneer | 95666 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 3:30 PM | 144 | Indoor: Hardened | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging, Cooling & Heating, Seating, Ice |
| 4 | Butte | Bangor Community Center | 7500 Oro Bangor Highway | Bangor | 95914 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 7:30 PM | 101 | Indoor: Hardened | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging, Cooling & Heating, Seating, Ice |
| 5 | Butte | American Veterans Store | 15474 Forest Ranch Way | Forest Ranch | 95942 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 7:30 PM | 186 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 6 | Butte | Magalia Pines Baptist Church | 14098 Skyway Rd | Magalia | 95954 | 9/27/2020 8:00 AM – 9:30 PM | *Evacuated due to fire* | 119 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 7 | Butte | Southside Oroville Community Center | 2959 Lower Wyandotte Rd | Oroville | 95966 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 7:30 PM | 31 | Indoor: Hardened | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging, Cooling & Heating, Seating, Ice |
| 8 | Butte | Craig Memorial Congregational Church | 5665 Scottwood Rd | Paradise | 95969 | 9/27/2020 8:00 AM – 9:30 PM | *Evacuated due to fire* | 83 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 9 | Calaveras | Chapel in the Pines | 2286 Cedar Ln | Arnold | 95223 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 08:00 AM – 5:15 PM | 244 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |

| # | County | Site Name | Address | | | Day 1 Operating Hours | Day 2 Operating Hours | Total Attendance (4,135) | Site Type (Indoor, Micro, Mobile) | Amenities Provided |
|---|--------|-----------|---------|--|--|------------------------|------------------------|--------------------------|-----------------------------------|---------------------|
| 10 | Calaveras | Murphys Fire Department | 58 Jones St | Murphys | 95247 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 08:00 AM – 5:15 PM | 18 | Indoor: Hardened | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging, Cooling & Heating, Seating, Ice |
| 11 | Calaveras | Veterans of Foreign Wars post 3322 | 202 Spink Rd | West Point | 95255 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 5:15 PM | 166 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 12 | El Dorado | Cool Shopping Center | 5020 Ellinghouse Dr | Cool | 95614 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 7:45 PM | 75 | Outdoor: Mobile | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 13 | El Dorado | Buffalo Hill Center | 6023 Front Street | Georgetown | 95634 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 7:45 PM | 282 | Outdoor: Mobile | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 14 | El Dorado | El Dorado Fairgrounds | 100 Placerville Dr | Placerville | 95667 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 7:45 PM` | 400 | Outdoor: Mobile | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 15 | El Dorado | Pleasant Valley Community Hall | 4765 Pleasant Valley Grange Rd | Placerville | 95667 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 7:45 PM | 69 | Indoor: Hardened | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging, Cooling & Heating, Seating, Ice |
| 16 | El Dorado | Pollock Pines Community Center | 2675 Sanders Dr | Pollock Pines | 95726 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 7:45 PM | 299 | Indoor: Hardened | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging, Cooling & Heating, Seating, Ice |
| 17 | El Dorado | Pioneer Park | 6740 Fairplay Rd | Somerset | 95684 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 10:00 PM | 264 | Indoor: Hardened | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging, Cooling & Heating, Seating, Ice |
| 18 | Lake | Twin Pine Casino and Hotel | 22223 CA-29 | Middletown | 95461 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 3:30 PM | 18 | Indoor: Hardened | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging, Cooling & Heating, Seating, Ice |
| 19 | Napa | Highlands Christian Fellowship | 970 Petrified Forest Rd | Calistoga | 94515 | 9/27/2020 3:00 PM – 9:30 PM | *Evacuated due to fire* | 76 | Outdoor: Mobile | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 20 | Nevada | Foothills Event Center | 400 Idaho Maryland Rd | Grass Valley | 95945 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 6:30 PM | 37 | Indoor: Hardened | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging, Cooling & Heating, Seating, Ice |

| # | County | Site Name | Address | | | Day 1 Operating Hours | Day 2 Operating Hours | Total Attendance (4,135) | Site Type (Indoor, Micro, Mobile) | Amenities Provided |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Nevada | Nevada City Elks Lodge | 518 State Highway 49 | Nevada City | 95959 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 6:30 PM | 43 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 22 | Placer | Alta Fire Protection District Community Hall | 33950 Alta Bonnynook Rd | Alta | 95701 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 5:30 PM | 39 | Outdoor: Mobile | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 23 | Placer | Freight Depot Parking Lot | 7 N Main St | Colfax | 95713 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 5:30 PM | 190 | Outdoor: Mobile | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 24 | Placer | Canyon View Assembly Church | 23221 Foresthill Rd | Foresthill | 95631 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 5:30 PM | 312 | Outdoor: Mobile | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 25 | Plumas | Plumas County Parole Office | 1446 E. Main St | Quincy | 95971 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 10:00 PM | 223 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 26 | Shasta | Lassen Landing | 7355 Black Butte Rd | Shingletown | 96008 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 2:00 PM | 288 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 27 | Sierra | Arthur Joe Hauck Memorial Park | 515 Miners St. | Alleghany | 95910 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 6:00 PM | 7 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |
| 28 | Sierra | Downieville Community Hall | 322 Main St | Downieville | 95936 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 6:00 PM | 143 | Indoor: Hardened | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging, Cooling & Heating, Seating, Ice |
| 29 | Yuba | Alcouffe Center | 9185 Marysville Rd | Oregon House | 95962 | 9/27/2020 8:00 AM – 10:00 PM | 9/28/2020 8:00 AM – 6:30 PM | 69 | Outdoor: Micro | Wi-Fi, Restrooms, Water and Snacks, Device Charging, Medical Device Charging |

## VERIFICATION

I, undersigned, say:

I am an officer of PACIFIC GAS AND ELECTRIC COMPANY, a corporation, and am authorized to make this verification for that reason.

I have read the foregoing "PG&E Public Safety Power Shutoff Report to the CPUC" for the events of September 27-29, 2020, and I am informed and believe the matters stated therein are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California this 12th day of October, 2020.


MICHAEL LEWIS
Interim President
PACIFIC GAS AND ELECTRIC COMPANY