# EXHIBIT F

**INTENTIONALLY LEFT BLANK**