JENNER & BLOCK LLP
  Reid J. Schar (*pro hac vice*)
  RSchar@jenner.com
  353 N. Clark Street
  Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
  Kate Dyer (Bar No. 171891)
  kdyer@clarencedyer.com
  899 Ellis Street
  San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
  Kevin J. Orsini (*pro hac vice*)
  korsini@cravath.com
  825 Eighth Avenue
  New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>          v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                   Defendant. | Case No. 14-CR-00175-WHA<br><br>**ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO ORDER REQUESTING INFORMATION RE ZOGG FIRE AND ORDER FOR FURTHER INFORMATION RE ZOGG FIRE**<br><br>Judge:  Hon. William Alsup |

Pursuant to Criminal Local Rule 56-1, Pacific Gas and Electric Company ("PG&E") respectfully submits this Administrative Motion to File Under Seal (the "Administrative Motion").

PG&E makes the following statement in support of its Administrative Motion:

1. Counsel for PG&E has reviewed and complied with Civil Local Rule 79-5 and Criminal Local Rule 56-1, which require that if a document or portion thereof is sealable, counsel seeking to file the document or portion of the document under seal must file and serve an administrative motion for a sealing order, accompanied by a declaration establishing that the materials are sealable.

2. PG&E seeks to file under seal the entirety of Exhibit 1 to the Declaration of Kate Dyer in Support of Pacific Gas & Electric Company's Administrative Motion to File Under Seal (the "Dyer Declaration"), which corresponds to Exhibit F to PG&E's Response to Order Requesting Information re Zogg Fire and Order for Further Information re Zogg Fire (the "PG&E Response"). Specifically, PG&E seeks to redact for safety reasons the names, job titles, and roles of PG&E employees who advised the Officer-in-Charge ("OIC") for the September 27, 2020 Public Safety Power Shutoff ("PSPS") event.

3. Criminal Local Rule 56-1 provides that a sealing order may issue where information, if made available to the public, would compromise the safety of a person. *See* Criminal Local Rule 56-1(b) and Commentary.

4. PG&E believes that the safety of the PG&E employees who advised the Officer-in-Charge ("OIC") for the September 27, 2020 PSPS event and the safety of their family members could be compromised if their names, job titles, and roles are made publicly available as part of the PG&E Response.

5. As set forth in the Dyer Declaration, PG&E has observed a dramatic increase in the number of workplace violence events from customers towards employees, including during PSPS events. In addition, PG&E executives who have spoken publicly on behalf of the company with respect to its wildfire mitigation efforts have received death threats.

Dated: October 26, 2020

Respectfully Submitted,

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By: _____
Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY