JENNER & BLOCK LLP
  Reid J. Schar (*pro hac vice*)
  RSchar@jenner.com
  353 N. Clark Street
  Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
  Kate Dyer (Bar No. 171891)
  kdyer@clarencedyer.com
  899 Ellis Street
  San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
  Kevin J. Orsini (*pro hac vice*)
  korsini@cravath.com
  825 Eighth Avenue
  New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Defendant. | Case No. 14-CR-00175-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO ORDER REQUESTING INFORMATION RE ZOGG FIRE AND ORDER FOR FURTHER INFORMATION RE ZOGG FIRE**<br><br>Judge:  Hon. William H. Alsup |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO ORDER REQUESTING INFORMATION RE ZOGG FIRE AND ORDER FOR FURTHER INFORMATION RE ZOGG FIRE

Case No. 14-CR-00175-WHA

The Court, having reviewed the Administrative Motion of Pacific Gas and Electric Company to File Under Seal Portions of its Response to Order Requesting Information regarding the Zogg Fire and Order For Further Information Regarding the Zogg Fire (the "Administrative Motion"), and good cause having been shown, hereby GRANTS PG&E's Administrative Motion.

For the reasons set forth in the Administrative Motion and counsel's Declaration in support of the Administrative Motion, the Court finds that the following document shall be filed under seal: Exhibit 1 to the Declaration of Kate Dyer in Support of Pacific Gas and Electric Company's Administrative Motion, which corresponds to Exhibit F to PG&E's Response to Order Requesting Information re Zogg Fire and Order for Further Information re Zogg Fire, filed October 26, 2020.

**IT IS SO ORDERED.**

DATED:

_____
HON. WILLIAM ALSUP
United States District Judge

2
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO ORDER REQUESTING INFORMATION RE ZOGG FIRE AND ORDER FOR FURTHER INFORMATION RE ZOGG FIRE

Case No. 14-CR-00175-WHA