UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | No. CR 14-00175 WHA<br><br>**ORDER RE ZOGG FIRE EVIDENCE** |

The Court has read today that PG&E has used a helicopter to haul away potential evidence from the Zogg Fire. By this order, PG&E shall not destroy or despoil any of the evidence so removed and shall keep it preserved with records sufficient to show its exact locations when removed.

**IT IS SO ORDERED.**

Dated: November 6, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE