# EXHIBIT A

1  JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
2     RSchar@jenner.com
   353 N. Clark Street
3     Chicago, IL 60654-3456
4  Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484
5
CLARENCE DYER & COHEN LLP
6     Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
7     899 Ellis Street
   San Francisco, CA 94109-7807
8  Telephone: +1 415 749 1800
9  Facsimile: +1 415 749 1694

10  CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
11     korsini@cravath.com
   825 Eighth Avenue
12     New York, NY 10019
13  Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700
14
Attorneys for Defendant PACIFIC GAS AND ELECTRIC
15  COMPANY

16
UNITED STATES DISTRICT COURT
17  NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
18

19
| UNITED STATES OF AMERICA, | Case No. 14-CR-00175-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF ▮▮▮ IN SUPPORT OF PG&E'S RESPONSE TO REQUEST FOR FOLLOW UP BY PG&E CONCERNING ITS OCTOBER 26 SUBMISSION** |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | Judge: Hon. William Alsup |

DECLARATION OF ▮▮▮ IN SUPPORT OF PG&E'S RESPONSE TO REQUEST FOR FOLLOW
UP BY PG&E CONCERNING ITS OCTOBER 26 SUBMISSION
Case No. 14-CR-00175-WHA

1     I, ███████████, declare as follows:

2     1.      I am the Manager of Meteorology Operations at Pacific Gas and Electric Company ("PG&E"). In this role, I serve as the head of the meteorology department at PG&E. I have worked in PG&E's meteorology department for over nine years in various roles and held my current position since March 2019. I served as the Meteorologist-In-Chief during the September 27, 2020 Public Safety Power Shutoff ("PSPS") event. This declaration is based on my personal knowledge; records in the possession of PG&E that I have reviewed; PG&E's PSPS and de-energization policies, procedures and records; and information known to me in my roles as Principal Meteorologist and Meteorologist-In-Chief.

2.      To my knowledge, the information contained in the Supplement to PG&E's October 26, 2020 Submission and PG&E's responses to Questions 1-13 of PG&E's Response to Request for Follow Up Concerning PG&E's October 26 Submission are true and accurate based on my recollection and the records I have reviewed.

I declare under the penalty of perjury that the foregoing is true and correct and that I executed this declaration on November 18, 2020 in Dublin, California.



I declare under the penalty of perjury that the foregoing is true and correct and that I executed this declaration on November 18, 2020 in Dublin, California.

