# EXHIBIT C

**INTENTIONALLY LEFT BLANK**