# EXHIBIT D