JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>**ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO REQUEST FOR FOLLOW UP BY PG&E CONCERNING ITS OCTOBER 26 SUBMISSION**<br><br>Judge:  Hon. William Alsup |

1    Pursuant to Criminal Local Rule 56-1, Pacific Gas and Electric Company ("PG&E")
2    respectfully submits this Administrative Motion to File Under Seal (the "Administrative
3    Motion").
4    PG&E makes the following statement in support of its Administrative Motion:
5    1.    Counsel for PG&E has reviewed and complied with Civil Local Rule 79-5 and
6    Criminal Local Rule 56-1, which require that if a document or portion thereof is sealable,
7    counsel seeking to file the document or portion of the document under seal must file and serve an
8    administrative motion for a sealing order, accompanied by a declaration establishing that the
9    materials are sealable.
10   2.    PG&E seeks to file under seal redacted portions of Exhibits 1 and 2 and the
11   entirety of Exhibit 3 to the Declaration of Kate Dyer in Support of PG&E's Administrative
12   Motion to File Under Seal (the "Dyer Declaration"), which correspond to Exhibits A, B and C to
13   PG&E's Response to Request for Follow Up by PG&E Concerning its October 26 Submission,
14   respectively.  Specifically, PG&E seeks to seal for safety reasons the names, job titles and roles
15   of the PG&E employees identified in Exhibit 3, and the names of the declarants in Exhibits 1 and
16   2.
17   3.    Criminal Local Rule 56-1 provides that a sealing order may issue where
18   information, if made available to the public, would compromise the safety of a person.  *See*
19   Criminal Local Rule 56-1(b) and Commentary.
20   4.    PG&E believes that the safety of the PG&E employees and the safety of their
21   family members could be compromised if their names, job titles, and roles are made publicly
22   available as part of the PG&E Response.
23   5.    As set forth in the Dyer Declaration, PG&E has observed a dramatic increase in
24   the number of workplace violence events from customers towards employees, including during
25   PSPS events.  In addition, PG&E executives who have spoken publicly on behalf of PG&E with
26   respect to its wildfire mitigation efforts have received death threats.

Dated:  November 18, 2020

Respectfully Submitted,

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By: _____
 Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

---

3
ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO REQUEST FOR FOLLOW UP BY PG&E CONCERNING ITS OCTOBER 26 SUBMISSION
Case No. 14-CR-00175-WHA