United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

      v.

PACIFIC GAS AND ELECTRIC
COMPANY,

       Defendant.

No.  CR 14-00175 WHA

**REQUEST FOR MONITOR TO RESPOND RE COMPLIANCE AND TO PG&E'S NOVEMBER 3 RESPONSE REGARDING MONITOR LETTER**

On October 16, 2020, the Court received a letter from the federal monitor addressing PG&E's compliance with its vegetation management plan.  PG&E submitted its response November 3, 2020.  The Court requests a response from the monitor addressing the following topics:

1.  To what extent is PG&E currently (and since the monitor's last update to the Court) in compliance, and to what extent is it not in compliance, with its conditions of probation, especially with respect to:

    a) Following Sections 4292 and 4293 of the California Public Resources Code, CPUC General Order 95, and FERC FAC-003-4;

    b) Following PG&E's Wildlife Mitigation Plan and its requirements regarding enhanced vegetation management;

c) Requirement that PG&E maintain "traceable, verifiable, accurate, and complete records of its vegetation management efforts" (Dkt. 1040); and

d) Requirement that PG&E employ pre-inspectors to identify trees and limbs out of compliance with the laws listed in (a) and post-inspectors to spot-check the work of those contracted to remove trees and limbs that threaten lines?

2. The monitor shall as well please comment on PG&E's response to the original monitor letter.

**IT IS SO ORDERED.**

Dated: November 30, 2020.

_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California