JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
   RSchar@jenner.com
   353 N. Clark Street
   Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
   899 Ellis Street
   San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
   825 Eighth Avenue
   New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No. 14-CR-00175-WHA<br><br>**UPDATE CONCERNING PG&E AND PG&E CORPORATION'S FORM 8-K RELATING TO THE ZOGG FIRE**<br><br>Judge: Hon. William Alsup |

1   In light of the Court's recent requests for information regarding the Zogg Fire,
2   Pacific Gas and Electric Company ("PG&E") respectfully submits the following update to the
3   Court regarding the Zogg Fire.  Today, PG&E and PG&E Corporation filed with the Securities
4   and Exchange Commission a Form 8-K disclosing that, pursuant to the governing accounting
5   requirements, PG&E has determined that a loss for claims in connection with the Zogg Fire is
6   probable and reasonably estimable.  A copy of the Form 8-K is attached hereto as Exhibit A.
7   PG&E will be providing responses to the Court's recent order requesting additional information
8   regarding the Zogg Fire on December 16, 2020.  (*See* Dkt. 1267.)

Dated: December 11, 2020

Respectfully Submitted,

JENNER & BLOCK LLP

By:    /s/ Reid J. Schar
      Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By:    /s/ Kevin J. Orsini
      Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By:    /s/ Kate Dyer
      Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY