JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
   RSchar@jenner.com
   353 N. Clark Street
   Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
   899 Ellis Street
   San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
   825 Eighth Avenue
   New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Defendant. | Case No. 14-CR-00175-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO ORDER REQUESTING ADDITIONAL INFORMATION FOLLOWING PG&E'S NOVEMBER 18 BRIEFING**<br><br>Judge: Hon. William H. Alsup |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO ORDER REQUESTING ADDITIONAL INFORMATION FOLLOWING PG&E'S NOVEMBER 18 BRIEFING

Case No. 14-CR-00175-WHA

1  The Court, having reviewed the Administrative Motion of Pacific Gas and Electric Company to File Under Seal Portions of its Response to Order Requesting Additional Information Following PG&E's November 18 Briefing (the "Administrative Motion"), and good cause having been shown, hereby GRANTS PG&E's Administrative Motion.

For the reasons set forth in the Administrative Motion and counsel's Declaration in support of the Administrative Motion, the Court finds that portions of Exhibit 1 to the Declaration of Kate Dyer in Support of Pacific Gas and Electric Company's Administrative Motion, which corresponds to Exhibit B to PG&E's Response to Order Requesting Additional Information Following PG&E's November 18 Briefing, filed December 16, 2020, shall be filed under seal.

**IT IS SO ORDERED.**

DATED:

_____
HON. WILLIAM ALSUP
United States District Judge

2
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO ORDER REQUESTING ADDITIONAL INFORMATION FOLLOWING PG&E'S NOVEMBER 18 BRIEFING

Case No. 14-CR-00175-WHA