1  JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
2  RSchar@jenner.com
3  353 N. Clark Street
   Chicago, IL 60654-3456
4   Telephone: +1 312 222 9350
    Facsimile: +1 312 527 0484
5
   CLARENCE DYER & COHEN LLP
6  Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
7  899 Ellis Street
8  San Francisco, CA 94109-7807
    Telephone: +1 415 749 1800
9   Facsimile: +1 415 749 1694

10 CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
11 korsini@cravath.com
12 825 Eighth Avenue
   New York, NY 10019
13 Telephone: +1 212 474 1000
   Facsimile: +1 212 474 3700
14
   Attorneys for Defendant
15 PACIFIC GAS AND ELECTRIC COMPANY

16

17                 UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20

21 | UNITED STATES OF AMERICA | CASE NO. CR-14-00175-WHA |
   |---|---|
22 | | **PROOF OF SERVICE** |
23 |        v. | |
24 | PACIFIC GAS AND ELECTRIC COMPANY, | |
25 |        Defendant. | |
26

27

28

PROOF OF SERVICE

I, Abbie chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On December 16, 2020, I served a copy, with all exhibits, of the following documents:

- **ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO ORDER REQUESTING ADDITIONAL INFORMATION FOLLOWING PG&E'S NOVEMBER 18 BRIEFING;**
- **DECLARATION OF KATE DYER IN SUPPORT OF PACIFIC GAS AND ELECTRIC COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL;**
- **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO ORDER REQUESTING ADDITIONAL INFORMATION FOLLOWING PG&E'S NOVEMBER 18 BRIEFING;**
- **PROOF OF SERVICE.**

**BY PERSONAL SERVICE**:  I placed a true copy thereof in a sealed envelope, and caused such envelope to be personally delivered to the addressee(s) noted on the service list.

Hallie Hoffman, AUSA
US Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.  I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2020, at San Francisco, California.

*/s/ Abbie Chin*
Abbie Chin