UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Defendant. | No. CR 14-00175 WHA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI BRIEF IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE CONDITIONS OF PROBATION** |

Alex Cannara and Gene A. Nelson move for leave to file an *amici curiae* brief in response to the Court's recent Order to Show Cause (Dkt. No. 1277). That request is **GRANTED**. The brief, if any, will be due **JANUARY 27, 2021, AT NOON**. They also move to

leave to testify at the hearing on the Order to Show Cause on February 3, 2021. The Court will rule on the request for oral testimony (or not) at the hearing itself.

**IT IS SO ORDERED.**

Dated: January 21, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE