UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Defendant. | No. CR 14-00175 WHA <br><br> **ORDER RE RESPONSES TO FILINGS BY AMICI CURIAE** |

All parties may file responses to to filings by the *amici curiae.* Responses shall be due seven calendar days from the date of filing of the *amici* brief.

**IT IS SO ORDERED.**

Dated: January 23, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE