## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Defendant. | Case No. 14-CR-00175-WHA<br>**[PROPOSED] ORDER GRANTING MOTION OF AMICI FOR LEAVE TO FILE BRIEF IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE CONDITIONS OF PROBATION [DOCUMENT NO. 1277]**<br>Judge: Hon. William Aslup |

This matter coming before the Court at the request of Petitioners Alex Cannara and Gene A. Nelson, the following is ORDERED:

1. The Motion of Amici for leave to file brief in response to the Court's order to show cause re conditions of probation is granted.

2. The Amici shall file their brief on or before January 25, 2021.

**IT IS SO ORDERED.**

Dated: January __, 2021

WILLIAM ALSUP
United States District Court Judge