AROCLES AGUILAR, SBN 94753
CHRISTINE JUN HAMMOND, SBN 206768
CHRISTOFER C. NOLAN, SBN 229542
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA  94102
Telephone:  (415) 696-7303
Facsimile:  (415) 703-4592
Christofer.Nolan@cpuc.ca.gov

Attorneys for the California Public Utilities Commission and
Marybel Batjer, Martha Guzman Aceves, Clifford Rechtschaffen,
and Genevieve Shiroma, in their official capacities as
Commissioners of the California Public Utilities Commission

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-cr-00175-WHA<br><br>**CPUC MOTION FOR LEAVE TO FILE AMICUS LETTER**<br><br>Hearing Date: 02/03/2021<br>Time:           8:00 am<br>Courtroom:  12, 19th Floor<br>Judge:         Hon. William H. Alsup |

The California Public Utilities Commission ("CPUC") hereby seeks leave of the Court to file an *Amicus* letter regarding the new proposed terms of probation for defendant Pacific Gas and Electric Company ("PG&E"). Federal courts have inherent authority to entertain Amicus briefs. *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249, n.34 (11th Cir. 2006).

The CPUC's proposed letter is attached hereto as **Exhibit 1**.

Respectfully submitted,

By:  /s/   *Christofer C. Nolan*
AROCLES AGUILAR
CHRISTINE JUN HAMMOND
CHRISTOFER C. NOLAN

Attorneys for the CALIFORNIA PUBLIC UTILITIES COMMISSION

February 2, 2021

# EXHIBIT 1

**CPUC MOTION FOR LEAVE TO FILE AMICUS LETTER**
Case No. 14-CR-00175-WHA

3

STATE OF CALIFORNIA                                                                                     GAVIN NEWSOM, *Governor*

PUBLIC UTILITIES COMMISSION

505 VAN NESS AVENUE
SAN FRANCISCO, CA 94102-3298



February 2, 2021

**VIA ELECTRONIC MAIL**

Honorable William H. Alsup
United States District Court
Northern District of California
Courtroom 12 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re: *Amici Proposed Term of Probation in Case No. 3:14-cr-00175-WHA*

Dear Judge Alsup,

Before the Court are six new conditions of probation for defendant Pacific Gas and Electric Company ("PG&E"), only two of which were proposed by the Court. Although not a party to this proceeding, the California Public Utilities Commission ("CPUC") carries substantial California Constitutional and statutory regulatory and enforcement authority over PG&E, which will continue after PG&E's probationary term with the Court ends.

The CPUC does not object to new proposed terms of probation 11 and 12, as modified by PG&E and the Government, but the CPUC does have concerns about the efficacy of the probationary conditions proposed by *Amici* Alex Cannara and Gene A. Nelson. Specifically, the CPUC believes they may be redundant or counterproductive in light of the CPUC's recent orders and the Wildfire Safety Division's oversight and improvement efforts already in progress.

To the extent the Court is considering adopting *Amici's* proposed terms of probation, the CPUC asks the Court for an additional two weeks to consider the proposed conditions and report its recommendations to the Court. If the Court is not inclined to adopt *Amici's* proposed terms, the CPUC would not seek further comment.

                                      Respectfully,

                                      /s/    *Christine Jun Hammond*
                                      AROCLES AGUILAR
                                      CHRISTINE JUN HAMMOND
                                      CHRISTOFER NOLAN
                                      Attorneys for the CALIFORNIA PUBLIC UTILITIES
                                      COMMISSION

AROCLES AGUILAR, SBN 94753
CHRISTINE JUN HAMMOND, SBN 206768
CHRISTOFER C. NOLAN, SBN 229542
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA  94102
Telephone:  (415) 696-7303
Facsimile:  (415) 703-4592
Christofer.Nolan@cpuc.ca.gov

Attorneys for the California Public Utilities Commission and
Marybel Batjer, Martha Guzman Aceves, Clifford Rechtschaffen,
and Genevieve Shiroma, in their official capacities as
Commissioners of the California Public Utilities Commission

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>           Defendant. | Case No. 14-cr-00175-WHA<br><br>**CPUC CERTIFICATE OF SERVEICE RE MOTION FOR LEAVE TO FILE AMICUS LETTER**<br><br>Hearing Date: 02/03/2021<br>Time:             8:00 am<br>Courtroom:    12, 19th Floor<br>Judge:           Hon. William H. Alsup |

**CPUC MOTION FOR LEAVE TO FILE AMICUS LETTER**
Case No. 14-CR-00175-WHA

1

I am a citizen of the United States, over 18 years of age, employed in the City and County of San Francisco, and not a party to the subject cause. My business address is the California Public Utilities Commission, Legal Division, 505 Van Ness Avenue, San Francisco, California 94102.

On February 2, 2021, I sent the following documents:

1. **CPUC MOTION FOR LEAVE TO FILE AMICUS LETTER**;

2. **CPUC CERTIFICATE OF SERVEICE RE MOTION FOR LEAVE TO FILE AMICUS LETTER**

to the following interested parties by email:

Maria Severson, Esq.
Michael J. Aguirre, Esq.
Email: mseverson@amslawyers.com
Email: maguirre@amslawyers.com

Reid J. Schar
rschar@jenner.com

Kate Dyer
kdyer@clarencedyer.com

Kevin J. Orsini
korsini@cravath.com

William_Noble@cand.uscourts.gov

jeffrey.b.schenk@usdoj.gov
hallie.hoffman@usdoj.gov
Noah.Stern@usdoj.gov
CaseView.ECF@usdoj.gov
philip.guentert@usdoj.gov
philip.kopczynski@usdoj.gov

ehairston@orrick.com
wbrown@orrick.com

ashearer@clarencedyer.com
bhauck@jenner.com
RMehrberg@jenner.com

sjaffer@clarencedyer.com

christine.hammond@cpuc.ca.gov

csandoval@scu.edu

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2021, at San Francisco, California.

By: /s/   *Christofer C. Nolan*
AROCLES AGUILAR
CHRISTINE JUN HAMMOND
CHRISTOFER C. NOLAN

Attorneys for the CALIFORNIA PUBLIC UTILITIES COMMISSION