UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER RE CPUC MOTION FOR LEAVE TO FILE AMICUS LETTER** |
| Defendant. | |

The motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 2, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE