UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | No. CR 14-00175 WHA<br><br>**ORDER TO SHOW CAUSE WHY FURTHER CONDITIONS OF PROBATION SUGGESTED BY *AMICI* SHOULD NOT BE IMPOSED** |

*Amici* proposed four new conditions of probation:

<u>Proposed Condition 13:</u>
    PG&E shall hire a Chief Data Operations Officer within 90 days with responsibility over a sufficient staff or no fewer than 10 data operations, information management, record-keeping, engineering, and legal professionals with responsibility for reviewing PG&E's information management and record-keeping systems and their relationship to PG&E's operations including vegetation management work and PSPS, and to report to PG&E's CEO, the PG&E Board, the Monitor, parties to this action including amici and this court within 180 days about recommended actions to improve PG&E's information and record-keeping management and the relationship between information management and analysis and action to operate safely. PG&E shall fund and support this position as a long-term corporate strategy to identify and remediate deficiencies in PG&E's information management and record-keeping systems, including those of its contracts and subcontractors, and better use information and records to trigger and inform safe operation.

Proposed Condition 14:

PG&E shall immediately initiate steps to prevent data falsification or omission. This includes, but is not limited to, issuing orders to its employees, contractors, and subcontractors and creating information management and record-keeping systems that prevent: a) the creation of false records such as by "scheduling" inspection or work in the past (a false records that makes it appear that work has been done); b) omission of input of information in data fields; c) omission of sufficient information to identify issues and follow-up needs. PG&E shall report to the Monitor, the Court, parties including Amici, its CEO and Board within 60 days on steps it has initiated to prevent data falsification or omission.

Proposed Condition 15:

PG&E shall within 90 days propose a plan to the Court, the Monitor, parties including amici, the CEO, and the Board to use sensors, QR codes, or other markets that actively communicate information (collectively, Internet of Things (IoT) devices) to mark trees for removal and track the status of the tree removal process for vegetation management.  This proposal shall plan deployment of IoT devices for vegetation management in Tier 2 and 3 High Wildfire Danger zones in lieu of using spray paint or other passive markets no later than 180 days after this order. The information from the IoT device shall be integrated into PGE&'s information management, record-keeping, and work system to track progress from identification of vegetation requiring additional work such as trimming, removal, or monitoring, to the follow-up work, and the consideration of the status of that work in the PSPS process and in PG&E's daily operations.

Proposed Condition 16:

PG&E shall immediately initiate consideration of the status of information management based on the records in its possession, including in the possession of its contractors or subcontractors, in PSPS and in daily operation. Within 90 days PG&E shall report to the Monitor, the Court, parties including Amici, its CEO and Board about its steps to improve its information management and record-keeping process to improve information integrity, inform analysis, and inform and enhance daily operation including PSPS.

PG&E, the government, and the Monitor shall please respond to the foregoing terms of probation by **MARCH 3, 2021, AT NOON**. *Amici* may reply, if they desire, by **MARCH**

10, 2021, AT NOON.

**IT IS SO ORDERED.**

Dated:  February 4, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE