UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DAVID JAH,<br>　　　　Defendant. | No. CR 19-00026 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DEFENSE MOTIONS** |

Defendant David Jah moves for suppression and release from custody (Dkt. No.s 312, 315). In light of his quarantine, set to expire February 16, 2021, both motions will be heard at the pretrial conference **FEBRUARY 17, 2021, AT 1 P.M.**

For now, that hearing will be held via Zoom.

In light of the quarantine, the government shall disregard yesterday's order regarding a response to the bail motion and file its responses to both motions by **FEBRUARY 10, 2021, AT**

**NOON.**  Mr. Jah shall file replies no later than **FEBRUARY 15, 2021, AT NOON.**

    **IT IS SO ORDERED.**

Dated: February 4, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE