United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

       v.

PACIFIC GAS AND ELECTRIC
COMPANY,

             Defendant.

No.  CR 14-00175 WHA

**REQUEST FOR FILING**

The offender shall please file with the Court its recently-released Wildfire Mitigation

Plan for 2021 no later than **FEBRUARY 11, 2021 AT NOON**.

**IT IS SO ORDERED.**

Dated:  February 9, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE