JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
   RSchar@jenner.com
   353 N. Clark Street
   Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
   899 Ellis Street
   San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
   825 Eighth Avenue
   New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>              Defendant. | Case No. 14-CR-00175-WHA<br><br>**PG&E'S RESPONSE TO REQUEST FOR ITS 2021 WILDFIRE MITIGATION PLAN**<br><br>Judge: Hon. William Alsup |

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this response to the Court's February 9, 2021 request that PG&E file its 2021 Wildfire Mitigation Plan (the "2021 WMP"). (Dkt. 1298.)

PG&E attaches hereto as Exhibit A the 2021 WMP that it filed with the CPUC on February 5, 2021 as made available to the public through PG&E's website.[1] PG&E notes that there are numerous voluminous attachments to the 2021 WMP that PG&E is not including in this filing, but which PG&E would file with the Court upon request and which have also been made available to the public through PG&E's website.[2,3]

---

[1] https://www.pge.com/pge_global/common/pdfs/safety/emergency-preparedness/natural-disaster/wildfires/wildfire-mitigation-plan/2021-Wildfire-Safety-Plan.pdf.

[2] https://www.pge.com/pge_global/common/pdfs/safety/emergency-preparedness/natural-disaster/wildfires/wildfire-mitigation-plan/2021-WMP-Attachments.zip.

[3] The publicly available 2021 WMP filed herein and its publicly available attachments contain limited redactions to protect confidential customer and employee information. PG&E can provide unredacted copies under seal upon request.

1  Dated: February 10, 2021                    Respectfully Submitted,

2                                               JENNER & BLOCK LLP

4                                               By:   /s/ Reid J. Schar
                                                      Reid J. Schar (*pro hac vice*)

                                                CRAVATH, SWAINE & MOORE LLP

7                                               By:   /s/ Kevin J. Orsini
                                                      Kevin J. Orsini (*pro hac vice*)

                                                CLARENCE DYER & COHEN LLP

11                                              By:   /s/ Kate Dyer
                                                      Kate Dyer (Bar No. 171891)

                                                Attorneys for Defendant PACIFIC
                                                GAS AND ELECTRIC COMPANY