JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
   RSchar@jenner.com
   353 N. Clark Street
   Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
   899 Ellis Street
   San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
   825 Eighth Avenue
   New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No. 14-CR-00175-WHA<br><br>**ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO REQUEST FOR FURTHER RESPONSES**<br><br>Judge:  Hon. William Alsup |

Pursuant to Criminal Local Rule 56-1, Pacific Gas and Electric Company ("PG&E") respectfully submits this Administrative Motion to File Under Seal (the "Administrative Motion").

PG&E makes the following statement in support of its Administrative Motion:

1. Counsel for PG&E has reviewed and complied with Civil Local Rule 79-5 and Criminal Local Rule 56-1, which require that if a document or portion thereof is sealable, counsel seeking to file the document or portion of the document under seal must file and serve an administrative motion for a sealing order, accompanied by a declaration establishing that the materials are sealable.

2. PG&E seeks to file under seal redacted portions of Exhibits 1, 2 and 3 to the Declaration of Kate Dyer in Support of PG&E's Administrative Motion to File Under Seal (the "Dyer Declaration"), which correspond to Exhibits A, B and C to PG&E's Response to Request for Further Responses, respectively.  Specifically, PG&E seeks to redact for safety reasons the names of the PG&E employees and contractors identified in these documents.  PG&E further seeks to redact the names, addresses and contact information of PG&E customers in these documents.

3. Criminal Local Rule 56-1 provides that a sealing order may issue where information, if made available to the public, would compromise the safety of a person.  *See* Criminal Local Rule 56-1(b) and Commentary.

4. PG&E believes that the safety of the PG&E employees, contractors and their family members could be compromised if their names are made publicly available as part of the PG&E Response.

5. As set forth in the Dyer Declaration, PG&E has observed a dramatic increase in the number of workplace violence events from customers towards employees and contractors, including during PSPS events.  In addition, PG&E executives who have spoken publicly on behalf of PG&E with respect to its wildfire mitigation efforts have received death threats.

Dated: February 12, 2021

Respectfully Submitted,

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By: _____
 Kate Dyer (Bar No. 171891)
Attorneys for Defendant PACIFIC GAS
AND ELECTRIC COMPANY