UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Defendant. | No. CR 14-00175 WHA <br><br> **PROPOSED QUESTIONS** |

    *Amici* and the United States Attorney are requested to submit comment and draft questions for consideration by the Court to propound to PG&E by way of follow up to the submission made last Friday by PG&E. Please do so by **FEBRUARY 17 AT FIVE PM**.

Dated: February 15, 2021.

 

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE