JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
   RSchar@jenner.com
   353 N. Clark Street
   Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
   899 Ellis Street
   San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
   825 Eighth Avenue
   New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No. 14-CR-00175-WHA<br><br>**ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO REQUEST FOR FURTHER RESPONSES**<br><br>Judge:  Hon. William Alsup |

Pursuant to Criminal Local Rule 56-1, Pacific Gas and Electric Company ("PG&E") respectfully submits this Administrative Motion to File Under Seal (the "Administrative Motion").

PG&E makes the following statement in support of its Administrative Motion:

1. Counsel for PG&E has reviewed and complied with Civil Local Rule 79-5 and Criminal Local Rule 56-1, which require that if a document or portion thereof is sealable, counsel seeking to file the document or portion of the document under seal must file and serve an administrative motion for a sealing order, accompanied by a declaration establishing that the materials are sealable.

2. PG&E seeks to file under seal redacted portions of Exhibits 1, 2 and 3 to the Declaration of Kate Dyer in Support of PG&E's Administrative Motion to File Under Seal (the "Dyer Declaration"), which correspond to Exhibits A, B and C to PG&E's Response to Request for Further Responses, respectively. Specifically, PG&E seeks to redact for safety reasons the names of the PG&E employees and contractors identified in these documents. PG&E further seeks to redact the names, addresses and contact information of PG&E customers in these documents.

3. Criminal Local Rule 56-1 provides that a sealing order may issue where information, if made available to the public, would compromise the safety of a person. *See* Criminal Local Rule 56-1(b) and Commentary.

4. PG&E believes that the safety of the PG&E employees, contractors and their family members could be compromised if their names are made publicly available as part of the PG&E Response.

5. As set forth in the Dyer Declaration, PG&E has observed a dramatic increase in the number of workplace violence events from customers towards employees and contractors, including during PSPS events. In addition, PG&E executives who have spoken publicly on behalf of PG&E with respect to its wildfire mitigation efforts have received death threats.

1
2  Dated: February 12, 2021                              Respectfully Submitted,
3                                                       JENNER & BLOCK LLP
                                                        Reid J. Schar (*pro hac vice*)
4
                                                        CRAVATH, SWAINE & MOORE LLP
5                                                       Kevin J. Orsini (*pro hac vice*)
6                                                       CLARENCE DYER & COHEN LLP
7
8                                            By:        _____
                                                         Kate Dyer (Bar No. 171891)
9                                                       Attorneys for Defendant PACIFIC GAS
                                                        AND ELECTRIC COMPANY
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                  3
ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL
         PORTIONS OF RESPONSE TO REQUEST FOR FURTHER RESPONSES
                              Case No. 14-CR-00175-WHA

JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
   RSchar@jenner.com
   353 N. Clark Street
   Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
   899 Ellis Street
   San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
   825 Eighth Avenue
   New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                 Defendant. | Case No. 14-CR-00175-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO REQUEST FOR FURTHER RESPONSES<br><br>Judge: Hon. William ~~H.~~ Alsup |

The Court, having reviewed the Administrative Motion of Pacific Gas and Electric Company to File Under Seal Portions of Response to Request for Further Responses (the "Administrative Motion"), and good cause having been shown, hereby GRANTS PG&E's Administrative Motion.

For the reasons set forth in the Administrative Motion and counsel's Declaration in support of the Administrative Motion, the Court finds that portions of Exhibits 1, 2, and 3 to the Declaration of Kate Dyer in Support of Pacific Gas and Electric Company's Administrative Motion, which correspond to Exhibits A, B, and C to PG&E's Response to Request for Further Responses, respectively, shall be filed under seal.

**IT IS SO ORDERED.**

DATED:   February 17, 2021.

_____
HON. WILLIAM ALSUP
United States District Judge

| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | Reid J. Schar (*pro hac vice*) |
|   | RSchar@jenner.com |
| 3 | 353 N. Clark Street |
|   | Chicago, IL 60654-3456 |
| 4 | Telephone: +1 312 222 9350 |
|   | Facsimile: +1 312 527 0484 |
| 5 | |
| 6 | CLARENCE DYER & COHEN LLP |
|   | Kate Dyer (Bar No. 171891) |
| 7 | kdyer@clarencedyer.com |
|   | 899 Ellis Street |
| 8 | San Francisco, CA 94109-7807 |
|   | Telephone: +1 415 749 1800 |
| 9 | Facsimile: +1 415 749 1694 |
| 10 | |
|    | CRAVATH, SWAINE & MOORE LLP |
| 11 | Kevin J. Orsini (*pro hac vice*) |
|    | korsini@cravath.com |
| 12 | 825 Eighth Avenue |
|    | New York, NY 10019 |
| 13 | Telephone: +1 212 474 1000 |
|    | Facsimile: +1 212 474 3700 |
| 14 | |
| 15 | Attorneys for Defendant |
|    | PACIFIC GAS AND ELECTRIC COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR-14-00175-WHA |
| v. | **PROOF OF SERVICE** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

PROOF OF SERVICE

I, Anne Hunt, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On February 12, 2021, I served a copy, with all exhibits, of the following documents:

- **ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO REQUEST FOR FURTHER RESPONSES**
- **DECLARATION OF KATE DYER IN SUPPORT OF PACIFIC GAS AND ELECTRIC COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [REDACTED]**
- [PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO REQUEST FOR FURTHER RESPONSES**
- **PROOF OF SERVICE**

**BY PERSONAL SERVICE**: I placed a true copy thereof in a sealed envelope, and caused such envelope to be personally delivered to the addressee(s) noted on the service list.

Hallie Hoffman, AUSA
US Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement. I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2021, at San Francisco, California.

*/s/ Anne Hunt*
Anne Hunt