1 DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 JEFFREY B. SCHENK (CABN 234355)
PHILIP KOPCZYNSKI (NYBN 4627741)
5 NOAH STERN (CABN 297476)
Assistant United States Attorneys

6
    450 Golden Gate Avenue, Box 36055
7     San Francisco, California 94102-3495
    Telephone: (415) 436-7200
8     FAX: (415) 436-7234
    Jeffrey.b.schenk@usdoj.gov
9     Philip.kopczynski@usdoj.gov
    Noah.stern@usdoj.gov
10
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| UNITED STATES OF AMERICA, | ) No. CR-14-00175-WHA |
|---|---|
| Plaintiff, | ) UNITED STATES' RESPONSE TO COURT'S ORDER REQUESTING FURTHER INPUT ON |
| v. | ) PROPOSED CONDITIONS [Dkt. 1294] |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| Defendant. | ) |

The United States, through Assistant United States Attorneys Jeffrey Schenk, Philip Kopczynski, and Noah Stern, responds to the Court's order requesting further input on proposed conditions 11 and 12. Dkt. 1294. In a filing on February 12, 2021, PG&E stated its "operations teams are working to analyze the Court's proposed conditions with the goal of accepting them and implementing them in a manner that will significantly reduce wildfire risk." Dkt. 1300. At this time, the United States has no

//

//

UNITED STATES' RESPONSE TO
COURT'S ORDER REQUESTING INPUT     1
CR-14-00175-WHA

specific objections or proposed modifications to the Court's proposed conditions.

DATED:     February 19, 2021                    Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
JEFFREY B. SCHENK
PHILIP KOPCZYNSKI
NOAH STERN
Assistant United States Attorneys

UNITED STATES' RESPONSE TO
COURT'S ORDER REQUESTING INPUT            2
CR-14-00175-WHA