ALEXANDER JASON PAL, Chief Counsel (SBN 266479)
DAISY LIU, Counsel (SBN 311375)
California Governor's Office of Emergency Services
3650 Schriever Avenue
Mather, CA  95655
Tel:  (916) 845-8973
Fax:  (916) 845-8511
e-mail: Daisy.Liu@caloes.ca.gov

Attorneys for Mark Ghilarducci, Director and
California Governor's Office of Emergency Services

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY;<br><br>          Defendants, | Case No. 14-cr-00175-WHA<br><br>**CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES CERTIFICATE OF SERVICE RE MOTION FOR LEAVE TO FILE AMICUS LETTER**<br><br>Hearing Date: 03/09/21<br>Time:             8:00 am<br>Courtroom:    12, 19th Floor<br>Judge:           The Hon. William H. Alsup |

I am a Citizen of the United States, over 18 years of age, employed in the City of Mather and County of Sacramento, and not a party to the subject cause. My business address in the California Governor's Office of Emergency Services, Office of Legal Affairs, 3650 Schriever Avenue, Mather, CA 95655

On February 19, 2021, I sent the following documents:

1. **CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES MOTION FOR LEAVE TO FILE AMICUS LETTER**

2. **CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES CERTIFICATE OF SERVICE RE MOTION FOR LEAVE TO FILE AMICUS LETTER**

To the following interested parties by email:

Maria Severson, Esq.
Michael J. Aguirre, Esq.
Email: mseverson@amslawyers.com
Email: maguirre@amslawyers.com

Reid J. Schar
rschar@jenner.com

Kate Dyer
kdyer@clarencedyer.com

Kevin J. Orsini
korsini@cravath.com

William_Noble@cand.uscourts.gov
jeffrey.b.schenk@usdoj.gov
hallie.hoffman@usdoj.gov
Noah.Stern@usdoj.gov
CaseView.ECF@usdoj.gov
philip.guentert@usdoj.gov
philip.kopczynski@usdoj.gov

ehairston@orrick.com
wbrown@orrick.com

ashearer@clarencedyer.com
bhauck@jenner.com
RMehrberg@jenner.com

sjaffer@clarencedyer.com

christine.hammond@cpuc.ca.gov

csandoval@scu.edu

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2021, at Mather, California

                    By:     */s/ Daisy Liu*
                           DAISY LIU
                           Counsel, Cal OES

                           Attorneys for Mark Ghilarducci, Director and
                           California Governor's Office of Emergency Services