UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Defendant. | No. CR 14-00175 WHA<br><br>**REQUEST FOR INPUT** |

The Court has read the responses of the CPUC and the California Governor's Office of Emergency Management. The Court thanks them for their input. The key question that the Court has for the CPUC and the California Governor's Office of Emergency Management is:

> What specific procedure would you require of PG&E in its implementation of the PSPS process that would have prevented the Zogg Fire and four deaths resulting therefrom?

Be aware that PG&E and the United States have both said that the proposal made by them would not have prevented the Zogg Fire.

Would the CPUC and the California Governor's Office of Emergency Management please answer by **FEBRUARY 26, 2021, AT NOON**.

Dated: February 22, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE