UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | No. CR 14-00175 WHA<br><br>**ADDITIONAL QUESTION FOR PG&E** |

In addition to the twenty-four questions in Dkt. No. 1307, PG&E shall please respond to this additional question. The answer will be due **MARCH 12, 2021, AT NOON**.

25. In PG&E's response at Dkt. No. 1300-1, Exhibit 1, the forester attaches a report from the October 2018 routine inspection of the "area of interest." PG&E shall please translate the meaning of the codes used in the fields of this report (including the contents of Comments, Notification, Work Request, and Trim Type fields, *e.g.* ".3 &.4S/W/O P59"). It shall also state if, when the "WC Date" field is updated, that entry causes a change to the "Last Edit" field. Is Tree Number 5 the Gray Pine of interest? Is Tree Number 4? Was Tree 5 inspected on June

25, 2012? If so, provide all information and records of that inspection.

**IT IS SO ORDERED.**

Dated: February 22, 2021.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE