# EXHIBIT G

```
 1  ALTO LITIGATION, PC
      Ellen London (Bar No. 325580)
 2    ellen@altolit.com
      Bess Ibtisam Hanish (Bar No. 325938)
 3    bess@altolit.com
      4 Embarcadero Center, Suite 1400
 4    San Francisco, CA 94111
      Telephone: (415) 779-2586
 5    Facsimile: (415) 306-8744

 6  THE STOUT FIRM, P.C.
      Thomas D. Stout (Bar No. 241348)
 7    tstout@stoutfirm.com
      317 Washington Street, Suite 170
 8    Oakland, CA 94607
      Telephone:  (415) 862-8485
 9    Facsimile: (415) 862-8487

10  Attorneys for Interested Party
    CN UTILITY CONSULTING, INC.
11
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 14-00175-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF** ▓▓▓▓ **IN RESPONSE TO THE COURT'S FEBRUARY 18, 2021 ORDER** |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

I, ▓▓▓▓▓▓▓▓▓▓, declare as follows:

1. I am currently employed by CN Utility Consulting ("CNUC" or the "Company").

2. My position at CNUC is Consulting Utility Forester ("CUF") III. As described in my declaration submitted on February 12, 2021 in this matter, Docket No. 1300-2, I started at CNUC as a CUF I, and was promoted to the position of CUF III in October of 2019.

3. I have reviewed the Court's order in this matter, dated February 18, 2021, Docket No. 1297.

4. I submit this declaration in response to the Court's February 18, 2021 Order.

DECLARATION OF ▓▓▓▓▓▓            1

5. Attached hereto as Exhibit A is a copy of the image to which I was referring in paragraph 22 of my declaration filed on February 12, 2021. The area in which I indicated that a tree appeared to have a black base from being burned is circled in red. While it appears to me that the discoloration I see in that area of the image is a burn mark, it is possible the discoloration in the image is the result of the angle of the sunlight in the image and the shadows from the tree, surrounding trees, and other brush.

6. To clarify my February 12, 2021 declaration, page 11 of the Court's order dated December 29, 2020, Docket No. 1277 contains an arrow pointing to two trees in close proximity to each other, and in discussing the discoloration, I was referring to the tree next to the Gray Pine.

7. Based solely on my review of this image, and as I discussed with regard to the Gray Pine, the tree on which I believe there may be burn marks appears to me to be healthy and green. Both trees appear in this image to be in compliance with vegetation management standards.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 2, 2021

DECLARATION OF ███   2

# EXHIBIT A

