# EXHIBIT L

# EXHIBIT L-1

**To:**
**From:**

**Sent:** Thur 9/27/2018 5:36:03 PM (UTC-07:00)
**Subject:** Zogg Mine Rd request from

To whom it concerns;
On September 27 2018, ▮▮▮▮ met with ▮▮▮▮ @ 1400 to look at her property to see what still needs to be cut and cleaned up.
She was very nice with me and she is fine with us going back tomorrow to start cleaning up the trees that we cut.
There is only one black locust tree that needs to be trimmed and all of the trees that were originally signed up have been delisted. Some of those trees will be addressed during routine inspection.
Starting tomorrow morning, the cleanup crews are going to chip all of the limbs and cut every tree into 4' lengths and leave the trunks where they lay.
▮▮▮▮ only request is to never send the flagger from the previous days back on Zogg Mine Rd in the future. ▮▮▮▮ will not be a problem if we stick to these requests from her.

Consulting Utility Forester **//** **CNUC**
*Certified arborist-applicator//*

// **LinkedIn** // **Employee Owned**

# EXHIBIT L-2

**To:**
**Cc:**
**From:** 

**Sent:** Thur 9/27/2018 5:00:30 PM (UTC-07:00)
**Subject:** RE: Under Lines QC

[Copy of Under Lines QC Report.xlsx](#)

Attached is the Underline QC report completed.

- A couple of the Zogg Mine Rd. locations were very difficult to locate. Work has been completed.
- Some locations were already 'delisted' in Collector.
- I will be available on Monday if need be.

Please contact me with questions.

Thanks,



NV/NC

---

**From:**
**Sent:** Wednesday, September 19, 2018 10:29 AM
**To:**
**Subject:** Under Lines QC

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***

Attached is a spread sheet with trees that were listed for trims or removals that state they are under the lines. Could you please look at these and delist them in Collector if they do not meet Patrol 2's standard? To delist them, just type "Delist" in the comments section. Let me know if you have any questions.

Thanks!


**"Insert acorn-y tree pun here"**

| UTILITY FORESTER

**MOUNTAIN G. ENTERPRISES, INC.**



# EXHIBIT L-2.1

Native Excel File
Provided to the Court on a Hard Drive

# EXHIBIT L-3

**To:** ▮
**Cc:** ▮
**From:** ▮

**Sent:** Tue 10/9/2018 9:56:16 AM (UTC-07:00)
**Subject:** CNUC Routine Patrol Schedule

Hey ▮

Here is a list in order of the circuits that CNUC will be patrolling on routine.

1. Keswick 1101 (Just started. One CUF is currently patrolling along Iron Mountain Road toward the mine).
2. Zogg Mine (Girvan 1101) – I will coordinate with you and have a CUF patrol it very soon in order to minimize the impact to customers as discussed in today's meeting.
3. Girvan 1102 – Will be starting in about 3 weeks
4. French Gulch 1102 – Will be starting within 3 to 4 weeks
5. French Gulch 1101 – Will be starting within 3 to 4 weeks.

I'll have either ▮ or ▮ call you later today or tomorrow to coordinate working with ▮ If you have any questions feel free to reach out to myself or ▮ Thanks.

▮
Regional Supervisor // **CNUC**
Certified Arborist ▮
Qualified Tree Risk Assessor

▮ mobile
▮ main
**cnutility.com** // **LinkedIn** // **Employee Owned**

# EXHIBIT L-4

Case 3:14-cr-00175-WHA   Document 1323-12   Filed 03/03/21   Page 11 of 19

Case Info: Closed - Complete, Vegetation Management, 801 Days Old, [redacted] Created: 10-08-2018 03:45PM
Case ID: 1928206096

Case Type: OMCTREETRIM    Vegetation Management
Status: Complete
Date/Time Opened: 10-08-2018 03:45PM
Date/Time Closed: 10-28-2018 04:20PM

Comment: CALLER [redacted] IS CALLING ABOUT TREES THAT ARE MARKED FOR REMOVAL ON HER PROPERTY, AND SHE WOULD LIKE TO DISCUSS WITH PGE TO HAVE OTHER TREES THAT HAVE NOT BEEN MARKED FOR REMOVAL TO ALSO BE REMOVED, AND WANTS TO KNOW IF PGE COULD HELP OUT WITH CUTTING THEM DOWN

