STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
PHILIP KOPCZYNSKI (NYBN 4627741)
NOAH STERN (CABN 297476)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Jeffrey.b.schenk@usdoj.gov
    Philip.kopczynski@usdoj.gov
    Noah.stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-14-00175-WHA |
| Plaintiff, | UNITED STATES' RESPONSE TO COURT'S ORDER TO SHOW CAUSE [Dkt. 1293] |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

    The United States, through Assistant United States Attorneys Jeffrey Schenk, Philip Kopczynski, and Noah Stern, responds to the Court's order to show cause why the conditions of probation suggested by *amici* should not be imposed. Dkt. 1293.

    While this Court "enjoy[s] broad discretion in fashioning the conditions needed for successful supervision of a defendant," the Ninth Circuit has insisted that conditions of supervision find support in the record, and that the conditions be no broader than reasonably necessary to support the sentencing factors set forth in 18 U.S.C. § 3553(a)(2). *United States v. LaCoste*, 821 F.3d 1187, 1190-93 (9th Cir.

2016) (vacating supervised release conditions).

The record, as it presently stands, does not demonstrate that the conditions proposed by *amici* are reasonably necessary to protect the public or support the other sentencing factors listed in 18 U.S.C. § 3553(a)(2). The United States agrees with *amici* that deficiencies in PG&E's record keeping have been a major issue throughout this criminal case. The Monitor has continued to identify gaps in PG&E's recordkeeping but has also found that PG&E "has made significant improvement [to its recordkeeping processes] since mid-2019." Dkt. No. 1277-1 at 11. Determining whether *amici*'s proposed conditions are reasonably necessary requires additional information and analysis regarding (1) what PG&E has recently done to improve its recordkeeping and data management processes, (2) what PG&E is currently doing and/or planning to do, (3) and whether the specific new processes mandated through the proposed conditions would contribute to PG&E's ongoing efforts (and thereby protect the public) or undermine them. The submissions of the Monitor and PG&E are likely to provide information helpful for analyzing whether the proposed conditions (or some modified version of them) are reasonably necessary. At this time, however, the proposed conditions are not supported by the record.

DATED:     March 3, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

\_\_\_\_/s/_____
JEFFREY B. SCHENK
PHILIP KOPCZYNSKI
NOAH STERN
Assistant United States Attorneys

UNITED STATES' RESPONSE TO
COURT'S ORDER TO SHOW CAUSE          2
CR-14-00175-WHA