AROCLES AGUILAR, SBN 94753
CHRISTINE JUN HAMMOND, SBN 206768
CHRISTOFER C. NOLAN, SBN 229542
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA  94102
Telephone:  (415) 696-7303
Facsimile:  (415) 703-4592
Christofer.Nolan@cpuc.ca.gov

Attorneys for the California Public Utilities Commission and
Marybel Batjer, Martha Guzman Aceves, Clifford Rechtschaffen,
Genevieve Shiroma, and Darcie Houck in their official capacities as
Commissioners of the California Public Utilities Commission

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                                    Defendant. | Case No. 14-cr-00175-WHA<br><br>**CPUC MOTION FOR LEAVE TO FILE AMICUS LETTER RE PROPOSED CONDITIONS 13-16**<br><br><br>Courtroom:    12, 19th Floor<br>Judge:          Hon. William H. Alsup |

The California Public Utilities Commission ("CPUC") hereby seeks leave of the Court to file an *Amicus* letter regarding the new proposed terms of probation 13-16 for defendant Pacific Gas and Electric Company ("PG&E"). Federal courts have inherent authority to entertain Amicus briefs. *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249, n.34 (11th Cir. 2006).

The CPUC's proposed letter is attached hereto as **Exhibit 1**.

Respectfully submitted,

March 3, 2021

By:    /s/     *Christofer C. Nolan*
AROCLES AGUILAR
CHRISTINE JUN HAMMOND
CHRISTOFER C. NOLAN

Attorneys for the CALIFORNIA PUBLIC UTILITIES COMMISSION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

STATE OF CALIFORNIA                                                                    GAVIN NEWSOM *Governor*

## PUBLIC UTILITIES COMMISSION

505 VAN NESS AVENUE
SAN FRANCISCO, CA  94102-3298



March 3, 2021

**VIA ELECTRONIC MAIL**

Honorable William H. Alsup
United States District Court
Northern District of California
Courtroom 12 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: *USA v. Pacific Gas and Electric Company*, Case No. 14-cr-00175-WHA;
      *Cannara Amici*'s Proposed Recordkeeping Conditions 13-16

Dear Judge Alsup,

The Court has requested that Pacific Gas and Electric Company ("PG&E"), the government, and the
Federal Monitor respond to the recordkeeping conditions of probation proposed by the Cannara *Amici*
contained in ECF No. 1283.  Should the Court grant the California Public Utilities Commission's
("CPUC") motion to file these comments, the CPUC respectfully submits that current drives to improve
PG&E's vegetation management, equipment, and maintenance records should be allowed to continue
their focused course for the present.

Last June, the CPUC ratified the Wildfire Safety Division's[1] approval of PG&E's 2020 Wildfire Safety
Plan with conditions.[2]  One of the conditions expressly referenced PG&E's poor history of
recordkeeping:[3]

> ### *Deficiency (PGE-16, Class C): PG&E's record keeping is deficient.*
>
> PG&E's history of poor record keeping. PG&E is only just moving from a
> paper records system to digitized records. The [CPUC] has found that

---

[1] The Wildfire Safety Division will become the Office of Energy Infrastructure Safety in July 2021 when it moves from the
CPUC to the California Natural Resources Agency.
[2] CPUC Resolution WSD-003 and Wildfire Safety Division Action Statement on PG&E's 2020 Wildfire Mitigation Plan
(June 11, 2020) at 1-2 (accessible at 340895473.PDF (ca.gov)).
[3] *Id*. at 40-41 (accessible at 340895473.PDF (ca.gov)).

Hon. William H. Alsup
March 3, 2021
Page 2

> PG&E's record keeping is deficient in other contexts with serious safety
> implications, including records on the location of its underground natural
> gas and electric lines. PG&E should explain whether it has detected errors
> or other problems with its wildfire mitigation records.
>
> **Condition (PGE-16, Class C):** In PG&E's 2021 WMP update, PG&E
> shall:
> >    i.    Disclose any problems with its paper record keeping
> >          system described in its WMP, and
> >    ii.   Outline any gaps (missing records), inaccuracies
> >          (inadvertent or intentional) and other errors.

As required, PG&E's 2021 Wildfire Mitigation Plan responds to the Wildfire Safety Division's
condition on Deficiency PGE-16.[4]  Describing its data governance risks and risk mitigations, PG&E
addressed steps it is now taking to identify and correct issues as it transitions from paper to digital
records, including processes it has put in place to resolve issues identified during this conversion.[5]
PG&E's response and indeed its entire 2021 Wildfire Mitigation Plan are undergoing critical scrutiny by
the Wildfire Safety Division and parties.  Importantly, interested stakeholders may comment on the 2021
Plan by March 29, 2021, with replies due April 6.  If PG&E's 2021 Wildfire Mitigation Plan does not
satisfactorily address the deficiency and corrective condition on recordkeeping, then the Wildfire Safety
Division and the CPUC have multiple tools to remedy the ongoing deficiency.

The CPUC is also aware of the Court's Federal Monitor's oversight of PG&E's overhead electric system
vegetation management recordkeeping, which oversight commenced in 2019.[6]  The Court's Federal
Monitor has surfaced vital information on the state of PG&E's recordkeeping practices and deficiencies,
and this information is informing the CPUC's Wildfire Safety Division and Safety and Enforcement
Division ongoing oversight.

The CPUC accordingly  believes that it would make sense for the Court to allow the Wildfire Safety
Division's broad public process to review PG&E's recordkeeping proposal to proceed and receive
further information from a broad cross-section of stakeholders before the Court takes action on any of
the proposed recordkeeping conditions The CPUC can provide the Court with updates on this process if
desirable.

---

[4] PG&E's 2021 Wildfire Mitigation Plan Report at 710-714 (ECF No. 1299-1 at 734-738).
[5] Id.
[6] Federal Monitor's comments on PG&E Vegetation Management Matters (Dec. 16, 2020) (ECF No. 1277-1) at 11-14.

Hon. William H. Alsup
March 3, 2021
Page 3

Sincerely,


/s/      *Christine Jun Hammond*
AROCLES AGUILAR
CHRISTINE JUN HAMMOND
CHRISTOFER NOLAN

Attorneys for the
CALIFORNIA PUBLIC UTILITIES COMMISSION