JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
   RSchar@jenner.com
   353 N. Clark Street
   Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
   899 Ellis Street
   San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
   825 Eighth Avenue
   New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Defendant. | Case No. 14-CR-00175-WHA<br><br>**NOTICE OF PG&E WILDFIRE MITIGATION PLAN UPDATE**<br><br>Judge: Hon. William Alsup |

1  Pacific Gas and Electric Company ("PG&E") is filing for the Court's awareness
2 the PG&E 2019 and 2020 Wildfire Mitigation Plan Update sent to the CPUC today, which is
3 attached as Exhibit A hereto.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: March 4, 2021

Respectfully Submitted,

JENNER & BLOCK LLP

By: ___/s/ Reid J. Schar___
    Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By: ___/s/ Kevin J. Orsini___
    Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By: ___/s/ Kate Dyer___
    Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY