UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Defendant. | No. CR 14-00175 WHA<br><br>**ORDER GRANTING LEAVE TO FILE TO CPUC AND CAL FIRE** |

The motion by the CPUC and Cal FIRE for leave to file as *amici* is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 11, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE