# EXHIBIT B

Native .kmz File
Provided to the Court on a Hard Drive