# EXHIBIT C

# EXHIBIT C-1

**PG&E Organization**
**as of 12/31/2017**



**EAM Compliance, Quality, & Vegetation Mg**

Director, Compliance & Veg. Mgmt.

PG&E Tel:
PCC:



EAM Compliance, Quality, & Vegetation Mg

Director's Assistant

PG&E Tel:
PCC:



EAM Compliance, Quality, & Vegetation Mg

CONT - Intern

PCC:



**EAM Quality Management**

Manager, Quality Management

PG&E Tel:
PCC:



**EAM Vegetation Management**

Senior Manager, Vegetation Management

PCC:



**EAM Distribution Compliance**

Distribution Compliance Manager

PG&E Tel:
PCC:



**EAM Vegetation Management CEMA**

Manager, VM CEMA

PG&E Tel:
PCC:



**EAM Transmission Compliance**

Transmission Compliance Manager

PG&E Tel:
PCC:

## PG&E Organization
## as of 12/31/2017





**EAM Vegetation Management**

Senior Manager, Vegetation Management

1951

PCC:

EAM Vegetation Management

Senior Operating Clerk-Typist 1

PG&E Tel:
PCC:

**Vegetation Management-Transmission**

Mgr, Vegetation Management

PCC:

1958

**Vegetation Management North**

Mgr, Vegetation Management

PG&E Tel:
PCC:

1968

**Veg Mgt Strategy and Planning**

Manager, Veg Mgt Strategy and Planning

PCC:

1986

**Vegetation Management South**

Mgr, Vegetation Management

PG&E Tel:
PCC:

1995

**Vegetation Management Safety**

Vegetation Management Safety Supervisor

PCC:

2011

**Veg Mgt Contractor Safety**

Contractor Safety Manager
Vacant Position
PCC:

2012

# PG&E Organization
## as of 12/31/2017

1957

**Vegetation Management North**

Mgr, Vegetation Management



PG&E Tel:
PCC:

---

Vegetation Management North

Vegetation Program Manager, Senior

PG&E Tel:
PCC:

---

**Vegetation Management North**

Hiring Hall Utility Clerk - Inexp
Vacant Position
PCC:

---

**VM - Sierra Sacramento**

Supvr, Veg Pgm Mgr, Sierra/Sacramento



PCC:

1969

---

**VM North Coast**

Supvr, Veg Pgm Mgr, North Coast



PG&E Tel:
PCC:

1973

---

**VM - North Valley**

Supvr, Veg Pgm Mgr, North Valley



PCC:

1978

---

**VM - Bay**

Supvr, Veg Pgm Mgr, Bay



PG&E Tel:
PCC:

1981

# PG&E Organization
## as of 12/31/2017



1968

**VM - North Valley**

Supvr, Veg Pgm Mgr, North Valley

PCC:

---

VM - North Valley

Operating Clerk-Typist

PG&E Tel:
PCC:

---

VM - North Valley

CONT-Heli D-Con. Utility Forester
Open position

---

VM - North Valley

CONT DRG Utility Forester
Open position

---

**VM NV North**

Vegetation Program Manager

PG&E Tel:          6
PCC:

1979

---

**VM NV South**

Vegetation Program Manager, Senior

PCC:

1980

# PG&E Organization
## as of 12/31/2017

1978

**VM NV North**
Vegetation Program Manager
[redacted]
PG&E Tel: [redacted]
PCC: [redacted]

---

- VM NV North — CONT- Sr Consulting Utility Forester — [redacted] PG&E Tel: [redacted] PCC: [redacted]
- VM NV North — CONT- Consulting Utility Forester — [redacted] PG&E Tel: [redacted] PCC: [redacted]
- VM NV North — CONT- CONSULTING UTILITY FORESTER — [redacted] PG&E Tel: [redacted] PCC: [redacted]
- VM NV North — CONT- Consulting Utiliy Forester — [redacted] PG&E Tel: [redacted] PCC: [redacted]
- VM NV North — CONT- Database Mgmt Consultant — [redacted] PG&E Tel: [redacted] PCC: [redacted]
- VM NV North — CONT-Consulting Utility Forester — [redacted] PCC: [redacted]

---

- VM NV North — CONT-Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT - Area Supervisor — [redacted] PCC: [redacted]
- VM NV North — CONT - Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT - Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT- Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT-Consulting Utility Forester — [redacted] PCC: [redacted]

