JENNER & BLOCK LLP
    Reid J. Schar (*pro hac vice*)
    RSchar@jenner.com
    353 N. Clark Street
    Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
    899 Ellis Street
    San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (*pro hac vice*)
    korsini@cravath.com
    825 Eighth Avenue
    New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC
COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                              Defendant. | Case No. 14-CR-00175-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO QUESTIONS FOR FOLLOW-UP**<br><br>Judge:  Hon. William H. Alsup |

[PROPOSED] ORDER GRANTING ADMIN. MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO
FILE UNDER SEAL PORTIONS OF RESPONSE TO QUESTIONS FOR FOLLOW-UP

Case No. 14-CR-00175-WHA

The Court, having reviewed the Administrative Motion of Pacific Gas and Electric Company to File Under Seal Portions of Response to Questions for Follow-Up (the "Administrative Motion"), and good cause having been shown, hereby GRANTS PG&E's Administrative Motion.

For the reasons set forth in the Administrative Motion and counsel's Declaration in support of the Administrative Motion, the Court finds that portions of Exhibits 1 through 15 to the Declaration of Kate Dyer in Support of PG&E's Administrative Motion to File Under Seal, which correspond to Exhibits A and C through P to PG&E's March 12, 2021 Response to Questions for Follow-Up, respectively.

**IT IS SO ORDERED.**

DATED:

_____
HON. WILLIAM ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING ADMIN. MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF RESPONSE TO QUESTIONS FOR FOLLOW-UP

Case No. 14-CR-00175-WHA