JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　Defendant. | Case No. 14-CR-00175-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF PRIOR SUBMISSIONS**<br><br>Judge:  Hon. William Alsup |

　　　　The Court, having reviewed the Administrative Motion of Pacific Gas and Electric Company to File Under Seal Portions of Prior Submissions (the "Administrative

1  Motion"), and good cause having been shown, hereby GRANTS PG&E's Administrative
2  Motion.
3      For the reasons set forth in the Administrative Motion and counsel's Declaration
4  in support of the Administrative Motion, the Court finds that portions of documents produced in
5  response to Question 19 of the Court's Request for Follow Up by PG&E Concerning its
6  October 26 Submission and in response to the Court's Request for Further Responses shall be
7  submitted under seal.
8      **IT IS SO ORDERED.**
9
10      DATED:
11
12
13      HON. WILLIAM ALSUP
    United States District Judge