JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
 Telephone: +1 312 222 9350
 Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
 kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
 Telephone: +1 415 749 1800
 Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | CASE NO. CR-14-00175-WHA<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On March 17, 2021, I served a copy, with all exhibits, of the following documents:

- **ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF PRIOR SUBMISSIONS**

- **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF PRIOR SUBMISSIONS**

**X**   **BY E-SERVICE SERVICE**:  Filing was electronically mailed via the ECF system to the addressee(s) noted on the service list.

**By Personal Service:** I placed a true copy thereof in a sealed envelope, and caused such envelope to be personally delivered to the addressee(s) noted on the service list.

Noah Stern, AUSA
ATTENTION MARYAM BEROS
US Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Noah.Stern@usdoj.gov

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement. I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2021, at San Francisco, California.

_____
Abbie Chin