JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PACIFIC GAS AND ELECTRIC COMPANY TO FILE UNDER SEAL PORTIONS OF PRIOR SUBMISSIONS<br><br>Judge: Hon. William Alsup |

The Court, having reviewed the Administrative Motion of Pacific Gas and Electric Company to File Under Seal Portions of Prior Submissions (the "Administrative

Motion"), and good cause having been shown, hereby GRANTS PG&E's Administrative Motion.

For the reasons set forth in the Administrative Motion and counsel's Declaration in support of the Administrative Motion, the Court finds that portions of documents produced in response to Question 19 of the Court's Request for Follow Up by PG&E Concerning its October 26 Submission and in response to the Court's Request for Further Responses shall be submitted under seal.

**IT IS SO ORDERED.**

DATED: March 18, 2021.

_____
HON. WILLIAM ALSUP
United States District Judge