# EXHIBIT B

```
 1  ALTO LITIGATION, PC
      Ellen London (Bar No. 325580)
 2    ellen@altolit.com
      Bess Ibtisam Hanish (Bar No. 325938)
 3    bess@altolit.com
      4 Embarcadero Center, Suite 1400
 4    San Francisco, CA 94111
      Telephone: (415) 779-2586
 5    Facsimile: (415) 306-8744

 6  THE STOUT FIRM, P.C.
      Thomas D. Stout (Bar No. 241348)
 7    tstout@stoutfirm.com
      317 Washington Street, Suite 170
 8    Oakland, CA 94607
      Telephone:  (415) 862-8485
 9    Facsimile: (415) 862-8487

10  Attorneys for Interested Party
    CN UTILITY CONSULTING, INC.
11
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 14-00175-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF** ▮▮▮▮ **IN RESPONSE TO THE COURT'S FEBRUARY 5, 2021 ORDER** |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

I, ▮▮▮▮▮▮▮▮, declare as follows:

1. I am currently employed by CN Utility Consulting ("CNUC" or the "Company").

2. My position at CNUC is Consulting Utility Forester ("CUF") III. As described in further detail below, I started at CNUC as a CUF I, and was promoted to the position of CUF III in October of 2019.

3. I have reviewed the Court's order in this matter, dated February 5, 2021, Docket No. 1297.

4. I have reviewed the photograph at Docket No. 1250-4 and page 11 of the Court's order dated December 29, 2020, in which the Court specifically identifies a gray pine (the "Gray Pine") shown at Docket No. 1250-4.

5. Based on having reviewed the photograph and the description described in the order, I believe I understand which tree the Court is referring to when it discusses the "Gray Pine" in the February 5, 2021 Order.

6. I submit this declaration in response to the Court's February 5, 2021 Order.

I. **QUALIFICATIONS AND LICENSE**

7. I was hired by CNUC as a CUF 1 on April 10, 2017.

8. When I started at CNUC, I was given a binder of training materials, which I reviewed, and I was given on-the-job training in which I spent a several weeks with a Senior Consulting Utility Forester ("SCUF"). I was also trained on the job by several other CUFs, including ▓▓▓▓▓▓▓▓; I spent time learning from these CUFs in the field.

9. I was trained on the basics of vegetation management ("VM"), and at CNUC we were given regular training updates on VM issues (in addition to various trainings on other issues), prior to the pandemic. I understand the rules regarding distance from the power lines and other issues that might affect power lines. I also understand the rules for how to respond to trees that are hazardous.

10. In particular, I am familiar with the requirements of General Order 95 and Rule 35, as well as the Public Resource Code Section 4293 Power Line Fire Prevention Field Guide. I received both initial and recurring training on these standards throughout my time at CNUC.

11. In general, I am familiar with the rules of compliance for my job as a forester.

12. I am now in a position in which I am training new CUFs.

13. I do not have a license or other formal certification.

14. I have studied for the International Society of Arboriculture ("ISA") certification exam, and I was planning to take it as soon as I became eligible (which was April 2020); however, testing was delayed due to the COVID-19 pandemic. While testing has resumed, I have not yet taken it.

15. When I conduct a routine patrol, I walk both sides of the length of the power line for the area I am inspecting from one pole to the next. I am looking for (1) any tree that, due to proximity to the power lines, must be trimmed or removed to be brought into compliance with VM standards, and (2) trees that are at high risk of falling on the power line regardless of whether they are encroaching on power lines, for example dead or dying trees or trees that show signs of root decay or ground disturbance. I focus on growth and strength.

16. It is not within the scope of a routine patrol to mark a green and healthy tree for trimming or removal that is otherwise in compliance with VM standards.

17. When in doubt, my practice is to err on the side of caution in marking more trees for trimming or removal.

## II. DATE OF GRAY PINE DETERMINATION

18. I was responsible for the routine patrol of Route 50 of the Girvan 1101 Circuit, including Zogg Mine Road, in 2019 and in 2020. I was also responsible for this patrol in 2017.

19. ███████, another CNUC CUF and colleague of mine, accompanied me on these patrols. ███ came with me because there were approximately twenty spans located in extremely challenging terrain that he was better able to access, most of which were not on Zogg Mine Road. He was only with me for two to three days out of the total of approximately three weeks it took me to complete the whole patrol. Having reviewed the photograph at Docket No. 1250-4, I am familiar with that area, do not regard the terrain as unusually challenging, and believe I would have inspected that segment of Route 50 personally.

20. I have also reviewed reports I caused to be generated through PG&E's Getac Preload during the course of the 2019 and 2020 routine inspections of Route 50. I generated all reports created during both inspections; none were created by ███████.

