# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>**DECLARATION OF** ▇<br><br>Judge: Hon. William Alsup |

I, ▇, declare as follows:

1. I attest to the following based on my current recollection and my review of relevant records.

2. I am a Quality Control Inspector for California Forestry and Vegetation Management ("CFVM"), an independent contractor that provides quality control services in utility vegetation management.

3. In my role, I typically patrol spans of electrical lines after pre-inspectors have already patrolled an area, or after tree crews have completed work, to check whether vegetation management work was completed according to scope.

4. During PG&E's post-Carr Fire restoration work in 2018, I performed quality control inspections in the Carr Fire footprint to identify trees that fell within the scope of the post-Carr Fire tree work standard and that were not identified during the initial pre-

1  inspection. I would typically conduct quality control patrols after pre-inspectors had already
2  patrolled the lines marking trees.

3     5.   When working in the Carr Fire footprint, I was provided a map with a
4  particular source side device location. I would then walk underneath the line starting from that
5  location and moving downstream. When walking the line, I would evaluate the trees marked by
6  pre-inspector for work to determine if it met the scope provided and also evaluate unmarked
7  trees that met the scope provided.

8     6.   If I identified a tree that met the scope that was not listed by pre-inspector,
9  I would create a tree point in the Collector application on my cell phone and would input
10 information about the tree, including the tree's species, removal class (based on the tree's
11 diameter at breast height), and priority class. I would input "▮" to note that I was the
12 inspector who identified the tree. I would also put physical markers on the tree—a flag around
13 the tree and spray paint on the tree.

14     7.   When I entered a tree point into Collector, the app would record the
15 latitude and longitude coordinates of that tree point based on the physical position where I was
16 standing when I created the tree point.

17     8.   In August 2018, I received an assignment to conduct a quality control
18 inspection on a stretch of the Girvan 1101 distribution circuit that includes Zogg Mine Road.
19 Records show that I inspected an area along Zogg Mine Road on August 22 and 23, 2018, and
20 that I identified approximately 25 trees that were not listed by pre-inspector that met the scope.
21 Attached to this declaration as Exhibit 1 is a calendar entry for work on Zogg Mine Road- which
22 I don't recall ever making. Also attached as Exhibits 2 and 3 are emails about the work that I
23 sent to ▮ of Clear Path Utility Solutions, LLC, on August 23, 2018. For a
24

spreadsheet that I attached to the second email, Exhibit 3 contains a pdf print-out based on the filtering that I had applied when I sent the spreadsheet to Mr. ▮ (not showing thousands of entries from other dates and locations). The spreadsheet contains information about the 25 trees and says that they were "entered in Collector and downloaded".[1] Also attached as Exhibit 4 is an email from me sending the spreadsheet to ▮ of Mountain G Enterprises, Inc.

9. I understand from PG&E that two of the 25 trees that I identified were gray pine trees with latitude/longitude coordinates near where I am told is the suspected origin area of the Zogg Fire. I do not recall anything specific about the two gray pines, however, the scope for the post-Carr Fire project was to identify trees that had any kind of visible fire damage and that I judged were tall enough to strike PG&E's lines. I have reviewed the July 2019 photographs at Docket No. 1250-4, and am unable to recall exactly which trees I identified.

10. I am not aware of what happened to the trees I identified on Zogg Mine Road after I identified them on August 22 and 23, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 2, 2021 in REDDING, California.

---

[1] I note that the date entries in the spreadsheet may be slightly off. The spreadsheet shows dates of August 21 and 22, 2018. Other records (including, I understand, the data I entered into Collector) show dates of August 22 and 23, 2018.

