UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>    v. <br> PACIFIC GAS AND ELECTRIC COMPANY, <br>     Defendant. | No. CR 14-175 WHA <br><br> **ORDER GRANTING MOTION BY CPUC TO FILE AMICUS BRIEF** |

CPUC's motion to file an *amicus* brief is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 20, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE