# EXHIBIT A

# EXHIBIT A-1

*Reliability Project Cover Sheet*

| | | | |
|---|---|---|---|
| *P.I Name* | ████████████ | *Customer Affected:* | 102 |
| *Project Name/SSD* | girvan 1101 ssd 1861 | *Forecast Completion Date:* | *5/15/2016* |
| *Location* | lgo | *Forecast Units:* | 40 |
| *Routine Schedule Date* | | *Tree Wire: (approximate %)* | no |
| *PI* | start date 6/22/15 | *Line Miles* | *4* |
| *TT* | start date 7/22/15 | *Concurrent Patrol (yes/no)* | no |

*PS&R Schedule Date (Previous Project)*

*TT compl. date* _____n/a_____

*# of units* _____n/a_____

**Summary of Outage History:**

| Date | Species | Type of Failure (root, branch or trunk) | Height & DBH |
|---|---|---|---|
| 3/28/2011 | gray pine | uproot | 100/23 |
| 7/22/2014 | valley oak | uproot | 70/45 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*general terrain: Rolling hills pasture/agricultural*

*Local Issues: several ic customers on Zogg mine rd*

*Agencies: n/a*

*Safety Issues: narrow roads*

*CNDDB: Riparian areas*

*Other Factors:*

# EXHIBIT A-2

## TailBoard Checklist

| Project Name: GIRVAN 1101 SSD 1861 | | Date: 5/2/16 | | |
|---|---|---|---|---|

| Address & Loc. Route# | Issue | Issue Details: | | Tailboard done Y/N |
|---|---|---|---|---|
| 101020-10-50 | ACCESS | POSSIBLE LA IF DRY W/SMALL 4X4, ACCESS FLGD GATE N/OF ███ E/SIDE OF RD WALK IN ACCESS AT GATE ON SOTH FORK RD BY SSD | | |
| 101020-60 | ACCESS/NOTE | VERY OM VALLEY OAK W/SUBSTANTIAL OV, POSSIBLE LA FROM N/SIDE OF FENCE FROM ███ IF DRY MAY REQUIRE LINE KILL | | |
| 101020-70-80 | ACCESS | POSSIBLE LA @ FLAGGED RD .4 MI. N/OF ADDRESS ███ OR AT POSTED ADD. CONTACT OWNER FOR ACCESS INFO. | | |
| 101020-90-97 | ACCESS | AXS FLGD RD .4 MI. N/ OF ADDRESS ███, FOLLOW FLGD TRAIL W/OF ARROW ON TREE @ CULVERT N/TO P31  AXS TRAIL N/OF P32 X-FENCE/CREEK TO LOC 97, OAKS W/OV MAY REQUIRE LINE KILL | | |
| 101020-130-160 | ACCESS | ALTERNATE ACCES, FOLLOW LINES CROSS CREEK BEHIND HOUSE AT END OF RD | | |
| 101020-200 | ACCESS | GATE MAY NOT BE FLAGGED AS UNKNOWN PARTY HAS REMOVED FLAGGING PREVIOUSLY MAY BE TOO DRY FOR L.A. CONTACT ███ FOR GATE ACCESS. | | |

Is there any special notification needed for this project?

| | |
|---|---|
| | Government Relations |
| | Media |
| | Customer Impact |
| | PG&E Program Manager(s) |
| | Agency |
| | Customer |

Have all T&M Requests been identified, submitted and pre-approved?

| | |
|---|---|
| | YES |
| | NO |

PI Signature: ███

Tree Crew Signature:

# EXHIBIT A-3



Start

1861

# EXHIBIT A-4



# EXHIBIT A-5



# EXHIBIT A-6



# EXHIBIT A-7



# EXHIBIT A-8

| Cust.Inf. | | MAP | | History |

**Inspection Record Detail**

| A | | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | | I   ector / Company:<br>     - CNU |

| Division:<br>North Valley | Circuit:  (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>110 | (none): | Area: | SRA<br>Yes | Alerts: |

| Insp Date / Time:<br>5/4/2016 1:41:53 PM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | | Pole Num: | Quad Map: | Removal #:<br>3870621 | hone: |

| Comment:<br>AXS LINE XING .4 MI. N/OF       P2 IN FIELD E/OF RD P8 6S/W OWNER @ END OF RD |

| | | | | | | | | | Audit | | *Last Edit: 5/17/2016 12:44:24 PM by:* |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>70 | DBH<br>18 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Trim B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/4/2016 1:42:24 PM |
| 1 | Comment:<br>.7S W/OF P8 S/OF LINES | | | | | Notification:<br>OK | | Work Request:<br>YSNV1000523 | | | WC Date:<br>8/9/2016 | WC Qty:<br>1 | WC Trim:<br>FBB | Completed By: | Invoice:<br>BB (104) |
| | Lat/Long:<br>40.518716667, -122.57194  *Google Map!* | | | External TreeID: | | | | | | | | | Audit | Last Edit:<br>5/6/2016 by: |
| | Rx Comment:<br> REMOVE LINE SIDE LEAD POOR ATTACHMENT |

# EXHIBIT A-9

| Cust.Inf. || MAP || History |

**Inspection Record Detail**

| A | | | City: IGO | County: SH | Directions: W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | | I____ctor / Company: ____- CNU |
|---|---|---|---|---|---|---|---|---|

| Division: North Valley | Circuit: (0103401101) GIRVAN 1101 | SSD #: 1861 | SSD Rte #: 101020 | Routing #: 80 | (none): | Area: | SRA Yes | Alerts: |
|---|---|---|---|---|---|---|---|---|

| Insp Date / Time: 5/2/2016 2:54:02 PM | Tag Type: Reliability | Tag Number: 137636 | Line Name: | | Pole Num: | Quad Map: | Removal #: 3870620 | ____mer Name/Phone: |
|---|---|---|---|---|---|---|---|---|

| Comment: AXS LINE XING .4 MI. N/OF ____ P29 TP 2S/E P27 3S/S |
|---|

| | | | | | | | | Audit | *Last Edit: 6/7/2016 1:36:36 PM by:* ____ |
|---|

| Tree Number | Tree Species: Valley Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height 80 | DBH 50 | Clearance 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FP-Ov B | Account: Y | Wire Conditions: | Insp Date: 5/2/2016 3:14:03 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment: .3S/N/OF P27 XSTMTRIM 2 SKY | | | | | | Notification: OK | Work Request: YSNV1000523 | | | WC Date: 8/22/2016 | WC Qty: 1 | WC Trim: FOB | Completed By: | Invoice: BO (104) |
| | Lat/Long: 40.511716667, -122.568665 _Google Map!_ | | | External TreeID: | | | | | | | | Audit | *5/2/2016 by:* ____ | | |
| | Rx Comment: POS LA | | | | | | | | | | | | | | |

