# EXHIBIT C

# EXHIBIT C-1

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A █████████ | City:<br>IGO | County:<br>SH | Directions:<br>W/ON PLACER RD>W/ON SOUTH FORK RD>N/ON ZOGG MINE RD TO END | I████ctor / Company:<br>█████ CNU |
|---|---|---|---|---|

| Division:<br>North Valley | Circuit█ (0103401101)<br>GIRVAN 1101 | SSD #:<br>6091 | SSD Rte #:<br>50 | Routing #:<br>2191 | (none): | Area: | SRA<br>No | Alerts:<br>AX |
|---|---|---|---|---|---|---|---|---|

| Insp Date / Time:<br>4/28/2015 3:49:30 PM | Tag Type:<br>Unforeseen | Tag Number:<br>4/28/2015 | Line Name: | Pole Num: | Quad Map: | Removal #: | Customer Name/Phone: |
|---|---|---|---|---|---|---|---|

Comment:
EP @ PSTD ADD█████ @ END OF RD, P27 2 S/W/OF OF EP ON HILL (NARROW RD & VERY SMALL TA) I SPOKE WITH OWNER OF████ AND ITS NOT HIS PROPERTY, NICE GUY

| | Audit | *Last Edit: 4/29/2015 7:02:01 AM by:* █████ |
|---|---|---|

| Tree Number | Tree Species:<br>Douglas Fir | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>80 | DBH<br>17 | Clearance<br>15 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Trim B | Account:<br>M | Wire Conditions:<br>C | Insp Date: (<br>4/28/2015 3:█ PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |

| | Comment:<br>@ P27 (REMOVE DEAD TOP) | Notification:<br>OK | Work Request:<br>SHNV1021502 | WC Date:<br>4/30/2015 | WC Qty:<br>1 | WC Trim:<br>FAB | C mpleted By:<br>█████ | Invoice:<br>BA (104) |
|---|---|---|---|---|---|---|---|---|

| | Lat/Long:<br>40.542336667, -122.585291667  Google Map! | External TreeID: | | | Audit | Last Edit:<br>*4/28/2015 by:* █████ |
|---|---|---|---|---|---|---|

| | Rx Comment: |
|---|---|

# EXHIBIT C-2

| Search | Print |

**North Valley Division  - Distribution (RT - <u>2015</u>)**

**Work Request:  SHNV1021502**
**Contractor:   Davey Tree- Sent to Contractor.**

**Date Issued:  4/29/2015 11:52:49 AM**
**Completed:   4/30/2015   By:** ■

████████████████  ...   Circuit: GIRVAN 1101 - (0103401101)

1.) 1 FP-Tr   1  FP-Tr   (TM)   4/30/15   By: ██   r   *Invoiced*

**Units Assigned: 1.0**
**Units Completed: 1.0   -   ( 100.0% )**

---

**!** - Indicates that some of the work completed is different than what was assigned.
**r** - Revised.  Record has been billed and then updated by contractor.

---

PG&E Vegetation Management - VMS Database.
This Report was created on: 3/2/2021 8:51:16 AM.

# EXHIBIT C-3

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | | City:<br>IGO | | County:<br>SH | Directions:<br>W/ON PLACER RD>W/ON SOUTH FORK RD>N/ON ZOGG MINE RD;LAST HSE@END/OF RD | | | | Company: |
|---|---|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>6091 | SSD Rte #:<br>606060 | Routing #:<br>100 | (none): | | Area: | SRA<br>Yes | Alerts:<br>PI  RP |
| Insp Date / Time:<br>4/5/2017 10:26:21 AM | Tag Type: | Tag Number: | Line Name: | | Pole Num: | Quad Map: | | Removal #:<br>3874698 | Customer Name/Phone: |
| Comment:<br>EP @HSE @END/OF ZOGG MINE RD | | | | | | | | | |

