UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Defendant. | No.  CR 14-175 WHA<br><br>**REQUEST FOR MATERIALS REFERENCED IN FILING BY THE CPUC RE ORDER TO SHOW CAUSE ON PROPOSED CONDITIONS 11 AND 12** |

By midnight tonight, PG&E *and* the CPUC shall please produce all communications between the two, which are referenced in the CPUC's filing dated March 19, 2021 (Dkt. No. 1349).  The communications referenced appear on page two at paragraph four of the CPUC's letter.

**IT IS SO ORDERED.**

Dated:  March 22, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE