UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | No. CR 14-00175 WHA<br><br>**REQUEST FOR INFORMATION AT TOMORROW'S HEARING** |

The Court requests that PG&E be prepared to answer the following questions at tomorrow's hearing:

1. What was the risk ranking of the Girvan Circuit in question as of September 2020? Please provide the risk rankings, if different, based upon *both* the Wildfire Risk Assessment Prioritization Output and the Risk Value Overlay Model.

2. What, if any, relationship or communication existed between the Collector App, ArcGIS, "PG&E's Getac Preload," and PMD between 2018 and 2020?

3. How far from the Gray Pine in question was the parcel of property belonging to the woman who had a gun and appears to have threatened PG&E contractors (performing work along the Girvan Circuit) following the Carr fire?

Dated: March 22, 2021.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE