JENNER & BLOCK LLP
   Reid J. Schar (*pro hac vice*)
   RSchar@jenner.com
   353 N. Clark Street
   Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
   kdyer@clarencedyer.com
   899 Ellis Street
   San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
   825 Eighth Avenue
   New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC
COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>        v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                         Defendant. | Case No. 14-CR-00175-WHA<br><br>**PG&E'S FURTHER SUBMISSION IN ADVANCE OF MARCH 23, 2021 HEARING**<br><br>Judge: Hon. William Alsup |

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this further submission in advance of the March 23, 2021 hearing.

*First*, in response to the Court's request for the communications between PG&E and the CPUC referenced in the CPUC's March 19, 2021 letter, PG&E is producing as Exhibit A the written correspondence that it believes the CPUC's letter may have been referring to. (*See* Dkts. 1349, 1355.) PG&E has not included scheduling emails and calendar invitations as it does not understand those to be responsive to the Court's request.

*Second*, for the Court's awareness, PG&E is producing as Exhibit B a copy of a news release issued by CAL FIRE this evening regarding the Zogg Fire. In the press release, CAL FIRE states among other things that it has determined that the Zogg Fire was caused by a pine tree contacting electrical facilities owned and operated by PG&E located north of the community of Igo.

*Third*, as part of PG&E's March 12, 2021 submission, PG&E provided the Court with certain documents relating to post-wildfire response work as Exhibits J-1 to J-10. (Dkt. 1337 at 9; Dkt. 1337-10.) PG&E is supplementing that production by producing as Exhibits J-11 to J-17 various iterations of a document titled "Carr Fire Second Patrol" that were emailed between contractors working on the post-Carr Fire response in late August and early September 2018.[1]

---

[1] PG&E is producing Exhibits J-11 to J-17 in the order in which the cover emails indicate that they were sent. The cover emails identify Exhibit J-12 as "1st draft", Exhibit J-13 as "2nd draft", Exhibit J-14 as "3rd draft" and Exhibit J-15 as "4th draft". PG&E can produce the cover emails upon request.

Dated:  March 22, 2021

Respectfully Submitted,

JENNER & BLOCK LLP

By:   /s/ Reid J. Schar
      Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Kevin J. Orsini
      Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By:   /s/ Kate Dyer
      Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC
GAS AND ELECTRIC COMPANY