# EXHIBIT A

# EXHIBIT A-1

**To:** Singh, Sumeet[S1St@pge.com]; Johnson, Aaron[AJJ9@pge.com]; Pender, Matthew[MTPa@pge.com]; Vallejo, Alex[AXVU@pge.com]; Koo, Alyssa (LAW)[ATK4@pge.com]; Thomas Jacobs, Caroline[Caroline.ThomasJacobs@cpuc.ca.gov]; Palmer, Leslie L.[Leslie.Palmer@cpuc.ca.gov]; Morey, Candace[candace.morey@cpuc.ca.gov]; Strenfel, Scott[S7ST@pge.com]; Gilleran, Sean[SPGH@pge.com]; Ritter, Michael[MxRy@pge.com]

**Cc:** Kjensli, Nika[nika.kjensli@cpuc.ca.gov]; Duffey, Evan[EJDQ@pge.com]

**From:** Allen, Meredith[MEAe@pge.com]

**Sent:** Mon 3/8/2021 5:57:55 PM (UTC-08:00)

**Subject:** RE: Meeting re Proposed Conditions

CPUC Distribution HFTD Lidar Review for Potential Inclusion in PGE Distribution PSPS Criteria 2021-03-08 (003).pdf

All,

Attached are the materials for the meeting.

Thank you,
Meredith

-----Original Appointment-----

**From:** Allen, Meredith

**Sent:** Thursday, March 3, 2005 12:17 PM

**To:** Allen, Meredith; Singh, Sumeet; Johnson, Aaron; Pender, Matthew; Vallejo, Alex; Koo, Alyssa (LAW); Thomas Jacobs, Caroline; Palmer, Leslie L.; Morey, Candace; Strenfel, Scott; Gilleran, Sean; Ritter, Michael

**Cc:** Kjensli, Nika; Duffey, Evan

**Subject:** Meeting re Proposed Conditions

**When:** Monday, March 8, 2021 6:00 PM-7:00 PM (UTC-08:00) Pacific Time (US & Canada).

**Where:** Microsoft Teams Meeting

---

# Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

**Or call in (audio only)**

+1 415-906-0873,,329029884#   United States, San Francisco

Phone Conference ID: 329 029 884#

Find a local number | Reset PIN

Need Help with Teams? Click on the Help option in this invite to connect you directly to our Teams at PG&E Training site!

Learn More | Help | Meeting options

---

# EXHIBIT A-1.1

# Distribution HFTD Lidar Vegetation Criteria for Potential Inclusion in PG&E Distribution PSPS Criteria



Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.



# Potential 2021 PG&E Distribution PSPS Guidance

Distribution PSPS scope is determined by the following decision-making diagram.  Direct vegetation considerations (blue) are potential additions to 2021 guidance.  Please note that FPI, OPW, minimum fire potential conditions, and Black Swan criteria are all under study for potential enhancements in Q3 2021.



*Note: Direct Vegetation considerations were not part of 2020 Distribution PSPS decision criteria.*

**Not In Scope for PSPS**

**No**

**1. Area Meeting Minimum Fire Potential Conditions?**

**Yes**

**2. Direct Vegetation Consideration** (Priority 1 and Priority 2 Trees + >70th percentile Sum Tree Over Strike (t.b.d. based on Judge Alsup order among other factors currently under review)

**OR**

**3. Distribution Large Fire Probability**
$LFP_D > 6$
$LFP_D = FPI*OPW$
(Fire Potential index * Outage Producing Winds)

**OR**

**4. Distribution Black Swan Conditions**

**In Scope for Distribution PSPS**

*Note: If any of the above three conditions are met, then section of distribution line is considered in scope for PSPS.*

**1. Fire Potential Conditions**
*Note: may be revised based on cont. 2021 studies (t.b.d.)*

| Logic | Variable | Sign | Value |
|---|---|---|---|
| & | Fire Potential Index (FPI) | > | 0.2 |
| & | Sustained Wind Speed mph | > | 20 |
| & | Dead Fuel Moisture (DFM) 10hr | < | 9% |
| & | Dead Fuel Moisture (DFM) 100hr | < | 11% |
| & | Dead Fuel Moisture (DFM) 1000hr | < | 11% |
| & | Relative Humidity (RH) | < | 30% |

**4. Distribution Black Swan Conditions.**
*Note: may be supplemented with Technosylva in 2021. (t.b.d.)*

| Logic | Variable | Sign | Value |
|---|---|---|---|
| & | Fire Potential Index (FPI) | > | 0.3 |
| & | Sustained Wind Speed mph | > | 30 |
| & | Dead Fuel Moisture (DFM) 10hr | < | 9% |
| & | Dead Fuel Moisture (DFM) 100hr | < | 11% |
| & | Dead Fuel Moisture (DFM) 1000hr | < | 11% |
| & | Relative Humidity (RH) | < | 20% |

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.



