# EXHIBIT B

# CAL FIRE NEWS RELEASE
## California Department of Forestry and Fire Protection



**CONTACT:** Duty PIO
(916) 651-3473 (FIRE)

**RELEASE DATE:** March 22, 2021

## CAL FIRE Investigators Determine Cause of the Zogg Fire

Shasta County- Last year's Zogg Fire in Shasta County started on September 27, 2020 and burned a total of 56,338 acres, destroyed 204 structures and caused four civilian fatalities and one non-life-threatening injury.

CAL FIRE investigators were immediately dispatched to the Zogg Fire and began working to determine the origin and cause of the fire. After a meticulous and thorough investigation, CAL FIRE has determined that the Zogg Fire was caused by a pine tree contacting electrical transmission lines owned and operated by Pacific Gas and Electric (PG&E) located north of the community of Igo.

The Zogg Fire investigative report has been forwarded to the Shasta County District Attorney's Office.

Californians must remain vigilant and be prepared for wildfire. For more information on how to be prepared, visit [www.readyforwildfire.org](www.readyforwildfire.org) or [www.fire.ca.gov](www.fire.ca.gov).

###