# EXHIBIT J-11

**Carr Fire Second Patrol**

All powerlines within the fire footprint will be reassessed for hazard trees. Additionally, the PI will also be listing trees within 15 feet on either side and above the Powerlines.

1.) Continue to look for fire-damaged hazard trees and immediate threats to the lines.

2.) Trees within a 15-foot lateral distance from the conductors to the crown will either be trimmed or removed (if the tree is dead or dying due to fire damage it will be removed).

3.) Trees with overhanging branches within a 15-foot vertical distance to the conductors will be trimmed or removed.

4.) Trees with a trunk that falls within the 15-foot lateral distance to the conductors will be removed

5.) No vegetation under the lines should be listed unless it is a fast-growing plant with a risk of being out of compliance, such as ailanthus or eucalyptus





**Trim Codes:**

**Overhang**: trimming of overhanging branches

**Side-Trim**: ground to sky trimming of branches on one side of the tree

**Top**: trimming of 1/3 or less of the crown from the top down

**Removal Codes:**

**Brush:** 0.1 to 3.9 inches

**R1**: 4 to 11.9 inches

**R2**: 12 to 23.9 inches

**R3**: 24 to 35.9 inches

**R4:** 36+ inches

# EXHIBIT J-12

**Carr Fire Second Patrol**

All powerlines within the fire footprint will be reassessed for hazard trees. Additionally, the PI will also be listing trees within 15 feet on either side and above the Powerlines.

1.) Continue to look for fire-damaged hazard trees and immediate threats to the lines.

2.) Trees within a 15-foot lateral distance from the conductors to the crown will either be trimmed or removed (if the tree is dead or dying due to fire damage it will be removed).

3.) Trees with overhanging branches within a 15-foot vertical distance to the conductors will be trimmed or removed.

4.) Trees with a trunk that falls within the 15-foot lateral distance to the conductors will be removed

5.) No vegetation under the lines should be listed unless it is a fast-growing species with a risk of being out of compliance, such as ailanthus or eucalyptus. (In these cases, contact the Task Force Lead in your area. These will be addressed on a case by case basis.)



15-foot vertical distance above the

15-foot lateral distance on both sides of the

conductors

conductors



**Collector:**

Use the map titled: **PG&E Carr Fire Patrol 2**

The only point the PI will use is **Hazard_Tree_Patrol_2**

**Trim Codes:**

**Overhang**: trimming of overhanging branches

**Side-Trim**: ground to sky trimming of branches on one side of the tree

**Top**: trimming of 1/3 or less of the crown from the top down

**Removal Codes:**

**Brush:** 0.1 to 3.9 inches

**R1**: 4 to 11.9 inches

**R2**: 12 to 23.9 inches

**R3**: 24 to 35.9 inches

**R4:** 36+ inches

# EXHIBIT J-13

**Carr Fire Second Patrol**

All powerlines within the fire footprint will be reassessed for hazard trees. Additionally, the PI will also be listing trees within 15 feet on either side and above the Powerlines.

1.) Continue to look for fire-damaged hazard trees and immediate threats to the lines.

2.) Trees within a 15-foot lateral distance from the conductors to the crown will either be trimmed or removed (if the tree is dead or dying due to fire damage it will be removed).

3.) Trees with overhanging branches within a 15-foot vertical distance to the conductors will be trimmed or removed.

4.) Trees with a trunk that falls within the 15-foot lateral distance to the conductors will be removed

5.) No vegetation under the lines should be listed unless it is a fast-growing species with a risk of being out of compliance, such as ailanthus or eucalyptus. (In these cases, contact the Task Force Lead in your area. These will be addressed on a case by case basis.)



**Collector:**

Use the map titled: **PG&E Carr Fire Patrol 2**

The only point the PI will use is **Hazard_Tree_Patrol_2**

**Trim Codes:**

**Overhang**: trimming of overhanging branches

**Side-Trim**: ground to sky trimming of branches on one side of the tree

**Top**: trimming of 1/3 or less of the crown from the top down

   **-If trim would exceed 1/3 of the crown it will be a removal**

**Removal Codes:**

**Brush:** 0.1 to 3.9 inches

**R1**: 4 to 11.9 inches

**R2**: 12 to 23.9 inches

**R3**: 24 to 35.9 inches

**R4:** 36+ inches

# EXHIBIT J-14

**Carr Fire Second Patrol**

All powerlines within the fire footprint will be reassessed for hazard trees. Additionally, the PI will also be listing trees within 15 feet on either side and above the Powerlines.

