UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Defendant. | No. CR 14-175 WHA<br><br>**ORDER RE MOTION FOR LEAVE TO FILE CORRECTION** |

The CPUC's motion for leave to file a corrected *amicus* letter is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 23, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE