UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | No. CR 14-00175 WHA<br><br>**POST-HEARING ADDITIONAL REQUEST FOR RESPONSES** |

In addition to the supplements requested at yesterday's hearing, PG&E will please provide a re-write of proposed Conditions of Probation 11 and 12, including consideration of priority one and two trees, plus a succinct summary of the additional "strike tree" factor for possible inclusion in any final order.

With respect to the problems associated with PSPS events referenced by counsel for the CPUC at yesterday's hearing, please remind the Court of PG&E's mitigation efforts.

Please do this by **MARCH 29 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 24, 2021.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE