UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | No. CR 14-00175 WHA<br><br>**ORDER RE REQUESTS FOR LEAVE TO FILE BY AMICUS AND CPUC AND REQUEST FOR CONTEMPT FINDING** |

The motions by CPUC and *amici* for leave to file are **GRANTED**.

The Court appreciates the assistance that *amici* have rendered in this case, but the request to hold PG&E in contempt of court is unwarranted and hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: March 30, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE