# EXHIBIT B



|  |  |
|---|---|
| Lise Jordan<br>Senior Director<br>Electric Compliance | 245 Market Street<br>San Francisco, CA 94105<br><br>Mailing Address<br>Mail Code N13V<br>P.O. Box 770000<br>San Francisco, CA 94177<br><br>**E-mail:** LHJ2@pge.com |

December 23, 2020

Ms. Nika Kjensli
Program Manager, ESRB, SED, CPUC
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102

Re: Self-Report Notification: Fire Ignition Report

Dear Ms. Kjensli:

The purpose of this letter is to provide notice to SED of a self-identified data omission regarding fire ignition data in the annual reports submitted pursuant to D. 14-02-015. PG&E's investigation has identified a relatively small population of distribution vegetation outage ignitions since 2017 that were excluded on the annual report due to a misidentification in a field-based documentation system. We are continuing to investigate other potential sources of fire ignition data that were omitted from our reports.

PG&E plans to submit amendments to its annual reports upon the completion of its investigation. Our current findings to date have shown that the number of missing incidents for each year and an amended annual total is as follows:

- 2019 = 4 Missing Incidents, 467 Amended Total
- 2018 = 5 Missing Incidents, 439 Amended Total
- 2017 = 28 Missing Incidents, 529 Amended Total

The current findings are subject to change. We anticipate completing the investigation into the 2014-2019 data by the first quarter of 2021. Based on the results of our investigation, we will revise our process going forward to ensure accurate reporting by March 2021.

Please contact me at (415) 420-0422 for any additional questions you may have regarding this notification.

Sincerely,

Lise Jordan
Senior Director, Electric Compliance

cc: Lee Palmer, Director, Safety and Enforcement Division (SED), CPUC
Banu Acimis, Program & Project Supervisor, ESRB
Rick Tse, Senior Utilities Engineer, Supervisor, ESRB, SED, CPUC
Nathan Sarina, Senior Utilities Engineer, Supervisor, ESRB, SED, CPUC