UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **REQUEST FOR 2020 ANALYSIS** |
| Defendant. | |

PG&E shall provide the analysis showing how the P1/P2 strike criteria would have affected PSPS events in 2020 in the same format as it did for 2019 (Dkt. No. 1369-1). Please file this by noon on Friday the 16th.

**IT IS SO ORDERED.**

Dated: April 9, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE