# EXHIBIT A

| Year | Guidance | % Captured of All HFTD Tree Over Strike in Cells > 70th Percentile[1] | % Captured of All HFTD Veg. Outages in Cells > 70th Percentile[1] (2008-2020) | PSPS Total Events[2] | % Difference Total Events from Actual T&D[2] | Total Customer-Hours[3,4,5] | % Difference from Actual T&D - Total Customer-Hours[3,4,5] | Total Customer Impact[3] | % Difference from Actual T&D - Total Customer Impact[3] | Avg. Customer Impact[3] | % Difference from Actual T&D - Avg. Customer Impact[3] | Avg. Event Duration[5] | % Difference from Actual T&D - Avg. Event Duration[5] | Max. Event Customer Impact[3] | % Difference from Actual T&D - Max. Event Customer Impact[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 2020 Actual Events (Transmission & Distribution Scope Impacts) | 66% | 70% | 6 | - | 22,597,447 | - | 653,059 | - | 108,843 | - | 29 | - | 345,470 | - |
| 2020 | 2020 Actual Events (Distribution Only Scope Impacts) | 66% | 70% | 6 | - | 21,681,105 | - | 628,520 | - | 104,753 | - | 29 | - | 345,470 | - |
| 2020 | 2020 Actual T&D + P1/P2 Trees | 67% | 71% | 6 | 0% | 22,661,812 | 0.3% | 654,780 | 0.3% | 109,130 | 0.3% | 29 | 0% | 345,470 | 0% |
| 2020 | 2020 Actual T&D +>70th Percentile - Sum Tree Over Strike | 94.2% | 89.7% | 6 | 0% | 27,376,098 | 21.1% | 727,319 | 11% | 121,220 | 11% | 31 | 7% | 367,830 | 6% |
| 2020 | 2020 Actual T&D +>70th Percentile - Sum Tree Over Strike + P1/P2 Trees | 94.2% | 89.8% | 6 | 0% | 27,448,924 | 21.5% | 729,270 | 12% | 121,545 | 12% | 31 | 7% | 367,830 | 6% |

1. **% Captured of HFTD Tree Over Strike, Vegetation Caused Outages 2008-2020**, based on cells >70th percentile enhanced 2020 OPW 2.0 based on input sustained wind speed of 20mph matching minimum fire potential conditions, + net new cells >70th percentile tree over strike for the potential overstrike criteria study, + net new cells containing P1/P2 trees based on the trees outstanding for the 9/7/20 event for the P1/P2 criteria study. 2020 criteria studies based on enhanced 2020 OPW Model version. Note: 2021 OPW Model version currently under development ahead of 2021 fire season.
2. The **2020 scenario study** is based on **archived model forecasts** of actual PSPS events plus archived forecasts for additional wind events that did not meet the 2020 PSPS criteria but were studied here as potential net new events under the vegetation PSPS criteria scenarios. Note: PG&E's Meteorology and Fire Science team is processing the climatology for new PSPS models with expected completion in Q3 2021 as part of its development of 2021 PSPS model versions as captured in PG&E's Wildfire Mitigation Plan Commitments.
3. **Customer counts** are distribution service points for criteria studies and are estimated at **circuit level counting all customers with HFTD** secondary transformers on a circuit. These customer counts are added to the actual PSPS event customer impacts for 2020.
4. **Customer-Hours** impacts is based on **event duration** multiplied by the **customer count** for each event and then summed across all events to calculate Total Customer-Hours.
5. **Event duration** for the guidance study rows is the net new event weather duration calculated based on the time delta between the first and last hour of the event that are defined to be exceeding PSPS guidance. Some customers will experience shorter weather event duration than this, and if the line is able to be patrolled and restored quickly (for example with no extensive damage found), may experience total outage duration less than the event weather duration. **Event duration** for the actual 2020 events is calculated based on the Event Duration as measured by Customer Average Interruption Duration Index (CAIDI).