# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

### Petition for Summons for Offender Under Supervision

**Name of Offender**  
Pacific Gas and Electric Company

**Docket Number**  
0971 3:14CR00175-001 WHA

**Name of Sentencing Judge:**   The Honorable Thelton E. Henderson  
Senior United States District Judge

**Date of Original Sentence:**   January 26, 2017

**Original Offense**  
Count One: Obstruction of a National Transportation Safety Board Investigation, 18 U.S.C. § 1505, a Class D Felony, Count Two, Five, Six, Seven, Eight: Natural Gas Pipeline Safety Act, 49 U.S.C. § 60123, a Class D Felony.

**Original Sentence:** Five years' probation

**Special Conditions:** special assessment $2,400; fine $3,000,000; not commit another federal, state or local crime; comply with third-party monitor; within six months of judgment, develop and submit effective compliance and ethics program; within 60 days of judgment, place full-page advertisement; for three months after sentencing and no later than 60 days after sentencing, air television commercial with publicizes offenses committed by PG&E; shall submit to a reasonable number of regular and unannounced examination of books and records and interrogation of knowledgeable individuals; perform 10,000 hours of community service, at least 2000 of these hours must be performed by high-level personnel; shall notify the probation officer and monitor of adverse change in business or financial prospects, commencement of bankruptcy proceedings, major civil litigation, criminal prosecution, administrative proceeding against the organization, or any investigation or formal inquiry governmental authorities; pay fine and special assessment within 60 days of judgment.

**Prior Form(s) 12:** On January 9, 2019, a Petition for Summons was filed by the Court. The allegations were that Pacific Gas and Electric (PG&E) violation special condition number eight that they notify the probation officer, in part, of the commencement of any major civil ligation, criminal prosecution, or any investigation or formal inquiry by governmental authorities regarding the organization. On January 30, 2019, a revocation hearing was held, and the Court found that PG&E had violated their conditions of probation. On April 2, 2019, new conditions of probation were proposed and adopted (document 1027, filed March 5, 2019). On May 7, 2019, the parties appeared before Your Honor for status and the Court added two additional conditions of probation (document 1071, filed May 14, 2019).

**RE:**   Pacific Gas and Electric Company                                                                    2
         0971 3:14CR00175-001 WHA

A status hearing was held on September 17, 2019 and October 8, 2019. At a status hearing on November 12, 2019, the Court agreed to allow the reaming community service obligation to be fulfilled by a lump sum payment to San Bruno for the Crestmoor Canyon Project.

A status hearing was held on February 19, 2020. On April 29, 2020, the Court modified the conditions of probation (document 1186, filed April 29, 2020). A Motion Hearing held on May 28, 2020. A Show Cause Hearing was held February 3, 2021. A Show Cause Hearing was March 23, 2021.

| **Type of Supervision** | **Date Supervision Commenced** |
|---|---|
| Probation | January 26, 2017 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Hallie M. Hoffman; Jeffrey Schenk | Steven Bauer; Sean P.J. Coyle; Benjamin William Snyder; James Scott Ballenger; Adam F. Shearer  (Retained) |

**Petitioning the Court**

The issuance of a summons for Pacific Gas and Electric Company to appear in court before the Honorable William Alsup on May 4, 2021 at 2:00 p.m.

I, Jennifer Hutchings, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the company under probation violated the general condition of probation that they not commit another federal, state or local crime. |
|  | On or about October 23, 2019, Pacific Gas and Electric violated California Penal Code sections: 452(a)- Recklessly Causing a Fire with Great Bodily Injury; 452.1(a)-Special Allegation-Aggravating Factors; 452(b)-Causing Fire to Inhabited Structure; 452.1(a)-Special Allegation-Aggravating Factors; 452(c)-Causing a Fire of a Structure or Forest Land; 452.1(a)-Special Allegation-Aggravating Factors; Health and Safety Code sections: 42400.3-Reckless Emission of Air Contaminants (10 counts); 42400.1-Negligent Emission of Air |

**RE:** Pacific Gas and Electric Company 3
0971 3:14CR00175-001 WHA

>Contaminants (15 counts); 13001-Throwing Flaming or Glowing Substances; Public Resources Code section: 4421-Burning Lands of Another; and Public Utilities Code section 2110-Violation by a Public Utility (3 counts).
>
>Evidenced in support of this charge includes the Superior Court of the State of California, County of Sonoma, Felony Compliant SCR-745228-1, filed on April 6, 2021.

Based on the foregoing, there is probable cause to believe that Pacific Gas and Electric Company violated the conditions of their Probation.

Respectfully submitted,                        Reviewed by:

_____                _____
Jennifer Hutchings                             Octavio E. Magaña
U.S. Probation Officer                         Supervisory U.S. Probation Officer
Date Signed: April 19, 2021

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for Pacific Gas and Electric Company to appear in court before the Honorable William Alsup on May 4, 2021 at 2:00 p.m.

☐ Other:


__April 20, 2021_____        _____
Date                                     William Alsup
                                         United States District Judge

**RE:**  Pacific Gas and Electric Company 4
0971 3:14CR00175-001 WHA

\*Pursuant to 18 U.S.C. § 3565(a), if the defendant violates a condition of probation at any time prior to the expiration or termination of the term of probation, the court may 1) continue the defendant on probation, with or without extending the term or modifying or enlarging the conditions; or 2) revoke the sentence of probation and resentence the defendant.