UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>　　　　Defendant. | No. CR 14-00175 WHA<br><br>**FURTHER QUESTIONS RE 2019 PSPS CRITERIA** |

By **MONDAY, APRIL 26 AT NOON**, PG&E shall please submit a statement of how its PSPS criteria used in 2019 differed from the PSPS criteria used in 2020 (the latter 2020 criteria having already been described for the Court). In this communication, also state the extent to which the 2019 criteria considered vegetation clearance conditions specific to circuits and considered PG&E's wildfire vegetation management priority ratings specific to circuits. Would the Girvan Circuit have been turned off in 2020 had the 2019 criteria still been in use?

Also by **NOON ON MONDAY**, PG&E shall also explain from where and how it derived the data for all ten years used in the LiDAR submission dated March 23. For example, the windspeed, relative humidity, live fuel moisture percentage, the 10-hour dead fuel moisture percentage, the Fosberg Fire Weather Index, air temperature, land type, and historical fire occurrences. Explain how those inputs could be reliable for comparison to present inputs.

How were these metrics measured in, for instance, 2010, such that comparison to 2020 makes sense?

**IT IS SO ORDERED.**

Dated: April 21, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE