# EXHIBIT A

| Guidance Study (2010-2019) | % Captured of All HFTD Tree Over Strike in Cells >70th Percentile[1] | % Captured of All HFTD Veg. Outages in Cells > 70th Percentile (2008-2020)[1] | PSPS Total Events 10 Year | % Increase from Baseline - PSPS Total Events 10 Year | Total 10 Year Customer Hours Impact[2,3,4] | % Difference from Baseline – 10 Year Customer-Hours Impact[2,3,4] | Total 10 Year Customer Impact[2] | % Difference from Baseline – 10 Year Customer Impact[2] | Avg. Event Duration [hours] for Largest 27 Events[4] | % Difference from Baseline - Avg. Event Duration for Largest 27 Events[4] | Avg. Customer Impact for Largest 27 Events[2] | % Difference from Baseline – Avg. Customer Impact for Largest 27 Events[2] | Max. Event Customer Impact[2] | % Increase from Baseline – Max. Event Customer Impact[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 10 Year Baseline (current models) | 66% | 70% | 27 | - | 78,185,433 | | 2,568,399 | - | 23 | - | 95,126 | - | 317,455 | - |
| Base +>70th Percentile Sum Tree Over Strike | 94% | 90% | 47 | 74% | 123,524,341 | 58% | 4,149,171 | 62% | 28 | 22% | 126,268 | 33% | 341,905 | 8% |

1. **% Captured of HFTD Tree Over Strike, Vegetation Caused Outages 2008-2020**, based on cells >70th percentile enhanced 2020 OPW 2.0 based on input sustained wind speed of 20 mph matching minimum fire potential conditions, + net new cells >70th percentile tree over strike for the potential overstrike criteria study.
2. **Customer counts** are distribution service points for criteria studies and are estimated at **circuit level counting all customers with HFTD** secondary transformers on a circuit, and do not include customer impacts from Transmission PSPS.
3. **Customer-Hours** impacts is based on **event duration** multiplied by the **customer count** for each event and then summed across all events to calculate Total Customer-Hours.
4. **Event duration** is the event weather duration calculated based on the time delta between the first and last hour of the event that are defined to be exceeding PSPS guidance. Some customers will experience shorter weather event duration than this, and if the line is able to be patrolled and restored quickly (for example with no extensive damage found), may experience total outage duration less than the event weather duration.