UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>        Defendant. | No. CR 14-0175 WHA<br><br>**REQUEST TO MONITOR RE LINE INSPECTIONS AND FOR FINAL REPORT** |

This order requests the Monitor to continue walking the PG&E distribution lines on a spot-check, unannounced basis to vet PG&E's work done in removing vegetation and hazards from the lines and in prioritizing the work. In developing a plan for such inspections, please consult with the Wildfire Safety Division of the CPUC to determine what information and protocol would be best for its needs.

On or before **NOVEMBER 19, 2021**, the Monitor shall please submit a final public report not to exceed fifty double-spaced pages (with any exhibits not to exceed another fifty) on his work. The report shall list and explain the most important ways PG&E has been rehabilitated with respect to public safety during this probation as well as list and explain the most important ways PG&E still needs to improve with respect to public safety.

For the record of history and in remembrance of those we have lost, the report shall also please state the names and counties, ages and dates of all victims killed by PG&E in the

San Bruno explosion and those killed in all wildfires attributed by Cal Fire to PG&E since the explosion, as well as state the number of structures and acres burned.

**IT IS SO ORDERED.**

Dated: April 29, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE