1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

PACIFIC GAS AND ELECTRIC
COMPANY,

        Defendant.

No.  CR 14-00175 WHA

**ORDER RE REQUEST BY AMICI
FOR LEAVE TO FILE**

The request of *amici* PG&E customers to file a motion to require a receiver is **DENIED**. By the time all appeals ran out on any such order, the probation will have ended.

**IT IS SO ORDERED.**

Dated:  May 6, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE