UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Defendant. | No. CR 14-00175 WHA<br><br>**ORDER GRANTING LEAVE TO FILE** |

Request for leave to file by *amici* Alex Cannara and Gene Nelson is **GRANTED**. The request to speak at today's hearing is **DEFERRED** until the hearing itself.

**IT IS SO ORDERED.**

Dated: June 2, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE