UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER RE REQUEST BY AMICI TO FILE AND APPEAR** |
| Defendant. | |

Request for leave to file by *amici* Alex Cannara and Gene Nelson is **GRANTED**. The request to speak at the August 3 hearing is **DEFERRED** until the hearing itself.

**IT IS SO ORDERED.**

Dated: July 6, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE