UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Defendant. | No. CR 14-00175 WHA <br><br> **ORDER RE REQUEST BY AMICI TO FILE AND APPEAR** |

Request for leave to file by *amici* Alex Cannara and Gene Nelson is **GRANTED**. The request to speak at the August 2 hearing is **DEFERRED** until the hearing itself.

**IT IS SO ORDERED.**

Dated: July 12, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE