JENNER & BLOCK LLP
    Reid J. Schar (*pro hac vice*)
    RSchar@jenner.com
    353 N. Clark Street
    Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
    899 Ellis Street
    San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (*pro hac vice*)
    korsini@cravath.com
    825 Eighth Avenue
    New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                  Defendant. | Case No. 14-CR-00175-WHA<br><br>**NOTICE REGARDING SCHEDULING CHANGE FOR HEARING ON DEMURRER RELATING TO THE KINCADE CRIMINAL PROCEEDINGS**<br><br>Judge: Hon. William Alsup |

1 At the conclusion of our last appearance, the Court scheduled the next appearance for August 2, 2021 after having been advised by counsel for Defendant Pacific Gas and Electric Company ("PG&E") that the hearing on the demurrer filed by PG&E in Sonoma County Superior Court, *People v. Pacific Gas & Electric Co.*, No. SCR-745228-1 (Cal. Super. Ct.), was scheduled for July 29, 2021.  (June 2, 2021 Hr'g Tr. 27-28.)  PG&E writes to notify the Court that the hearing on the demurrer was continued by the Sonoma County Superior Court *sua sponte* and rescheduled for September 9, 2021.

Dated: July 14, 2021

Respectfully Submitted,

JENNER & BLOCK LLP

By: /s/ Reid J. Schar
Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By: /s/ Kate Dyer
Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY