UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER RE INFORMATION ON DIXIE AND BADER FIRES** |
| Defendant. | |

PG&E shall file a statement under oath setting forth the full extent to which its equipment had any role in the start of the Dixie and Bader Fires earlier this month. Please include the names of all personnel who may have been witnesses or may have been on the scene soon after the fires began. Please file this by **JULY 30 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 21, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE