# EXHIBIT C

1 | JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
2 | RSchar@jenner.com
353 N. Clark Street
3 | Chicago, IL 60654-3456
Telephone:    (312) 222-9350
4 | Facsimile:    (312) 527-0484

5 | CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
6 | kdyer@clarencedyer.com
899 Ellis Street
7 | San Francisco, CA 94109-7807
Telephone:    (415) 749-1800
8 | Facsimile:    (415_ 749-1694

9 | CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
10 | korsini@cravath.com
825 Eighth Avenue
11 | New York, NY 10019
Telephone:    (212) 474-1000
12 | Facsimile:    (212) 474-3700

13 | Attorneys for Defendant PACIFIC GAS AND
ELECTRIC COMPANY

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17

| UNITED STATES OF AMERICA, | Case No. 14-CR-00175-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF** ▆▆▆▆ **IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES** |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | Judge: Hon. William Alsup |

DECLARATION OF ▆▆▆▆ IN SUPPORT OF RESPONSE TO ORDER REQUESTING
INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA

1      I, ▮▮▮▮▮▮▮▮▮▮ declare at follows:

2      1.     I make this declaration based upon personal knowledge and if called as a witness I

3  could and would testify competently to the matters set forth herein.

4      2.     I am a Distribution Line Technician at Pacific Gas and Electric Company

5  ("PG&E"). My duties at PG&E include accessing and downloading electronic data from

6  distribution equipment, including line reclosers.

7      3.     On July 21, 2021, I drove to the line recloser for PG&E's Bucks Creek 1101 12kV

8  Line, which is located at the Bucks Creek Substation. I then downloaded to my laptop all of the

9  data stored on this device. I thereafter provided the downloaded data to, among others, ▮▮▮▮

10  ▮▮▮▮ Senior Manager of PG&E's Distribution Planning Group.

11      4.     While at the recloser location, I also compared the time shown by the clock on my

12  laptop with the time shown by the clock on the recloser. The following is a true and correct copy

13  of a the screen shot I took from my laptop when making this comparison:

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



-2-

DECLARATION OF ▮▮▮▮▮▮▮▮ IN SUPPORT OF RESPONSE TO ORDER REQUESTING
INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA

1    I also provided a copy of this screen shot to, among others,

2       I declare under penalty of perjury under the laws of the United States and the State of

3   California that the foregoing is true and correct to the best of my knowledge.

4       Executed this 28th day of July, 2021, in the City of Chico, County of Butte, State of

5   California.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-