# EXHIBIT D

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Facsimile: (415_ 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No. 14-CR-00175-WHA<br><br>**DECLARATION OF ▇▇▇▇▇▇ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES**<br><br>Judge: Hon. William Alsup |

I, ▮▮▮▮▮▮▮▮, declare at follows:

1. I make this declaration based upon personal knowledge and if called as a witness I could and would testify competently to the matters set forth herein.

2. I am a Senior Distribution Engineer at Pacific Gas and Electric Company ("PG&E"). In the course of my duties at PG&E, I have become familiar with the operation of the line reclosers used by the company, the electronic data they transmit and store, and the use of appropriate software tools to read and analyze the stored data.

3. I have reviewed the electronic data files provided to me by ▮▮▮▮▮▮▮▮, Senior Manager of PG&E's Distribution Planning Group. ▮▮▮▮▮▮ advised me that these files were downloaded on July 21, 2021 from the electronic controller on the Cooper line recloser located at the substation for PG&E's Bucks Creek 1101 12kV Line. I reviewed these data files using Cooper Proview 5.0 software.

4. One data file I reviewed is labeled "bucks creek 1101_2_asfound_07212021.f6s". This data file contains the line recloser's settings at the time the file was downloaded. The file label indicates that the data is from the line recloser for the Bucks Creek 1101 line and that it was downloaded on July 21, 2021.

5. The following is a true and correct screenshot of the setting group selector data in the "bucks creek 1101_2_asfound_07212021.f6s" file:

[Screenshot of "Settings Group Selection" dialog box: Active Profile: Alternative #1; Edit Profile: Normal; buttons OK, Cancel, Help]

This data shows that "Alternative #1" was the active setting group profile when the "bucks creek 1101_2_asfound_07212021.f6s" file was downloaded on July 21, 2021.

-2-
DECLARATION OF ▮▮▮▮▮▮▮▮ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA

6. The following is a true and correct screenshot of the "Alternate 1" sensitive earth fault setting data in the "bucks creek 1101_2_asfound_07212021.f6s" file:

[Screenshot: Sensitive Earth Fault dialog — Edit Group: Alternate 1; Sensitive Earth: Minimum Trip 20 Amps, Time Delay 20 Seconds, Reclose Interval 20 Seconds, Operations to Lockout 1, Block Sensitive Earth Fault Tripping unchecked.]

7. The following is a true and correct screenshot of the "Alternate 1" operations sequence setting data in the "bucks creek 1101_2_asfound_07212021.f6s" file:

[Screenshot: Simplified Setup — Operations Sequence, Complex TCC, High Current Trip, Cold Load Pickup; Group: Alternate 1; Description: Bucks 1101 F6 Rev 28; various parameters including Ph 133/133/100, Gd 165/165/50, Trips to Lockout 3, Reset Time 90, V expected 7.2, CT Type 1Amp, CTR(1A) 1000, CTR(5A) 1200, Wye-Connected PT's, A-C-B Phase Sequence, Disable Phantom Phase, Pole Mounted, System Frequency 60; High Current Lockout Ph 1440, Gd 1400; Reclose Retry Interval 30, # of Attempts 10; Interrupter Duty 100% Duty Factor 196, Ph A% 6.28334, Ph B% 1.06445, Ph C% 0.615216.]

-3-

8.  A second data file I reviewed is labeled "bucks creek 1101_2_SOE_07212021.f6s.txt". This data file contains the line recloser's recording of certain events, including (1) a change in the active group setting profile, (2) a change in the control to a mode in which the line recloser will not automatically reclose after being opened, and (3) the opening of the line recloser. Once again, the file label indicates that the data is from the line recloser for the Bucks Creek 1101 line and that it was downloaded on July 21, 2021.

9.  The following is a true and correct screenshot of the sequence of events data in the "bucks creek 1101_2_SOE_07212021.f6s.txt" file from the date of download back to February 16, 2021:

```
bucks creek 1101_2_SOE_07212021.f6s.txt - Notepad
File  Edit  Format  View  Help
User device name = Bucks 1101 F6 Rev 28
Evt   Date       Time           Type              IA   IB   IC   3I0   VA    VB    VC
001   21/07/14   19:09:24.322   MAN/EXT TRIP/LO   0    0    0    0     119   120   118
002   21/07/14   19:09:24.322   CONTROL LOCKOUT   0    0    0    0     119   120   118
003   21/06/24   08:13:55.557   no control alarm  0    0    0    0     113   115   107
004   21/06/24   04:16:52.628   CONTROL ALARMS    0    0    0    0     0     0     0
005   21/05/06   13:39:30.988   NON-RECLOSE ON    2    3    2    0     117   119   117
006   21/05/03   07:00:34.314   no control alarm  2    2    2    0     117   118   116
007   21/05/03   07:00:28.512   CONTROL ALARMS    0    0    0    0     0     0     0
008   21/02/17   17:20:45.231   ALT PROFILE #1    0    0    0    0     99    98    98
009   21/02/16   10:46:08.572   NORMAL PROFILE    0    0    0    0     113   113   113
```

