# EXHIBIT E

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Defendant. | Case No. 14-CR-00175-WHA<br><br>**DECLARATION OF ▮▮▮ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES**<br><br>Judge: Hon. William Alsup |

47994976.2

-1-

1. I, ▮▮▮▮▮▮ hereby declare under penalty of perjury as follows:

2. 1. I make this declaration based upon personal knowledge and if called as a witness I could and would testify competently to the matters set forth herein.

3. 2. I am a Supervisor and Interim Area Manager for Hydro Generation with Pacific Gas and Electric Company ("PG&E"). As a Supervisor and Interim Area Manager for Hydro Generation, I am familiar with records created and maintained by PG&E related to assignments, or tags, which I understand are sent to workers in the field, like roving operators and troublemen.

4. 3. Attachment 1 to this declaration is a true and accurate copy of the Operator Log Report for the Rock Creek Switching Center ("Operator Log") from July 13, 2021 to July 14, 2021. PG&E operators at the Switching Center create the Operator Log entries (i.e., rows with separate log dates and times). The Operator Log shows that at 6:48 a.m., the Center received an automated notification of loss of power at the Cresta Dam, located on Highway 70 in the Feather River Canyon at the end of the Bucks Creek 1101 Line, and that the stand-by generator was running. According to the log, the roving operator went to the Cresta Dam and reported in to the Switching Center at approximately 8:52 a.m. and 9:04 a.m. According to the log, at 8:52 a.m., the roving operator reported that the Bucks Creek 1101 Line was out: lights were out in the nearby tunnel and that Cresta Dam station service was out. According to the log, a PG&E employee heard the radio call at 5:01 p.m. and notified Cal Fire at 5:06 p.m.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of July, 2021, in the City of Chico, County of Butte, State of California.

47994976.2

-2-

DECLARATION OF ▮▮▮▮▮▮ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA