# EXHIBIT E-1

# Attachment 1

| Start Date 7/13/2021 | End Date 7/15/2021 | | | | |
|---|---|---|---|---|---|

## Operator Log Report

| Log Date Time | Unit | ID/Location | Workflow | Description | Created By |
|---|---|---|---|---|---|
| 07/13/2021 00:00 | ROCK CREEK SWITCHING CENTER | NF | General Log | RECEIVED NF 56 OVER FERC LIMIT TWICE ALARM, FLOWS ALREADY ABOVE 200CFS<br>Event Type: | ■ |
| 07/13/2021 05:18 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Station Conditions | STATION CONDITIONS:<br>BUCKS CREEK UNIT #1 RESERVE S/D<br>BUCKS CREEK UNIT #2 SEP FOR ANNUAL<br><br>CRESTA UNIT #1 PARA<br>CRESTA UNIT #2 PARA<br><br>GRIZZLY ROLLING PROVIDING STA SERVICE.<br><br>POE UNIT #1 PARA<br>POE UNIT #2 PARA<br><br>ROCK CREEK UNIT #1 PARA.<br>ROCK CREEK UNIT #2 PARA<br>SUMP #3 PUMP TRIP TCO C/O FOR OIL DETECTION DUE TO ALARM MALFUNCTION.<br><br>BUCKS VLV 3 CLOSED IN AUTO<br>BUCKS VLV 4 CLOSED IN AUTO<br><br>TOADTOWN PARA AND BLOCK LOADED<br>DESABLA PARA AND BLOCK LOADED<br><br>LIME SADDLE UNIT #1 SEP LACK OF WATER<br>LIME SADDLE UNIT #2 SEP LACK OF WATER<br><br>UPPER CENTERVILLE CANAL IN SERVICE<br>LOWER CENTERVILLE CANAL CLEARED INDEFINITELY<br><br>BUTTE CANAL IN SERVICE<br><br>HENDRICKS CANAL IN SERVICE<br><br>MIDDLE MIOCENE CANAL IN SERVICE<br>Event Type: Routine | ■ |
| 07/13/2021 05:19 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | VOLTAGE ORDER: FOLLOW NORMAL TERMINAL VOLTAGE SCHEDULE ON ALL UNITS IN ROCK CREEK'S JURISDICTION PER GCC<br>Entry Type: Routine | ■ |
| 07/13/2021 05:19 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | General Log | WEATHER: SUNSHINE AND HOT | ■ |

Start Date 7/13/2021    End Date 7/15/2021
## Operator Log Report

| Log Date | Time | Unit | ID/Location | Workflow | Description | Created By |
|---|---|---|---|---|---|---|
| | | | | | Event Type: Routine | |
| 07/13/2021 | 05:20 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Fire Index | FIRE INDEX- R4 FOR AREAS 285, 248, 280, 282, 290, R5 FOR AREA 247<br>Event Type: Routine | ▮ |
| 07/13/2021 | 06:27 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | ▮ COMPLETED VOLTAGE CALL- FOLLOW NORMAL TERMINAL VOLTAGE ORDER ON ALL UNITS IN ROCK CREEKS JURISDICTION PER GCC/▮<br>Entry Type: Routine | ▮ |
| 07/13/2021 | 06:40 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Shift Change (template) | ▮ ON SHIFT, ▮ REVIEWED, ▮ OFF SHIFT<br>On Shift: ▮<br>Off Shift: ▮<br>Operator has ascertained the hydro system status through the shift turnover performed per PG-2204S and a check of the indications and alarms: Confirmed | ▮ |
| 07/13/2021 | 06:48 | ROCK CREEK SWITCHING CENTER | CRESTA DAM | General Log | RECEIVED AC AND DC POWER FAIL ALARMS. STAND-BY GEN RUNNING. ▮ NTFD AND RESPONDING.<br>Event Type: | ▮ |
| 07/13/2021 | 07:06 | ROCK CREEK SWITCHING CENTER | GRIZZLY PH | General Log | TCB CREW IN STATION<br>Event Type: | ▮ |
| 07/13/2021 | 07:24 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | General Log | ALLIED CRANE IN STATION FOR TAILRACE CRANE WORK.<br>Event Type: | ▮ |
| 07/13/2021 | 08:52 | ROCK CREEK SWITCHING CENTER | CRESTA DAM | General Log | ▮ REPORTS THE BUCKS 1101 IS OUT. LIGHTS OUT IN TUNNEL AS WELL AS CRESTA DAM STA SERV.<br>Event Type: | ▮ |
| 07/13/2021 | 09:04 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | ▮ RPTS BUCKS 1101 SUPPLYING STA SERV TO PH.<br>Event Type: | ▮ |
| 07/13/2021 | 09:11 | ROCK CREEK SWITCHING CENTER | NORTH VALLEY DO | General Log | NTFD NVDO/▮ OF ITEMS 0852 AND 0904. WILL SEND T-MEN TO PATROLL 1101 FROM SUB TO CRESTA DAM.<br>Event Type: | ▮ |
| 07/13/2021 | 11:54 | ROCK CREEK SWITCHING CENTER | GRIZZLY PH | General Log | TCB CREW OUT OF STATION<br>Event Type: | ▮ |
| 07/13/2021 | 13:33 | ROCK CREEK SWITCHING CENTER | POE DAM | General Log | ▮ RPTS THERE WILL BE NO CORRECTED FLOW FOR | ▮ |

| Start Date | 7/13/2021 | End Date | 7/15/2021 | | | | |
|---|---|---|---|---|---|---|---|

**Operator Log Report**

| Log Date Time | Unit | ID/Location | Workflow | Description | Created By |
|---|---|---|---|---|---|
| | | | | NF-23. ADJUSTED FLOW SETPOINT FROM 320CFS TO 340CFS TO GET OUT OF ALARM.<br>Event Type: | |
| 07/13/2021 14:20 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | ▮ COMPLETED VOLTAGE CALL- FOLLOW NORMAL TERMINAL VOLTAGE ORDER ON ALL UNITS IN ROCK CREEKS JURISDICTION PER GCC/▮<br>Entry Type: Routine | ▮ |
| 07/13/2021 14:26 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Shift Change (template) | ▮ ON SHIFT, ▮ REVIEWED, ▮ OFF SHIFT<br>On Shift:<br>Off Shift: ▮<br>Operator has ascertained the hydro system status through the shift turnover performed per PG-2204S and a check of the indications and alarms: Confirmed | ▮ |
| 07/13/2021 15:04 | ROCK CREEK SWITCHING CENTER | NF | General Log | NF-51/▮ IN STA WORKING ON ENCODER ISSUE<br>Event Type: Routine | ▮ |
| 07/13/2021 16:03 | ROCK CREEK SWITCHING CENTER | NF | General Log | NF-51/▮ LEFT STA<br>Event Type: Routine | ▮ |
| 07/13/2021 17:01 | ROCK CREEK SWITCHING CENTER | FIELD | General Log | RECEIVED RADIO CALL FIRE NORTH OF CRESTA DAM ON THE HILLSIDE<br>Event Type: Routine | ▮ |
| 07/13/2021 17:06 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | General Log | NTFD CAL FIRE OF ITEM 1701<br>Event Type: Routine | ▮ |
| 07/13/2021 17:19 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | GCC/▮ ISSUES NEW VOLTAGE ORDER OF MAX TERMINAL VOLTAGE ON ALL ROCK CREEK UNITS EXPIRING TONIGHT 7/13/21 @ 2000<br>Entry Type: Routine | ▮ |
| 07/13/2021 17:33 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | ▮ AND CREW OUT OF STATION<br>Event Type: | ▮ |
| 07/13/2021 17:37 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | NTFD GCC/▮ ALL ROCK CREEK UNITS HAVE REACHED MAX TERMINAL VOLTAGE AND WILL HOLD UNTIL 2000 TONIGHT<br>POE 1&2 13.7KV<br>ROCK CREEK 1&2 13.7KV<br>CRESTA 1&2 11.5KV<br>Entry Type: | ▮ |

# Operator Log Report

| Log Date | Time | Unit | ID/Location | Workflow | Description | Created By |
|---|---|---|---|---|---|---|
| 07/13/2021 | 18:08 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | ▉ COMPLETED VOLTAGE CALL- FOLLOW MAX TERMINAL VOLTAGE ORDER ON ALL UNITS IN ROCK CREEKS JURISDICTION TIL 7/13 @ 2000 PER GCC/▉<br>Entry Type: Routine | ▉ |
| 07/13/2021 | 18:16 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Shift Change (template) | ▉ ON SHIFT ▉ REVIEWED, ▉ OFF SHIFT<br>On Shift: ▉<br>Off Shift: ▉<br>Operator has ascertained the hydro system status through the shift turnover performed per PG-2204S and a check of the indications and alarms: Confirmed | ▉ |
| 07/13/2021 | 19:01 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Trouble | RECIEVED #1GOV NON CRITICAL ALARM, AT HMI FOUND #2 LEAKAGE PUMP BREAKER TRIPPED ALARM HAD COME IN MOMENTARILY AND CLEARED. ALARM RESET OK<br>Event Type: | ▉ |
| 07/13/2021 | 19:09 | ROCK CREEK SWITCHING CENTER | FIELD | General Log | RECIEVED CALL FROM ▉ AT HAZARD COMMUNICATION AWARENESS CENTER. SHE RPTS THAT FIRE REPORTED NEAR CRESTA DAM (LOG ITEM 17:01) IS APPROXIMATELY 2 ACRES AT THIS TIME. CAL FIRE HAS DEPLOYED RETARDANT ON 2 SIDES AND THAT TANKER IS CONTINUING TO FLY. SIPT ENGINE ON SITE BUT CANNOT DRIVE TO SCENE DUE TO TERRAIN. SHE IS NOT AWARE OF ANY NEED TO DE-ENERGIZE TRANSMISSION LINES AT THIS TIME. SHE STATED WE CAN CALL ▉ UNTIL 2030 WITH ANY FURTHER QUESTIONS.<br>Event Type: Emergency | ▉ |
| 07/13/2021 | 19:23 | ROCK CREEK SWITCHING CENTER | GCC | General Log | NTFD GCC/▉ OF LOG ITEM 19:09<br>Event Type: | |
| 07/13/2021 | 19:31 | ROCK CREEK SWITCHING CENTER | NORTH VALLEY DO | Trouble | CALLED NVDO/▉ TO FOLLOWUP ON LOSS OF AC AT CRESTA DAM (LOG ITEM 09:11) HE RPTS THAT T-MEN ARE ENROUTE TO OPEN SW941 PER CAL FIRE REQUEST. THIS WILL LEAVE CRESTA DAM WITHOUT AC POWER AT THIS TIME. STANDBY GEN STILL RUNNING<br>Event Type: | ▉ |
| 07/13/2021 | 20:00 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | GCC/▉ CONFIRMS ALL ROCK CREEK AOR UNITS TO RETURN TO NORMAL TERMINAL VOLTAGE SCHEDULE AT THIS TIME<br>Entry Type: | ▉ |
| 07/13/2021 | 20:10 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | NTFD GCC/▉ ALL UNITS IN ROCK CREEK AOR HAVE RETURNED TO NORMAL TERMINAL VOLTAGE SCHEDULE. CURRENTLY<br>ROCK CREEK 1&2  13.4KV<br>CRESTA 1&2 11.1KV | ▉ |

Start Date 7/13/2021   End Date 7/15/2021

## Operator Log Report

| Log Date | Time | Unit | ID/Location | Workflow | Description | Created By |
|---|---|---|---|---|---|---|
| | | | | | POE 1&2 13.4KV<br>Entry Type: | |
| 07/13/2021 | 21:00 | ROCK CREEK SWITCHING CENTER | NF | General Log | RECEIVED NF 57 OVER FERC LIMIT TWICE ALARM, FLOWS ALREADY ABOVE 200CFS<br>Event Type: | |
| 07/13/2021 | 21:18 | ROCK CREEK SWITCHING CENTER | GCC | General Log | GCC/■ CALL AND REQUESTS ANY UPDATES ON THE FIRE NEAR CRESTA DAM, NTFD HIM OF LOG ITEM 19:31<br>Event Type: | |
| 07/13/2021 | 22:21 | ROCK CREEK SWITCHING CENTER | GCC | General Log | GCC/■ RPTS HE RECIEVED WORD FROM TLINE SUPERVISOR/ ■ THAT THE FIRE NEAR CRESTA DAM IS CONTAINED AND THERE IS NO THREAT TO PGE EQUIPMENT AT THIS TIME<br>Event Type: | |
| 07/13/2021 | 23:43 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | General Log | IN ANTICIPATION OF #1 UNIT LOAD CHANGE TO 0MW AT 2400 CHECKED SEAL WATER FLOW, FOUND LOWER SEAL WATER AT 27GPM (25GPM IS TRIP POINT), PLACED UNIT IN MANUAL, CYCLED LOWER SEAL WATER ISOLATION VLV 20 TIMES AND FLOW INCREASED TO 46GPM. PLACED UNIT BACK IN LOCAL AUTO<br>Event Type: | |
| 07/14/2021 | 00:00 | ROCK CREEK SWITCHING CENTER | NF | General Log | RECEIVED NF 56 OVER FERC LIMIT TWICE ALARM, FLOWS ALREADY ABOVE 200CFS<br>Event Type: | |
| 07/14/2021 | 00:04 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | General Log | #1 UNIT TO 0MW PER LOAD SCHEDULE<br>Event Type: | |
| 07/14/2021 | 01:03 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Trouble | RECIEVED TRANSFORMER BANK NO.1 GAS PRESSURE LOW ALARM<br>Event Type: | |
| 07/14/2021 | 05:03 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Station Conditions | STATION CONDITIONS:<br>BUCKS CREEK UNIT #1 RESERVE S/D<br>BUCKS CREEK UNIT #2 SEP FOR ANNUAL<br><br>CRESTA UNIT #1 PARA<br>CRESTA UNIT #2 PARA<br><br>GRIZZLY ROLLING PROVIDING STA SERVICE.<br><br>POE UNIT #1 PARA<br>POE UNIT #2 PARA | |

| Start Date | 7/13/2021 | End Date | 7/15/2021 | | | | |
|---|---|---|---|---|---|---|---|

**Operator Log Report**

| Log Date | Time | Unit | ID/Location | Workflow | Description | Created By |
|---|---|---|---|---|---|---|
| | | | | | ROCK CREEK UNIT #1 PARA.<br>ROCK CREEK UNIT #2 PARA<br>SUMP #3 PUMP TRIP TCO C/O FOR OIL DETECTION DUE TO ALARM MALFUNCTION.<br><br>BUCKS VLV 3 CLOSED IN AUTO<br>BUCKS VLV 4 CLOSED IN AUTO<br><br>TOADTOWN PARA AND BLOCK LOADED<br>DESABLA PARA AND BLOCK LOADED<br><br>LIME SADDLE UNIT #1 SEP LACK OF WATER<br>LIME SADDLE UNIT #2 SEP LACK OF WATER<br><br>UPPER CENTERVILLE CANAL IN SERVICE<br>LOWER CENTERVILLE CANAL CLEARED INDEFINITELY<br><br>BUTTE CANAL IN SERVICE<br><br>HENDRICKS CANAL IN SERVICE<br><br>MIDDLE MIOCENE CANAL IN SERVICE<br>Event Type: Routine | |
| 07/14/2021 | 05:03 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | VOLTAGE ORDER: FOLLOW NORMAL TERMINAL VOLTAGE SCHEDULE ON ALL UNITS IN ROCK CREEK'S JURISDICTION PER GCC<br>Entry Type: Routine | ▮ |
| 07/14/2021 | 05:05 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | General Log | WEATHER: SUNSHINE AND HOT<br>Event Type: Routine | ▮ |
| 07/14/2021 | 05:05 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Fire Index | FIRE INDEX- R4 FOR AREAS 285, 248, 280, 282, 290, 247<br>Event Type: Routine | ▮ |
| 07/14/2021 | 06:41 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Shift Change (template) | ▮ ON SHIFT, ▮ REVIEWED, ▮ OFF SHIFT<br>On Shift: ▮<br>Off Shift: ▮<br>Operator has ascertained the hydro system status through the shift turnover performed per PG-2204S and a check of the indications and alarms: Confirmed | ▮ |
| 07/14/2021 | 06:41 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | ▮ COMPLETED VOLTAGE CALL- FOLLOW NORMAL TERMINAL VOLTAGE ORDER ON ALL UNITS IN ROCK CREEKS JURISDICTION PER GCC/ ▮ | |

Start Date 7/13/2021    End Date 7/15/2021

## Operator Log Report

| Log Date | Time | Unit | ID/Location | Workflow | Description | Created By |
|---|---|---|---|---|---|---|
| | | | | | Entry Type: Routine | |
| 07/14/2021 | 07:30 | ROCK CREEK SWITCHING CENTER | CRESTA DAM | General Log | ▉ RPTS 50% PROPANE IN THE LARGE TANK AND 30% IN THE SMALL TANK<br>Event Type: NA | ▉ |
| 07/14/2021 | 08:41 | ROCK CREEK SWITCHING CENTER | FIELD | General Log | ▉ IN AT BUCKS LAKE TO BEGIN 6 MONTH EAP LEVEL INDICATION TESTING<br>Event Type: NA | ▉ |
| 07/14/2021 | 08:43 | ROCK CREEK SWITCHING CENTER | EP | General Log | EP ▉ NTFD OF ITEM 0841<br>Event Type: NA | ▉ |
| 07/14/2021 | 08:44 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | General Log | ▉ COMPLETED CHANGING THE ALARM DEADBAND FOR THE THRUST BRG TEMP IN ORDER TO CLEAR ALARM<br>Event Type: NA | ▉ |
| 07/14/2021 | 08:53 | ROCK CREEK SWITCHING CENTER | CRESTA DAM | General Log | PGE PUBLIC SAFETY SPECIALIST ▉ REQUESTS GATE ACROSS CRESTA DAM TO BE OPENED FOR FIRE CREWS TO ACCESS FIRE LINE ON FOOT<br>Event Type: NA | ▉ |
| 07/14/2021 | 09:14 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | ▉ RPTS 7 VISITORS ON SITE FOR WALK DOWN<br>Event Type: NA | ▉ |
| 07/14/2021 | 09:19 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | General Log | C/OUT SPARE BRG COOLING WATER PUMP<br>Event Type: NA | ▉ |
| 07/14/2021 | 10:11 | ROCK CREEK SWITCHING CENTER | GRIZZLY PH | General Log | ▉ RPTS STA SERVICE READ OF 22158<br>Event Type: NA | ▉ |
| 07/14/2021 | 10:19 | ROCK CREEK SWITCHING CENTER | FIELD | General Log | ▉ CUTTING RELEASE FROM 25 CFS TO 20 CFS AT PHILBROOK RES<br>Event Type: NA | ▉ |
| 07/14/2021 | 11:15 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | ▉ AND 7 OUT OF STA<br>Event Type: NA | ▉ |
| 07/14/2021 | 11:20 | ROCK CREEK SWITCHING CENTER | GCC | General Log | GCC RPTS INTENTION TO DE ENERGIZE 230KV LINE FROM BUCKS CREEK DOWN TO POE U1 DUE TO DIXIE FIRE<br>Event Type: NA | ▉ |
| 07/14/2021 | 11:25 | ROCK CREEK SWITCHING CENTER | CARIBOU SC | General Log | ▉ RPTS ▉ SEP DUE TO FIRE | ▉ |

| Start Date | 7/13/2021 | End Date | 7/15/2021 | | | |
|---|---|---|---|---|---|---|

**Operator Log Report**

| Log Date Time | Unit | ID/Location | Workflow | Description | Created By |
|---|---|---|---|---|---|
| | | | | Event Type: NA | |
| 07/14/2021 11:41 | ROCK CREEK SWITCHING CENTER | EP | General Log | RCR U2 0MW, CRESTA 0MW FOR WATER SAVINGS DUE TO THE FIRE. EP ▮ NTFD<br>Event Type: | |
| 07/14/2021 11:48 | ROCK CREEK SWITCHING CENTER | EP | General Log | EP ▮ GIVES THE OK TO PARA BUCKS U1 AT 1200<br>Event Type: NA | |
| 07/14/2021 11:52 | ROCK CREEK SWITCHING CENTER | DESABLA PH | General Log | ▮ REDUCED LOAD AT DESABLA DOWN TO 6.9MW TO RAISE RESERVOIR<br>Event Type: NA | |
| 07/14/2021 11:58 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | ▮ DOING BUCKS PENST INSPECTION FROM PORTAL TO PH<br>Event Type: NA | |
| 07/14/2021 12:04 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | BUCKS U1 PARA<br>Event Type: NA | |
| 07/14/2021 12:05 | ROCK CREEK SWITCHING CENTER | EP | General Log | EP ▮ NTFD OF ITEM 1204<br>Event Type: NA | |
| 07/14/2021 12:06 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | GCC ▮ NTFD OF ITEM 1204. BUCKS U1 FOLLOWING NORMAL TERMINAL VOLTAGE SCHEDULE CURRENTLY AT 10.6KV<br>Entry Type: NA | |
| 07/14/2021 12:30 | ROCK CREEK SWITCHING CENTER | GCC | General Log | GCC RPTS NO NEED DE ENERGIZE 230KV LINE FROM BUCKS CREEK DOWN TO POE U1 DUE TO DIXIE FIRE AT THIS TIME<br>Event Type: NA | |
| 07/14/2021 12:38 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | General Log | SUBMITTED AND APPROVED SAP TAG NOTIFICATION 10086000 TO LABEL BATTERY CHARGERS WITH PROPER FLOAT AND EQUALIZING VOLTAGE AND CHARGING CURRENT TO CORRECT DEFICIENCY IDENTIFIED ON 6/9/2021 OPERATIONS AUDIT.  CAP ISSUE #000121636539<br>Event Type: NA | |
| 07/14/2021 12:52 | ROCK CREEK SWITCHING CENTER | EP | General Log | EP ▮ GIVES THE OK TO SEP POE U1 FOR RESERVE S/D<br>Event Type: NA | |
| 07/14/2021 12:56 | ROCK CREEK SWITCHING CENTER | EP | General Log | EP ▮ NTFD OF ITEM 1256<br>Event Type: NA | |

Start Date 7/13/2021   End Date 7/15/2021

**Operator Log Report**

| Log Date Time | Unit | ID/Location | Workflow | Description | Created By |
|---|---|---|---|---|---|
| 07/14/2021 13:06 | ROCK CREEK SWITCHING CENTER | CRESTA PH | General Log | SUBMITTED AND APPROVED SAP TAG NOTIFICATION 10086002 TO LABEL CRESTA BATTERY CHARGERS WITH PROPER FLOAT AND EQUALIZING VOLTAGE AND CHARGING CURRENT TO CORRECT DEFICIENCY IDENTIFIED ON 6/9/2021 OPERATIONS AUDIT. CAP ISSUE #000121636539<br>Event Type: NA | |
| 07/14/2021 13:40 | ROCK CREEK SWITCHING CENTER | EP | General Log | EP ▇ GIVES THE OK TO SEP POE U2 FOR WATER SAVINGS<br>Event Type: NA | |
| 07/14/2021 13:46 | ROCK CREEK SWITCHING CENTER | EP | General Log | EP ▇ NTFD OF ITEM 1346<br>Event Type: NA | |
| 07/14/2021 14:35 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | BUCKS U1 17MW FOR WATER MANAGEMENT<br>Event Type: NA | |
| 07/14/2021 16:11 | ROCK CREEK SWITCHING CENTER | FIELD | General Log | BUCKS VLV 4 OPEN VIA AUTO<br>Event Type: NA | |
| 07/14/2021 16:55 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | RECEIVED BUCKS U1 BRG A OVER TEMP ALARM. REDUCED LOAD FROM 34MW TO 20MW. EP ▇ NTFD<br>Event Type: NA | |
| 07/14/2021 17:03 | ROCK CREEK SWITCHING CENTER | FIELD | General Log | ▇ DONE AT BUCKS LAKE AREA FOR 6 MONTH EAP LEVEL INDICATION TESTING<br>Event Type: NA | |
| 07/14/2021 17:30 | ROCK CREEK SWITCHING CENTER | CARIBOU SC | General Log | ▇ TAKING NF70 BETWEEN 450 AND 600 CFS<br>Event Type: NA | |
| 07/14/2021 17:40 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | BUCKS LOAD 10 MW FOR BRG OVER TEMP. ▇ EN ROUTE<br>Event Type: | |
| 07/14/2021 18:29 | ROCK CREEK SWITCHING CENTER | GCC | Voltage Order | ▇ COMPLETED VOLTAGE CALL- FOLLOW NORMAL TERMINAL VOLTAGE ORDER ON ALL UNITS IN ROCK CREEKS JURISDICTION PER GCC/▇<br>Entry Type: Routine | |
| 07/14/2021 18:34 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | Shift Change (template) | ▇ ON SHIFT, ▇ REVIEWED, ▇ OFF SHIFT<br>On Shift: ▇<br>Off Shift: ▇<br>Operator has ascertained the hydro system status through the shift turnover performed per PG-2204S and a check of the indications and | |

| Start Date | 7/13/2021 | End Date | 7/15/2021 | | | | |
|---|---|---|---|---|---|---|---|

## Operator Log Report

| Log Date Time | Unit | ID/Location | Workflow | Description | Created By |
|---|---|---|---|---|---|
| | | | | alarms: Confirmed | |
| 07/14/2021 18:56 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | Trouble | ▇ IN STA. FOUND #1 UNIT BRG A AT 53.6C. RESET ANNUNCIATOR AND BRG A HIGH TEMP SCADA ALARM RETURNED TO NORMAL. HE RPTS IT APPEARS THE ALARM SETTING IS 60.6 AND TRIP IS 63.55. PLACED AIR WASHER IN SERVICE, LEAVING STA<br>Event Type: | ▇ |
| 07/14/2021 19:51 | ROCK CREEK SWITCHING CENTER | EP | General Log | EP/▇ NTFD OF LOG ITEM 18:56<br>Event Type: | ▇ |
| 07/14/2021 20:00 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | Trouble | RECIEVED "BUCKS CREEK STA SERV TB3 UNDERVOLTAGE" SCADA ALARM<br>Event Type: | ▇ |
| 07/14/2021 20:07 | ROCK CREEK SWITCHING CENTER | ROCK CREEK PH | General Log | #2 UNIT TO 7MW FOR WATER MANAGEMENT, EP/▇ NTFD<br>Event Type: | ▇ |
| 07/14/2021 20:16 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | BUCKS CREEK UNIT 1 TO EXTERNAL MODE PER EP/▇ REQUEST<br>Event Type: | ▇ |
| 07/14/2021 20:33 | ROCK CREEK SWITCHING CENTER | NORTH VALLEY DO | Trouble | CALLED NVDO/▇ REGARDING LOG ITEM 20:00. HE RPTS THE ENTIRE BUCKS CREEK 1101 WAS DE-ENERGIZED PER CAL FIRE REQUEST FOR FIREFIGHTER SAFETY ON THE DIXIE FIRE<br>Event Type: | ▇ |
| 07/14/2021 20:47 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | Trouble | RECIEVED BUCKS CRK GEN 1 BRG A OVERTEMP ALARM<br>Event Type: | ▇ |
| 07/14/2021 20:57 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | Trouble | BUCKS CREEK TO 20MW IN FIXED DUE TO BEARING TEMP, EP/▇ NTFD<br>Event Type: | ▇ |
| 07/14/2021 21:00 | ROCK CREEK SWITCHING CENTER | NF | General Log | RECEIVED NF 57 OVER FERC LIMIT TWICE ALARM, FLOWS ALREADY ABOVE 200CFS<br>Event Type: | ▇ |
| 07/14/2021 21:39 | ROCK CREEK SWITCHING CENTER | BUCKS CREEK PH | General Log | @1 UNIT TO 10 MW DUE TO BEARING TEMP, EP/▇ NTFD<br>Event Type: | ▇ |