# EXHIBIT F

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:  (415) 749-1800
Facsimile:  (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 14-CR-00175-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF ▓▓▓▓▓ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES** |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | Judge: Hon. William Alsup |
| Defendant. | |

-1-
DECLARATION OF ▓▓▓▓▓ IN SUPPORT OF RESPONSE TO ORDER REQUESTING
INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA

I, ▇▇▇▇▇▇▇ hereby declare under penalty of perjury as follows:

1. I make this declaration based upon personal knowledge and if called as a witness I could and would testify competently to the matters set forth herein.

2. I am a Director of Electric Dispatch and Scheduling with Pacific Gas and Electric Company ("PG&E"). As a Director of Electric Dispatch and Scheduling, I am familiar with records created and maintained by PG&E related to assignments, or tags, sent to workers in the field, like roving operators and troublemen. I am also familiar with the manner in which PG&E stores recorded calls on PG&E phone lines.

3. Attachment 1 to this declaration is a true and accurate copy of the Order Activity Report for Tag 0009119619 (the "Cresta Dam tag"), created on July 13, 2021 at 9:36 a.m. An Order Activity Report shows certain events in connection with a tag, such as creation, assignment, reassignment, or completion of the event. According to the Order Activity Report, the Cresta Dam tag was initially assigned to a Quincy service area troubleman and then reassigned to a Chico service area troubleman ("Dixie Troubleman") at 10:47 a.m.

4. Attachment 2 to this declaration is a true and accurate copy of the Troubleman Workload Report for the Chico troubleman who was assigned the Cresta Dam tag on July 13, 2021. A Troubleman Workload Report shows a troubleman's tags on a particular day, including the times that: (a) the troubleman received the tag; (b) the troubleman began traveling to the location associated with the tag; (c) the troubleman arrived at the location; and (d) the troubleman completed the tag. A Troubleman Workload Report also shows other information associated with the tags, including the job code and any remarks from the dispatcher or the office associated with the tag. According to the Troubleman Workload Report, the Dixie Troubleman received the Cresta Dam tag at 10:47 a.m. and that he was on site at Cresta Dam no later than around 12:30 p.m. According to the Troubleman Workload Report, the Dixie Troubleman received a different priority 1 tag at 10:28 a.m. that he completed before heading to the Dam.

5. Attachment 3 to this declaration is a true and accurate copy of the Trouble Report generated by PG&E's Outage Information System on July 14, 2021. A Trouble Report shows data associated with outages reported by customers or generated by PG&E Smart Meters, including the

-2-

time at which an outage report was received and the manner in which it was reported. According to the Trouble Report for July 14, 2021, PG&E's system detected a partial power outage on the Paradise 1105 Circuit on Bader Mine Road at 2:48 p.m. According to the report, at 3:14 p.m., Butte County called PG&E regarding a wire down.

6.     Attachment 4 to this declaration is a true and accurate copy of the Outage Dispatch Tool for the first troubleman who responded to the Bader Fire on July 14, 2021. An Outage Dispatch Tool shows the date and time on which field workers, including troublemen, are assigned tags, as well as the time that the field worker arrives at the location associated with the tag. According to the Outage Dispatch Tool, the first troubleman was dispatched at 2:51 p.m. and arrived at Fuse 1291 by 3:22 p.m.

7.     I have listened to a recording of a phone call from Rock Creek Hydro Operator ▇ to Distribution Control Center Operator ▇ on July 13, 2021, at 7:21 a.m. What follows is an excerpt of the call, which is approximately 43 seconds long. Approximately seven seconds into the call, the Hydro Operator asks the Control Center Operator whether he is aware of any work on the Bucks Creek 1101 Line because "it seems like we lost AC power supply to our Cresta Dam." The Control Center responds, "No, I don't have anything going on on Bucks Creek." The Hydro Operator responds, "Ok, I got a rover that's responding and I'll let you know what I find out when he gets there."

8.     I have listened to a recording of a phone call from Rock Creek Hydro Operator ▇ to Distribution Control Center Operator ▇ on July 13, 2021, at 9:07 a.m. What follows are excerpts of the call, which is approximately one minute and 57 seconds long. Approximately four seconds into the call, the Hydro Operator reports: "There is trouble on the Bucks 1101. It seems to be energized at the sub there by Bucks powerhouse, but somewhere from there down to Cresta Dam in the, in the tunnel on Highway 70 must be where the trouble is because we do not have station service at Cresta Dam and all the lights are out inside the Elephant Butte tunnel." Approximately 43 seconds into the call, the Hydro Operator says, "it hasn't been windy here, you know, so I don't know what could have caused it." He says the roving operator confirmed there was power at the Bucks substation, "so from the sub to the Dam and the Tunnel there's some

-3-

trouble." Approximately one minute and 33 seconds into the call, the Control Center Operator asks, "Did your rover happen to look at the fuses there? Looks like we've got two sets of fuses." The Hydro Operator says, "He didn't say if he looked at them or not." The Control Center responds, "Either way, I will get a troubleman heading that way."

9. I have listened to a recording of a phone call from ▓▓▓▓▓ the Quincy troubleman who initially received the Cresta Dam tag to ▓▓▓▓▓ in Dispatch, on July 13, 2021, at 9:42 a.m. What follows is an excerpt of the call, which is approximately 27 seconds long. Approximately 10 seconds into the call, the Quincy troubleman informs Dispatch, "I got a tag, but it's actually a Chico t-man tag, or Paradise." The dispatcher responds, "Alright, I'll move it."

10. I have listened to a recording of a phone call from ▓▓▓▓▓ the Chico troubleman ("Dixie Troubleman"), to Distribution Control Center Operator ▓▓▓▓▓ on July 13, 2021, at 11:25 a.m. What follows are excerpts of the call, which is approximately six minutes long. Approximately two minutes and 55 seconds into the call, the Control Center Operator tells the Dixie Troubleman about his earlier calls with the Rock Creek Hydro Operator at 7:21 a.m. and 9:07 a.m.: "Rock Creek called earlier and they were asking if we were having trouble on that Bucks Creek 1101, and I told them no, not as far as I can tell, and so he sent his rover out there, and they do in fact not have any station service. And he said that it's something on our primary, because the tunnel—I think right there at Cresta—he said is dark." The Dixie Troubleman and the Operator then discuss the need to check fuses 805 and 17733, and that the latter is difficult to access, well up the mountain on a difficult road. Approximately five minutes and 19 seconds into the call, the Operator concludes that "because the breaker's closed, it still has a good load, I don't have any other indication of trouble, I would say it's probably one of those two fuses."

11. I have listened to a recording of a phone call from the Dixie Troubleman to Apprentice Distribution Control Center Operator ▓▓▓▓▓ on July 13, 2021, at 2:59 p.m. What follows are excerpts of the call, which is approximately two minutes and 25 seconds long. Approximately 28 seconds into the call, the Dixie Troubleman reports that he checked the 805 fuses. Then: "I looked up the hill, there's a fuse blown, I can tell at least one fuse blown at, what

-4-

1  is it, 17733. So I drive around, which takes about an hour and a half / two hours, and I get about a
2  mile from the pole, and Butte County is working on a bridge and I can't get to our pole." He then
3  reports that in his conversation with the crew, which occurred about an hour before the call, the
4  crew said they would be done "in about two hours." Approximately one minutes and 48 seconds
5  into the call, the Operator advises him go back up there when the crew was done on the bridge and
6  "then we'll try to fix that fuse."

8       I declare under penalty of perjury that the foregoing is true and correct to the best of my
9  knowledge.
10       Executed this 28 day of July, 2021, in the City of Lemoore, County of
11  Kings, State of California.

-5-
DECLARATION OF ▮▮▮▮ IN SUPPORT OF RESPONSE TO ORDER REQUESTING
INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA