# EXHIBIT F-1

# Attachment 1



# Order Activity Report

**Data Date: 7/20/2021**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UNKNOWN | PREMISES DO NOT CHA | STORRIE | 0009119619 | Acct: | 20210713 | 0800-2000 Pri:1 | COM Prem:0000005597 | Job Code: 1240 | E Unspecified-Outside |
| TKN | 20210713 | 0936 | 0009119619 | | Job Code: 1240 | | Exp: 20210713 | FAS Creation: | 20210713 09:37 |
| HST ACK | 20210713 | 0937:00 | 0009119619 | | | | | | |
| RAS | 20210713 | 0939:00 | 0009119619 | Reassigned by: | | Orig. Tech: | | New Tech: | |
| DISP | 20210713 | 0939:17 | 0009119619 | Dispatched by: | | Dispatched to: | | | |
| RAS | 20210713 | 1047:00 | 0009119619 | Reassigned by: | | Orig. Tech: | | New Tech: | |
| DISP | 20210713 | 1047:28 | 0009119619 | Dispatched by: | | Dispatched to: | | | |
| ENR | 20210713 | 1143:36 | 0009119619 | | | Technician: | | | |
| ONS | 20210713 | 1229:19 | 0009119619 | | | Technician: | | | |
| COMP | 20210713 | 2302:10 | 0009119619 | | 1240 | Technician: | | Cmp1:1190 | E Tree or Obj On Wire |

Last Refreshed On: 7/20/2021