# EXHIBIT F-2

# Attachment 2

**Det**
**Chic**    7/13/2021

| Area | HQ | Tech | Order State | Order Dispatch Count | Dispatch User ID | Last Dispatch Timestamp | Returned to Pending | Date Taken Timestamp | Enroute Time | Onsite Time | Completed Time | Total Time Billed To Order | En Route Minutes | Expected HQ Drive Time | Variance | On Site Minutes | Total Expected CC Time | Variance | Order Number | Priority | Appointment Window | Address | Job Cnts | CC1 | CC2 | CC3 | CC4 | Office Remarks | Dispatcher Remarks | Tech Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chico | | Completed | 6 | | 07/13 07 02 | | 07/01 12 48 | 08 21 | 08 43 | 09 12 | 50.8 | 21.8 | 10 | 11.8 | 29.0 | 29.0 | 0.0 | 0723599973 | 2 | AD | | 2124 | 2126 | 2052 | | | EMT.. INSTALL 200A 120/240 MTR CTC REP NOT #1196600225 | | Insta l serv, set mtr, chk vo t ok. Left main off |
| | | | Completed | 6 | | 07/13 07 02 | | 07/01 13 04 | 09 12 | 09 12 | 09 28 | 15.6 | 0.0 | 10 | -10.0 | 15.5 | 29.0 | -13.5 | 0727711720 | 2 | AD | | 2124 | 2126 | 2052 | | | EMT.. INSTALL 200A 120/240 MTR CTC REP NOT #1196600225 | | Insta l ser, chk volt and set mtr. Left main off |
| | | | Completed | 6 | | 07/13 07 02 | | 07/01 12 35 | 09 28 | 09 28 | 09 46 | 18.4 | 0.0 | 10 | -10.0 | 18.4 | 29.0 | -10.6 | 0729799710 | 2 | AD | | 2124 | 2126 | 2052 | | | EMT.. INSTALL 200A 120/240 MTR CTC REP NOT #196600225 | | Insta l ser, chk volt ok, set mtr. Left main off |
| | | | Completed | 6 | | 07/13 07 02 | | 07/01 13 02 | 09 47 | 09 47 | 10 01 | 14.2 | 0.0 | 10 | -10.0 | 14.2 | 29.0 | -14.8 | 0720969708 | 2 | AD | | 2124 | 2126 | 2052 | | | EMT.. INSTALL 200A 120/240 MTR CTC REP NOT #196600225 | | Insta l serv, chk volt and set mtr. Left main off |
| | | | Completed | 2 | | 07/13 10 28 | | 07/13 10 26 | 10 53 | 11 21 | 11 43 | 49.9 | 27.6 | 10 | 17.6 | 22.3 | 20.0 | 2.3 | 6713119073 | 1 | AD | | 2220 | 2220 | | | | GIVE TO TMAN | | Insp panel repairs ok, reconn and chk volt ok. Mtr tech to change out bad mtr |
| | | | Completed | 4 | | 07/13 10 47 | | 07/13 09 36 | 11 43 | 12 29 | 23 02 | 678.6 | 45.7 | 10 | 35.7 | 632.9 | 25.2 | 607.7 | 0009119619 | 1 | AD | UNKNOWN PREMISES DO NOT CHANGE STORRIE | 1240 | 1190 | | | | CHECK FUSE 805 - BUCKS CREEK 1101 - PER D O | PARADISE TAG PER TMAN | Found tree on line with 2 fuses blown and 1 still energized, open remaining. Ca led for 911 |
| | | | Reassigned | 1 | | 07/13 13 04 | | 07/13 13 04 | | | 14 59 | | | | | | | | T005340710 | 0 | AD | | 9060 | | | | | AXS-LOCKED GATE 3 DOGS LAB MIXES- WAS WORKING IN THE CUSTOMERS YARD AND HIT AN ELEC TRIC LINE THEY WERE ABLE RESET THE BREAKER FOR POWER | | |
| | Chico | | Completed | 5 | | 07/13 06 54 | | 07/08 14 56 | 07 07 | 10 13 | 10 15 | 187.7 | 185.9 | 10 | 175.9 | 1.9 | 20.0 | -18.1 | 0667878152 | 2 | AD | | 2094 | 2094 | | | | (2) T-MAN TO INSTALL 140' NEW 4/0 TPX SVC & SET 200A 120/240 1P B10S MTR - FLD CNT @ REP (T IPS) PM35249582 N#120875189 | TAG ON 2 TMEN | |
| | | | Completed | 1 | | 07/06 19 04 | | 07/06 19 04 | 10 19 | 10 55 | 11 32 | 72.8 | 35.7 | 10 | 25.7 | 37.1 | 0.0 | 37.1 | W106700003 | 2 | UD | | W110 | W110 | | | | | | set meter |

Det
Chic


7/13/2021

| Tech Info | | | Dispatch Info | | | | | FO Timestamp Info | | | | Elapsed Times | | | | | | Order Info | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Area | HQ | Tech | Order State | Order Dispatch Count | Dispatch User ID | Last Dispatch Timestamp | Returned to Pending | Date Taken Timestamp | Enroute Time | Onsite Time | Completed Time | Total Time Billed To Order | En Route Minutes | Expected HQ Drive Time | Variance | On Site Minutes | Total Expected CC Time | Variance | Order Number | Priority | Appointment Window | Address | Job Cnts | CC1 | CC2 | CC3 | CC4 | Office Remarks | Dispatcher Remarks | Tech Remarks |
| | | | Completed | 1 | | 07/13 07 48 | | 07/13 07 48 | 11 58 | 11 58 | 13 43 | 105.6 | 0.0 | 10 | -10.0 | 105.5 | 5.6 | 99.9 | T005340260 | 0 | AD | | 9190 | 0930 | | | | AXS-OK NON CUSTOMER STATES BRANCHES ENTANGLED IN LINES CAUSING WIRE TO SAG, MOVE IN ANOTHER DIRECTION, FEELS HAZARDOUS, NEAR CHICO HIGH SCHOOL | | Phone |
| | | | Completed | 1 | | 07/13 14 59 | | 07/13 14 59 | 14 59 | 15 52 | 15 53 | 53.6 | 52.8 | 10 | 42.8 | 0.8 | 5.6 | -4.8 | T005340856 | 0 | AD | | 9060 | 0930 | | | | AXS-LOCKED GATE XSTR 3 DOGS LAB MIXES- WAS WORKING IN THE CUSTOMERS YARD AND HIT AN ELECTRIC LINE THEY WERE ABLE RESET THE BREAKER FOR POWER | | custumer side of meter |
| | | | Completed | 4 | | 07/13 14 58 | | 07/13 12 27 | 15 57 | 16 40 | 16 41 | 43.6 | 42.8 | 10 | 32.8 | 0.8 | 5.6 | -4.8 | 0689701891 | 0 | AD | | 1160 | 0930 | | | | No Access or Safety Issues; POLE TO CALLERS HOUSE; WIRE HANGING 2 FEET ABOVE A TRUCK ON THE STREET; CONTACT NAME | | phone |
| | | | Completed | 2 | | 07/13 16 35 | | 07/13 16 28 | 16 42 | 16 42 | 16 43 | 0.9 | 0.0 | 10 | -10.0 | 0.9 | 5.6 | -4.7 | 0686573094 | 0 | AD | | 1160 | 0930 | | | | Access/Safety Dog(s); AXS UNKNOWN, WIRE LOW RUNNING ACCROSS THE STREET STATES THAT IF A TRUCK PASSES BY THEY WILL TAKE TH WIRE WITH THEM  WIRE CALLED IN TWO HOURS AGO FROM NEIGHBORHS ADDRESS AND NO ON HAS ARRIVED YET | | phone |



Det
Chic
7/13/2021

| Tech Info | | | Dispatch Info | | | | | FO Timestamp Info | | | | Elapsed Times | | | | | | | | | Order Info | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Area | HQ | Tech | Order State | Order Dispatch Count | Dispatch User ID | Last Dispatch Timestamp | Returned to Pending | Date Taken Timestamp | Enroute Time | Onsite Time | Completed Time | Total Time Billed To Order | En Route Minutes | Expected HQ Drive Time | Variance | On Site Minutes | Total Expected CC Time | Variance | Order Number | Priority | Appointment Window | Address | Job Code | CC1 | CC2 | CC3 | CC4 | Office Remarks | Dispatcher Remarks | Tech Remarks |
| | | | Completed | 1 | | 07/13 15 20 | | 07/13 15 20 | 16 44 | 18 23 | 18 24 | 100.5 | 99.6 | 10 | 89.6 | 0.9 | 5.6 | -4.7 | T005340873 | 1 | AD | | 9030 | 0930 | | | | AXS-DOGS ON PREMISE XSTR-COHESSET PWR-I CUSTOMER IS OUT OF POWER, PREVIOUS TR REPORT ON FILE HOWEVER ISSUE NOT RESOLVED. CUSTOMER STILL HAS NO POWER. CUST STATED DAMAGED ELECTRICAL METER BOX WAS DAMAGED BY AN UMBRELLA. | | meter problem |
| | | | Completed | 1 | | 07/13 15 50 | | 07/13 15 50 | 18 49 | 19 15 | 19 16 | 26.7 | 26.0 | 10 | 16.0 | 0.7 | 5.6 | -4.9 | T005340908 | 1 | AD | | 9030 | 0930 | | | | AXS-OK XSTR-NORD PWR-Y NO ELECTRIC SERVICE, WENT OUT APPROX. 10PM YESTERDAY, PWR ON PER SSNCKD MAIN OUTSIDE,AND GFI IN BATHROOM | | breaker |
| | | | Cancelled | 2 | | 07/13 06 22 | | 07/08 14 56 | | | 06 53 | | | | | | | | X316144369 | 2 | AD | | 2094 | | | | | (2) T-MAN TO INSTALL 140' NEW 4/0 TPX SVC & SET 200A 120/240 1P B10S MTR - FLD CNT PM35249582 N#120875189 | TAG ON 2 TMEN | |
| | | | Reassigned | 1 | | 07/13 16 21 | | 07/13 16 21 | | | 16 27 | | | | | | | | T005340928 | 1 | AD | | 9250 | | | | | AXS-AXS OK XSTR-QUARTZ ST PWR-I WIRE DOWN ACCROSS THE ROAD IF A TRUCK DRIVE STHROUGHTHEY RE TAKING THE LINE WITH THEM. CALL | | |