# EXHIBIT F-3

# Attachment 3

