# EXHIBIT F-4

# Attachment 4

**All Trouble Reports for Outage 1404752**

| Sent to FAS | Stdby 911 | Call Time | Smart Meter Time | Xfmr ID | Meter # | SSD | Name | Address | City | Premise Phone | Contact Phone | TR Cause | Hazard | TR Desc. | Reported By | AMI Info (Restoration) | AMI Info (Part Volt) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | N | 7/14/2021 14:48 | 7/14/2021 15:26 | '221165977820 | 1007460230 | '1291 | | 13586 BADER MINE RD | PARADISE | | | Complete Out - 1P | | Smart Mtr auto-generated tag | | 7/17/2021 11:31 | |
| Y | N | 7/14/2021 14:48 | 7/14/2021 15:26 | '221166577730 | 1007460300 | '1291 | | 13525 BADER MINE RD | PARADISE | | | Complete Out - 1P | | Smart Mtr auto-generated tag | | 7/14/2021 20:27 | |
| | N | 7/14/2021 14:48 | 7/14/2021 15:26 | '221166577730 | 1008943829 | '1291 | PARADISE IRRIGATION DISTRICT | 13525 BADER MINE RD BEHIND | PARADISE | | | Complete Out - 1P | | Smart Mtr auto-generated tag | | | 7/14/2021 16:45 |
| | N | 7/14/2021 14:48 | 7/14/2021 14:47 | '221167477962 | 1007460184 | '1291 | | 13668 BADER MINE RD | PARADISE | | | Complete Out - 1P | | Smart Mtr auto-generated tag | | | 7/14/2021 22:52 |
| | N | 7/14/2021 14:48 | 7/14/2021 14:47 | '221163877881 | 1010963207 | '1291 | | 13643 BADER MINE RD | PARADISE | | | Complete Out - 1P | | Smart Mtr auto-generated tag | | 7/23/2021 14:27 | |
| | N | 7/14/2021 14:49 | 7/14/2021 14:47 | '221167477962 | 1007460182 | '1291 | | 13667 BADER MINE RD | PARADISE | | | Complete Out - 1P | | Smart Mtr auto-generated tag | | | 7/14/2021 22:51 |
| Y | C | 7/14/2021 15:14 | | | | | BUTTE CO | 13699 Bader Mine Rd X-St.: SKYWAY | PARADISE | | | | Wire Down Outage | AXS-OK FD ONSITE WIRES DOWN-OUTAGE ETA REQ WHEN AVLB | | | |
| | N | 7/14/2021 15:31 | 7/14/2021 15:26 | '221162577800 | 1010130732 | '1291 | | 13670 BADER MINE RD | PARADISE | | | Complete Out - 1P | | Smart Mtr auto-generated tag | | 7/17/2021 10:17 | |
| | N | 7/14/2021 20:02 | | '221167477962 | 1007460184 | '1291 | | 13668 BADER MINE RD | PARADISE | | | Complete Out - 1P | | A:OK;X:SKY WAY;R:COMPLETE OUT | | | 7/14/2021 22:52 |

**Total 9 TR Reports**