# EXHIBIT G

```
 1  JENNER & BLOCK LLP
    Reid J. Schar (pro hac vice)
 2  RSchar@jenner.com
    353 N. Clark Street
 3  Chicago, IL 60654-3456
    Telephone:   (312) 222-9350
 4  Facsimile:   (312) 527-0484

 5  CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
 6  kdyer@clarencedyer.com
    899 Ellis Street
 7  San Francisco, CA 94109-7807
    Telephone:   (415) 749-1800
 8  Facsimile:   (415) 749-1694

 9  CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (pro hac vice)
10  korsini@cravath.com
    825 Eighth Avenue
11  New York, NY 10019
    Telephone:   (212) 474-1000
12  Facsimile:   (212) 474-3700

13  Attorneys for Defendant PACIFIC GAS AND
    ELECTRIC COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Defendant. | Case No. 14-CR-00175-WHA<br><br>**DECLARATION OF** ▮▮▮▮ **IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES**<br><br>Judge: Hon. William Alsup |

-1-
DECLARATION OF ▮▮▮▮ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION
ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA

I, █████████ declare at follows:

1. I am currently employed by Pacific Gas and Electric Company ("PG&E") as the Vegetation Management Supervisor, North Valley South, and I have training as an arborist. I make this declaration based upon personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I accompanied a Cal Fire investigations team that was visiting what I understand to be the suspected area of origin of the Dixie Fire ("site") on July 18, 2021, although I was not allowed to view the site on that occasion. I returned to the site on July 24, 2021 and again on July 26, 2021, when I was able to view portions of what I was told was a tree that had fallen onto the Bucks Creek 1101 line. The stump had been removed and the roots of the tree were approximately 40 feet from the line. The tree is a Douglas Fir.

3. I visited the site of the Bader Fire along the Paradise 1105 line on July 15, 2021. I observed that the portion of the tree that was reported to have fallen into the line was one stem of a two stemmed Black Oak Tree. The stump of the Black Oak was approximately 60 feet from the line. The broken stem was approximately 11 inches in diameter. The tree had been marked with blue paint and a bar code. PG&E does not use bar codes as part of its standard vegetation management marking system.

4. Attached to this declaration are eight photos I took at the site of the Bader Fire on July 15, 2021. As depicted in the photographs, affixed to the bottom of the tree was a bar code with the words "Camp Fire Tree Removal Project." I understand that that the California Office of Emergency Services coordinates post-Camp Fire tree removal work.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 28th day of July, 2021, in the City of Marysville County of Yuba, State of California.

-2-

DECLARATION OF ████████ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA