# EXHIBIT G-1

