# EXHIBIT G-2

