# EXHIBIT G-3

