# EXHIBIT G-4

