# EXHIBIT G-5

