# EXHIBIT G-6

