# EXHIBIT G-7

