# EXHIBIT G-8

