# EXHIBIT H

```
 1  JENNER & BLOCK LLP
    Reid J. Schar (pro hac vice)
 2  RSchar@jenner.com
    353 N. Clark Street
 3  Chicago, IL 60654-3456
    Telephone:    (312) 222-9350
 4  Facsimile:    (312) 527-0484

 5  CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
 6  kdyer@clarencedyer.com
    899 Ellis Street
 7  San Francisco, CA 94109-7807
    Telephone:    (415) 749-1800
 8  Facsimile:    (415) 749-1694

 9  CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (pro hac vice)
10  korsini@cravath.com
    825 Eighth Avenue
11  New York, NY 10019
    Telephone:    (212) 474-1000
12  Facsimile:    (212) 474-3700

13  Attorneys for Defendant PACIFIC GAS AND
    ELECTRIC COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-00175-WHA |
| Plaintiff, | **DECLARATION OF [REDACTED] IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES** |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | Judge: Hon. William Alsup |
| Defendant. | |

-1-
DECLARATION OF [REDACTED] IN SUPPORT OF RESPONSE TO ORDER REQUESTING
INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA

I, ▮▮▮▮▮▮ declare at follows:

1. I am currently employed by Pacific Gas and Electric Company ("PG&E") as a Troubleman in the Chico area. I make this declaration based upon personal knowledge and if called as a witness, I could and would testify competently to the matters set forth herein.

2. On July 14, 2021, I received a tag on my Getac device alerting me to a partial outage along the Paradise 1105 circuit. I received the tag near the end of my shift, which was scheduled to end at 3:30pm. On my way to the location, the tag was elevated with further information that the fire department was on site. I therefore headed directly to Fuse 1291 near the intersection of Skyway and Indian Drive in Magalia to investigate and, if necessary, open the fuses to deenergize the line completely and make the scene safe. When I got close to Fuse 1291, I saw that one of the three fuses was open. I ascended the pole and, for safety reasons, opened the other two fuses, which de-energized the line between the fuses and the load. I estimate that Fuse 1291 was approximately a half a mile from Bader Mine Road. I could not see Bader Mine Road from that location.

3. I then drove down to Bader Mine Road to assess the situation there. When I arrived, I observed one or more fire engines that appeared to be Cal Fire vehicles. A sheriff vehicle was leaving the area as I arrived. There was also another PG&E troubleman on site. There was retardant on the ground, and any fire that had been in the vicinity appeared to have been completely suppressed by the time I arrived.

4. I also saw that one of the two phases on the line at Bader Mine Road was down, and there was a tree leaning on the phase that was still intact. The other troubleman on site cut the downed line to make the scene safe. I filled out a tag for another crew to repair the line before I departed the scene.

///

-2-
DECLARATION OF ▮▮▮▮▮▮ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA

1   I declare under penalty of perjury under the laws of the United States and the State of
2   California that the foregoing is true and correct.
3       Executed this 28th day of July, 2021, in the City of Chico, County of Butte, State of
4   California.

-3-
DECLARATION OF ███████ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA