# EXHIBIT I

```
JENNER & BLOCK LLP
Reid J. Schar (pro hac vice)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:   (312) 222-9350
Facsimile:   (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:   (415) 749-1800
Facsimile:   (415_ 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (pro hac vice)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:   (212) 474-1000
Facsimile:   (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND
ELECTRIC COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>**DECLARATION OF ▮▮▮▮ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES**<br><br>Judge: Hon. William Alsup |

-1-
DECLARATION OF ▮▮▮▮ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION
ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA

1     I, ▮▮▮▮▮▮▮▮ declare at follows:

2     1.     I am currently employed by Pacific Gas and Electric Company ("PG&E") as a Troubleman in the Oroville area. I make this declaration based upon personal knowledge and if called as a witness, I could and would testify competently to the matters set forth herein.

    2.     On July 14, 2021, I received a call from a supervisor near the end of my shift, which was scheduled to end at about 3:30pm, asking me to go to Bader Mine Road. I immediately headed to the scene and arrived at approximately 3:45pm. When I arrived at the scene, I observed two fire engines and two Cal Fire pickup trucks were on the scene and that the fire had been suppressed. The area was covered with suppressant that appeared to have been dropped from the air.

    3.     I observed a tree fallen on a two-phase section of the distribution line that runs along Bader Mine Road—one phase had snapped, and the tree was leaning on the other phase. I asked the Cal Fire investigator on the scene for permission to cut the phase that had snapped and to cut the tree off of the other phase to make the area safe until the line could be repaired. The Cal Fire investigator gave me permission. I then trimmed the snapped phase around the adjacent poles so that the broken line would hang at least 10 feet above the ground. I also cut the tree off of the other phase with a saw. I did not observe any damage to any pole or to any line other than the phase that had snapped. I departed the scene after determining that it was safe and that I was no longer needed.

    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

    Executed this 28th day of July, 2021, in the City of Oroville, County of Butte, State of California.

-2-

DECLARATION OF ▮▮▮▮▮▮▮▮ IN SUPPORT OF RESPONSE TO ORDER REQUESTING INFORMATION ON DIXIE AND BADER FIRES
Case No. 14-CR-00175-WHA