# Exhibit O

Case 3:14-cr-00075-MSS   Document 12-2   Filed 08/16/21   Page 2 of 4

USDA Forest Service





FS-5300-48 (07/2009)

# U.S. FOREST SERVICE
## LAW ENFORCEMENT & INVESTIGATIONS
# INVENTORY OF SEIZED OR IMPOUNDED PROPERTY
(Reference FSH 5309.11, Chapter 20)

| Incident/Case No.: 21-05-MBBI03B | Seizure Date and Time: 07/25/21  14:55 | Nature of Incident: FLY FIRE WILDLAND FIRE | Case Agent/Officer: SA FONG |
|---|---|---|---|

☑ Owner PGE

☐ Seized From

Address or Location: 563 + 627
Butterfly Valley Rd, Quincy, CA

☑ Seized
☐ Impounded
☐ Unclaimed Property

☐ Other (___)

| Item No. | Description of Property (e.g., make, model, color, weight, value, serial number, etc.) | Location Obtained | Found By |
|---|---|---|---|
| 1ˢᵗ | SMART METER # 1008301353 | 563 BUTTERFLY VALLEY Rd. | PGE/Fong |
| 2ⁿᵈ | SMARTMETER # 1009743527 | 627 Butterfly Valley Rd. | PGE/Fong |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Storage Location:

Additional Comments: PGE Safety Specialist Jeff Lee present w/ staff.
Removed from residences by PGE.                8-4-21

FS-5300-49 (Continuation Sheet) attached? Y_____ N_✓_, Copies: Original-Case Agent/LEO; Copy (yellow)-Evidence Officer/Packing List, Copy (pink)-Receipt

USDA Forest Service


FOREST SERVICE
US
DEPARTMENT OF AGRICULTURE

*(hand-drawn diagram at top: poles 432, 433, 434, 435 with lines. Notes: "Drop", "— 435 Butterfly Va...", "Drop 563 Butterfly Valley")*

**U.S. FOREST SERVICE**
**LAW ENFORCEMENT & INVESTIGATIONS**
# INVENTORY OF SEIZED OR IMPOUNDED PROPERTY
(Reference FSH 5309.11, Chapter 20)

FS-5300-48 (07/2009)

| Incident/Case No.: 21-05-MBBI03B | Seizure Date and Time: 08/04/21  Approx 1530 | | Nature of Incident: FLY FIRE | Case Agent/Officer: SA FONG |
|---|---|---|---|---|
| ☐ Owner | Address or Location: PGE poles 432 - 435 Butterfly Valley Rd. | | ☑ Seized  ☐ Impounded  ☐ Unclaimed Property | ☐ Other (___) |
| ☑ Seized From  PGE | | | | |

| Item No. | Description of Property (e.g., make, model, color, weight, value, serial number, etc.) | Location Obtained | Found By |
|---|---|---|---|
| 4 | POWER POLE 433 FUSE | ON GROUND | |
| 5 | POLE 433 - 434 wire section — North South | btwn pole 433+434 | |
| 6 | POLE 434 - 434 wire section — South north | | |
| 7 | North wire btwn 433 pole + section cut to west | | |
| 8 | South wire btwn 433 pole + section cut to west | | |
| 9 | North wire btwn section cut + pole 434 | | |
| 10 | South wire btwn section cut + pole 434 | | |
| 11 | North wire pole 434 insulators | pole 434 | |
| 12 | South wire pole 434 insulators | pole 434 | |
| 13 | Pole 433 - crossarm, fuses, insulator + equipment | pole 433 | |
| 14 | SERVICE LINE - POLE 432 to 435 Butterfly Valley Rd - section pole break | Pole 432 service line | |

Storage Location:
Plumas NF SO

Additional Comments:
PGE Assist w/ removal of electrical equipment.                    8-4-21

FS-5300-49 (Continuation Sheet) attached? Y _✓_ N _____, Copies: Original-Case Agent/LEO; Copy (yellow)-Evidence Officer/Packing List, Copy (pink)-Receipt

# USDA Forest Service

FS-5300-49 (07/2009)

## U.S. FOREST SERVICE
## LAW ENFORCEMENT & INVESTIGATIONS
## INVENTORY OF SEIZED OR IMPOUNDED PROPERTY (CONTINUATION SHEET)
### (Reference FSH 5309.11, Chapter 20)

| Incident/Case No.: | Seizure Date and Time: | Nature of Incident: | Case Agent/Officer: |
|---|---|---|---|
| 21-05-MBBI3B | 08/04/21 Approx 1530 | FLY FIRE | SA FONG |

| Item No. | Description of Property (e.g. make, model, color, weight, value, serial number, etc.) | Location Obtained | Found By |
|---|---|---|---|
| 15 | SERVICE LINE - Section (B) btwn Section A + 435 Butterfly Valley | 435 Butterfly Valley | |
| 16 | SERVICE LINE - Section (C) | | |
| 17 | Service Line - Section (D) | | |
| 18 | Service Line - Section (E) (Fragments) | | |
| 19 | Smart meter - 435 Butter Fly Valley Rd + housing | | |
| 20 | North wire btwn pole 432 + 433 | | |
| 21 | South wire btwn pole 432 + 433 | | |
| 22 | Pole 432 - crossarm, fuses, insulators + equipment | | |
| 23 | Pole 435 - crossarm, fuses, insulators + equipment | 563 Butterfly Valley Rd | |
| 24 | North wire btwn pole 434 + 435 | 563 Butterfly Valley | |
| 25 | South wire btwn pole 434 + 435 | | |

Copies: Original – Case Agent/LEO; Copy (yellow) – Evidence Officer/Packing List; Copy (pink) - Receipt