# Exhibit P-1

