# Exhibit P-2

