# Exhibit P-3

