# Exhibit P-6

