# Exhibit P-7

