# Exhibit P-9

