# Exhibit P-10

