# Exhibit P-11

