# Exhibit P-15

