UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Defendant. | No.  CR 14-00175 WHA<br><br>**FURTHER ORDER REQUESTING RESPONSE AND RE UPCOMING HEARING** |

Responses to the questions posed at Dkt. Nos. 1417 and 1418 shall be sworn under oath. For matters related to the events of July 13 the troubleman should answer based on personal knowledge or his best information (if he lacks personal knowledge).  If he lacks personal knowledge but others do have personal knowledge, then they should answer too (under oath as well).

PG&E shall please advise the Court in writing by **AUGUST 24 AT NOON** whether it will produce the troubleman voluntarily, in person, at the hearing on September 13, 2021, at 2:00 p.m., without the necessity of a subpoena.  Failing this, the Court will issue a subpoena on its own and have it served by the U.S. Marshals Service.  PG&E shall by **AUGUST 24 AT NOON** also produce to the Court the home address of the troubleman who reported the Dixie Fire. (This may be done under seal.)

The deadline for any motion to move the September 13 hearing date is **AUGUST 24 AT NOON**.

PG&E shall today serve a copy of this order, and the orders at Dkt. Nos. 1417 and 1418, on counsel for the troubleman.  Counsel for the troubleman shall *also* advise the Court by **AUGUST 24 AT NOON**, whether the troubleman will appear in person voluntarily on September 13 or if a subpoena will be required.

PG&E shall provide the Court with transcripts of any 911 calls and transcripts of any calls to Cal FIRE reporting the Dixie Fire made by the troubleman, his supervisor, and any other PG&E employee.  Additionally, PG&E shall provide transcripts of radio calls that the troubleman made (reporting the fire) to the dispatch centers at Rocklin and Chico, to his supervisor, to Cal FIRE, and to any other emergency responder.  It shall also produce the transcripts of radio calls made *to* the troubleman by his supervisor, as well as any other party, in response to the initial notification about the Dixie Fire.  If transcripts are not possible, then produce summaries.

By **AUGUST 24 AT NOON**, PG&E shall also produce under seal the name and address where a subpoena may be served for the PG&E employee(s) who summarized to the monitor the information about another employee who spotted a drone in a contractor's car on July 14.

**IT IS SO ORDERED.**

Dated:  August 19, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE