UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

      Defendant.

No. CR 14-00175 WHA

**CLARIFICATION RE RESPONSES**

*First,* in all responses, if a PG&E submission states that a witness has no memory of an event occurring – or words to that effect – then the submission must go a step further and state whether (or not) the witness has a memory of the event *not* occurring.

*Second*, any time a submission uses an acronym or abbreviation, the submission must explain what it means. This can be done in a footnote attached to the reference or in a separate glossary. The glossary should go back to cover all abbreviations and acronyms in the July 28 submission (Dkt. No. 1408 and exhibits), and forward. This applies not only to submission memoranda but also to all exhibits and attachments.

*Third,* PG&E should submit the transcripts and/or summaries referenced in our prior order at Dkt. No. 1419 (at p. 2, lines 7–14) no later than **AUGUST 31, 2021, AT NOON**.

Dated: August 23, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE