JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:   (312) 222-9350
Facsimile:   (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:   (415) 749-1800
Facsimile:   (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (pro hac vice)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:   (212) 474-1000
Facsimile:   (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>             Defendant. | Case No. 14-CR-00175-WHA<br><br>**RESPONSE TO FURTHER ORDER REQUESTING RESPONSE AND RE UPCOMING HEARING DATED AUGUST 19, 2021**<br><br>Judge: Hon. William Alsup |

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this response to the Court's August 19, 2021 Order.  (Dkt. 1419.)

> *PG&E shall please advise the Court in writing by AUGUST 24 AT NOON whether it will produce the troubleman voluntarily, in person, at the hearing on September 13, 2021, at 2:00 p.m., without the necessity of a subpoena. Failing this, the Court will issue a subpoena on its own and have it served by the U.S. Marshals Service. PG&E shall by AUGUST 24 AT NOON also produce to the Court the home address of the troubleman who reported the Dixie Fire. (This may be done under seal.)*
>
> *PG&E shall today serve a copy of this order, and the orders at Dkt. Nos. 1417 and 1418, on counsel for the troubleman.*

PG&E served a copy of the Court's August 19 Order (Dkt. 1419) on the troubleman's counsel on August 19, 2021.  PG&E thereafter contacted the troubleman's counsel, who informed PG&E that the troubleman will appear voluntarily without the necessity of a subpoena.

> *By AUGUST 24 AT NOON, PG&E shall also produce under seal the name and address where a subpoena may be served for the PG&E employee(s) who summarized to the monitor the information about another employee who spotted a drone in a contractor's car on July 14.*

The names and addresses for service of process of the employees who summarized to the monitor on July 22, 2021 information known to PG&E at the time about the drone issue are provided in Exhibit Q.[1]  The two employees will likewise appear voluntarily without the necessity of a subpoena, should the Court request their appearance.

---

[1] Four people from PG&E were present on that call but only two summarized or discussed the drone.

-3-

Dated: August 24, 2021

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Reid J. Schar
    Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
    Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By: /s/ Kate Dyer
    Kate Dyer (Bar No. 171891)


Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY