Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for TROUBLEMAN

**FILED**

AUG 24 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Defendant. | Case No. CR 14-00175 WHA<br><br>**NOTICE OF APPEARANCE**<br><br>Crt.: Hon. William Alsup |

/ / /

/ / /

/ / /

**NOTICE OF APPEARANCE**
*United States v. PG&E*
CR 14-00175-WHA

Filed via Fax prepared by Nor Cal Courier and Legal Services 268 Bush St. #4042 San Francisco, CA 94104 415-850-9308

TO: THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Edward W. Swanson hereby appears as counsel on behalf of interested party TROUBLEMAN in the above-captioned matter and requests e-filing notice of all future court filings and items of correspondence.

Dated: August 24, 2019

/s/ *Edward W. Swanson*
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for defendant TROUBLEMAN

**NOTICE OF APPEARANCE**
United States v. PG&E
CR 14-00175-WHA

-2-