1  Edward W. Swanson, SBN 159859
   ed@smllp.law
2  Britt Evangelist, SBN 260457
   britt@smllp.law
3  SWANSON & McNAMARA LLP
4  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
5  Telephone: (415) 477-3800
6  Facsimile: (415) 477-9010

7
   Attorneys for TROUBLEMAN
8

**FILED**

**AUG 24 2021**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

9             **UNITED STATES DISTRICT COURT**
10
             **NORTHERN DISTRICT OF CALIFORNIA**
11
             **SAN FRANCISCO DIVISION**
12

13
14  UNITED STATES OF AMERICA,            Case No.  CR 14-00175 WHA
15                 Plaintiff,            **TROUBLEMAN'S RESPONSE
                                         TO FURTHER ORDER
16        vs.                            REQUESTING RESPONSE AND
                                         RE UPCOMING HEARING
17  PACIFIC GAS AND ELECTRIC COMPANY     [DKT. 1419]**
18                 Defendant.
                                         Crt.: Hon. William Alsup
19

20

21

22

23  / / /

24

25

26  / / /

27

28

Filed via Fax prepared by:
Nor Cal Courier and Legal Services
268 Bush St. #4042 San Francisco, CA 94104
415-850-9308

1

1   On August 19, 2021, the Court issued a Further Order Requesting Response and Re
2   Upcoming Hearing. Dkt. 1419.  In that order, the Court ordered PG&E to state whether it would
3   voluntarily produce for testimony the troubleman who reported the Dixie Fire and further
4   ordered that PG&E provide under seal to the Court the name and address of the troubleman in
5   the event a subpoena became necessary.  The Court further ordered counsel for the troubleman to
6   likewise state whether the troubleman would voluntarily appear for testimony on September 13.
7   Counsel for the troubleman hereby responds to the Court's August 19 order.  The troubleman
8   will voluntarily appear for testimony as ordered by the Court, and a subpoena will not be needed
9   to secure his appearance.

11  Dated: August 24, 2021                               Respectfully submitted,

14                                                         _____/s/_____
15                                                         Edward W. Swanson
                                                           Britt Evangelist
16                                                         SWANSON & McNAMARA LLP
                                                           Attorneys for TROUBLEMAN