UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Defendant. | No. CR 14-00175 WHA<br><br>**ORDER ADVANCING HEARING AND RE APPEARANCES** |

The September 13 hearing in this matter will be advanced from 2:00 p.m. to 9:00 a.m. on September 13. It will be held in person. Any problem with this new time must be brought to the Court's attention by **FRIDAY AT NOON**.

The Court appreciates the responses filed by PG&E and counsel for the troubleman indicating witness' willingness to appear voluntarily. Both the troubleman and the two PG&E employees who summarized information about the drone for the monitor **SHALL APPEAR** in person at the hearing on **SEPTEMBER 13 AT 9:00 A.M.**

PG&E **SHALL** please serve counsel for the troubleman with this order.

**IT IS SO ORDERED.**

Dated: August 25, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE