# Exhibit R-1

