# Exhibit R-2

