# Exhibit R-4

