# Exhibit S-1

