# Exhibit S-2

