# Exhibit T-2

