# Exhibit X-1



## Bucks Creek 1101 Area of Interest





8/23/2021

While every effort has been made to produce accurate maps, it is possible that plotting might not reflect actual locations, as determined by Global Positioning Systems or other physical location measuring techniques.

