# Exhibit X-2



