# Exhibit X-3

# Troubleman Route

- T-Man Location and Time
- PG&E Service Center

**route**

- T-Man Route
- Direction of Travel
- Closed Bridge
- Fuse 17733
- Cresta Dam

0 1 2 3 Miles

8/24/2021

While every effort has been made to produce accurate maps, it is possible that plotting might not reflect actual locations, as determined by Global Positioning Systems or other physical location measuring techniques.


