**LUCIANO LAW**
Jane Luciano, Esq. (SBN 124263)
9000 Crow Canyon Road
Suite S 168
Danville, CA 94506
(925) 216-6030
Jane-luciano@comcast.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 14-00175 WHA |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER FOR REQUEST FOR NOTICE IN CRIMINAL MATTER** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Defendant | |

Interested party requests the Court's authorization to allow the filing of a Request for Notice in the above referenced matter.

The court having fully considered the matter hereby grants interested party's request. Interested party Jane Luciano, Esq may file the Request for Notice in the criminal matter, USA v. Pacific Gas and Electric Company.

ORDER RE: REQUEST FOR NOTICE IN CRIMINAL MATTER.

**IT IS SO ORDERED:**

**DATED:**

                              William H. Alsup
                 JUDGE OF THE DISTRICT COURT
                        NORTHERN DIVISION

ORDER RE: REQUEST FOR NOTICE IN CRIMINAL MATTER.