```
LUCIANO LAW
Jane Luciano, Esq. (SBN 124263)
9000 Crow Canyon Road
Suite S 168
Danville, CA 94506
(925) 216-6030
Jane-luciano@comcast.net
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 14-00175 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR NOTICE IN CRIMINAL MATTER** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Defendant | |

**TO: SENIOR DISTRICT COURT JUDGE WILLIAM H. ALSUP:**

Interested party Jane Luciano, Esq. hereby requests the Court's authorization to allow for the filing of the following Request for Notice in the criminal matter against Pacific Gas and Electric Company.

**PLEASE TAKE NOTICE** that interested party Jane Luciano, Esq. hereby requests that copies of all notices and papers be given to and served upon the following address:

REQUEST FOR NOTICE

**Jane Luciano, Esq.**
**9000 Crow Canyon Rd. Ste S 168**
**Danville, CA 94506**
Email: jane-luciano@comcast.net

**PLEASE TAKE FURTHER NOTICE** that this request includes not only copies of the notices and papers referred to above, but also includes any notice, motion, proposed order, application, petition, pleading, request, demand, memorandum, declaration, request for information and any response thereto, and any writings filed or given in connection with the above referenced case and proceeding therein.

Dated:  August 20, 2021                                          BY:

                                                            */s/ Jane Luciano, Esq.*
                                                            Jane Luciano, Esq.

REQUEST FOR NOTICE