UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER RE REQUEST FOR NOTICE** |
| Defendant. | |

The request by non-party wildfire victims to *file* a Request for Notice is **GRANTED**. The Request for Notice itself is **DENIED**.

Interested non-parties may, however, sign up to receive Case Specific Emails as described at: https://cand.uscourts.gov/cases-e-filing/cm-ecf/managing-my-account/signing-up-for-case-specific-emails-nefs/.

**IT IS SO ORDERED.**

Dated: August 30, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE