# Exhibit Y

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:   (312) 222-9350
Facsimile:    (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:   (415) 749-1800
Facsimile:    (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:   (212) 474-1000
Facsimile:    (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>**DECLARATION OF ▮▮▮▮▮ ("ARBORIST") IN SUPPORT OF RESPONSE TO FOLLOW-UP QUESTIONS RE DIXIE AND FLY FIRES**<br><br>Judge: Hon. William Alsup |

-1-
DECLARATION OF ▮▮▮▮▮ IN SUPPORT OF RESPONSE TO FOLLOW-UP QUESTIONS RE DIXIE
AND FLY FIRES
Case No. 14-CR-00175-WHA

I, ▮▮▮▮▮▮▮, declare as follows:

1. I am currently employed by Pacific Gas and Electric Company ("PG&E") as the Vegetation Management Supervisor, North Valley South, and I have training as an arborist. This declaration is based on my personal knowledge and records in the possession of PG&E that I have reviewed.

### Fly Fire

2. On August 2 and 4, 2021, I was present at the area of 435 and 563 Butterfly Valley Twain Road in Quincy, California where PG&E assisted the United States Forest Service in collecting evidence. I participated in assisting with the site visit, including with collecting portions of a white fir tree (the "White Fir").

3. I have reviewed photographs taken during the site visits. Based on that review, I believe that the White Fir uprooted and fell into the line. The photographs appear to depict the White Fir's trunk in one, non-broken piece attached to what appears to be the White Fir's root ball or a portion of it. Upon observing the exposed root ball of the tree following its uprooting, I observed what looked to me to be signs of rot in the root ball, as reflected in, for example, the photographs labeled IMG_6189.JPG, IMG_6195.JPG and IMG_6199.JPG. I understand that these three photographs were previously submitted to the Court.

### Dixie Fire

4. I visited the reported area of origin of the Dixie Fire on several occasions, including on July 26, 2021, after the stump I understand to be associated with the tree that fell into the line was removed. I have also reviewed photographs of the roots of that stump taken during the site visits, including ones I understand were previously submitted to the Court labeled 2021-07-26_0698.JPG and 2021-07-26_1644.JPG. I believe that one root shows signs of internal rot. I have not reached any conclusion as to whether this rot is related to the falling of the tree or whether there were any external indications of the rot.

5. I am familiar with the systems that PG&E uses to track its vegetation management work, including its Vegetation Management Database ("VMD"), which contains tree-level data

regarding trees identified for work. At my direction, a PG&E employee I manage queried the system to retrieve information responsive to the Court's questions about the trees identified for work within one quarter mile of the Douglas Fir that fell in the November 2020 routine patrol, the January 2021 CEMA inspection, and other inspections and patrols the prior five years (the "Questions"). I reviewed the output of those queries. The table below, Table A, accurately reflects the data contained in VMD that is responsive to the Questions. None of the trees identified below was the Douglas Fir that was observed on the Bucks Creek 1101 Circuit.

**Table A**

| Inspection | Species | Height (feet) | DBH (inches) | Type of Work | Date Work Marked Complete |
|---|---|---|---|---|---|
| Sept. 2018 Routine | Ponderosa Pine | 32 | 12 | Top | 6/18/19 |
| Sept. 2018 Routine | Ponderosa Pine | 100 | 33 | Overhang | 6/18/19 |
| Sept. 2018 Routine | Ponderosa Pine | 30 | 10 | Top | 6/18/19 |
| Sept. 2018 Routine | Ponderosa Pine | 35 | 10 | Side Trim | 6/18/19 |
| Sept. 2018 Routine | Cedar | 26 | 7 | Remove | 10/6/18 |
| Sept. 2018 Routine | Black Oak | 30 | 6 | Remove & Treat Stump | 10/6/18 |
| Sept. 2018 Routine | Ponderosa Pine | 35 | 12 | Top | 10/6/18 |
| Sept. 2018 Routine | Ponderosa Pine | 40 | 13 | Side Trim | 6/18/19 |
| Sept. 2018 Routine | Ponderosa Pine | 45 | 14 | Side Trim | 6/18/19 |
| Sept. 2018 Routine | Live Oak | 32 | 18 | Slope Trim | 6/18/19 |
| Sept. 2018 Routine | Live Oak | 16 | 3 | Brush Trim | 6/18/19 |
| Sept. 2018 Routine | Cedar | 80 | 75 | Overhang | 6/18/19 |
| Sept. 2018 Routine | Douglas Fir | 30 | 7 | Remove | 6/18/19 |
| Sept. 2018 Routine | Douglas Fir | 26 | 7 | Remove | 6/18/19 |
| Sept. 2018 Routine | Douglas Fir | 100 | 38 | Remove | 6/18/19 |

| Inspection | Species | Height (feet) | DBH (inches) | Type of Work | Date Work Marked Complete |
|---|---|---|---|---|---|
| Sept. 2018 Routine | Black Oak | 45 | 16 | Slope Trim | 6/14/19 |
| Sept. 2018 Routine | Douglas Fir | 80 | 22 | Side Trim | 6/14/19 |
| Sept. 2018 Routine | Alder | 38 | 14 | Top | 6/14/19 |
| June 2019 Tag[1] | Douglas Fir | 90 | 29 | Remove | 6/26/19 |
| Nov. 2020 Routine | Douglas Fir | 100 | 38 | Remove | 6/10/21 |
| Nov. 2020 Routine | Cedar | 80 | 75 | Side Trim | 6/11/21 |
| Nov. 2020 Routine | Ponderosa Pine | 80 | 22 | Side Trim | 6/11/21 |

---

[1] PG&E's records indicate that this tree was identified for work because of an EC tag rather than a routine patrol or inspection.

1  I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct.
3  Executed this 30th day of August, 2021, in the City of Marysville, County of
4  Yuba, State of California.

-5-
DECLARATION OF ███████ IN SUPPORT OF RESPONSE TO FOLLOW-UP QUESTIONS RE DIXIE AND FLY FIRES
Case No. 14-CR-00175-WHA