# Exhibit Z

1  JENNER & BLOCK LLP
       Reid J. Schar (*pro hac vice*)
2      RSchar@jenner.com
       353 N. Clark Street
3      Chicago, IL 60654-3456
4  Telephone: +1 312 222 9350
   Facsimile: +1 312 527 0484
5
   CLARENCE DYER & COHEN LLP
6      Kate Dyer (Bar No. 171891)
       kdyer@clarencedyer.com
7      899 Ellis Street
       San Francisco, CA 94109-7807
8  Telephone: +1 415 749 1800
9  Facsimile: +1 415 749 1694

10 CRAVATH, SWAINE & MOORE LLP
       Kevin J. Orsini (*pro hac vice*)
11     korsini@cravath.com
       825 Eighth Avenue
12     New York, NY 10019
13 Telephone: +1 212 474 1000
   Facsimile: +1 212 474 3700
14
   Attorneys for Defendant PACIFIC GAS AND ELECTRIC
15 COMPANY

16
                    UNITED STATES DISTRICT COURT
17                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
18

19

| UNITED STATES OF AMERICA, | Case No. 14-CR-00175-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF METEOROLOGIST ▇▇▇ IN SUPPORT OF PG&E'S RESPONSE TO FOLLOW-UP QUESTIONS RE DIXIE AND FLY FIRES** |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | Judge: Hon. William Alsup |

I, ███████, declare as follows:

1. I am the interim ████████████████████████████ at Pacific Gas and Electric Company ("PG&E"). In this role, I serve as the ██████ the meteorology department at PG&E. I have worked in PG&E's meteorology department for over ten years in various roles. This declaration is based on my personal knowledge and records that I have reviewed.

2. On July 22, 2021, the nearest weather station to the location of the tree referred to in PG&E's submission as the White Fir that reports wind data to the National Weather Service was QYRC1, which is located approximately 2.5 miles from the recorded location of the White Fir. QYRC1 reported winds of 4 mph with gusts to 16 mph at 4:15 p.m. and winds of 3 mph with gusts to 17 mph at 5:15 p.m. on July 22, 2021.

3. On July 13, 2021, the nearest weather station to the location of the tree referred to by this Court as the Douglas Fir that reports wind data to the National Weather Service was PG&E weather station PG326, located approximately 5.9 miles away from the Douglas Fir.

4. On July 13, 2021, PG326 reported wind speeds between 3 mph and 17 mph, with gusts between 5 mph and 30 mph.

5. At 6:40 a.m. on July 13, 2021, PG326 reported winds of 5 mph, with gusts of 9 mph. Ten minutes later, at 6:50 a.m. on July 13, 2021, the same station reported winds of 7 mph, with gusts of 9 mph.

6. I have reviewed the charts provided in PG&E's Responses to Questions 11, 17 and 33, and the data reflected therein accurately reflects the data reported by the National Weather Service for the referenced stations.

7. The CHAC1 station stands on the ridge of a large hill.

1   I declare under penalty of perjury under the laws of the United States and the State of
2   California that the foregoing is true and correct.
3   Executed this 31st day of August, 2021, in the City of ___Dublin_____, County of
4   ____Alameda_____, State of California.

-3-
DECLARATION OF METEOROLOGIST ▮▮▮▮▮▮▮▮▮ IN SUPPORT OF PG&E'S RESPONSE TO
FOLLOW-UP QUESTIONS
Case No. 14-CR-00175-WHA