# Exhibit BB

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:  (415) 749-1800
Facsimile:  (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>**DECLARATION OF [REDACTED] IN SUPPORT OF RESPONSE TO FOLLOW-UP QUESTIONS RE DIXIE AND FLY FIRES, QUESTIONS 7 THROUGH 36**<br><br>Judge: Hon. William Alsup |

48156294.1

-1-

DECLARATION OF [REDACTED] IN SUPPORT OF RESPONSE TO FOLLOW-UP QUESTIONS
RE DIXIE AND FLY FIRES, QUESTIONS 7 THROUGH 36
Case No. 14-CR-00175-WHA

I, ▮▮▮▮▮▮▮▮▮▮ hereby declare under penalty of perjury as follows:

1. I make this declaration based upon personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth herein.

2. I am a Senior Consulting Electrical Engineer in the Applied Technology Services Department, the testing and failure analysis laboratory at Pacific Gas and Electric Company ("PG&E").

3. One type of fuse used by PG&E is the S&C SMU-20 power fuse. This fuse is identified on page 86 of the 2021 edition of the California Power Line Fire Prevention Field Guide issued by CalFire and the California Public Utilities Commission as permanently exempt equipment from the requirements of California Public Resources Code section 4292.

4. In the course of my duties at PG&E, I have become aware of instances of the S&C SMU-20 power fuse failing to operate properly due to water entering the fuse and causing swelling of the solid arc-extinguishing boric acid compound inside the fuse tube. As a result, the fuse may not terminate the fault condition within the design timeframe, and the fuse may continue arcing internally. This failure to operate properly has resulted at times in the fuse itself heating up and igniting.

5. In January of 2020, the company issued a Utility Bulletin regarding this issue and the proper storage, handling, and other steps to take in order to avoid water entering the fuse. The company is continuing to review this issue. I participated in the development of the Utility Bulletin, and I am participating in the ongoing review.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of August, 2021, in the City of Richmond, County of Contra Costa, State of California.