# Exhibit DD

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:     (312) 222-9350
Facsimile:      (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:     (415) 749-1800
Facsimile:      (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:     (212) 474-1000
Facsimile:      (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Defendant. | Case No. 14-CR-00175-WHA<br><br>**DECLARATION OF ▮▮▮▮▮▮▮▮ IN SUPPORT OF RESPONSE TO FOLLOW-UP QUESTIONS RE DIXIE AND FLY FIRES, QUESTIONS 7 THROUGH 36**<br><br>Judge: Hon. William Alsup |

48142312.1

-1-

DECLARATION OF ▮▮▮▮▮▮▮▮ IN SUPPORT OF RESPONSE TO FOLLOW-UP QUESTIONS RE DIXIE AND FLY FIRES, QUESTIONS 7 THROUGH 36
Case No. 14-CR-00175-WHA

I, ▮▮▮▮▮▮▮▮▮▮ hereby declare under penalty of perjury as follows:

1. I make this supplemental declaration based upon personal knowledge and if called as a witness I could and would testify competently to the matters set forth herein.

2. I am a Supervisor for Hydro Generation with Pacific Gas and Electric Company ("PG&E"). As a Supervisor for Hydro Generation, I am familiar with messages created and maintained by PG&E's SCADA system regarding operation of the Cresta Dam facility.

3. I have reviewed what I am informed are the stored alarm messages in the SCADA system for the Cresta Dam facility for July 13, 2021. A true and correct copy of those alarm messages is attached hereto as Attachment 1. The stored messages include messages all identified as from 6:48:17 a.m. providing notification first of a loss of AC power, then that the onsite standby generator is running, and then that AC power returned to normal. These messages indicate that, as it is designed to do, the standby generator immediately operated to provide AC power when AC power from the distribution line was lost. There is no indication in the SCADA data that AC power from the distribution line was thereafter restored.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of August, 2021, in the City of Chico, County of Butte, State of California.

# Attachment 1

## Cresta / Cresta Dam1 / Cresta Dam 2  alarms for 7/13/21

| Date / Time (24 hour) | ORIGIN | DESCRIPTION | EVENT | VALUE | KEY | SEV |
|---|---|---|---|---|---|---|
| 7/13/2021 0:03:09 | CRESTA | CRESTA #2 TURB GATE FULLY CLOSED | RETURN TO NORMAL | NO | 01012176 | 5 |
| 7/13/2021 0:03:10 | CRESTA | CRESTA #2 TURB GATE POS (CALC) | RETURN TO NORMAL | BETWEEN | 02012003 | 5 |
| 7/13/2021 0:05:00 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 1:43:53 | CRESTA | CRESTA #2 TURB GATE FULLY CLOSED | DEVICE CHANGE OF STATE | YES | 01012176 | 5 |
| 7/13/2021 1:44:00 | CRESTA | CRESTA #2 TURB GATE POS (CALC) | DEVICE CHANGE OF STATE | CLOSED | 02012003 | 5 |
| 7/13/2021 2:49:53 | CRESTA | CRESTA #2 TURB GATE FULLY CLOSED | RETURN TO NORMAL | NO | 01012176 | 5 |
| 7/13/2021 2:50:00 | CRESTA | CRESTA #2 TURB GATE POS (CALC) | RETURN TO NORMAL | BETWEEN | 02012003 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 RADIAL GATE HOIST LOC/REM | DEVICE CHANGE OF STATE | LOCAL | 01010005 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 DISCH VLV 1 POS FAIL | RETURN TO NORMAL | NORMAL | 01010103 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 AC POWER FAIL | DEVICE CHANGE OF STATE | ALARM | 01010002 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 RG SETPOINT NOT POSSIBLE | DEVICE CHANGE OF STATE | ALARM | 01010047 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 DC POWER FAIL | DEVICE CHANGE OF STATE | ALARM | 01010003 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 STANDBY GENERATOR RUNNING | DEVICE CHANGE OF STATE | RUNNING | 01010014 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 DC POWER FAIL | RETURN TO NORMAL | NORMAL | 01010003 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 DISCH VLV 1 POS FAIL | DEVICE CHANGE OF STATE | ALARM | 01010103 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 AC POWER FAIL | RETURN TO NORMAL | NORMAL | 01010002 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 RG SETPOINT NOT POSSIBLE | RETURN TO NORMAL | NORMAL | 01010047 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 RADIAL GATE HOIST LOC/REM | RETURN TO NORMAL | REMOTE | 01010005 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 FV & RG FLOW TOTAL CFS | LOW LIMIT 1 EXCEEDED | 125 | 03010023 | 6 |
| 7/13/2021 6:48:00 | CRESTA DAM 1 | CRD1 FISH WATER FLOW CFS | LOW LIMIT 1 EXCEEDED | 56.04 | 03010010 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 2 | CRD2 DC POWER FAIL | DEVICE CHANGE OF STATE | ALARM | 01013003 | 6 |
| 7/13/2021 6:48:00 | CRESTA DAM 2 | CRD2 DISCH VLV 2 POS FAIL | DEVICE CHANGE OF STATE | ALARM | 01013103 | 5 |
| 7/13/2021 6:48:00 | CRESTA DAM 2 | CRD2 DC POWER FAIL | RETURN TO NORMAL | NORMAL | 01013003 | 6 |
| 7/13/2021 6:48:00 | CRESTA DAM 2 | CRD2 DISCH VLV 2 POS FAIL | RETURN TO NORMAL | NORMAL | 01013103 | 5 |
| 7/13/2021 6:49:00 | CRESTA DAM 1 | CRD1 FV & RG FLOW TOTAL CFS | RETURN TO NORMAL | 226 | 03010023 | 6 |
| 7/13/2021 6:49:00 | CRESTA DAM 1 | CRD1 FISH WATER FLOW CFS | RETURN TO NORMAL | 145.43 | 03010010 | 5 |
| 7/13/2021 6:51:48 | CRESTA | CRESTA POWERHOUSE DOOR STATUS | DEVICE CHANGE OF STATE | OPEN | 01012135 | 5 |
| 7/13/2021 8:47:00 | CRESTA DAM 1 | CRD1 DOOR POSITION | DEVICE CHANGE OF STATE | OPEN | 01010001 | 5 |
| 7/13/2021 8:49:00 | CRESTA DAM 1 | CRD1 DOOR POSITION | RETURN TO NORMAL | CLOSED | 01010001 | 5 |
| 7/13/2021 15:46:38 | CRESTA | CRESTA POWERHOUSE DOOR STATUS | RETURN TO NORMAL | CLOSED | 01012135 | 5 |
| 7/13/2021 16:53:04 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:13:22 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:13:28 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012007 | 4 |
| 7/13/2021 17:14:02 | CRESTA | CR-1-A-PH-KV KVOLTS | CONTROL FAILED | RAISE | 18012005 | 5 |
| 7/13/2021 17:19:36 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:19:36 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:19:43 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012007 | 4 |
| 7/13/2021 17:19:43 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012007 | 4 |
| 7/13/2021 17:20:16 | CRESTA | CR-1-A-PH-KV KVOLTS | CONTROL FAILED | RAISE | 18012005 | 5 |
| 7/13/2021 17:20:16 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | HIGH LIMIT 1 EXCEEDED | 11.18 | 03012010 | 3 |
| 7/13/2021 17:20:23 | CRESTA | CR-2-A-PH-KV KVOLTS | CONTROL FAILED | RAISE | 18012007 | 5 |
| 7/13/2021 17:20:24 | CRESTA | CRESTA #1 GEN A-PHASE KILOVOLTS KVOLTS | HIGH LIMIT 1 EXCEEDED | 11.18 | 03012004 | 3 |
| 7/13/2021 17:22:27 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:22:28 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:22:34 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012007 | 4 |
| 7/13/2021 17:22:34 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012007 | 4 |
| 7/13/2021 17:24:09 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:24:10 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:24:15 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012007 | 4 |
| 7/13/2021 17:24:18 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012007 | 4 |
| 7/13/2021 17:24:49 | CRESTA | CR-1-A-PH-KV KVOLTS | CONTROL FAILED | RAISE | 18012005 | 5 |
| 7/13/2021 17:24:58 | CRESTA | CR-2-A-PH-KV KVOLTS | CONTROL FAILED | RAISE | 18012007 | 5 |
| 7/13/2021 17:25:56 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:26:02 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012007 | 4 |
| 7/13/2021 17:26:09 | CRESTA | CRESTA #1 GEN A-PHASE KILOVOLTS KVOLTS | ███████, Limit Override | OVERRIDE | 03012004 | 4 |
| 7/13/2021 17:26:10 | CRESTA | CRESTA #1 GEN A-PHASE KILOVOLTS KVOLTS | RETURN TO NORMAL | 11.36 | 03012004 | 3 |
| 7/13/2021 17:26:17 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | ███████, Limit Override | OVERRIDE | 03012010 | 4 |
| 7/13/2021 17:26:18 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | RETURN TO NORMAL | 11.37 | 03012010 | 3 |
| 7/13/2021 17:36:35 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:36:36 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012005 | 4 |
| 7/13/2021 17:36:42 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | RAISE | 18012007 | 4 |
| 7/13/2021 20:01:08 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012005 | 4 |
| 7/13/2021 20:01:08 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012005 | 4 |
| 7/13/2021 20:01:09 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012005 | 4 |
| 7/13/2021 20:01:48 | CRESTA | CR-1-A-PH-KV KVOLTS | CONTROL FAILED | LOWER | 18012005 | 5 |
| 7/13/2021 20:03:18 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 20:03:19 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 20:03:23 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012005 | 4 |
| 7/13/2021 20:03:24 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012005 | 4 |
| 7/13/2021 20:03:58 | CRESTA | CR-2-A-PH-KV KVOLTS | CONTROL FAILED | LOWER | 18012007 | 5 |
| 7/13/2021 20:04:03 | CRESTA | CR-1-A-PH-KV KVOLTS | CONTROL FAILED | LOWER | 18012005 | 5 |
| 7/13/2021 20:04:44 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012005 | 4 |
| 7/13/2021 20:04:44 | CRESTA | CR-1-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012005 | 4 |
| 7/13/2021 20:04:49 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 20:04:49 | CRESTA | CR-2-A-PH-KV KVOLTS | ███████, Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 20:05:24 | CRESTA | CRESTA #1 GEN A-PHASE KILOVOLTS KVOLTS | LOW LOW LIMIT 2 EXCEEDED | 11.2 | 03012004 | 2 |

| Date / Time (24 hour) | ORIGIN | DESCRIPTION | EVENT | VALUE | KEY | SEV |
|---|---|---|---|---|---|---|
| 7/13/2021 20:05:45 | CRESTA | CR-2-A-PH-KV KVOLTS | Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 20:06:02 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | LOW LOW LIMIT 2 EXCEEDED | 11.18 | 03012010 | 2 |
| 7/13/2021 20:06:50 | CRESTA | CR-2-A-PH-KV KVOLTS | Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 20:07:48 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | Limit Override | OVERRIDE | 03012010 | 4 |
| 7/13/2021 20:07:48 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | HIGH LIMIT 1 EXCEEDED | 11.18 | 03012010 | 3 |
| 7/13/2021 20:08:00 | CRESTA | CRESTA #1 GEN A-PHASE KILOVOLTS KVOLTS | , Limit Override | OVERRIDE | 03012004 | 4 |
| 7/13/2021 20:08:01 | CRESTA | CRESTA #1 GEN A-PHASE KILOVOLTS KVOLTS | RETURN TO NORMAL | 11.15 | 03012004 | 3 |
| 7/13/2021 20:08:15 | CRESTA | CR-2-A-PH-KV KVOLTS | Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 20:08:24 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | RETURN TO NORMAL | 11.17 | 03012010 | 3 |
| 7/13/2021 20:43:25 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | HIGH LIMIT 1 EXCEEDED | 11.18 | 03012010 | 3 |
| 7/13/2021 20:43:36 | CRESTA | CR-2-A-PH-KV KVOLTS | Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 20:43:54 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | RETURN TO NORMAL | 11.14 | 03012010 | 3 |
| 7/13/2021 21:43:46 | CRESTA | CR-2-A-PH-KV KVOLTS | Operator Control | RAISE | 18012007 | 4 |
| 7/13/2021 21:44:13 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | HIGH LIMIT 1 EXCEEDED | 11.18 | 03012010 | 3 |
| 7/13/2021 21:44:24 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | RETURN TO NORMAL | 11.17 | 03012010 | 3 |
| 7/13/2021 21:44:31 | CRESTA | CR-1-A-PH-KV KVOLTS | Operator Control | LOWER | 18012005 | 4 |
| 7/13/2021 21:45:11 | CRESTA | CR-1-A-PH-KV KVOLTS | CONTROL FAILED | LOWER | 18012005 | 5 |
| 7/13/2021 21:48:24 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | HIGH LIMIT 1 EXCEEDED | 11.18 | 03012010 | 3 |
| 7/13/2021 21:48:55 | CRESTA | CR-2-A-PH-KV KVOLTS | Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 21:49:34 | CRESTA | CR-2-A-PH-KV KVOLTS | CONTROL FAILED | LOWER | 18012007 | 5 |
| 7/13/2021 21:50:25 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | RETURN TO NORMAL | 11.17 | 03012010 | 3 |
| 7/13/2021 21:51:25 | CRESTA | CRESTA #1 GEN A-PHASE KILOVOLTS KVOLTS | HIGH LIMIT 1 EXCEEDED | 11.18 | 03012004 | 3 |
| 7/13/2021 21:51:25 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | HIGH LIMIT 1 EXCEEDED | 11.2 | 03012010 | 3 |
| 7/13/2021 21:52:03 | CRESTA | CR-1-A-PH-KV KVOLTS | , Operator Control | LOWER | 18012005 | 4 |
| 7/13/2021 21:52:24 | CRESTA | CRESTA #1 GEN A-PHASE KILOVOLTS KVOLTS | RETURN TO NORMAL | 11.17 | 03012004 | 3 |
| 7/13/2021 21:52:42 | CRESTA | CR-2-A-PH-KV KVOLTS | , Operator Control | LOWER | 18012007 | 4 |
| 7/13/2021 21:53:21 | CRESTA | CR-2-A-PH-KV KVOLTS | CONTROL FAILED | LOWER | 18012007 | 5 |
| 7/13/2021 21:53:25 | CRESTA | CRESTA #2 GEN A-PHASE KVOLTS KVOLTS | RETURN TO NORMAL | 11.17 | 03012010 | 3 |
| 7/13/2021 22:02:59 | CRESTA | CR-1-A-PH-KV KVOLTS | Operator Control | LOWER | 18012005 | 4 |
| 7/13/2021 23:07:46 | CRESTA | CR-2-A-PH-KV KVOLTS | Operator Control | LOWER | 18012007 | 4 |