# Exhibit EE

# North Valley

## *Outage Report*

| | | |
|---|---|---|
| **Report Printed** Wed Jul 14 14:51:01 PDT 2021 | | |
| **Date From** | **Date To** | **Outage Type** Both |
| **OutNum** 21-0089207 | **Equipment Type** | **Equip Condition** |
| **Equipment Involved** | **Equipment Cause** | **Equipment Supplemental** |
| **Outage Level** | **Outage Interval** | **Fault Type** |
| **Action Required** Both | **Active** Both | **Circuit** |
| **EquipID** | **Fire Mitigation** No | **District** |

Export To Excel

## Unplanned Outages

### Paradise

| | | | |
|---|---|---|---|
| **Circuit** | 102211101, BUCKS CREEK-1101 | **Event Log** | 21-0089207 |
| **Type** | Unplanned | **Weather** | Clear;32-90F |
| **Customers** | **CESO** 4  **CEMO** 0  **ADJ CESO** 3  **Initial** 2 | **Customer Minutes** | **Sus** 460  **Mom** 0  **Adj Sus** 460  **CAIDI** 153 |
| **Active** | YES | **Fault Type** | Line to Line |
| **Interval** | Sustained | **Action Required** | No |
| **EquipID** | 17733 | **Construction Type** | OH |
| **Equipment Type** | Fuse | **OIS Outage#** | 1403761 |
| **Equipment Condition** | Conductor, Overhead, Normal | **Targets** | |
| **Crew Notified Time** | | **Supervisor Notified** | |
| **Equipment Address** | CRESTA DAM TAP W/O SW 17183 | **Fire Mitigation** | No |
| **Fault Location** | 1ST SPAN LD SIDE OF FUCO 17733 | | |
| **Previous Switching Details** | VEG FIRE IN AREA | | |
| **Action Description** | | **Wire Down Energized** | No |
| **Cause** | Vegetation, Tree - fell into line | **No Access Reason** | |
| **Multi Damage Location** | No | **# of Operations** | |
| **Counter Read** | | **Created By** | |
| **Outage Level** | Distribution Circuit | **Last Updated By** | |
| **FNL** | 07/13/21 16:40 | **Reviewed By** | Not Required |
| **End Date** | | **Reviewed By Date** | |

| Date | Description | Customers Restored |
|---|---|---|
| 07/13/21 16:40 | FUSE 17733 OPEN- ▇▇▇ FOUND FUCO 17733 #1 AND #2 BLOWN OPENED REMAINING AND TAGGED MOL -TREE IN THE LINE - GRASS FIRE- CALLED CPUC- D.O. NOTIFIED OF FUSES BLOWN AT 2250; ▇▇▇ HAD ALSO REPORTED THAT THERE WERE MULTIPLE CONSTRUCTION CREWS IN THE AREA WORKING ON THE BRIDGE AND TUNNEL ALL NEAR THE TROUBLE AREA, TOOK AN EXTRA 2 HOURS TO GET AROUND THEM TO GET TO THE LOCATION | 0 |
| 07/13/21 20:30 | SWITCH 941 OPEN & T/MOL, PER TMAN ▇▇▇ & ▇▇▇; PER CAL FIRE REQUEST TO OPEN SWITCH FOR SAFETY DUE TO A FIRE IN THE AREA | -1 |