# Exhibit FF-1

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13      7-13-2021 104946PM
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 1

```
 1             TROUBLEMAN:  Hey, ███████, █████
 2   ████████.
 3             DISPATCHER:  Hey.
 4             TROUBLEMAN:  The fuses I was on
 5   over here by the fire, were you-all aware of
 6   that?
 7             DISPATCHER:  The fire, are you talking
 8   Bucks Creek?
 9             TROUBLEMAN:  Yep.
10             DISPATCHER:  Okay, Switch 941?
11             TROUBLEMAN:  ████████ opened that, but
12   I opened the fuses 17733.
13             DISPATCHER:  Oh, you did.
14             TROUBLEMAN:  Yeah, there was two of
15   three blown, the 1 and 2.  And I opened the
16   remaining and I don't even remember what time I
17   did it.
18             DISPATCHER:  Guess?  Do you have a
19   guestimate?
20             TROUBLEMAN:  Let's go 1640.
21             DISPATCHER:  1640.  And was that after he
22   opened that switch?
23             TROUBLEMAN:  No, that was way
24   before.
25             MAN 1:  He opened the switch at 2030.
```

Page 2

```
 1            DISPATCHER:  Okay.
 2            TROUBLEMAN:  Yeah, that was for the
 3   tree that was the on line, there's a tree on a
 4   line that started a fire.
 5            DISPATCHER:  Oh, my goodness.
 6            TROUBLEMAN:  I opened that and when
 7   the ground troops got up there, they wanted that
 8   other section of line opened up too.
 9            DISPATCHER:  Okay.  So let me get this
10   associated -- let's see -- and that's tagged
11   MOL?
12            TROUBLEMAN:  Yeah.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              C E R T I F I C A T I O N
2
3    I, Sonya Ledanski Hyde, certify that the
4    foregoing transcript is a true and accurate
5    record of the proceedings.
6    Date: August 30, 2021
7
8
9
10   _____
11          Sonya Ledanski Hyde
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```