# Exhibit FF-2

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13       7-13-2021 10 52 24 PM
14
15
16
17
18
19
20
21
22
23
24
25
                                                                  Page 1
```

```
 1            DISPATCHER:  ...and that's what started
 2   the fire?  For your --
 3            TROUBLEMAN:  Correct.  No, that started
 4   it.
 5            DISPATCHER:  Okay.
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                  Page 2
```

```
1                C E R T I F I C A T I O N
2
3    I, Sonya Ledanski Hyde, certify that the
4    foregoing transcript is a true and accurate
5    record of the proceedings.
6    Date: August 30, 2021
7
8
9
10   _____
11              Sonya Ledanski Hyde
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 3
```