# Exhibit FF-3

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    7-13-2021 105244PM
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 1

```
 1              TROUBLEMAN:  ███ ████, our Cal Fire
 2   liaison was up here, all of that.  The fire was
 3   only, I'm guessing about three acres.  That was
 4   seen on the fire page.  They said it was at two
 5   acres and pretty much contained.  They got ground
 6   crews up there working on it now.
 7              DISPATCHER:  Okay.
 8              TROUBLEMAN:  No damage to any of our
 9   poles or anything except for still on the line.
10              DISPATCHER:  Okay.  So the cause here -
11   -
12              TROUBLEMAN:  That might --
13              DISPATCHER:  -- was vegetation.  Tree
14   grew into line or it fell onto the line?
15              TROUBLEMAN:  No, it fell, fell into the
16   line.
17              DISPATCHER:  Tree onto the line and --
18              TROUBLEMAN:  First span, load side of
19   M17733.
20
21
22
23
24
25
                                                  Page 2
```


```
1                C E R T I F I C A T I O N
2
3     I, Sonya Ledanski Hyde, certify that the
4     foregoing transcript is a true and accurate
5     record of the proceedings.
6     Date: August 30, 2021
7
8
9
10            [signature: Sonya M. Ledanski Hyde]
11               Sonya Ledanski Hyde
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 3
```