# Exhibit FF-4

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    7-13-2021  105346PM
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 1
```

```
 1              DISPATCHER:  There's no wire down or
 2   anything like that?  Everything's good?
 3              TROUBLEMAN:  Yeah.
 4              DISPATCHER:  I'll just say overhead
 5   conductor normal.  Okay, awesome.
 6              TROUBLEMAN:  And I guess when they give
 7   us the green light to go back up there, we'll
 8   just kind of do a little safety look at about two
 9   or three poles and reenergize it.
10              DISPATCHER:  Okay.  Sounds good.  We'll
11   probably talk sometime tomorrow then, huh?
12              TROUBLEMAN:  Yeah, I would figure so.
13              DISPATCHER:  Okay.  Thank you.
14              TROUBLEMAN:  All right.  Thanks,
15   ████.  Have a good night.
16              DISPATCHER:  You to.
17
18
19
20
21
22
23
24
25
```

```
 1                C E R T I F I C A T I O N
 2
 3     I, Sonya Ledanski Hyde, certify that the
 4     foregoing transcript is a true and accurate
 5     record of the proceedings.
 6     Date: August 30, 2021
 7
 8
 9
10
11          Sonya Ledanski Hyde
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 3
```