# Exhibit GG-1

