# Exhibit GG-2

