# Exhibit HH

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:     (312) 222-9350
Facsimile:     (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:     (415) 749-1800
Facsimile:     (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:     (212) 474-1000
Facsimile:     (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND
ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-CR-00175-WHA<br><br>**GLOSSARY OF ACRONYMS AND ABBREVIATIONS**<br><br>Judge: Hon. William Alsup |

-1-

GLOSSARY OF ACRONYMS AND ABBREVIATIONS, IN RESPONSE TO ORDER ON CLARIFICATION RE RESPONSES (Dkt. No. 1420).
Case No. 14-CR-00175-WHA

## **Glossary of Acronyms and Abbreviations**

PG&E submits the below glossary of acronyms and abbreviations in response to the Court's August 23 Order (Dkt. 1420).

| | |
|---|---|
| **A/AB** | A-Phase Line Voltage Measurement |
| **AC power** | Alternating Current Power |
| **ACSR** | Aluminum Conductor Steel-Reinforce |
| **Actv Time** | Activation Time |
| **AD** | All-Day |
| **ADJ CESO** | Adjacent Customers Experiencing Sustained Outages |
| **Adj Sus** | Adjusted Sustained |
| **Alt** | Alternative |
| **AMI Info** | Advanced Metering Infrastructure |
| **AOR** | Area Of Responsibility |
| **AUTO** | Automatic / Automatically |
| **AXS** | Access |
| **B/BC** | B-Phase Line Voltage Measurement |
| **BRG** | Bearing |
| **C/CA** | C-Phase Line Voltage Measurement |
| **C/O** | Cutout |
| **C/OUT** | Cutout |
| **CAIDI** | Customer Average Interruption Duration Index |
| **CAP ISSUE** | Corrective Action Program Issue |
| **CC Time** | Completion Code Time |
| **CCHR** | *[Damage code for "Cyl Clearance (10' Radius x 8' High)"]* |
| **Cyl Clearance** | Cylindrical Clearance |
| **CEMA** | Catastrophic Event Memorandum Account |
| **CEMO** | Customers That Experienced A Monthly Outage |
| **CESO** | Customers Experiencing Sustained Outages |
| **CFS** | Cubic Feet Per Second |

| **CHA** | Change |
|---------|--------|
| **CHA** | Change |
| **Chk volt ok** | Check Voltage Okay |
| **CHP** | California Highway Patrol |
| **CKD** | Checked |
| **CLPU** | Cold Load Pick-Up |
| **CMP** | Complete |
| **Cmp1** | Completion Code 1 |
| **Coeff** | Coefficient |
| **COMP** | Completed By |
| **CONN** | Connector |
| **CPUC** | California Public Utilities Commission |
| **CR-2-A-PH-KV** | Cresta 2 A-Phase |
| **CRD1** | Cresta Dam 1 |
| **CRD1 FV & RG FLOW** | Cresta Dam 1 Fish Valve & Radial Gate Flow |
| **CRD2** | Cresta Dam 2 |
| **CRK** | Creek |
| **CT Type** | Current Transformer |
| **CTC** | Customer To Contact |
| **CTR** | Current Ratio |
| **CTR** | Center |
| **DC Power** | Direct Current Power |
| **Deg** | Degree |
| **DEV.** | Device |
| **DISCH** | Discharge |
| **DISP** | Dispatched |
| **DO** | Distribution Operators / Operations |
| **DSIP** | Dispatched |
| **E** | Electric |

-3-

GLOSSARY OF ACRONYMS AND ABBREVIATIONS, IN RESPONSE TO ORDER ON CLARIFICATION RE RESPONSES (Dkt. No. 1420)
Case No. 14-CR-00175-WHA

| | |
|---|---|
| **EAP** | Emergency Action Plan |
| **EC** | Electric Corrective |
| **EMT** | Energy Meter Technician |
| **En** | Enabled |
| **ENR** | En Route |
| **EP** | Energy Procurement |
| **Equip** | Equipment ID |
| **ETA** | Estimated Time Of Arrival |
| **ETOR** | Estimated Time Of Restoration |
| **Exp** | Expires / Expiration |
| **FAS** | Field Automation System *or* Field Activity System |
| **FERC LIMIT** | Federal Energy Regulatory Commission Limit |
| **FLD** | Field |
| **FLD CNT** | Field Contact |
| **FNL** | First No Light |
| **FO** | Field Order |
| **FUCO** | Fuse Cutout |
| **GCC** | Grid Control Center |
| **GD** | Ground |
| **Gd Rcls** | Ground Recloser |
| **GEN 1** | Generation 1 |
| **GETAC** | General Electric Tactical Tablet |
| **GFI** | Ground Fault Indicator |
| **GOV** | Governor |
| **GPM** | Gallons Per Minute |
| **HCT** | High Current Trip |
| **HFTDs** | High Threat Fire District |
| **HLT** | Hot Line Tag |
| **HMI** | Human Machine Interface |

GLOSSARY OF ACRONYMS AND ABBREVIATIONS, IN RESPONSE TO ORDER ON CLARIFICATION RE
RESPONSES (Dkt. No. 1420)
Case No. 14-CR-00175-WHA

| **HQ** | Headquarters |
|---|---|
| **HST ACK** | Host Acknowledged |
| **Hydro Operator** | Hydroelectric Plant Operator |
| **IA** | A-Phase Amps |
| **IB** | B-Phase Amps |
| **IC** | C-Phase Amps |
| **IMG** | Image |
| **Insp** | Inspect |
| **Insta 1 Serv** | Install 1 Service |
| **IVR** | Interactive Voice Response |
| **KVOLTS** | Kilovolts |
| **L/O or LO** | Lockout |
| **LAT:LONG** | Latitude and Longitude |
| **LD** | Load |
| **LOC/REM** | Local / Remote |
| **Man/Ext** | Manual / External |
| **MIN** | Minimum |
| **Min Rsp Time** | Minimum Response Time |
| **Min Trip** | Minimum To Trip |
| **Min Trip Mult** | Minimum Trip Multiplier |
| **Mom** | Momentary |
| **Mtr** | Meter |
| **MTT** | Minimum To Trip |
| **Mult.** | Multiple |
| **MW** | Megawatt |
| **NE/O** | Northeast Of |
| **NF** | North Fork Feather River Gauging Station |
| **NFTD** | Notified |
| **NVDO** | North Valley Distribution Operations |

GLOSSARY OF ACRONYMS AND ABBREVIATIONS, IN RESPONSE TO ORDER ON CLARIFICATION RE RESPONSES (Dkt. No. 1420)
Case No. 14-CR-00175-WHA

| | |
|---|---|
| **NW** | Northwest |
| **Obj** | Object |
| **OH** | Overhead |
| **OIS** | Outage Information System |
| **OMT** | Outage Management Tool |
| **ONS** | Onsite |
| **Ops to L/O** | Operations To Lockout |
| **OR** | Outage Remarks |
| **Orig.** | Original |
| **Orig. Tech** | Original Tech |
| **OutNum** | Outage Number |
| **P** | Primary |
| **PARA** | Parallel |
| **Part Volt** | Partial Voltage |
| **PC** | Personal Computer |
| **PENST** | Penstock |
| **Ph** | Phase |
| **PH** | Phase, Or Powerhouse |
| **PI** | Process Information |
| **POS** | Position |
| **PRC** | Public Resources Code |
| **PREM** | Premises |
| **PRI** | Primary |
| **Pri 1** | Priority 1 (Same Day Tag) |
| **Pri Amps** | Primary Amps |
| **PSPS** | Public Safety Power Shutoffs |
| **PT** | Point, Or Potential Transformer |
| **PT/Bushing** | Potential Transformer In Bushing |
| **PWR** | Power |

GLOSSARY OF ACRONYMS AND ABBREVIATIONS, IN RESPONSE TO ORDER ON CLARIFICATION RE
RESPONSES (Dkt. No. 1420)
Case No. 14-CR-00175-WHA

| | |
|---|---|
| **PWR-I** | Intermittent Power |
| **PWR-Y** | Power-Yes |
| **R** | Riser |
| **RAS** | Re-Assigned |
| **RCLS** | Reclose |
| **Rcls Intrvl** | Reclose Interval |
| **RCR** | Rock Creek |
| **Reconn** | Reconnect |
| **REP** | Rep (Job-Owner) |
| **RES** | Reservoir |
| **Rev** | Revision |
| **RG SETPOINT** | Radial Gate Setpoint |
| **Rover** | Roving Operator |
| **RPR** | Repair |
| **RPTS** | Reports |
| **RT SCADA** | *[Name of Supervisory Control and Data Acquisition Application]* |
| **S** | Secondary |
| **S&C SMU** | Fuse Manufactured by S&C Electric Company |
| **S/D** | Shutdown |
| **SAP** | System Analysis Program |
| **SC** | Switching Center |
| **SCADA** | Supervisory Control and Data Acquisition |
| **SEC** | Secondary |
| **SEP** | Separated |
| **Seq. #** | Sequence Number |
| **SERV** | Service |
| **SEV** | Severity |
| **SIPT** | Safety And Infrastructure Protection Team |
| **SSD** | Source Side Device |

GLOSSARY OF ACRONYMS AND ABBREVIATIONS, IN RESPONSE TO ORDER ON CLARIFICATION RE
RESPONSES (Dkt. No. 1420)
Case No. 14-CR-00175-WHA

| | |
|---|---|
| **SSD** | Source Side Device |
| **SSN** | Silver Springs Network |
| **ST** | Street |
| **STA** | Station |
| **Stdby** | Standby |
| **Sub** | Substation |
| **Sus** | Sustained |
| **SVC** | Service |
| **SVC** | Service |
| **SW** | Switch |
| **T/MOL** | Tag Man On Line |
| **TCB** | *[Name Of Third-Party Construction Contractor]* |
| **TCC** | Time Characteristic Curve |
| **TCO** | Trip Cut Out |
| **Tech.** | Technician |
| **TEMP.** | Temperature |
| **TKN** | Taken |
| **TLINE** | Transmission Line |
| **TMAN** | Troubleman |
| **TPX** | Triplex |
| **TPX** | Triplex |
| **Trip/Lo** | Trip Lockout |
| **TRK** | Truck |
| **U1** | Unit 1 |
| **U2** | Unit 2 |
| **UD** | Undated |
| **Unf** | Unfiltered |
| **USFS** | United States Forest Service |
| **V expected** | Voltage Expected |

-8-

GLOSSARY OF ACRONYMS AND ABBREVIATIONS, IN RESPONSE TO ORDER ON CLARIFICATION RE
RESPONSES (Dkt. No. 1420)
Case No. 14-CR-00175-WHA

| VA | Phase-A Volts |
|---|---|
| VB | Phase-B Volts |
| VC | Vegetation Clearance |
| VC | Phase-C Volts |
| VLV | Valve |
| VMD | Vegetation Management Database |
| W/O | West Of |
| X | Across |
| X-ARM | Cross-Arm |
| XFMR | Transformer |
| X-St | Across-Street |
| XSTR | Cross-Street |

GLOSSARY OF ACRONYMS AND ABBREVIATIONS, IN RESPONSE TO ORDER ON CLARIFICATION RE RESPONSES (Dkt. No. 1420)
Case No. 14-CR-00175-WHA