JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　Defendant. | Case No. 14-CR-00175-WHA<br><br>**FURTHER SUBMISSION IN RESPONSE TO QUESTION 7 IN FOLLOW-UP QUESTIONS RE DIXIE AND FLY FIRES**<br><br>Judge:  Hon. William Alsup |

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this further submission in response to Question 7 in the Court's August 17, 2021 order (Dkt. 1417).

**Question 7:**

Please provide copies of all reports and memos and emails regarding the site visit on April 16, 2021, regarding the plan for under-grounding the circuit and all reports and memos and emails summarizing, describing or referring to the need to do so or the proposal to do so or the problem leading to such proposals.

**PG&E Further Response:**

Consistent with PG&E's August 31, 2021 submission, PG&E delivered to the Court on August 31, 2021 a thumb drive containing electronic copies of 2,044 documents bearing Bates PGE-DIXIE-NDCAL-0000001 to PGE-DIXIE-NDCAL-000008582 that PG&E has identified as responsive to this request. PG&E is making its additional production described in the August 31, 2021 submission by delivering to the Court on September 3, 2021 a second thumb drive containing 2,054 documents that PG&E has identified as responsive to this request bearing Bates PGE-DIXIE-NDCAL-000008583 to PGE-DIXIE-NDCAL-000017010.[1] PG&E is also producing additional documents identified as relating to the system hardening project for the Bucks Creek 1101 distribution circuit approved by the Wildfire Risk Governance Steering Committee in January 2021 (the "Bucks Creek 1101 System Hardening Project"). The second thumb drive includes indexes identifying the Bates range for each document family in the August 31, 2021 and September 3, 2021 productions.

Together with various PowerPoint presentations, PG&E is producing approximately 1,000 embedded Excel files containing data related to graphs and charts in those presentations. If the Court prefers, PG&E can produce an alternative set of the documents without the embedded Excel files.

---

[1] As set forth in PG&E's August 31, 2021 submission, PG&E does not interpret the Court's question as calling for information protected by the attorney-client privilege or attorney work product protection. Where applicable, PG&E is redacting portions of documents determined to be protected by attorney-client privilege or to constitute attorney work product.

As set forth in PG&E's August 31, 2021 submission, certain documents being provided to the Court contain personally identifying information and other confidential information. PG&E is in the process of identifying this confidential information and will prepare and deliver a redacted set and file a corresponding administrative motion to seal.

Dated: September 3, 2021

Respectfully Submitted,

JENNER & BLOCK LLP

By: /s/ Reid J. Schar
Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By: /s/ Kate Dyer
Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY