UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER RE PROCEDURE FOR UPCOMING HEARING** |
| Defendant. | |

At the hearing on Monday, the procedure for questioning the witness, the Troubleman, will go as follows. The Court will begin questioning the witness. Then, counsel for PG&E and counsel for the government will be given an opportunity also to ask questions (in an order to be determined).

**IT IS SO ORDERED.**

Dated: September 9, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE