ST_FOR_RESPONSE_RE_DIXIE_FIRE.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Defendant. | No. CR 14-00175 WHA<br><br>**ORDER GRANTING [1463] MOTION FOR LEAVE TO FILE** |

Request by *amici* Alex Cannara and Gene Nelson for leave to file is **GRANTED**. The requests to be heard and for the Court to invite a representative from PG&E to the Monday hearing are **DENIED**.

**IT IS SO ORDERED.**

Dated: September 12, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE