UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

PACIFIC GAS AND ELECTRIC COMPANY,

          Defendant.

No.  CR 14-00175 WHA

**ORDER RE MOTIONS TO SEAL BY PG&E AND THE FEDERAL MONITORS**

The motions at Dkt. Nos. 1357, 1370, 1409, and 1465 are **GRANTED** to the extent that they seek to seal the names, addresses and contact information of the PG&E employees, contractors, and customers identified in these associated documents.

**IT IS SO ORDERED.**

Dated:  September 14, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE