# Exhibit II

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:   (312) 222-9350
Facsimile:   (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:   (415) 749-1800
Facsimile:   (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:   (212) 474-1000
Facsimile:   (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Defendant. | Case No. 14-CR-00175-WHA <br><br> **INDEX OF DISPATCHERS, DISTRIBUTION OPERATORS, AND HYDRO OPERATORS** <br><br> Judge: Hon. William Alsup |

-1-
INDEX OF DISPATCHERS, DISTRIBUTION OPERATORS, AND HYDRO OPERATORS, IN RESPONSE TO
QUESTIONS POSED DURING SEPTEMBER 13, 2021 HEARING
Case No. 14-CR-00175-WHA

PG&E submits the below index of dispatchers, distribution operators, and hydro operators it is currently aware of who were involved in the day-of response efforts related to the power outage at Cresta Dam, the reporting of the Dixie Fire, and the opening of switch 941 on July 13, 2021.

| Position | Pseudonym | Name |
|---|---|---|
| Dispatcher | Dispatcher #1 | |
| Dispatcher | Dispatcher #2 | |
| Dispatcher | Dispatcher #3 | |
| Dispatcher | Dispatcher #4 | |
| Distribution Operator | NDCC Operator #1 | |
| Apprentice Distribution Operator | NDCC Operator #2 | |
| Distribution Operator | NDCC Operator #3 | |
| Distribution Operator | NDCC Operator #4[1] | |
| Hydro Operator | Hydro Operator #1 | |
| Hydro Operator | Hydro Operator #2 | |
| Hydro Operator | Hydro Operator #3 | |

---

[1] NDCC Operator #4 was identified as "Dispatcher" in Ex. FF filed on August 31, 2021 (Dkts. 1444-08 through -11).