# Exhibit JJ-1

1

2

3

4

5

6

7

8

9

10

11

12

13    07-13-21 - 0721 - NDCC Operator #1 - Hydro

14    Operator #1

15

16

17

18

19

20

21

22

23

24

25

Page 1

1    NDCC OPERATOR #1:  Control this is

2    ███████ .

3    HYDRO OPERATOR #1:  ████████ , it's ████

4    at Rock Creek.  How's it going?

5    NDCC OPERATOR #1:  Good, man.  How you

6    doing?

7    HYDRO OPERATOR #1:  All right.  Hey, I

8    was calling to see if you guys happen to be doing

9    any work on the Bucks 1101, because it seems like

10   we lost A/C power supply to our Cresta Dam.

11   NDCC OPERATOR #1:  Bucks --

12   HYDRO OPERATOR #1:  And that is right

13   near the end of the Bucks 1101, if not the end of

14   the line.

15   NDCC OPERATOR #1:  No, I don't have

16   anything going on on Bucks Creek.  Let me see.

17   Yeah.  No, I got nothing at Bucks.

18   HYDRO OPERATOR #1:  Okay.  I got a

19   rover that's responding, and I'll let you know

20   what I find out when he gets there.

21   NDCC OPERATOR #1:  Okay.  Perfect.

22   Appreciate it.

23   HYDRO OPERATOR #1:  All right.  Bye.

24   NDCC OPERATOR #1:  Bye.

25

Page 2

```
1                C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6    Date:   September 15, 2021

7

8

9                    _____

10

11                 Sonya Ledanski Hyde

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  3