# Exhibit JJ-2

07-13-21 - 0907 – NDCC Operator #1 - Hydro Operator #1

```
 1              HYDRO OPERATOR #1:   ▉▉▉▉▉▉, it's ▉▉▉▉
 2    at Rock Creek.
 3              NDCC OPERATOR #1:  Hey.
 4              HYDRO OPERATOR #1:  So there is trouble
 5    on the Bucks 1101.  It seems to be energized at
 6    the sub there by Bucks Powerhouse.  But somewhere
 7    from there down to Cresta Dam and the tunnel on
 8    Highway 70 must be where the trouble is, because
 9    we do not have station service at Cresta Dam and
10    all the lights are out inside the Elephant Butte
11    Tunnel.
12              NDCC OPERATOR #1:  Hmm.  That's not
13    good.
14              HYDRO OPERATOR #1:  No.
15              NDCC OPERATOR #1:  Bucks Creek -- yeah,
16    because everything looked normal on the breaker,
17    but...
18              HYDRO OPERATOR #1:  I mean, it hasn't
19    been windy here, you know.  So I don't know what
20    could've caused it.  But yeah, my rover down
21    there at the sub says everything looks good in
22    the sub.  There's no blown fuses or anything and
23    it's supplying station service to Bucks
24    Powerhouse.  So from the sub to the dam and the
25    tunnel there's some trouble.
```

Page 2

```
 1                  NDCC OPERATOR #1:  Gotcha.  Let me see
 2     the dam.  Okay.  I wonder if...  Let me see
 3     where...  Buck Creek, Cresta Damn.
 4     (indiscernible)  All right.  So what, is this
 5     Cresta Dam?  Is that where you don't have your
 6     station service?
 7                  HYDRO OPERATOR #1:  That's correct.
 8                  NDCC OPERATOR #1:  Okay.  Gotcha.  Did
 9     your rover happen to look at the fuses there?
10     Looks like we've got two sets of fuses, 805 and
11     then also --
12                  HYDRO OPERATOR #1:  I don't -- he
13     didn't say if he looked at them or not.
14                  NDCC OPERATOR #1:  Okay.  Gotcha.
15     Either way, I will get a troubleman heading that
16     way.
17                  HYDRO OPERATOR #1:  Okay.  Thank you
18     very much.
19                  NDCC OPERATOR #1:  All right.  Yep.
20     Not a problem.
21                  HYDRO OPERATOR #1:  Bye.
22
23
24
25
```

Page 3

```
 1                C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6    Date:  September 15, 2021

 7

 8

 9                _____

10

11              Sonya Ledanski Hyde
```