# Exhibit JJ-3

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    07-13-21 - 0913 - NDCC Operator #1 - Hydro
14    Operator #1
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 1
```

```
 1              HYDRO OPERATOR #1:  Rock Creek.  ▇▇▇▇.
 2              NDCC OPERATOR #1:  Hey, it's ▇▇▇▇▇▇ in
 3    Rocklin.
 4              HYDRO OPERATOR #1:  Yes.
 5              NDCC OPERATOR #1:  Hey, so I was
 6    looking.  I was going to have the troubleman go
 7    status those fuses there at Cresta Dam.  And
 8    we've got a tag here saying that the fuse is 805.
 9    That T-Man and crew do not have access to 805.
10              HYDRO OPERATOR #1:  Okay.  So they need
11    to get access into Cresta Dam?
12              NDCC OPERATOR #1:  Yeah, I guess so.
13    I'm not sure what that is referencing.
14              HYDRO OPERATOR #1:  Okay.
15              NDCC OPERATOR #1:  But do you know
16    where those fuses are to where if I send a
17    troubleman out there, somebody'll be able to let
18    him in there or they'll be able to get to them?
19              HYDRO OPERATOR #1:  Yeah.  If we have
20    like a timeframe, I could have someone down
21    there.
22              NDCC OPERATOR #1:  Okay.  Gotcha.  I'll
23    have to call dispatch and get a tag created and
24    then I'll get back to you once somebody starts
25    rolling.
```

Page 2

```
1              HYDRO OPERATOR #1:   (indiscernible)
2              NDCC OPERATOR #1:   Okay.   Thanks.
3              HYDRO OPERATOR #1:   Bye.
4              NDCC OPERATOR #1:   Bye.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                      Page 3
```

```
 1                  C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6    Date:   September 15, 2021
 7
 8
 9                    _____
10                    [signature]
11                    Sonya Ledanski Hyde
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```