# Exhibit JJ-4

07-13-21 - 0914 - NDCC Operator #1 - Dispatcher #1

Page 1

```
 1              AUTOMATED VOICE:  PG&E's Electric
 2    Dispatch Center.  Press 1 for Area 1; press 2 for
 3    Area 2; press 3 for --
 4              DISPATCHER #1:  Dispatcher ████.
 5              NDCC OPERATOR #1:  Hey, ████, this is
 6    ████████ at the Rocklin Control Center.
 7              DISPATCHER #1:  Hi.
 8              NDCC OPERATOR #1:  Hey.  I was
 9    wondering, can you make me a tag for a troubleman
10    to go status some fuses, please?
11              DISPATCHER #1:  Okay.  What's the
12    address?
13              NDCC OPERATOR #1:  Will a fuse device
14    work?
15              DISPATCHER #1:  Okay.  Go ahead.  This
16    is in what city?
17              NDCC OPERATOR #1:  This is in -- it's
18    the Quincy area.
19              DISPATCHER #1:  Okay.  What's the fuse
20    number?
21              NDCC OPERATOR #1:  Fuse is 805 on the
22    Bucks Creek 1101.  And these are right on the
23    border, so it looks like technically they're in
24    the Paradise District, I guess.
25              DISPATCHER #1:  Okay.  So you need a
```

Veritext Legal Solutions
866 299-5127

```
 1   tag for the T-Man to status the fuse, correct?
 2             NDCC OPERATOR #1:  Correct.
 3             DISPATCHER #1:  Okay.  Got it.  All
 4   right.  Will do.
 5             NDCC OPERATOR #1:  Awesome.  Thank you.
 6             DISPATCHER #1:  Okay.  Uh huh.  Bye-
 7   bye.
 8             NDCC OPERATOR #1:  Bye.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 3
```

```
 1              C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6    Date:  September 15, 2021
 7
 8
 9                    _____
10
11              Sonya Ledanski Hyde
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```