# Exhibit JJ-5

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12    07-13-21 - 0942 - Quincy Troubleman - Dispatcher
13    #2
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              DISPATCHER #2:  Dispatch.  This is
 2     ▇▇▇▇▇
 3              QUINCY TROUBLEMAN:  Yeah, hi, ▇▇▇▇
 4     This is ▇▇▇▇▇▇▇▇▇▇ in Quincy.
 5              DISPATCHER #2:  Hi.
 6              QUINCY TROUBLEMAN:  Hi.  So I got a
 7     tag, but it's a -- actually, it's a Chico T-Man
 8     tag --
 9              DISPATCHER #2:  Oh, okay.
10              QUINCY TROUBLEMAN:  -- or a Paradise.
11     Sorry.
12              DISPATCHER #2:  Paradise?
13              QUINCY TROUBLEMAN:  (indiscernible)
14              DISPATCHER #2:  All right.  I'll move
15     it.  I saw where it was and I wasn't quite sure.
16     I know there's a border somewhere near there, but
17     I'll put it on him.
18              QUINCY TROUBLEMAN:  Okay.  Thanks.
19              DISPATCHER #2:  Thanks.  Bye.
20
21
22
23
24
25
                                                  Page 2
```

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6    Date:   September 15, 2021
 7
 8
 9                _____
10
11             Sonya Ledanski Hyde
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 3
```