# Exhibit JJ-6

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    07-13-21 - 1020 - Dixie Troubleman - Dispatcher
14    #2
15
16
17
18
19
20
21
22
23
24
25
```

Page 1

```
 1              DISPATCHER #2:  Dispatch.  This is
 2   ▓▓▓▓▓▓▓.
 3              DIXIE TROUBLEMAN:  Junior, it's ▓▓▓▓▓
 4   ▓▓▓▓▓▓▓ Chico.
 5              DISPATCHER #2:  Hey, what's going on?
 6              DIXIE TROUBLEMAN:  Hey, can I get you
 7   to issue me a reconnect?
 8              DISPATCHER #2:  Yeah.  What's the
 9   location and meter number?
10              DIXIE TROUBLEMAN:  Meter number will be
11   ▓▓▓▓▓▓▓▓▓▓▓▓.
12              DISPATCHER #2:  Reconnect.  All right.
13   I'll put that on you.
14              DIXIE TROUBLEMAN:  And then also can
15   you issue a change meter for a meter tech?
16              DISPATCHER #2:  For today?
17              DIXIE TROUBLEMAN:  Yes.  I've already
18   called him and made him aware of it.
19              DISPATCHER #2:  Perfect.  All right.
20   I'll make a tag for the meter tech.  Do you want
21   me to put in there to give it to a certain
22   person, or just whoever got the area?
23              DIXIE TROUBLEMAN:  It'll be ▓▓▓▓▓
24   ▓▓▓▓▓▓▓ so his LAN ID is ▓▓▓▓▓ as in ▓▓▓▓▓▓▓.
25              DISPATCHER #2:  ▓▓▓▓▓  All right.  I'll
```

```
 1   put that in there.
 2               DIXIE TROUBLEMAN:  All right.  I
 3   appreciate it.  Thanks, ████████
 4               DISPATCHER #2:  No problem.  Bye-bye.
 5               DIXIE TROUBLEMAN:  Bye.
 6               DISPATCHER #2:  Bye.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                            Page 3
```

```
```
CERTIFICATION

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

Date: September 15, 2021

_[signature]_

Sonya Ledanski Hyde

Veritext Legal Solutions
866 299-5127