# Exhibit JJ-7

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    07-13-21 - 1125 - Dixie Troubleman - NDCC
14    Operator #1
15
16
17
18
19
20
21
22
23
24
25
```

Page 1

```
 1              DIXIE TROUBLEMAN:        ▓▓▓▓▓  Chico.
 2              NDCC OPERATOR #1:   ▓▓▓▓▓  how the hell
 3   are you?
 4              DIXIE TROUBLEMAN:   I'm awesome.  How
 5   about yourself?
 6              NDCC OPERATOR #1:   I'm doing quite all
 7   right, you know.  No complaints here.
 8              DIXIE TROUBLEMAN:   That-a-boy.  Good to
 9   hear.
10              NDCC OPERATOR #1:   Yeah.  Yeah.
11   Getting warm out there?
12              DIXIE TROUBLEMAN:   Yeah, the old truck
13   says 80 degrees.  It feels hotter than that,
14   but...
15              NDCC OPERATOR #1:   You guys have had
16   some crazy heat up there, huh?
17              DIXIE TROUBLEMAN:   Yeah, it's 100 and--
18   right at about 110, 111.
19              NDCC OPERATOR #1:   God, that's not the
20   weather you want to be shimmying up and down a
21   pole.
22              DIXIE TROUBLEMAN:   No.  And I was
23   surprised though.  Up here in our area at least,
24   our system -- I was on call this weekend.  Our
25   system held together pretty good.
```

1         NDCC OPERATOR #1:  Right.  Yeah.
2    You're pretty acclimated to the heat, though,
3    coming from Bakersfield, right?
4         DIXIE TROUBLEMAN:  Yeah.  And that's
5    the nice thing up here is I have noticed through
6    the solar we don't have (indiscernible).
7         NDCC OPERATOR #1:  Oh, really?  You
8    guys had a lot down there?
9         DIXIE TROUBLEMAN:  Oh, yeah.  I was on
10   shifts down there, come on at 2:00 in the
11   afternoon and that is all you did all night was
12   put bad cable, bad (indiscernible).  I mean, I
13   come up here, these guys are like, holy shit, you
14   must have worked on a lot of undergrounds, huh?
15   And I go, oh yeah, first thing I do in
16   underground, I just start putting salt
17   (indiscernible).
18         And I just said to ▓▓▓ the other
19   night, I said, I can't believe -- well, there's
20   some false indicators.  I said, yeah.
21   (indiscernible) tells me put them on the load
22   side, not in (indiscernible).  I said, so now I
23   know what section of cable (indiscernible).  I
24   said if you put it on the in and out, now I know
25   if it's that section of cable or it's the

```
 1   transformer.
 2              NDCC OPERATOR #1:  Right.
 3              DIXIE TROUBLEMAN:  You know, why would
 4   you do half of it?
 5              NDCC OPERATOR #1:  Right.  No, I know
 6   that.  Yeah, it was a big difference for me
 7   initially.  I was working for a while down in San
 8   Jose, De Anza area.  There was a ton of
 9   undergrounds, you know.  And then coming up here,
10   working with some of the guys who weren't so
11   familiar with it, it's a different ball game.
12              DIXIE TROUBLEMAN:  Oh, yeah.  Yep.
13              NDCC OPERATOR #1:  But it definitely
14   helps when everybody's on the same page and it
15   goes a lot smoother.
16              DIXIE TROUBLEMAN:  Oh, yeah.
17   Definitely.
18              NDCC OPERATOR #1:  But --
19              DIXIE TROUBLEMAN:  What can you tell me
20   about this fuse 805?  (indiscernible) we've got
21   issues behind the meters or something?
22              NDCC OPERATOR #1:  Okay, yeah.  So what
23   it was -- let me get over there, Bucks Creek --
24   so what is that?  Which dam is it?  Cresta?
25   Yeah, so Rock Creek called earlier, and they were
```

```
 1    asking if we were having trouble on that Bucks
 2    Creek 1101.  And I told them no, not as far as I
 3    can tell.  And so he sent his rover out there,
 4    and they do in fact not have any station service.
 5    And he said that it's something on our primary
 6    because the tunnel, I think right there at
 7    Cresta, he said it's dark.
 8              DIXIE TROUBLEMAN:  Yeah.  Oh, shit.  It
 9    just -- they put them fuses -- it takes about an
10    hour and a half once you get on that on that
11    shitty ass road to get to the fuses.  I dealt
12    with this the last time they had bad arrester
13    that blew the -- kept blowing the fuses.  But it
14    was a slow burn.  So I plugged the fuses in, and
15    it'd hold them.  By the time I drive all the way
16    around, which takes about two hours, the fuse
17    would blow up top.
18              NDCC OPERATOR #1:  Oh, god.
19              DIXIE TROUBLEMAN:  Yeah, so instead of
20    -- instead of these guys being smart and putting
21    the fuse (indiscernible) at that switch -- what
22    is it here?  Switch -- oh, it ain't that one.
23    It's way up there by the -- instead of putting it
24    there, because it's all line, that the only thing
25    there is, they put fuses up there.  Like I said,
```

Page 5

```
 1   it's in the worst damn spot.
 2              NDCC OPERATOR #1:  Right.  Yeah, I see
 3   there's like a permanent tag that's been placed
 4   on my map that says no access to 17733.  Are
 5   those the hard ones to get to or is it 805?
 6   Because it looks like we've got two sets right
 7   there.
 8              DIXIE TROUBLEMAN:  So the switch, what
 9   they need to do is put a set of fuses at 641.
10   It's right next to the highway and all it does is
11   (indiscernible).  And let me see.  805 -- oh, you
12   know what?  No, yeah, the ones you said are the
13   ones up on the hill that are hard to access.
14              NDCC OPERATOR #1:  Gotcha.  The 17733?
15              DIXIE TROUBLEMAN:  Yeah.  Yeah.
16   (indiscernible).
17              NDCC OPERATOR #1:  Gotcha.  Yeah, so I
18   would say, because the breaker's closed, it still
19   has a good load.  I don't have any other
20   indication of trouble.  I would say it's probably
21   one of those two fuses.
22              DIXIE TROUBLEMAN:  Yeah.  Maybe I'll
23   luck out and it's the station (indiscernible).  I
24   don't think I'll get that lucky, but maybe I
25   will.
```

Page 6

```
 1                NDCC OPERATOR #1:  Cross your fingers.
 2                DIXIE TROUBLEMAN:  Yeah.  Okay.  Hope
 3     in one hand and shit in the other and see which
 4     one fills up faster.
 5                NDCC OPERATOR #1:  Exactly.  Oh, that's
 6     a good one.  It's the shit.  I take it you're the
 7     one heading up there, huh?
 8                DIXIE TROUBLEMAN:  Yep.  So I will be
 9     there -- I'll probably be there in about, I don't
10     know, an hour.
11                NDCC OPERATOR #1:  Okay.  Cool.  Right
12     on.  Just let me know whatever you got.
13                DIXIE TROUBLEMAN:  All right.  Will do,
14     ▓▓▓▓
15                NDCC OPERATOR #1:  Okay.  Appreciate
16     it.
17                DIXIE TROUBLEMAN:  Alright buddy, bye.
18                NDCC OPERATOR #1:  Bye.
19
20
21
22
23
24
25
```

```
 1              C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6    Date:  September 15, 2021
 7
 8
 9    _____
10
11         Sonya Ledanski Hyde
```

Page 8