# Exhibit JJ-8

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    07/13/21 - 1412 - NDCC Operator #2 / Hydro
14    Operator #1
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 1
```

```
 1              NDCC OPERATOR #2:  This is         .
 2              HYDRO OPERATOR #1:  Yeah, this is
 3    at Rock Creek.  I was just calling to get an
 4    update on the Bucks 1101.
 5              NDCC OPERATOR #2:  Let me check real
 6    quick.  Hold on.
 7              HYDRO OPERATOR #1:  Okay.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 2
```

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8    _____
 9
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:   September 17, 2021
17
18
19
20
21
22
23
24
25
```