# Exhibit JJ-9

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    07/13/21 - 1413 - NDCC Operator #2 / Hydro
14    Operator #1
15
16
17
18
19
20
21
22
23
24
25
```

Page 1

```
 1              NDCC OPERATOR #2:  Okay.  So, the
 2   update is there's a T-man in route and --
 3              HYDRO OPERATOR #1:  Okay.
 4              NDCC OPERATOR #2:   -- there's no update
 5   yet.  So, we'll just kind of play by ear.
 6              HYDRO OPERATOR #1:  Okay.  Sounds good.
 7   I'm just doing a shift change, just trying to
 8   pass some information off.
 9              NDCC OPERATOR #2:  Okay.  Yes, sir.
10              HYDRO OPERATOR #1:  All right.
11              NDCC OPERATOR #2:  That's all we got.
12   Thank you.
13              HYDRO OPERATOR #1:  Bye.
14              NDCC OPERATOR #2:  Bye.
15
16
17
18
19
20
21
22
23
24
25
                                                   Page 2
```

```
 1                  C E R T I F I C A T I O N
 2
 3   I, Sonya Ledanski Hyde, certify that the
 4   foregoing transcript is a true and accurate
 5   record of the proceedings.
 6
 7
 8   _____
 9
10
11   Veritext Legal Solutions
12   330 Old Country Road
13   Suite 300
14   Mineola, NY 11501
15
16   Date:   September 17, 2021
17
18
19
20
21
22
23
24
25
```