# Exhibit JJ-10

1
2
3
4
5
6
7
8
9
10
11
12
13    07/13/21 - 1418 - NDCC Operator #3
14
15
16
17
18
19
20
21
22
23
24
25

Page 1

```
 1              RECORDED VOICE:  -- with PG&E.  I'm
 2   either up a pole or in the hole.  Leave a name
 3   and number, I'll get back to you as soon as
 4   possible.  Bye.
 5              AUTOMATED RECORDING:  At the tone,
 6   please record your message.  When you've finished
 7   recording, you may hang up or press 1 for more
 8   options.
 9              NDCC OPERATOR #3:  Hey, ███.  It's
10   ███████ here up in Rocklin.  I was just giving
11   you a heads up here, I know you're heading out to
12   Big Bend for that outage or concern.  When you
13   head up to Clark Road, if you can, give me a call
14   here.  We have an issue with one of the breakers.
15   We need to get the reclosed relay cut out.  Since
16   you're going pretty much right next to it, just
17   want to touch base before you got out there.  So,
18   give me a call when you can.  Thank you.
19
20
21
22
23
24
25
                                                  Page 2
```

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8    [Signature: Sonya M. Ledanski Hyde]
 9
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:   September 17, 2021
17
18
19
20
21
22
23
24
25
                                                    Page 3
```