# Exhibit JJ-11

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    07-13-21 - 1453 - Dixie Troubleman - NDCC
14    Operator #2
15
16
17
18
19
20
21
22
23
24
25
```

Page 1

```
 1              DIXIE TROUBLEMAN:  ███████ from Chico.
 2              NDCC OPERATOR #2:  How's it going,
 3   ███████?
 4              DIXIE TROUBLEMAN:  Good.  Is ████ off?
 5              NDCC OPERATOR #2:  Yeah.  We did a
 6   change.  Are you at those fuses out by Bucks
 7   Creek?
 8              DIXIE TROUBLEMAN:  Yeah.
 9              NDCC OPERATOR #2:  Okay.  So let me
10   pull that up here real quick.  Oh, go ahead.
11              DIXIE TROUBLEMAN:  So I went to 805
12   them are in.  I looked up the hill.  There's a
13   fuse blown.  I can tell at least one fuse blown
14   at -- what is it -- 17733.  So I drive around,
15   which takes about an hour and a half, two hours,
16   and I get to about a mile from the pole and Butte
17   County is working on a bridge and I can't get to
18   our pole.
19              NDCC OPERATOR #2:  Of course.  They say
20   how long they're going to be working out there?
21              DIXIE TROUBLEMAN:  They said they're
22   going to (indiscernible) be done with it in about
23   two hours, which is about an hour ago.
24              NDCC OPERATOR #2:  Okay.  So about
25   another hour before you can actually get out
```

Page 2

```
 1   there?
 2              DIXIE TROUBLEMAN:  Yes.  Yeah.
 3              NDCC OPERATOR #2:  Okay.  Okay.  Guess
 4   not much we can do then, can we?
 5              DIXIE TROUBLEMAN:  No.  So you want me
 6   to stick with it and go back out there later?
 7   How bad they need it?  I imagine they want it
 8   pretty bad.
 9              NDCC OPERATOR #2:  I would assume so.
10              DIXIE TROUBLEMAN:  Yeah, the last time
11   we had this issue, they had their motor running
12   inside their generator, but it's just a regular
13   gas motor and it was (indiscernible).
14              NDCC OPERATOR #2:  Oh boy.  Yeah.
15   Yeah, I mean, if it's going to take that long.
16   By the time you go to get out there and turn
17   around and get back, you know, that'd be an hour,
18   so...
19              DIXIE TROUBLEMAN:  Yeah.
20              NDCC OPERATOR #2:  Probably like you
21   said, probably best to just stay there until
22   they're done, I guess, and then we'll try to fix
23   that fuse.
24              DIXIE TROUBLEMAN:  All right.  I will
25   go back out there.  And I don't if you --
```

Page 3

```
 1   apparently couldn't hear me on the radio.
 2             NDCC OPERATOR #2:  No.  I heard you
 3   page in, but then that was it.
 4             DIXIE TROUBLEMAN:  Yeah, I called like
 5   three different times before I drove all the way
 6   out.
 7             NDCC OPERATOR #2:  Sorry.  Yeah, never
 8   --
 9             DIXIE TROUBLEMAN:  (indiscernible)
10             NDCC OPERATOR #2:  I tried radioing
11   back to you, but never heard back, so...
12             DIXIE TROUBLEMAN:  Yeah.  No, it's --
13             NDCC OPERATOR #2:  All right.  Okay.
14             DIXIE TROUBLEMAN:  So I'll go back out
15   there here in just a bit.
16             NDCC OPERATOR #2:  All right.
17   Appreciate it.  Thank you.
18             DIXIE TROUBLEMAN:  Okay.  Bye.
19             NDCC OPERATOR #2:  Bye.
20
21
22
23
24
25
```

Page 4

```
 1              C E R T I F I C A T I O N
 2
 3   I, Sonya Ledanski Hyde, certify that the
 4   foregoing transcript is a true and accurate
 5   record of the proceedings.
 6   Date:  September 15, 2021
 7
 8
 9              _____
10              [signature]
11              Sonya Ledanski Hyde
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 5
```