# Exhibit JJ-12

1

2

3

4

5

6

7

8

9

10

11

12

13    07/13/21 - 1456 - Dixie Troubleman/Dispatcher #3

14

15

16

17

18

19

20

21

22

23

24

25

Page 1

```
 1              DISPATCHER #3:  Dispatch.  ████████

 2              DIXIE TROUBLEMAN:  ██████   ███████

 3   ███████, Chico.

 4              DISPATCHER #3:  Hi, ██████.

 5              DIXIE TROUBLEMAN:  Hey, I'm on this

 6   tag.  I'm going to be hung up on this a while and

 7   it's for the dam, and there is a bunch of stuff

 8   with it.  But anyways, it's tied up for probably

 9   three hours on this thing.

10              DISPATCHER #3:  Oh, wow.  Okay.

11              DIXIE TROUBLEMAN:  Yeah.  So these

12   other two jobs, if you could pawn them off, I

13   guess, to whoever it's 3:00 anyways, whoever.

14              DISPATCHER #3:  Okay.  I'll move it

15   over to the Number 1 guy.  I believe that might

16   be ██████, but I'll doublecheck.

17              DIXIE TROUBLEMAN:  All right.

18              DISPATCHER #3:  Yeah, ██████ is number

19   1.  ████████.  Okay.

                           All right.  No problem.

20              DIXIE TROUBLEMAN:  All right.

21              DISPATCHER #3:  Thank you.

22              DIXIE TROUBLEMAN:  Okay.  Thank you.

23              DISPATCHER #3:  You're welcome.  Okay,

24   bye.

25
```

Veritext Legal Solutions
866 299-5127

```
 1              C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8

 9

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date:  September 17, 2021

17

18

19

20

21

22

23

24

25

                                          Page 3
```