# Exhibit JJ-13

13  07/13/21 - 1459 - NDCC Operator #3 / Dixie
14  Troubleman

Page 1

Veritext Legal Solutions
866 299-5127

```
 1            NDCC OPERATOR #3:  Hey, ▮.  What's
 2   going on?
 3            DIXIE TROUBLEMAN:  Hey, bud.  I just
 4   got your voicemail.
 5            NDCC OPERATOR #3:  Oh, yeah.  No.  All
 6   good, dude.  I know you were out there at the
 7   Bucks Creek and it was going to be a while.  I
 8   just wasn't sure when I was going to get to talk
 9   to you next.  So, yeah, when you go out there, we
10   just need to cut out the recloser at Clark Road,
11   the fucking whatever it is that keeps failing.
12   And it should be cut out.  So, we want to get it
13   cut out for fire season when you're out there for
14   that (indiscernible).
15            DIXIE TROUBLEMAN:  Oh, okay.  Yeah, I
16   had them take it off me.  I'm trying to get -- I
17   was just talking to your other guy, trying to get
18   to them fuses that feed the Cresta Dam.
19            NDCC OPERATOR #3:  Yeah.  Yeah, yeah,
20   yeah.  No, that's my apprentice you were talking
21   to.  So, no big deal.
22            DIXIE TROUBLEMAN:  Yeah.
23            NDCC OPERATOR #3:  We'll just -- we'll
24   wait until you're good to go and then it looks
25   like they put ▮ on there.  So, I'll go ahead
```

```
 1    and give █████ a call to have him do that for me
 2    out at Clark Road.
 3              DIXIE TROUBLEMAN:  Okay.  Yeah, because
 4    it's got a --there's Butte County's working on
 5    the bridge on the one out there.  I could only
 6    get to about two miles from it.  So --
 7              NDCC OPERATOR #3:  Oh, okay.
 8              DIXIE TROUBLEMAN:  (indiscernible)
 9    won't get out there and get across the bridge.
10              NDCC OPERATOR #3:  Right.  All good,
11    man.  Appreciate it.
12              DIXIE TROUBLEMAN:  All right, buddy.
13              NDCC OPERATOR #3:  All right.  Thanks.
14    Bye-bye.
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8    [signature: Sonya M. Ledanski Hyde]
 9
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:   September 17, 2021
17
18
19
20
21
22
23
24
25
```