# Exhibit JJ-14

**Rough Transcript of July 13, 2021 Dixie Troubleman Radio Calls between 16:55 and 17:16**

| Time | Rough Transcript |
|---|---|
| 16:55:39 | Dixie Troubleman: 1671 Rocklin. |
| 16:55:50 | Dixie Troubleman: 671 to anybody that can read me. |
| 16:56:02 | Supervisor #1: I copy you, ▇. |
| 16:56:24 | [Unknown]: 1776, 71. |
| 17:05:52 | Dixie Troubleman: 1671 Rocklin.  If anyone can read this, we got a fire just north of Cresta Dam, on the hillside. |
| 17:06:31 | Dixie Troubleman: 1671 Rocklin.  671 to anybody.  If anyone can hear this, we have a fire northwest of Cresta Dam on the hillside. |
| 17:06:43 | Dixie Troubleman: 671 to anybody. |
| 17:06:53 | Dixie Troubleman: If anyone can hear this, we have a fire northwest of Cresta Dam on the hillside. |
| 17:10:00 | Supervisor #1: 1776, ▇, 1671. |
| 17:10:37 | Supervisor #1: 671 you got a copy? |
| 17:10:57 | Dixie Troubleman: 1776, ▇, can you hear me? <br><br> Supervisor #1: Yeah, I can hear you ▇, go ahead. <br><br> Dixie Troubleman: Just one span load side of 17733, there's a fire on the hillside.  It's small now but it's picking up. <br><br> Supervisor #1: One span load side of 17733? <br><br> Dixie Troubleman: Affirmative.  Right above Cresta Dam. <br><br> Supervisor #1: Copy that.  I'll call somebody. <br><br> Dixie Troubleman: I would think if they get a helicopter up here they can put it out quickly, if it gets here quick. <br><br> Supervisor #1: Copy that.  76. <br><br> Dixie Troubleman: 71 clear, standing by here. |
| 17:16:32 | Dixie Troubleman: 76, this is ▇, 71. |
| 17:16:46 | Dixie Troubleman: Go ahead, ▇. <br><br> Supervisor #1: ▇, if you can hear me, I just want to let you know, -- fire department is responding.  They're on their way. |

| Time | Rough Transcript |
|---|---|
|  | Dixie Troubleman: Alright, affirmative.  Over here, it's staying in the ground.  It isn't really getting up in the canopy yet.<br><br>Supervisor #1: Copy that. |