# Exhibit JJ-15

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13   07-13-21 - 1716 - Supervisor #1 - Dixie
14   Troubleman
15
16
17
18
19
20
21
22
23
24
25
```

Page 1

```
 1                DIXIE TROUBLEMAN:  Go ahead, ███.
 2                SUPERVISOR #1:  ███, if you can hear
 3     me, I just want to let you know -- fire
 4     department is responding.  They're on their way.
 5                DIXIE TROUBLEMAN:  All right.
 6     Affirmative.  Over here, it's just staying in the
 7     ground.  It isn't really getting up in the canopy
 8     yet.
 9                SUPERVISOR #1:  Copy that.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                       Page 2
```

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8    [Signature: Sonya M. Ledanski Hyde]
 9
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:   September 17, 2021
17
18
19
20
21
22
23
24
25
                                                    Page 3
```