# Exhibit JJ-16

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    07-13-21 - 1412 - NDCC Operator #2 -- Troubleman
14    #5
15
16
17
18
19
20
21
22
23
24
25
                                                        Page 1
```

```
 1                NDCC OPERATOR #2:    Rocklin, this is
 2      ███████.
 3                CHICO TROUBLEMAN:    ███████, this is
 4      (indiscernible) Chico.
 5                NDCC OPERATOR #2:    How's it going?
 6                CHICO TROUBLEMAN:    I'm about to head to
 7      1715.  We closed 2475.
 8                NDCC OPERATOR #2:    I apologize.  You're
 9      breaking up.  You said 1715 closed time?
10                CHICO TROUBLEMAN:    Yeah, 1715 closed
11      time.  Everything's all good.
12                NDCC OPERATOR #2:    Copy that.  Thank
13      you very much.
14                CHICO TROUBLEMAN:    All right.  Sounds
15      like you got a little fire up in the canyon
16      though.
17                NDCC OPERATOR #2:    Yeah.  I'm waiting
18      to hear back on that, see what's going on.
19                CHICO TROUBLEMAN:    I wonder what
20      started -- how that started.
21                NDCC OPERATOR #2:    I know, that's the
22      big question.
23                CHICO TROUBLEMAN:    Yeah.
24                NDCC OPERATOR #2:    Kind of hold your
25      breath on that one too.
```

```
1              CHICO TROUBLEMAN:  Thank you.
2              NDCC OPERATOR #2:  So, all right.
3   Thank you.
4              CHICO TROUBLEMAN:  All right.  Thanks,
5   bye.
6              NDCC OPERATOR #2:  All right.  Bye.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 3
```

```
 1                C E R T I F I C A T I O N
 2
 3   I, Sonya Ledanski Hyde, certify that the
 4   foregoing transcript is a true and accurate
 5   record of the proceedings.
 6
 7
 8       _____
 9
10
11   Veritext Legal Solutions
12   330 Old Country Road
13   Suite 300
14   Mineola, NY 11501
15
16   Date:   September 17, 2021
17
18
19
20
21
22
23
24
25
```

Page 4