# Exhibit JJ-17

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    07/13/21 - 1921 - Dispatcher #4 / Supervisor
      #1
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 1
```

```
 1              DISPATCHER #4:  Dispatch, ███.
 2
 3              SUPERVISOR #1:  ███,
 4   ███████████.
 5              DISPATCHER #4:  Hi, ███.
 6              SUPERVISOR #1:  Hi.  We do you need to
 7   run arcos to get another troubleman out for
 8   Chico.
 9              DISPATCHER #4:  Chico t-man?
10              SUPERVISOR #1:  Yeah, we need them to
11   assist ████████████ with a fire at Cresta Dam
12   on Highway 70.
13              DISPATCHER #4:  Questa (sic).
14              SUPERVISOR #1:  Cresta, C-R-E-S-T-A.
15              DISPATCHER #4:  Cresta Dam and Highway
16   70?
17              SUPERVISOR #1:  Yeah.  And --
18              DISPATCHER #4:  There's a fire?
19              SUPERVISOR #1:  Yeah.  ██████████ is
20   onsite.  He's the fire liaison.  That's ███████
21   █.
22              DISPATCHER #4:  What was his first
23   name?
24              SUPERVISOR #1:  ███.
25              DISPATCHER #4:  ██████████.
```

```
 1              SUPERVISOR #1:  And contact DO to
 2     deenergize at switch 941.
 3              DISPATCHER #4:  941?
 4              SUPERVISOR #1:  Correct.  Bucks Creek
 5     1101.
 6              DISPATCHER #4:  Okay.  ▮▮▮▮▮ out
 7     there now?
 8              SUPERVISOR #1:  Yes.
 9              DISPATCHER #4:  Okay.  I'll run the
10     arcos for it.
11              SUPERVISOR #1:  Thank you.
12              DISPATCHER #4:  All right, ▮▮.  Bye.
13              SUPERVISOR #1:  Bye.
14              (End of recording)
15
16
17
18
19
20
21
22
23
24
25
                                                  Page 3
```

```
 1                C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8    _____

 9

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date:    September 16, 2021

17

18

19

20

21

22

23

24

25
```