# Exhibit JJ-18

1
2
3
4
5
6
7
8
9
10
11
12
13    07-13-21 - 1924 - Supervisor #1 - NDCC Operator
14    #2
15
16
17
18
19
20
21
22
23
24
25

Page 1

```
 1              NDCC OPERATOR #2:  How's it going,
 2   ▢
 3              SUPERVISOR #1:  Pretty good.  ▢
 4   ▢           up on a fire at the Cresta Dam.
 5              NDCC OPERATOR #2:  Okay.
 6              SUPERVISOR #1:  At fuse cut outs 17733
 7   on the Bucks Creek 1101.  Are you aware of that?
 8              NDCC OPERATOR #2:  Yeah.  Our
 9   supervisor just came down and told us about a
10   little veg fire up there.
11              SUPERVISOR #1:  Correct.  Cal Fire is
12   requesting that we open 941 de-energizing on the
13   source side of that.
14              NDCC OPERATOR #2:  Okay.  Let me look
15   that up real quick.
16              SUPERVISOR #1:  (indiscernible) Okay.
17              NDCC OPERATOR #2:  Okay.  So they want
18   us to open that up right now?
19              SUPERVISOR #1:  Yeah.  And ▢         is
20   stuck on Camp Creek Road behind the fire crew
21   truck --
22              NDCC OPERATOR #2:  (indiscernible)
23              SUPERVISOR #1:  -- so he can't get out.
24              NDCC OPERATOR #2:  Okay.
25              SUPERVISOR #1:  He's (indiscernible)
```

```
 1   right now.
 2              NDCC OPERATOR #2:  Okay.
 3              SUPERVISOR #1:  So I just called
 4   dispatch to run ARCOS [Automated Roster Call-Out
 5   System] for another troubleman.
 6              NDCC OPERATOR #2:  Okay.
 7              SUPERVISOR #1:  And I'm going to head
 8   that way.
 9              NDCC OPERATOR #2:  Okay.  Do you want
10   me -- do you want to call me when you get to 941
11   or can I --
12              SUPERVISOR #1:  (indiscernible)
13              NDCC OPERATOR #2:  Okay.  I'll just
14   give you -- I'll just give you permission now, if
15   that's okay.
16              SUPERVISOR #1:  Okay.  But someone
17   might get there before me, so...
18              NDCC OPERATOR #2:  Oh, okay.  All
19   right.  I'm trying to think here, if someone gets
20   there before you.  If someone gets there before
21   you, you'll give us a call?  Or do they know
22   about that switch?
23              SUPERVISOR #1:  Yeah.  I gave that
24   instruction to the dispatcher.
25              NDCC OPERATOR #2:  Okay.  I guess I'll
```

Page 3

```
 1   just wait for someone to call us when they get
 2   there.
 3           SUPERVISOR #1:  Okay.
 4           NDCC OPERATOR #2:  Okay.
 5           SUPERVISOR #1:  Thanks.
 6           NDCC OPERATOR #2:  Bye.  Thanks, ███
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6    Date:   September 15, 2021
 7
 8
 9                    _____
10
11              Sonya Ledanski Hyde
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                        Page 5
```