# Exhibit JJ-19

1

2

3

4

5

6

7

8

9

10

11

12

13   07/13/21 - 1925 - Supervisor #1 / Dispatcher

14   #4

15

16

17

18

19

20

21

22

23

24

25

Page 1

```
 1              SUPERVISOR #1:  Hello?
 2               DISPATCHER #4: Hey, ███.
 3    It's  ████  again.        .
 4              SUPERVISOR #1:  Hey.
 5              DISPATCHER #4:  Hey, what -- ████
 6    ████  and  ████████  is unavailable due
 7    to storm -- working storm duty.  What's that?
 8              SUPERVISOR #1:  That's probably not
 9    true.
10              DISPATCHER #4:  Okay.
11              SUPERVISOR #1:  I don't know.  That's
12    probably some bogus Arco stuff.
13              DISPATCHER #4:  Okay.  ████
14    is signed on right now.  You want me to just
15    call him?
16              SUPERVISOR #1:  Yeah.
17              DISPATCHER #4:  Okay.  Yeah, that's
18    kind of not cool.
19              SUPERVISOR #1:  Yeah, I think somebody
20    else mentioned that.  It's from yesterday, I
21    think.
22              DISPATCHER #4:  Is it?
23              SUPERVISOR #1:  Uh-huh.
24              DISPATCHER #4:  Yeah, I mean, that
25    needs to get resolved because  ████
```

Page 2

1    won't get called.  All right.  I'll manually call

2    him then.

3                SUPERVISOR #1:  Thank you.

4                DISPATCHER #4:  All right.  Bye.

5                SUPERVISOR #1:  Bye.

6                (End of recording)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  3

```
 1              C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8

 9

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date:   September 16, 2021

17

18

19

20

21

22

23

24

25
```

Page 4