# Exhibit JJ-20

1

2

3

4

5

6

7

8

9

10

11

12

13    07-13-21 - 1926 - Dispatcher #4 / Switch
      Troubleman
14

15

16

17

18

19

20

21

22

23

24

25

Page 1

```
 1              SWITCH TROUBLEMAN:  Hello?
 2              DISPATCHER #4:  Hey, ███.
 3    ███, dispatch.
 4              SWITCH TROUBLEMAN:  Hey, ███.
 5              DISPATCHER #4:  Hey, I was getting
 6    ready to run Arcos.  It shows you're working
 7    storm duty.  So, I figure I'd just call you
 8    manually.
 9              SWITCH TROUBLEMAN:  Okay.
10              DISPATCHER #4:  ███ just
11    called me.  We need a T-man to assist ███ at
12    a Cresta Dam and Highway 70 due to a fire.
13              SWITCH TROUBLEMAN:  Okay.
14              DISPATCHER #4:  He said he contacted
15    DO to deenergize that switch, 941.
16              SWITCH TROUBLEMAN:  Okay.  I'll call.
17              DISPATCHER #4:  Okay.
18              SWITCH TROUBLEMAN:  Thanks for the
19    call.
20              DISPATCHER #4:  All right.  Thanks,
21    man.  Bye.
22              SWITCH TROUBLEMAN:  Okay.  Bye-bye.
23              (End of recording)
24
25
```

Page 2

```
 1                 C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8

 9

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date:    September 16, 2021

17

18

19

20

21

22

23

24

25

                                             Page 3
```