# Exhibit JJ-21

1
2
3
4
5
6
7
8
9
10
11
12
13    07-13-21 - 1928 - Switch Troubleman - NDCC
14    Operator #2
15
16
17
18
19
20
21
22
23
24
25

Page 1

```
 1                SWITCH TROUBLEMAN:  ▇▇▇▇ at Chico.
 2                NDCC OPERATOR #2:  Hey, ▇▇▇▇  How's
 3   it going?
 4                SWITCH TROUBLEMAN:  Good.  I got a call
 5   from ARCOS [Automated Roster Call-Out System]
 6   about -- told me they wanted me to call you.
 7                NDCC OPERATOR #2:  Okay.  Is this about
 8   the -- that little veg fire up on Bucks Creek?
 9                SWITCH TROUBLEMAN:  Yeah.
10                NDCC OPERATOR #2:  Okay.  Are you on
11   your way?
12                SWITCH TROUBLEMAN:  Well, no, I'm not.
13   I'm in Chico right now.
14                NDCC OPERATOR #2:  Okay.  ▇▇▇▇▇▇▇▇
15   just called me, and I think he is on his way as
16   well.  But I think he put a dispatch out for
17   someone else in case they got there before him.
18                SWITCH TROUBLEMAN:  Okay.
19                NDCC OPERATOR #2:  So do you want to
20   call ▇▇▇▇ and see who's going to get there
21   first, or...
22                SWITCH TROUBLEMAN:  Well --
23                NDCC OPERATOR #2:  Or are you busy?
24                SWITCH TROUBLEMAN:  What do you got?
25                NDCC OPERATOR #2:  So from what we
```

Page 2

```
 1  reported was a little veg fire up there, two
 2  acres, and Cal Fire has called.  They would like
 3  us to open a switch, 941, per their request.  So
 4  that's what we're waiting on.
 5              SWITCH TROUBLEMAN:  Okay.  Okay.  Do
 6  you want to give me the operation and then --
 7              NDCC OPERATOR #2:  Yeah.
 8              SWITCH TROUBLEMAN:  -- because I won't
 9  be able to get you out there.
10              NDCC OPERATOR #2:  Okay, yeah.  Let's
11  go ahead and call this time right now.  1929.
12  You have the okay to open up switch 941, Tag Man
13  on line, upon arrival, and report.
14              SWITCH TROUBLEMAN:  Okay.  I have the
15  okay to open switch 941 on arrival and then
16  report.
17              NDCC OPERATOR #2:  Copy that.
18              SWITCH TROUBLEMAN:  Okay.  Thank you.
19  Bye-bye.
20              NDCC OPERATOR #2:  Alright, thanks,
21  bye.
22
23
24
25
                                              Page 3
```

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6    Date:   September 15, 2021
 7
 8
 9
10    _____
11         Sonya Ledanski Hyde
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 4
```