# Exhibit JJ-22

1
2
3
4
5
6
7
8
9
10
11
12
13   07/13/21 - 1932 - NDCC Operator #2 / Hydro
14   Operator #2
15
16
17
18
19
20
21
22
23
24
25

Page 1

```
 1              NDCC OPERATOR #2:  Rocklin, this is
 2   ▮▮▮▮▮▮▮.
 3              HYDRO OPERATOR #2:  Hey ▮▮▮▮▮▮▮, this
 4   is ▮▮▮ calling from Rock Creek Powerhouse.
 5              NDCC OPERATOR #2:  Yeah.
 6              HYDRO OPERATOR #2:  Just calling to
 7   follow up on -- earlier we reported some trouble
 8   in the Bucks Creek 1101 and Cresta Dam being on
 9   standby generator.
10              NDCC OPERATOR #2:  Okay.
11              HYDRO OPERATOR #2:  I'm just coming on
12   night here, it was just turned over to me that
13   they were going to send a T-man out to patrol
14   and --
15              NDCC OPERATOR #2:  Correct.  Yeah, I've
16   got one or two T-men on their way and they're
17   going to --
18              HYDRO OPERATOR #2:  Oh, okay.
19              NDCC OPERATOR #2:  I gave them the okay
20   now because it sounds like there's bad service up
21   there.  They're going to open a switch at 941 and
22   deenergize that area per CalFire's request.
23              HYDRO OPERATOR #2:  Oh, okay.  Got you.
24              NDCC OPERATOR #2:  So --
25              HYDRO OPERATOR #2:  Okay.  Just wanted
```

Veritext Legal Solutions
866 299-5127

```
 1   to make sure I didn't miss something on turnover
 2   or something.  But --
 3               NDCC OPERATOR #2:  Nope.  The --
 4               HYDRO OPERATOR #2:  -- we're continuing
 5   to run on standby.  Not an issue for us.
 6               NDCC OPERATOR #2:  Okay.  You guys will
 7   be okay when we deenergize?
 8               HYDRO OPERATOR #2:  Yeah, you're going
 9   to deenergize -- well, I'll have to wait on that.
10   Where's the 941?  Is it going to cut out to --
11   well, yeah, we'll be fine.  No worries.
12               NDCC OPERATOR #2:  Okay.
13               HYDRO OPERATOR #2:  Do what you got to
14   do.
15               NDCC OPERATOR #2:  All righty.
16               HYDRO OPERATOR #2:  All right.
17               NDCC OPERATOR #2:  Appreciate it.
18   Thank you.
19               HYDRO OPERATOR #2:  Thank you.
20               NDCC OPERATOR #2:  All right.  Bye.
21               HYDRO OPERATOR #2:  Bye.
22
23
24
25
```

```
 1                  C E R T I F I C A T I O N

 2

 3     I, Sonya Ledanski Hyde, certify that the

 4     foregoing transcript is a true and accurate

 5     record of the proceedings.

 6

 7

 8     _____
       [Signature: Sonya M. Ledanski Hyde]
 9

10

11     Veritext Legal Solutions

12     330 Old Country Road

13     Suite 300

14     Mineola, NY 11501

15

16     Date:   September 17, 2021

17

18

19

20

21

22

23

24

25

                                                 Page 4
```