# Exhibit JJ-23

13    07/13/21 - 2032 - Supervisor #1

Veritext Legal Solutions
866 299-5127

```
 1              SUPERVISOR #1:  ███████ ███████, you got
 2   a copy?
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                       Page 2
```

```
 1                  C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8
         _____
 9
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:   September 17, 2021
17
18
19
20
21
22
23
24
25
```