# Exhibit JJ-24

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    07/13/21 - 2032 - NDCC Operator #2 / Supervisor
14    #1
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 1
```

```
 1              NDCC OPERATOR #2:  Rocklin, this is
 2   ████.
 3              SUPERVISOR #1:  Hey, ████.  This is
 4   ████.
 5              NDCC OPERATOR #2:       ████, hey,
 6   how's it going?
 7              SUPERVISOR #1:  Hey, good.  I was just
 8   calling to check in.  Did ████ ████ make it
 9   to the 941?
10              NDCC OPERATOR #2:  She should be
11   arriving there almost any minute.  He called
12   about 8:15 and he said he was 20 minutes out.
13   So, he should just be getting there pretty soon.
14              SUPERVISOR #1:  Okay.  Thanks.
15              NDCC OPERATOR #2:  Yeah.
16              SUPERVISOR #1:  All right then.  Bye.
17              NDCC OPERATOR #2:  Okay.  Bye.
18
19
20
21
22
23
24
25
                                              Page 2
```

```
 1                  C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8    _____
 9
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:   September 17, 2021
17
18
19
20
21
22
23
24
25
                                              Page 3
```