# Exhibit JJ-25

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13   07/13/21 - 2054 - NDCC Operator #2 / Switch
14   Troubleman
15
16
17
18
19
20
21
22
23
24
25
                                                 Page 1
```

```
1              NDCC OPERATOR #2:  Rocklin, this is
2    ███████.
3              SWITCH TROUBLEMAN:  Hey, ███ again.
4              NDCC OPERATOR #2:  Hey, ███.  How's
5    it going?
6              SWITCH TROUBLEMAN:  Hey, good.  Hey, I
7    got that 941 switch open.
8              NDCC OPERATOR #2:  Okay.
9              SWITCH TROUBLEMAN:  And go 20 -- 2030.
10             NDCC OPERATOR #2:  2030?
11             SWITCH TROUBLEMAN:  Yeah.
12             NDCC OPERATOR #2:  Got that.  All
13   right.  I'll go ahead and get that in there right
14   now.  Cool.  Thanks, ███ for doing that.
15             SWITCH TROUBLEMAN:  Yeah, no problem.
16             NDCC OPERATOR #2:  All right.  That --
17   we leave that open for the rest of the night, or?
18             SWITCH TROUBLEMAN:  Yeah.
19             NDCC OPERATOR #2:  Okay.  Just double
20   checking.
21             SWITCH TROUBLEMAN:  Yeah, I would say
22   so.
23             NDCC OPERATOR #2:  (Indiscernible).
24             SWITCH TROUBLEMAN:  It's almost dark
25   now, so yeah, I wouldn't even worry about it.
```

```
 1    It's --
 2              NDCC OPERATOR #2:  Okay.
 3              SWITCH TROUBLEMAN:  -- the fire didn't
 4    look too bad either.  It's just kind of smoke in
 5    there.  So --
 6              NDCC OPERATOR #2:  Okay.
 7              SWITCH TROUBLEMAN:  They'll be able,
 8    those guys, to get in there and take care of
 9    business.
10              NDCC OPERATOR #1:  Sounds good.
11              SWITCH TROUBLEMAN:  All right.
12              NDCC OPERATOR #2:  And then, ▮▮▮▮ was
13    checking in, seeing if you got up there.  So, if
14    you just want to let him know you got it taken
15    care of.
16              SWITCH TROUBLEMAN:  Nah, he's right
17    behind me.
18              NDCC OPERATOR #2:  Oh, perfect.  There
19    we go.
20              SWITCH TROUBLEMAN:  Yeah, he's right
21    behind me.  So --
22              NDCC OPERATOR #2:  Cool.
23              SWITCH TROUBLEMAN:  -- yeah, we got it
24    taken care of.
25              NDCC OPERATOR #2:  Awesome.  Thanks,
```

Page 3

```
 1    Marty.
 2              SWITCH TROUBLEMAN:  No problem.
 3              NDCC OPERATOR #2:  All right.  Bye.
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                C E R T I F I C A T I O N

 2

 3   I, Sonya Ledanski Hyde, certify that the

 4   foregoing transcript is a true and accurate

 5   record of the proceedings.

 6

 7

 8   _____
 9

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date:    September 17, 2021

17

18

19

20

21

22

23

24

25
```

Page 5