# Exhibit JJ-26

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    07/13/21 - 2124 - NDCC Operator #2 / Transmission
14    Operator #1
15
16
17
18
19
20
21
22
23
24
25
                                              Page 1
```

```
 1              NDCC OPERATOR #2:  Rocklin, this is
 2   ███████.
 3              TRANSMISSION OPERATOR #1:  Hey,
 4   ███████.  This is ███████ at North State.  How
 5   are you doing?
 6              NDCC OPERATOR #2:  Good.  How are you?
 7              TRANSMISSION OPERATOR #1:  I'm good.
 8   So, you're aware this fire up near Rock Creek?
 9              NDCC OPERATOR #2:  Yeah.  We were
10   just -- we were being told about it.  What's
11   going on?
12              TRANSMISSION OPERATOR #1:  Well, just
13   the gen operator said you guys might be opening
14   up a circuit or a switch.  And I was just curious
15   about the location.  I'm having a hard time
16   getting a hold the guys I have in the area.  So,
17   I was trying to pinpoint --
18              NDCC OPERATOR #2:  Okay.  So, the
19   switch is 941.
20              TRANSMISSION OPERATOR #1:  Uh-huh.
21              NDCC OPERATOR #2:  And we just opened
22   that not too long ago, probably about -- maybe 30
23   minutes ago or so.  Maybe an hour ago.
24              TRANSMISSION OPERATOR #1:  Okay.
25              NDCC OPERATOR #2:  So, let me pull that
```

```
 1   up here real quick.
 2             TRANSMISSION OPERATOR #1:  Yeah.
 3             NDCC OPERATOR #2:  941.  And that's on
 4   the Bucks Creek 1101.
 5             TRANSMISSION OPERATOR #1:  So, I think
 6   I thought of that circuit.  It's hard on GIS.
 7             NDCC OPERATOR #2:  Okay.
 8             TRANSMISSION OPERATOR #1:  Does that
 9   run basically just south along parallel with our
10   transmission lines?
11             NDCC OPERATOR #2:  So, I can't quite
12   tell if that -- if it does.  But I can tell you
13   that circuit runs down to -- what's the
14   powerhouse down there?
15             TRANSMISSION OPERATOR #1:  Rock Creek.
16             NDCC OPERATOR #2:  Yeah.
17             TRANSMISSION OPERATOR #1:  Yeah.  So,
18   maybe.
19             NDCC OPERATOR #2:  Yeah, maybe it does
20   run parallel.  I'm not sure.
21             TRANSMISSION OPERATOR #1:  Okay.  Cool.
22   I was just trying to see where that 941 is, so I
23   could see what they want deenergized where, you
24   know.
25             NDCC OPERATOR #2:  Okay.  Yeah, that's
```

```
 1   what we have open right now.
 2              TRANSMISSION OPERATOR #1:  Okay.
 3              NDCC OPERATOR #2:  Cool.
 4              TRANSMISSION OPERATOR #1:  All right.
 5   Appreciate it.
 6              NDCC OPERATOR #2:  No, it's all good.
 7   Bye.
 8              TRANSMISSION OPERATOR #1:  Bye.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8    _____
 9    [Signature: Sonya M. Ledanski Hyde]
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:   September 17, 2021
17
18
19
20
21
22
23
24
25
```