# Exhibit JJ-27

1
2
3
4
5
6
7
8
9
10
11
12
13    07/13/21 - 2141 - Dispatcher #4 / Supervisor #2
14
15
16
17
18
19
20
21
22
23
24
25

Page 1

```
 1              DISPATCHER #4:  Dispatch, ▇▇▇▇.
 2
 3              SUPERVISOR #2:  Hey, ▇▇▇▇.
 4   It's ▇▇▇▇          .
 5              DISPATCHER #4:  Hey, ▇▇▇.
 6              SUPERVISOR #2:  Hey, on OIS
 7   3761 that Paradise Bucks  Creek one.
 8              DISPATCHER #4:  Yeah.
 9              SUPERVISOR #2:  What's the -- what's up
10   with that one?
11              DISPATCHER #4:  DO did something.
12   Let's see.  Switch 941 opened and tagged not
13   online per T-man ▇▇▇▇ -- it's supposed to be
14   ▇▇▇▇.  CalFire requests to open switch for fire
15   in there --
16              SUPERVISOR #2:  Okay.  That was for
17   that fire.  Okay.  I was just making sure.  I
18   knew it was kind of close to here but I wasn't
19   sure and I couldn't see the notes when I
20   opened -- tried to open, it never -- wouldn't
21   open.
22              DISPATCHER #4:  Yeah.
23              SUPERVISOR #2:  Okay.
24              DISPATCHER #4:  Yup, yup.
25              SUPERVISOR #2:  So, I'll put -- I'll
```

```
 1   just put fire next to it.
 2              DISPATCHER #4:  All right.  And I'm
 3   running Arcos for a tag in Whitmore.
 4              SUPERVISOR #2:  Oh, the one in
 5   Whitmore?
 6              DISPATCHER #4:  I don't know if I
 7   should put ▮▮▮▮▮ and we'll somebody --
 8              SUPERVISOR #2:  He's -- ▮▮▮▮▮ should
 9   be coming out.  He just had to go tag -- put an
10   (indiscernible) tag out that one because it's
11   going to stay for the night.
12              DISPATCHER #4:  Okay.
13              SUPERVISOR #2:  And so, he should be --
14   he's not going to get -- he probably won't have
15   service for another 15 minutes or something.
16              DISPATCHER #4:  He should -- I guess he
17   can call me if he doesn't want it.  But I imagine
18   he'll take it.
19              SUPERVISOR #2:  Yeah.  Here, I'll try
20   to call him real fast.
21              DISPATCHER #4:  Okay.
22              SUPERVISOR #2:  To let him know.
23              DISPATCHER #4:  All right.
24              SUPERVISOR #2:  All right?
25              DISPATCHER #4:  Thanks, man.
```

Page 3

```
1           SUPERVISOR #2:  All right.  Bye.
2           DISPATCHER #4:  All right.
3           (End of recording)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```

```
                    C E R T I F I C A T I O N

  I, Sonya Ledanski Hyde, certify that the
  foregoing transcript is a true and accurate
  record of the proceedings.



              [signature]


  Veritext Legal Solutions
  330 Old Country Road
  Suite 300
  Mineola, NY 11501

  Date:    September 16, 2021
```

Page 5