# Exhibit JJ-28

1

2

3

4

5

6

7

8

9

10

11

12

13    07/13/21 - 2152 - Dispatcher #4 / Troubleman
      #4
14

15

16

17

18

19

20

21

22

23

24

25

Page 1

```
 1              DISPATCHER #4:  Hello?

 2              TROUBLEMAN #4:  Hey, this is ██████

 3   .

 4              DISPATCHER #4:  Hey.

 5              TROUBLEMAN #4:  Hey.  I just found out

 6   that was a planned outage.

 7              DISPATCHER #4:  Okay.  All right.

 8              TROUBLEMAN #4:  So, are you good to go,

 9   or?

10              DISPATCHER #4:  Hey -- yeah, I kind of

11   figured it.  I knew the crew foreman out on it.

12              TROUBLEMAN #4:  Yeah.

13              DISPATCHER #4:  Hey, what's going on

14   with this fire?  Do you know?

15              DISPATCHER #4:  I don't.  No, ████████

16   was on it pretty early.  And then ██████

17   called me and had me call out another T-man to

18   help him.

19              TROUBLEMAN #4:  Uh-huh.

20              DISPATCHER #4:  So, I called out ██████.

21   I think ██████ is actually done now.

22   But I couldn't get a hold of him until finally he

23   called me back.  So, by the time I stopped it, he

24   had accepted it.  So, it all kind of --

25
```

Page 2

1            TROUBLEMAN #4:   Okay.

2            DISPATCHER #4:   -- went crazy on me.

3            TROUBLEMAN #4:   You were supposed to

4 give me more time to lay back so I got two-hour

5 mini.

6            DISPATCHER #4:   Oh, you don't get one

7 anyways?

8            TROUBLEMAN #4:   Well, I don't know.

9 Now you called me off it.

10           DISPATCHER #4:   Oh, crap.

11           TROUBLEMAN #4:   All right.

12           DISPATCHER #4:   All right.   Sorry,

13 ██████.

14           TROUBLEMAN #4:   Okay.   Don't call no

15 more then.   You can't.

16           DISPATCHER #4:   No, I won't.   I know.

17 Sorry.

18           TROUBLEMAN #4:   It's all right.

19           DISPATCHER #4:   All right.

20           TROUBLEMAN #4:   I'm kidding.

21           DISPATCHER #4:   All right.   You have a

22 good night.

23           TROUBLEMAN #4:   You too.   Bye.

24           DISPATCHER #4:   All right.   Bye.

25           (End of recording)

Veritext Legal Solutions
866 299-5127

```
 1                    C E R T I F I C A T I O N

 2

 3      I, Sonya Ledanski Hyde, certify that the

 4      foregoing transcript is a true and accurate

 5      record of the proceedings.

 6

 7

 8

 9      _____

10

11      Veritext Legal Solutions

12      330 Old Country Road

13      Suite 300

14      Mineola, NY 11501

15

16      Date:   September 16, 2021

17

18

19

20

21

22

23

24

25
                                              Page 4
```