# Exhibit JJ-29

1
2
3
4
5
6
7
8
9
10
11
12
13  07/13/21 - 2256 - NDCC Operator #4
14
15
16
17
18
19
20
21
22
23
24
25

Page 1

```
 1              RECORDED MESSAGE:  You have reached
 2    PG&E's electric incident reporting hotline.
 3    Thanks for calling.  Please provide your name,
 4    callback number, and any details about the
 5    incident, including the address or approximate
 6    location, the city and county, and the circuit or
 7    the voltage associated with the incident.  An on-
 8    call representative will return your call and
 9    acknowledge your message.  Again, thanks for
10    calling.
11              At the tone, please record your
12    message.  When you have finished recording, you
13    may hang up or press one for more options.
14              NDCC OPERATOR #4:  Hi, my name is
15    ███████████, ███, ███████████, ███████████
16    calling in regards to a fire, Bucks Creek, 1101.
17    Per the Troubleman, at fuses 17733, he found two
18    of three blown.  He said a tree fell into the
19    line and a fire was started and no damage to any
20    assets at this time.  Troubleman's name is █████
21    █████████ and if you have any questions, my phone
22    number is ███████████.  Thank you.
23
24
25
                                                 Page 2
```

```
 1                C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8    _____
 9

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date:   September 17, 2021

17

18

19

20

21

22

23

24

25
```

Page 3