# Exhibit KK

1    JENNER & BLOCK LLP
     Reid J. Schar (*pro hac vice*)
2    RSchar@jenner.com
     353 N. Clark Street
3    Chicago, IL 60654-3456
     Telephone:     (312) 222-9350
4    Facsimile:     (312) 527-0484

5    CLARENCE DYER & COHEN LLP
     Kate Dyer (Bar No. 171891)
6    kdyer@clarencedyer.com
     899 Ellis Street
7    San Francisco, CA 94109-7807
     Telephone:     (415) 749-1800
8    Facsimile:     (415) 749-1694

9    CRAVATH, SWAINE & MOORE LLP
     Kevin J. Orsini (*pro hac vice*)
10   korsini@cravath.com
     825 Eighth Avenue
11   New York, NY 10019
     Telephone:     (212) 474-1000
12   Facsimile:     (212) 474-3700

13   Attorneys for Defendant PACIFIC GAS AND
     ELECTRIC COMPANY

14

                    UNITED STATES DISTRICT COURT
15
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
16

17

     UNITED STATES OF AMERICA,          Case No. 14-CR-00175-WHA
18
                    Plaintiff,          **SUPPLEMENTAL DECLARATION OF**
19                                       **██████████████ IN SUPPORT OF**
            vs.                          **RESPONSE TO FOLLOW-UP**
20                                       **QUESTIONS RE DIXIE AND FLY  FIRES**
     PACIFIC GAS AND ELECTRIC
21   COMPANY,                           Judge: Hon. William Alsup

22                  Defendant.

23

24

25

26

27

28

                                  -1-
     ─────────────────────────────────────────────────────────────

1    I, ███████████, hereby declare under penalty of perjury as follows:

2    1.    I make this declaration based upon personal knowledge and if called as a witness I

3    could and would testify competently to the matters set forth herein.

4    2.    On August 16, 2021, Pacific Gas and Electric ("PG&E") submitted a filing to the

5    Court stating that, under PG&E's 2021 Equipment Risk Model, the section of the Bucks Creek

6    distribution line in which a tree fell on the line "was ranked 11 out of 3,635 circuit sections."

7    3.    On August 17, 2021, the Court issued an order asking PG&E about the #11

8    ranking. Specifically, the Court ordered PG&E to respond to the following question:

9         Question 5:  The circuit was ranked 11 out of 3,635 circuits with respect to

10        Equipment Risk.  Please state each reason the circuit received such an

11        elevated risk ranking.

12   4.    I was asked to execute a declaration explaining this risk ranking in response to the

13   Court's question.  On August 25, I executed a responsive declaration.

14   5.    In that declaration, in addition to explaining the basis for the current (2021 model)

15   elevated risk ranking of this Bucks Creek section that was referenced in the Court's question, I

16   was also asked to explain that "an earlier model" used in 2019 and 2020, which employed a

17   different methodology, had produced a lower ranking.  I understood this discussion of the "earlier

18   model" was to show how the current elevated ranking—which was set forth in the earlier filing

19   and referenced in the Court's question—had risen from the prior ranking produced by the older

20   model.  In discussing the prior risk ranking, I did not intend to mislead or confuse the Court by not

21   repeating the operative risk ranking that was mentioned in the Court's question to which I was

22   responding.

23       I declare under penalty of perjury that the foregoing is true and correct to the best of my

24   knowledge.

25       Executed this 16th day of September, 2021, in the City of SAN CLEMENTE, County of

26   ORANGE, State of California.

27

28

-2-

SUPPLEMENTAL DECLARATION OF ███████ IN SUPPORT OF RESPONSE TO FOLLOW-UP
QUESTIONS RE DIXIE AND FLY FIRES
Case No. 14-CR-00175-WHA