UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **QUESTION RE FAST-TRIP MITIGATION** |
| Defendant. | |

19. Please explain in your filing due September 24 all differences (and similarities) between Fast Trip Mitigation versus simply reducing the Minimum To Trip.

**IT IS SO ORDERED.**

Dated: September 20, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE