JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:    (312) 222-9350
Facsimile:    (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:    (415) 749-1800
Facsimile:    (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:    (212) 474-1000
Facsimile:    (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Defendant. | Case No. 14-CR-00175-WHA<br><br>**SUPPLEMENTAL RESPONSE TO QUESTIONS POSED DURING SEPTEMBER 13, 2021 HEARING**<br><br>Judge: Hon. William Alsup |

-2-

1   Defendant Pacific Gas and Electric Company ("PG&E") hereby files a corrected version of
2 Exhibit JJ-16; a transcription error in the version filed on September 17, 2021 resulted in an
3 incorrect time stamp being listed on the first page. (Dkt. 1474-17.) The time stamp should have
4 been "07/13/21 – 1718".
5   PG&E also files one additional transcript of an audio recording that is responsive to the
6 Question 1 the Court posed on September 13, 2021 that was not completed in time for the filing on
7 Friday (Exhibit JJ-30).

Dated: September 22, 2021   Respectfully submitted,

JENNER & BLOCK LLP

By:   /s/ Reid J. Schar
   Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Kevin J. Orsini
   Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By:   /s/ Kate Dyer
   Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY