# Exhibit JJ-30

1
2
3
4
5
6
7
8
9
10
11
12
13    07/13/21 - 2015 - NDCC Operator #2 / Switch
14    Troubleman
15
16
17
18
19
20
21
22
23
24
25

Page 1

```
 1              NDCC OPERATOR #2:  Rocklin, this is
 2   ███████.
 3              SWITCH TROUBLEMAN:  Hey, it's ███████
 4   of Chico.
 5              NDCC OPERATOR #2:  Hey, ███████.
 6              SWITCH TROUBLEMAN:  Hey, I'm about 20
 7   minutes from that switch.  It's still a go?
 8              NDCC OPERATOR #2:  Still a go.
 9              SWITCH TROUBLEMAN:  Okay.  I'll take
10   care of it.
11              NDCC OPERATOR #2:  Awesome.
12              SWITCH TROUBLEMAN:  I'll call you back.
13              NDCC OPERATOR #2:  Awesome.  Thanks,
14   ███████.
15              SWITCH TROUBLEMAN:  Okay.  Bye-bye.
16              NDCC OPERATOR #2:  Bye.
17              (End recording)
18
19
20
21
22
23
24
25
                                                    Page 2
```

```
 1                C E R T I F I C A T I O N
 2
 3   I, Sonya Ledanski Hyde, certify that the
 4   foregoing transcript is a true and accurate
 5   record of the proceedings.
 6
 7
 8   _____
 9
10
11   Veritext Legal Solutions
12   330 Old Country Road
13   Suite 300
14   Mineola, NY 11501
15
16   Date:    September 16, 2021
17
18
19
20
21
22
23
24
25
```