# Exhibit NN

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:  (415) 749-1800
Facsimile:  (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 14-CR-00175-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF [REDACTED] IN SUPPORT OF RESPONSE TO ORDERS FOR FURTHER RESPONSES RE DIXIE FIRE** |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | Judge: Hon. William Alsup |
| Defendant. | |

-1-
DECLARATION OF [REDACTED] N SUPPORT OF RESPONSE TO ORDERS FOR FURTHER
RESPONSES RE DIXIE FIRE
Case No. 14-CR-00175-WHA

I, ▮▮▮▮▮ hereby declare under penalty of perjury as follows:

1. I make this declaration based upon personal knowledge and if called as a witness I could and would testify competently to the matters set forth herein.

2. I am an Electric Distribution Troubleman with Pacific Gas and Electric Company ("PG&E"). Due to the departure of the supervisor of troublemen in my geographic area, I have temporarily assumed some of the responsibilities of supervising Electric Distribution Troublemen within my area.

3. On July 13, 2021, between approximately 4:30 and 5:00 p.m. in the afternoon, I was driving in my PG&E bucket truck on Skyway, which is a road that runs from Chico, California, to Paradise, California (and continues on). When I first heard the Dixie Troubleman over the radio, sometime between 4:45 p.m. and 5:00 p.m., I was heading eastbound on Skyway, between Chico and Paradise.

4. Several minutes later, when I was able to speak with the Dixie Troubleman over the radio, I was in Paradise, California, and I had pulled over near the intersection of Skyway and Bille Road. At that time, I was using PG&E talkgroup 6741. I am informed that talkgroup 6741 is not a simplex channel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of September, 2021, in the City of Chico, County of Butte, State of California.

-2-
DECLARATION OF ▮▮▮▮▮ IN SUPPORT OF RESPONSE TO ORDERS FOR FURTHER RESPONSES
RE DIXIE FIRE
Case No. 14-CR-00175-WHA