# Exhibit OO

