# Exhibit PP

| Point Name | Time Stamp | Value |
|---|---|---|
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 0:02 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 0:02 | 0.5 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:54 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:54 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:54 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:54 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:55 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:55 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:56 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:56 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:58 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:58 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 2:59 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 3:00 | 0.5 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 3:13 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 3:13 | 0.5 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 3:38 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 3:38 | 0.5 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 6:44 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 6:44 | 0.5 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 6:54 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 6:54 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 6:55 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 6:55 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:04 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:04 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:10 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:13 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:20 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:20 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:21 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:22 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:23 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:24 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:31 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:31 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:36 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:36 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:37 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:37 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:38 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:38 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:39 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:39 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:41 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:41 | 0 |

| Point Name | Time Stamp | Value |
|---|---|---|
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:48 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:49 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:52 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:52 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:53 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 7:53 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 8:00 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 8:00 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 8:03 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 8:03 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 8:03 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 8:03 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 8:18 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 8:18 | 0.5 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 9:57 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 9:57 | 0.5 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:06 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:06 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:12 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:13 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:22 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:22 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:34 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:35 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:38 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:40 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:40 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:41 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:52 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:52 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:58 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 15:59 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:11 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:11 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:15 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:15 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:16 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:16 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:20 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:20 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:27 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:28 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:42 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:43 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:44 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:44 | 0 |

| Point Name | Time Stamp | Value |
|---|---|---|
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:56 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 16:57 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:09 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:10 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:13 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:13 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:16 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:16 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:18 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:19 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:19 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:20 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:21 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:21 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:22 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:23 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:24 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:25 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:28 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:28 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:29 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:29 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:31 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:32 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:35 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:36 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:37 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:38 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:42 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:42 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:43 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:43 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:47 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:47 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:50 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:51 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:51 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 17:52 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 18:01 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 18:02 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 18:03 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 18:04 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 18:06 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 18:06 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 18:10 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 18:11 | 0 |

| Point Name | Time Stamp | Value |
|---|---|---|
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:12 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:12 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:12 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:15 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:16 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:16 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:17 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:18 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:18 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:19 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:25 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:25 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:32 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:32 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:33 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:34 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:37 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:38 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:39 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:39 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:47 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:47 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:50 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:50 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:54 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:55 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:56 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 18:56 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:01 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:01 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:04 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:04 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:07 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:08 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:09 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:09 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:14 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:15 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:20 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:21 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:25 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:26 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:33 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:34 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:45 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\Amps Ground | 7/13/2021 19:45 | 0 |

| Point Name | Time Stamp | Value |
|---|---|---|
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 19:46 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 19:46 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 19:51 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 19:51 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 19:55 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 19:55 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 19:57 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 19:58 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:00 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:01 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:02 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:02 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:04 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:06 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:11 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:11 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:11 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:11 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:12 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:12 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:21 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:21 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:22 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:23 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:24 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:24 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:29 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:29 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:30 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:31 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:32 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:32 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:33 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:34 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:38 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:39 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:43 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:44 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:49 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:49 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:51 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:51 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:54 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:54 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:55 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:56 | 0 |

| Point Name | Time Stamp | Value |
|---|---|---|
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:56 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:56 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:57 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 20:57 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:00 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:00 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:05 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:05 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:21 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:21 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:22 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:22 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:25 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:25 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:27 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:27 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:31 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:32 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:37 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:38 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:39 | 1.1 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:39 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:40 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:40 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:42 | 1.2 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:42 | 0 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:43 | 1.6 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 21:43 | 0.5 |
| AOR 1\NORTH VALLEY\BUCKS CREEK\BANK 4\CB 1101\|Amps Ground | 7/13/2021 23:59 | 1.6 |