UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | No. CR 14-00175 WHA<br><br>**FURTHER QUESTIONS RE DIXIE FIRE** |

By **MONDAY, OCTOBER 18 AT NOON**, PG&E shall respond to the following.

20. To the data produced at Dkt. No. 1444-5 at 7, provide pre-fault data going back to 6:00 AM on July 12, 2021, for all three phases of the Bucks Creek 1101 line. Reproduce the old data. Adjust the new chart so that each row represents a singular time.
21. Did the chart produced at 1444-5 at 7 give readings in amperes or kiloamperes? Did it give times in UCT or local time?
22. In that chart, amps appear to go to zero on Phase C at 6:48 a.m. on July 13. They appear to go to zero at 18:09 on Phase A and at 18:55 on Phase C. Clarify the meaning of the columns ending.

**IT IS SO ORDERED.**

Dated: October 13, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE