JENNER & BLOCK LLP
    Reid J. Schar (*pro hac vice*)
    RSchar@jenner.com
    353 N. Clark Street
    Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
    899 Ellis Street
    San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (*pro hac vice*)
    korsini@cravath.com
    825 Eighth Avenue
    New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                      Defendant. | Case No. 14-CR-00175-WHA<br><br>**RESPONSE TO ORDER FOR FURTHER RESPONSES RE DIXIE FIRE**<br><br>Judge: Hon. William Alsup |

1  Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this
2  response to the Court's October 13, 2021 order requesting information regarding the Dixie Fire (Dkt.
3  1492).

**Question 20:**

*To the data produced at Dkt. No. 1444-5 at 7, provide pre-fault data going back to 6:00 AM on July 12, 2021, for all three phases of the Bucks Creek 1101 line. Reproduce the old data. Adjust the new chart so that each row represents a singular time.*

**PG&E Response:**

Please see Attachment 1 hereto for the requested data in the requested format.

**Question 21:**

*Did the chart produced at 1444-5 at 7 give readings in amperes or kiloamperes? Did it give times in UCT or local time?*

**PG&E Response:**

The data produced at Dkt. No. 1444-5 at 7 (a) gives readings in amperes and (b) gives times in local time.

**Question 22:**

*In that chart, amps appear to go to zero on Phase C at 6:48 a.m. on July 13. They appear to go to zero at 18:09 on Phase A and at 18:55 on Phase C. Clarify the meaning of the columns ending.*

**PG&E Response:**

As explained in paragraph 4 of Dkt. No. 1444-5:

Line reclosers transmit to the company's RT SCADA system a variety of data at periodic intervals of between approximately 15 and 30 seconds. **If the data read at any particular time interval differs from the data read at the immediately preceding time interval, the data point is recorded in the company's PI Historian database.** This includes the data point regarding the current level on each phase of the distribution circuit on which the line recloser operates.

(emphasis added). Consequently, the absence of an entry in the referenced table for each phase after the noted times does not indicate that the amps went to zero at that time; rather, the absence of any entry after the last noted times for each phase indicates that no additional data were recorded in the PI Historian database for the remainder of July 13. Based on PG&E's understanding of the PI

Historian software program, that means that the line recloser thereafter periodically reported (approximately every 15 to 30 seconds) the *same* current level for each phase as it had reported at the time of the last recorded entry for that phase.[1]  If the amp level at the recloser's location had dropped to zero – or had changed at the reporting intervals to any value other than the previously recorded level – that change would be recorded.  The data indicate that measured amps remained at the same level at the recloser's location for the remainder of the day after the last recorded entry for each phase.[2]  Similar periods of stable amp level measurements (resulting in no recorded data) can be seen, for example, on Phase A from 7/12/21 20:39 to 7/12/21 6:48; on Phase B from 7/12/21 17:08 to 7/13/21 4:35; and on Phase C from 7/12/21 5:54 to 7/12/21 20:36.  The PI Historian database did not record zero amps on any of the three phases until 12:04 on July 14, at which point it recorded zero amps on all three phases.  PG&E has added to Attachment 1 the data on each phase to 12:04 on July 14.  The outage log reflects that the recloser was opened at CAL FIRE's request at 20:00 on July 14.

Dated: October 18, 2021

Respectfully Submitted,

JENNER & BLOCK LLP

By:   /s/ Reid J. Schar
      Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Kevin J. Orsini
      Kevin J. Orsini (*pro hac vice*)

---

[1] The same is true for Attachment 1 hereto.

[2] As described, the SCADA system only communicated with the line recloser at periodic (albeit relatively short) intervals.  The SCADA system did not measure current between those periodic intervals; during those intervals current levels could go up or down and then return to the previously recorded value.

|  |  |
|---|---|
| 1 |  |
| 2 | CLARENCE DYER & COHEN LLP |
| 3 | By:   /s/ Kate Dyer |
| 4 | Kate Dyer (Bar No. 171891) |
| 5 |  |
| 6 | Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY |

## Appendix 1

| Date/Time | Amps A | Date/Time | Amps B | Date/Time | Amps C |
|---|---|---|---|---|---|
| **LAST RECORDED MEASUREMENT PRIOR TO 6:00 A.M. ON 7/12/21** | | | | | |
|  |  | 7/11/2021 21:23 | 3.2 |  |  |
|  |  |  |  | 7/12/21 5:54 | 2.3 |
| 7/12/21 5:54 | 2.3 |  |  |  |  |
| **ALL RECORDED MEASUREMENTS FROM 6:00 A.M. ON 7/12/21 THROUGH THE END OF 7/13/21** | | | | | |
| 7/12/21 6:18 | 3.5 |  |  |  |  |
| 7/12/21 6:35 | 2.4 |  |  |  |  |
| 7/12/21 6:39 | 3.5 |  |  |  |  |
| 7/12/21 7:22 | 2.4 |  |  |  |  |
| 7/12/21 7:38 | 3.5 |  |  |  |  |
| 7/12/21 7:49 | 2.4 |  |  |  |  |
| 7/12/21 8:04 | 3.5 |  |  |  |  |
| 7/12/21 8:31 | 2.4 |  |  |  |  |
|  |  | 7/12/21 8:34 | 4.3 |  |  |
|  |  | 7/12/21 8:34 | 3.2 |  |  |
| 7/12/21 8:38 | 3.5 |  |  |  |  |
| 7/12/21 9:56 | 2.4 |  |  |  |  |
| 7/12/21 10:06 | 3.5 |  |  |  |  |
| 7/12/21 10:15 | 2.4 |  |  |  |  |
| 7/12/21 10:16 | 3.5 |  |  |  |  |
| 7/12/21 11:30 | 2.4 |  |  |  |  |
| 7/12/21 11:32 | 3.5 |  |  |  |  |
| 7/12/21 11:39 | 2.4 |  |  |  |  |
| 7/12/21 11:41 | 3.6 |  |  |  |  |
| 7/12/21 12:28 | 2.5 |  |  |  |  |
| 7/12/21 12:50 | 3.8 |  |  |  |  |
| 7/12/21 12:52 | 2.4 |  |  |  |  |
| 7/12/21 12:59 | 3.5 |  |  |  |  |
|  |  | 7/12/21 13:17 | 4.5 |  |  |
|  |  | 7/12/21 13:17 | 3.4 |  |  |
| 7/12/21 14:12 | 2.3 |  |  |  |  |
| 7/12/21 14:14 | 3.4 |  |  |  |  |
| 7/12/21 15:32 | 2.3 |  |  |  |  |
| 7/12/21 15:45 | 3.4 |  |  |  |  |
| 7/12/21 16:04 | 2.3 |  |  |  |  |
| 7/12/21 16:19 | 3.6 |  |  |  |  |
| 7/12/21 16:21 | 2.5 |  |  |  |  |
|  |  | 7/12/21 17:08 | 4.6 |  |  |
|  |  | 7/12/21 17:08 | 3.3 |  |  |
| 7/12/21 17:45 | 3.6 |  |  |  |  |
| 7/12/21 17:45 | 2.5 |  |  |  |  |
| 7/12/21 19:39 | 3.6 |  |  |  |  |
| 7/12/21 19:39 | 2.5 |  |  |  |  |
| 7/12/21 20:36 | 3.6 |  |  | 7/12/21 20:36 | 3.4 |
|  |  |  |  | 7/12/21 20:37 | 2.3 |
| 7/12/21 20:39 | 2.5 |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 7/12/21 20:45 | 1.2 |
| | | | | 7/12/21 21:34 | 2.3 |
| | | | | 7/12/21 21:34 | 1.2 |
| | | | | 7/12/21 22:02 | 2.3 |
| | | | | 7/12/21 22:04 | 1.2 |
| | | | | 7/12/21 22:27 | 2.3 |
| | | | | 7/12/21 22:46 | 1.2 |
| | | | | 7/12/21 23:01 | 2.3 |
| | | | | 7/12/21 23:09 | 1.2 |
| | | | | 7/12/21 23:22 | 2.3 |
| | | | | 7/12/21 23:25 | 1.2 |
| | | | | 7/12/21 23:32 | 2.3 |
| | | | | 7/12/21 23:37 | 1.2 |
| | | | | 7/12/21 23:55 | 2.3 |
| **13-Jul** | | **13-Jul** | | **13-Jul** | |
| | | | | 7/13/21 0:05 | 1.2 |
| | | | | 7/13/21 0:29 | 2.3 |
| | | | | 7/13/21 0:39 | 1.2 |
| | | | | 7/13/21 1:03 | 2.3 |
| | | | | 7/13/21 1:04 | 1.2 |
| | | | | 7/13/21 2:23 | 2.3 |
| | | | | 7/13/21 2:23 | 1.2 |
| | | | | 7/13/21 2:32 | 2.3 |
| | | | | 7/13/21 2:33 | 1.2 |
| | | | | 7/13/21 3:03 | 2.3 |
| | | | | 7/13/21 3:04 | 1.2 |
| | | | | 7/13/21 3:10 | 2.3 |
| | | | | 7/13/21 3:10 | 1.2 |
| | | | | 7/13/21 3:26 | 2.3 |
| | | | | 7/13/21 3:33 | 1.2 |
| | | 7/13/21 4:35 | 4.6 | 7/13/21 4:35 | 2.4 |
| | | 7/13/21 4:35 | 3.5 | 7/13/21 4:35 | 1.2 |
| | | | | 7/13/21 5:03 | 2.3 |
| | | | | 7/13/21 5:04 | 1.2 |
| | | | | 7/13/21 5:08 | 2.3 |
| | | | | 7/13/21 5:08 | 1.2 |
| | | | | 7/13/21 5:09 | 2.3 |
| | | | | 7/13/21 5:09 | 1.2 |
| | | | | 7/13/21 5:55 | 2.3 |
| | | 7/13/21 6:19 | 2.4 | | |
| | | 7/13/21 6:28 | 3.5 | | |
| 7/13/21 6:48 | 1.2 | 7/13/21 6:48 | 1.1 | 7/13/21 6:48 | 1.1 |
| 7/13/21 7:44 | 2.3 | | | | |
| 7/13/21 7:45 | 1.2 | | | | |
| | | 7/13/21 7:54 | 2.3 | | |
| | | 7/13/21 8:01 | 1.2 | | |
| 7/13/21 8:15 | 2.3 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7/13/21 8:19 | 1.1 | | | | |
| | | 7/13/21 8:21 | 2.3 | | |
| 7/13/21 8:35 | 2.3 | | | | |
| 7/13/21 8:39 | 1.2 | | | | |
| | | 7/13/21 8:46 | 1.2 | | |
| 7/13/21 8:47 | 2.3 | | | | |
| 7/13/21 8:47 | 1.2 | | | | |
| | | 7/13/21 8:49 | 2.3 | | |
| 7/13/21 8:52 | 2.3 | | | | |
| 7/13/21 9:09 | 1.2 | 7/13/21 9:09 | 1.2 | | |
| 7/13/21 9:18 | 2.4 | 7/13/21 9:18 | 2.3 | | |
| 7/13/21 9:20 | 1.2 | | | | |
| 7/13/21 9:25 | 2.4 | | | | |
| 7/13/21 9:25 | 1.2 | | | | |
| | | 7/13/21 9:31 | 1.2 | | |
| | | 7/13/21 9:46 | 2.3 | | |
| 7/13/21 9:49 | 2.5 | | | | |
| 7/13/21 9:50 | 1.2 | | | | |
| | | 7/13/21 10:00 | 1.2 | | |
| | | 7/13/21 10:05 | 2.3 | | |
| 7/13/21 10:10 | 2.3 | | | | |
| 7/13/21 10:23 | 1.2 | | | | |
| | | 7/13/21 10:26 | 1.2 | | |
| | | 7/13/21 10:40 | 2.3 | | |
| | | 7/13/21 11:05 | 1.2 | | |
| | | 7/13/21 11:08 | 2.3 | | |
| | | 7/13/21 11:22 | 1.2 | | |
| 7/13/21 11:28 | 2.4 | 7/13/21 11:28 | 2.3 | | |
| | | 7/13/21 11:31 | 1.2 | | |
| 7/13/21 11:32 | 1.2 | 7/13/21 11:32 | 2.3 | | |
| | | 7/13/21 11:34 | 1.2 | | |
| | | 7/13/21 11:35 | 2.4 | | |
| | | 7/13/21 11:50 | 1.2 | | |
| 7/13/21 11:51 | 2.3 | | | | |
| | | 7/13/21 11:54 | 2.3 | | |
| 7/13/21 12:00 | 1.2 | | | | |
| 7/13/21 12:21 | 2.3 | 7/13/21 12:21 | 1.2 | | |
| 7/13/21 12:21 | 1.2 | | | | |
| | | 7/13/21 12:30 | 2.3 | | |
| | | 7/13/21 12:50 | 1.2 | | |
| | | 7/13/21 12:50 | 2.3 | | |
| | | 7/13/21 12:51 | 1.2 | | |
| | | 7/13/21 12:58 | 2.3 | | |
| 7/13/21 13:04 | 2.3 | | | | |
| 7/13/21 13:05 | 1.2 | | | | |
| | | 7/13/21 13:15 | 1.2 | | |
| | | 7/13/21 13:20 | 2.3 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 7/13/21 13:44 | 1.2 | | |
| | | 7/13/21 13:49 | 2.3 | | |
| | | 7/13/21 13:51 | 1.2 | | |
| | | 7/13/21 13:54 | 2.3 | | |
| 7/13/21 14:18 | 2.3 | | | | |
| 7/13/21 14:21 | 1.2 | | | | |
| 7/13/21 14:47 | 2.3 | 7/13/21 14:47 | 1.2 | | |
| | | 7/13/21 14:47 | 2.3 | | |
| | | 7/13/21 14:48 | 1.2 | | |
| 7/13/21 14:51 | 1.2 | | | | |
| | | 7/13/21 14:52 | 2.3 | | |
| 7/13/21 15:06 | 2.4 | | | | |
| 7/13/21 15:09 | 1.2 | | | | |
| | | 7/13/21 15:12 | 1.2 | | |
| | | 7/13/21 15:16 | 2.3 | | |
| 7/13/21 15:21 | 2.3 | | | | |
| 7/13/21 15:22 | 1.2 | | | | |
| 7/13/21 15:22 | 2.3 | | | | |
| 7/13/21 15:28 | 1.2 | | | | |
| | | 7/13/21 15:37 | 1.2 | | |
| 7/13/21 15:45 | 2.5 | 7/13/21 15:45 | 2.3 | | |
| 7/13/21 15:46 | 1.2 | | | | |
| | | 7/13/21 15:48 | 1.2 | | |
| | | 7/13/21 15:56 | 2.4 | | |
| | | 7/13/21 16:08 | 1.2 | | |
| 7/13/21 16:09 | 2.3 | | | | |
| 7/13/21 16:12 | 1.2 | | | | |
| | | 7/13/21 16:19 | 2.4 | | |
| | | 7/13/21 16:36 | 1.2 | | |
| 7/13/21 16:43 | 2.3 | | | | |
| 7/13/21 16:43 | 1.2 | | | | |
| 7/13/21 17:12 | 2.3 | | | | |
| 7/13/21 17:12 | 1.2 | | | | |
| | | 7/13/21 17:21 | 2.4 | | |
| | | 7/13/21 17:22 | 1.2 | | |
| 7/13/21 18:09 | 2.3 | | | | |
| 7/13/21 18:09 | 1.2 | | | | |
| | | 7/13/21 18:54 | 2.3 | | |
| | | 7/13/21 18:55 | 1.2 | | |

RESPONSE TO ORDER FOR FURTHER RESPONSES RE DIXIE FIRE
Case No. 14-CR-00175-WHA

| 14-Jul | | 14-Jul | | 14-Jul | |
|---|---|---|---|---|---|
| | | 7/14/21 9:44 | 2.3 | | |
| | | 7/14/21 9:44 | 1.2 | | |
| | | 7/14/21 9:45 | 2.3 | | |
| | | 7/14/21 9:48 | 1.2 | | |
| | | 7/14/21 11:29 | 2.3 | | |
| | | 7/14/21 11:29 | 1.2 | | |
| | | 7/14/21 12:00 | 2.3 | | |
| | | 7/14/21 12:00 | 1.2 | | |
| 7/14/21 12:01 | 2.3 | 7/14/21 12:01 | 2.4 | 7/14/21 12:01 | 2.3 |
| 7/14/21 12:04 | 0 | 7/14/21 12:04 | 0 | 7/14/21 12:04 | 0 |