UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE REGARDING RELEASE OF REDACTED AUDIO RECORDINGS** |
| Defendant. | |

The Court intends to release publicly the "bleeped" audio recordings referenced at Dkt. No. 1408 n. 2 (bleeped to conceal names/monikers). These are part of the public docket. The offender shall have, however, **SEVEN DAYS** to lodge any specific objections.

**IT IS SO ORDERED.**

Dated: October 20, 2021.

　　　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE