JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

Defendant.

Case No. 14-CR-00175-WHA

**RESPONSE TO THIRD REQUEST FOR FURTHER RESPONSES RE DIXIE FIRE**

Judge: Hon. William Alsup

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this response to the Court's October 19, 2021 Third Request for Further Responses re Dixie Fire (Dkt. 1495).

**Question 23:**

*Your October 18 response (Dkt. No. 1493) states (at page 3), "The outage log reflects that the recloser was opened at Cal FIRE's request at 20:00 on July 14." However, the data you submitted does not go up to 20:00 on July 14 (but stops at zero amps at 12:04). Please extend the chart to 20:00.*

**PG&E Response:**

There is no later data in the PI Historian database on July 14, indicating that the measured amp level on each phase at the reporting intervals remained unchanged (i.e., remained at zero amps[1]) from 12:04 until the opening of the recloser at the substation at 20:00.

**Question 24:**

*Switch 941 was turned off at 8:30 p.m. on July 13, according to Dkt. No. 1479 at p.7. How, if at all, is this reflected in the data?*

**PG&E Response:**

There is no appreciable change in the data associated with the opening of Switch 941, indicating that there was at that time no significant usage downstream of Switch 941.

**Question 25:**

*Did the railroad use all three phases or only two, and if only two, which two?*

**PG&E Response:**

PG&E's EDGIS[2] database reports that each of the three railroad locations used transformers served by just two phases. It is possible the railroad drew on a different two phases at different locations. PG&E does not routinely map individual phases on multi-phase circuits; rather,

[1] The RT SCADA system reports any current below 0.5 amps as zero amps.

[2] EDGIS stands for Electric Distribution Geographical Information System.

PG&E only performs such phase mapping when such information is needed, either by walking the line, tracing the phases from pole to pole, noting when they move back and forth to balance the load; or by having personnel send and detect electronic signals down the line.  The Bucks Creek 1101 line remains out of service.  The line was damaged by the fire, and the damaged state of the line – in which some segments have been removed altogether to make the area around the line safe and not replaced – means that these methods are not available.

**Question 26:**

*Before the fault (with slight variation), Phase A read 2.4 then 3.5, then 2.4, etc. What accounted for this pattern? Did the customer loads regularly vary in this manner? After the fault (with slight variation), Phase A read 1.2 then or 2.3, then 1.2, etc. What accounted for this pattern?*

**PG&E Response:**

In normal operations, increases and decreases in amp levels reflect variance in customer usage and PG&E is not currently aware of another explanation for the readings here. Similar periodic increases/decreases in amp levels can be seen on the line for the week prior to the fire, as reflected in Attachment 1 below.

**Question 27:**

*Before the fault (with slight variation), Phase B read 4.5, then 3.4, then 4.5, etc. What accounted for this pattern? Did the customer loads regularly vary in this manner? After the fault (with slight variation), Phase B read 2.3, then 1.2, then 2.3, etc. What accounted for this pattern?*

**PG&E Response:**

See response to question 26.

**Question 28:**

*Before the fault (with slight variation), Phase C read 1.2, then 2.3, then 1.2, etc. What accounted for this variation? After the fault, Phase C read 1.1 solid without variation, for many hours. What accounted for this circumstance?*

**PG&E Response:**

In normal operations, increases and decreases and periods of stability ordinarily reflect variances, and periods of stability, in customer usage. PG&E is not currently aware of another explanation for the amp levels here. Similar increases/decreases in amps are seen on the line for the week prior to the fire, as reflected in Attachment1 below. Likewise, similar intervals without variation over a several hour period are reflected in Attachment 1, for example, on Phase C on the previous day from 5:54 to 20:36; on Phase A from 20:39 on July 12 to 6:35 on July 13, and on Phase B from 17:08 to 4:35.

**Question 29:**

*Wouldn't the abrupt change from the back-and-forth pattern on Phase C to a steady 1.1 amps for many hours indicate a ground fault (i.e. power going to ground via a high-impedance object like a tree)? What else could explain the data?*

**PG&E Response:**

(a) *Does the change to steady 1.1 amps for many hours indicate a ground fault*? No. First, the 1.1 amp draw on Phase C at the recloser continues uninterrupted (a) after the troubleman opened the third fuse at approximately 17:00 hours on July 13, and (b) after the opening of Switch 941, at 20:30 hours on July 13; after either of these events, no power from the substation could be reaching or flowing through the subject tree, which was downstream of the fuses and the switch. This would indicate user(s) drawing 1.1 amps upstream of the fuse and the switch.

Second, the oscillography for the 6:48 a.m. fault shows current far in excess of the minimum to trip on Phases B and C. Current on Phase A remained below the 10 amp rating for the fuses that is reflected in the EDGIS database. *See* Dkt. No. 1408-4 at ¶¶ 12-16 (screenshots of oscillography). This oscillography is consistent with the fuses for Phases B and C opening at approximately 6:48 a.m. and with the fuse for Phase A remaining closed. If the fuses for Phases B and C operated, and if power continued to flow from the substation down the line *past the fuses* after the 6:48 event, that flow must have been down Phase A, not Phase C.

(b) *What else could explain the data*: As noted above, a steady draw of amps is consistent with steady customer demand, as, for example, equipment in steady operation; as noted above, a similar pattern can be seen before the fault the previous day, July 12, when the draw was consistently measured at 2.3 amps from 5:54 to 20:36. As noted in response to question 28, similar periods of steady draw are also seen on Phases A and B prior to the 6:48 event.

The overall reduction in amps at 6:48 a.m. to a non-zero value is consistent with the known circumstances: users downstream of the fuses losing power and users upstream of the fuses not losing power.

**Question 30:**

*When it is 6:48 a.m. PDT, it is 14:48 p.m. in London (UTC) (same day). The [Recloser Witness 3] declaration is incorrect in how it used UTC. Please revise and use the correct data and be sure as to which phase was which.*

**PG&E Response:**

As PG&E understands it, Pacific STANDARD time is 8 hours earlier than UTC, but Pacific DAYLIGHT time is 7 hours earlier than UTC.[3] On July 13, it was Pacific Daylight time in California. Accordingly, PG&E believes the time data it has provided to the Court is correctly adjusted to local time.[4]

**Question 31:**

*Please update the answers to Question 4, at Dkt. No. 1474 pp. 10–11. Specifically, can PG&E determine whether, after the line-to-line fault on July 13, the railroad contacted PG&E to report a loss of power? Can PG&E supply detailed readings from the "non-communicating"*

[3] *See, e.g.*, National Oceanic and Atmospheric Administration, "What is UTC or GMT" (indicating that PST is -8 from UTC, and PDT is -7 from UTC), *available at* https://www.nhc.noaa.gov/aboututc.shtml.

[4] As previously explained, a programming error by the manufacturer of the controller for the line recloser resulted in the wrong UTC time being displayed when viewing the oscillography, but PG&E nevertheless properly reported the local time. *See* Dkt. No. 1474 at 12-14 (Response to Question 5).

*SmartMeter [ ]? If so, produce the readings from that meter from the four hours before and after the phase-to-phase fault.*

**PG&E Response:**

(a) *Railroad loss of power:* As set forth in its original response, PG&E has not located any record that the railroad advised it of a loss of power prior to de-energization of the entire Bucks Creek 1101 Line at 20:00 on July 14.

In order to obtain updated information for the Court regarding the first part of this question, PG&E requested that the railroad provide PG&E with responsive information. The railroad responded that the power off alarm initially came to its system at 10:37 p.m. Central Standard Time on July 13.[5] The railroad confirmed that it did not contact PG&E about the power being off. The railroad explained that it knew there was a fire in the area; it understood that either a line had come down, or PG&E had proactively shut the power off; and it knew it had battery back-up and time to get generators installed if needed.

(b) *Smartmeter data:* PG&E has not recovered any information from the Smartmeter referenced in the question. As set forth in in the original response, this SmartMeter was damaged by the fire and PG&E has preserved and not attempted to open it. Even once opened, and even if data is then readable from the damaged device, PG&E expects the device will show only total <u>cumulative</u> energy usage. Accordingly, PG&E does not expect to recover data showing usage over any particular interval – such as usage for the four hours before and after the phase-to-phase fault.

**Question 32:**

*At the hearing on September 13, the Troubleman testified that when he arrived at Pole 17733, he opened the still-closed fuse. He identified it as*

[5] As it did previously, the railroad stated that it did not receive a loss of power signal until sometime after PG&E opened Switch 941 on the evening of July 13. The difference in the time reported by the railroad at this time and that previously provided by the railroad may be based in part on the one hour difference between Central Daylight Time and Central Standard Time. *See* Dkt. 1479 at 7 (reporting that railroad confirmed it received a signal that it lost commercial power at its facility load-side of Switch 941 at "2326 Central Time").

*the fuse at the far right, as one looked at Photo Number 615 from July 18, 2021. Was this open fuse associated with Phase A, B, or C?*

**PG&E Response:**

The best physical evidence of which fuses operated and which one was opened manually would be the fuses themselves. CAL FIRE apparently took possession of the fuses; inspection should show which fuses operated based on a fault condition and which was manually opened.

While PG&E has been unable to perform phase mapping for the reasons explained in its Response to Question 25 above, PG&E notes that the oscillography for the 6:48 a.m. fault event shows current far in excess of the minimum to trip on Phase B and C only, with current on Phase A remaining below the 10 amp rating for the fuses that is reflected in the EDGIS database. *See* Dkt. No. 1408-4 at ¶¶ 12-16 (screenshots of oscillography). This oscillography is consistent with the fuses for Phases B and C operating at approximately 6:48 a.m., with the fuse for Phase A remaining closed until the Troubleman opened it.

Dated: October 25, 2021

Respectfully Submitted,

JENNER & BLOCK LLP

By: /s/ Reid J. Schar
Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By: /s/ Kate Dyer
      Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

**Attachment 1**

| Date/Time | Amps A | Date/Time | Amps B | Date/Time | Amps C |
|---|---|---|---|---|---|
| ALL RECORDED MEASUREMENTS FROM 12:00 A.M. ON 7/6/21 THROUGH THE END OF 7/14/21 | | | | | |
| | | | | 7/6/2021 0:17 | 2.3 |
| | | | | 7/6/2021 0:18 | 1.2 |
| | | | | 7/6/2021 2:51 | 2.3 |
| | | | | 7/6/2021 2:52 | 1.2 |
| | | | | 7/6/2021 3:23 | 2.3 |
| | | | | 7/6/2021 3:23 | 1.2 |
| | | | | 7/6/2021 4:00 | 2.3 |
| | | | | 7/6/2021 4:04 | 1.2 |
| | | | | 7/6/2021 4:06 | 2.3 |
| | | | | 7/6/2021 4:13 | 1.2 |
| | | | | 7/6/2021 4:24 | 2.3 |
| | | | | 7/6/2021 4:25 | 1.2 |
| | | | | 7/6/2021 4:57 | 2.3 |
| | | | | 7/6/2021 5:09 | 1.2 |
| | | | | 7/6/2021 5:29 | 2.5 |
| | | | | 7/6/2021 5:30 | 1.2 |
| | | | | 7/6/2021 5:34 | 2.3 |
| | | | | 7/6/2021 5:36 | 1.2 |
| | | | | 7/6/2021 5:38 | 2.3 |
| | | | | 7/6/2021 5:39 | 1.2 |
| | | 7/6/2021 5:50 | 5.2 | 7/6/2021 5:50 | 3.3 |
| | | 7/6/2021 5:51 | 3.2 | | |
| | | | | 7/6/2021 5:51 | 2 |
| | | | | 7/6/2021 5:53 | 3.1 |
| | | | | 7/6/2021 5:54 | 2 |
| | | | | 7/6/2021 8:57 | 3.1 |
| | | 7/6/2021 8:57 | 4.6 | | |
| | | 7/6/2021 8:58 | 3.4 | | |
| | | | | 7/6/2021 8:58 | 2 |
| | | | | 7/6/2021 11:17 | 3.1 |
| | | | | 7/6/2021 11:18 | 2 |
| | | | | 7/6/2021 11:40 | 3.1 |
| | | | | 7/6/2021 11:40 | 2 |
| 7/6/2021 13:46 | 4 | | | | |
| 7/6/2021 13:46 | 2.8 | | | | |
| | | | | 7/6/2021 14:17 | 3.1 |
| | | | | 7/6/2021 14:17 | 2 |
| | | | | 7/6/2021 15:49 | 3.1 |
| | | | | 7/6/2021 15:49 | 2 |
| | | | | 7/6/2021 17:21 | 3.1 |
| | | | | 7/6/2021 17:21 | 2 |
| | | | | 7/6/2021 18:07 | 3.1 |
| | | | | 7/6/2021 18:17 | 2 |
| | | | | 7/6/2021 18:21 | 3.1 |
| | | | | 7/6/2021 18:21 | 2 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 7/6/2021 20:21 | 3.1 |
| | | | | 7/6/2021 20:22 | 2 |
| **7-Jul** | | **7-Jul** | | **7-Jul** | |
| | | 7/7/2021 3:45 | 4.6 | | |
| | | 7/7/2021 3:45 | 3.5 | | |
| | | 7/7/2021 6:12 | 2.4 | | |
| | | 7/7/2021 6:13 | 3.5 | | |
| | | 7/7/2021 6:29 | 2.4 | | |
| | | 7/7/2021 6:33 | 3.6 | | |
| | | 7/7/2021 6:35 | 2.5 | | |
| | | 7/7/2021 6:43 | 3.6 | | |
| | | 7/7/2021 7:06 | 2.4 | | |
| | | 7/7/2021 7:09 | 3.6 | | |
| | | | | 7/7/2021 7:23 | 3.1 |
| | | | | 7/7/2021 7:24 | 2 |
| | | 7/7/2021 7:29 | 2.5 | | |
| | | | | 7/7/2021 7:38 | 3.1 |
| | | 7/7/2021 7:42 | 3.6 | | |
| | | | | 7/7/2021 7:46 | 2 |
| | | | | 7/7/2021 9:03 | 3.1 |
| | | | | 7/7/2021 9:05 | 2 |
| | | | | 7/7/2021 12:08 | 3.1 |
| | | | | 7/7/2021 12:10 | 2 |
| | | | | 7/7/2021 12:18 | 3.1 |
| 7/7/2021 12:18 | 4 | | | | |
| | | | | 7/7/2021 12:18 | 2 |
| 7/7/2021 12:18 | 2.8 | | | | |
| | | | | 7/7/2021 13:44 | 3.1 |
| 7/7/2021 13:52 | 4 | | | | |
| 7/7/2021 13:52 | 2.8 | | | | |
| | | | | 7/7/2021 14:01 | 2 |
| | | | | 7/7/2021 16:26 | 3.1 |
| | | | | 7/7/2021 16:29 | 2 |
| | | 7/7/2021 18:25 | 2.5 | | |
| | | | | 7/7/2021 18:26 | 3.3 |
| | | | | 7/7/2021 18:26 | 2 |
| | | 7/7/2021 18:39 | 3.6 | | |
| | | | | 7/7/2021 19:26 | 3.1 |
| | | | | 7/7/2021 19:27 | 2 |
| | | 7/7/2021 19:49 | 2.5 | | |
| | | 7/7/2021 19:50 | 3.6 | | |
| | | 7/7/2021 20:24 | 2.5 | | |
| | | 7/7/2021 20:24 | 3.6 | | |
| | | 7/7/2021 20:52 | 2.5 | | |
| | | 7/7/2021 20:57 | 3.6 | | |
| **8-Jul** | | **8-Jul** | | **8-Jul** | |
| | | 7/8/2021 0:49 | 2.5 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 7/8/2021 0:53 | 3.6 | | |
| | | 7/8/2021 1:42 | 2.5 | | |
| | | 7/8/2021 1:46 | 3.6 | | |
| | | 7/8/2021 5:13 | 2.5 | | |
| | | 7/8/2021 5:14 | 3.6 | | |
| | | 7/8/2021 6:08 | 2.5 | | |
| | | 7/8/2021 6:20 | 3.6 | | |
| | | 7/8/2021 6:37 | 2.5 | | |
| | | 7/8/2021 6:37 | 3.8 | | |
| | | | | 7/8/2021 7:11 | 3.1 |
| | | | | 7/8/2021 7:11 | 2 |
| | | 7/8/2021 8:42 | 2.5 | | |
| | | 7/8/2021 8:48 | 3.6 | | |
| | | | | 7/8/2021 9:58 | 3.1 |
| | | | | 7/8/2021 9:59 | 2 |
| | | | | 7/8/2021 10:58 | 3.1 |
| | | | | 7/8/2021 11:10 | 2 |
| | | | | 7/8/2021 11:36 | 3.1 |
| | | | | 7/8/2021 11:36 | 2 |
| 7/8/2021 12:08 | 4 | | | | |
| 7/8/2021 12:08 | 2.8 | | | | |
| | | | | 7/8/2021 13:42 | 3.1 |
| | | | | 7/8/2021 13:44 | 1.8 |
| | | | | 7/8/2021 14:44 | 2.9 |
| | | | | 7/8/2021 16:09 | 1.8 |
| | | | | 7/8/2021 16:46 | 2.9 |
| | | | | 7/8/2021 17:28 | 1.8 |
| | | | | 7/8/2021 17:45 | 2.9 |
| | | 7/8/2021 18:00 | 2.5 | | |
| | | | | 7/8/2021 18:03 | 1.8 |
| | | 7/8/2021 18:04 | 3.6 | | |
| | | | | 7/8/2021 18:10 | 2.9 |
| | | 7/8/2021 18:28 | 2.5 | | |
| | | | | 7/8/2021 18:29 | 1.8 |
| | | 7/8/2021 18:37 | 3.6 | | |
| | | | | 7/8/2021 18:43 | 2.9 |
| | | | | 7/8/2021 19:03 | 1.8 |
| | | | | 7/8/2021 19:15 | 2.9 |
| | | 7/8/2021 19:22 | 2.3 | | |
| | | 7/8/2021 19:32 | 3.4 | | |
| | | | | 7/8/2021 19:58 | 1.8 |
| | | | | 7/8/2021 20:05 | 2.9 |
| | | | | 7/8/2021 20:46 | 1.6 |
| **9-Jul** | | **9-Jul** | | **9-Jul** | |
| | | | | 7/9/2021 5:54 | 2.8 |
| | | | | 7/9/2021 8:47 | 1.6 |
| | | | | 7/9/2021 8:56 | 2.8 |


| | | | | | |
|---|---|---|---|---|---|
| | | | | 7/9/2021 20:46 | 1.6 |
| **10-Jul** | | **10-Jul** | | **10-Jul** | |
| | | 7/10/2021 2:53 | 4.7 | | |
| | | 7/10/2021 2:53 | 3.3 | | |
| | | | | 7/10/2021 5:54 | 2.9 |
| | | | | 7/10/2021 8:40 | 1.8 |
| | | | | 7/10/2021 9:26 | 2.9 |
| | | | | 7/10/2021 10:38 | 1.8 |
| | | | | 7/10/2021 10:45 | 3.1 |
| | | | | 7/10/2021 10:47 | 2 |
| | | | | 7/10/2021 11:16 | 3.1 |
| | | | | 7/10/2021 11:17 | 2 |
| | | | | 7/10/2021 12:10 | 3.1 |
| | | | | 7/10/2021 12:20 | 2 |
| | | | | 7/10/2021 12:21 | 3.1 |
| | | | | 7/10/2021 12:26 | 2 |
| 7/10/2021 14:21 | 4 | | | | |
| 7/10/2021 14:21 | 2.8 | | | | |
| | | | | 7/10/2021 16:18 | 3.2 |
| | | | | 7/10/2021 16:20 | 2 |
| | | | | 7/10/2021 16:47 | 3.1 |
| | | | | 7/10/2021 16:47 | 2 |
| | | | | 7/10/2021 18:14 | 3.2 |
| | | | | 7/10/2021 18:14 | 2 |
| | | | | 7/10/2021 18:43 | 3.1 |
| | | | | 7/10/2021 18:44 | 2 |
| | | | | 7/10/2021 20:38 | 3.1 |
| | | | | 7/10/2021 20:43 | 2 |
| **11-Jul** | | **11-Jul** | | **11-Jul** | |
| | | 7/11/2021 2:00 | 5.1 | 7/11/2021 2:00 | 3.3 |
| | | 7/11/2021 2:00 | 3.6 | 7/11/2021 2:00 | 1.8 |
| | | | | 7/11/2021 5:58 | 2.9 |
| | | 7/11/2021 6:14 | 2.5 | | |
| | | 7/11/2021 6:21 | 3.6 | | |
| | | | | 7/11/2021 7:13 | 1.8 |
| | | 7/11/2021 7:51 | 2.5 | | |
| | | | | 7/11/2021 7:51 | 2.9 |
| | | 7/11/2021 7:52 | 3.6 | | |
| | | 7/11/2021 8:10 | 2.5 | | |
| | | 7/11/2021 8:11 | 3.6 | | |
| | | 7/11/2021 8:14 | 2.5 | | |
| | | 7/11/2021 8:22 | 3.6 | | |
| | | | | 7/11/2021 8:30 | 1.8 |
| | | 7/11/2021 8:35 | 2.5 | | |
| | | 7/11/2021 8:41 | 3.6 | 7/11/2021 8:41 | 3.1 |
| | | | | 7/11/2021 8:42 | 2 |
| | | | | 7/11/2021 9:21 | 3.1 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 7/11/2021 9:27 | 2 |
| | | | | 7/11/2021 9:28 | 3.1 |
| | | | | 7/11/2021 9:31 | 2 |
| | | | | 7/11/2021 13:11 | 3.1 |
| | | | | 7/11/2021 13:13 | 2 |
| | | 7/11/2021 15:40 | 2.5 | | |
| | | 7/11/2021 15:42 | 3.6 | | |
| | | | | 7/11/2021 16:29 | 3.1 |
| | | | | 7/11/2021 16:31 | 2 |
| | | | | 7/11/2021 17:31 | 3.1 |
| | | | | 7/11/2021 17:32 | 2 |
| 7/11/2021 19:05 | 4.9 | 7/11/2021 19:05 | 5.3 | 7/11/2021 19:05 | 4.9 |
| 7/11/2021 19:05 | 3.2 | 7/11/2021 19:05 | 3.4 | 7/11/2021 19:05 | 2.5 |
| | | 7/11/2021 19:21 | 4.5 | | |
| | | 7/11/2021 19:22 | 3.2 | | |
| | | | | 7/11/2021 20:47 | 1.2 |
| 7/11/2021 20:48 | 2 | | | | |
| 7/11/2021 20:50 | 3.4 | | | 7/11/2021 20:50 | 2.3 |
| 7/11/2021 20:51 | 2.3 | | | | |
| | | | | 7/11/2021 21:06 | 1.2 |
| | | 7/11/2021 21:19 | 4.3 | 7/11/2021 21:19 | 2.3 |
| | | | | 7/11/2021 21:20 | 1.2 |
| | | 7/11/2021 21:23 | 3.2 | | |
| | | | | 7/11/2021 21:48 | 2.4 |
| 7/11/2021 21:48 | 3.5 | | | | |
| 7/11/2021 21:48 | 2.3 | | | | |
| | | | | 7/11/2021 21:49 | 1.2 |
| | | | | 7/11/2021 22:17 | 2.4 |
| | | | | 7/11/2021 22:31 | 1.2 |
| | | | | 7/11/2021 22:50 | 2.3 |
| | | | | 7/11/2021 23:06 | 1.2 |
| 7/11/2021 23:18 | 3.5 | | | 7/11/2021 23:18 | 2.3 |
| 7/11/2021 23:19 | 2.3 | | | | |
| | | | | 7/11/2021 23:22 | 1.2 |
| | | | | 7/11/2021 23:23 | 2.3 |
| | | | | 7/11/2021 23:37 | 1.2 |
| 7/11/2021 23:48 | 3.6 | | | | |
| 7/11/2021 23:48 | 2.3 | | | | |
| **12-Jul** | | **12-Jul** | | **12-Jul** | |
| | | | | 7/12/2021 0:17 | 2.3 |
| | | | | 7/12/2021 0:25 | 1.2 |
| | | | | 7/12/2021 0:48 | 2.4 |
| | | | | 7/12/2021 0:59 | 1.2 |
| | | | | 7/12/2021 1:15 | 2.3 |
| | | | | 7/12/2021 1:16 | 1.2 |
| 7/12/2021 1:45 | 3.5 | | | 7/12/2021 1:45 | 2.3 |
| 7/12/2021 1:45 | 2.3 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 7/12/2021 1:46 | 1.2 |
| | | | | 7/12/2021 2:14 | 2.3 |
| | | | | 7/12/2021 2:21 | 1.2 |
| | | | | 7/12/2021 2:49 | 2.3 |
| | | | | 7/12/2021 2:54 | 1.2 |
| | | | | 7/12/2021 3:18 | 2.3 |
| | | | | 7/12/2021 3:21 | 1.2 |
| 7/12/2021 3:48 | 3.4 | | | 7/12/2021 3:48 | 2.3 |
| 7/12/2021 3:49 | 2.3 | | | | |
| | | | | 7/12/2021 3:53 | 1.2 |
| | | | | 7/12/2021 4:14 | 2.4 |
| | | | | 7/12/2021 4:21 | 1.2 |
| | | | | 7/12/2021 4:49 | 2.3 |
| | | | | 7/12/2021 4:51 | 1.2 |
| 7/12/2021 5:54 | 3.5 | | | 7/12/2021 5:54 | 2.3 |
| 7/12/2021 5:54 | 2.3 | | | | |
| 7/12/21 6:18 | 3.5 | | | | |
| 7/12/21 6:35 | 2.4 | | | | |
| 7/12/21 6:39 | 3.5 | | | | |
| 7/12/21 7:22 | 2.4 | | | | |
| 7/12/21 7:38 | 3.5 | | | | |
| 7/12/21 7:49 | 2.4 | | | | |
| 7/12/21 8:04 | 3.5 | | | | |
| 7/12/21 8:31 | 2.4 | | | | |
| | | 7/12/21 8:34 | 4.3 | | |
| | | 7/12/21 8:34 | 3.2 | | |
| 7/12/21 8:38 | 3.5 | | | | |
| 7/12/21 9:56 | 2.4 | | | | |
| 7/12/21 10:06 | 3.5 | | | | |
| 7/12/21 10:15 | 2.4 | | | | |
| 7/12/21 10:16 | 3.5 | | | | |
| 7/12/21 11:30 | 2.4 | | | | |
| 7/12/21 11:32 | 3.5 | | | | |
| 7/12/21 11:39 | 2.4 | | | | |
| 7/12/21 11:41 | 3.6 | | | | |
| 7/12/21 12:28 | 2.5 | | | | |
| 7/12/21 12:50 | 3.8 | | | | |
| 7/12/21 12:52 | 2.4 | | | | |
| 7/12/21 12:59 | 3.5 | | | | |
| | | 7/12/21 13:17 | 4.5 | | |
| | | 7/12/21 13:17 | 3.4 | | |
| 7/12/21 14:12 | 2.3 | | | | |
| 7/12/21 14:14 | 3.4 | | | | |
| 7/12/21 15:32 | 2.3 | | | | |
| 7/12/21 15:45 | 3.4 | | | | |
| 7/12/21 16:04 | 2.3 | | | | |
| 7/12/21 16:19 | 3.6 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7/12/21 16:21 | 2.5 | | | | |
| | | 7/12/21 17:08 | 4.6 | | |
| | | 7/12/21 17:08 | 3.3 | | |
| 7/12/21 17:45 | 3.6 | | | | |
| 7/12/21 17:45 | 2.5 | | | | |
| 7/12/21 19:39 | 3.6 | | | | |
| 7/12/21 19:39 | 2.5 | | | | |
| 7/12/21 20:36 | 3.6 | | | 7/12/21 20:36 | 3.4 |
| | | | | 7/12/21 20:37 | 2.3 |
| 7/12/21 20:39 | 2.5 | | | | |
| | | | | 7/12/21 20:45 | 1.2 |
| | | | | 7/12/21 21:34 | 2.3 |
| | | | | 7/12/21 21:34 | 1.2 |
| | | | | 7/12/21 22:02 | 2.3 |
| | | | | 7/12/21 22:04 | 1.2 |
| | | | | 7/12/21 22:27 | 2.3 |
| | | | | 7/12/21 22:46 | 1.2 |
| | | | | 7/12/21 23:01 | 2.3 |
| | | | | 7/12/21 23:09 | 1.2 |
| | | | | 7/12/21 23:22 | 2.3 |
| | | | | 7/12/21 23:25 | 1.2 |
| | | | | 7/12/21 23:32 | 2.3 |
| | | | | 7/12/21 23:37 | 1.2 |
| | | | | 7/12/21 23:55 | 2.3 |
| **13-Jul** | | **13-Jul** | | **13-Jul** | |
| | | | | 7/13/21 0:05 | 1.2 |
| | | | | 7/13/21 0:29 | 2.3 |
| | | | | 7/13/21 0:39 | 1.2 |
| | | | | 7/13/21 1:03 | 2.3 |
| | | | | 7/13/21 1:04 | 1.2 |
| | | | | 7/13/21 2:23 | 2.3 |
| | | | | 7/13/21 2:23 | 1.2 |
| | | | | 7/13/21 2:32 | 2.3 |
| | | | | 7/13/21 2:33 | 1.2 |
| | | | | 7/13/21 3:03 | 2.3 |
| | | | | 7/13/21 3:04 | 1.2 |
| | | | | 7/13/21 3:10 | 2.3 |
| | | | | 7/13/21 3:10 | 1.2 |
| | | | | 7/13/21 3:26 | 2.3 |
| | | | | 7/13/21 3:33 | 1.2 |
| | | 7/13/21 4:35 | 4.6 | 7/13/21 4:35 | 2.4 |
| | | 7/13/21 4:35 | 3.5 | 7/13/21 4:35 | 1.2 |
| | | | | 7/13/21 5:03 | 2.3 |
| | | | | 7/13/21 5:04 | 1.2 |
| | | | | 7/13/21 5:08 | 2.3 |
| | | | | 7/13/21 5:08 | 1.2 |
| | | | | 7/13/21 5:09 | 2.3 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 7/13/21 5:09 | 1.2 |
| | | | | 7/13/21 5:55 | 2.3 |
| | | 7/13/21 6:19 | 2.4 | | |
| | | 7/13/21 6:28 | 3.5 | | |
| 7/13/21 6:48 | 1.2 | 7/13/21 6:48 | 1.1 | 7/13/21 6:48 | 1.1 |
| 7/13/21 7:44 | 2.3 | | | | |
| 7/13/21 7:45 | 1.2 | | | | |
| | | 7/13/21 7:54 | 2.3 | | |
| | | 7/13/21 8:01 | 1.2 | | |
| 7/13/21 8:15 | 2.3 | | | | |
| 7/13/21 8:19 | 1.1 | | | | |
| | | 7/13/21 8:21 | 2.3 | | |
| 7/13/21 8:35 | 2.3 | | | | |
| 7/13/21 8:39 | 1.2 | | | | |
| | | 7/13/21 8:46 | 1.2 | | |
| 7/13/21 8:47 | 2.3 | | | | |
| 7/13/21 8:47 | 1.2 | | | | |
| | | 7/13/21 8:49 | 2.3 | | |
| 7/13/21 8:52 | 2.3 | | | | |
| 7/13/21 9:09 | 1.2 | 7/13/21 9:09 | 1.2 | | |
| 7/13/21 9:18 | 2.4 | 7/13/21 9:18 | 2.3 | | |
| 7/13/21 9:20 | 1.2 | | | | |
| 7/13/21 9:25 | 2.4 | | | | |
| 7/13/21 9:25 | 1.2 | | | | |
| | | 7/13/21 9:31 | 1.2 | | |
| | | 7/13/21 9:46 | 2.3 | | |
| 7/13/21 9:49 | 2.5 | | | | |
| 7/13/21 9:50 | 1.2 | | | | |
| | | 7/13/21 10:00 | 1.2 | | |
| | | 7/13/21 10:05 | 2.3 | | |
| 7/13/21 10:10 | 2.3 | | | | |
| 7/13/21 10:23 | 1.2 | | | | |
| | | 7/13/21 10:26 | 1.2 | | |
| | | 7/13/21 10:40 | 2.3 | | |
| | | 7/13/21 11:05 | 1.2 | | |
| | | 7/13/21 11:08 | 2.3 | | |
| | | 7/13/21 11:22 | 1.2 | | |
| 7/13/21 11:28 | 2.4 | 7/13/21 11:28 | 2.3 | | |
| | | 7/13/21 11:31 | 1.2 | | |
| 7/13/21 11:32 | 1.2 | 7/13/21 11:32 | 2.3 | | |
| | | 7/13/21 11:34 | 1.2 | | |
| | | 7/13/21 11:35 | 2.4 | | |
| | | 7/13/21 11:50 | 1.2 | | |
| 7/13/21 11:51 | 2.3 | | | | |
| | | 7/13/21 11:54 | 2.3 | | |
| 7/13/21 12:00 | 1.2 | | | | |
| 7/13/21 12:21 | 2.3 | 7/13/21 12:21 | 1.2 | | |

| | | | | | |
|---|---|---|---|---|---|
| 7/13/21 12:21 | 1.2 | | | | |
| | | 7/13/21 12:30 | 2.3 | | |
| | | 7/13/21 12:50 | 1.2 | | |
| | | 7/13/21 12:50 | 2.3 | | |
| | | 7/13/21 12:51 | 1.2 | | |
| | | 7/13/21 12:58 | 2.3 | | |
| 7/13/21 13:04 | 2.3 | | | | |
| 7/13/21 13:05 | 1.2 | | | | |
| | | 7/13/21 13:15 | 1.2 | | |
| | | 7/13/21 13:20 | 2.3 | | |
| | | 7/13/21 13:44 | 1.2 | | |
| | | 7/13/21 13:49 | 2.3 | | |
| | | 7/13/21 13:51 | 1.2 | | |
| | | 7/13/21 13:54 | 2.3 | | |
| 7/13/21 14:18 | 2.3 | | | | |
| 7/13/21 14:21 | 1.2 | | | | |
| 7/13/21 14:47 | 2.3 | 7/13/21 14:47 | 1.2 | | |
| | | 7/13/21 14:47 | 2.3 | | |
| | | 7/13/21 14:48 | 1.2 | | |
| 7/13/21 14:51 | 1.2 | | | | |
| | | 7/13/21 14:52 | 2.3 | | |
| 7/13/21 15:06 | 2.4 | | | | |
| 7/13/21 15:09 | 1.2 | | | | |
| | | 7/13/21 15:12 | 1.2 | | |
| | | 7/13/21 15:16 | 2.3 | | |
| 7/13/21 15:21 | 2.3 | | | | |
| 7/13/21 15:22 | 1.2 | | | | |
| 7/13/21 15:22 | 2.3 | | | | |
| 7/13/21 15:28 | 1.2 | | | | |
| | | 7/13/21 15:37 | 1.2 | | |
| 7/13/21 15:45 | 2.5 | 7/13/21 15:45 | 2.3 | | |
| 7/13/21 15:46 | 1.2 | | | | |
| | | 7/13/21 15:48 | 1.2 | | |
| | | 7/13/21 15:56 | 2.4 | | |
| | | 7/13/21 16:08 | 1.2 | | |
| 7/13/21 16:09 | 2.3 | | | | |
| 7/13/21 16:12 | 1.2 | | | | |
| | | 7/13/21 16:19 | 2.4 | | |
| | | 7/13/21 16:36 | 1.2 | | |
| 7/13/21 16:43 | 2.3 | | | | |
| 7/13/21 16:43 | 1.2 | | | | |
| 7/13/21 17:12 | 2.3 | | | | |
| 7/13/21 17:12 | 1.2 | | | | |
| | | 7/13/21 17:21 | 2.4 | | |
| | | 7/13/21 17:22 | 1.2 | | |
| 7/13/21 18:09 | 2.3 | | | | |
| 7/13/21 18:09 | 1.2 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 7/13/21 18:54 | 2.3 | | |
| | | 7/13/21 18:55 | 1.2 | | |
| **14-Jul** | | **14-Jul** | | **14-Jul** | |
| | | 7/14/21 9:44 | 2.3 | | |
| | | 7/14/21 9:44 | 1.2 | | |
| | | 7/14/21 9:45 | 2.3 | | |
| | | 7/14/21 9:48 | 1.2 | | |
| | | 7/14/21 11:29 | 2.3 | | |
| | | 7/14/21 11:29 | 1.2 | | |
| | | 7/14/21 12:00 | 2.3 | | |
| | | 7/14/21 12:00 | 1.2 | | |
| 7/14/21 12:01 | 2.3 | 7/14/21 12:01 | 2.4 | 7/14/21 12:01 | 2.3 |
| 7/14/21 12:04 | 0 | 7/14/21 12:04 | 0 | 7/14/21 12:04 | 0 |