UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 14-cr-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **FOURTH FURTHER REQUEST RE DIXIE FIRE.** |
| Defendant. | |

The following shall be due **MONDAY, NOVEMBER 1, 2021, AT NOON**.

33. Please answer the question fully concerning which two phases the railroad used. Even if the railroad was damaged by fire, presumably enough survived to detect which two phases were used by the railroad. Please send an employee to the site and report back.

34. On July 13, at 1412, the Chico Troubleman told NDCC Operator #2, "Sounds like you got a little fire up in the canyon" (Dkt. No. 1474, Exh. JJ-16). To what fire and what canyon was the Chico Troubleman referring? Name the source of the information.

35. Provide the following documents, referenced at:

   i. Dkt. No. 1479-1 at 12: Attachment 2, "Integrated SCADA Alarm Summary Table."
   ii. Id. at 73: TD-2700P-11, "Testing and Sectionalizing Distribution Equipment."
   iii. Id. at 81: Attachment 1, Exhibit B and SCADA Examples.

iv. Dkt. No. 1479-3 at 88: Utility Standard TD-2800S, "Distribution SCADA System Operations and Protocol."

By way of clarification, please submit a summary of the files submitted in response to Question 2 *with each submission*, not at the conclusion of all submissions (*see* Dkt. No. 1491 at 3). A summary of files responsive to Question 2 (submitted thus far) shall be due **NOVEMBER 4, 2021, AT NOON**.

**IT IS SO ORDERED.**

Dated: October 28, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2