UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **REQUEST FOR A FINAL REPORT** |
| Defendant. | |

By **NOVEMBER 17, 2021**, PG&E is invited to file a statement herein setting forth what progress it has made during its probation and listing the most important ways PG&E still needs to improve concerning public safety. The statement shall cover both gas and electricity. It shall explain the reasons PG&E has started wildfires, what it has done to prevent wildfires of like origins, and what more it plans to do. Please provide parallel explanations on the gas pipeline side. Please limit the statement to fifty double-spaced pages (with any exhibits not to exceed another fifty).

Dated: October 29, 2021.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE