# Exhibit XX

# Exhibit XX-1



# Exhibit XX-2

