# Exhibit YY

# Exhibit YY-1



# Exhibit YY-2

