# Exhibit ZZ

# Exhibit ZZ-1



# Exhibit ZZ-2



# Exhibit ZZ-3



# Exhibit ZZ-4

