# Exhibit AAA
# (Part 2)

# Exhibit AAA-4



# Exhibit AAA-5

