# Exhibit BBB

# Exhibit BBB-1



# Exhibit BBB-2



# Exhibit BBB-3



# Exhibit BBB-4

