JENNER & BLOCK LLP
    Reid J. Schar (*pro hac vice*)
    RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (*pro hac vice*)
    korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Defendant. | Case No. 14-CR-00175-WHA<br><br>**FURTHER SUBMISSION IN RESPONSE TO QUESTION 2 IN ORDER FOR FURTHER RESPONSES RE DIXIE FIRE**<br><br>Judge:  Hon. William Alsup |

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this further response to Question 2 in the Court's September 14, 2021 Order for Further Responses re Dixie Fire (Dkt. 1470), as clarified in the Court's October 28, 2021 Fourth Further Request re Dixie Fire (Dkt. 1499).

**Question 2:**

*As a single exhibit, provide all PG&E (and partner, contractor, etc.) internal emails, texts, memos, and other documents created on July 13 or 14, 2021, pertaining to the July 13 incident on the Bucks Creek 1101 line, and separately summarize them.*

The Court's October 28, 2021 order included the following clarifying language with respect to Question 2:

*By way of clarification, please submit a summary of the files submitted in response to Question 2 with each submission, not at the conclusion of all submissions (see Dkt. No. 1491 at 3).*

**PG&E Further Response:**

Consistent with PG&E's September 24, 2021 submission (Dkt. 1479), PG&E is delivering to the Court on November 4, 2021 a thumb drive containing electronic copies of 771 documents bearing Bates PGE-DIXIE-NDCAL-000021794 to PGE-DIXIE-NDCAL-000022754 that PG&E has identified as responsive to this request.[1]  These documents include photographs, messages, and other documents from July 13-14, 2021 that have been collected from Mobile Custodians and Custodians, as well as non-custodial documents, as described in PG&E's September 24, 2021 submission.  (*See* Dkt. 1479 at 4-5.)  As with the thumb drives PG&E submitted on September 28 and October 12, 2021, PG&E is not able to provide the documents as a single exhibit

---

[1] As set forth in PG&E's September 24, 2021 submission, PG&E does not interpret the Court's question as calling for information protected by the attorney-client privilege or attorney work product protection.  Where applicable, PG&E is redacting portions of documents determined to be protected by attorney-client privilege or to constitute attorney work product.

1  because the documents are different file types, some of which are produced as PDF images (e.g.,
2  .rmsf files) and some of which are produced in native format (e.g., .jpg, .mov, and .kml files).  To
3  facilitate the Court's review, the thumb drive includes (1) a combined PDF of the entire production,
4  with slipsheets for documents being produced in native format, and (2) an index identifying the
5  Bates range and custodian(s) for each document family in the production.

6  As set forth in PG&E's September 24, 2021 submission, certain documents being
7  provided to the Court contain personally identifying information and other confidential information.
8  PG&E is in the process of identifying this confidential information and will prepare and deliver a
9  redacted set and file a corresponding administrative motion to seal.

10  PG&E is continuing to collect and review documents in response to this request, as
11  set forth in its September 24, 2021 submission, and anticipates providing any additional documents
12  identified as responsive to this request by November 12, 2021.

13  Pursuant to the clarification in the Court's October 28, 2021 order, PG&E is also
14  submitting on a separate thumb drive an excel chart containing a summary of documents submitted
15  as of November 4, 2021 in response to this request.  Column A contains the Bates number of the
16  document previously produced, Column B contains the document category, Column C contains a
17  summary of the document and Columns D-M contain certain metadata associated with the
18  document, to the extent available.  A brief description of the document categories referenced therein
19  is provided in the table below.

| Document Category | Description |
|---|---|
| Communications regarding Cresta Dam outage | This category includes text messages and emails among PG&E related to the Cresta Dam outage.  Items discussed include electric detail tags related to Fuse 805 and Field Automation System ("FAS") tags.  This category also includes documents related to the opening of Switch 941 during the evening of July 13. |
| Communications regarding Dixie Fire response | This category includes text messages and emails among PG&E and between PG&E and various other entities regarding the response to the Dixie Fire.  Items discussed include the containment of the Dixie Fire, troublemen |

| Document Category | Description |
|---|---|
| | response, de-energizations, outages, temporary flight restrictions ("TFR") and evacuations. |
| Communications regarding ignition of Dixie Fire | This category includes text messages and emails among PG&E and between PG&E and various entities related to the ignition of the Dixie Fire. |
| Communications with first responders to reported origin area of Dixie Fire | This category includes text messages and emails with first responders related to the origin area of the Dixie Fire. |
| Communications with CAL FIRE | This category includes emails and text messages between PG&E and CAL FIRE related to the Dixie Fire. |
| Reports regarding Dixie Fire | This category includes reports prepared by the Hazard Awareness & Warning Center ("HAWC"), Emergency Operations Center ("EOC") and other groups within PG&E. |
| Maps | This category includes Dixie Fire perimeter maps, dropped pin locations and circuit maps. |
| Photographs and videos of Dixie Fire | This category includes photographs and videos of the Dixie Fire taken at various locations by various sources. |
| HAWC records | This category includes documents and communications from HAWC.  Formerly known as the Wildfire Safety Operations Center, HAWC is the group that monitors on an ongoing basis for wildfires and other hazards, facilitates mitigation and response efforts, and communicates with stakeholders. |
| PSS records | This category includes documents and communications from the Public Safety Specialists ("PSS") group, which serves as primary liaison between PG&E and CAL FIRE during wildfires and provides tactical updates to PG&E. |
| SIPT records | This category includes documents and communications from the Safety & Infrastructure Protection Team ("SIPT"), which performs wildfire risk mitigation work around PG&E facilities and otherwise assists during wildfires. |
| RCSC/hydro records | This category includes documents and communications from the Rock Creek Switching Center ("RCSC"), the group that oversees/operates the hydro system in the lower Feather River and DeSabla-Centerville. |
| NDCC records | This category includes documents and communications from the Northern Distribution Control Center ("NDCC"), the group that oversees/operates PG&E's distribution lines in the northern area. |
| Dispatch records | This category includes documents and communications from Electric Dispatch, the group that dispatches and |

| Document Category | Description |
|---|---|
| | communicates with troublemen and system operators (e.g., NDCC) regarding outages, emergencies, etc. |
| UAS records | This category includes documents and communications from the Unmanned Aerial Systems ("UAS") group (also known as "Helicopter Ops"), which dispatches and communicates with drone operators and communicates TFRs related to wildfires. |
| GCC records | This category includes documents and communications from the Grid Control Center ("GCC"), the group that oversees/operates PG&E's transmission lines.  During a wildfire event, they monitor and assist in de-energizing facilities as requested by CAL FIRE and maintain stability of the grid. |
| EOC records | This category includes documents and communications from the EOC, which is staffed by emergency personnel and representatives from various lines of business. |
| OEC records | This category includes documents and communications from the Operations Emergency Center ("OEC"), the group that facilitates repair/restoration efforts during major events, including wildfires. |
| Communications team records | This category includes documents and communications from PG&E's Communications team, which assists with internal and external (media) communications on events, including wildfires. |
| Other | This category includes documents that do not fall neatly in the categories above. |

Dated:  November 4, 2021

Respectfully Submitted,

JENNER & BLOCK LLP

By:   /s/ Reid J. Schar
      Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Kevin J. Orsini
      Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By:   /s/ Kate Dyer
      Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY