JENNER & BLOCK LLP
    Reid J. Schar (*pro hac vice*)
    RSchar@jenner.com
    353 N. Clark Street
    Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
    Kate Dyer (Bar No. 171891)
    kdyer@clarencedyer.com
    899 Ellis Street
    San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
    Kevin J. Orsini (*pro hac vice*)
    korsini@cravath.com
    825 Eighth Avenue
    New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC
COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-00175-WHA |
| Plaintiff, | **PG&E'S 28-DAY REPORT FOR OCTOBER 11-12, 2021 PSPS EVENT** |
| v. | Judge: Hon. William Alsup |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

Defendant Pacific Gas and Electric Company ("PG&E") respectfully submits this 28-day report for the October 11-12, 2021 Public Safety Power Shutoff ("PSPS") event (the "PSPS Event") pursuant to the Court's April 29, 2021 order.  (Dkt. 1386.)

The information provided in this report is based on PG&E records reviewed as of the date of this filing.  The information is preliminary and subject to change and further validation.

*1.  How many circuits were turned off in the PSPS.*

PG&E pre-emptively de-energized 95 distribution circuits as part of the PSPS Event.[1]

*2.  How many of such circuits had limbs and/or trees blown or fallen onto the lines (as determined in the post-storm inspection).*

As part of PG&E's post-event patrols prior to re-energizing distribution circuits, PG&E identifies damage to PG&E's assets that require repair or replacement and classifies those conditions as an instance of "damage".  PG&E's records reflect that, during the post-event patrols of the 95 de-energized distribution circuits, conducted following the PSPS Event, such patrols identified four instances of damage attributable to vegetation.[2]

PG&E's post-event patrols also identify conditions that, in the judgment of the personnel conducting the patrol, might have posed an electrical arcing risk or a risk of ignition had the circuit been energized, even though there was no damage to PG&E equipment necessitating repair, and classifies those conditions as "hazards".  PG&E's records reflect that, during the post-

---

[1] Because PG&E understands the scope of the Court's April 29, 2021 order to be focused on distribution circuits, the information in this report relates only to distribution circuits.  PG&E notes that there were also three transmission circuits de-energized related to the October 11-12, 2021 PSPS event. No damages or hazards were recorded during post-event patrols on these transmission circuits. Of the transmission circuits in an HFTD which were not pre-emptively de-energized as part of the PSPS Event, PG&E's records reflect that no outages and no ignitions attributable to vegetation occurred between the start of the PSPS event of 0700 PDT on October 11 and the final weather "all clear" of 1253 PDT on October 12.

[2] PG&E's records reflect that the post-event patrols identified three instances of non-vegetation-related damage.

event patrols of the 95 de-energized distribution circuits, conducted following the PSPS Event, such patrols identified one instance of a hazard that was attributable to vegetation.[3]

> *3.  How many of such strikes would, in the judgment of PG&E, have started a fire (regardless of size) had the circuit been energized at the time of the strike.*

While PG&E is unable to determine whether any of the conditions identified in response to Question 2 would have started a fire, based on PG&E's post-event reporting patrols, PG&E is aware of five vegetation strikes that may have posed an electrical arcing risk or a risk of ignition had PG&E not de-energized the circuit as part of the PSPS event.

> *4.  How many circuits left energized had limbs and/or trees blown or fallen onto the lines by the storm without causing a fire.*

Of the circuits in an HFTD which were not pre-emptively de-energized as part of the PSPS Event, PG&E's ordinary course records reflect 12 sustained outages attributable to vegetation on 12 distribution circuits during the time period between the start of the PSPS event of 0700 PDT on October 11 and the final weather "all clear" of 1253 PDT on October 12 that were not associated with an ignition.[4]

> *5.  How many circuits left energized with strikes that in fact resulted in fires (regardless of size).*

Of the circuits in an HFTD which were not pre-emptively de-energized as part of the PSPS Event because they were not forecast to meet PG&E's PSPS criteria, PG&E's ordinary course records reflect that one fire (which was less than ten acres in size) was attributable to vegetation making contact with an energized distribution circuit during the time period between the start of the

---

[3] PG&E's records reflect that the post-event patrols did not identify any non-vegetation-related hazards.

[4] PG&E's response here does not include outages occurring below the distribution level, *i.e.*, on secondary lines or service drops which service as few as one customer.  PG&E does not in the usual course identify whether each such outage is attributable to vegetation, as opposed to contact with other foreign objects.

PSPS event of 0700 PDT on October 11 and the final weather "all clear" of 1253 PDT on October 12.

> *The above five categories should each be further broken down by those circuits that were in substantial compliance with section 4293 as well as PG&E's Wildfire Mitigation Plan.*

To maintain compliance with Section 4293 and other regulatory requirements, all of PG&E's distribution circuits in HFTDs are scheduled for routine vegetation management and CEMA patrols (and, as necessary, post-fire restoration patrols). Those patrols generate orders or tags for work that are then worked according to their prescribed timelines, which depend on the priority of tree work identified by the inspector. In Appendix A and Appendix B, PG&E provides the information responsive to Questions 1-5 on a circuit-by-circuit basis, and for each listed circuit, includes the number of vegetation management tags that PG&E's records indicate had been created prior to October 11, 2021 as part of PG&E's routine vegetation management program, CEMA program or post-fire restoration program, and not marked as complete by October 11, 2021.[5]

---

[5] Vegetation work that was outstanding at this time related to other programs, such as EVM, system hardening and reliability patrols, have been excluded from Appendices A and B. Vegetation work called for by those programs is either not aimed at section 4293 compliance or goes beyond what is required for section 4293 compliance.

Dated:  October 19, 2021

Respectfully Submitted,

JENNER & BLOCK LLP

By:   /s/ Reid J. Schar
     Reid J. Schar (*pro hac vice*)

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Kevin J. Orsini
     Kevin J. Orsini (*pro hac vice*)

CLARENCE DYER & COHEN LLP

By:   /s/ Kate Dyer
     Kate Dyer (Bar No. 171891)

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

**Appendix A[6]**

Distribution Circuits De-Energized as Part of the October 11-12, 2021 PSPS Event

| Circuit | Circuit Miles[7] | Number of Vegetation-Related | | | Number of Outstanding Vegetation Tags | | |
|---|---|---|---|---|---|---|---|
| | | Damages | Hazards | Damages and Hazards with Ignition Potential | Priority 1[8] | Priority 2[9] | Other[10] |
| ANDERSON 1103 | 121 | - | - | - | - | - | - |
| ANTELOPE 1101 | 157 | - | - | - | - | - | 388 |
| ARBUCKLE 1101 | 192 | - | - | - | - | - | 490 |
| ARBUCKLE 1104 | 85 | - | - | - | - | - | 183 |
| AVENAL 2101 | 92 | - | - | - | - | - | 161 |
| BIG BEND 1101 | 191 | - | - | - | - | 2 | 240 |
| BRENTWOOD 2105 | 239 | - | - | - | - | - | - |
| BUCKS CREEK 1103 | 143 | - | - | - | - | - | - |
| CALISTOGA 1101 | 133 | - | - | - | - | - | 31 |
| CALPINE 1144 | 248 | - | - | - | - | - | 755 |
| CALPINE 1146 | 192 | - | - | - | - | - | - |
| CAMBRIA 1102 | 128 | - | - | - | - | - | - |
| CANTUA 1103 | 205 | - | - | - | - | - | 13 |
| CARBONA 1101 | 230 | - | - | - | - | - | 5 |
| CHOLAME 2102 | 236 | - | - | - | - | - | 409 |
| CLARK ROAD 1102 | 25 | - | 1 | 1 | - | - | 985 |
| CLAYTON 2212 | 220 | - | - | - | - | - | 9 |
| CLOVERDALE 1102 | 19 | - | - | - | - | - | 735 |
| COALINGA NO 1 1108 | 33 | - | - | - | - | - | 30 |

[6] Please refer to the body of this filing for an explanation of the values included herein.

[7] The circuit miles are the total miles for the circuit listed.

[8] Priority 1 tags are used to identify vegetation that is (1) in contact or showing signs of previous contact with a primary conductor; (2) actively failing or at immediate risk of failing and could strike PG&E's facilities; or (3) presenting an immediate risk to PG&E's facilities.

[9] Priority 2 tags are used to identify vegetation that (1) has encroached within the PG&E minimum clearance requirements and is not in contact with a conductor or (2) has an identifiable integrity issue that does not rise to the level of a Priority 1 condition but is likely to strike facilities and may manifest into a risk before the next scheduled inspection.

[10] "Other" includes non-priority tags created as a part of PG&E's routine vegetation management program, CEMA program or post-fire restoration program.

6

| Circuit | Circuit Miles[7] | Number of Vegetation-Related | | | Number of Outstanding Vegetation Tags | | |
|---|---|---|---|---|---|---|---|
| | | Damages | Hazards | Damages and Hazards with Ignition Potential | Priority 1[8] | Priority 2[9] | Other[10] |
| COALINGA NO 1 1109 | 107 | - | - | - | - | 2 | 127 |
| COALINGA NO 2 1105 | 12 | - | - | - | - | - | 246 |
| CORNING 1101 | 208 | - | - | - | - | - | 45 |
| CORNING 1102 | 48 | - | - | - | - | - | 39 |
| CORTINA 1101 | 53 | - | - | - | - | 1 | 60 |
| COTTONWOOD 1103 | 128 | - | - | - | - | - | - |
| CRESTA 1101 | 94 | - | - | - | - | - | - |
| DESCHUTES 1101 | 13 | - | - | - | - | - | - |
| DESCHUTES 1104 | 1 | - | - | - | - | - | - |
| DEVILS DEN 1101 | 176 | - | - | - | - | - | 3 |
| ELK CREEK 1101 | 181 | - | - | - | - | 1 | 438 |
| GEYSERVILLE 1102 | 121 | - | - | - | - | 2 | 450 |
| GIRVAN 1101 | 55 | - | - | - | - | - | 120 |
| GLENN 1101 | 107 | - | - | - | - | 1 | - |
| GUSTINE 1102 | 161 | - | - | - | - | - | - |
| HIGHLANDS 1102 | 43 | - | - | - | - | - | 99 |
| HIGHLANDS 1103 | 229 | - | - | - | - | - | - |
| JESSUP 1102 | 42 | - | - | - | - | - | - |
| JOLON 1102 | 238 | - | - | - | - | 4 | 210 |
| JOLON 1103 | 176 | - | - | - | - | 1 | 189 |
| KANAKA 1101 | 174 | - | - | - | - | - | - |
| KETTLEMAN HILLS 2104 | 164 | - | - | - | - | - | 393 |
| KING CITY 1106 | 135 | 1 | - | 1 | - | - | - |
| KONOCTI 1102 | 23 | - | - | - | - | 4 | 39 |
| LAMONT 1102 | 55 | - | - | - | - | - | 341 |
| LAMONT 1104 | 55 | - | - | - | - | - | 966 |
| LOGAN CREEK 2102 | 42 | - | - | - | - | - | - |
| LONE TREE 2105 | 98 | - | - | - | - | - | - |
| LOS MOLINOS 1101 | 137 | - | - | - | - | - | 8 |
| LOS OSITOS 2103 | 157 | - | - | - | - | - | 35 |
| MADISON 1105 | 110 | - | - | - | - | 1 | 50 |
| MADISON 2101 | 105 | - | - | - | - | - | - |
| MAGUNDEN 1108 | 205 | - | - | - | - | - | 1 |
| MAXWELL 1105 | 100 | - | - | - | - | - | - |
| MIDDLETOWN 1101 | 79 | - | - | - | - | - | 219 |
| MIDDLETOWN 1102 | 28 | - | - | - | - | - | - |

7

| Circuit | Circuit Miles[7] | Number of Vegetation-Related | | | Number of Outstanding Vegetation Tags | | |
|---|---|---|---|---|---|---|---|
| | | Damages | Hazards | Damages and Hazards with Ignition Potential | Priority 1[8] | Priority 2[9] | Other[10] |
| MIDDLETOWN 1103 | 80 | - | - | - | - | - | - |
| MONTICELLO 1101 | 278 | - | - | - | - | - | - |
| OILFIELDS 1103 | 151 | - | - | - | - | - | 16 |
| PANOCHE 1103 | 164 | - | - | - | - | - | 3 |
| PANORAMA 1101 | 51 | - | - | - | - | - | - |
| PANORAMA 1102 | 32 | - | - | - | - | - | 8 |
| PERRY 1101 | 76 | - | - | - | - | - | 25 |
| PUEBLO 1104 | 275 | - | - | - | - | - | - |
| PUEBLO 1105 | 54 | - | - | - | - | - | 171 |
| PUTAH CREEK 1102 | 38 | - | - | - | - | - | 43 |
| PUTAH CREEK 1103 | 155 | - | - | - | - | - | 32 |
| PUTAH CREEK 1105 | 258 | - | - | - | - | 13 | 365 |
| RED BLUFF 1101 | 14 | - | - | - | - | - | - |
| RED BLUFF 1103 | 52 | - | - | - | - | - | - |
| RED BLUFF 1104 | 187 | - | - | - | - | - | 44 |
| REDBUD 1101 | 156 | - | - | - | - | - | 5 |
| SAN ARDO 1102 | 64 | - | - | - | - | - | - |
| SAN MIGUEL 1106 | 88 | - | - | - | - | 31 | 615 |
| SANTA NELLA 1104 | 138 | - | - | - | - | - | - |
| SILVERADO 2102 | 492 | - | - | - | - | - | 57 |
| SILVERADO 2104 | 107 | - | - | - | - | - | 10 |
| SISQUOC 1102 | 85 | - | - | - | - | - | - |
| SYCAMORE CREEK 1111 | 201 | - | - | - | - | - | - |
| TASSAJARA 2104 | 117 | - | - | - | - | - | - |
| TASSAJARA 2112 | 91 | - | - | - | - | - | 311 |
| TEJON 1102 | 191 | 3 | - | 3 | - | - | - |
| TEJON 1103 | 146 | - | - | - | - | - | 129 |
| TEMPLETON 2110 | 62 | - | - | - | - | - | 443 |
| TEMPLETON 2113 | 104 | - | - | - | - | - | 1 |
| TYLER 1105 | 35 | - | - | - | - | - | 342 |
| VACA DIXON 1101 | 259 | - | - | - | - | - | - |
| VACA DIXON 1105 | 191 | - | - | - | - | 2 | 569 |
| VACAVILLE 1104 | 192 | - | - | - | - | - | 80 |
| VACAVILLE 1108 | 78 | - | - | - | - | - | 1,111 |
| VACAVILLE 1111 | 65 | - | - | - | - | - | - |
| VACAVILLE 1112 | 99 | - | - | - | - | - | - |

8

| Circuit | Circuit Miles[7] | Number of Vegetation-Related | | | Number of Outstanding Vegetation Tags | | |
|---|---|---|---|---|---|---|---|
| | | Damages | Hazards | Damages and Hazards with Ignition Potential | Priority 1[8] | Priority 2[9] | Other[10] |
| VASCO 1102 | 89 | - | - | - | - | - | 9 |
| VOLTA 1101 | 162 | - | - | - | - | - | - |
| WESTLEY 1103 | 109 | - | - | - | - | 13 | 454 |
| ZACA 1102 | 139 | - | - | - | - | - | 83 |

9

**Appendix B[11]**

Relevant Distribution Circuits Not De-Energized as Part of the October 11-12, 2021 PSPS Event[12]

| Circuit | Circuit Miles[13] | HFTD Tier | Number of Vegetation-Related | | Number of Outstanding Vegetation Tags | | |
|---|---|---|---|---|---|---|---|
| | | | Outages | Ignitions | Priority 1[14] | Priority 2[15] | Other[16] |
| AUBERRY 1101 | 378 | Tier 2 | 1 | - | - | - | 755 |
| BIG BASIN 1102 | 134 | Tier 3 | 1 | - | - | 14* | 427 |
| CAMBRIA 1102 | 79 | Tier 2 | - | 1 | - | - | 219 |
| MARTELL 1103 | 49 | Tier 2 | 1 | - | - | - | 128 |
| MENLO 1103 | 91 | Tier 2 | 1 | - | - | - | 3 |
| MIWUK 1702 | 183 | Tier 3 | 1 | - | - | 1* | 40 |
| MORAGA 1104 | 81 | Tier 2 | 1 | - | - | 1* | 5 |
| ORO FINO 1102 | 200 | Tier 3 | 1 | - | - | - | 128 |
| ROB ROY 2104 | 261 | Tier 2 | 1 | - | - | 2* | 68 |
| SALT SPRINGS 2102 | 109 | Tier 2 | 1 | - | - | - | 662 |
| SHINGLE SPRINGS 2109 | 343 | Tier 2 | 1 | - | - | - | - |
| SHINGLE SPRINGS 2110 | 107 | Tier 3 | 1 | - | - | - | - |
| WYANDOTTE 1109 | 238 | Tier 2 | 1 | - | - | - | 62 |

* The presence of an outstanding Priority 2 tree tag on this circuit did not trigger inclusion in the initial scope for de-energization because the portion of the circuit associated with the Priority 2 tree work was not forecast to meet PG&E's minimum fire potential conditions.

[11] Please refer to the body of this filing for an explanation of the values included herein.

[12] Distribution circuits are included in this Appendix B if, during the PSPS event, (i) they were not de-energized and (ii) experienced a vegetation-related outage or ignition, as reflected in PG&E's records as of the date of this response.

[13] The circuit miles are the total miles for the circuit listed.

[14] Priority 1 tags are used to identify vegetation that is (1) in contact or showing signs of previous contact with a primary conductor; (2) actively failing or at immediate risk of failing and could strike PG&E's facilities; or (3) presenting an immediate risk to PG&E's facilities.

[15] Priority 2 tags are used to identify vegetation that (1) has encroached within the PG&E minimum clearance requirements and is not in contact with a conductor or (2) has an identifiable integrity issue that does not rise to the level of a Priority 1 condition but is likely to strike facilities and may manifest into a risk before the next scheduled inspection.

[16] "Other" includes non-priority tags created as a part of PG&E's routine vegetation management program, CEMA program or post-fire restoration program.