1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

PACIFIC GAS AND ELECTRIC
COMPANY,

        Defendant.

No.  CR 14-00175-WHA

**ORDER RE IMPROPERLY
REDACTED FILE**

In an earlier motion to seal, PG&E sought "to redact for safety reasons the names, addresses and contact information of the PG&E employees and contractors identified in these documents.  PG&E further [sought] to redact the names, addresses and contact information of PG&E customers in these documents" (Dkt. No. 1326).  A prior order herein granted the motion to seal those materials (Dkt. No. 1341).  Then, PG&E manually filed a redacted spreadsheet, Exh. H-1 to Dkt. No. 1323, with the Court (Dkt. No. 1505).

This exhibit, however, appears to have over-redacted contents.  For instance, tab "PI" contains cells M6273 through M6280.  In the public-facing document, those cells appear like this:



1
2



3    Reviewing the unredacted version submitted under seal and manually lodged with the

4 Court, only a small portion of these cells' contents fit the bill for sealing.  PG&E has over

5 redacted by blacking out the entire cell.  PG&E shall properly redact *only* names, addresses,

6 and/or contact information of PG&E employees, contractors, and customers.  It shall resubmit

7 this file (Exh. H to Dkt. No. 1323) no later than **NOVEMBER 15 AT NOON**.  PG&E shall also

8 review its submissions for any other over-redactions and correctly refile (if needed), no later

9 than **NOVEMBER 30 AT NOON**.

10    **IT IS SO ORDERED.**

11

12 Dated:  November 9, 2021.

13

14    _____

15    WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California