# Exhibit EEE

JENNER & BLOCK LLP
Reid J. Schar (*pro hac vice*)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:     (312) 222-9350
Facsimile:      (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:     (415) 749-1800
Facsimile:      (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (*pro hac vice*)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:     (212) 474-1000
Facsimile:      (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>             Defendant. | Case No. 14-CR-00175-WHA<br><br>**DECLARATION OF [REDACTED] IN SUPPORT OF RESPONSE TO FIFTH FURTHER REQUEST FOR RESPONSES RE DIXIE FIRE**<br><br>Judge: Hon. William Alsup |

-2-

I, ▓▓▓▓▓▓, hereby declare under penalty of perjury as follows:

1. I make this declaration based upon personal knowledge and if called as a witness I could and would testify competently to the matters set forth herein.

2. I am an Apprentice Distribution Operator with Pacific Gas and Electric Company ("PG&E").

3. As an Apprentice Distribution Operator, I act under the authority and direction of a Journeyman Distribution Operator. Apprentice Distribution Operators such as myself do not have independent authority to take certain actions, such as cutting power to a line.

4. I worked in the Northern Distribution Control Center ("NDCC") on July 13th, 2021, from 2:00 p.m. to 10:00 p.m. under Journeyman Distribution Operator ▓▓▓▓▓▓ ("NDCC Operator #3").

5. On July 13th, at approximately 3:00 p.m., I spoke with a troubleman, ▓▓▓▓▓▓ ▓▓▓▓▓▓ ("Dixie Troubleman"), who described seeing at least one blown fuse on the Bucks Creek 1101 12kV Line. At the time, I thought that the cause of the outage at the Cresta Dam might have been the blown fuse described by Dixie Troubleman. I do not recall any discussions with NDCC Operator #3 about the cause of the outage or whether to cut power to the entire line at that time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of November, 2021, in the City of Chico, County of Butte, State of California.

DECLARATION OF ▓▓▓▓▓▓ IN SUPPORT OF RESPONSE TO FIFTH FURTHER REQUEST FOR RESPONSES RE DIXIE FIRE
Case No. 14-CR-00175-WHA