# Exhibit NNN

# Exhibit NNN-1



North Valley Division

Index Maps By Circuit
**Vegetation Management**
Scale varies: Maps are by extent of a circuit
1 inch equals 2,199.17 feet

**BUCKS CREEK 1101**

Index Map 2020

CUF:

SSD Rte #: 1,000

CUF:

SSD Rte #: 1,200

# AT112-C

PGE Universal Map Grid Number

## ELECTRIC CIRCUIT MAP

500 Scale sized for 11"x17" sheets

1 inch represents 1100 feet

SPA* includes: SRA/FRA, HFTD (Tier 1, 2, 3),
WUI, (fire hazard severity zone) FHSZ "very high"

EDGIS database accessed: 10/6/2020

WARNING: Confidential, Proprietary information. This document contains confidential proprietary information that is the sole property of Pacific Gas and Electric Company (PG&E) and is intended for use only by authorized PG&E employees and agents. Copyright Pacific Gas and Electric Company (PG&E).

USFS Boundary

FRA

SRA

SPA*

MAP LOCATION

Route 1200

Adjacent Map: AT112-D

Adjacent Map: AT111-O

Adjacent Map: AT112-G

Adjacent Map: AT112-R

Plumas
National
Forest

Plumas
National
Forest

Plumas
National
Forest

Bear Ranch
Hill Rd

Grizzly Creek

Grizzly
Creek

Pilgrim
Butte

Bear Ranch Creek

North Fork
Feather River

Sawmill Creek

North Fork Feather River

Camp Meeting Rd





# AT112-F

PGE Universal Map Grid Number

## ELECTRIC CIRCUIT MAP

500 Scale sized for 11"x17" sheets

1 inch represents 1100 feet

SPX includes: SRA/FRA, HFTD (Tier 1, 2, 3),
WUI, (fire hazard severity zone) FHSZ "very high"

EDGIS database accessed: 10/6/2020

USFS Boundary
FRA
SRA
SPA*

Adjacent Map: AT112-G

Adjacent Map: AT112-B

Adjacent Map: AT112-J

Adjacent Map: AT112-E

Plumas
National
Forest

CRESTA
1101

Route 1,200

11/17/2020

Camp Meeting Rd

Dixie Rd

Camp Creek

North Fork Feather River

Helm Creek

Dogwood Creek

Mill Creek

South Branch

Four Trees Rd

Big Bar
Mountain Rd

# Exhibit NNN-2



North Valley
Division

Index Maps By Circuit
**Vegetation Management**
Scale varies: Maps are by extent of a circuit
1 inch equals 2,199.17 feet

# BUCKS CREEK 1101

*Field Map 2020*

CUF: ▮▮▮▮  4/11/2020
SSD Rte #: 1,000

CUF: ▮▮▮▮  11/11/2020
SSD Rte #: 1200

# AT111-P

PGE Universal Map Grid Number

WARNING: Confidential, Proprietary Information. This document contains confidential proprietary information that is the sole property of Pacific Gas and Electric Company (PG&E) and is intended for use only by authorized PG&E employees and agents. Copyright Pacific Gas and Electric Company 2015.

EDGIS database accessed: 10/6/2020

# ELECTRIC CIRCUIT MAP

500 Scale sized for 11"x17" sheets

1 inch represents 1100 feet

0    1100    2200    3300
Feet

SPA* includes: SRA(FRA, HFTD) (Tier 1, 2, 3),
WUI, (fire hazard severity zone) FHSZ "very high"

A legend will show below for
CGSMA wide, SRA(FRA, and CA,
but ONLY when one of those exists
somewhere on this map.

- USFS Boundary
- FRA
- SRA
- SPA *

MAP LOCATION

Lassen National Forest

---

Adjacent Map: AT111-M

Adjacent Map: AT111-L

Adjacent Map: AT111-O

Adjacent Map: AT112-D

BUCKS CREEK

BUCKS CREEK

BUCKS CREEK 1102

BUCKS CREEK 1103

Plumas National Forest

Plumas National Forest

Plumas National Forest

Route 1000

# AT111-O

PGE Universal Map Grid Number

WARNING: Confidential, Proprietary Information. This document contains confidential proprietary information that is the sole property of Pacific Gas and Electric Company (PG&E) and is intended for use only by authorized PG&E employees and agents. Copyright Pacific Gas and Electric Company 2015.

EDGIS database accessed: 10/6/2020

# ELECTRIC CIRCUIT MAP

500 Scale sized for 11"x17" sheets

1 inch represents 1100 feet

| 0 | 1100 | 2200 | 3300 feet |

SPA* includes: SRA/FRA, HFTD (Tier 1, 2, 3),
WUI, (fire hazard severity zone) FHSZ "very high"

**USFS Boundary**

- FRA
- SRA
- SPA*

A legend will show below for CORR lands, SRA/FRA, and CA but ONLY when one of these exists somewhere on this map.

**MAP LOCATION**

Plumas National Forest

Lassen National Forest

Adjacent Map: AT111-P

Adjacent Map: AT111-K

Adjacent Map: AT112-C

Adjacent Map: AT111-N

North Valley Creek

Cedar Creek

Scott Creek

Rock Creek

North Fork Feather River

Route 1000

Route 1200

Sierra Rd

# AT112-C

PGE Universal Map Grid Number

## ELECTRIC CIRCUIT MAP

500 Scale sized for 11"x17" sheets

1 inch represents 1100 feet

SPA* Includes SRA/FRA, HFTD (Tier 1, 2, 3),
WUI, (fire hazard severity zone) FHSZ "very high"

0   1100   2200   3300 Feet

EDGIS database accessed: 10/6/2020

WARNING: Confidential, Proprietary Information. This document contains confidential proprietary information that is the sole property of Pacific Gas and Electric Company (PG&E) and is intended for use only by authorized PG&E employees and agents. Copyright Pacific Gas and Electric Company 2016.

USFS Boundary
FRA
SRA
SPA*

A legend will show below for CO/DA-R areas, SRA/FRA, and CA but ONLY when one of these exists somewhere on this map.

MAP LOCATION

Adjacent Map: AT112-D

Adjacent Map: AT111-O

Adjacent Map: AT112-G

Adjacent Map: AT112-R

Plumas National Forest

Plumas Butte

Grizzly Creek

Bear Ranch Hill Rd

Bear Ranch Creek

North Fork Feather River

Camp Meeting Rd

South Fork

Spanish Creek

Route 1200

70

# AT112-F

PGE Universal Map Grid Number

# ELECTRIC CIRCUIT MAP

500 Scale sized for 11"x17" sheets
1 inch represents 1100 feet

0   1100   2200   3300 Feet

SPA* includes: SRA/FRA, HFTD (Tier 1, 2, 3),
WUI, (fire hazard severity zone) FHSZ "very high"

USFS Boundary
FRA
SRA
SPA*

MAP LOCATION

EDGIS database accessed: 10/6/2020

Adjacent Map: AT112-B
Adjacent Map: AT112-G
Adjacent Map: AT112-G
Adjacent Map: AT112-J
Adjacent Map: AT112-E

CRESTA
CRESTA 1101
CRESTA 1101

Plumas National Forest

Four Trees Rd
Big Bar Mountain Rd

Camp Meeting Rd
Dixie Rd
Camp Creek
North Fork Feather River
Navato Lodge Rd
Helms Creek
Dogwood Creek
South Branch
Mill Creek
Mill Creek

Route 1200
1/7/2020

# Exhibit NNN-3



North Valley
Division

Index Maps By Circuit
**Vegetation Management**
Scale varies: Maps are by extent of a circuit
1 inch equals 2,199.17 feet

**BUCKS CREEK 1101**

PGE Circuit Name Line is highlighted in yellow

WARNING: Confidential, Proprietary Information. This
document contains confidential proprietary information
that is the sole property of Pacific Gas and Electric
Company (PG&E) and is intended for use only by
authorized PG&E employees and agents. Copyright
Pacific Gas and Electric Company 2013.

Field Map 2020

CUF: _____

SSD Rte #:_____

CUF: _____

SSD Rte #:_____

# AT112-C

PGE Universal Map Grid Number

# ELECTRIC CIRCUIT MAP

500 Scale sized for 11"x17" sheets

1 inch represents 1100 feet

| 0 | 1100 | 2200 | 3300 Feet |

SPA* Includes: SRA/FRA, HFTD (Tier 1, 2, 3), WUI, (fire hazard severity zone) FHSZ "very high"

WARNING: Confidential, Proprietary Information. This document contains confidential proprietary information that is the sole property of Pacific Gas and Electric Company (PG&E) and is intended for use only by authorized PG&E employees and agents. Copyright Pacific Gas and Electric Company 2018.

EDGIS database accessed: 10/6/2020

A legend will show below for GSS/IOA lands, SRA/FRA, and OA but ONLY where not all of these exists somewhere on this map.

USFS Boundary

FRA

SRA

SPA*

MAP LOCATION



Adjacent Map: AT112-D

Adjacent Map: AT111-O

Adjacent Map: AT112-G

Adjacent Map: AT112-R

Grizzly Creek

Grizzly Creek

Plumas National Forest

Plumas National Forest

Plumas Butte

Plumas National Forest

Bear Ranch Hillside

Bear Ranch Creek

North Fork Feather River

Camp Meeting Rd

Swamp Creek

Run to 1200



# AT111-O

## ELECTRIC CIRCUIT MAP

PGE Universal Map Grid Number

500 Scale sized for 11"x17" sheets

1 inch represents 1100 feet

SPX* Includes: SRA/FRA, HFTD (Tier 1, 2, 3), WUI, (fire hazard severity zone) FHSZ "very high"

EDGIS database accessed: 10/6/2020

Lassen National Forest

Plumas National Forest

Plumas National Forest

Plumas National Forest

Plumas National Forest

Rock Creek Bridge & turnout

Route 1000

Route 1200

Can trees drop from here

Adjacent Map: AT111-P

Adjacent Map: AT112-C

Adjacent Map: AT111-K

Adjacent Map: AT111-N

MAP LOCATION

USFS Boundary
FRA
SRA
SPA*

# AT111-P

PGE Universal Map Grid Number

# ELECTRIC CIRCUIT MAP

500 Scale sized for 11"x17" sheets
1 inch represents 1100 feet

SPA* Includes: SRA/FRA, HFTD (Tier 1, 2, 3),
WUI, (fire hazard severity zone) PHSZ "very high"

USFS Boundary
FRA
SRA
SPA*

MAP LOCATION

Lassen National Forest

EDGIS database accessed: 10/6/2020

Adjacent Map: AT111-M

Adjacent Map: AT111-L

Adjacent Map: AT111-U

Adjacent Map: AT112-D

BUCKS CREEK

Plumas National Forest

Route 1000

11/1/2020

# AT112-F

PGE Universal Map Grid Number

## ELECTRIC CIRCUIT MAP

500 Scale sized for 11"x17" sheets

1 inch represents 1100 feet

0   1100   2200   3300   Feet

SPA* Includes: SRA/FRA, HFTD (Tier 1, 2, 3),
WUI, (fire hazard severity zone) FHSZ "very high"

USFS Boundary

FRA

SRA

SPA*

EDGIS database accessed: 10/6/2020

MAP LOCATION

# Exhibit NNN-4

**2020 Routine Inspection**



# Exhibit NNN-5



**Pacific Gas & Electric**
**Vegetation Management**

Division:NV: Inspection:All: Circuit Name Equal 0102211101: Notification Equal O: Insp Date (Loc) Between 09/01/2020.12/31/2020

| Address | | | City | County | Circuit | Division | X - Street | Directions | | Insp Dt | Cust 1 Name / Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 HWY 70 | | | STORRIE | PLUMAS | BUCKS CREEK 1101 | NORTH VALLEY | | NE/O PULGA-@ ROCK CREEK BRIDGE | | 11/11/20 | USFS / 530-283-0555 |

| SSD | SSD RT # | Loc RT # | Map Type | Quad Map | Area | Group | Loc Lat/Lon | APN | Removal Num | | Acct Type | Inspector | Inspection Co. | Cust 2 Name / Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17137 | 1,000 | 90 | | P-39 | E-10-1 | | 39.900617/-121.359358 | 002280USA | 3570483 | | Maintenance | | CN Utility | / |

| Alerts | | | Restrictions | | Tag Type | | Tag # | How Notified | U-Bld | Project # | Project Name | Cust 3 Name / Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Access; | Poison-Oak; | | | | | | N/A | No | 180,694 | BUCKS CREEK 1101 | |

| Environ mntl: | VELB | HCP Area | MBZ-ID # | e10c | e10c Acreage | SRA | | Trans: | Struct1 | Struct2 | Length | Esmt | Cust 4 Name / Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | | Sacramento | | | | | No | | | | | | |

| Loc Comments | TROW: | Slope% | Length | Width | Acres | App. Method | Maint. Cycle | Work Type |
|---|---|---|---|---|---|---|---|---|
| LINES DOWN CAMPFIRE RECONSTRUCTION 2019-SSD#941 IS @N/SD/O ROCK CREEK BRIDGE & W/SD/O HWY-TREES N/O SSD ALONG ROCKY HILL-REC ENDS 3SP/N @PL#6-SSD #941 IS END/O SSD ROUTE#1000 | | | | | | | | |

| | Tree Type, Species | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | | Work Request | T-Line |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Willow | 1 | Routine | Top | 30 | 12 | 20 | Ok | Routine | US Forestry | | | |
| Tree Number 2 | Tree Alerts | Tree Restrictions | | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | TROW-Length | Cover % | TROW-Brush | Defect % | Span Prox. | Inside ROW |
| | | | | No | N | | | | | | | | | |
| | Tree Comments | | | Prescription Comments | | | | Lat/Lon | Proximity | Pole Owner | Wire Type | TGR Date | Inspector / Date, Time |
| | 0.4SP N/O SSD, ABV ROCK, FLG BELOW | | | | | | | 39.900837/-121.35 9338 | Connect | PG&E | None | | 11/11/20 1:56 PM |
| | Crew | iHFTDTier | | Dt Cmplt | Act. Qty | Act. Trim | Act. Clr | Worked By | Worked Reason | | Worked Comments | | Last Modified By / Date |
| | LA | 2 | | | | | | | | | | | / 11/11/20 |

| | Tree Type, Species | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | | Work Request | T-Line |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Willow | 1 | Routine | Top | 30 | 12 | 20 | Ok | Routine | US Forestry | | | |
| Tree Number 3 | Tree Alerts | Tree Restrictions | | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | TROW-Length | Cover % | TROW-Brush | Defect % | Span Prox. | Inside ROW |
| | | | | No | N | | | | | | | | | |
| | Tree Comments | | | Prescription Comments | | | | Lat/Lon | Proximity | Pole Owner | Wire Type | TGR Date | Inspector / Date, Time |
| | 0.9SP N/O SSD, XSTM | | | | | | | 39.900763/-121.35 9195 | Connect | PG&E | None | | 11/11/20 1:50 PM |
| | Crew | iHFTDTier | | Dt Cmplt | Act. Qty | Act. Trim | Act. Clr | Worked By | Worked Reason | | Worked Comments | | Last Modified By / Date |
| | LA | 2 | | | | | | | | | | | / 11/11/20 |

| | Tree Type, Species | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | | Work Request | T-Line |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Willow | 1 | Routine | Top | 30 | 12 | 20 | Ok | Routine | US Forestry | | | |
| Tree Number 6 | Tree Alerts | Tree Restrictions | | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | TROW-Length | Cover % | TROW-Brush | Defect % | Span Prox. | Inside ROW |
| | | | | No | N | | | | | | | | | |
| | Tree Comments | | | Prescription Comments | | | | Lat/Lon | Proximity | Pole Owner | Wire Type | TGR Date | Inspector / Date, Time |
| | 2.9SP N/O SSD, XSTM | | | | | | | 39.901797/-121.35 5142 | Connect | PG&E | None | | 11/11/20 1:54 PM |
| | Crew | iHFTDTier | | Dt Cmplt | Act. Qty | Act. Trim | Act. Clr | Worked By | Worked Reason | | Worked Comments | | Last Modified By / Date |
| | LA | 2 | | | | | | | | | | | / 11/11/20 |

Ⓡ = TGR

Ⓦ = Warranty

Printed 11/9/21

VMD Location - Trees

Total Records: 4

✂ = Brush Cut

✖ = Removal

⊠ =Fac Prot

Confidential - Pacific Gas and Electric Company
Do not copy or distribute without persmission of Pacific Gas and Electric Company





**Pacific Gas & Electric**
**Vegetation Management**

**VMD Location - Trees**
Case 3:14-cr-00175-WHA   Document 1515-11   Filed 11/16/21
Page 24 of 30

Division NORTH VALLEY
Circuit BUCKS CREEK 1101 (0102211101)

Division:NV: Inspection:All: Circuit Name Equal 0102211101: Notification Equal O: Insp Date (Loc) Between 09/01/2020.12/31/2020

| Address | | | | | City | County | Circuit | Division | X - Street | Directions | | | Insp Dt | Cust 1 Name / Phone | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 CAMP CREEK RD | | | | | UNINCORPORA | PLUMAS | BUCKS CREEK 1101 | NORTH VALLEY | | W/O HWY 70-N/O PULGA/CAMP CRE | | | 11/16/20 | USFS / | |
| SSD | SSD RT # | Loc RT # | Map Type | Quad Map | Area | Group | Loc Lat/Lon | APN | Removal Num | | Acct Type | Inspector | Inspection Co. | Cust 2 Name / Phone | |
| 941 | 1,200 | 290 | Other | Q-39 | E-10-3 | | 39.884465/-121.373918 | | 3617278 | | Maintenance | ▓ | CN Utility | / | |
| Alerts | | | | | Restrictions | | Tag Type | | Tag # | How Notified | U-Bld | | Project # | Project Name | Cust 3 Name / Phone |
| | | | | | | | | | | N/A | No | | 180,694 | BUCKS CREEK 1101 | |
| **Environ mntl:** | VELB | HCP Area | MBZ-ID # | e10c | e10c Acreage | SRA | | **Trans:** | Struct1 | Struct2 | | Length | Esmt | Cust 4 Name / Phone | |
| | Yes | Sacramento | | No | | Yes | | | | 0 | | 0 | | | |
| Loc Comments | | | | | | | **TROW:** | Slope% | Length | Width | | Acres | App. Method | Maint. Cycle | Work Type |
| REC 2/2-FPT'S ONLY-BEGIN @ LB#16/18 N/O BETWEEN MILE MARKER 9.0 & 10.0-LB JUST PAST BRIDGE-TREES N/O LB ALONG RD-REC ENDS @ XFER POLE #17/8; TAKE CONCOE TO DIXIE RD; ROUGH RD | | | | | | | | | | | | | | | |

| | Tree Type, Species | | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | | Work Request | T-Line | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Canyon Live Oak | | 1 | Routine | Slope | 40 | 36 | 12 | Ok | Routine | Unknown | | CHNV1046938 | | |
| | Tree Alerts | | Tree Restrictions | | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | | TROW-Length | Cover % | TROW-Brush | Defect % | Inside ROW |
| **Tree Number 5** | | | | | No | N | | | | | | | | | |
| | Tree Comments | | | | Prescription Comments | | | | Lat/Lon | Proximity | Pole Owner | | Wire Type | TGR Date | Inspector / Date, Time |
| | .2 SP NE/O P17/6; 6 XSTM; UNDR LNS | | | | AT EDGE OF TURNOUT; FLAGGED AT ROAD | | | | 39.886805/-121.37 2208 | Connect | PG&E | | None | | 11/16/20 1:31 PM  ▓ |
| | Crew | iHFTDTier | | | Dt Cmplt | Act. Qty | Act. Trim | Act. Clr | Worked By | Worked Reason | | Worked Comments | | | Last Modified By / Date |
| | CA | | 2 | | 6/11/21 | 1 | Slope | 12 | ▓ | | | | | | / 6/15/21 |

| | Tree Type, Species | | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | | Work Request | T-Line | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Canyon Live Oak | | 1 | Routine | Top | 15 | 26 | 12 | Ok | Routine | Unknown | | CHNV1046938 | | |
| | Tree Alerts | | Tree Restrictions | | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | | TROW-Length | Cover % | TROW-Brush | Defect % | Inside ROW |
| **Tree Number 6** | | | | | No | N | | | | | | | | | |
| | Tree Comments | | | | Prescription Comments | | | | Lat/Lon | Proximity | Pole Owner | | Wire Type | TGR Date | Inspector / Date, Time |
| | .5 SP S/O P 17/5; UNDR LNS; 10 X STEM | | | | POSSIBLE LIFT ACCESS IS ON ROUGH RD; TURN AROUND IS PAST LOCATION AT POLE 17/6 | | | | 39.885927/-121.37 292 | Connect | PG&E | | None | | 11/16/20 1:43 PM  ▓ |
| | Crew | iHFTDTier | | | Dt Cmplt | Act. Qty | Act. Trim | Act. Clr | Worked By | Worked Reason | | Worked Comments | | | Last Modified By / Date |
| | CA | | 2 | | 6/11/21 | 1 | Top | 12 | ▓ | | | | | | / 6/15/21 |

Total Records: 4

(R) = TGR

W = Warranty

Printed 11/9/21

✂ = Brush Cut

✗ = Removal

⊠ =Fac Prot

Confidential - Pacific Gas and Electric Company
Do not copy or distribute without persmission of Pacific Gas and Electric Company



Division:NV: Inspection:All: Circuit Name Equal 0102211101: Notification Equal O: Insp Date (Loc) Between 09/01/2020.12/31/2020

| Address | | | | City | County | Circuit | Division | X - Street | Directions | | Insp Dt | Cust 1 Name / Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 CAMP CREEK RD | | | | TOBIN | PLUMAS | BUCKS CREEK 1101 | NORTH VALLEY | | W/O HWY 70-CONCOW RD TO FLEA | | 11/16/20 | USFS / 530-534-6500 |
| SSD | SSD RT # | Loc RT # | Map Type | Quad Map | Area | Group | Loc Lat/Lon | APN | Removal Num | Acct Type | Inspector | Inspection Co. | Cust 2 Name / Phone |
| 17183 | 1,200 | 490 | Other | Q-39 | E-10-3 | | 39.87558/-121.37972 | 002290007 | 4307351 | Maintenance | | CN Utility | / |
| Alerts | | | | Restrictions | | Tag Type | Tag # | How Notified | U-Bld | Project # | Project Name | | Cust 3 Name / Phone |
| | Access; | Poison-Oak; | | GC; QT; | | | | N/A | No | 180,694 | BUCKS CREEK 1101 | | |
| Environ mntl: | VELB | HCP Area | MBZ-ID # | e10c | e10c Acreage | SRA | | Trans: | Struct1 | Struct2 | Length | Esmt | Cust 4 Name / Phone |
| | Yes | Sacramento | | No | | Yes | | | 0 | 0 | 0 | | |
| Loc Comments | | | | | | | | TROW: | Slope% | Length | Width | Acres | App. Method | Maint. Cycle | Work Type |

Loc Comments: REC 1/2-N/O DIXIE RD APPRX 6.5MI-STRT @SSD #17183 PL #16/8 N/O MM #9-TREES S/O SSD-REC ENDS @TP/SSD #17733-RD OUT @APPROX MM #9.3-LAST TURNAROUND @MILE MARKER 9.0-SMALL 4X4 OR ATV

| | Tree Type, Species | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | Work Request | T-Line |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tree Number 1** | Douglas Fir | 1 | Routine | FP-Rmv4 B | 100 | 38 | 99 | Ok | Routine | US Forestry | C1NV1003922 | |
| | Tree Alerts | Tree Restrictions | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | TROW-Length | Cover % | TROW-Brush | Defect % | Inside ROW | Span Prox. |
| | FP; | QT | No | N | | | | | | | | |
| | Tree Comments | | Prescription Comments | | Lat/Lon | Proximity | Pole Owner | Wire Type | TGR Date | Inspector / Date, Time |
| | 0.9SP/S/O SSD-UPHILL-DEAD | | FLAGGED ON PONDOROSA IFO AT ROAD  Map ID #2 | | 39.8756/-121.3799 65 | Outside | PG&E | None | | 12/8/20 10:31 AM |
| | Crew | iHFTDTier | | Dt Cmplt | Act. Qty | Act. Trim | Act. Clr | Worked By | Worked Reason | Worked Comments | Last Modified By / Date |
| | CA | 2 | | 6/10/10 | 1 | FP-Rmv4 B | | | | | / 6/11/21 |

| | Tree Type, Species | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | Work Request | T-Line |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tree Number 4** | Cedar | 1 | Routine | Side | 80 | 75 | 15 | Ok | Routine | US Forestry | CHNV1046938 | |
| | Tree Alerts | Tree Restrictions | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | TROW-Length | Cover % | TROW-Brush | Defect % | Inside ROW | Span Prox. |
| | | | Yes | N | | | | | | | | |
| | Tree Comments | | Prescription Comments | | Lat/Lon | Proximity | Pole Owner | Wire Type | TGR Date | Inspector / Date, Time |
| | 0.2SP/S/O PL #16/5-2STM | | BRANCHES THAT CURVE TOWARDS LINES REMOVE; FLAGGED AT ROAD | | 39.875093/-121.37 9662 | Outside | PG&E | None | | 11/16/20 2:13 PM |
| | Crew | iHFTDTier | | Dt Cmplt | Act. Qty | Act. Trim | Act. Clr | Worked By | Worked Reason | Worked Comments | Last Modified By / Date |
| | CA | 2 | | 6/11/21 | 1 | Side | 15 | | | | / 6/15/21 |

| | Tree Type, Species | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | Work Request | T-Line |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tree Number 6** | Ponderosa Pine | 1 | Routine | Side | 80 | 22 | 15 | Ok | Routine | US Forestry | CHNV1046938 | |
| | Tree Alerts | Tree Restrictions | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | TROW-Length | Cover % | TROW-Brush | Defect % | Inside ROW | Span Prox. |
| | | | No | N | | | | | | | | |
| | Tree Comments | | Prescription Comments | | Lat/Lon | Proximity | Pole Owner | Wire Type | TGR Date | Inspector / Date, Time |
| | 0.3SP/S/O PL #16/5-2STM | | BRANCHES THAT CURVE TOWARDS LINES REMOVE; FLAGGED AT ROAD | | 39.873898/-121.37 9022 | Connect | PG&E | None | | 11/16/20 2:15 PM |
| | Crew | iHFTDTier | | Dt Cmplt | Act. Qty | Act. Trim | Act. Clr | Worked By | Worked Reason | Worked Comments | Last Modified By / Date |
| | CA | 2 | | 6/11/21 | 1 | Side | 15 | | | | / 6/15/21 |

(R) = TGR

(W) = Warranty

Total Records: 4

✂ = Brush Cut

✖ = Removal

⊠ =Fac Prot

Printed 11/9/21

Confidential - Pacific Gas and Electric Company

Do not copy or distribute without persmission of Pacific Gas and Electric Company



**Pacific Gas & Electric**
**Vegetation Management**

Division:NV: Inspection:All: Circuit Name Equal 0102211101: Notification Equal O: Insp Date (Loc) Between 09/01/2020.12/31/2020

| Address | | | City | County | Circuit | Division | X - Street | Directions | | Insp Dt | Cust 1 Name / Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 CAMP CREEK RD | | | OROVILLE | BUTTE | BUCKS CREEK 1101 | NORTH VALLEY | | FOLLOW CONCOW RD-RIGHT ON DI | | 11/17/20 | USFS / |
| SSD | SSD RT # | Loc RT # | Map Type | Quad Map | Area | Group | Loc Lat/Lon | APN | Removal Num | Acct Type | Inspector | Inspection Co. | Cust 2 Name / Phone |
| 929 | 1,200 | 830 | (none) | | | | 39.830227/-121.41134 | 058-030-009-000 | 4307351 | Maintenance | ▉ | CN Utility | / |
| Alerts | | | | Restrictions | | Tag Type | | Tag # | How Notified | U-Bld | Project # | Project Name | Cust 3 Name / Phone |
| | | | | QT; | | | | | N/A | No | 180,694 | BUCKS CREEK 1101 | / |
| Environ mntl: | VELB | HCP Area | MBZ-ID # | e10c | e10c Acreage | SRA | Trans: | Struct1 | Struct2 | Length | Esmt | Cust 4 Name / Phone |
| | No | | | No | | Yes | | 0 | 0 | | |
| Loc Comments | | | | | | | TROW: | Slope% | Length | Width | Acres | App. Method | Maint. Cycle | Work Type |
| SP CROSSES RIVER AND TRAIN TRACKS; RECORD FOR TREES 1 SP W/O LB P2-P3 ON W/SD/O CREEK; ACCESS FROM DIXIE AND CAMP CREEK RD; HIKE DOWN HILL | | | | | | | | | | | | | | |

| Tree Number 1 | Tree Type, Species | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | | Work Request | T-Line | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pine | 1 | Routine | Top | 100 | 30 | 20 | Ok | Routine | US Forestry | | CHNV1046938 | | |
| | Tree Alerts | | Tree Restrictions | | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | TROW-Length | Cover % | TROW-Brush | Defect % | Inside ROW |
| | | | | | No | N | | | | | | | | |
| | Tree Comments | | | | Prescription Comments | | | | Lat/Lon | Proximity | Pole Owner | Wire Type | TGR Date | Inspector / Date, Time |
| | X RIVER FRM HWY, .7SP W/O LB P2; UL | | | | | | | | 39.830522/-121.41 0491 | Connect | PG&E | None | | 11/17/20 9:26 AM ▉ |
| | Crew | iHFTDTier | | | Dt Cmplt | Act. Qty | Act. Trim | | Act. Clr | Worked By | Worked Reason | Worked Comments | | Last Modified By / Date |
| | CA | 2 | | | 6/14/21 | 1 | Top | | 20 | ▉ | | | | ▉ / 6/15/21 |

| Tree Number 2 | Tree Type, Species | Est Qty | Priority | Trim Type | Height | DBH | Clearance | Notification | Cycle | Owned By | | Work Request | T-Line | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pine | 1 | Routine | FP-Rmv2 B | 100 | 21 | 99 | Ok | Routine | US Forestry | | C1NV1003922 | | |
| | Tree Alerts | | Tree Restrictions | | VELB | MWS | MWS Num | TROW-Ht | TROW-Width | TROW-Length | Cover % | TROW-Brush | Defect % | Inside ROW |
| | FP; | | QT | | No | N | | | | | | | | |
| | Tree Comments | | | | Prescription Comments | | | | Lat/Lon | Proximity | Pole Owner | Wire Type | TGR Date | Inspector / Date, Time |
| | X RIVER FRM HWY, .9SP W/O LB; N/O LNS | | | | Map ID #1 | | | | 39.830354/-121.41 1117 | Connect | PG&E | None | | 11/17/20 9:26 AM ▉ |
| | Crew | iHFTDTier | | | Dt Cmplt | Act. Qty | Act. Trim | | Act. Clr | Worked By | Worked Reason | Worked Comments | | Last Modified By / Date |
| | CA | 2 | | | 6/10/21 | 1 | FP-Rmv2 B | | | ▉ | | | | ▉ / 6/11/21 |

Ⓡ = TGR

Ⓦ = Warranty

Printed 11/9/21

VMD Location - Trees

Total Records: 4

Confidential - Pacific Gas and Electric Company

Do not copy or distribute without persmission of Pacific Gas and Electric Company

✂ = Brush Cut

 = Removal

 =Fac Prot

# Exhibit NNN-6



## Distribution Post PI Checklist

Circuit: _Bucks Creek_   Route # ~~to to 60~~   Packet # _____   Inspector ▮

~~1,000, 1,200~~

✓ HIGHLIGHT, SIGN, AND DATE COMPLETED ROUTE ON INDEX MAP

✓ ANY NEW MWS TREES BROUGHT TO SUPERVISORS ATTENTION

✓ ANY OLD PAPER MWS FORMS UPDATED AND BROUGHT TO SCUF'S ATTENTION

✓ ALL REMOVAL FROMS ACCOUNTED FOR

✓ NO TREES CAN CONTACT LINES WITHIN 4 WEEKS

✓ NO FPT TREES REQUIRE IMMEDIATE ATTENTION (TALK TO SCUF ABOUT ANY R3 & R4 FP WORK)

✓ VERIFY THAT ALL IDLE LINE IS IDENTIFIED ON BOTH MASTER AND INDEX MAPS AND IDLE FORM

   IS UPDATED, PICTURES TAKEN, AND SECTION OF THE MAP IS INCLUDED IN THE CIRCUIT FOLDER

✓ PRIVATE LINE INTERFACE FORMS CURRENT AND IN CIRCUIT FOILDER

✓ ANY CUSTOMER ISSUES BROUGHT TO SCUF'S ATTENTION AND UPDATED IN CIRCUIT FOLDER

✓ CUSTOMER POSTCARDS FILLED OUT AND GIVEN TO DMS

✓ PACKET CHECKED BACK INTO VMD FROM THE GETAC

_____ USFS NTW NUMBER

_____ BLM NTW NUMBER

_____ CALTRANS NTW NUMBER

_____ OTHER AGENCY NTW NUMBER (PLEASE SPECIFY AGENCY) _____

WILL THERE BE AN INCREASE OR DECREASE IN UNITS NEXT YEAR? _____

UNITS THIS YEAR: _____ ESTIMATED UNITS NEXT YEAR _____

SIGNATURE AND DATE: ▮   _11/11/2020_

# Exhibit NNN-7



## Distribution Post PI Checklist

Circuit: **Buck Creek 1101**  Route # ~~21600~~ *N/A* / 1,200  Packet #_____  Inspector ▮▮▮▮

✓ HIGHLIGHT, SIGN, AND DATE COMPLETED ROUTE ON INDEX MAP

✓ ANY NEW MWS TREES BROUGHT TO SUPERVISORS ATTENTION

✓ ANY OLD PAPER MWS FORMS UPDATED AND BROUGHT TO SCUF'S ATTENTION

✓ ALL REMOVAL FROMS ACCOUNTED FOR

✓ NO TREES CAN CONTACT LINES WITHIN 4 WEEKS

✓ NO FPT TREES REQUIRE IMMEDIATE ATTENTION (TALK TO SCUF ABOUT ANY R3 & R4 FP WORK)

✓ VERIFY THAT ALL IDLE LINE IS IDENTIFIED ON BOTH MASTER AND INDEX MAPS AND IDLE FORM

IS UPDATED, PICTURES TAKEN, AND SECTION OF THE MAP IS INCLUDED IN THE CIRCUIT FOLDER

✓ PRIVATE LINE INTERFACE FORMS CURRENT AND IN CIRCUIT FOILDER

✓ ANY CUSTOMER ISSUES BROUGHT TO SCUF'S ATTENTION AND UPDATED IN CIRCUIT FOLDER

✓ CUSTOMER POSTCARDS FILLED OUT AND GIVEN TO DMS

✓ _____ PACKET CHECKED BACK INTO VMD FROM THE GETAC

_____ USFS NTW NUMBER

**N/A** BLM NTW NUMBER

**N/A** CALTRANS NTW NUMBER

**N/A** OTHER AGENCY NTW NUMBER (PLEASE SPECIFY AGENCY) _____

WILL THERE BE AN INCREASE OR DECREASE IN UNITS NEXT YEAR? ↑

UNITS THIS YEAR: **2**   ESTIMATED UNITS NEXT YEAR **5**

SIGNATURE AND DATE ▮▮▮▮▮▮▮▮▮▮   **12/28/2020**