# Exhibit OOO

# Exhibit OOO-1



# Exhibit OOO-2



# Exhibit OOO-3

