UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER RE MOTION FOR LEAVE TO FILE BY PRO SE AMICUS WILLIAM B. ABRAMS** |
| Defendant. | |

The amicus brief by Mr. Abrams will be accepted for filing herein. No response is required from any party. Mr. Abrams mainly calls for more terms and conditions of probation but possibly is unaware that PG&E's probation herein will expire as of January 26, 2022, and by law cannot be extended.

**IT IS SO ORDERED.**

Dated: November 17, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE