# Exhibit A

| Beg Bates | Date & Time | From | To | CC | BCC | Privilege Basis | Privilege Claim |
|---|---|---|---|---|---|---|---|
| PGE-DIXIE-NDCAL-000019705 | 7/14/2021 9:35 | | | | | Email chain reflecting the provision of information to, for the purpose of, and reflecting a request for, legal advice by PG&E Legal concerning lines of communication, operational status, and activities of the Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000019738 | 7/14/2021 9:46 | | | | | Email chain reflecting the provision of information to, for the purpose of, and reflecting a request for, legal advice PG&E Legal regarding lines of communication, operational status, and activities of the Dixie Fire investigation; and reflecting the provision of legal advice by [REDACTED] regarding the same. | Attorney-Client |
| PGE-DIXIE-NDCAL-000019769 | 7/14/2021 9:53 | | | | | Email chain reflecting the provision of and requesting information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000019776 | 7/14/2021 9:55 | | | | | Email chain reflecting the provision of and requesting information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000019790 | 7/14/2021 9:58 | | | | | Email chain reflecting the provision of and requesting information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000019798 | 7/14/2021 9:59 | | | | | Email chain reflecting the provision of information to, for the purpose of, and reflecting a request for, legal advice by PG&E Legal regarding lines of communication, operational status, and activities of the Dixie Fire investigation; and providing and reflecting legal advice by [REDACTED] regarding the same. | Attorney-Client |
| PGE-DIXIE-NDCAL-000019806 | 7/14/2021 10:00 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000019818 | 7/14/2021 10:02 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000019857 | 7/14/2021 10:15 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000019903 | 7/14/2021 10:31 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000020075 | 7/14/2021 11:36 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |

| | | | | |
|---|---|---|---|---|
| PGE-DIXIE-NDCAL-000020090 | 7/14/2021 11:41 | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000020100 | 7/14/2021 11:44 | | Email chain reflecting legal advice by PG&E Legal concerning lines of communication and confidentiality of Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000020107 | 7/14/2021 11:50 | | Email chain reflecting the request for and provision of information for the purpose of legal advice by PG&E legal, and reflecting the provision of legal advice, regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000020397 | 7/14/2021 13:23 | | Email chain reflecting the provision of legal advice of [REDACTED] regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000020434 | 7/14/2021 13:30 | | Email chain reflecting the provision of legal advice of [REDACTED] regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000020449 | 7/14/2021 13:33 | | Email chain reflecting the provision of legal advice of [REDACTED] regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000020453 | 7/14/2021 13:34 | | Email chain reflecting the provision of legal advice of [REDACTED] regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000020455 | 7/14/2021 13:36 | | Email chain reflecting the provision of legal advice of [REDACTED] regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000021160 | 7/14/2021 15:01 | | Email chain reflecting the request for and provision of information for the purpose of legal advice, and reflecting  legal advice by [REDACTED] and [REDACTED], and requesting legal advice by [REDACTED], [REDACTED], and [REDACTED] regarding lines of communication and ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000021501 | 7/14/2021 15:31 | | Email chain reflecting the provision of information for the purpose of legal advice and reflecting a request for legal advice by [REDACTED] and [REDACTED] regarding lines of communication and ongoing activities of the Dixie Fire investigation. | Attorney-Client |