UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 14-00175 WHA |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER RE PRIVILEGE LOG** |
| Defendant. | |

The Court has reviewed the privilege log. It is impossible to judge whether the items on the privilege log truly warrant the attorney-client privilege. In order to test the privilege log, the Court requires that PG&E submit five of the items, *ex parte* and under seal, for *in camera* review by the judge. If the Court determines that they are privileged, they will be returned to PG&E.

1. PGE-DIXIE-NDCAL-000019776
2. PGE-DIXIE-NDCAL-000019790
3. PGE-DIXIE-NDCAL-000019806
4. PGE-DIXIE-NDCAL-000020075
5. PGE-DIXIE-NDCAL-000020090

Please submit the above by **FRIDAY, DECEMBER 3 AT NOON**.

**IT IS SO ORDERED.**

Dated: November 30, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE