# Exhibit A

| Beg Bates | Date & Time | From | To | CC | BCC | Privilege Basis | Privilege Claim |
|---|---|---|---|---|---|---|---|
| PGE-DIXIE-NDCAL-000019705 | 7/14/2021 9:35 | | | | | Email chain reflecting the provision of information to, for the purpose of, and reflecting a request for, legal advice by PG&E Legal concerning lines of communication, operational status, and activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000019738 | 7/14/2021 9:46 | | | | | Email chain reflecting the provision of information to, for the purpose of, and reflecting a request for, legal advice PG&E Legal regarding lines of communication, operational status, and activities of the Dixie Fire investigation; and reflecting the provision of legal advice by ▮ regarding the same. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 9 42 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 9 38 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 9 36 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000019769 | 7/14/2021 9:53 | | | | | Email chain reflecting the provision of and requesting information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000019776 | 7/14/2021 9:55 | | | | | Email chain reflecting the provision of and requesting information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000019790 | 7/14/2021 9:58 | | | | | Email chain reflecting the provision of and requesting information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 9 36 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |

| Beg Bates | Date & Time | From | To | CC | BCC | Privilege Basis | Privilege Claim |
|---|---|---|---|---|---|---|---|
| PGE-DIXIE-NDCAL-000019798 | 7/14/2021 9:59 | | | | | Email chain reflecting the provision of information to, for the purpose of, and reflecting a request for, legal advice by PG&E Legal regarding lines of communication, operational status, and activities of the Dixie Fire investigation; and providing and reflecting legal advice by ▮ regarding the same. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 9 47 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 9 42 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 9 38 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 9 36 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000019806 | 7/14/2021 10:00 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 9 36 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000019818 | 7/14/2021 10:02 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 9 36 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000019857 | 7/14/2021 10:15 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 9 36 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000019903 | 7/14/2021 10:31 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 9 36 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |

| Beg Bates | Date & Time | From | To | CC | BCC | Privilege Basis | Privilege Claim |
|---|---|---|---|---|---|---|---|
| PGE-DIXIE-NDCAL-000020075 | 7/14/2021 11:36 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 9 36 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000020090 | 7/14/2021 11:41 | | | | | Email chain reflecting the provision of and request for information for the purpose of legal advice by PG&E Legal regarding the ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 9 36 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000020107 | 7/14/2021 11:50 | | | | | Email chain reflecting the request for and provision of information for the purpose of legal advice by PG&E legal, and reflecting the provision of legal advice, regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 9 36 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 8 09 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 7 53 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000020397 | 7/14/2021 13:23 | | | | | Email chain reflecting the provision of legal advice of ▮▮▮ regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| PGE-DIXIE-NDCAL-000020434 | 7/14/2021 13:30 | | | | | Email chain reflecting the provision of legal advice of ▮▮▮ regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 13 23 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000020449 | 7/14/2021 13:33 | | | | | Email chain reflecting the provision of legal advice of ▮▮▮ regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 13 23 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000020453 | 7/14/2021 13:34 | | | | | Email chain reflecting the provision of legal advice of ▮▮▮ regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 13 23 | | | | | See above | See above |
| PGE-DIXIE-NDCAL-000020455 | 7/14/2021 13:36 | | | | | Email chain reflecting the provision of legal advice of ▮▮▮ regarding lines of communication and activities of the ongoing Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 13 23 | | | | | See above | See above |

| Beg Bates | Date & Time | From | To | CC | BCC | Privilege Basis | Privilege Claim |
|---|---|---|---|---|---|---|---|
| PGE-DIXIE-NDCAL-000021160 | 7/14/2021 15:01 | | | | | Email chain reflecting the request for and provision of information for the purpose of legal advice, and reflecting legal advice by ▓ and ▓, and requesting legal advice by ▓ and ▓ regarding lines of communication and ongoing activities of the Dixie Fire investigation. | Attorney-Client |
| Redacted Email in Chain | 7/14/2021 14 45 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 14 43 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 12 05 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 12 04 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 12 02 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 12 00 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 11 53 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 11 46 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 11 43 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 11 40 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 11 29 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 11 28 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 11 20 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 11 01 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 11 00 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 10 58 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 10 56 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 10 42 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 10 35 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 10 11 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 10 06 | | | | | See above | See above |
| Redacted Email in Chain | 7/14/2021 10 01 | | | | | See above | See above |