# Exhibit RRR

```
1  JENNER & BLOCK LLP
   Reid J. Schar (pro hac vice)
2  RSchar@jenner.com
   353 N. Clark Street
3  Chicago, IL 60654-3456
   Telephone:   (312) 222-9350
4  Facsimile:   (312) 527-0484

5  CLARENCE DYER & COHEN LLP
   Kate Dyer (Bar No. 171891)
6  kdyer@clarencedyer.com
   899 Ellis Street
7  San Francisco, CA 94109-7807
   Telephone:   (415) 749-1800
8  Facsimile:   (415) 749 1694

9  CRAVATH, SWAINE & MOORE LLP
   Kevin J. Orsini (pro hac vice)
10 korsini@cravath.com
   825 Eighth Avenue
11 New York, NY 10019
   Telephone:   (212) 474-1000
12 Facsimile:   (212) 474 3700

13 Attorneys for Defendant PACIFIC GAS AND
   ELECTRIC COMPANY
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Defendant. | Case No. 14-CR-00175-WHA<br><br>**DECLARATION OF ▮▮▮▮ IN SUPPORT OF RESPONSE TO SIXTH REQUEST RE DIXIE FIRE**<br><br>Judge: Hon. William Alsup |

1    I, ▮▮▮▮, hereby declare under penalty of perjury as follows:

2    1.   I make this declaration based upon personal knowledge and if called as a witness I
could and would testify competently to the matters set forth herein.

3    2.   I am a Journeyman Distribution Operator with Pacific Gas and Electric Company
("PG&E").

4    3.   On July 13, from approximately 2:00 p.m. to 10:00 p.m., I worked in the Northern Distribution Control Center ("NDCC") as one of the operators responsible for the Northern Valley District (which includes the Bucks Creek 1101 12kV Line). During that time I supervised the work of an Apprentice Distribution Operator ▮▮▮▮ ("NDCC Operator #2") as he operated the Northern Valley District.

5    4.   On July 13th, I listened to Apprentice Distribution Operator's conversation with a troubleman, ▮▮▮▮ ("Dixie Troubleman"), who described seeing at least one blown fuse on the Bucks Creek 1101. At the time, I thought that the cause of the outage at the Cresta Dam was the blown fuse condition described by Dixie Troubleman. At that time, I did not know the cause of the blown fuse condition.

6    5.   In my experience, outages due to one or more fuses operating is a routine occurrence. In my experience, there are numerous potential causes of fuses operating, with the most common being faults caused by birds, squirrels, tree limbs falling, tree contacts, the wind blowing lines together and other similar events. The operation of the fuse is designed to end the fault event by preventing current from continuing downstream from the source on the conductor experiencing the fault. In my experience, operation of one or more fuses is not in itself a reason to de energize the line and thereby cut power to all users.

7    6.   At around the conclusion of the call, because the Dixie Troubleman advised that he had not yet been able to reach the fuses, I reviewed the real time phase load and ground current data for Bucks Creek 1101 reported by the RT SCADA system. I did not see any anything indicating a reason to de-energize the entire line. I previously had looked at the historical phase loads and ground current for the line, and at the real time data, at around the time ▮▮▮▮ ("NDCC Operator # 1") briefed me on the situation and handed off operation of the Northern

Valley District to me and NDCC Operator #2. I did not see any anything indicating a reason to de energize the entire line at that time either.

7. At no time during my shift did I see evidence of a ground fault in the real time SCADA data for the Bucks Creek 1101 Line.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of December, 2021, in the City of Rocklin, County of Placer, State of California.

-3-
DECLARATION OF ███████ IN SUPPORT OF RESPONSE TO SIXTH REQUEST RE DIXIE FIRE
Case No. 14-CR-00175-WHA