# Exhibit SSS

```
JENNER & BLOCK LLP
Reid J. Schar (pro hac vice)
RSchar@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:    (312) 222-9350
Facsimile:    (312) 527-0484

CLARENCE DYER & COHEN LLP
Kate Dyer (Bar No. 171891)
kdyer@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109-7807
Telephone:    (415) 749-1800
Facsimile:    (415) 749-1694

CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini (pro hac vice)
korsini@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone:    (212) 474-1000
Facsimile:    (212) 474-3700

Attorneys for Defendant PACIFIC GAS AND
ELECTRIC COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 14-CR-00175-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF ▮▮▮▮▮ IN SUPPORT OF RESPONSE TO SIXTH REQUEST RE DIXIE FIRE** |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY, | Judge: Hon. William Alsup |
| Defendant. | |

-1-
DECLARATION OF ▮▮▮▮▮ IN SUPPORT OF RESPONSE TO SIXTH REQUEST RE DIXIE FIRE
Case No. 14-CR-00175-WHA

I, ▓▓▓▓▓▓▓, hereby declare under penalty of perjury as follows:

1. I make this declaration based upon personal knowledge and if called as a witness I could and would testify competently to the matters set forth herein.

2. I am an Apprentice Distribution Operator with Pacific Gas and Electric Company ("PG&E").

3. At the time of my call with troubleman ▓▓▓▓▓▓▓ ("Dixie Troubleman") at approximately 3:00 p.m. on July 13, 2021, as mentioned in my prior declaration, I thought that the cause of the outage at the Cresta Dam might have been the fuse that operated on the Bucks Creek 1101 12kV Line described by Dixie Troubleman. I did not know what could have caused the fuse to open, but fuses open for a variety of reasons, such as when a line makes contact with an animal or vegetation, when wind pushes two lines together momentarily, or when a fuse malfunctions. Responding troublemen generally investigate the causes of fuses that operate, and are sometimes but not always able to determine the cause.

4. As mentioned in my prior declaration, as an apprentice, I do not have independent authority to cut power to a line. Instead, Journeyman Distribution Operator ▓▓▓▓▓▓▓ ("NDCC Operator #3"), under whom I worked on July 13, had that authority. I do not recall having any discussions with NDCC Operator #3 about whether to cut power to the entire line around the time of my call with the Dixie Troubleman or otherwise considering the issue.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of December, 2021, in the City of Chico, County of Butte, State of California.