# Exhibit TTT



## Bucks Creek 1101