UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br>    Defendant. | No.  CR 14-00175 WHA <br><br> **ORDER RE FORM 12** |

A hearing is hereby set for **JANUARY 3, 2022, AT 9 A.M.**, in person.  January 3 will be the day to admit or deny the Form 12 allegations (Dkt. No. 1513).  Another hearing is set for **JANUARY 10, 2022, AT 9 A.M.** to conduct an evidentiary hearing, if the offender denies any part of the charge.

**IT IS SO ORDERED.**

Dated:  December 15, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE