UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | No. CR 14-00175 WHA<br><br>**ORDER RE MOTION FOR LEAVE TO FILE AND REQUEST TO SET A HEARING TO STRENGTHEN CONDITIONS OF PROBATION** |

The Court appreciates the efforts and diligence of *amicus* William B. Abrams (Dkt. No. 1527). The motion for leave to file his request for a hearing is **GRANTED**. The motion to hold a hearing regarding strengthening conditions of probation is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 15, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE