JENNER & BLOCK LLP
  Reid J. Schar (*pro hac vice*)
  RSchar@jenner.com
  353 N. Clark Street
  Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

CLARENCE DYER & COHEN LLP
  Kate Dyer (Bar No. 171891)
  kdyer@clarencedyer.com
  899 Ellis Street
  San Francisco, CA 94109-7807
Telephone: +1 415 749 1800
Facsimile: +1 415 749 1694

CRAVATH, SWAINE & MOORE LLP
  Kevin J. Orsini (*pro hac vice*)
  korsini@cravath.com
  825 Eighth Avenue
  New York, NY 10019
Telephone: +1 212 474 1000
Facsimile: +1 212 474 3700

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Defendant. | Case No. 14-CR-00175-WHA <br><br> **AGREED-ON GLOSSARY** <br><br> Judge:  Hon. William Alsup |

**PG&E and Federal Monitor Agreed-On Glossary of Selected Terms**

| Acronym | Statement of Term |
|---|---|
| C&E | Compliance and Ethics |
| CAP | Corrective Action Plan |
| CE | Continual Evaluation |
| CELT | Compliance and Ethics Leadership Team |
| CEMA | Catastrophic Event Memorandum Account |
| CFP | Catastrophic Fire Probability |
| CIRT | Centralized Inspection Review Team |
| CPZ | Circuit Protection Zone |
| DIRT – Electric Ops | Drone Inspection Review Team |
| DIRT – Gas Ops | Dig-in Reduction Team |
| EH&S | Enterprise Health and Safety |
| EOE Process | Enhanced Oversight and Enforcement Process |
| EPSS | Enhanced Powerline Safety Settings |
| EVM | Enhanced Vegetation Management |
| FEMA | Federal Emergency Management Agency |
| FMEA | Failure Mode and Effects Analysis |
| FPI | Fire Potential Index |
| FSR | Field Safety Reassessments |
| HCA | High Consequence Areas |
| HD | High Definition |
| HFTD | High Fire-Threat District |
| HTRS | Hazard Tree Rating System |
| ILI | In-Line Inspection |
| IPW | Ignition Probability Weather |
| LFP | Large Fire Probability |
| LiDAR | Light Detection and Ranging |
| LOBs | Lines of Business |
| MAOP | Maximum Allowable Operating Pressure |
| MCAs | Medium Consequence Areas |
| NCAR MET | National Center for Atmospheric Research's Model Evaluation Tool |
| NWS | National Weather Service |
| OA | Operability Assessment |
| OEP | Overpressure Elimination Program |
| OPW | Outage Producing Winds |
| PHMSA | Pipeline and Hazardous Materials Safety Administration |
| PIG | Pipeline Inspection Gauge |
| POMMS | PG&E Operational Mesoscale Modeling System |
| PRUPF | Procedure for Resolution of Unknown Pipeline Features |
| PSMS | Pipeline Safety Management System |
| PSPS | Public Safety Power Shutoff |

| | |
|---|---|
| QC | Quality Control |
| RTK | Real Time Kinematics |
| SCC | Stress Corrosion Cracking |
| SVMI | Senior Vegetation Management Inspector |
| TAT | Tree Assessment Tool |
| TIMP | Transmission Integrity Management Program |
| TVC | Traceable, Verifiable, and Complete |
| USA | Underground Service Alert |
| VM | Vegetation Management |
| VMI | Vegetation Management Inspector |
| WMP | Wildfire Mitigation Plan |
| WRGSC | Wildfire Risk Governance Steering Committee |
| WSIP | Wildfire Safety Inspections Program |
| WV | Work Verification |