UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. CR 14-00175 WHA

**ORDER REGARDING PROJECTED SUPERVISION TERMINATION DATE AND UPCOMING HEARING**

Although the Court stated at today's hearing that PG&E's probation is set to terminate on January 21, 2022, the correct date is actually January 25, 2022.

Additionally, the hearing set for **JANUARY 10, 2022, AT 9:00 A.M.** will remain on calendar for now, but the government shall file a status report by **THURSDAY, JANUARY 6 AT NOON**, informing the Court of whether it wishes to prove the allegations of the Form 12 via an evidentiary hearing. If the government does not wish to proceed, or if it wishes to hold an evidentiary hearing on a different date, then the Court may vacate the hearing on January 10, 2022. If the government wishes to hold an evidentiary hearing on a different date, then it should please suggest a few options.

    **IT IS SO ORDERED.**

Dated: January 3, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE