UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>  v.<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>        Defendant. | No. CR 14-00175 WHA<br><br>**ORDER VACATING HEARING AND GRANTING LEAVE TO FILE** |

Motions for leave to file by *amici*, Nancy B. Macy on behalf of the Utility Wildfire Prevention Taskforce and (separately) William B. Abrams (Dkt. Nos. 1551, 1554) are **GRANTED**. The letter brief by *amici* Alex Cannara and Gene Nelson may remain on the docket (Dkt. No. 1553). All three groups of *amici* request a hearing, changes to conditions of probation, and/or an extension of probation. The Court thanks all *amici* for their efforts and attention to this matter.

In light of the United States' notice at Dkt. No. 1555 that it will not seek to prove the allegations in our pending Form 12, however, the hearing scheduled for January 10, 2022, is hereby **VACATED**. Motions by *amici* that we hold a hearing on whether to order additional time on probation, hold a restitution hearing under 18 U.S.C. § 3663, and/or modify the conditions of probation are all **DENIED**.

**IT IS SO ORDERED.**

Dated: January 6, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE