Nancy B. Macy
nbbm@cruzio.com
15485 Bear Creek Rd.
Boulder Creek, CA, 95006
Tel: 831-338-6578 Home
Tel: 831-345-1555 Cell

Pro Se Claimant,

**FILED**
JAN 27 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Defendant, | CASE NO. CR 14-0175 WHA<br><br>MOTION TO PRESENT ADDITIONAL EVIDENCE IN SUPPORT OF PG&E's POTENTIAL CULPABILITY FOR THE INITIATION OF THE DIXIE FIRE<br><br>Judge: Hon. William Alsup |

Amici respectfully requests the Court's consideration that the following "working theory" of the potential cause of the Dixie Fire prepared by The Utility Wildfire Prevention Task Force be placed on record:

Exhibit A notes that the Line Amperage Readings for Line C stopped at 6:43 AM, while the Line Amperage Readings for Lines B & C continued until approximately 6:09 PM and 6:55 PM, respectively. This was over one hour after the Troubleman observed two fuses open and then opened the third fuse.

Exhibit B presents a declaration from the Senior Manager of the Distribution Planning Group at Pacific Gas and Electric (name redacted) who states that Fuse 17733 is identified in the Company's Electrical Distribution GIS Database as a 10 Amp Power Fuse with a PT63 Polymer cutout. However he notes in paragraph 7 of Exhibit B that "The fuses in the photo appear to me to be S&C SMU-20 power fuses".

Exhibit C, presents a declaration by a PG&E Senior Consulting Electrical Engineer that indicates that the actual type of fuse in use was an S&C SMU-20 Power Fuse which was the subject of a Utility Bulletin in January, of 2020 (approximately 18 months prior to The

Dixie Fire) waring that this type of fuse "may not terminate the fault condition" and "the fuse may continue arcing internally"

Amici requests confirmation that the continued observation of line readings following the Troubleman's observation and action may indicate that the faulty operation of the S&C SMU-20 Power Fuse was a potential initiator of the Dixie Fire.

Amici further ask why these fuses were still being utilized by PG&E over one and a half years following the issuance of the Utility Bulletin, and why the PG&E Database showed a different type of fuse in use at this location.

Amici believe these are important questions which should be part of the record and available in case of further Federal Legal Action against PG&E for their role in the Dixie and could support further consideration of a continuation of Probation.

We would respectfully ask the United States Attorney to re-consider a Motion for continuation.

**IT IS SO ORDERED.**

Date: 

Signature: _____

William H. Alsup
Senior Judge
United States District Court