Person: [redacted]
Account: [redacted] - Residential
Premise: [redacted]
Responsible User: [redacted]

**Contact Information**

Contact Instructions: PH# [redacted] CAN BE REACHED ANYTIME
Callback Phone Type: Cellular Phone
Callback Phone Number: [redacted]   Extension:    Phone Format: (999) 999-9999

**Characteristics**

| Characteristic Type | Characteristic Value | |
|---|---|---|
| Assigned To | CN UTILITY | CN Utility |
| Completed By | OTHR | Other |
| Customer Contact Date (MM-DD-YYYY) | 10-22-2018 | |
| Case- # of Days Deferred (1-60) | 5 | |
| Resolution Date (MM-DD-YYYY) | 10-22-2018 | |
| Resolution Type | RUTN | Routine |
| Service Point ID | [redacted] | Ele-Mtr-Res-1P-< 320 amps/Monthly - H Serial/Meter Read Route HFYF1SM [redacted] Residential Detached House, 0961634937 |
| Type of Tree | UNKN | Unknown |
| Transaction Type | WKREQ | Work Request |
| Case Closure Method | PHONE | Contact with Customer |

Case Info | Closed - Complete, Vegetation Management, 801 Days Old, [redacted] Created: 10-08-2018 03:45PM

Case ID: 1928206096 

| | | Date / Time | Details | Log User | Log Type |
|---|---|---|---|---|---|
| ✥ | = | 10-28-2018 04:20PM | Status changed to Complete | [redacted] | Status Transition |
| ✥ | = | 10-28-2018 04:20PM | Characteristic 'COMPLETE' with value 'OTHR' added. Characteristic 'CONTDATE' with value '10-22-2018' added. Characteristic 'RESDATE' with value '10-22-2018' added. Characteristic 'RESOLVE' with value 'RUTN' added. Characteristic 'CASECLSD' with value 'PHONE' added. | [redacted] | Case Update |
| ✥ | = | 10-28-2018 04:19PM | CWC - T1CR, CNUC 530-708-2269; 10/22/18 - Customer wanting to remove 2 additional Gray Pine tree's on property. Trees currently healthy with green canopy approximately 30' to the side. Explained until tree's show signs of decline PG&E will not mitigate. Informed customer there will be another group of inspectors looking for dead and dying tree's with potential of striking high voltage power lines in 3-4 months. | [redacted] | User Details |
| ✥ | = | 10-26-2018 07:51PM | Status changed to Open High | [redacted] | Status Transition |
| ✥ | = | 10-21-2018 05:22PM | Status changed to In Progress | [redacted] | Status Transition |
| ✥ | = | 10-21-2018 05:22PM | E-MAILED TED CATECHI @ CNUC FOR AN UPDATE. | [redacted] | User Details |
| ✥ | = | 10-15-2018 08:31PM | Status changed to Open High | [redacted] | Status Transition |
| ✥ | = | 10-08-2018 04:36PM | Status changed to In Progress | [redacted] | Status Transition |
| ✥ | = | 10-08-2018 04:36PM | Characteristic 'ASSIGNTO' with value 'CN UTILITY' added. Characteristic 'CSDFR' with value '5' added. Characteristic 'SP-ID' with value '0961634905' added. Characteristic 'TREETYPE' with value 'UNKN' added. | [redacted] | Case Update |
| ✥ | = | 10-08-2018 03:45PM | Case created. | [redacted] | Created |

# EXHIBIT L-5

| To: | |
| --- | --- |
| From: | ▉▉▉▉▉▉▉▉ |
| Sent: | Wed 11/7/2018 8:56:17 AM (UTC-08:00) |
| Subject: | ▉▉▉▉ review of Carr fire |

Case 3:14-cr-00175-WHA   Document 1323-12   Filed 03/03/21   Page 14 of 19

Out the gate, our fire team managed well under tremendous stress and steep learning curve. The biggest thing to over come is the fact that PG&E does not let Veg. get their work done first. It's just crazy how line crews put poles and wire up so fast and leaves hazards ready to fall on new construction. ▉▉▉▉▉▉▉▉ was VPM at the beginning until he and ▉▉▉▉▉ started buttting heads. ▉▉▉ and I learned first hand the workings of ▉▉▉▉▉ mind this way.  At first we had some people with some fire experience. ▉▉▉▉▉▉▉▉ JM Forestry) I'm sure I'm missing someone. But as people went back to their projects we were left with people who were clueless. (Tree Medics, DRG poles test from Texas and I'm sure missing someone!

 Assessing Burnt trees is a very difficult task. And next to none of all the people are arborist.

▉▉ and myself were chained to our seats for the first three weeks. The fact of the matter is ▉▉▉ was not checking on his task force leads to make sure they were doing their jobs or even knew what their jobs task were.


 Area 1: Was the smallest of areas. ▉▉▉▉▉▉ came on because of ▉▉▉ and ▉▉▉▉▉▉▉▉▉ is a talker not a doer. ▉▉▉ left and that put ▉▉▉ of Tree Medics in charge. With three months experience in tree work, ▉▉▉ became a chain smoker of stress. I tried to help out in anyway I could in his area to clean up Collector. And manage the MFE crew working in his area.


Area 3: ▉▉▉▉▉▉ powered up demanding most of the resources leaving ▉▉▉ area with next to nothing and took my MFE guy's as well. (with ▉▉▉▉ blessing). When ▉▉▉ left, ▉▉▉ moved to fire manger that left ▉▉▉ in charge of area 3. Wow, ▉▉ was also clueless but he really stepped up to the plate and got the job done. He was at every tree crew meeting at 6AM. Worked well with tree contractors and got the job done. He, like all the rest needs more training in hazard tree ID. He put in a great effort!


Area 2: ▉▉▉▉▉▉▉ Oh poor ▉▉▉ had the largest area, the least amount of resources of the distribution areas and has no clue of what he is to do. ▉▉▉ idea of managing is to move crews like chess pieces. It took to the end of the fire for him to get any one area done. There were trees EVERYWHERE standing. ▉▉▉ could not stay focused on any one task. When given the resources the job still didn't get done. ▉▉▉ should not be in a role such as this until he can mature, and learn to focus. ▉▉▉▉▉▉ was instrumental on getting area 2 organized. When I would ask him how things were going he always had a plan and had no clue where or what ▉▉▉ was doing.


Transmission: With active fire and smoke we were delayed by four days to get anything going. There was a power struggle between ▉▉▉▉▉▉ and myself, as well as transmission GC/MC and tree crew work. DRG worked with us, but worked against thru the process.  I was able to get DRG off the fire and things smoothed out between ▉▉▉ and myself. With only having MFE having a CWA for transmission it made it really tuff to get our work done. Distribution had 30% of my work force and even when I could get approval to bring more on, they would still get more of my guys. I still got done before the rest, and would have finished everything if I had all of my MFE out the gate. Because of ▉▉▉▉ I had to work with limited resources.  My guy's, ▉▉▉▉▉▉▉▉ my right hand man, hard working and never giving up. A pain in the ass at times, the fix would be to give him his own command. JM Forestry, hard working and I would have them back anytime. ▉▉▉ was sent to replace ▉▉▉▉▉▉▉ is no ▉▉▉▉▉▉ I could have worked without him. That brings us to ▉▉▉▉▉ he does what he is told to do, he stays focused till the end. I hope he remembers half of what I've show him. He is a hard worker and he shows up to work on time (mostly) and ready to work.  I would really like to have him back again on the next fire.


The players in review:

[REDACTED] is over the top. He needs to learn use tack and better self control. He can be a great asset to MGE as long as he can mature and except other peoples ideas and ways. [REDACTED] thinks he knows it all and can be very argent. I sometimes hated working with or for him. But, he does have it inside of him to be open and be able listen to others ideas. It has taken some time for me to except his ways, and I have found that there is caring person deep inside that boy. That he can talk to customers and bring understanding to those with problems with Veg. management. [REDACTED] has done a great Job. (we need to work on his work ethics a bit)

[REDACTED] I like [REDACTED] but...

Tree Medics, not for fires.

[REDACTED] needs to learn that being a lead, is not all about commanding, it is about leading.

[REDACTED] took on a big task and worked hard on getting something done. [REDACTED] needs to mature, stay focused on the "why we are here." Great Job!

[REDACTED] got the job done. He delegates work but I'm not sure if he works. [REDACTED] is a mystery to me.

[REDACTED] has a great work ethic, hard working and just needs training in arboriculture. Great job!

[REDACTED] hard working and understands all facets of fire. Because we room together and we vented on each other we get along just fine. [REDACTED] needs his own team to learn how to mange people.

[REDACTED] really needs to grow up. I don't think he cares much about anything except on getting paid.

[REDACTED] was a clean slate, he has grown, matured, listened, and perform to the best of his ability. Great Job!

[REDACTED] (DRG,DMS), oh my god, great organizer, and able to keep people on task. she speaks out and help keep everything reported correctly. We got to hire her.

Carr fire takes:

[REDACTED] and [REDACTED] idea was to remove questionable trees from our markings. Yes trees were mismarked. Yes trees would not reach. But many trees have died next to the lines that have been blacked out. So we as MGE have said these 3,000 trees are safe till routine can get these down on the ground. All it takes is ONE dead tree we left standing to go through the brand new lines to give use a black eye. Neither [REDACTED] or [REDACTED] work for MGE.

I have questioned [REDACTED] on this tack and he thinks trees will hit the ground in three months. The fact of the matter is a tree crew will not show up for a much longer time. I hope they are right and I'm wrong. [REDACTED] said to me that he would be happy if we got 98% percent done. But we are leaving 10%.

Collector can work. and [REDACTED] is the guy with the knowledge to it make work. We need less hands, messing with Collector and more people that want it to work. The spreadsheet I sent you shows the mess. Check out transmission side we made it work with %100 percent complete across sheet. We need a full time GIS person on the fire to take care of just the fire.

As we talked, we need to develop a Emergency team with knowledge and back ground in tree and risk assessment.

A command center to keep people and information in one spot. A backup list of other Companies or employees who can support our work if needed.

I'm fresh out of comments, and hope find this information useful in the coming events.

# EXHIBIT L-6

**To:**
**Cc:**
**From:**

**Sent:** Tue 11/20/2018 11:42:55 AM (UTC-08:00)
**Subject:** RE: Hazardous Tree Issue? CARR FIRE

███████,

I met with ██████ and he wasn't satisfied that "P2" trees that were marked from the fire are still standing. In my opinion the remaining "P2" trees (6 or so) don't need work. Our routine patrol has already inspected the area and 1 of the trees in question has been signed up under our routine patrol. Please let me know if you have any additional questions.

Thanks,

████████
Project Manager // **CNUC**
Certified Arborist / ████████████████████
ISA Tree Risk Assessment Qualification
████████ mobile
████████ main
**cnutility.com** // **LinkedIn** // **Employee Owned**
"Don't learn safety by accident"


**From:** ████████████
**Sent:** Tuesday, November 13, 2018 1:31 PM
**To:** ██████████████████████████████
**Subject:** FW: Hazardous Tree Issue? CARR FIRE
**Importance:** High

Hi █████,

Please see the below safety inquiry a customer has brought up. Can you forward to the appropriate person to handle. Thank you!

██████████████████████████████████. States new pole placed near location by dead overhanging burnt tree. Customer states he is highly concerned that tree will fall and initiate a fire. Told customer I would escalate concern."


Customer Information:
Customer: ████████████████.
Phone: ████████████
Address: ████████████████

████████████████████████ | Electric Outreach Specialist
Local Customer Experience, North Valley Division
Pacific Gas and Electric Company
████████████
████████████
████████████


**From:** ████████████
**Sent:** Friday, November 09, 2018 10:35 AM
**To:** ████████████████████████
**Subject:** Hazardous Tree Issue # 00278800

Hi █████,

I've just assigned this case ▮▮▮▮▮ to you.

Customer Information:
Customer: ▮▮▮▮▮
Phone: ▮▮▮▮▮
Address: ▮▮▮▮▮

Please let me know if you have any questions.

Thank you in advance,
Terentius


▮▮▮▮▮
*S.T.A.R.T. Team Advisor*
*Small and Medium Business Energy Solutions*
*Pacific Gas and Electric Company*
▮▮▮▮▮
*Monday-Friday 8:00am-4:30pm*

Safety is our highest priority at PG&E. The **PG&E Small and Medium Business team** wants to remind you to always call 811 before you dig or plant!
This free service is available to all our customers.   **www.pge.com/digsafely**