---

- VM NV North — CONT - Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT-Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT - Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT - Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT - Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT - Consulting Utility Forester — [redacted] PCC: [redacted]

---

- VM NV North — CONT - Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT Consulting Utility Forester — [redacted] PCC: [redacted]
- VM NV North — CONT-Consulting Utility Forester — [redacted] PCC: [redacted]





# EXHIBIT C-2

## Compliance Vegetation Management

962

**Compliance Vegetation Management**
[redacted]
Director, Compliance Vegetation Manageme
Utility
Management
Concord Gateway Office | 1,495

---

**Compliance Vegetation Management**
[redacted]
CONT Analyst
Utility
Non-Employee
General Office Complex | 1

**Compliance Vegetation Management**
[redacted]
CONT - Senior Manager
Utility
Non-Employee
General Office Complex | 1

**Vegetation Management-Bay Area Region**
[redacted]
Manager, Vegetation Management-Bay Area
Utility
Management
Oakland Service Center | 220
966

**Compliance Vegetation Management**
[redacted]
CONT - Managing Director
Utility
Non-Employee
General Office Complex | 1

---

**Vegetation Management**
[redacted]
Manager, Vegetation Management
Utility
Management
San Ramon Bollinger Canyon | 6
975

**Compliance Vegetation Management**
[redacted]
CONT - Business Analyst, Senior
Utility
Non-Employee
General Office Complex | 1

**Vegetation Management-North Valley Regio**
[redacted]
Manager, Vegetation Management-North Val
Utility
Management
Chico Customer Service Office | 64
976

**Vegetation Management-North Coast**
[redacted]
Mgr, Vegetation Management-North Coast
Utility
Management
San Rafael Service Center | 176
**Open Position name**
Supvr, Veg Pgm Mgr, Humboldt/Mendocino
176
979

---

**Compliance Vegetation Management**
[redacted]
CONT Analyst
Utility
Non-Employee
San Ramon Bollinger Canyon | 1

**Compliance Vegetation Management**
[redacted]
CONT - Senior Principle
Utility
Non-Employee
General Office Complex | 1

**Vegetation Management-Central Coast**
[redacted]
Mgr, Vegetation Management
Utility
Management
General Office Complex | 264
989

**Vegetation Management-Central Valley Reg**
[redacted]
Manager, Vegetation Management-Central V
Utility
Management
San Ramon Bollinger Canyon | 412
997

---

**Vegetation Management Operations**
[redacted]
Sr. Manager, Vegetation Management Ops
Utility
Management
Tracy Customer Service Office | 177
1007

**Compliance Vegetation Management**
[redacted]
CONT Contractor
Utility
Non-Employee
General Office Complex | 1

**Compliance Vegetation Management**
[redacted]
CONT Senior Manager
Utility
Non-Employee
General Office Complex | 1

**Compliance Vegetation Management**
[redacted]
CONT Contractor
Utility
Non-Employee
General Office Complex | 1

---

**Compliance Vegetation Management**
[redacted]
CONT - Senior Manager
Utility
Non-Employee
General Office Complex | 1

**Compliance Vegetation Management**
[redacted]
CONT Contractor
Utility
Non-Employee
General Office Complex | 1

**Compliance Vegetation Management**
[redacted]
CONT Senior Manager
Utility
Non-Employee
San Ramon Bollinger Canyon | 1

**Compliance Vegetation Management**
[redacted]
CONT - Business Analyst
Utility
Non-Employee
General Office Complex | 1

---

**Compliance Vegetation Management**
[redacted]
CONT Contractor
Utility
Non-Employee
General Office Complex | 1

**Vegetation Management-Sierra Region**
[redacted]
Manager, Vegetation Management-Sierra Re
Utility
Management
Auburn Regional SC | 160
1019

**Compliance Vegetation Management**
[redacted]
CONT Technology Consulting Manager
Utility
Non-Employee
General Office Complex | 1



# Vegetation Management-North Valley Regio

965

**Vegetation Management-North Valley Regio**
[redacted]
Manager, Vegetation Management-North Val
Utility
Management
Chico Customer Service Office | 64

**VM - North Valley- North**
**Vacant Position name**
Supvr, Veg Pgm Mgr, North Valley
62

**Vegetation Management-North Valley Regio**
[redacted]
Operating Clerk-Typist
Utility
IBEW Clerical
Redding Service Center (formerly Cascade | 1

**VM - North Valley- North**
**Vacant Position name**
VPM
1

**VM - North Valley- North**
[redacted]
Land Consultant-Property Management
Utility
Management
Redding Service Center (formerly Cascade | 1

**VM Shasta**
[redacted]
Vegetation Program Manager
Utility
Management
Redding Service Center (formerly Cascade | 25
977

**VM NV South**
[redacted]
Supvr, Veg Pgm Mgr, North Valley
Utility
Management
Chico Customer Service Office | 34
978



# VM Shasta

976

**VM Shasta**
[redacted]
Vegetation Program Manager
Utility
Management
Redding Service Center (formerly Cascade 25

**VM Shasta**
[redacted]
CONT - Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT- Sr Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT- CONSULTING UTILITY FORESTER
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT - Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT CNUC - Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT CNUC-Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT- Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT Davey - Area Supervisor
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT-Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT- Database Mgmt Consultant
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT-Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT- Consulting Utiliy Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT - Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT- Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT - Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT- Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT CNUC-Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT CNUC - Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT-Consulting Utility Forester
Utility
Non-Employee
San Francisco Division Service Center 1

**VM Shasta**
[redacted]
CONT CNUC - Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade 1

**VM Shasta**
[redacted]
CONT - Area Supervisor
Utility
Non-Employee
Non-PG&E US Work Location 1



# EXHIBIT C-3

EVM Work Execution Bay/South                    PG&E Organization as of 12/31/2019

## EVM Work Execution Bay/South



**EVM Work Execution Bay/South**

Director, EVM Work Execution Bay/South
Utility
Management
General Office Complex | 564

Director, EVM Work Execution Bay/South
Utility
Management
San Ramon Bollinger Canyon | 564

**Vegetation Management Operations**
Vacant Position name
Sr. Manager, Vegetation Management Ops
| 349

**Perf Measurement & Program Control**
Vacant Position name
Manager, Perf Measurement & Prgm Cntrl
| 15

Manager, Perf Measurement & Program Cont
Utility
Management
San Ramon Bollinger Canyon | 15

**Vegetation Finance**
Open Position name
Manager, Finance
| 1

**Performance Measurement & Controls**
Open Position name
Manager, Perf Measurement & Program Cont
| 1

**Execution Support Bay/South**

**GC Gas Support Bay/South**

**Vegetation Management Central Valley**

**Vegetation Management**
Manager, Vegetation Management
Utility
Management
San Ramon Bollinger Canyon | 192

**EVM Work Execution Bay/South**
Portfolio Management Analyst, Principal
Utility
Management
San Ramon Bollinger Canyon | 1

**1180**

# Vegetation Management Operations



**Vegetation Management Operations**
Vacant Position name
Sr. Manager, Vegetation Management Ops
349

---

**Vegetation Management-North Valley Regio**
Vacant Position name
Manager, Vegetation Management-North Val
182

**QC/Doc Governance/NERC Liaison**
Vegetation Management QA Specialist, Sr
Utility
Management
Sacramento Service Center   3

**Vegetation Management Operations**
Principal, Business Project Manager
Utility
Management
General Office Complex   1

**Vegetation Management Operations**
CONT - Project DMS, Sr.
Utility
Non-Employee
Auburn Regional SC   1

---

**Vegetation Clearing (VC)**
Supervisor, Veg Mgmt Program Management
Utility
Management
Marysville Service Center   159

**Vegetation Management Operations**
Operating Clerk-Typist
Utility
IBEW Clerical
Tracy Customer Service Office   1

**Vegetation Management Operations**
Vacant Position
Business Operations Specialist, Senior
1

# Vegetation Management-North Valley Regio

1181

**Vegetation Management-North Valley Regio**
**Vacant Position name**
Manager, Vegetation Management-North Val
182

**VM NV South**
[redacted]
Supervisor, North Valley-South
Utility
Management
Chico Customer Service Office
108
1183

**VM - North Valley- North**
[redacted]
Supvr, Veg Pgm Mgr, North Valley
Utility
Management
Redding Service Center (formerly Cascade
70
1186

**Vegetation Management-North Valley Regio**
[redacted]
CONT-Consulting Utility Forester
Utility
Non-Employee
Chico Office
1

**Vegetation Management-North Valley Regio**
[redacted]
Operating Clerk-Typist
Utility
IBEW Clerical
Redding Service Center (formerly Cascade
1

**Vegetation Management-North Valley Regio**
[redacted]
Hiring Hall Operating Clerk - Exper
Utility
IBEW Clerical
Redding Service Center (formerly Cascade
1



# VM - North Valley- North

1182

**VM - North Valley- North**
[redacted]
Supvr, Veg Pgm Mgr, North Valley
Utility
Management
Redding Service Center (formerly Cascade | 70

**VM - North Valley- North**
**Vacant Position name**
VPM
1

**VM - North Valley- North**
[redacted]
CONT Utility Forester
Utility
Non-Employee
Cupertino Service Center | 1

**VM - North Valley- North**
[redacted]
Vegetation Program Manager
Utility
Management
Redding Service Center (formerly Cascade | 1

**VM - North Valley- North**
[redacted]
Land Consultant-Property Management
Utility
Management
Redding Service Center (formerly Cascade | 1

**VM Shasta**
[redacted]
Vegetation Program Manager
Utility
Management
Redding Service Center (formerly Cascade | 64

1187

**VM - North Valley- North**
**Vacant Position**
Vegetation Program Manager
1



# VM Shasta

PG&E Organization as of 12/31/2019

## VM Shasta

1186

**VM Shasta**
[redacted]
Vegetation Program Manager
Utility
Management
edding Service Center (formerly Cascad 64

| | | | |
|---|---|---|---|
| **VM Shasta**<br>**Open Position name**<br>CONT - Consulting Utility Forester<br>1 | **VM Shasta**<br>**Open Position name**<br>CONT CNUC - Consulting Utility Forester<br>1 | **VM Shasta**<br>**Open Position name**<br>CONT CNUC NVN Consult. Utility Forester<br>1 | **VM Shasta**<br>**Open Position name**<br>CONT Wright Tree General Foreman<br>1 |
| **VM Shasta**<br>**Open Position name**<br>CONT ERM Consult. Utility Forester<br>1 | **VM Shasta**<br>**Open Position name**<br>CONT CNUC NVN Consult. Utility Forester<br>1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT A&E Field Supervisor<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT- Sr Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT A&E Safety Supervisor<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT Skyline NVN RSS,CTSP, FS<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT A&E General Foreman<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT- CONSULTING UTILITY FORESTER<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT NVN CNUC Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT - Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT Wright Tree General Foreman<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC Cuf<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT- Reliability Specialist<br>Utility<br>Non-Employee<br>Willits SC 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC - North Valley DMS<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT Wright Tree General Foreman<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT- Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC Gas Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT Cuf CNUC<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT ERM Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT- Database Mgmt Consultant<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT-Consulting Utility Forester<br>Utility<br>Non-Employee<br>Sacramento Crown Plaza Office 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT-Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT- Consulting Utiliy Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT - Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT Wright Tree General Foreman<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT- Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT - Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CEMA - Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT CNUC-Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>Chico Customer Service Office 1 | **VM Shasta**<br>[redacted]<br>CONT ERM Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT Skyline NVN General Foreman<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC - Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT-Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT NVN CNUC Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT Wright Tree Project Manager<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC - Consulting Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 |
| **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT ERM Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | **VM Shasta**<br>[redacted]<br>CONT CNUC NVN Consult. Utility Forester<br>Utility<br>Non-Employee<br>edding Service Center (formerly Cascad 1 | |



# EXHIBIT C-4

EO Vegetation Management                    PG&E Organization as of 12/31/2020

# EO Vegetation Management



**EO Vegetation Management**
Sr Director, Vegetation Management Ops
Utility
Management
Concord Gateway Office

**EO Vegetation Management**
Senior Director's Assistant
Utility
Admin.
Concord Gateway Office

**EO Vegetation Management**
Open Position name
Electric Program Manager, Expert

**Veg Management Operational Excellence**
Open Position name
Manager, Vegetation Management Ops

**VM Tech/Performance & Data Mgmt**
Sr. Manager, Tech/Performance & Data Man
Utility
Management
San Ramon Bollinger Canyon

**Safety/VMI/Work Verification**
Sr. Manager, Safety/VMI/Wk Verification
Utility
Management
Concord Gateway Office

**Vegetation Management Execution - South**
Dir, Vegetation Management Execution
Utility
Management
San Ramon Bollinger Canyon

**EO Vegetation Management**
Principal, Business Project Manager
Utility
Management
Concord Gateway Office

**Vegetation Management Program Mgmt**
Director,Veg Mgmt-Program Management
Utility
Management
Walnut Creek Customer Service Office

**VM Operations Support & Planning**
Vacant Position
Director, Contract & Project Management

**Vegetation Management Execution North**
Vacant Position
Director, Vegetation Management Ops

262

# Vegetation Management Execution - South

262

**Vegetation Management Execution - South**
[redacted]
Dir, Vegetation Management Execution
Utility
Management
San Ramon Bollinger Canyon

**Vegetation Management-North Valley Regio**
[redacted]
Manager, Vegetation Management-North Val
Utility
Management
Concord Gateway Office
284

**Vegetation Management-Transmission**
[redacted]
Mgr, Transmission VM
Utility
Management
Rocklin Regional Office
290

**Vegetation Management-Bay Area Region**
[redacted]
Manager, Vegetation Management-Bay Area
Utility
Management
Oakland Service Center
309

**Vegetation Management-Central Valley Reg**
[redacted]
Manager, Vegetation Management-Central V
Utility
Management
\ngels Camp Service Center (Mother Lode
322

**Vegetation Management-North Coast**
[redacted]
Mgr, Vegetation Management-North Coast
Utility
Management
Richmond Service Center
334

**Pole Clearing, GTVM, Wood MGMT**
[redacted]
Manager, Pole Clearing, GTVM, Wood MGMT
Utility
Management
Marysville Service Center
347

**VM South Coast Region**
[redacted]
Mgr, Vegetation Management
Utility
Management
Oakland Service Center
362

**Vegetation Management-Sierra Region**
[redacted]
Manager, Vegetation Management-Sierra Re
Utility
Management
Auburn Regional SC
375



## Vegetation Management-North Valley Regio

283

**Vegetation Management-North Valley Regio**
[redacted]
Manager, Vegetation Management-North Val
Utility
Management
Concord Gateway Office

---

**Vegetation Management-North Valley Regio**
Open Position name
CONT - PLANNER

**Vegetation Management-North Valley Regio**
Open Position name
CONT - PLANNER

**Vegetation Management-North Valley Regio**
Open Position name
CONT - PLANNER

**Vegetation Management-North Valley Regio**
Open Position name
CONT - PLANNER

**Vegetation Management-North Valley Regio**
Open Position name
CONT - PLANNER

**Vegetation Management-North Valley Regio**
Open Position name
CONT - PLANNER

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - Consulting Utility Forester
Utility
Non-Employee
Concord Gateway Office

**VM - North Valley- North**
[redacted]
Supvr, Veg Pgm Mgr, North Valley
Utility
Management
Redding Service Center (formerly Cascade

285

**Vegetation Management-North Valley Regio**
[redacted]
CONT-Consulting Utility Forester
Utility
Non-Employee
Chico Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CUF
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - Project Consultant
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - Consulting Utility Forester
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - Operations Manager
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CUF
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - PROJECT ADMINISTRATOR
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CUF
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - RACT UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - VM GIS ANALYST
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - Consulting Utility Forester
Utility
Non-Employee
ngels Camp Service Center (Mother Lod

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office

**VM NV South**
Vacant Position
Supervisor, North Valley-South

288

**Vegetation Management-North Valley Regio**
[redacted]
CONT - GIS Specialist
Utility
Non-Employee
Concord Gateway Office

**Vegetation Management-North Valley Regio**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Chico Customer Service Office



# VM - North Valley- North



(284)

**VM - North Valley- North**

Supvr, Veg Pgm Mgr,  North Valley

Utility

Management

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

**Vacant Position name**

Hiring Hall Operating Clerk - Exper

---

**VM - North Valley- North**

CONT - CNUC NVN Consult. Utility Foreste

Utility

Non-Employee

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

CONT - CNUC NVN Consult Utility Forester

Utility

Non-Employee

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

CONT - CNUC NVN Consult. Utility Foreste

Utility

Non-Employee

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

CONT - CNUC NVN Consult. Utility Foreste

Utility

Non-Employee

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

CONT - Consulting Utility Forester

Utility

Non-Employee

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

CONT - CNUC NVN Consult. Utility Foreste

Utility

Non-Employee

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

Operating Clerk-Typist

Utility

IBEW Clerical

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

CONT - Utility Forester

Utility

Non-Employee

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

Vegetation Program Manager

Utility

Management

Chico Customer Service Office

---

**VM - North Valley- North**

CONT - Cont Consulting Utility Forester

Utility

Non-Employee

Davis Business Office

---

**VM - North Valley- North**

CONT - Consulting Utility Forester

Utility

Non-Employee

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

CONT - PROJECT MANAGER

Utility

Non-Employee

Redding Service Center (formerly Cascade

---

**VM - North Valley- North**

CONT - NVN CNUC Consult. Utility Foreste

Utility

Non-Employee

Redding Service Center (formerly Cascade

---

**VM Shasta**

Vegetation Program Manager

Utility

Management

Redding Service Center (formerly Cascade

(286)

---

**VM Shasta Routine**

**Vacant Position**

Vegetation Program Manager

(287)

# VM Shasta

285

**VM Shasta**
[redacted]
Vegetation Program Manager
Utility
Management
Redding Service Center (formerly Cascade

**VM Shasta**
Open Position name
CONT- Reliability Specialist

**VM Shasta**
Open Position name
CONT - Consulting Utility Forester

**VM Shasta**
Open Position name
CONT CNUC - Consulting Utility Forester

**VM Shasta**
Open Position name
CONT CNUC NVN Consult. Utility Forester

**VM Shasta**
Open Position name
CONT CNUC NVN Consult. Utility Forester

**VM Shasta**
Open Position name
CONT Wright Tree General Foreman

**VM Shasta**
Open Position name
CONT Skyline NVN General Foreman

**VM Shasta**
Open Position name
CONT CNUC NVN Consult. Utility Forester

**VM Shasta**
Open Position name
CONT CNUC NVN Consult. Utility Forester

**VM Shasta**
Open Position name
CONT ERM Consult. Utility Forester

**VM Shasta**
Open Position name
CONT ERM Consult. Utility Forester

**VM Shasta**
Open Position name
CONT ERM Consult. Utility Forester

**VM Shasta**
Open Position name
CONT ERM Consult. Utility Forester

**VM Shasta**
Open Position name
CONT CNUC NVN Consult. Utility Forester

**VM Shasta**
Open Position name
CONT CNUC NVN Consult. Utility Forester

**VM Shasta**
Open Position name
CONT Wright Tree General Foreman

**VM Shasta**
Open Position name
CONT Cuf CNUC

**VM Shasta**
Open Position name
CONT Senior Consulting Utility Forester

**VM Shasta**
Open Position name
CONT Consulting Utility Forester

**VM Shasta**
Open Position name
CONT Consulting Utility Forester

**VM Shasta**
Open Position name
CONT Consulting Utility Forester

**VM Shasta**
Open Position name
CONT Consulting Utility Forester

**VM Shasta**
Open Position name
CONT Consulting Utility Forester

**VM Shasta**
Open Position name
CONT Consulting Utility Forester

**VM Shasta**
Open Position name
CONT Consulting Utility Forester

**VM Shasta**
[redacted]
CONT - CONSULTING UTILITY FORESTER
Utility
Non-Employee
Redding Service Center (formerly Cascade

**VM Shasta**
[redacted]
CONT - VM Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade

**VM Shasta**
[redacted]
CONT - Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade

**VM Shasta**
[redacted]
CONT - VM Consulting Utility Forester
Utility
Non-Employee
Redding Service Center (formerly Cascade



# EXHIBIT C-5

**To:** ██████████████████████████████████████████████████

**Cc:** ██████████████████████████████████████████████████

**From:** ████████████████████████████████████████████████

**Sent:** Sat 7/28/2018 3:19:19 PM (UTC-07:00)

**Subject:** CARR FIRE EVENT - MGE DEPLOYMENT PLAN

[MGE_CARR_FIRE_ORG_CHART_072818.docx](MGE_CARR_FIRE_ORG_CHART_072818.docx)

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***

█████

I've attached our resource organization chart for your review and reference.

The team will be assembling at the PG&E Yard located at ████████████████████████ by 10:00 am tomorrow morning.

████████████████████████ will be the acting on-site coordinator tomorrow until █████████ arrival on Monday morning.

███████████ will be joining the party Tuesday morning as the third Task Force Team Lead.

█████ and myself will continue to support you and our team remotely. Anything you want or need, please do not hesitate to contact me.

I'm available 24/7.

You're a Champion!

██████████████████████

██████████████████████



**MOUNTAIN G. ENTERPRISES, INC.**

██████████████████████

1180 Iron Point Road, Suite 350
Folsom, CA 95630



*What did the Sea say to the Shore?*
*Nothing, it just Waved!*

# EXHIBIT C-5.1

**SUNDAY (07/29/18)**



**MONDAY (07/30/18) – TBD**



**TUESDAY (07/31/18) - TBD**