21. I do not recall the Gray Pine from my patrols, although it was within the area of my patrols. Based on my review of VMD data, I would have inspected the area in the vicinity of the Gray Pine during the 2019 routine patrol on April 15, 2019; April 24, 2019; and April 26, 2019. Copies of these records are attached hereto as Exhibits 1, 2, and 3, respectively. Based on my review of VMD data, I would have inspected the area in the vicinity of the Gray Pine during the

DECLARATION OF ███████                3

2020 routine patrol on March 23, 2020, and March 26, 2020. Copies of these records are attached at Exhibits 4 and 5, respectively.

22. While I do not recall this specific tree, as noted above, I have seen a photograph of it. *See* Docket No. 1250-4. Looking at this photograph, I do not believe I would have had a bad feeling about this tree. In my view, it is green, and the lean is not severe for a gray pine. The tree appears to have a black base from being burned, which is a common situation and not a sign of an unhealthy tree.

### III. INVESTIGATION OF GRAY PINE

23. As discussed above, I do not recall the Gray Pine from my patrols.

24. As also discussed above, I would have walked along the power line in the area in which the Gray Pine is located.

25. I do not know for sure but would guess that I probably was within roughly 50 feet of the Gray Pine while walking the line. I do not believe that I would have inspected all sides of it, because, as explained above, there was nothing about this tree that would have led me to think it needed a closer inspection beyond being able to see it while walking the line.

26. In February 2019, the Redding area, including Route 50 of the Girvan 1101 Circuit, experienced abnormally heavy snow fall. As a result, during my routine patrol in April 2019, I saw an unusually large number of trees that had suffered damage and needed to be marked for trimming or removal. Any tree that, after that extreme snow fall event, appeared healthy and undamaged is a tree that I would have regarded as robustly strong and healthy because most weaker trees showed obvious signs of damage.

27. Although I do not specifically remember the Gray Pine, based on my review of the photograph at Docket No. 1250-4, which I understand to have been taken in July 2019, I would have regarded the Gray Pine as a particularly healthy tree due to having survived the February 2019 extreme snow fall event without any obvious signs of damage

### IV. PHOTOGRAPHS, NOTES, OR VIDEOS

28. As discussed above, I do not recall the Gray Pine from my patrols.

DECLARATION OF ▮▮▮▮▮▮▮▮    4

29. My general practice with regard to photographs and notes is to only write down notes reflecting customers' contact information, or, on occasion, notes to remind myself of something. Everything else is reflected in the official report.

30. I do not take videos while I am patrolling.

31. I have confirmed that I do not have any photographs, notes, or videos from the routine patrols of this area.

## V. REPORTS

32. As discussed above, I do not recall the Gray Pine from my patrols.

33. I have attached the reports that I generated from the routine patrols discussed above in the areas in the vicinity of the Gray Pine as Exhibits 1, 2, 3, 4, and 5. There is no mention of the Gray Pine in the reports because I did not mark it for trimming or removal. It was not my practice to generate reports or take notes of healthy trees that were otherwise in compliance with VM standards.

## VI. REASONS RE: NOT MARKING GRAY PINE

34. As discussed above, I do not recall the Gray Pine from my patrols. However, in looking at a photograph of it, I do not see any reason that I would have marked it for removal. It appears to be a healthy-looking gray pine that was in compliance with VM standards that would not qualify for removal.

## VII. KNOWLEDGE RE: GRAY PINE

35. As discussed above, I do not recall the Gray Pine from my patrols. However, I have looked at a photograph of the tree, and I can see that if the tree were to fall, it would fall in the direction of the power line.

36. As also discussed above, I do not regard the degree of lean of the Gray Pine as extreme. There are countless healthy trees along Route 50 of the Girvan 1101 Circuit that are large enough to fall on a power line and lean toward the line, but are healthy and in compliance with applicable VM standards. In my experience, preliminary inspectors do not mark such trees for trimming or removal.

DECLARATION OF ███████████    5

37.   Having reviewed the photograph at Docket No. 1250-4, I do not believe I would have regarded the Gray Pine as presenting a heightened danger to the power line based solely on the degree of lean.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: February 11, 2021

DECLARATION OF                                    6

# EXHIBIT 1

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | | City: IGO | County: SH | Directions: S/ON PLACER>W/ON SOUTH FORK RD>N/ON ZOGG MINE; N/OF LARRY HORSE LN | | | Inspector / Company: - CNU |
|---|---|---|---|---|---|---|---|
| Division: North Valley | Circuit: (0103401101) GIRVAN 1101 | SSD #: 4855 | SSD Rte #: 50 | Routing #: 1365 | Area: P-25 | SRA Yes | Alerts: AX  LG  NF |
| Insp Date / Time: 4/15/2019 4:46:52 PM | Tag Type: | Tag Number: | Line Name: | | Pole Num: | Quad Map: C-6 | Removal #: 3872272 | Customer Name/Phone: |

Comment: P58 TP ON DRWY @ 1ST DRWY ENT PAST 8455 ADD FLGD GT P59 1S/W/OF P58 TP ABOVE ZOGG MINE RD CUST WANTS TO KNOW WHO IS ON PROPERTY.MUST CALL TO HAVE GT OPENED.

| Audit | Last Edit: 4/15/2019 4:46:52 PM by: |

### Tree Number 1

| Tree Species: Live Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 23 | DBH: 7 | Clearance: 16 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: TopDirecti | Account: M | Wire Conditions: | Insp Date: 11/2/2017 2   PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: .1S/E/OF P59 | | | | Notification: | Work Request: SHNV1024545 | | | | WC Date: 12/20/2017 | WC Qty: 1 | WC Trim: TD | C_mpleted By: | | Invoice: TR (104) |
| Lat/Long: 40.538658, -122.562043  Google Map! | | | | External TreeID: W122562043N40538658 | | | | | | | | | Audit | Last Edit: 4/15/2019 4:52:34 PM by: |
| Rx Comment: | | | | | | | | | | | | | | |

### Tree Number 2

| Tree Species: Gray Pine | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 80 | DBH: 22 | Clearance: 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FP-Rmv2 B | Account: M | Wire Conditions: | Insp Date: 4/15/2019 4   PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: .2S/E/OF P59 | | | | Notification: OK | Work Request: C1NV1001887 | | | | WC Date: 5/31/2019 | WC Qty: 1 | WC Trim: F2B | C | | Invoice: B2 (104) |
| Lat/Long: 40.544415, -122.575775  Google Map! | | | | External TreeID: W122575775N40544415 | | | | | | | | | Audit | Last Edit: 4/15/2019 4:48:46 PM by: |
| Rx Comment: | | | | | | | | | | | | | | |

### Tree Number 3

| Tree Species: Live Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 35 | DBH: 12 | Clearance: 13 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: Side | Account: M | Wire Conditions: | Insp Date: 6/20/2016 3   PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: .2S/E/OF P59 | | | | Notification: | Work Request: SHNV1022869 | | | | WC Date: 11/21/2016 | WC Qty: 1 | WC Trim: SD | Completed By: | | Invoice: TR (104) |
| Lat/Long: | | | | External TreeID: | | | | | ANNUAL TRIM | | | | Audit | Last Edit: 4/15/2019 4:52:34 PM by: |
| Rx Comment: | | | | | | | | | | | | | | |

### Tree Number 4

| Tree Species: Black Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 35 | DBH: 12 | Clearance: 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FP-Rmv2 B | Account: M | Wire Conditions: | Insp Date: 4/15/2019 4:46:51 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: .2S/E/OF P59;DEAD | | | | Notification: OK | Work Request: C1NV1001887 | | | | WC Date: 5/31/2019 | WC Qty: 1 | WC Trim: F2B | Completed By: | | Invoice: B2 (104) |
| Lat/Long: 40.544472, -122.575661  Google Map! | | | | External TreeID: W122575661N40544472 | | | | | | | | | Audit | Last Edit: 4/15/2019 4:46:51 PM by: |
| Rx Comment: | | | | | | | | | | | | | | |

### Tree Number 5

| Tree Species: Gray Pine | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 80 | DBH: 14 | Clearance: 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FP-Rmv2 B | Account: M | Wire Conditions: | Insp Date: 4/15/2019 4:52:25 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: .2S/E/OF P59 | | | | Notification: OK | Work Request: C1NV1001887 | | | | WC Date: 5/31/2019 | WC Qty: 1 | WC Trim: F2B | Completed By: | | Invoice: B2 (104) |
| Lat/Long: 40.539343, -122.565038  Google Map! | | | | External TreeID: W122565038N40539343 | | | | | | | | | Audit | Last Edit: 4/15/2019 4:52:25 PM by: |
| Rx Comment: | | | | | | | | | | | | | | |

# EXHIBIT 2

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | City: IGO | County: SH | Directions: S/ON PLACER>W/ON SOUTH FORK RD>N/ON ZOGG MINE; N/OF LARRY HORSE LN | Inspector / Company: - CNU |
|---|---|---|---|---|
| **Division:** North Valley | **Circuit:** (0103401101) GIRVAN 1101 | **SSD #:** 4855 | **SSD Rte #:** 50  **Routing #:** 1390 | **Area:** P-25  **SRA:** Yes  **Alerts:** AX  LG  NF  PI |
| **Insp Date / Time:** (preload) 4/24/2019 12:49:26 PM | **Tag Type:** | **Tag Number:** | **Line Name:**  **Pole Num:**  **Quad Map:** C-6  **Removal #:** 3872272 | **Customer Name/Phone:** |

**Comment:** P58 TP ON DRWY 1ST DRWY ENT PAST PSTD ADD 8455 FLGD GT P61 3S/W/OF P58 TP ABOVE ZOGG MINE RD CAN AX FROM RD UP HILL CUST WANTS TO KNOW WHO IS ON PROPERTY.

| Audit | Last Edit: 4/24/2019 12:49:26 PM by: |

| Tree Number | Tree Species | Crew | Priority | TGR | Owned By | Height | DBH | Clearance | Prox | Cycle | Qty | Trim Type | Account | Wire Conditions | Insp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Live Oak | CA | Routine | No | Private | 55 | 32 | 99 | Inside | Rtn | 1 | FS-R3B+Trt | M | | 10/12/2018 9:34:42 AM |

**Comment:** .1S/W/OF P61; 2 XSTEM, DEAD  
**Notification:**  **Work Request:** C1NV1001518  **WC Date:** 2/15/2019  **WC Qty:** 1  **WC Trim:** F2D  **Completed By:**  **Invoice:** D2 (104)

**Lat/Long:** 40.539322, -122.56367  Google Map!  
**External TreeID:** W122563670N40539322  
| Audit | **Last Edit:** 4/24/2019 12:53:51 PM by:

**Rx Comment:** TREE WAS WORKED FOR FIRE BUT STILL POSSES A THREAT T LINES

| Tree Number | Tree Species | Crew | Priority | TGR | Owned By | Height | DBH | Clearance | Prox | Cycle | Qty | Trim Type | Account | Wire Conditions | Insp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Knobcone Pine | | No Trim | No | Private | 20 | 4 | | Inside | Rtn | 1 | TopDirecti | M | | 6/25/2012 PM |

**Comment:** .1S/W/O P61  
**Notification:**  **Work Request:**  **WC Date:**  **WC Qty:**  **WC Trim:**  **Completed By:**  **Invoice:** Not Worked

**Lat/Long:**  **External TreeID:**  
| Audit | **Last Edit:** 4/24/2019 12:53:51 PM by:

**Rx Comment:**

| Tree Number | Tree Species | Crew | Priority | TGR | Owned By | Height | DBH | Clearance | Prox | Cycle | Qty | Trim Type | Account | Wire Conditions | Insp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Ponderosa Pine | CA | Routine | No | Private | 100 | 31 | 99 | Inside | Rtn | 2 | FP-Rmv3 B | M | | 4/24/2019 4 PM |

**Comment:** .4-5S/W/OF P61; AVG DBH AND HT  
**Notification:** OK  **Work Request:** SHNV1026375  **WC Date:** 5/8/2019  **WC Qty:** 2  **WC Trim:** F3B  **Completed By:**  **Invoice:** B3 (104)

**Lat/Long:** 40.539495, -122.56493  Google Map!  
**External TreeID:** W122564930N40539495  
| Audit | **Last Edit:** 4/24/2019 12:51:12 PM by:

**Rx Comment:**

| Tree Number | Tree Species | Crew | Priority | TGR | Owned By | Height | DBH | Clearance | Prox | Cycle | Qty | Trim Type | Account | Wire Conditions | Insp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Gray Pine | CA | No Trim | No | Private | 70 | 16 | 20 | Inside | Rtn | 2 | Side | M | | 6/25/2012 PM |

**Comment:** .8S/W/O P61  
**Notification:**  **Work Request:**  **WC Date:**  **WC Qty:**  **WC Trim:**  **Completed By:**  **Invoice:** Not Worked

**Lat/Long:**  **External TreeID:**  
| Audit | **Last Edit:** 4/24/2019 12:53:51 PM by:

**Rx Comment:**

# EXHIBIT 3

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | | City: IGO | County: SH | Directions: S/ON PLACER>W/ON SOUTH FORK RD>N/ON ZOGG MINE; N/OF LARRY HORSE LN | | | Inspector / Company: - CNU |
|---|---|---|---|---|---|---|---|
| Division: North Valley | Circuit: (0103401101) GIRVAN 1101 | SSD #: 4855 | SSD Rte #: 50 | Routing #: 1370 | Area: P-25 | SRA: Yes | Alerts: AX  NF  PI |
| Insp Date / Time: (preload) 4/15/2019 4:55:09 PM | Tag Type: | Tag Number: | Line Name: | Pole Num: | Quad Map: C-6 | Removal #: 3872272 | one: |

Comment:
P58 TP ON DRWY @ 1ST DRWY ENT PAST 8455 ADD FLGD GT P59 1S/W/OF P58 TP ABOVE ZOGG MINE RD CUST WANTS TO KNOW WHO IS ON PROPERTY.MUST CALL TO HAVE GT OPENED.

| Audit | Last Edit: 4/15/2019 4:55:09 PM by:

| Tree Number | Tree Species | Crew | Priority | TGR | Owned By | Height | DBH | Clearance | Prox | Cycle | Qty | Trim Type | Account | Wire Conditions | Insp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Live Oak | CA | Routine | No | Private | 45 | 9 |  | Inside | Rtn | 1 | FS-R1A+Trt | M |  | 10/12/2018  AM |

Comment: @ P59; DEAD+ROT, UP HILL | Notification: | Work Request: C1NV1001518 | WC Date: 2/15/2019 | WC Qty: 1 | WC Trim: F1D | Completed By: | Invoice: XX (104)
Lat/Long: 40.538677, -122.562037  Google Map! | External TreeID: W122562037N40538677 | | | Audit | Last Edit: 4/15/2019 4:57:45 PM by:
Rx Comment:

| 2 | Gray Pine | CA | Routine | No | Private | 45 | 8 | 99 | Inside | Rtn | 1 | FP-Rmv1 A | M |  | 10/12/2018 9:15:53 AM |

Comment: @ P59; DEAD, UP HILL | Notification: | Work Request: C1NV1001518 | WC Date: 2/15/2019 | WC Qty: 1 | WC Trim: F1B | Completed By: | Invoice: XX (104)
Lat/Long: 40.53868, -122.562035  Google Map! | External TreeID: W122562035N40538680 | | | Audit | Last Edit: 4/15/2019 4:57:45 PM by:
Rx Comment:

| 3 | Gray Pine | CA | Routine | No | Private | 35 | 9 | 99 | Inside | Rtn | 1 | Rmv 1-A | M |  | 4/15/2019 4:57:33 PM |

Comment: .3S/W/OF P59; | Notification: OK | Work Request: SHNV1026375 | WC Date: 5/24/2019 | WC Qty: 1 | WC Trim: R1A | Completed By: | Invoice: R1 (104)
Lat/Long: 40.521655, -122.552467  Google Map! | External TreeID: W122552467N40521655 | | | Audit | Last Edit: 4/26/2019 1:37:59 PM by:
Rx Comment: TREE HAS DOT, NO X

| 4 | Live Oak | CA | Routine | No | Private | 25 | 33 | 16 | Inside | Rtn | 1 | Slope | M |  | 4/15/2019 4  PM |

Comment: .4S/W/OF P59;XSTM | Notification: OK | Work Request: SHNV1026375 | WC Date: 5/24/2019 | WC Qty: 1 | WC Trim: SL | Completed By: | Invoice: TR (104)
Lat/Long: 40.538212, -122.561195  Google Map! | External TreeID: W122561195N40538212 | | | Audit | Last Edit: 4/15/2019 4:55:51 PM by:
Rx Comment:

| 5 | Gray Pine | CA | Routine | No | Private | 85 | 24 | 15 | Inside | Rtn | 1 | FP-Ov A | M |  | 10/12/2018  5 AM |

Comment: .3S/W/OF P59; REMOVE DEAD LIMB | Notification: | Work Request: C1NV1001518 | WC Date: 2/15/2019 | WC Qty: 1 | WC Trim: FOA | Completed By: | Invoice: XX (104)
Lat/Long: 40.538678, -122.56236  Google Map! | External TreeID: W122562360N40538678 | | | Audit | Last Edit: 4/15/2019 4:57:45 PM by:
Rx Comment:

| 6 | Gray Pine | CA | No Trim | No | Private | 80 | 23 |  | Inside | Rtn | 1 | Side | M |  | 6/25/2012 1:47:14 PM |

Comment: .3 & .4S/W/O P59 | Notification: | Work Request: | WC Date: | WC Qty: | WC Trim: | Completed By: | Invoice: Not Worked

| | Lat/Long: | | External TreeID: | | Audit | Last Edit: 4/15/2019 4:57:45 PM by: |
|---|---|---|---|---|---|---|
| | Rx Comment: | | | | | |
| **Tree Number** **7** | Tree Species: Live Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height DBH Clearance Prox: 40   26   14   Inside | Cycle: Rtn | Qty: 1 | Trim Type: Top | Account: M | Wire Conditions: | Insp Date: 4/15/2019 4     PM |
| | Comment: .9S/W/O P59;XSTM | | Notification: OK | Work Request: SHNV1026375 | WC Date: 5/31/2019 | WC Qty: 1 | WC Trim: TO | C | Invoice: TR (104) |
| | Lat/Long: 40.532147, -122.556123   Google Map! | | External TreeID: W122556123N40532147 | | Audit | Last Edit: 4/15/2019 4:56:15 PM by: |
| | Rx Comment: | | | | | |

# EXHIBIT 4

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | City: IGO | County: SH | Directions: S/ON PLACER>W/ON SOUTH FORK RD>N/ON ZOGG MINE; N/OF LARRY HORSE LN | Inspector / Company: - CNU |
|---|---|---|---|---|
| **Division:** North Valley | **Circuit:** (0103401101) GIRVAN 1101 | **SSD #:** 4855 | **SSD Rte #:** 50 | **Routing #:** 1350 | **Area:** P-25 | **SRA:** Yes | **Alerts:** LG  NF  PI |
| **Insp Date / Time: (preload)** 3/23/2020 3:07:19 PM | **Tag Type:** | **Tag Number:** | **Line Name:** | **Pole Num:** | **Quad Map:** C-6 | **Removal #:** 4051296 | **Phone:** |

**Comment:** P58 TP ON DRWY. 1ST DRWY PAST PSTD ADD 8455 FLGD GT EP 1S/N/OF P58 TP CUST WANTS TO KNOW WHO IS ON PROPERTY. MUST CALL TO GET KEY [redacted]. LOW SPAN.

| Audit | Last Edit: 3/23/2020 3:07:19 PM by: |

### Tree Number 1

| Tree Species: Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 40 | DBH: 25 | Clearance: 13 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: TopDirecti | Account: M | Wire Conditions: | Insp Date: 8/18/2014 2:54:39 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Comment: .1S/N/O P58 TP; SD/TOO 12', TRIM BTH LINE'S
Notification: | Work Request: SHNV1020839 | WC Date: 10/15/2014 | WC Qty: 1 | WC Trim: TD | Completed By: | Invoice: TR (104)
Lat/Long: | External TreeID: | Audit | Last Edit: 3/23/2020 3:21:21 PM by:
Rx Comment:

### Tree Number 2

| Tree Species: Other | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 25 | DBH: 12 | Clearance: 12 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: TopDirecti | Account: M | Wire Conditions: | Insp Date: 6/14/2012 PM |

Comment: MANZI .2S/N/O P58 TP. XSTM
Notification: | Work Request: SHNV1018602 | WC Date: 8/7/2012 | WC Qty: 1 | WC Trim: TD | Completed By: | Invoice: TR (104)
Lat/Long: | External TreeID: | Audit | Last Edit: 3/23/2020 3:21:21 PM by:
Rx Comment:

### Tree Number 3

| Tree Species: Live Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 40 | DBH: 30 | Clearance: 12 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: TopDirecti | Account: M | Wire Conditions: | Insp Date: 6/30/2015 9:04:4 AM |

Comment: .2S/N/O P58 TP. XSTM
Notification: | Work Request: SHNV1021775 | WC Date: 9/16/2015 | WC Qty: 1 | WC Trim: TD | Completed By: | Invoice: TR (104)
Lat/Long: 40.538271667, -122.560863333  Google Map! | External TreeID: | Audit | Last Edit: 3/23/2020 3:21:21 PM by:
Rx Comment:

### Tree Number 4

| Tree Species: Interior Live Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 30 | DBH: 38 | Clearance: 14 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: Top | Account: M | Wire Conditions: | Insp Date: 3/23/2020 3 PM |

Comment: .3S/N/OF P58 TP. SNOW BENT
Notification: OK | Work Request: SHNV1029070 | WC Date: 4/13/2020 | WC Qty: 1 | WC Trim: FAB | Completed By: | Invoice: BA (104)
Lat/Long: 40.538267, -122.5608  Google Map! | External TreeID: W122560800N40538267 | Audit | Last Edit: 3/23/2020 3:09:56 PM by:
Rx Comment: TOP ALL LINE SIDE LEADS TO BELOW LINES. TAKE BIG WOOD; NEW CONSTRUCTION

### Tree Number 5

| Tree Species: Gray Pine | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 18 | DBH: 2 | Clearance: 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: Br Rmv | Account: M | Wire Conditions: | Insp Date: 10/12/2018 8:52:55 AM |

Comment: .4S/N/OF P58 TP; UNDERLINE
Notification: | Work Request: SHNV1025651 | WC Date: 10/31/2018 | WC Qty: 1 | WC Trim: BC | Completed By: | Invoice: XX (104)
Lat/Long: 40.538335, -122.56081  Google Map! | External TreeID: W122560810N40538335 | Audit | Last Edit: 3/23/2020 3:21:21 PM by:
Rx Comment:

### Tree Number 6

| Tree Species: Blue Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height: 40 | DBH: 12 | Clearance: 12 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: Side | Account: M | Wire Conditions: | Insp Date: 6/30/2015 9:10:12 AM |

Comment: .5S/N/O P58 TP; XSTEM ,E/SD
Notification: | Work Request: SHNV1021775 | WC Date: 9/16/2015 | WC Qty: 1 | WC Trim: SD | Completed By: | Invoice: TR (104)
Lat/Long: 40.538505, -122.56084  Google Map! | External TreeID: | Audit | Last Edit: 3/23/2020 3:21:21 PM by:
Rx Comment:

| Tree Number | Tree Species | Crew | Priority | TGR | Owned By | Height | DBH | Clearance | Prox | Cycle | Qty | Trim Type | Account | Wire Conditions | Insp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Live Oak | CA | Routine | No | Private | 40 | 14 | 12 | Inside | Rtn | 1 | TopDirecti | M | | 6/30/2015 9:11:59 AM |
| | Comment: .7S/N/O P58 TP | | | | Notification: | Work Request: SHNV1021775 | | | | WC Date: 9/16/2015 | WC Qty: 1 | WC Trim: TD | C___ted By: | Invoice: TR (104) | |
| | Lat/Long: | | | | External TreeID: | | | | | | | | | Audit | Last Edit: 3/23/2020 3:21:21 PM by: |
| | Rx Comment: | | | | | | | | | | | | | | |
| 8 | Blue Oak | CA | Routine | No | Private | 40 | 13 | 99 | Inside | Rtn | 1 | Rmv2-B+Trt | M | | 3/23/2020 3:13:28 PM |
| | Comment: .7S/N/O P58 TP; XSTEM ,FLGD+PNT ON E/SD | | | | Notification: OK | Work Request: SHNV1029070 | | | | WC Date: 4/9/2020 | WC Qty: 1 | WC Trim: R2D | C_____y: | Invoice: R2 (104) | |
| | Lat/Long: 40.538432, -122.560782  Google Map! | | | | External TreeID: W122560782N40538432 | | | | | | | | | Audit | Last Edit: 3/23/2020 3:13:28 PM by: |
| | Rx Comment: NEW CONSTRUCTION | | | | | | | | | | | | | | |
| 9 | Live Oak | CA | Routine | No | Private | 50 | 23 | 14 | Inside | Rtn | 1 | Side | M | | 10/12/2018 8:57:27 AM |
| | Comment: .9S/N/OF P58 TP; 2 XSTEM, E/SD, @ EP | | | | Notification: | Work Request: SHNV1025651 | | | | WC Date: 10/31/2018 | WC Qty: 1 | WC Trim: SD | C_mpleted By: | Invoice: XX (104) | |
| | Lat/Long: 40.538713, -122.560717  Google Map! | | | | External TreeID: W122560717N40538713 | | | | | | | | | Audit | Last Edit: 3/23/2020 3:21:21 PM by: |
| | Rx Comment: | | | | | | | | | | | | | | |
| 10 | Blue Oak | CA | Routine | No | Private | 40 | 17 | 99 | Inside | Rtn | 1 | Rmv2-B+Trt | M | | 3/23/2020 3:__ PM |
| | Comment: .7S/N/OF P58 TP; XSTEM ,FLGD/PTD | | | | Notification: OK | Work Request: SHNV1029070 | | | | WC Date: 4/9/2020 | WC Qty: 1 | WC Trim: R2D | Completed By: | Invoice: R2 (104) | |
| | Lat/Long: 40.538588, -122.56084  Google Map! | | | | External TreeID: W122560840N40538588 | | | | | | | | | Audit | Last Edit: 3/23/2020 3:15:12 PM by: |
| | Rx Comment: NEW CONSTRUCTION | | | | | | | | | | | | | | |
| 11 | Blue Oak | CA | Routine | No | Private | 42 | 13 | 99 | Inside | Rtn | 1 | Rmv2-B+Trt | M | | 3/23/2020 3:20:48 PM |
| | Comment: AT EP | | | | Notification: OK | Work Request: SHNV1029070 | | | | WC Date: 4/9/2020 | WC Qty: 1 | WC Trim: R2D | C_____y: | Invoice: R2 (104) | |
| | Lat/Long: 40.538775, -122.560808  Google Map! | | | | External TreeID: W122560808N40538775 | | | | | | | | | Audit | Last Edit: 3/23/2020 3:20:48 PM by: |
| | Rx Comment: NEW CONSTRUCTION | | | | | | | | | | | | | | |

# EXHIBIT 5

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | City: IGO | County: SH | Directions: S/ON PLACER>W/ON SOUTH FORK RD>N/ON ZOGG MINE; N/OF LARRY HORSE LN | Inspector / Company: - CNU |
|---|---|---|---|---|
| **Division:** North Valley | **Circuit:** (0103401101) GIRVAN 1101 | **SSD #:** 4855   **SSD Rte #:** 50   **Routing #:** 1370 | **Area:** P-25 | **SRA:** Yes   **Alerts:** AX  NF  PI |
| **Insp Date / Time:** (preload) 3/26/2020 2:37:15 PM | **Tag Type:**   **Tag Number:**   **Line Name:** | **Pole Num:**   **Quad Map:** C-6 | **Removal #:** 4051296 | **Customer Name/Phone:** |

**Comment:** P58 TP ON DRWY @ 1ST DRWY ENT PAST 8455 ADD FLGD GT P59 1S/W/OF P58 TP ABOVE ZOGG MINE RD CUST WANTS TO KNOW WHO IS ON PROPERTY.MUST CALL TO HAVE GT OPENED.

| Audit | Last Edit: 3/26/2020 2:37:15 PM by:

---

**Tree Number 1**

| Tree Species: Canyon Live Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height 40 | DBH 16 | Clearance 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FS-R2B+Trt | Account: M | Wire Conditions: | Insp Date: (J924) 3/26/2020 2:37:15 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: .3S/W/OF P59; DEAD | | | | Notification: OK | Work Request: C1NV1002839 | | | | WC Date: 4/14/2020 | WC Qty: 1 | WC Trim: F3B | C         y: | Invoice: B3 (104) |
| Lat/Long: 40.538677, -122.562037  Google Map! | | | | External TreeID: W122562037N40538677 | | | | | | | | | Audit | Last Edit: 4/1/2020 9:46:08 AM by: |
| Rx Comment: | | | | | | | | | | | | | | |

**Tree Number 2**

| Tree Species: Gray Pine | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height 45 | DBH 8 | Clearance 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FP-Rmv1 A | Account: M | Wire Conditions: | Insp Date: 10/12/2018 9:15:53 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: @ P59; DEAD, UP HILL | | | | Notification: | Work Request: C1NV1001518 | | | | WC Date: 2/15/2019 | WC Qty: 1 | WC Trim: F1B | C     ted By: | Invoice: XX (104) |
| Lat/Long: 40.53868, -122.562035  Google Map! | | | | External TreeID: W122562035N40538680 | | | | | | | | | Audit | Last Edit: 3/26/2020 2:39:34 PM by: |
| Rx Comment: | | | | | | | | | | | | | | |

**Tree Number 3**

| Tree Species: Gray Pine | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height 35 | DBH 9 | Clearance 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: Rmv 1-A | Account: M | Wire Conditions: | Insp Date: 4/15/2019 4  PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: .3S/W/OF P59; | | | | Notification: | Work Request: SHNV1026375 | | | | WC Date: 5/24/2019 | WC Qty: 1 | WC Trim: R1A | Completed By: | Invoice: R1 (104) |
| Lat/Long: 40.521655, -122.552467  Google Map! | | | | External TreeID: W122552467N40521655 | | | | | | | | | Audit | Last Edit: 3/26/2020 2:39:34 PM by: |
| Rx Comment: TREE HAS DOT, NO X | | | | | | | | | | | | | | |

**Tree Number 4**

| Tree Species: Gray Pine | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height 85 | DBH 24 | Clearance 15 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FP-Ov A | Account: M | Wire Conditions: | Insp Date: 10/12/2018  5 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: .3S/W/OF P59; REMOVE DEAD LIMB | | | | Notification: | Work Request: C1NV1001518 | | | | WC Date: 2/15/2019 | WC Qty: 1 | WC Trim: FOA | Completed By: | Invoice: XX (104) |
| Lat/Long: 40.538678, -122.56236  Google Map! | | | | External TreeID: W122562360N40538678 | | | | | | | | | Audit | Last Edit: 3/26/2020 2:39:34 PM by: |
| Rx Comment: | | | | | | | | | | | | | | |

**Tree Number 5**

| Tree Species: Canyon Live Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height 34 | DBH 32 | Clearance 14 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FP-Trim B | Account: M | Wire Conditions: | Insp Date: 3/26/2020 2  PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: .7S/W/OF P59;XSTM | | | | Notification: OK | Work Request: C1NV1002839 | | | | WC Date: 4/14/2020 | WC Qty: 1 | WC Trim: FAB | Completed By: | Invoice: BA (104) |
| Lat/Long: 40.532147, -122.556123  Google Map! | | | | External TreeID: W122556123N40532147 | | | | | | | | | Audit | Last Edit: 4/1/2020 9:45:47 AM by: |
| Rx Comment: | | | | | | | | | | | | | | |

**Tree Number 6**

| Tree Species: Gray Pine | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height 40 | DBH 24 | Clearance 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FS-R3B+Trt | Account: M | Wire Conditions: | Insp Date: 3/26/2020 2  PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comment: .9S/W/OF P59; S/SD/LNS | | | | Notification: OK | Work Request: C1NV1002839 | | | | WC Date: 4/14/2020 | WC Qty: 1 | WC Trim: F3D | Completed By: | Invoice: D3 (104) |
| Lat/Long: | | | | External TreeID: | | | | | | | | | | Last Edit: |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 40.539843, -122.566332 Google Map! | | | | | W122566332N40539843 | | | | | | | Audit | *3/26/2020 2:41:50 PM by:* |
| | **Rx Comment:** | | | | | | | | | | | | | |

| Tree Number | Tree Species: Canyon Live Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height 33 | DBH 15 | Clearance 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FS-R2B+Trt | Account: M | Wire Conditions: | Insp Date: 3/26/2020 2:43:20 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | **Comment:** .9S/W/OF P59; | | | | **Notification:** OK | **Work Request:** C1NV1002839 | | | | | **WC Date:** 4/14/2020 | **WC Qty:** 1 | **WC Trim:** F2D | C■■■■y: ■■■ | **Invoice:** D2 (104) |
| | **Lat/Long:** 40.538212, -122.561195 Google Map! | | | | **External TreeID:** W122561195N40538212 | | | | | | | | Audit | **Last Edit:** *3/26/2020 2:43:20 PM by:* ■ |
| | **Rx Comment:** | | | | | | | | | | | | | | |