3
DECLARATION OF ▮
Case No. 14-CR-00175-WHA

# EXHIBIT 1

| | |
|---|---|
| **Organizer:** | |
| **From:** | [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AB333302CA84FCDBD98A8D63932E3E3-■■■] |
| **Importance:** | Normal |
| **Subject:** | Carr Fire review - SSD 4191 Zogg Mine Rd., Igo |
| **Start Time:** | Wed 8/22/2018 12:00:00 AM (UTC-07:00) |
| **End Time:** | Fri 8/24/2018 12:00:00 AM (UTC-07:00) |

# EXHIBIT 2

**To:** ▮
**From:** ▮
**Sent:** Thur 8/23/2018 5:45:26 PM (UTC-07:00)
**Subject:** Carr Fire review 8/23/18

▮,

Attached is today's along with this weeks Carr Fire PI reviews:

Please note SSD# 4855 on Girvan 1101, on Zogg Mine Rd. I saw no marked trees and had marked and synched in 'Collector' 21 trees, all are listed on attached sheet.

I spoke with ▮, he said he is going to re-patrol.

Please contact me with questions.


NV/NC
▮

# EXHIBIT 3

**To:** █████
**From:** █████
**Sent:** Thur 8/23/2018 5:47:21 PM (UTC-07:00)
**Subject:** Carr Fire 8/23/18
Carr Fire QC review 8-20-18.xlsx

█████,

I forgot to attach the file.

# EXHIBIT 3.1

Sample-Datasheet

| Loc. # | FT | Date | Div. | Circuit | SSD | Street Name | City | County | LRA or SRA | Marked trees meet specs. | Unmarked trees that meet specs | Site Clean | Comments | Pole Location comments | Riparian/BMP issues | Additional Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ■ | 8/13/2018 | NV | Keswick 1101 | 534959 | Intersection of Iron Mtn Rd & Laurie Ann Cl | Keswick | Shasta | SRA | Y | N | Y | All marked trees felled. No additional trees. | | N | |
| 2 | ■ | 8/13/2018 | NV | Keswick 1101 | 2427 | Intersection of Iron Mtn Rd & Starvation Flat Rd | Keswick | Shasta | SRA | Y | N | Y | All marked trees felled. No additional trees. | | N | |
| 3 | ■ | 8/13/2018 | NV | Keswick 1101 | 999635 | Across from intersection of Iron Mtn Rd & Starvation Flat Rd | Keswick | Shasta | SRA | Y | N | Y | All marked trees felled. No additional trees. | | N | |
| 4 | ■ | 8/14/2018 | NV | Keswick 1101 | 999635 | Iron Mountain Rd | Keswick | Shasta | SRA | Y | N | Y | Fire damaged Gray pine 24 inch d.b.h., potential facility protect | Pole 5 is at intersection of Iron Mountain Road and Middle Creek Road. Tree is south of pole 5, midspan on hillside above, west of lines | N | |
| 5 | ■ | 8/14/2018 | NV | Keswick 1101 | 7119 | ■ | Keswick | Shasta | SRA | Y | N | Y | Fire damaged Blue oak, 10 inch d.b.h., potential facility protect | 4 way pole 5 is south-west of building. Tree is .4 spans west of 4 way pole 5, south of lines. | N | |
| 6 | ■ | 8/15/2018 | NV | Keswick 1101 | 2411 | John F Kennedy Dr | Whiskeytown Natl. Park | Shasta | SRA | Y | Y | Y | (3) Live oak, (1) Douglas fir, (1) Knobcone pine, (2) Black oaks; hazard trees, potential facility protect | Pole 4 is 4 spans west of SSD #: 2411. Trees are west of pole 4 | N | Access pole 4 from gated dirt road from 299E, just east of Visitors Center, to transmission line crossing. Take flagged, green/white, spur road to end. Hike downhill to lines. |
| 7 | ■ | 8/16/2018 | NV | Keswick 1101 | 2411 | John F Kennedy Dr | Whiskeytown Natl. Park | Shasta | SRA | Y | Y | Y | (2) Live oak; hazard trees, potential facility protect | Pole 9 is roadside across from sight seeing turnout. Pole 10 is one span south, trees at and south of pole 10 | N | All trees entered in Collector and downloaded |
| 8 | ■ | 8/16/2018 | NV | Keswick 1101 | 2411 | John F Kennedy Dr | Whiskeytown Natl. Park | Shasta | SRA | Y | Y | Y | (2) Knobcone pines; hazard trees; potential facility protect | 3 way pole 11 is across from park offices. Pole 12 is 1 span south, trees south of pole 12 | N | All trees entered in Collector and downloaded |
| 9 | ■ | 8/16/2018 | NV | Keswick 1101 | 2411 | John F Kennedy Dr | Whiskeytown Natl. Park | Shasta | SRA | Y | Y | Y | (2) Knobcone pines; hazard trees; potential facility protect | 3 way pole 11 is across from park offices. Pole 14 is 3 span south, trees south of pole 14 | N | All trees entered in Collector and downloaded |
| 10 | ■ | 8/16/2018 | NV | Keswick 1101 | 7097 | Rock Creek Rd | Keswick | Shasta | SRA | Y | Y | Y | (1) Knobcone pine, hazard tree, potential facility protect | SSD 7097 is roadside .3 miles from intersection of Iron Mtn. Rd. Tree is 1 span north and 1 span west of SSD | N | All trees entered in Collector and downloaded |
| 11 | ■ | 8/17/2018 | NV | Keswick 1101 | 2373 | Rock Creek Rd | Keswick | Shasta | SRA | Y | Y | Y | (2) Ponderosa pines, PM, (1) Knobcone pine; hazard trees potentia facility protect | SSD 2373 is west of intersection of Market St. and Iron Mtn Rd. Trees on tap at bend on Rock Creek Rd., on southbound tap | N | All trees entered in Collector and downloaded |
| 12 | ■ | 8/20/2018 | NV | Keswick 1101 | 7285 | | Old Shasta | Shasta | SRA | Y | Y | Y | (1)P2, R1 Gray pine, hazard tree, potential facility protect | | | All trees entered in Collector and downloaded |
| 13 | ■ | 8/20/2018 | NV | Keswick 1101 | 2469 | | Old Shasta | Shasta | SRA | | | | | | | |
| 14 | ■ | 8/20/2018 | NV | Keswick 1101 | 7293 | | Old Shasta | Shasta | SRA | | | | | | | |
| 15 | ■ | 8/20/2018 | NV | Keswick 1101 | 2553 | | Old Shasta | Shasta | SRA | | | | (1) R2 Knobcone pine, hazard tree, potential facility protect | | | All trees entered in Collector and downloaded |
| 16 | ■ | 8/20/2018 | NV | Keswick 1101 | 451249 | | Old Shasta | Shasta | SRA | | | | | | | |
| 17 | ■ | 8/20/2018 | NV | Keswick 1101 | 8957 | | Old Shasta | Shasta | SRA | | | | | | | |
| 18 | ■ | 8/20/2018 | NV | Keswick 1101 | 177893 | | Old Shasta | Shasta | SRA | | | | (3) R2 Knobcone pine, hazard tree, potential facility protect | | | All trees entered in Collector and downloaded |
| 19 | ■ | 8/20/2018 | NV | Keswick 1101 | 10597 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 20 | ■ | 8/20/2018 | NV | Keswick 1101 | 7285 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 21 | ■ | 8/21/2018 | NV | Keswick 1101 | 11347 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 22 | ■ | 8/21/2018 | NV | Keswick 1101 | 11353 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 23 | ■ | 8/21/2018 | NV | Keswick 1101 | 11357 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 24 | ■ | 8/21/2018 | NV | Keswick 1101 | 359601 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 25 | ■ | 8/21/2018 | NV | Keswick 1101 | 3331 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 26 | ■ | 8/21/2018 | NV | Keswick 1101 | 6219 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 27 | ■ | 8/21/2018 | NV | Keswick 1101 | 2419 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 28 | ■ | 8/21/2018 | NV | Keswick 1101 | 5279 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 29 | ■ | 8/21/2018 | NV | Keswick 1101 | 4239 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |

| Loc. # | FT | Date | Div. | Circuit | SSD | Street Name | City | County | LRA or SRA | Marked trees meet specs. | Unmarked trees that meet specs | Site Clean | Comments | Pole Location comments | Riparian/BMP issues | Additional Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | ■ | 8/21/2018 | NV | Keswick 1101 | 5277 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 31 | ■ | 8/21/2018 | NV | Keswick 1101 | 10449 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 32 | ■ | 8/21/2018 | NV | Keswick 1101 | 7769 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 33 | ■ | 8/21/2018 | NV | Keswick 1101 | 669873 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 34 | ■ | 8/21/2018 | NV | Keswick 1101 | 577183 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 35 | ■ | 8/21/2018 | NV | Keswick 1101 | 9293 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 36 | ■ | 8/21/2018 | NV | Keswick 1101 | 7113 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 37 | ■ | 8/21/2018 | NV | Keswick 1101 | 3509 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 38 | ■ | 8/21/2018 | NV | Keswick 1101 | 4407 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 39 | ■ | 8/21/2018 | NV | Keswick 1101 | 10459 | | Old Shasta | Shasta | SRA | | Y | | (2) P2 - R1 Italian Cypress | | | All trees entered in Collector and downloaded |
| 40 | ■ | 8/21/2018 | NV | Girvan 1101 | 4191 | Zogg Mine Rd | Igo | Shasta | SRA | | Y | | (2) P2 - R2 Live oaks, (1) P2 - R2 Blue oak, (1) P2 -R2 Gray pine | | | All trees entered in Collector and downloaded |
| 41 | ■ | 8/22/2018 | NV | Girvan 1101 | 8455 | Zogg Mine Rd | Igo | Shasta | SRA | | Y | | Gray pine - (2) P2 - R2, (8) P2 - R2, (1) P2 - R3<br>Knobcone pine - (1) P2 - R2<br>Live oak - (6) P2 - R2<br>Blue oak - (2) P2 - R2<br>Black oak - (1) P2 - R2 | | | All trees entered in Collector and downloaded |
| 42 | ■ | 8/22/2018 | NV | Keswick 1101 | 2787 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 43 | ■ | 8/22/2018 | NV | Keswick 1101 | 7285 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 44 | ■ | 8/22/2018 | NV | Keswick 1101 | 2435 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 45 | ■ | 8/22/2018 | NV | Keswick 1101 | 1588 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 46 | ■ | 8/22/2018 | NV | Keswick 1101 | 7111 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 47 | ■ | 8/22/2018 | NV | Keswick 1101 | 9712 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 48 | ■ | 8/22/2018 | NV | Keswick 1101 | 7113 | | West Redding | Shasta | SRA | | | | No issues noted | | | |

# EXHIBIT 4

**To:** ▮
**From:** ▮
**Sent:** Fri 8/24/2018 4:34:49 PM (UTC-07:00)
**Subject:** Carr Fire review spreadsheet
Carr Fire QC review 8-20-18.xlsx

▮,

Attached is a copy of the spreadsheet I have been filling out daily on PI reviews of the Carr Fire. I have stopped filling in the descriptions once we started on the 'Collector' app.

Please contact me with questions.

Thanks,

▮
NV/NC


# EXHIBIT 4.1

Sample-Datasheet

| Loc. # | FT | Date | Div. | Circuit | SSD | Street Name | City | County | LRA or SRA | Marked trees meet specs. | Unmarked trees that meet specs | Site Clean | Comments | Pole Location comments | Riparian/BMP issues | Additional Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ■ | 8/13/2018 | NV | Keswick 1101 | 534959 | Intersection of Iron Mtn Rd & Laurie Ann Cl | Keswick | Shasta | SRA | Y | N | Y | All marked trees felled. No additional trees. | | N | |
| 2 | ■ | 8/13/2018 | NV | Keswick 1101 | 2427 | Intersection of Iron Mtn Rd & Starvation Flat Rd | Keswick | Shasta | SRA | Y | N | Y | All marked trees felled. No additional trees. | | N | |
| 3 | ■ | 8/13/2018 | NV | Keswick 1101 | 999635 | Across from intersection of Iron Mtn Rd & Starvation Flat Rd | Keswick | Shasta | SRA | Y | N | Y | All marked trees felled. No additional trees. | | N | |
| 4 | ■ | 8/14/2018 | NV | Keswick 1101 | 999635 | Iron Mountain Rd | Keswick | Shasta | SRA | Y | N | Y | Fire damaged Gray pine 24 inch d.b.h., potential facility protect | Pole 5 is at intersection of Iron Mountain Road and Middle Creek Road. Tree is south of pole 5, midspan on hillside above, west of | N | |
| 5 | ■ | 8/14/2018 | NV | Keswick 1101 | 7119 | ■ | Keswick | Shasta | SRA | Y | N | Y | Fire damaged Blue oak, 10 inch d.b.h., potential facility protect | 4 way pole 5 is south-west of building. Tree is .4 spans west of 4 way pole 5, south of lines. | N | |
| 6 | ■ | 8/15/2018 | NV | Keswick 1101 | 2411 | John F Kennedy Dr | Whiskeytown Natl. Park | Shasta | SRA | Y | Y | Y | (3) Live oak, (1) Douglas fir, (1) Knobcone pine, (2) Black oaks; hazard trees, potential facility protect | Pole 4 is 4 spans west of SSD #: 2411. Trees are west of pole 4 | N | Access pole 4 from gated dirt road from 299E, just east of Visitors Center, to transmission line crossing. Take flagged, green/white, spur road to end. Hike downhill to lines. |
| 7 | ■ | 8/16/2018 | NV | Keswick 1101 | 2411 | John F Kennedy Dr | Whiskeytown Natl. Park | Shasta | SRA | Y | Y | Y | (2) Live oak; hazard trees, potential facility protect | Pole 9 is roadside across from sight seeing turnout. Pole 10 is one span south, trees at and south of pole 10 | N | All trees entered in Collector and downloaded |
| 8 | ■ | 8/16/2018 | NV | Keswick 1101 | 2411 | John F Kennedy Dr | Whiskeytown Natl. Park | Shasta | SRA | Y | Y | Y | (2) Knobcone pines; hazard trees; potential facility protect | 3 way pole 11 is across from park offices. Pole 12 is 1 span south, trees south of pole 12 | N | All trees entered in Collector and downloaded |
| 9 | ■ | 8/16/2018 | NV | Keswick 1101 | 2411 | John F Kennedy Dr | Whiskeytown Natl. Park | Shasta | SRA | Y | Y | Y | (2) Knobcone pines; hazard trees; potential facility protect | 3 way pole 11 is across from park offices. Pole 14 is 3 span south, trees south of pole 14 | N | All trees entered in Collector and downloaded |
| 10 | ■ | 8/16/2018 | NV | Keswick 1101 | 7097 | Rock Creek Rd | Keswick | Shasta | SRA | Y | Y | Y | (1) Knobcone pine, hazard tree, potential facility protect | SSD 7097 is roadside .3 miles from intersection of Iron Mtn. Rd. Tree is 1 span north and 1 span west of SSD | N | All trees entered in Collector and downloaded |
| 11 | ■ | 8/17/2018 | NV | Keswick 1101 | 2373 | Rock Creek Rd | Keswick | Shasta | SRA | Y | Y | Y | (2) Ponderosa pines, PM, (1) Knobcone pine; hazard trees potentia facility protect | SSD 2373 is west of intersection of Market St. and Iron Mtn Rd.  Trees on tap at bend on Rock Creek Rd., on southbound tap | N | All trees entered in Collector and downloaded |
| 12 | ■ | 8/20/2018 | NV | Keswick 1101 | 7285 | | Old Shasta | Shasta | SRA | Y | Y | Y | (1)P2, R1 Gray pine, hazard tree, potential facility protect | | | All trees entered in Collector and downloaded |
| 13 | ■ | 8/20/2018 | NV | Keswick 1101 | 2469 | | Old Shasta | Shasta | SRA | | | | | | | |
| 14 | ■ | 8/20/2018 | NV | Keswick 1101 | 7293 | | Old Shasta | Shasta | SRA | | | | | | | |
| 15 | ■ | 8/20/2018 | NV | Keswick 1101 | 2553 | | Old Shasta | Shasta | SRA | | | | (1) R2 Knobcone pine, hazard tree, potential facility protect | | | All trees entered in Collector and downloaded |
| 16 | ■ | 8/20/2018 | NV | Keswick 1101 | 451249 | | Old Shasta | Shasta | SRA | | | | | | | |
| 17 | ■ | 8/20/2018 | NV | Keswick 1101 | 8957 | | Old Shasta | Shasta | SRA | | | | | | | |
| 18 | ■ | 8/20/2018 | NV | Keswick 1101 | 177893 | | Old Shasta | Shasta | SRA | | | | (3) R2 Knobcone pine, hazard tree, potential facility protect | | | All trees entered in Collector and downloaded |
| 19 | ■ | 8/20/2018 | NV | Keswick 1101 | 10597 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 20 | ■ | 8/20/2018 | NV | Keswick 1101 | 7285 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 21 | ■ | 8/21/2018 | NV | Keswick 1101 | 11347 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 22 | ■ | 8/21/2018 | NV | Keswick 1101 | 11353 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 23 | ■ | 8/21/2018 | NV | Keswick 1101 | 11357 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 24 | ■ | 8/21/2018 | NV | Keswick 1101 | 359601 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 25 | ■ | 8/21/2018 | NV | Keswick 1101 | 3331 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 26 | ■ | 8/21/2018 | NV | Keswick 1101 | 6219 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 27 | ■ | 8/21/2018 | NV | Keswick 1101 | 2419 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 28 | ■ | 8/21/2018 | NV | Keswick 1101 | 5279 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 29 | ■ | 8/21/2018 | NV | Keswick 1101 | 4239 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 30 | ■ | 8/21/2018 | NV | Keswick 1101 | 5277 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |

Sample-Datasheet

| Loc. # | FT | Date | Div. | Circuit | SSD | Street Name | City | County | LRA or SRA | Marked trees meet specs. | Unmarked trees that meet specs | Site Clean | Comments | Pole Location comments | Riparian/BMP issues | Additional Observations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | | 8/21/2018 | NV | Keswick 1101 | 10449 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 32 | | 8/21/2018 | NV | Keswick 1101 | 7769 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 33 | | 8/21/2018 | NV | Keswick 1101 | 669873 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 34 | | 8/21/2018 | NV | Keswick 1101 | 577183 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 35 | | 8/21/2018 | NV | Keswick 1101 | 9293 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 36 | | 8/21/2018 | NV | Keswick 1101 | 7113 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 37 | | 8/21/2018 | NV | Keswick 1101 | 3509 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 38 | | 8/21/2018 | NV | Keswick 1101 | 4407 | | Old Shasta | Shasta | SRA | | | | No issues noted | | | |
| 39 | | 8/21/2018 | NV | Keswick 1101 | 10459 | | Old Shasta | Shasta | SRA | | | Y | (2) P2 - R1 Italian Cypress | | | All trees entered in Collector and downloaded |
| 40 | | 8/21/2018 | NV | Girvan 1101 | 4191 | Zogg Mine Rd | Igo | Shasta | SRA | | | Y | (2) P2 - R2 Live oaks, (1) P2 - R2 Blue oak, (1) P2 -R2 Gray pine | | | All trees entered in Collector and downloaded |
| 41 | | 8/22/2018 | NV | Girvan 1101 | 8455 | Zogg Mine Rd | Igo | Shasta | SRA | | | Y | Gray pine - (2) P2 - R2, (8) P2 - R2, (1) P2 - R3<br>Knobcone pine - (1) P2 - R2<br>Live oak - (6) P2 - R2<br>Blue oak - (2) P2 - R2<br>Black oak - (1) P2 - R2 | | | All trees entered in Collector and downloaded |
| 42 | | 8/22/2018 | NV | Keswick 1101 | 2787 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 43 | | 8/22/2018 | NV | Keswick 1101 | 7285 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 44 | | 8/22/2018 | NV | Keswick 1101 | 2435 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 45 | | 8/22/2018 | NV | Keswick 1101 | 1588 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 46 | | 8/22/2018 | NV | Keswick 1101 | 7111 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 47 | | 8/22/2018 | NV | Keswick 1101 | 9712 | | West Redding | Shasta | SRA | | | | No issues noted | | | |
| 48 | | 8/22/2018 | NV | Keswick 1101 | 7113 | | West Redding | Shasta | SRA | | | | No issues noted | | | |