# EXHIBIT A-10

| Cust.Inf. || MAP || History |

**Inspection Record Detail**

| A ███████████ | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | I___ector / Company:<br>███ - CNU |
|---|---|---|---|---|---|

| Division:<br>North Valley | Circuit:  (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>70 | (none): | Area: | SRA<br>Yes | Alerts: | |
|---|---|---|---|---|---|---|---|---|---|

| Insp Date / Time:<br>5/2/2016 3:16:37 PM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | Pole Num: | Quad Map: | Removal #:<br>3870620 | ___mer Name/Phone:<br>███████ | |
|---|---|---|---|---|---|---|---|---|---|

| Comment:<br>AXS LINE XING .4 MI. N/OF ███ P29 TP 2S/E P26 3S/S | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | Audit | *Last Edit: 6/7/2016 1:36:13 PM by:* ███ |
|---|---|---|---|---|---|---|---|---|---|

| Tree<br>Number | Tree Species:<br>Valley Oak | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>100 | DBH<br>48 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Ov B | Account:<br>Y | Wire Conditions: | Insp Date:<br>███ 5/2/2016 3:17:54 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>@P26 | | | | | Notification:<br>OK | | Work Request:<br>YSNV1000523 | | | WC Date:<br>8/15/2016 | WC Qty:<br>1 | WC Trim:<br>FOB | Completed By: | Invoice:<br>BO (104) |
| | Lat/Long:<br>40.511718333, -122.568666667  Google Map! | | | External TreeID: | | | | | | | | | Audit | Last Edit:<br>*5/2/2016 by:* ███ |
| | Rx Comment:<br> TRIM LONG LIMB ON N/SIDE BACK TO 90 DEG. UNION | | | | | | | | | | | | | | |

# EXHIBIT A-11

**‖ Cust.Inf. ‖ MAP ‖ History ‖**

**Inspection Record Detail**

| A ███████████ | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ZOGG MINE RD | | I____ctor / Company:<br>█████ - CNU |
|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>180 | (none): | Area: | SRA<br>Yes | Alerts:<br>AX |
| Insp Date / Time:<br>5/9/2016 10:13:34 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | Pole Num: | Quad Map: | Removal #: | ne:<br>████████ |
| Comment:<br>P44 SSD 4191 RDSD N/OF ADD███ @ FLGD GATE P45 AP 1S/NE OWNER IN WA STATE | | | | | | | | |

| | | | | | | | | | | | | Audit \| | *Last Edit: 6/14/2016 11:27:47 AM by:* ██ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Tree<br>Number | Tree Species:<br>Live Oak | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>65 | DBH<br>24 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Major B | Account:<br>Y | Wire Conditions: | Insp Date:<br>6/10/2016 11:20:10 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.3S NE/OF P45 AP E/OF LINES | | | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | | WC Date:<br>8/22/2016 | WC Qty:<br>1 | WC Trim:<br>FBB | Completed By: | Invoice:<br>BB (104) |
| | Lat/Long:<br>40.528438333, -122.556696667 _Google Map!_ | | | External TreeID: | | | | | | | | | | Audit \| | Last Edit:<br>*6/10/2016 by:* ██ |
| | Rx Comment:<br>ROT/WIND EXPOSURE | | | | | | | | | | | | | | |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>100 | DBH<br>42 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Major B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/9/2016 10___ AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Comment:<br>.8S NE/OF P45 AP E/OF LINES | | | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | | WC Date:<br>10/26/2016 | WC Qty:<br>1 | WC Trim:<br>FBB | C mpleted By: | Invoice:<br>BB (104) |
| | Lat/Long:<br>40.529288333, -122.556578333 _Google Map!_ | | | External TreeID: | | | | | | | | | | Audit \| | Last Edit:<br>*5/9/2016 by:* ██ |
| | Rx Comment: | | | | | | | | | | | | | | |

# EXHIBIT A-12

| Cust.Inf. | | MAP | | History |

**Inspection Record Detail**

| A _____ | | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | I____ctor / Company:<br>_____ - CNU |
|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>95 | (none): | Area: | SRA<br>Yes | Alerts: |
| Insp Date / Time:<br>5/10/2016 8:55:38 AM | | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | Pole Num: | Quad Map: | Removal #:<br>3870620 | C____mer Name/Phone:<br>█████ |
| Comment:<br>AXS LINE XING .4 MI. N/OF █ P29 TP 2S/E P32 3S/N | | | | | | | | |

| | | | | | | | | | | | | Audit | *Last Edit: 5/17/2016 10:49:47 AM by:* █ |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>100 | DBH<br>23 | Clearance<br>9 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Rmv2 B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/10/2016 8:56:49 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.2S N/OF P32 80' W/OF LIINES | | | | | Notification:<br>OK | | Work Request:<br>YSNV1000523 | | | WC Date:<br>8/12/2016 | WC Qty:<br>1 | WC Trim:<br>FBB | Completed By: | Invoice:<br>BB (104) |
| | Lat/Long:<br>40.52065, -122.562376667 _Google Map!_ | | | | External TreeID: | | | | | | | | Audit | Last Edit:<br>*5/10/2016 by:* █ | |
| | Rx Comment: | | | | | | | | | | | | | | |

| Tree<br>Number | Tree Species:<br>Valley Oak | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>85 | DBH<br>24 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>2 | Trim Type:<br>FP-Ov B | Account:<br>Y | Wire Conditions:<br>Y | Insp Date:<br>5/10/2016 9___ AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Comment:<br>5S N/OF P32 W/OF LIINES AVG DBH/HT | | | | | Notification:<br>OK | | Work Request:<br>YSNV1000523 | | | WC Date:<br>8/11/2016 | WC Qty:<br>2 | WC Trim:<br>FBB | C__pleted By: | Invoice:<br>BB (104) |
| | Lat/Long:<br>40.520998333, -122.562173333 _Google Map!_ | | | | External TreeID: | | | | | | | | Audit | Last Edit:<br>*5/10/2016 by:* █ | |
| | Rx Comment: | | | | | | | | | | | | | | |

# EXHIBIT A-13

**| Cust.Inf. || MAP || History |**

**Inspection Record Detail**

| A ▓▓▓▓▓ | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | I ▓▓▓ ctor / Company:<br>▓▓ - CNU |
|---|---|---|---|---|

| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>97 | (none): | | Area: | SRA<br>Yes | Alerts: |
|---|---|---|---|---|---|---|---|---|---|

| Insp Date / Time:<br>5/10/2016 9:38:27 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | Pole Num: | Quad Map: | Removal #:<br>28259833 | ▓▓▓▓ er Name/Phone:<br>▓▓▓▓▓ |
|---|---|---|---|---|---|---|---|---|

| Comment:<br>AXS LINE XING .4 MI. N/OF ▓▓ P29 TP 2S/E P32 3S/N |
|---|

| | | | | | | | | | | Audit | | *Last Edit: 5/20/2016 8:02:08 AM by:* ▓▓ |
|---|

| Tree<br>Number | Tree Species:<br>Valley Oak | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>95 | DBH<br>35 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Ov B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/10/2016 9:38:34 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.7S N/OF P32 X-CREEK W/OF LINES | | | | | Notification:<br>OK | | Work Request:<br>YSNV1000523 | | | WC Date:<br>8/11/2016 | WC Qty:<br>1 | WC Trim:<br>FOB | Completed By: | Invoice:<br>BO (104) |
| | Lat/Long:<br>40.521378333, -122.562008333  *Google Map!* | | | External TreeID: | | | | | | | | | Audit | Last Edit:<br>*5/10/2016 by:* ▓▓ |
| | Rx Comment: | | | | | | | | | | | | | |

# EXHIBIT A-14

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | | City:<br>IGO | | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD | | | I___ector / Company:<br>- CNU |
|---|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit:  (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>10 | (none): | Area: | SRA<br>Yes | Alerts: |
| Insp Date / Time:<br>5/2/2016 10:10:01 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | | Pole Num: | Quad Map: | Removal #: C___er Name/Phone: |
| Comment:<br>P0 SSD 1861 RDSD A/F___P1 1S/N | | | | | | | | |

|  |  |  |  |  |  |  | Audit | Last Edit 5/20/2016 7 38 44 AM by ___ |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height DBH Clearance Prox:<br>70    18         99    Inside | Cycle:<br>Rtn | Qty:<br>2 | Trim Type:<br>FP-Rmv2 B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/2/2016 11:02:31 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.1S N/OF P1 E/OF LINES AVG DBH/HT | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | WC Date:<br>8/4/2016 | WC Qty:<br>2 | WC Trim:<br>F2B | Completed By: | Invoice:<br>B2 (104) |
| | Lat/Long:<br>40.501701667, -122.5698  Google Map! | | | External TreeID: | | | | | | Audit | Last Edit:<br>5/2/2016 by | |
| | Rx Comment:<br>LEAN | | | | | | | | | | | |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height DBH Clearance Prox:<br>70    39         99    Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Rmv4 B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/2/2016 11___AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Comment:<br>.5S N/OF P1 E/OF LINES XSTM | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | WC Date:<br>8/4/2016 | WC Qty:<br>1 | WC Trim:<br>F4B | C_mpleted By: | Invoice:<br>B4 (104) |
| | Lat/Long:<br>40.501881667, -122.569801667  Google Map! | | | External TreeID: | | | | | | Audit | Last Edit:<br>5/2/2016 by | |
| | Rx Comment:<br>LEAN | | | | | | | | | | | |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height DBH Clearance Prox:<br>80    19         99    Inside | Cycle:<br>Rtn | Qty:<br>2 | Trim Type:<br>FP-Rmv2 B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/2/2016 11:18:01 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Comment:<br>.5S N/OF P1 E/OF LINES AVG DBH/HT | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | WC Date:<br>8/2/2016 | WC Qty:<br>2 | WC Trim:<br>F2B | Completed By: | Invoice:<br>B2 (104) |
| | Lat/Long:<br>40.501885, -122.569681667  Google Map! | | | External TreeID: | | | | | | Audit | Last Edit:<br>5/2/2016 by | |
| | Rx Comment:<br>LEAN | | | | | | | | | | | |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height DBH Clearance Prox:<br>80    15         99    Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Rmv2 B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/2/2016 11___AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Comment:<br>.9S N/OF P1 W/OF LINES | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | WC Date:<br>8/2/2016 | WC Qty:<br>1 | WC Trim:<br>F2B | C_mpleted By: | Invoice:<br>B2 (104) |
| | Lat/Long:<br>40.502325, -122.570026667  Google Map! | | | External TreeID: | | | | | | Audit | Last Edit:<br>5/2/2016 by | |
| | Rx Comment:<br>LEAN | | | | | | | | | | | |

# EXHIBIT A-15

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A ██████████ | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ZOGG MINE RD | | I____ector / Company:<br>█ - CNU |
|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>200 | (none): | Area: | SRA<br>Yes | Alerts:<br>AX | | |

| Insp Date / Time:<br>5/9/2016 11:37:09 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | Pole Num: | Quad Map: | Removal #:<br>3870777 | C_____hone:<br>█████████ |
|---|---|---|---|---|---|---|---|---|

| Comment:<br>P44 SSD 4191 RDSD N/OF ADD████ @ FLGD GATE P43 1S/SW OWNER @ ████████ |
|---|

| | | | | | | | | Audit | *Last Edit: 6/14/2016 11:18:09 AM by:* ██████ |
|---|---|---|---|---|---|---|---|---|---|

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height  DBH<br>80      23 | Clearance  Prox:<br>99      Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Rmv2 B | Account:<br>Y | Wire Conditions: | Insp Date: ██████)<br>5/9/2016 11:38:16 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.7S/SW OF P43 W/OF LINES FLGD X-FENCE | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | | WC Date:<br>8/22/2016 | WC Qty:<br>1 | WC Trim:<br>F2B | Completed By: | Invoice:<br>B2 (104) |
| | Lat/Long:<br>40.52682, -122.55797  _Google Map!_ | | | External TreeID: | | | | | | | Audit | Last Edit:<br>*5/18/2016 by:* ██████ | |
| | Rx Comment:<br>LEAN | | | | | | | | | | | | |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height  DBH<br>70      18 | Clearance  Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Rmv2 B | Account:<br>Y | Wire Conditions: | Insp Date: ██████<br>6/10/2016 █████ AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Comment:<br>.8S/SW OF P43 W/OF LINES | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | | WC Date:<br>8/22/2016 | WC Qty:<br>1 | WC Trim:<br>F2B | C____eted By: | Invoice:<br>B2 (104) |
| | Lat/Long:<br>40.526708333, -122.558048333  _Google Map!_ | | | External TreeID: | | | | | | | Audit | Last Edit:<br>*6/10/2016 by:* ██████ | |
| | Rx Comment:<br> DAMAGE AT BASE FROM FENCE | | | | | | | | | | | | |

# EXHIBIT A-16

| Cust.Inf. | | MAP | | History |

**Inspection Record Detail**

| A | | | City: | County: | Directions: | | | | I_____ector / Company: |
|---|---|---|---|---|---|---|---|---|---|
| | | | IGO | SH | W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | | | ____ - CNU |

| Division: | Circuit: (0103401101) | SSD #: | SSD Rte #: | Routing #: | (none): | Area: | | SRA | Alerts: |
|---|---|---|---|---|---|---|---|---|---|
| North Valley | GIRVAN 1101 | 1861 | 101020 | 140 | | | | Yes | |

| Insp Date / Time: | Tag Type: | Tag Number: | Line Name: | | Pole Num: | Quad Map: | Removal #: | hone: |
|---|---|---|---|---|---|---|---|---|
| 5/6/2016 12:09:50 PM | Reliability | 137636 | | | | | 3870621 | |

| Comment: |
|---|
| AXS LINE XING .4 MI. N/OF ____ P2 IN FIELD E/OF RD P16 14S/W OWNER @ END OF RD |

| | | | | | | | | Audit | *Last Edit: 6/8/2016 1:28:52 PM by:* ____ |

| Tree Number | Tree Species: | Crew: | Priority: | TGR: | Owned By: | Height | DBH | Clearance | Prox: | Cycle: | Qty: | Trim Type: | Account: | Wire Conditions: | Insp Date: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Black Oak | CA | Routine | No | Private | 70 | 30 | 99 | Inside | Rtn | 1 | FS-R3A+Trt | Y | | 5/6/2016 12:10:53 PM |

| | Comment: | | | | Notification: | Work Request: | | WC Date: | WC Qty: | WC Trim: | Completed By: | Invoice: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | .5S/NW OF F16 | | | | OK | YSNV1000523 | | 8/10/2016 | 1 | F3C | | C3 (104) |

| | Lat/Long: | | | External TreeID: | | | | Audit | Last Edit: |
|---|---|---|---|---|---|---|---|---|---|
| | 40.51984, -122.576781667  *Google Map!* | | | | | | | | *5/6/2016 by:* ____ |

| | Rx Comment: |
|---|---|
| | |

# EXHIBIT A-17

| Cust.Inf. || MAP || History |

**Inspection Record Detail**

| A | | | City: | | County: | Directions: | | | | | I____ector / Company: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | | | IGO | | SH | W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | | | | ▮ - CNU |

| Division: | Circuit: (0103401101) | SSD #: | SSD Rte #: | Routing #: | (none): | | Area: | | SRA | Alerts: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North Valley | GIRVAN 1101 | 1861 | 101020 | 160 | | | | | Yes | | |

| Insp Date / Time: | Tag Type: | Tag Number: | Line Name: | | | Pole Num: | Quad Map: | | Removal #: | | hone: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/6/2016 12:28:55 PM | Reliability | 137636 | | | | | | | 3870621 | | ▮▮▮▮▮ |

| Comment: |
|---|
| AXS LINE XING .4 MI. N/OF ▮▮▮ P2 IN FIELD E/OF RD P18 16S/W OWNER @ END OF RD |

|  | | | | | | | | | | | | Audit | *Last Edit: 5/17/2016 12:46:45 PM by:* ▮▮▮▮ |

| Tree Number | Tree Species: | Crew: | Priority: | TGR: | Owned By: | Height | DBH | Clearance | Prox: | Cycle: | Qty: | Trim Type: | Account: | Wire Conditions: | Insp Date: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Black Oak | CA | Routine | No | Private | 60 | 12 | 99 Inside | Rtn | 1 | 1 | FS-R2A+Trt | Y | | 5/6/2016 12:29:42 PM |
| | Comment: | | | | | Notification: | | Work Request: | | WC Date: | WC Qty: | WC Trim: | Completed By: | Invoice: |
| | .2S NW OFP18 | | | | | OK | | YSNV1000523 | | 8/10/2016 | 1 | F2C | | C2 (104) |
| | Lat/Long: | | | | External TreeID: | | | | | | | Audit | Last Edit: |
| | 40.521013333, -122.577696667 *Google Map!* | | | | | | | | | | | | *5/6/2016 by:* ▮▮ |
| | Rx Comment: | | | | | | | | | | | | |

# EXHIBIT A-18

| Cust.Inf. || MAP || History |

**Inspection Record Detail**

| A | | | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | I___ector / Company:<br>___ - CNU |
|---|---|---|---|---|---|---|---|

| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>100 | (none): | Area: | SRA<br>Yes | Alerts: |
|---|---|---|---|---|---|---|---|---|

| Insp Date / Time:<br>5/3/2016 2:58:38 PM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | Pole Num: | Quad Map: | Removal #: | /Phone: |
|---|---|---|---|---|---|---|---|---|

| Comment:<br>AXS LINE XING .4 MI. N/OF ___ P2 IN FIELD E/OF RD |
|---|

| | | | | | | | | | Audit | *Last Edit: 5/3/2016 3:35:15 PM by:* ___ |
|---|---|---|---|---|---|---|---|---|---|---|

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>80 | DBH<br>24 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | | Trim Type:<br>FP-Ov A | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/3/2016 3:00:07 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br> .8S W/OF P2 N/OF LINES | | | | | Notification:<br>OK | | Work Request: | | | WC Date: | WC Qty: | WC Trim: | Completed By: | Invoice:<br>*Not Worked* |
| | Lat/Long:<br>40.518056667, -122.56593  _Google Map!_ | | | | External TreeID: | | | | | | | | Audit | Last Edit:<br>*5/3/2016 by:* ___ |
| | Rx Comment:<br> POS LA | | | | | | | | | | | | | | |

# EXHIBIT A-19

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | | | City:<br>IGO | | County:<br>SH | | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | | | | | | I  ector / Company:<br> - CNU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>130 | (none): | | Area: | | SRA<br>Yes | Alerts: | | | |
| Insp Date / Time:<br>5/6/2016 11:53:59 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | | | Pole Num: | Quad Map: | | Removal #: C<br>3870621 | | hone: | | |
| Comment:<br>AXS LINE XING .4 MI. N/OF        P2 IN FIELD E/OF RD P14 12S/W OWNER @ END OF RD | | | | | | | | | | | | | | |

| | | | | | | | | | | | | Audit | Last Edit: 5/17/2016 12:43:25 PM by: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>70 | DBH<br>24 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Rmv3 A | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/6/2016 11:54:58 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.5S W/OF P14 N/OFLINES | | | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | | WC Date:<br>8/9/2016 | WC Qty:<br>1 | WC Trim:<br>F3A | Completed By: | Invoice:<br>A3 (104) |
| | Lat/Long:<br>40.51924, -122.576516667  Google Map! | | | External TreeID: | | | | | | | | | Audit | Last Edit:<br>5/6/2016 by: | |
| | Rx Comment:<br>MULTIPLE CO-DOMS W/INCLUDED BARK | | | | | | | | | | | | | | |

# EXHIBIT A-20

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD | | | ector / Company:<br>- CNU |
|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #: (none):<br>40 | Area: | SRA<br>Yes | Alerts: |
| Insp Date / Time:<br>5/2/2016 11:55:33 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | Pole Num: | Quad Map: | Removal #:<br>28281527 | er Name/Phone: |
| Comment:<br>P0 SSD 1861 RDSD A/F      P5 5S/N | | | | | | | |

|  |  |  |  |  |  |  |  | | Audit | | Last Edit 5/20/2016 7 42 04 AM by |

| Tree<br>Number | Tree Species:<br>Valley Oak | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height DBH<br>80    17 | Clearance Prox:<br>99    Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Trim B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/2/2016 11:56:27 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.7S N/OF P5 E/OF LINES TBL | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | | WC Date:<br>8/8/2016 | WC Qty:<br>1 | WC Trim:<br>FBB | Completed By:<br>FBB | Invoice:<br>BB (104) |
| | Lat/Long:<br>40.504856667, -122.570098333  Google Map! | | | External TreeID: | | | | | | | Audit | Last Edit:<br>5/2/2016 by |
| | Rx Comment: | | | | | | | | | | | | |

# EXHIBIT A-21

**|| Cust.Inf. || MAP || History ||**

**Inspection Record Detail**

| | | City:<br>IGO | | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD | | | | ctor / Company:<br>- CNU |
|---|---|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>20 | (none): | Area: | SRA<br>Yes | Alerts: | |
| Insp Date / Time:<br>5/2/2016 11:08:59 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | | Pole Num: | Quad Map: | Removal #: | er Name/Phone: |
| Comment:<br>P0 SSD 1861 RDSD A/F      P2 2S/N | | | | | | | | | |
| | | | | | | | | Audit | Last Edit: 5/20/2016 7:40:48 AM by: |

| Tree<br>Number | Tree Species:<br>Valley Oak | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>80 | DBH<br>18 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Ov B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/2/2016 11:29:22 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.6SN/OF P2 W/OF LINES TRIM 2 SKY | | | | | Notification:<br>OK | | Work Request:<br>YSNV1000523 | | | WC Date:<br>8/2/2016 | WC Qty:<br>1 | WC Trim:<br>FBB | Completed By: | Invoice:<br>BB (104) |
| | Lat/Long:<br>40.502761667, -122.569971667  _Google Map!_ | | | | External TreeID: | | | | | | | Audit | Last Edit:<br>6/7/2016 by: | |
| | Rx Comment:<br>FP OV | | | | | | | | | | | | | |

# EXHIBIT A-22

**Cust.Inf. ‖ MAP ‖ History**

**Inspection Record Detail**

| A | | | City: IGO | County: SH | Directions: W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | | | I ector / Company: - CNU |
|---|---|---|---|---|---|---|---|---|---|
| Division: North Valley | Circuit: (0103401101) GIRVAN 1101 | SSD #: 1861 | SSD Rte #: 101020 | Routing #: 120 | (none): | Area: | SRA Yes | Alerts: | |
| Insp Date / Time: 5/4/2016 1:48:46 PM | Tag Type: Reliability | Tag Number: 137636 | Line Name: | | | Pole Num: | Quad Map: | Removal #: 3870621 | hone: |
| Comment: AXS LINE XING .4 MI. N/OF ▉ P2 IN FIELD E/OF RD P9 7S/W OWNER @ END OF RD | | | | | | | | | |
| | | | | | | | | Audit | Last Edit: 5/17/2016 12:45:13 PM by: ▉ |

| Tree Number | Tree Species: Gray Pine | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height 80 | DBH 10 | Clearance 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FP-Trim B | Account: Y | Wire Conditions: | Insp Date: 5/4/2016 1:50:58 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment: .4S W/OF P9 N/OF LINES FLGD IFO | | | | | Notification: OK | | Work Request: YSNV1000523 | | | WC Date: 8/9/2016 | WC Qty: 1 | WC Trim: FBB | Completed By: ▉ | Invoice: BB (104) |
| | Lat/Long: 40.518836667, -122.572278333  Google Map! | | | External TreeID: | | | | | | | | Audit | Last Edit: 5/4/2016 by: ▉ | | |
| | Rx Comment: REMOVE LINE SIDE LEAD POOR ATTACHMENT | | | | | | | | | | | | | | |

# EXHIBIT A-23

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | | | City: IGO | | County: SH | Directions: W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | | | | I     ector / Company: - CNU |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Division: North Valley | Circuit: (0103401101) GIRVAN 1101 | SSD #: 1861 | SSD Rte #: 101020 | Routing #: 60 | (none): | | Area: | SRA Yes | Alerts: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Insp Date / Time: 5/2/2016 1:17:45 PM | Tag Type: Reliability | Tag Number: 137636 | Line Name: | | Pole Num: | Quad Map: | Removal #: 3870620 | mer Name/Phone: | |
|---|---|---|---|---|---|---|---|---|---|

| Comment: AXS EP RDSD N/OF         P7 TP 2S/E AXS GATE N/OF ADD ON E/SD OF RD OWNER @ |
|---|

| | | | | | | | | | Audit | *Last Edit: 5/17/2016 10:47:27 AM by:* |
|---|---|---|---|---|---|---|---|---|---|---|

| Tree Number | Tree Species: Valley Oak | Crew: CA | Priority: Routine | TGR: No | Owned By: Private | Height 100 | DBH 36 | Clearance 99 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: FP-Ov B | Account: Y | Wire Conditions: | Insp Date: 5/2/2016 1:50:28 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment: .9S N/OF P7 TP E/OF LINES TRIM 2 SKY | | | | | Notification: OK | | Work Request: YSNV1000523 | | | WC Date: 8/22/2016 | WC Qty: 1 | WC Trim: FOB | Completed By: | Invoice: BO (104) |
| | Lat/Long: 40.506345, -122.5703  _Google Map!_ | | | External TreeID: | | | | | | | Audit | Last Edit: *5/2/2016 by:* | |
| | Rx Comment: OM/OV | | | | | | | | | | | | |

# EXHIBIT A-24

**| Cust.Inf. || MAP || History |**

**Inspection Record Detail**

| A | | | City:<br>IGO | | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | | | | I_____ector / Company:<br>_____ - CNU |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>165 | (none): | | Area: | SRA<br>Yes | Alerts: | | |
| Insp Date / Time:<br>5/12/2016 12:35:51 PM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | | Pole Num: | Quad Map: | Removal #: | ____mer Name/Phone:<br>???-???-???? | | |
| Comment:<br>EP IFO HOUSE END OF DVWY | | | | | | | | | | | |
| | | | | | | | | | Audit | *Last Edit: 5/17/2016 11:56:18 AM by:* _____ | |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>LA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>80 | DBH<br>24 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Ov A | Account:<br>Y | Wire Conditions: | Insp Date: _____)<br>5/12/2016 12:37:59 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br> | | | | | Notification:<br>OK | | Work Request: | | WC Date: | WC Qty: | WC Trim: | Completed By: | Invoice:<br>*Not Worked* | |
| | Lat/Long:<br>40.513971667, -122.572653333 _Google Map!_ | | | External TreeID: | | | | | | | Audit | Last Edit:<br>*5/12/2016 by:* _____ | | | |
| | Rx Comment: | | | | | | | | | | | | | | |

# EXHIBIT A-25

**| Cust.Inf. || MAP || History |**

**Inspection Record Detail**

| A | | | City: IGO | County: SH | Directions: W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | | | I    ector / Company:    - CNU |
|---|---|---|---|---|---|---|---|---|---|
| **Division:** North Valley | **Circuit: (0103401101)** GIRVAN 1101 | **SSD #:** 1861 | **SSD Rte #:** 101020 | **Routing #:** 150 | **(none):** | **Area:** | **SRA** Yes | **Alerts:** | |
| **Insp Date / Time:** 5/6/2016 12:21:32 PM | **Tag Type:** Reliability | **Tag Number:** 137636 | **Line Name:** | | | **Pole Num:** | **Quad Map:** | **Removal #:** 3870621 | **hone:** |

**Comment:** AXS LINE XING .4 MI. N/OF ▮ P2 IN FIELD E/OF RD P17 15S/W OWNER @ END OF RD

| | | | | | | | | | | | | Audit | *Last Edit: 6/8/2016 1:28:34 PM by:* ▮ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Tree Number | Tree Species: | Crew: | Priority: | TGR: | Owned By: | Height | DBH | Clearance | Prox: | Cycle: | Qty: | Trim Type: | Account: | Wire Conditions: | Insp Date: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Black Oak | CA | Routine | No | Private | 60 | 20 | 99 Inside | Rtn | 1 | 1 | FS-R2A+Trt | Y | | 5/6/2016 12:23:17 PM |

| | **Comment:** .6S NW/OF P17 | | | | | **Notification:** OK | **Work Request:** YSNV1000523 | | **WC Date:** 8/10/2016 | **WC Qty:** 1 | **WC Trim:** F2C | **Completed By:** | **Invoice:** C2 (104) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | **Lat/Long:** 40.520573333, -122.577588333  *Google Map!* | | | **External TreeID:** | | | | | | Audit | **Last Edit:** *5/6/2016 by:* ▮ |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | **Rx Comment:** |
|---|---|

# EXHIBIT A-26

**| Cust.Inf. || MAP || History |**

**Inspection Record Detail**

| A | | | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ZOGG MINE RD | | | | | I   ector / Company:<br>- CNU |
|---|---|---|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>190 | (none): | Area: | SRA<br>Yes | Alerts:<br>TR | | |
| Insp Date / Time:<br>5/9/2016 10:49:32 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | | Pole Num: | Quad Map: | Removal #: | | ne: |

| Comment:<br>P44 SSD 4191 RDSD N/OF ADD     @ FLGD GATE P47 3S/NE OWNER IN WA STATE | | | | | | | | | | Audit | Last Edit: 6/14/2016 11:26:58 AM by: |

| Tree<br>Number | Tree Species:<br>Valley Oak | Crew:<br>LA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>75 | DBH<br>25 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Ov A | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/9/2016 10:52:57 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>RDSD.3S/NEOF P47 | | | | | Notification:<br>OK | | Work Request:<br>YSNV1000523 | | | WC Date:<br>8/22/2016 | WC Qty:<br>1 | WC Trim:<br>FOB | Completed By: | Invoice:<br>BO (104) |
| | Lat/Long:<br>40.530848333, -122.556485 _Google Map!_ | | | External TreeID: | | | | | | | | | Audit | Last Edit:<br>5/9/2016 by: |
| | Rx Comment:<br>TRIM STEM ON SE/SIDE BACK TO LARGE WOOD | | | | | | | | | | | | | | |

# EXHIBIT A-27

**‖ Cust.Inf. ‖ MAP ‖ History ‖**

**Inspection Record Detail**

| A | | | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD | | | I      ector / Company:<br>         - CNU |
|---|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>30 | (none): | Area: | SRA<br>Yes | Alerts: |
| Insp Date / Time:<br>5/2/2016 11:35:57 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | | Pole Num: | Quad Map: | Removal #: |   er Name/Phone: |

(Comment and audit rows)

| Comment:<br>P0 SSD 1861 RDSD A/F      P4 IDLE TP 4S/N | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ‖ Audit ‖ | *Last Edit: 5/20/2016 7:41:27 AM by:* |

| Tree<br>Number | Tree Species:<br>Valley Oak | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>80 | DBH<br>25 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Trim B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/2/2016 11:36:57 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.2S/N OF P4 | | | | | Notification:<br>OK | | Work Request:<br>YSNV1000523 | | | WC Date:<br>8/8/2016 | WC Qty:<br>1 | WC Trim:<br>FAB | Completed By: | Invoice:<br>BA (104) |
| | Lat/Long:<br>40.503618333, -122.570021667 _Google Map!_ | | | External TreeID: | | | | | | | | ‖ Audit ‖ | Last Edit:<br>*5/2/2016 by:* | |
| | Rx Comment:<br>TRIM NORTHERN MOST LIMB BACK TO BIG WOOD | | | | | | | | | | | | | |

# EXHIBIT A-28

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A ████████ | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ARCHER RD | | I    ector / Company:<br>█ - CNU |
|---|---|---|---|---|---|

| Division:<br>North Valley | Circuit:  (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>90 | (none): | Area: | SRA<br>Yes | Alerts: |
|---|---|---|---|---|---|---|---|---|

| Insp Date / Time:<br>5/3/2016 10:49:01 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | Pole Num: | Quad Map: | Removal #:<br>3870620 | mer Name/Phone:<br>████████ |
|---|---|---|---|---|---|---|---|---|

| Comment:<br>AXS LINE XING .4 MI. N/OF ███ P29 TP 2S/E P31 2/SN |
|---|

|  |  |  |  |  |  |  |  |  | | Audit | | *Last Edit: 5/16/2016 8:43:10 AM by:* ████ |
|---|

| Tree<br>Number | Tree Species:<br>Valley Oak | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height DBH<br>75     20 | Clearance Prox:<br>99     Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Ov B | Account:<br>Y | Wire Conditions: | Insp Date:<br>████  5/3/2016 11:43:23 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.5S/N OF P31 E/OF LINES FLGD IFO | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | | WC Date:<br>8/12/2016 | WC Qty:<br>1 | WC Trim:<br>FOB | Completed By:<br>████ | Invoice:<br>BO (104) |
|  | Lat/Long:<br>40.519928333, -122.562916667  Google Map! | | | External TreeID: | | | | | | | Audit | | Last Edit:<br>5/3/2016 by: ████ |
|  | Rx Comment:<br>SNOW LOADER | | | | | | | | | | | | |

| Tree<br>Number | Tree Species:<br>Valley Oak | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height DBH<br>80     40 | Clearance Prox:<br>99     Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Ov B | Account:<br>Y | Wire Conditions: | Insp Date:<br>████  5/3/2016 11    AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Comment:<br>.7S/N OF P31 W/OF LINES | | | | | Notification:<br>OK | Work Request:<br>YSNV1000523 | | WC Date:<br>8/22/2016 | WC Qty:<br>1 | WC Trim:<br>FOB | C    pleted By:<br>████ | Invoice:<br>BO (104) |
|  | Lat/Long:<br>40.520123333, -122.562798333  Google Map! | | | External TreeID: | | | | | | | Audit | | Last Edit:<br>5/3/2016 by: ████ |
|  | Rx Comment:<br>TRIM 2 SKY | | | | | | | | | | | | |

# EXHIBIT A-29

| Cust.Inf. || MAP || History |

**Inspection Record Detail**

| | | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD.>N/ON ZOGG MINE RD | | | Inspector / Company:<br>- CNU |
|---|---|---|---|---|---|---|---|

| Division:<br>North Valley | Circuit:  (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>170 | (none): | | Area: | SRA<br>Yes | Alerts: |
|---|---|---|---|---|---|---|---|---|---|

| Insp Date / Time:<br>5/9/2016 9:45:18 AM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | Pole Num: | Quad Map: | Removal #: | Customer Name/Phone: |
|---|---|---|---|---|---|---|---|---|

| Comment:<br>P44 SSD 4191 RDSD N/OF ADD       @ FLGD GATE |
|---|

|  | Audit | *Last Edit: 6/9/2016 2:57:30 PM by:* |
|---|---|---|

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>LA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height DBH Clearance Prox:<br>75    19       99    Inside | Cycle: | Qty:<br>1 | Trim Type:<br>FP-Rmv2 B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/9/2016 9:49:53 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.5S N/OF P44 W/SD OF RD FLGD IFO | | | | | Notification:<br>Contact | Work Request: | | WC Date: | WC Qty: | WC Trim: | Completed By: | Invoice:<br>*Not Worked* |
| | Lat/Long:<br>40.52798, -122.55719  _Google Map!_ | | | | External TreeID: | | | |  | Audit | Last Edit:<br>*5/9/2016 by:* |
| | Rx Comment:<br> LEAN/MULTIPLE BOLE DEFECTS @BASE |

# EXHIBIT A-30

| Search | Print |

**North Valley Division  - Distribution (YS - <u>137636</u>)**
Work Request:  YSNV1000523
Contractor:   Davey Tree- Sent to Contractor.   Order No:   8082293

Date Issued:   6/15/2016 4:03:40 PM
Completed:   8/4/2016  By: ▮

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 1.) | 2 FP-R2 | 2 FP-R2 | 8/4/16 | By: ▮ | r | *Invoiced* |
| 2.) | 1 FP-R4 | 1 FP-R4 | 8/4/16 | By: ▮ | r | *Invoiced* |
| 3.) | 2 FP-R2 | 2 FP-R2 | 8/2/16 | By: ▮ | r | *Invoiced* |
| 4.) | 1 FP-R2 | 1 FP-R2 | 8/2/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 5.) | 1 FP-Ov | 1 **FP-Tr** ! | 8/2/16 | By: ▮ | r | *Invoiced* |
| ▮ | ▮ | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 6.) | 1 FP-Tr | 1 FP-Tr | 8/8/16 | By: ▮ | r | *Invoiced* |
| ▮ | | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 7.) | 1 FP-Tr | 1 **FP-Tr** ! | 8/8/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 8.) | 1 FP-Ov | 1 FP-Ov | 8/22/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 9.) | 1 FP-Ov | 1 FP-Ov | 8/15/16 | By: ▮ | r | *Invoiced* |
| ▮ | | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 10.) | 1 FP-Ov | 1 FP-Ov | 8/22/16 | By: ▮ | r | *Invoiced* |
| ▮ | | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 11.) | 1 FP-Ov | 1 FP-Ov (OT) | 8/12/16 | By: ▮ | r | *Invoiced* |
| 12.) | 1 FP-Ov | 1 FP-Ov | 8/22/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 13.) | 1 FP-R2 | 1 **FP-Tr** ! (OT) | 8/12/16 | By: ▮ | r | *Invoiced* |
| 14.) | 2 FP-Ov | 2 **FP-Tr** ! | 8/11/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 15.) | 1 FP-Ov | 1 FP-Ov | 8/11/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 16.) | 1 FP-Tr | 1 **FP-Tr** ! | 8/9/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 17.) | 1 FP-Tr | 1 **FP-Tr** ! | 8/9/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 18.) | 1 FP-R3 | 1 FP-R3 | 8/9/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 19.) | 1 FP-R3 | 1 FP-R3 | 8/10/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 20.) | 1 FP-R2 | 1 FP-R2 | 8/10/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 21.) | 1 FP-R2 | 1 FP-R2 | 8/10/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 22.) | 1 FP-Tr | 1 FP-Tr | 8/22/16 | By: ▮ | r | *Invoiced* |
| 23.) | 1 FP-Tr | 1 FP-Tr | 10/26/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 24.) | 1 FP-Ov | 1 **FP-Ov** ! | 8/22/16 | By: ▮ | r | *Invoiced* |
| ▮ | ... | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 25.) | 1 FP-R2 | 1 FP-R2 | 8/22/16 | By: ▮ | r | *Invoiced* |
| 26.) | 1 FP-R2 | 1 FP-R2 | 8/22/16 | By: ▮ | r | *Invoiced* |
| ▮ | ▮ | | Circuit: GIRVAN 1101 - (0103401101) | | | | |
| 27.) | - Added - | 1 **FP-Tr** ! | 8/9/16 | By: ▮ | r | *Invoiced* |
| 28.) | - Added - | 5 **FP-Tr** ! | 8/15/16 | By: ▮ | r | *Invoiced* |
| 29.) | - Added - | 2 **FP-Tr** ! | 8/8/16 | By: ▮ | r | *Invoiced* |

**Units Assigned: 29.0**
**Units Completed: 37.0   -   ( 127.6% )**

---

**!** - Indicates that some of the work completed is different than what was assigned.
**r** - Revised.  Record has been billed and then updated by contractor.

---

 PG&E Vegetation Management - VMS Database.
This Report was created on: 3/2/2021 9:04:54 AM.

# EXHIBIT A-31

| Cust.Inf. || MAP || History |

**Inspection Record Detail**

| A | | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>NW/ON SOUTH FORK RD | | I‾‾ector / Company:<br>▮ - CNU |
|---|---|---|---|---|---|---|

| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>1861 | SSD Rte #:<br>101020 | Routing #:<br>50 | (none): | Area: | SRA<br>Yes | Alerts: |
|---|---|---|---|---|---|---|---|---|

| Insp Date / Time:<br>5/2/2016 12:00:41 PM | Tag Type:<br>Reliability | Tag Number:<br>137636 | Line Name: | | Pole Num: | Quad Map: | Removal #:<br>3870620 | ‾‾mer Name/Phone:<br>▮ |

| Comment:<br>P0 SSD 1861 RDSD A/F ▮ 3 P6 6S/N OWNER @ ▮ |
|---|

| | | | | | | | | Audit | *Last Edit: 7/21/2016 2:02:55 PM by:* ▮ |

| Tree<br>Number | Tree Species:<br>Valley Oak | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height DBH<br>90    22 | Clearance Prox:<br>99    Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Ov B | Account:<br>Y | Wire Conditions: | Insp Date:<br>5/2/2016 12:01:24 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.1S N/OF P6 E/OF LINES | | | | | Notification:<br>OK | Work Request:<br>YSNV1000531 | | WC Date:<br>8/8/2016 | WC Qty:<br>1 | WC Trim:<br>FOB | Completed By: | Invoice:<br>BO (104) |
| | Lat/Long:<br>40.50509, -122.570073333  Google Map! | | | External TreeID: | | | | | | | Audit | Last Edit:<br>*7/21/2016 2:02:55 PM by:* ▮ |
| | Rx Comment: | | | | | | | | | | | | |

# EXHIBIT A-32

**Search** | **Print**

**North Valley Division  - Distribution (YS - <u>137636</u>)**

**Work Request:**  YSNV1000531
**Contractor:**  Davey Tree- Sent to Contractor.      **Order No:**  8082293

**Date Issued:**  7/27/2016 3:19:31 PM
**Completed:**  8/8/2016  **By:** ███████

██████████████ █ Circuit: GIRVAN 1101 - (0103401101)

   1.)  1 FP-Ov    1  FP-Ov    8/8/16  **By:** ███████  <u>r</u>  *Invoiced*

**Units Assigned: 1.0**
**Units Completed: 1.0  -  ( 100.0% )**

---

**!** - Indicates that some of the work completed is different than what was assigned.
**r** - Revised.  Record has been billed and then updated by contractor.

---

PG&E Vegetation Management - VMS Database.
This Report was created on: 3/2/2021 9:06:13 AM.