| Audit | *Last Edit 4/6/2017 2 36 42 PM by* ▆▆

| Tree<br>Number | Tree Species:<br>Douglas Fir | Crew:<br>LA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height<br>105 | DBH<br>21 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Rmv2 B | Account:<br>E | Wire Conditions: | Insp Date:<br>4/5/2017 10:40:02 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.9S/E/OF EP. DEAD 92' OFF S/SD/LNS @RD | | | | | Notification:<br>OK | | Work Request:<br>CENV1000574 | | | WC Date:<br>4/12/2017 | | WC Qty:<br>1 | WC Trim:<br>F2B | Completed By:<br>▆ | Invoice:<br>B2 (104) |
| | Lat/Long:<br>40.54244, -122.585915  Google Map | | | External TreeID: | | | | | | | Audit | | Last Edit:<br>*4/6/2017 2 36 42 PM by* ▆▆ |
| | Rx Comment:<br>DROP & LEAVE TREE WHOLE ON S/SD/OF RD | | | | | | | | | | | | | | |

# EXHIBIT C-4

| Search | Print |

**North Valley Division  - Distribution (CM - 153400)**

**Work Request:** CENV1000574

**Contractor:** Davey Tree- Sent to Contractor.     **Order No:** 8176578



**Date Issued:** 4/10/2017 8:06:00 AM

**Completed:** 4/12/2017 **By:** ███

███████████████ ... Circuit: GIRVAN 1101 - (0103401101)

1.)  1 FP-R2    1  FP-R2      4/12/17   **By:** ███   r   *Invoiced*

**Units Assigned: 1.0**

**Units Completed: 1.0   -   ( 100.0% )**

---

**!** - Indicates that some of the work completed is different than what was assigned.

**r** - Revised.  Record has been billed and then updated by contractor.

---

PG&E Vegetation Management - VMS Database.

This Report was created on: 11/3/2020 3:58:04 PM.

# EXHIBIT C-5

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | | | City:<br>IGO | | County:<br>SH | Directions:<br>W/ON PLACER>W/ON SOUTH FORK RD> N/ON ZOGG MINE RD | | | | I   pector / Company:<br>- CNU |
|---|---|---|---|---|---|---|---|---|---|---|

| Division:<br>North Valley | Circuit:  (0103401101)<br>GIRVAN 1101 | SSD #:<br>6091 | SSD Rte #:<br>50 | Routing #:<br>3 | (none): | | Area: | SRA<br>Yes | Alerts:<br>DG | |
|---|---|---|---|---|---|---|---|---|---|---|

| Insp Date / Time:<br>4/5/2017 10:54:26 AM | Tag Type:<br>Unforeseen | Tag Number:<br>040517 | Line Name: | | | Pole Num: | Quad Map: | Removal #: | Name/Phone: | |
|---|---|---|---|---|---|---|---|---|---|---|

| Comment:<br>EP (NEW) @LAST HSE @END\OF ZOGG MINE RD |
|---|

| | Audit | *Last Edit: 10/23/2018 1:35:22 PM by:* |
|---|---|---|

| Tree<br>Number | Tree Species:<br>Cedar | Crew:<br>LA | Priority:<br>Accelerate | TGR:<br>No | Owned By:<br>Private | Height<br>40 | DBH<br>15 | Clearance<br>9 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>2 | Trim Type:<br>Side | Account:<br>M | Wire Conditions: | Insp Date:<br>4/5/2017 11:00:42 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.1-.2S/E/OF EP N/SD/RD 3.5'-4' OUT. | | | | | Notification:<br>OK | | Work Request:<br>SHNV1023721 | | | WC Date:<br>4/12/2017 | WC Qty:<br>2 | WC Trim:<br>SD | Completed By: | Invoice:<br>TR (104) |
| | Lat/Long:<br>40.542536667, -122.586531667  Google Map! | | | External TreeID: | | | | | | | | | Audit | Last Edit:<br>*4/5/2017 by:* | |
| | Rx Comment:<br>NEW EP & CROSSARM. TREES AVGH&DBH | | | | | | | | | | | | | | |

# EXHIBIT C-6

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| A | | | City:<br>IGO | | County:<br>SH | Directions:<br>W/ON PLACER>W/ON SOUTH FORK RD> N/ON ZOGG MINE RD | | | | I____ector / Company:<br>____ - CNU |
|---|---|---|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>6091 | SSD Rte #:<br>50 | Routing #:<br>5 | (none): | Area: | SRA<br>Yes | Alerts:<br>DG | | |
| Insp Date / Time:<br>4/5/2017 11:10:47 AM | Tag Type:<br>Unforeseen | Tag Number:<br>040517 | Line Name: | | | Pole Num: | Quad Map: | Removal #: | Name/Phone: | |

| Comment:<br>EP @LAST HSE @END\OF ZOGG MINE RD (NEW EP & CROSSARM) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | Audit | *Last Edit: 10/23/2018 1:35:31 PM by:* |
|---|---|---|---|---|---|---|---|---|---|---|

| Tree<br>Number | Tree Species:<br>Canyon Live Oak | Crew:<br>LA | Priority:<br>Accelerate | TGR:<br>No | Owned By:<br>Private | Height DBH<br>40    20 | Clearance Prox:<br>10    Inside | Cycle:<br>Rtn | Qty:<br>2 | Trim Type:<br>Side | Account:<br>M | Wire Conditions: | Insp Date: (    )<br>4/5/2017 11:12:13 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.3-.5S/E/OF EP 3.5-4' OUT S/LNS BOTH/SDS/RD | | | | | Notification:<br>OK | Work Request:<br>SHNV1023721 | | WC Date:<br>4/12/2017 | WC Qty:<br>2 | WC Trim:<br>SD | Completed By: | Invoice:<br>TR (104) |
| | Lat/Long:<br>40.54254, -122.586111667  *Google Map!* | | | External TreeID: | | | | | | | Audit | Last Edit:<br>*4/5/2017 by:* | |
| | Rx Comment:<br>(NEW EP & CROSSARM) TREES BOTH SDS/RD(1 FLAGGED W/MOSS). AVGDBH | | | | | | | | | | | | |

# EXHIBIT C-7

**Search**   **Print**

**North Valley Division  - Distribution (RT - _2017_)**

**Work Request:  SHNV1023721**
**Contractor:   Davey Tree- Sent to Contractor.**

**Date Issued:  4/5/2017 4:26:09 PM**
**Completed:   4/12/2017  By:** ■

| ███████████████ , IGO … | Circuit: GIRVAN 1101 - (0103401101) |
|---|---|

1.) **2 Trim**   2  Trim   (TM)   4/12/17   **By:** ■   r   *Invoiced*

| ███████████████ , IGO … | Circuit: GIRVAN 1101 - (0103401101) |
|---|---|

2.) **2 Trim**   2  Trim   (TM)   4/12/17   **By:** ■   r   *Invoiced*

**Units Assigned: 4.0**
**Units Completed: 4.0   -   ( 100.0% )**

---

! - Indicates that some of the work completed is different than what was assigned.
r - Revised.  Record has been billed and then updated by contractor.

---

PG&E Vegetation Management - VMS Database.
This Report was created on: 11/3/2020 3:58:21 PM.

# EXHIBIT C-8

**Cust.Inf.** | **MAP** | **History**

**Inspection Record Detail**

| A | | | City:<br>IGO | County:<br>SH | Directions:<br>PLACER RD>W/ON SOUTH FORK RD>N/ON ZOGG MINE RD | | | | I   ector / Company:<br>- CNU |
|---|---|---|---|---|---|---|---|---|---|

| Division:<br>North Valley | Circuit:  (0103401101)<br>GIRVAN 1101 | SSD #:<br>6091 | SSD Rte #:<br>606060 | Routing #:<br>299 | (none): | Area: | SRA<br>Yes | Alerts:<br>AX  RP | |

| Insp Date / Time:<br>4/21/2017 10:30:16 AM | Tag Type: | Tag Number: | Line Name: | | Pole Num: | Quad Map: | Removal #: | one: | |

| Comment:<br>P9 AP A/F PSTD ADD      ON GTE. TREE NXTO CRK @ GREEN GTE. | | | | | | | | | |

| | | | | | | | | | Audit | | *Last Edit: 4/21/2017 1:06:44 PM by:* |

| Tree<br>Number | Tree Species:<br>Ponderosa Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height  DBH<br>150     43 | Clearance  Prox:<br>95     Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Major B | Account:<br>E | Wire Conditions: | Insp Date: (      )<br>4/21/2017 10:40:47 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br> .1S/E/OF P9 AP, X-RD | | | | | Notification:<br>OK | Work Request:<br>CENV1000581 | | WC Date:<br>5/3/2017 | WC Qty:<br>1 | WC Trim:<br>FBB | Completed By: | Invoice:<br>BB (104) |
| | Lat/Long:<br>40.544285, -122.574228333  Google Map! | | | External TreeID: | | | | | | | Audit | | Last Edit:<br>*4/21/2017 1:06:44 PM by:* |
| | Rx Comment:<br> TBL, MAKE SAFE 4 LNS | | | | | | | | | | | | |

# EXHIBIT C-9

**Search** **Print**

**North Valley Division  - Distribution (CM - 153400)**

**Work Request:**  CENV1000581
**Contractor:**  Davey Tree- Sent to Contractor.     **Order No:**  8176578

**Date Issued:**  4/24/2017 8:58:01 AM
**Completed:**  5/3/2017  **By:**  ███████████

███████████ ... Circuit: GIRVAN 1101 - (0103401101)

1.)  1 FP-Tr      1  FP-Tr      5/3/17   **By:** ████████████   r   *Invoiced*

**Units Assigned: 1.0**
**Units Completed: 1.0   -   ( 100.0% )**

| ! - Indicates that some of the work completed is different than what was assigned. |
| r - Revised.  Record has been billed and then updated by contractor. |

PG&E Vegetation Management - VMS Database.
This Report was created on: 11/3/2020 3:57:53 PM.

# EXHIBIT C-10

| Cust.Inf. | MAP | History |

**Inspection Record Detail**

| Address: | | | City:<br>IGO | County:<br>SH | Directions:<br>S/ON PLACER>W/ON SOUTH FORK RD>N/ON ZOGG MINE; N/OF LARRY HORSE LN | | | | Inspector / Company:<br>- CNU |
|---|---|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>3489 | SSD Rte #:<br>50 | Routing #:<br>861 | (none): | Area:<br>Q-25 | SRA:<br>Yes | Alerts:<br>DG | |
| Insp Date / Time: (preload)<br>12/15/2017 1:22:42 PM | Tag Type: | Tag Number: | Line Name: | | Pole Num: | Quad Map:<br>C-6 | Removal #:<br>3999214 | | Phone: |
| Comment:<br>AX RED GATE @ PSTD ADD RIGHT @ FORK TO P8 TP ON DRWY PG&E LOCK | | | | | | | | | |

| | | | | | | | | | | Audit | *Last Edit: 12/15/2017 1:27:33 PM by:* | |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>CA | Priority:<br>Routine | TGR:<br>No | Owned By:<br>Private | Height DBH<br>45    22 | Clearance Prox:<br>99    Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Rmv2 A | Account:<br>M | Wire Conditions: | Insp Date:<br>12/15/2017 1:22:42 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | Comment:<br>.3S/S/OF P8 | | | | | Notification:<br>OK | Work Request:<br>SHNV1024631 | | WC Date:<br>1/2/2018 | WC Qty:<br>1 | WC Trim:<br>F2B | Completed By: | Invoice:<br>B2 (104) |
| | Lat/Long: | | | | | External TreeID: | | | | | | Audit | Last Edit:<br>*12/15/2017 1:27:33 PM by:* |
| | Rx Comment:<br>CALL            IF QUESTIONS | | | | | | | | | | | | |

# EXHIBIT C-11

**Search** **Print**

**North Valley Division  - Distribution (RT - <u>147749</u>)**
**Work Request:  SHNV1024631**
**Contractor:   Davey Tree- Sent to Contractor.**

**Date Issued:   12/18/2017 10:53:24 AM**
**Completed:   1/2/2018  By:** ■

Circuit: GIRVAN 1101 - (0103401101)

1.)  1 FP-R2    1   **FP-R2**   **!**   1/2/18   **By:** ■   *Invoiced*

**Units Assigned: 1.0**
**Units Completed: 1.0   -   ( 100.0% )**

---

**!** - Indicates that some of the work completed is different than what was assigned.
**r** - Revised.  Record has been billed and then updated by contractor.

---

PG&E Vegetation Management - VMS Database.
This Report was created on: 12/28/2020 11:28:51 AM.

# EXHIBIT C-12

**Cust.Inf.** | **MAP** | **History**

**Inspection Record Detail**

| Address: | | City:<br>IGO | County:<br>SH | Directions:<br>WEST ON PLACER TO IGO>WEST ON SOUTH FORK ROAD>N/ON/ZOGG MINE ROAD | | Inspector / Company:<br>- CNU |
|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>4855 | SSD Rte #:<br>50 | Routing #::<br>9999 | Area: | SRA<br>No | Alerts: |
| Insp Date / Time:<br>12/30/2019 11:31:39 AM | Tag Type:<br>Unforeseen | Tag Number:<br>12302019 | Line Name: | | Pole Num: | Quad Map: | Removal #:<br>4048772 |
| Comment:<br>TO POSTED ADDRESS; TREES UP HILL FROM P54 AND ACROSS STREET ; DUE BY 1-17-2020; PLEASE DO GOOD CLEANUP ; THANK YOU | | | | | | | |

| Audit | *Last Edit: 12/30/2019 11:31:39 AM by:*

| Tree<br>Number | Tree Species:<br>Ponderosa Pine | Crew:<br>CA | Priority:<br>Accelerate | TGR:<br>No | Owned By:<br>Private | Height<br>85 | DBH<br>31 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Rmv3 B | Account:<br>M | Wire Conditions: | Insp Date:<br>12/30/2019 8:38:59 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.6S/N/OF/P54; PINK PAINT | | | | | Notification:<br>OK | | Work Request:<br>SHNV1028580 | | | WC Date:<br>1/27/2020 | WC Qty:<br>1 | WC Trim:<br>F3B | Completed By:<br>SKYLINE A92 | Invoice:<br>XX (112) |
| | Lat/Long:<br>40.536677, -122.558142  Google Map! | | | | External TreeID:<br>W122558142N40536677 | | | | | | | | Audit | Last Edit:<br>*12/30/2019 8:44:01 AM by:* | |
| | Rx Comment:<br>MIGHT BE LA; SCOUT FIRST; PLEASE COMPLETE BY 1-17-2020 | | | | | | | | | | | | | | |

| Tree<br>Number | Tree Species:<br>Canyon Live Oak | Crew:<br>CA | Priority:<br>Accelerate | TGR:<br>No | Owned By:<br>Private | Height<br>46 | DBH<br>44 | Clearance<br>14 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Ov B | Account:<br>M | Wire Conditions: | Insp Date:<br>12/30/2019 8:42:16 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Comment:<br>.8S/N/OF/P54; PINK PAINT/FLAGGING | | | | | Notification:<br>OK | | Work Request:<br>SHNV1028580 | | | WC Date:<br>1/27/2020 | WC Qty:<br>1 | WC Trim:<br>FOB | Completed By:<br>SKYLINE A92 | Invoice:<br>XX (112) |
| | Lat/Long:<br>40.53684, -122.558048  Google Map! | | | | External TreeID:<br>W122558048N40536840 | | | | | | | | Audit | Last Edit:<br>*12/30/2019 11:20:30 AM by:* | |
| | Rx Comment:<br>PLEASE COMPLETE BY 1-17-2020; | | | | | | | | | | | | | | |

# EXHIBIT C-13

**Search**   **Print**

**North Valley Division  - Distribution (RT - <u>2019</u>)**
**Work Request:  SHNV1028580**
**Contractor:   Wright Tree- Sent to Contractor.**

**Date Issued:   12/31/2019 8:42:52 AM**
**Completed:   5/12/2020  By: SKYLINE A92**

| | | Circuit: GIRVAN 1101 - (0103401101) |
|---|---|---|
| 1.) 1 FP-R3 | 1  FP-R3 | (Non-billable)   1/27/20   **By:** SKYLINE A92   r   *Not Invoiced. (112)* |
| 2.) 1 FP-Ov | 1  FP-Ov | (Non-billable)   1/27/20   **By:** SKYLINE A92   r   *Not Invoiced. (112)* |

**Units Assigned: 2.0**
**Units Completed: 2.0   -   ( 100.0% )**

---

! - Indicates that some of the work completed is different than what was assigned.
r - Revised.  Record has been billed and then updated by contractor.

---

PG&E Vegetation Management - VMS Database.
This Report was created on: 11/3/2020 3:29:43 PM.

# EXHIBIT C-14

| Cust.Inf. || MAP || History |

**Inspection Record Detail**

| A | | City: IGO | County: SH | Directions: SW/ON PLACER>W/ON SOUTH FORK ROAD>N/ON/ZOGG MINE ROAD | | | | I ____ctor / Company: CNU |
|---|---|---|---|---|---|---|---|---|
| Division: North Valley | Circuit: (0103401101) GIRVAN 1101 | SSD #: 4191 | SSD Rte #: 50 | Routing #: 9999 | (none): | Area: | SRA No | Alerts: |
| Insp Date / Time: 4/21/2020 1:59:06 PM | Tag Type: Storm | Tag Number: HNP | Line Name: | | Pole Num: | Quad Map: | Removal #: | Customer Name/Phone: |

| Comment: P6 IS ROADSIDE NORTH OF POSTED ADDRESS ; TREE ON S/SD/RD/ FLGD PTD | | | | | | | | | | Audit | | Last Edit 4/21/2020 4 57 24 PM by ____ |

| Tree Number | Tree Species: Blue Oak | Crew: LA | Priority: No Trim | TGR: No | Owned By: Private | Height 45 | DBH 26 | Clearance 12 | Prox: Inside | Cycle: Rtn | Qty: 1 | Trim Type: Side | Account: M | Wire Conditions: | Insp Date: ( ) 4/21/2020 2:00:47 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment: .1S/W/OF/P6; ROADSIDE; S/SD; FLGD/PTD | | | | | Notification: Inv | | Work Request: | | | WC Date: | WC Qty: | WC Trim: | Completed By: | Invoice: Not Worked |
| | Lat/Long: 40.525423, -122.555645  Google Mapl | | | | External TreeID: W122555645N40525423 | | | | | | | | Audit | | Last Edit: 4/21/2020 4 55 21 PM by ____ |
| | Rx Comment: **hn not issued, worked on Late PI** | | | | | | | | | | | | | | |

# EXHIBIT C-15

**Cust.Inf.** | **MAP** | **History**

**Inspection Record Detail**

| Address: | | | City:<br>IGO | County:<br>SH | Directions:<br>S/ON PLACER>W/ON SOUTH FORK RD>N/ON ZOGG MINE; N/OF LARRY HORSE LN | | | Inspector / Company:<br>- CNU |
|---|---|---|---|---|---|---|---|---|
| Division:<br>North Valley | Circuit: (0103401101)<br>GIRVAN 1101 | SSD #:<br>4855 | SSD Rte #:<br>50 | Routing #:<br>1440 | (none): | Area: | SRA<br>No | Alerts: |
| Insp Date / Time:<br>5/18/2020 10:58:41 AM | Tag Type:<br>Unforeseen | Tag Number:<br>HNP | Line Name: | | Pole Num: | Quad Map: | Removal #:<br>4178869 | Customer Name/Phone: |
| Comment:<br>P64 4WAY ON DRWY @ PSTD ADD P1 1S/N/O P64 4WAY. STEEP DRWY! SMALL TA. | | | | | | | | |

| | | | | | | | | | Audit \| | *Last Edit: 5/18/2020 4:43:35 PM by:* |

| Tree<br>Number | Tree Species:<br>Gray Pine | Crew:<br>LA | Priority:<br>No Trim | TGR:<br>No | Owned By:<br>Private | Height<br>80 | DBH<br>27 | Clearance<br>99 | Prox:<br>Inside | Cycle:<br>Rtn | Qty:<br>1 | Trim Type:<br>FP-Rmv3 B | Account:<br>M | Wire Conditions: | Insp Date: ( )<br>5/18/2020 11:00:15 AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comment:<br>.7S/N/OF/P64 4 WAY; DEAD | | | | | Notification:<br>Inv | | Work Request: | | | WC Date: | WC Qty: | WC Trim: | Completed By: | Invoice:<br>*Not Worked* |
| | Lat/Long:<br>40.541343, -122.56507  *Google Map!* | | | | External TreeID:<br>W122565070N40541343 | | | | | | | | | Last Edit:<br>*5/18/2020 4:43:35 PM by:* |
| | Rx Comment: | | | | | | | | | | | | | |