# Aerial Lidar Derived Tree Over Strike (Fall-In) on Distribution Conductor

Aerial Lidar data was collected in **2019 and early 2020** for distribution circuit corridors in HFTD by using Heliscope 2.5 sensor systems with helicopter flight altitudes between 330 to 500 ft above ground level.







The Lidar coverage is specified to **cover at least 150ft** for both sides of the utility corridor (typically ~500ft captured) .

Lidar point cloud rendering with **red dots marks fall-in tree top detects**, and orange dots marking detects of radial clearance vectors of nearest vegetation point to nearest line.

A **fall-in tree is a tree, which may fall over the nearest wire**, when measured in 3D distance from the tree ground level to to the nearest phase of conductor wire. The **greater the tree over strike**, the **greater range of angles the tree could fall at and still hit the line**.

*Tree Over Strike = Tree Height - 3D Distance*



There are **7.3 million trees detected** through LiDAR in PG&E's HFTD distribution corridors, **of which 5.3 million trees could strike** the line (Fall-In) .

Aerial Lidar data provides **fewer point returns under dense tree canopies** reducing accuracy of detection of tree trunks. For large canopies, the tree top detection may over-estimate tree observations.



Detection of tree trunks form aerial Lidar is challenging due to point cloud data being less dense under tree canopies, **so trees are detected through their tree tops**.



Tree top could be **detected closer** to wire compared to the actual tree trunk which **over-estimates overstrike.**

Tree top could be detected **further from** wire compared to the actual tree trunk, which **under-estimates overstrike.**

3

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.



# Sensitivity Study: Adding Distribution Vegetation Guidance to 10 Year Climatology Study Base Line (2010-2019), Tree Over Strike, and HFTD Vegetation Caused Outages

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.

**Potential PSPS Distribution Vegetation Guidance Criteria:**

+ Sum Lidar **Tree Over Strike** on Distribution Asset per POMMS Grid Cell > 70th percentile out of HFTD Lidar Data POMMS Grid Cells

**AND**

POMMS grid cell meeting **PG&E Fire Potential Conditions** (function of PG&E's Fire Potential Index, wind speed, relative humidity, and dead fuel moisture)

+ **Priority 1 and Priority 2** Hazard Notification Trees

**AND**

POMMS grid cell meeting **PG&E Fire Potential Conditions**

**Potential PSPS Distribution Vegetation Guidance Criteria** based on Sum Lidar Tree Over Strike **captures the conditions at Zogg fire ignition location cell** which is at the 76th percentile, i.e. top quartile of vegetation overstrike exposure.

The potential PSPS Distribution Vegetation Guidance Logic relative to 2020 Base Line 10 year climatology study of PSPS events from 2010-2019 shows:
• additional PSPS events, increased customers impacted, and increased event duration,
• percentage increase in event duration and customer impacts is higher for smaller events, with less percentage increase for the largest events.

| Guidance Study (2010-2019) | % Captured of All HFTD Tree Over Strike in Cells >70th Percentile [see note] | % Captured of All HFTD Veg. Outages in Cells > 70th Percentile (2008-2020) [see note] | PSPS Total Events 10 Year | % Increase from Baseline - PSPS Total Events 10 Year | Total 10 Year Customer Hours** Impact | % Increase from Baseline - Total 10 Year Customer Hours** Impact | Total 10 Year Customer* Impact | % Increase from Baseline - Total 10 Year Customer* Impact | Avg. Event Duration [hours] for Largest 27 Events | % Increase from Baseline - Avg. Event Duration for Largest 27 Events | Avg. Customer* Impact for Largest 27 Events | % Increase from Baseline - Avg. Customer* Impact for Largest 27 Events | Max. Event Customer* Impact | % Increase from Baseline - Max. Event Customer* Impact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2020 10 Year Baseline (current models)** | 66% | 70% | 27 | - | 78,185,433 | - | 2,568,399 | - | 23 | - | 95,126 | - | 317,455 | - |
| **Baseline +>70th Percentile Sum Tree Over Strike** | 94% | 90% | 45 | 67% | 117,709,137 | 51% | 3,989,126 | 55% | 28 | 22% | 123,927 | 30% | 341,905 | 8% |

[note]: % Captured of HFTD Tree Over Strike, Vegetation Caused Outages 2008-2020, based on cells >70th percentile OPW with input sustained wind speed of 20mph, + net new cells >70th percentile tree over strike for the potential vegetation criteria study.

*Customer counts* are distribution service points and are estimated at **circuit level counting all customers wit** HFTD secondary transformers on a circuit, and do not include customer impacts from Transmission PSPS.
**Customer Hours impacts is based on **weather duration** multiplied by the **customer count** for each event.

Please note FPI, OPW, fire potential conditions, and Black Swan criteria are all under study for potential enhancements in Q3 2021.

4

# 10 Year Total PSPS Events (2010-2019) Potential PSPS Distribution Vegetation Guidance 10 Year Climatology Study



| County | base | 70th |
|---|---|---|
| Butte | 23 | 44 |
| Yuba | 25 | 43 |
| Nevada | 22 | 43 |
| Placer | 19 | 41 |
| Sierra | 22 | 40 |
| El Dorado | 21 | 39 |
| Shasta | 16 | 38 |
| Tehama | 15 | 36 |
| Napa | 20 | 34 |
| Sonoma | 20 | 33 |
| Amador | 22 | 33 |
| Calaveras | 21 | 32 |
| Lake | 20 | 26 |
| Humboldt | 17 | 26 |
| Trinity | 8 | 25 |
| Santa Cruz | 16 | 23 |
| Madera | 10 | 21 |
| Santa Clara | 14 | 19 |
| San Mateo | 16 | 18 |
| Tuolumne | 10 | 17 |
| Kern | 13 | 17 |
| Mendocino | 9 | 15 |
| Plumas | 10 | 14 |
| Yolo | 12 | 12 |
| Solano | 10 | 11 |
| Monterey | 8 | 9 |
| Fresno | 7 | 9 |
| Glenn | 4 | 4 |
| San Luis Obispo | 3 | 3 |
| San Benito | 2 | 3 |
| Mariposa | 1 | 3 |
| Contra Costa | 3 | 3 |
| Santa Barbara | 1 | 2 |
| Marin | 1 | 2 |
| Colusa | 2 | 2 |
| Alameda | 2 | 2 |
| Tulare | 1 | 1 |
| Stanislaus | 1 | 1 |
| Kings | 1 | 1 |

PSPS 10 Year Total Event Count (2010-2019)

1    44

Some of the measures included in this document are contemplated as additional precautionary measures intended to further reduce the risk of wildfires.

# EXHIBIT A-2

| | |
|---|---|
| **From:** | Allen, Meredith <MEAe@pge.com> |
| **Sent:** | Sunday, March 14, 2021 10:38 AM |
| **To:** | Thomas Jacobs, Caroline <Caroline.ThomasJacobs@cpuc.ca.gov>; Palmer, Leslie L. <Leslie.Palmer@cpuc.ca.gov>; Kjensli, Nika <nika.kjensli@cpuc.ca.gov>; Morey, Candace <candace.morey@cpuc.ca.gov> |
| **Cc:** | Singh, Sumeet <S1St@pge.com>; Ritter, Michael <MxRy@pge.com>; Vallejo, Alex <AXVU@pge.com>; Strenfel, Scott <S7ST@pge.com>; Gilleran, Sean <SPGH@pge.com>; Duffey, Evan <EJDQ@pge.com>; Johnson, Aaron <AJJ9@pge.com>; Pender, Matthew <MTPa@pge.com>; Vallejo, Alex <AXVU@pge.com>; Koo, Alyssa (LAW) <ATK4@pge.com> |
| **Subject:** | Follow Ups - March 8 Meeting |
| **Attach:** | 2021.03.04 - Dkt. 1330.pdf; Electric Regions Map_202103012.pdf |

All,

Thank you for taking the time to meet with us on Monday.

Here are the follow up items from the meeting.

- Response dated March 4 – Attached

- Map that translates existing regions to counties – Attached

- HFTD miles broken down by Bay Area, Central Valley, Central Coast, North Coast, North Valley and Sierra, miles worked previously in each and miles currently planned in 2021 in each.
  - The 2021 EVM Plan, as included in the 2021 WMP, is a minimum of 1,800 miles focused on the higher risk areas.

| REGION | Total HFTD Miles | 2019 WV Miles | 2020 WV Miles | 2019 +2020 | 2021 WV Miles (as of 03/08/2021) | 2021 Plan Miles (subject to change) |
|---|---|---|---|---|---|---|
| Bay Area | 2,199 | 224.3 | 206.9 | 431.2 | 0.1 | 80.9 |
| Central Coast | 4,149 | 367.6 | 154.5 | 522.1 | 0.0 | 33.0 |
| Central Valley | 5,655 | 630.5 | 731.0 | 1361.5 | 32.3 | 330.0 |
| North Coast | 4,514 | 584.0 | 249.0 | 833.0 | 3.6 | 248.2 |
| North Valley | 3,794 | 360.8 | 295.7 | 656.5 | 1.2 | 499.6 |
| Sierra | 5,031 | 331.6 | 240.8 | 572.4 | 14.2 | 713.6 |
| **Grand Total** | 25,342 | 2498.8 | 1877.9 | 4376.7 | 51.4 | 1905.2 |

- Approximate number of trees between 20 degrees and 25 degrees

  - Tan Oak in Central Coast, Bay and North Coast:     4,163
  - Gray Pine in North Valley, Sierra and Bay:     9,482
  - Total:     13,645

- Average customer impact for mid and small size PSPS events

  The 27 events from the Base Line 2010-2019 climatology study are broken down into three groups of 9 events to further illustrate distribution of customer impacts across event sizes and their increase with the addition of the criteria on sum tree overstrike per grid cell & fire potential conditions.

| Guidance Study (2010-2019) | Avg.  Customer* Impact for **Largest 9** Events | % Increase from Baseline -  Avg. Customer* Impact for **Largest 9** Events | Avg.  Customer* Impact for **10th to 18th** Largest Events | % Increase from Baseline -  Avg. Customer* Impact for **10th to 18th** Largest Events | Avg.  Customer* Impact for **19th to 27th** Largest Events | % Increase from Baseline -  Avg. Customer* Impact for **19th to 27th** Largest Events |
|---|---|---|---|---|---|---|
| **2020 10 Year Baseline (current models)** | 179,942 | - | 77,041 | - | 28,395 | - |
| **Baseline +>70th Percentile Sum Tree Over Strike** | 211,498 | 18% | 96,746 | 26% | 63,538 | 124% |

*Customer counts are distribution service points and are estimated at circuit level counting all customers with HFTD secondary transformers on a circuit, and do not include customer impacts from Transmission PSPS.*

Please let me know if you have questions or would like additional information.

Thank you,

**Meredith Allen**
Senior Director, Regulatory Relations
Pacific Gas and Electric Company
415-828-5765

# EXHIBIT A-2.1

JENNER & BLOCK LLP
    Reid J. Schar (*pro hac vice*)
    RSchar@jenner.com
    353 N. Clark Street
    Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
    899 Ellis Street
    San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (*pro hac vice*)
    korsini@cravath.com
    825 Eighth Avenue
    New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC
COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Defendant. | Case No. 14-CR-00175-WHA<br><br>**PG&E'S RESPONSE TO ORDER TO SHOW CAUSE WHY FURTHER CONDITION OF PROBATION SHOULD NOT BE IMPOSED**<br><br>Judge: Hon. William Alsup |

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this response to the Court's February 18, 2021 order to show cause as to why Probation Condition 1 should not be amended.  (Dkt. 1308.)

On the understanding that the Court is proposing to amend Probation Condition 1 to require PG&E to comply with CAL FIRE's interpretation of California Public Resources Code section 4293 as set forth in CAL FIRE's February 6, 2019 submission to the Court, PG&E does not object to the new proposed probation condition.  (Dkt. 1012.)  Probation Condition 1 states that "the Court accepts CAL FIRE's interpretation of Section 4293 as set forth in its February 6 submission (Dkt. No. 1012)".  (Dkt. 1040 at 1.)  We understand CAL FIRE's February 6 submission to mean that not all trees subject to section 4293 that lean towards the line constitute hazard trees that need to be abated.  We further understand CAL FIRE's submission to mean that, in determining whether a tree constitutes a hazard requiring removal for purposes of section 4293, "inspectors must use their professional judgment" based on the "specific circumstances, on a case-by-case basis".  (Dkt. 1012 at 1.)

PG&E agrees that a healthy tree may be a hazard tree based on the factual circumstances specific to each tree.  PG&E agrees to confirm to its vegetation management personnel that healthy trees may be hazard trees and to ensure that its vegetation management personnel are provided with and instructed to follow the guidance available from CAL FIRE for applying section 4293, including CAL FIRE's February 6 submission to this Court cited in Probation Condition 1 and CAL FIRE's field guide.

With respect to the specific issue of leaning trees, PG&E shares the Court's desire to find a practicable solution that, assuming that the Zogg Fire was caused by the subject Gray Pine, would have prevented the Zogg Fire.  With that goal in mind, PG&E proposes the following bright-line approach that would go beyond what is required under state law:  as long as CAL FIRE and the CPUC do not object, PG&E will institute a program to abate all Gray Pines tall enough to fall into a distribution line in a Tier 2 or Tier 3 HFTD that lean more than 20 degrees towards the line in four regions (Bay Area, Central Valley, North Valley and Sierra)

and abate all Tanoaks tall enough to fall into a distribution line in a Tier 2 or Tier 3 HFTD that lean more than 20 degrees towards the line in three regions (Bay Area, Central Coast and North Coast). These trees will be targeted, regardless of health, because data shows that these particular species may present higher risk of falling into the line in these particular regions. The pace of the program would depend on the number of trees that need to be felled, but PG&E would attempt to get crews in the field doing this work as soon as practicable. As to other tree species, PG&E would continue with its broader enhanced vegetation management ("EVM") effort, which addresses trees of all species in high-fire threat areas and goes beyond what is required by state law to reduce wildfire risk.

Under EVM, PG&E is assessing every tree capable of striking the line using criteria developed by certified arborists to determine which trees present a sufficiently elevated risk such that they should be removed under the EVM program, regardless of health. As part of that program, the lean of each tree is assessed and used in the determination. Under current EVM standards, if a tree leans more than 25 degrees toward the line and is tall enough to fall into the line, it is abated under EVM. Trees with a smaller lean are evaluated for potential abatement. Given that EVM goes beyond the historical scope of routine vegetation management work, given the *many millions* of trees that surround PG&E's lines, and given that cutting trees with power tools close to bare, energized conductors is specialized and dangerous work, we continue to expect that the EVM program will continue to address about at least 1,800 miles per year. By the end of this year, PG&E expects to have completed EVM—*i.e.*, patrolled, worked and 100% work verified—for over 6,000 HFTD line miles, at a program cost of more than $1.4 billion.

PG&E will also move forward on the other initiatives it is implementing this year to more aggressively address the potential for vegetation to strike its power lines in high-fire threat areas, which were described to the Court on February 19, 2021. (Dkt. 1310.) This includes expanding PSPS scoping criteria to account for open priority vegetation tags and vegetation density; focusing enhanced vegetation management in the highest 20% risk circuits;

1   deploying 95 new VMI program inspectors that will provide in-field coaching of inspectors;

2   deploying approximately 200 new work verification inspectors to provide 100% work

3   verification of routine vegetation management patrols in high-fire threat areas; and the use of

4   vehicle-based LiDAR scanning to check vegetation clearances in high-fire threat areas.

5           PG&E proposes the additional program to address leaning Gray Pines and

6   Tanoaks knowing that launching such a program while it is also implementing all of the other

7   in-progress vegetation management programs is likely to produce operational challenges that

8   will have to be overcome, particularly in identifying and managing capable foresters and tree

9   crew resources that can perform the needed work safely and with high quality.  PG&E has

10  proposed this additional program for consideration by the Court, CAL FIRE and the CPUC

11  because, weighing the considerations, it believes this would be an appropriate way to address the

12  Court's concern with leaning trees.

13          PG&E looks forward to discussing the additional vegetation management

14  proposal regarding Gray Pines and Tanoaks with the Court and the other interested parties.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PG&E'S RESPONSE WHY FURTHER CONDITION SHOULD NOT BE IMPOSED
Case No. 14-CR-00175-WHA

Dated: March 4, 2021

Respectfully Submitted,

JENNER & BLOCK LLP

By: /s/ Reid J. Schar
Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By: /s/ Kate Dyer
Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

# EXHIBIT A-2.2

# PG&E Regions

March 2021



### North Coast
Humboldt, Lake, Marin, Mendocino, Napa and Sonoma

### Bay Area
Alameda, Contra Costa and San Fransisco

### Central Valley North
Alpine, Amador, Calaveras, Madera, Mariposa, Merced, San Joaquin, Stanislaus and Tuolumne

### Central Valley South
Fresno, Kern, Kings and Tulare

### North Valley
Butte, Glenn, Lassen, Plumas, Shasta, Siskiyou, Tehama and Trinity

### Sacramento/Sierra
Colusa, El Dorado, Nevada, Placer, Sierra, Solano, Sutter, Yolo and Yuba

### Central Coast
Monterey, San Benito, San Luis Obispo, San Mateo, Santa Barbara, Santa Clara and Santa Cruz

# EXHIBIT A-3

**Vallejo, Alex**

| | |
|---|---|
| **From:** | Morey, Candace <candace.morey@cpuc.ca.gov> |
| **Sent:** | Thursday, March 18, 2021 10:04 AM |
| **To:** | Allen, Meredith; Singh, Sumeet; Johnson, Aaron; Pender, Matthew; Vallejo, Alex; Koo, Alyssa (LAW); Thomas Jacobs, Caroline; Palmer, Leslie L.; Strenfel, Scott; Gilleran, Sean; Ritter, Michael |
| **Cc:** | Kjensli, Nika; Duffey, Evan |
| **Subject:** | RE: Meeting re Proposed Conditions |

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***

Meredith, can you clarify for me what is reflected in the "PSPS Total Events 10 Year" – is that the average of the total number of events in each county in PG&E territory over the 10-year period?  (It's not an average annual number of events correct?) Trying to understand the difference between slides 4 and 5.

Thank you
Candace

---

**From:** Allen, Meredith <MEAe@pge.com>
**Sent:** Monday, March 8, 2021 5:58 PM
**To:** Singh, Sumeet <S1St@pge.com>; Johnson, Aaron <AJJ9@pge.com>; Pender, Matthew <MTPa@pge.com>; Vallejo, Alex <AXVU@pge.com>; Koo, Alyssa (LAW) <ATK4@pge.com>; Thomas Jacobs, Caroline <Caroline.ThomasJacobs@cpuc.ca.gov>; Palmer, Leslie L. <Leslie.Palmer@cpuc.ca.gov>; Morey, Candace <candace.morey@cpuc.ca.gov>; Strenfel, Scott <S7ST@pge.com>; Gilleran, Sean <SPGH@pge.com>; Ritter, Michael <MxRy@pge.com>
**Cc:** Kjensli, Nika <nika.kjensli@cpuc.ca.gov>; Duffey, Evan <EJDQ@pge.com>
**Subject:** RE: Meeting re Proposed Conditions

All,

Attached are the materials for the meeting.

Thank you,
Meredith

-----Original Appointment-----
**From:** Allen, Meredith
**Sent:** Thursday, March 3, 2005 12:17 PM
**To:** Allen, Meredith; Singh, Sumeet; Johnson, Aaron; Pender, Matthew; Vallejo, Alex; Koo, Alyssa (LAW); Thomas Jacobs, Caroline; Palmer, Leslie L.; Morey, Candace; Strenfel, Scott; Gilleran, Sean; Ritter, Michael
**Cc:** Kjensli, Nika; Duffey, Evan
**Subject:** Meeting re Proposed Conditions
**When:** Monday, March 8, 2021 6:00 PM-7:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting](#)

**Or call in (audio only)**
[+1 415-906-0873,,329029884#](#)   United States, San Francisco

Phone Conference ID: 329 029 884#

[Find a local number](#) | [Reset PIN](#)

Need Help with Teams? Click on the Help option in this invite to connect you directly to our Teams at PG&E Training site!

[Learn More](#) | [Help](#) | [Meeting options](#)

_____