1.) Continue to look for fire-damaged hazard trees and immediate threats to the lines.

2.) Trees within a 15-foot lateral distance from the conductors to the crown will either be trimmed or removed (if the tree is dead or dying due to fire damage it will be removed).

3.) Trees with overhanging branches within a 15-foot vertical distance to the conductors will be trimmed or removed.

4.) Trees with a trunk that falls within the 15-foot lateral distance to the conductors will be removed

5.) No vegetation under the lines should be listed unless it is a fast-growing species with a risk of being out of compliance, such as ailanthus or eucalyptus. (In these cases, contact the Task Force Lead in your area. These will be addressed on a case by case basis.)



**Collector:**

- Use the map titled: **PG&E Carr Fire Patrol 2**

- Use the **Patrol_2_Hazard_Tree** point to record vegetation that qualifies under the second patrol specifications

- Use **Patrol_1_Hazard_Tree** point to QAQC

    1. PI will look for trees that are still standing but have been marked as complete; if so, they will determine if it was signed by a contractor. If this situation arises the PI will contact their Task Force Lead immediately.

    2. PI will look for stumps that belong to PG&E activities and will determine whether or not it was signed off as complete on collector and which contractor did the work (each contractor has a unique paint color).

    3. PI will determine if the stumps are below 12 inches in height on the uphill side and if there is hinge wood left; if criteria not met, make note of it on the QAQC point

**Trim Codes:**

**Overhang**: trimming of overhanging branches

**Side-Trim**: trimming of branches on one side of the tree 15 feet above, below, and

laterally away from the conductors.



**Top**: trimming of 1/3 or less of the crown from the top down

   **-If trim would exceed 1/3 of the crown it will be a removal**

**Removal Codes:**

**Brush:** 0.1 to 3.9 inches

**R1**: 4 to 11.9 inches

**R2**: 12 to 23.9 inches

**R3**: 24 to 35.9 inches

**R4**: 36+ inches



# EXHIBIT J-15

**Carr Fire Second Patrol**

All PG&E facilities within the fire footprint will be reassessed for hazard trees. Additionally, the PI will also be listing trees within 15 feet on either side and above the Powerlines.

1.) Continue to look for fire-damaged hazard trees and immediate threats to the PG&E facilities.

2.) Trees within a 15-foot lateral distance from the conductors to the crown [living vegetation] will either be trimmed or removed (if the tree is dead or dying due to fire damage it will be removed).

3.) Trees with overhanging branches within a 15-foot vertical distance to the conductors will be trimmed or removed.

4.) Trees with a trunk that falls within the 15-foot lateral distance to the conductors will be removed

5.) No vegetation under the lines should be listed unless it is a fast-growing species with a risk of being out of compliance, such as ailanthus or eucalyptus. (In these cases, contact the Task Force Lead in your area. These will be addressed on a case by case basis.)



15-foot vertical distance above the

15-foot lateral distance on both sides of the

conductors

conductors

**Collector:**

- Use the map titled: **PG&E Carr Fire Patrol 2**

- Use the **Patrol_2_Hazard_Tree** point to record vegetation that qualifies under the second patrol specifications

- Use **Patrol_1_Hazard_Tree** point to QAQC

    1. PI will look for trees that are still standing but have been marked as complete; if so, they will determine if it was signed by a contractor. If this situation arises the PI will contact their Task Force Lead immediately.

    2. PI will look for stumps that belong to PG&E activities and will determine whether or not it was signed off as complete on collector and which contractor did the work (each contractor has a unique paint color).

    3. PI will determine if the stumps are below 12 inches in height on the uphill side and if there is hinge wood left; if criteria not met, make note of it on the QAQC point

**Trim Codes:**

**Overhang**: trimming of overhanging branches

**Side-Trim**: trimming of branches on one side of the tree 15 feet above, below, and

laterally away from the conductors.



**Top**: trimming of 1/3 or less of the crown from the top down

   **-If trim would exceed 1/3 of the crown it will be a removal**

**Removal Codes:**

**Brush:** 0.1 to 3.9 inches

**R1**: 4 to 11.9 inches

**R2**: 12 to 23.9 inches

**R3**: 24 to 35.9 inches

**R4:** 36+ inches

**Tree Crew Paint Colors:**
**Bordges:** Gorgeous Silver
**Arborworks:** Piggy Pink
**UTS:** Flamingo Fuschia
**MFE:** Peacock Purple
**Davey:** Davey Navy
**CTS/Tubit:** 49er Gold
**FTS:** Fire Truck Red

# EXHIBIT J-16

**Carr Fire Second Patrol**

All PG&E facilities within the fire footprint will be reassessed for hazard trees. Additionally, the PI will also be listing trees within 15 feet on either side and above the Powerlines.

1.) Continue to look for fire-damaged hazard trees and <span style="color:red">immediate threats</span> to the PG&E facilities.

2.) Trees within a <span style="color:red">15-foot lateral distance</span> from the conductors to the crown [living vegetation] will either be trimmed or removed (if the tree is dead or dying due to fire damage it will be removed).

3.) Trees with overhanging branches within a <span style="color:red">15-foot vertical distance</span> to the conductors will be trimmed or removed.

4.) Trees with a trunk that falls within the 15-foot lateral distance to the conductors will be removed

5.) No vegetation under the lines should be listed unless it is a fast-growing species with a risk of being out of compliance, such as ailanthus or eucalyptus. (In these cases, contact the Task Force Lead in your area. These will be addressed on a case by case basis.)



**Collector:**

- Use the map titled: **PG&E Carr Fire Patrol 2**

- Use the **Patrol_2_Hazard_Tree** point to record vegetation that qualifies under the second patrol specifications

- Use **Patrol_1_Hazard_Tree** point to QAQC

  1. PI will look for trees that are still standing but have been marked as complete; if so, they will determine if it was signed by a contractor. If this situation arises the PI will contact their Task Force Lead immediately.

  2. PI will look for stumps that belong to PG&E activities and will determine whether or not it was signed off as complete on collector and which contractor did the work (each contractor has a unique paint color).

  3. PI will determine if the stumps are below 12 inches in height on the uphill side and if there is hinge wood left; if criteria not met, make note of it on the QAQC point

**Trim Codes:**

**Overhang**: trimming of overhanging branches

**Side-Trim**: trimming of branches on one side of the tree 15 feet above, below, and

laterally away from the conductors.



**Top**: trimming of 1/3 or less of the crown from the top down

    **-If trim would exceed 1/3 of the crown it will be a removal**

**Removal Codes:**

**Brush**: 0.1 to 3.9 inches

**R1**: 4 to 11.9 inches

**R2**: 12 to 23.9 inches

**R3**: 24 to 35.9 inches

**R4:** 36+ inches

**Tree Crew Paint Colors:**
**Bordges:** Gorgeous Silver
**Arborworks:** Piggy Pink
**UTS:** Flamingo Fuschia
**MFE:** Peacock Purple
**Davey:** Davey Navy
**CTS/Tubit:** 49er Gold
**FTS:** Fire Truck Red

**<u>Felling Guidelines</u>**

Pursuant to PRC 4292 & 4293, in accordance General Order 95, and to address the liability of hazard trees left behind in the wake the 2018 Carr Fire the protocol for removing hazard trees is as follows:

Trees designated by preliminary inspectors, marked with priority designation in florescent green paint, are to be felled in accordance with the best management practices delineated in the onboarding material provided for this event by PG&E.

Any tree presenting a hazard to the tree crews working in the area and any tree which is impeding safe falling lanes for trees marked by preliminary inspectors are to felled under the same aforementioned best management practices.

In addition to falling these hazard trees any tree entirely within 15 feet of PG&E facilities is be felled in accordance with the aforementioned best management practices, and any branches extending within 15 feet of PG&E facilities at or above the height of said facilities is to be trimmed in accordance with the prescription designated by preliminary inspectors and best management practices.



# EXHIBIT J-17

**Trim Codes:**

**Overhang**: trimming of overhanging branches

**Side-Trim**: trimming of branches on one side of the tree 15 feet above, below, and

laterally away from the conductors.



**Top**: trimming of 1/3 or less of the crown from the top down

   **-If trim would exceed 1/3 of the crown it will be a removal**

**Removal Codes:**

**Brush:** 0.1 to 3.9 inches

**R1**: 4 to 11.9 inches

**R2**: 12 to 23.9 inches

**R3**: 24 to 35.9 inches

**R4:** 36+ inches

**Tree Crew Paint Colors:**
**Bordges:** Gorgeous Silver
**Arborworks:** Piggy Pink
**UTS:** Flamingo Fuchsia
**MFE:** Peacock Purple
**Davey:** Davey Navy
**CTS/Tubit:** 49er Gold
**FTS:** Fire Truck Red
**MLU:** Robin's Egg Blue