This data shows that the "Alternate #1" setting group was selected on February 17, 2021 and was not changed through the date the data was downloaded. This data also shows that the mode in which the line recloser will not automatically reclose after being opened was selected on May 6, 2021 and was not changed through the date the data was downloaded. This data further shows that no events that should be recorded in this file if they occurred—including an opening of the line recloser—were recorded on July 13, 2021.

10. A third data file I reviewed is labeled "2021-07-13 05.57.18.414.evt". This data file was created because the recloser detected a phase to phase fault event that involved current in excess of the "minimum to trip" amperage setting for such faults in the "Alternate #1" operations sequence setting.

11.      The file name indicates that current in excess of the "minimum to trip" was detected at 5:57:18.414 on July 13, 2021 as reported by the line recloser's internal clock. However, I received from ▇▇▇▇▇▇▇ the following screen shot which he advises was taken at the time the data I reviewed was downloaded from the line recloser:



This shows that the internal clock on the recloser is running 50 minutes and 28.3 seconds behind the time reported by the internal clock on the laptop used to download the data.  Adjusting for this fact would make the time when the current exceeded the "minimum to trip" approximately 6:47:46.714 a.m. on July 13, 2021.

12.      The event file contains the recorded oscillography data for that phase to phase fault event.  The following is a true and correct screen shot reflecting the time and amperage recorded in the oscillography data when I placed my cursor at the time interval where the phase to phase fault event begins:



-5-

DECLARATION OF ▇▇▇▇▇▇▇ IN SUPPORT OF RESPONSE TO ORDER REQUESTING
INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA

This indicates that the phase to phase fault event involved just two of the three phases and began at approximately 22:57:18.4000 on July 12, 2021. The oscillography, however, uses Coordinated Universal Time ("UTC"), which is seven hours behind Pacific Daylight Time. Adjusting for this fact and for the difference between the internal clock of the line recloser and the internal clock on the laptop downloading the data would make the time when the current exceeded the "minimum to trip" approximately 6:47:46.7000 a.m. on July 13, 2021.

13. The following is a true and correct screen shot reflecting the time and amperage recorded in the oscillography data when I placed my cursor at the time interval when the above "minimum to trip" element in the controller asserts:



-6-

14. The following is a true and correct screen shot reflecting the time and amperage recorded in the oscillography data when I placed my cursor at the time interval when the amperage in the phase to phase fault event is at its maximum:

15. The following is a true and correct screen shot reflecting the time and amperage recorded in the oscillography data when I placed my cursor at the time interval where the phase to phase fault event ends:



This indicates that the phase to phase fault event ended at approximately 22:57:18.4395 on July 12, 2021. The oscillography, however, uses Coordinated Universal Time ("UTC"), which is seven hours behind Pacific Daylight Time. Adjusting for this fact and for the difference between the internal clock of the line recloser and the internal clock on the laptop downloading the data would

-7-

DECLARATION OF [redacted] IN SUPPORT OF RESPONSE TO ORDER REQUESTING
INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA

make the time when the current exceeded the "minimum to trip" approximately 6:47:46.7395 a.m. on July 13, 2021 (0.0395 seconds after it began).

16.     The following is a true and correct screen shot reflecting the time and amperage recorded in the oscillography data when I placed my cursor at the time interval when the above "minimum to trip" element in the controller de-asserts:

[screenshot of oscillography data showing waveforms and protection status, with cursor at Mon Jul 12 2021 22:57:18.4645 and trigger at Mon Jul 12 2021 22:57:18.4145; IA=[2.3764] IB=[2.0781] IC=[1.72908] (PriAmps); IA:unf: 3.27922, IB:unf: -4.07092, IC:unf: 1.63718]

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 28th day of July, 2021, in the City of Atascadero, County of San Luis Obispo, State of California.

[signature redacted]

-8-
DECLARATION OF [redacted] IN SUPPORT OF RESPONSE TO ORDER REQUESTING
ON ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA